## ATTACHMENT 1 – DEFENDANTS

Grewal, Gurbir, Attorney General of New Jersey

Callahan, Patrick J., Acting Superintendent, New Jersey Division of State Police

Williver, Thomas, Chief, Chester Police Department

O'Connor, James B., Chief, Lyndhurst Police Department