UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-cv-10507 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state as follows:

Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. is a New Jersey not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  June 13, 2018                              Respectfully submitted,

| | |
|---|---|
| David H. Thompson* <br> Haley N. Proctor* <br> J. Joel Alicea* <br> COOPER & KIRK, PLLC <br> 1523 New Hampshire Avenue, N.W. <br> Washington, D.C. 20036 <br> (202) 220-9600 <br> (202) 220-9601 (fax) <br> dthompson@cooperkirk.com <br><br> *Pro hac vice* application <br> forthcoming | s/ Daniel L. Schmutter <br> Daniel L. Schmutter <br> HARTMAN & WINNICKI, P.C. <br> 74 Passaic Street <br> Ridgewood, New Jersey 07450 <br> (201) 967-8040 <br> (201) 967-0590 (fax) <br> dschmutter@hartmanwinnicki.com |

*Attorneys for Plaintiffs*