```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:  Bryan Edward Lucas (108462015)
     Deputy Attorney General
     (973) 648-3573
     Bryan.Lucas@law.njoag.gov
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**ENTRY OF APPEARANCE** |

    Bryan Edward Lucas, Deputy Attorney General, hereby enters an appearance on behalf of Defendants, Gurbir S. Grewal and Patrick J. Callahan.

-1-

-2-

```
                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                        By:   /s/ Bryan Edward Lucas
                              Bryan Edward Lucas
                              Deputy Attorney General
```

Dated: June 20, 2018