```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:  Bryan Edward Lucas (108462015)
     Deputy Attorney General
     (973) 648-3573
     Bryan.Lucas@law.njoag.gov
```

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>        Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>        Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF TRENTON**<br><br>HON. PETER G. SHERIDAN, U.S.D.J.<br>  HON. LOIS H. GOODMAN, U.S.M.J.<br><br>CIVIL ACTION NO.<br>3:18-CV-10507-PGS-LHG<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L. Civ. R. 6.1** |

Application is hereby made for a Clerk's Order extending the time within which Defendants Gurbir S. Grewal and Patrick J.

1

Callahan may answer, move, or otherwise reply to the complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained.

2. On June 14, 2018, Plaintiffs served Defendants Gurbir S. Grewal and Patrick J. Callahan with summonses and the complaint in this matter.

3. Pursuant to Fed. R. Civ. P. 81(c)(2), the time for Defendants Gurbir S. Grewal and Patrick J. Callahan to answer, move, or otherwise reply expires on July 19, 2018.

4. Pursuant to L. Civ. R. 6.1(b), Defendants Gurbir S. Grewal and Patrick J. Callahan request that the time for them to answer, move, or otherwise reply be extended for fourteen days, or until August 2, 2018.

>           GURBIR S. GREWAL
>           ATTORNEY GENERAL OF NEW JERSEY
>
>           /s/ Bryan Edward Lucas
>           Bryan Edward Lucas
>           Deputy Attorney General

Dated: June 20, 2018

3

    The above application is ORDERED GRANTED and the time within which Defendants Gurbir S. Grewal and Patrick J. Callahan shall answer, move or otherwise reply is extended to _____.

                                      WILLIAM T. WALSH, CLERK

                                      _____
                                      Deputy Clerk

DATED: _____