## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | ) ) ) ) |
| BLAKE ELLMAN, *and* | ) ) ) HON. PETER G. SHERIDAN, U.S.D.J. |
| ALEXANDER DEMBOWSKI, | ) ) |
| *Plaintiffs*, | ) HON. LOIS H. GOODMAN, U.S.M.J. ) |
| v. | ) ) |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | ) CIVIL ACTION NO. 18-cv-10507 ) ) **CIVIL ACTION** ) |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | ) **(ELECTRONICALLY FILED)** ) ) ) ) |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | ) ) ) ) ) |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) |
| *Defendants*. | |

### DECLARATION OF BLAKE ELLMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1.    I, Blake Ellman, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

1

2.      I am a resident and citizen of the United States and the State of New Jersey.

3.      I am a law-abiding citizen. I have never been charged with or found guilty of any crime, including any crime relating to the use of firearms or ammunition magazines. Nor have I been found by any government official or body to have misused or been irresponsible with a firearm or ammunition magazine.

4.      I am a firearms instructor, range safety officer, armorer, and competitive shooter.

5.      I am a member of Association of New Jersey Rifle & Pistol Clubs, Inc.

6.      I currently lawfully own and keep in New Jersey ammunition magazines that qualify as "large capacity ammunition magazines" under Act A2761 because they are capable of holding more than 10 but fewer than 16 rounds of ammunition. The exception for attached tubular devices capable of holding only .22 caliber rimfire ammunition does not apply to the magazines that I own. Nor does any other exception to Act A2761's definition of "large capacity ammunition magazines" apply to the magazines that I own.

7.      I own these magazines for lawful purposes, including self-defense in the home.

8.      But for Act A2761's magazine ban, I would continue to own and keep these magazines in my New Jersey home. Instead, under Act A2761, I will be forced

to transfer, render inoperable or permanently modify, or surrender to the police all of my "large capacity ammunition magazines" by December 10, 2018.

9.      If it were lawful, I would also acquire additional magazines capable of holding more than 10 but fewer than 16 rounds of ammunition. Because of Act A2761's magazine ban and the associated criminal penalties, I refrain from doing so.

10.      I am neither a current nor a retired federal or state law enforcement officer. Nor do I fit into any other exception to Act A2761's ban on the possession of magazines capable of holding more than 10 rounds.

11.      I fear that, if I can no longer lawfully possess magazines holding more than 10 rounds of ammunition, I will be less capable of warding off multiple assailants, assailants carrying multiple firearms or magazines, or assailants carrying magazines capable of holding more than 10 rounds. I am concerned that my safety will be put at risk under Act A2761.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____                    _____06-20-2018_____

Blake Ellman                                        Date