# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br>        *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br>        *Defendants*. | HON. PETER G. SHERIDAN, U.S.D.J. <br><br> HON. LOIS H. GOODMAN, U.S.M.J. <br><br> CIVIL ACTION NO. 18-cv-10507 <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** |

## DECLARATION OF ALEXANDER DEMBOWSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1. I, Alexander Dembowski, am a plaintiff in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

1

2. I am a resident and citizen of the United States and the State of New Jersey.

3. I am a law-abiding citizen. I have never been charged with or found guilty of any crime, including any crime relating to the use of firearms or ammunition magazines. Nor have I been found by any government official or body to have misused or been irresponsible with a firearm or ammunition magazine.

4. I am a former member of the U.S. military, having served in the United States Marine Corps for 4 years. I am no longer a member of the armed forces.

5. During my time in the Marine Corps, I received annual training on firearms and magazines. I also served for a year as a Combat Marksmanship Instructor, which required an additional month of intensive training in firearms and magazines. As a Marine, I used 30-round magazines with my M-16 rifle and 15-round magazines with my Beretta 92 FS pistol.

6. I currently serve as Chief Range Safety Officer at a range in New Jersey, where I have routinely trained customers using 15-round magazines for both rifles and pistols.

7. I am a member of Association of New Jersey Rifle & Pistol Clubs, Inc.

8. I currently lawfully own and keep in New Jersey ammunition magazines that qualify as "large capacity ammunition magazines" under Act A2761 because they are capable of holding more than 10 but fewer than 16 rounds of

ammunition. The exception for attached tubular devices capable of holding only .22 caliber rimfire ammunition does not apply to the magazines that I own. Nor does any other exception to Act A2761's definition of "large capacity ammunition magazines" apply to the magazines that I own.

9. I own these magazines for lawful purposes, including self-defense in the home.

10. But for Act A2761's magazine ban, I would continue to own and keep these magazines in my New Jersey home. Instead, under Act A2761, I will be forced to transfer, render inoperable or permanently modify, or surrender to the police all of my "large capacity ammunition magazines" by December 10, 2018.

11. If it were lawful, I would also acquire additional magazines capable of holding more than 10 but fewer than 16 rounds of ammunition. Because of Act A2761's magazine ban and the associated criminal penalties, I refrain from doing so.

12. I am neither a current nor a retired federal or state law enforcement officer. Nor do I fit into any other exception to Act A2761's ban on the possession of magazines capable of holding more than 10 rounds.

13. I fear that, if I can no longer lawfully possess magazines holding more than 10 rounds of ammunition, I will be less capable of warding off multiple assailants, assailants carrying multiple firearms or magazines, or assailants carrying

magazines capable of holding more than 10 rounds. I am concerned that my safety will be put at risk under Act A2761.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____            _____

Alexander Dembowski                              Date

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____              6/19/2018
Alexander Dembowski                    Date