# NSSF® Magazine Chart

### Estimated 260 Million Pistol and Rifle Magazines in
### U.S. Consumer Possession 1990 - 2016

| | |
|---|---|
| Pistol Magazines 10 rounds or less | 90,900,000 |
| Pistol Magazines 11+ rounds | 60,300,000 |
| Rifle Magazines 10 rounds or less | 35,700,000 |
| Rifle Magazines 11-29 rounds | 8,900,000 |
| Rifle Magazines 30+ rounds | 64,000,000 |
| Total Magazines | 260,000,000 |

Sources: ATF AFMER, US International Trade Commission figures combined with NSSF and firearms industry estimates.

