UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br>    *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br>    *Defendants*. | HON. PETER G. SHERIDAN, U.S.D.J. <br><br> HON. LOIS H. GOODMAN, U.S.M.J. <br><br> CIVIL ACTION NO. 18-cv-10507 <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** |

**DECLARATION OF DANIEL L. SCHMUTTER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1.   I, Daniel L. Schmutter, am an attorney at the law firm of Hartman & Winnicki, P.C., attorneys of record for Plaintiffs in the above-titled action. I am licensed to practice law before the United States District Court for the District of

1

New Jersey. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. A true and correct copy of the cover and title pages and pages 374–418, 441–49, and 481–99 from *Gun Digest* 2018 (Jerry Lee, ed., 72d ed. 2018) is attached as **Exhibit A.**

3. A true and correct copy of the cover and pages 87, 88–90 from MASSAD AYOOB, THE COMPLETE BOOK OF HANDGUNS (2013) is attached as **Exhibit B.**

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.


  /s/ DANIEL L. SCHMUTTER              June 21, 2018
     Daniel L. Schmutter                    Date