EXHIBIT A

# THE WORLD'S GREATEST GUN BOOK!

# GunDigest®
# 2018

**72ND EDITION**

THE
RE-ENGINEERED
**RUGER
MARK IV**

GET THE INSIDERS'
TAKE ON UNIQUE,
HISTORICAL &
HIGH-PERFORMANCE
FIREARMS

Edited by
**JERRY LEE**

## NEW PRODUCT REPORTS:
### RIFLES • HANDGUNS • SHOTGUNS • MUZZLELOADERS • AMMO • OPTICS

# GunDigest
## 2018



Edited by
**JERRY LEE**

Copyright ©2017 Caribou Media

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books,  an imprint of Caribou Media
Gun Digest Media, P.O. Box 12219, Zephyr Cove, NV 89448
www.gundigest.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at **www.gundigeststore.com**

CAUTION: Technical data presented here, particularly technical data on handloading and on firearms adjustment and alteration, inevitably reflects individual experience with particular equipment and components under specific circumstances the reader cannot duplicate exactly. Such data presentations therefore should be used for guidance only and with caution. Caribou Media accepts no responsibility for results obtained using these data.

ISSN 0072-9043

ISBN 13: 978-1-4402-4784-2
ISBN 10: 1-4402-4784-6

Cover & Design by Tom Nelsen

Edited by Jerry Lee & Chris Berens

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

# HANDGUNS Autoloaders, Service & Sport

## BERETTA MODEL U22 NEOS
**Caliber:** .22 LR, 10-shot magazine. **Barrel:** 4.5" and 6" **Weight:** 32 oz.; 36 oz. **Length:** 8.8"/ 10.3" **Sights:** Target.
**Features:** Integral rail for standard scope mounts, light, perfectly weighted, 100 percent American made by Beretta.
**Price:** Blue ............................................................................**$325.00**
**Price:** Inox .............................................................................**$350.00**

## BERETTA MODEL PX4 STORM
**Caliber:** 9mm Para., 40 S&W. **Capacity:** 17 (9mm Para.); 14 (40 S&W). **Barrel:** 4" **Weight:** 27.5 oz. **Grips:** Black checkered w/3 interchangeable backstraps. **Sights:** 3-dot system coated in Superluminova; removable front and rear sights. **Features:** DA/SA, manual safety/hammer decocking lever (ambi) and automatic firing pin block safety. Picatinny rail. Comes with two magazines (17/10 in 9mm Para. and 14/10 in 40 S&W). Removable hammer unit. American made by Beretta. Introduced 2005.
**Price:** 9mm or .40 ..............................................................**$650.00**
**Price:** .45 ACP......................................................................**$700.00**
**Price:** .45 ACP SD (Special Duty).........................................**$1,150.00**



## BERETTA MODEL PX4 STORM SUB-COMPACT
**Caliber:** 9mm, 40 S&W. **Capacity:** 13 (9mm); 10 (40 S&W). **Barrel:** 3" **Weight:** 26.1 oz. **Length:** 6.2" overall. **Grips:** NA. **Sights:** NA. **Features:** Ambidextrous manual safety lever, interchangeable backstraps included, lock breech and tilt barrel system, stainless steel barrel, Picatinny rail.
**Price:** ..................................................................................**$650.00**



## BERETTA MODEL M9
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9" **Weight:** 32.2-35.3 oz.

**Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable rear. **Features:** DA/SA, forged aluminum alloy frame, delayed locking-bolt system, manual safety doubles as decocking lever, combat-style trigger guard, loaded chamber indicator. Comes with two magazines (15/10). American made by Beretta. Introduced 2005.
**Price:** ..................................................................................**$675.00**



## BERETTA MODEL M9A1
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9" **Weight:** 32.2-35.3 oz. **Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable rear. **Features:** Same as M9, but also includes integral Mil-Std-1913 Picatinny rail, has checkered frontstrap and backstrap. Comes with two magazines (15/10). American made by Beretta. Introduced 2005.
**Price:** ..................................................................................**$775.00**

## BERETTA M9A3
**Caliber:** 9mm Para. **Capacity:** 10 or 15. Same general specifications as M9A1 with safety lever able to be converted to decocker configuration. Flat Dark Earth finish. Comes with three magazines, Vertec-style thin grip.
**Price:** ..................................................................................**$1,100.00**



## BERETTA NANO
**Caliber:** 9mm Para. Six-shot magazine. **Barrel:** 3.07" **Weight:** 17.7 oz. **Length:** 5.7" overall. **Grips:** Polymer. **Sights:** 3-dot low profile. **Features:** Double-action only, striker fired. Replaceable grip frames.
**Price:** ..................................................................................**$475.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport





**BERETTA PICO**
**Caliber:** .380 ACP, 6 rounds. **Barrel:** 2.7" **Weight:** 11.5 oz. **Length:** 5.1" overall. **Grips:** Integral with polymer frame. Interchangeable backstrap. **Sights:** White outline rear. **Features:** Adjustable, quick-change. Striker-fired, double-action only operation. Ambidextrous magazine release and slide release. Ships with two magazines, one flush, one with grip extension. Made in the USA.
**Price:** ........................................................................$399.00

**BERSA THUNDER 45 ULTRA COMPACT**
**Caliber:** .45 ACP. **Barrel:** 3.6" **Weight:** 27 oz. **Length:** 6.7" overall. **Grips:** Anatomically designed polymer. **Sights:** White outline rear. **Features:** Double action; firing pin safeties, integral locking system. Available in matte, satin nickel, gold, or duo-tone. Introduced 2003. Imported from Argentina by Eagle Imports, Inc.
**Price:** Thunder 45, matte blue ..................................$500.00
**Price:** Thunder 45, duo-tone ...................................$550.00

**BERSA THUNDER 380 SERIES**
**Caliber:** .380 ACP, 7 rounds. **Barrel:** 3.5" **Weight:** 23 oz. **Length:** 6.6"

overall. **Features:** Otherwise similar to Thunder 45 Ultra Compact. 380 DLX has 9-round capacity. 380 Concealed Carry has 8-round capacity. Imported from Argentina by Eagle Imports, Inc.
**Price:** Thunder Matte ................................................$335.00
**Price:** Thunder Satin Nickel .....................................$355.00
**Price:** Thunder Duo-Tone .......................................$355.00
**Price:** Thunder Duo-Tone with Crimson Trace Laser Grips .....$555.00



**BERSA THUNDER 9 ULTRA COMPACT/40 SERIES**
**Caliber:** 9mm Para., 40 S&W. **Barrel:** 3.5" **Weight:** 24.5 oz. **Length:** 6.6" overall. **Features:** Otherwise similar to Thunder 45 Ultra Compact. 9mm Para. High Capacity model has 17-round capacity. 40 High Capacity model has 13-round capacity. Imported from Argentina by Eagle Imports, Inc.
**Price:** ........................................................................$500.00

**BERSA THUNDER 22**
**Caliber:** .22 LR, 10-round magazine. **Weight:** 19 oz. **Features:** Similar to Thunder .380 Series except for caliber. Alloy frame and slide. **Finish:** Matte black, satin nickel or duo-tone.
**Price:** ........................................................................$320.00



**BERSA THUNDER PRO XT**
**Caliber:** 9mm, 17-round capacity. **Barrel:** 5". **Weight:** 34 oz. **Grips:** Checkered black polymer. **Sights:** Adjustable rear, dovetail fiber-optic front. **Features:** Available with matte or duo-tone finish. Traditional double/single-action design developed for competition. Comes with five magazines.
**Price:** ........................................................................$923.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **375**

# HANDGUNS Autoloaders, Service & Sport



**BROWNING 1911-22 COMPACT**
**Caliber:** .22 L.R.,10-round magazine. **Barrel:** 3.625" **Weight:** 15 oz. **Length:** 6.5" overall. **Grips:** Brown composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: .22 LR for focus on the fundamentals.
**Price:** ..................................................................................$600.00

**BROWNING 1911-22 A1**
**Caliber:** .22 L.R.,10-round magazine. **Barrel:** 4.25" **Weight:** 16 oz. **Length:** 7.0625" overall. **Grips:** Brown composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: .22 LR for focus on the fundamentals.
**Price:** ..................................................................................$600.00





**BROWNING 1911-22 BLACK LABEL**
**Caliber:** .22 L.R.,10-round magazine. **Barrel:** 4.25" or 3.625" (Compact model). **Weight:** 14 oz. overall. **Features:** Other features are similar to standard 1911-22 except for this model's composite/polymer frame,

extended grip safety, stipled black laminated grip, skeleton trigger and hammer. Available with accessory rail (shown). Suppressor Ready model has threaded muzzle protector, 4 7/8-inch barrel.
**Price:** ...................................................................................$640.00
**Price:** With Rail......................................................................$670.00
**Price:** Suppressor Ready model ...............................................$740.00



**BROWNING 1911-22 POLYMER DESERT TAN**
**Caliber:** .22 L.R.,10-round magazine. **Barrel:** 4.25" or 3.625" **Weight:** 13-14 oz. overall. **Features:** Other features are similar to standard 1911-22 except for this model's composite/polymer frame. Also available with pink composite grips.
**Price:** ...................................................................................$580.00



**BROWNING 1911-380**
**Caliber:** ..380 ACP. 8-round magazine. **Barrel:** 4.25" **Weight:** 18 oz. **Features:** Aluminum slide, polymer frame. Features are virtually identical to those on the 1911-22.
**Price:** ...................................................................................$670.00
**Price:** 1911-380 Pro ............................................... $800.00 to $910.00



**BROWNING HI-POWER**
**Caliber:** 9mm, 13-round magazine. **Barrel:** 4.625 inches. **Weight:** 32

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

oz. **Length:** 7.75 inches. **Grips:** Checkered walnut (standard model), textured and grooved polymer (Mark III). **Sights:** Fixed low-profile 3-dot (Mark III), fixed or adjustable low profile (standard model). **Features:** Single-action operation with ambidextrous thumb safety, forged steel frame and slide. Made in Belgium.

| | |
|---|---|
| **Price:** Mark III....................................................... | **$1,110.00** |
| **Price:** Fixed Sights ................................................ | **$1,120.00** |
| **Price:** Standard, Adjustable sights ....................... | **$1,200.00** |



## BROWNING BUCK MARK CAMPER UFX

**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" tapered bull. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Overmolded Ultragrip Ambidextrous. **Sights:** Pro-Target adjustable rear, ramp front. **Features:** Matte blue receiver, matte blue or stainless barrel.

| | |
|---|---|
| **Price:** Camper UFX.................................................. | **$390.00** |
| **Price:** Camper UFX stainless .................................. | **$430.00** |



## BROWNING BUCK MARK HUNTER

**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 7.25" heavy tapered bull. **Weight:** 38 oz. **Length:** 11.3" overall. **Grips:** Cocobolo target. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. Integral scope base on top rail. Scope in photo is not included. **Features:** Matte blue.

| | |
|---|---|
| **Price:** .................................................................... | **$500.00** |



## BROWNING BUCK PRACTICAL URX

**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" tapered bull or 4" slab-sided (Micro). **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Ultragrip RX Ambidextrous. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. **Features:** Matte gray receiver, matte blue barrel.

| | |
|---|---|
| **Price:** .................................................................... | **$440.00** |
| **Price:** Stainless .................................................... | **$470.00** |
| **Price:** Micro.......................................................... | **$470.00** |



## BROWNING BUCK MARK PLUS UDX

**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" slab sided. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Walnut Ultragrip DX Ambidextrous or rosewood. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. **Features:** Matte blue or stainless.

| | |
|---|---|
| **Price:** .................................................................... | **$550.00** |
| **Price:** Stainless .................................................... | **$600.00** |



## CHIAPPA 1911-22

**A faithful replica of the famous John Browning 1911A1 pistol.**
**Caliber:** .22 LR. **Barrel:** 5" **Weight:** 33.5 oz. **Length:** 8.5". **Grips:** Two-piece wood. **Sights:** Fixed. **Features:** Fixed barrel design, 10-shot magazine. Available in black, OD green or tan finish. Target and Tactical models have adjustable sights.

| | |
|---|---|
| **Price:** From........................................... | **$269.00 to $408.00** |

## CHIAPPA M9-22 STANDARD

**Caliber:** .22 LR. **Barrel:** 5" **Weight:** 2.3 lbs. **Length:** 8.5" **Grips:** Black molded plastic or walnut. **Sights:** Fixed front sight and windage adjustable rear sight. **Features:** The M9-9mm has been a U.S. standard-issue service pistol since 1990. Chiappa's M9-22 is a replica of this pistol in 22 LR. The M9-22 has the same weight and feel as its 9mm counterpart but has an affordable 10 shot magazine for the 22 Long Rifle cartridge which makes it a true rimfire reproduction. Comes standard with steel trigger, hammer assembly and a 1/2-28 threaded barrel.

| | |
|---|---|
| **Price:** .................................................................... | **$339.00** |

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport





### CHIAPPA M9-22 TACTICAL
**Caliber:** .22 LR. **Barrel:** 5". **Weight:** 2.3 lbs. **Length:** 8.5". **Grips:** Black molded plastic. **Sights:** Fixed front sight and Novak style rear sites. **Features:** The M9-22 Tactical model has Novak style rear sites and comes with a fake suppressor (this ups the "cool factor" on the range and extends the barrel to make it even more accurate). It also has a 1/2 x 28 thread adaptor which can be used by those with a legal suppressor.
**Price:** .................................................................................. $419.00



### CHRISTENSEN ARMS 1911 SERIES
**Caliber:** .45 ACP, .40 S&W, 9mm. **Barrel:** 3.7", 4.3", 5.5" **Features:** All models are built on a titanium frame with hand-fitted slide, match-grade barrel, tritium night sights, G10 Operator grip panels.
**Price:**............................................................... $1,995.00 to $3,799.00

### CITADEL M-1911
**Caliber:** .45 ACP, .38 Super, 9mm, .22 LR. **Capacity:** 7 (.45), 8 (9mm). **Barrel:** 5 or 3.5 inches (.45 & 9mm only). **Weight:** 2.3 lbs. **Length:** 8.5". **Grips:** Checkered wood or Hogue wrap-around polymer. **Sights:** Low-profile combat fixed rear, blade front. **Finish: Matte black, brushed or polished nickel. Features:** Extended grip safety, ambidextrous safety and slide release. Built by Armscor (Rock Island Armory) in the Philippines and imported by Legacy Sports.
**Price:** Matte black.......................................................................... $592.00
**Price:** Matte black, Hogue grips ................................................. $630.00
**Price:** Brushed nickel ................................................................... $681.00
**Price:** Polished nickel .................................................................. $700.00

### CIMARRON MODEL 1911
**Caliber:** .45 ACP **Barrel:** 5 inches. **Weight:** 37.5 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Features:** A faithful reproduction of the original pattern of the Model 1911 with Parkerized finish and lanyard ring. Polished or nickel finish available.
**Price:** ................................................................................. $541.00

### CIMARRON MODEL 1911 WILD BUNCH
**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 37.5 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Features:** Original WWI 1911 frame with flat mainspring housing, correct markings, polished blue finish, comes with tanker shoulder holster.
**Price:** .................................................................................$842.00

### COBRA ENTERPRISES FS32, FS380
**Caliber:** .32 ACP, .380 ACP, 7-shot magazine. **Barrel:** 3.5" **Weight:** 2.1 lbs. **Length:** 6-3/8" overall. **Grips:** Black composition. **Sights:** Fixed. **Features:** Choice of bright chrome, satin nickel or black finish. Introduced 2002. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** .............................................................. $138.00 to $250.00

### COBRA ENTERPRISES PATRIOT SERIES
**Caliber:** .380, 9mm or .45 ACP; 6, 7, or 10-shot magazine. **Barrel:** 3.3" **Weight:** 20 oz. **Length:** 6" overall. **Grips:** Black polymer. **Sights:** Rear adjustable. **Features:** Stainless steel or black melonite slide with load indicator; Semi-auto locked breech, DAO. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** .................................................................. $349.00 to $395.00

### COBRA DENALI
**Caliber:** .380 ACP, 5 rounds. **Barrel:** 2.8" **Weight:** 22 oz. **Length:** 5.4" **Grips:** Black molded synthetic integral with frame. **Sights:** Fixed. **Features:** Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** .................................................................................. $179.00

### COLT MODEL 1991 MODEL O
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.5" overall. **Grips:** Checkered black composition. **Sights:** Ramped blade front, fixed square notch rear, high profile. **Features:** Matte finish. Continuation of serial number range used on original G.I. 1911A1 guns. Comes with one magazine and molded carrying case. Introduced 1991. Series 80 firing system.
**Price:** Blue ........................................................................... $799.00
**Price:** Stainless ..................................................................... $879.00

### COLT XSE SERIES MODEL O COMBAT ELITE
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 5" **Grips:** Checkered, double-diamond rosewood. **Sights:** Three white-dot Novak. **Features:** Brushed stainless receiver with blue slide; adjustable, two-cut aluminum trigger; extended ambidextrous thumb safety; upswept beavertail with palm swell; elongated slot hammer.
**Price:** ............................................................................. $1,100.00



### COLT LIGHTWEIGHT COMMANDER
**Caliber:** .45 ACP, 8-shot, 9mm (9 shot). **Barrel:** 4.25" **Weight:** 26 oz. alloy frame, 33 oz. (steel frame). **Length:** 7.75" overall. **Grips:** G10 Checkered Black Cherry. **Sights:** Novak White Dot front, Low Mount Carry rear. **Features:** Blue slide, black Anodized frame. Aluminum alloy frame.
**Price:** ................................................................................... $999.00
**Price:** Combat Commander w/steel frame ............................... $949.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS *Autoloaders, Service & Sport*



**COLT DEFENDER**
**Caliber:** .45 ACP (7-round magazine), 9mm (8-round). **Barrel:** 3". **Weight:** 22-1/2 oz. **Length:** 6.75 overall. **Grips:** Pebble-finish rubber wraparound with finger grooves. **Sights:** White dot front, snag-free Colt competition rear. **Features:** Stainless finish or blue; aluminum frame; combat-style hammer; Hi Ride grip safety, extended manual safety, disconnect safety. Introduced 1998. Made in U.S.A. by Colt's Mfg. Co., Inc.
**Price:** Stainless .......................................................................$899.00
**Price:** Blue .................................................................................$949.00

**COLT SERIES 70**
**Caliber:** .45 ACP. **Barrel:** 5" **Weight:** 37.5 oz. **Length:** 8.5" **Grips:** Rosewood with double diamond checkering pattern. **Sights:** Fixed. **Features:** Custom replica of the Original Series 70 pistol with a Series 70 firing system, original rollmarks. Introduced 2002. Made in U.S.A. by Colt's Mfg. Co., Inc.
**Price:** Blued ................................................................................$899.00
**Price:** Stainless ..........................................................................$979.00

**COLT 38 SUPER**
**Caliber:** .38 Super. **Barrel:** 5" **Weight:** 36.5 oz. **Length:** 8.5" **Grips:** Wood with double diamond checkering pattern. **Grips:** Bright stainless. **Sights:** 3-dot. **Features:** Beveled magazine well, standard thumb safety and service-style grip safety. Introduced 2003. Made in U.S.A. by Colt's Mfg. Co., Inc.
**Price:** ..............................................................................$1,499.00



**COLT MUSTANG POCKETLITE**
**Caliber:** .380 ACP. Six-shot magazine. **Barrel:** 2.75". **Weight:** 12.5 oz. **Length:** 5.5". **Grips:** Black composite. **Finish:** Brushed stainless. **Features:** Thumb safety, firing-pin safety block. Introduced 2012.
**Price:** ...........................................................................$599.00

**COLT MUSTANG LITE**
**Caliber:** .380 ACP. Similar to Mustang Pocketlite except has black tactical polymer frame.
**Price:** ...........................................................................$499.00



**COLT MUSTANG XSP**
**Caliber:** .380 ACP. **Features:** Similar to Mustang Pocketlite except has polymer frame, black diamond or bright stainless slide, squared triggerguard, accessory rail, electroless nickel finished controls.
**Price:** Bright Stainless............................................................$528.00
**Price:** Black Diamond-Like Carbon finish................................$672.00

**COLT RAIL GUN**
**Caliber:** .45 ACP (8+1). **Barrel:** 5". **Weight:** 40 oz. **Length:** 8.5" **Grips:** Rosewood double diamond. **Sights:** White dot front and Novak rear. **Features:** 1911-style semi-auto. Stainless steel frame and slide, front and rear slide serrations, skeletonized trigger, integral accessory rail, Smith & Alexander upswept beavertail grip palm swell safety, tactical thumb safety, National Match barrel.
**Price:** .................................................................. $1,199.00



**COLT  SPECIAL COMBAT GOVERNMENT CARRY MODEL**
**Caliber:** .45 ACP (8+1), .38 Super (9+1). **Barrel:** 5" **Weight:** NA. **Length:** 8.5". **Grips:** Black/silver synthetic. **Sights:** Novak front and rear night. **Features:** 1911-style semi-auto. Skeletonized three-hole trigger, slotted hammer, Smith & Alexander upswept beavertail grip palm swell safety and extended magazine well, Wilson tactical ambidextrous safety. Available in blued, hard chrome, or blue/satin nickel finish, depending on chambering. Marine Pistol has Desert Tan Cerakoted stainless steel finish, lanyard loop.
**Price:** .................................................................. $2,095.00



**COLT  GOVERNMENT MODEL 1911A1 .22**
**Caliber:** .22 LR. 12-round magazine. **Barrel:** 5" **Weight:** 36 oz. **Features:** Made in Germany by Walther under exclusive arrangement with Colt Manufacturing Company. Blowback operation. All other features identical to original including manual and grip safeties, drift-adjustable sights.
**Price:** .................................................................. $399.00

# HANDGUNS Autoloaders, Service & Sport



**COLT COMPETITION PISTOL**
**Caliber:** .45 ACP, .38 Super or 9mm Para. Full-size Government Model with 5-inch National Match barrel, dual spring recoil operating system, adjustable rear and fiber optic front sights, custom G10 Colt logo grips.
**Price:** .................................................................. **$999.00**
**Price:** .38 Super .................................................. **$1,099.00**

**COLT SERIES 70 NATIONAL MATCH GOLD CUP**
**Caliber:** .45 ACP. **Barrel:** 5" National Match. **Weight:** 37 oz. **Length:** 8.5" **Grips:** Checkered walnut with Gold Medallions. **Sights:** Adjustable Bomar rear, target post front. **Finish:** Blued. **Features:** Flat top slide, flat mainspring housing. Wide three-hole aluminum trigger.
**Price:** ................................................................ **$1,299.00**



**COLT GOLD CUP TROPHY**
**Caliber:** .45 ACP or 9mm. Updated version of the classic Colt target and service pistol first introduced in the late 1950s to give shooters a serious competition pistol out of the box. Features include an undercut triggerguard, upswept beavertail grip safety and dual spring recoil system. Checkering on the front and rear of the grip strap is 25 LPI with blue G10 grips. The new Gold Cup Trophy is built on the Series 70 firing system. Re-introduced to the Colt catalog in 2017.
**Price:** ................................................................ **$1,699.00**



**CZ 75 B**
**Caliber:** 9mm Para., .40 S&W, 10-shot magazine. **Barrel:** 4.7" **Weight:** 34.3 oz. **Length:** 8.1" overall. **Grips:** High impact checkered plastic. **Sights:** Square post front, rear adjustable for windage; 3-dot system.

**Features:** Single action/double action design; firing pin block safety; choice of black polymer, matte or high-polish blue finishes. All-steel frame. B-SA is a single action with a drop-free magazine. Imported from the Czech Republic by CZ-USA.
**Price:** 75 B ..................................................... **$625.00**
**Price:** 75 B, stainless ...................................... **$783.00**
**Price:** 75 B-SA .............................................. **$661.00**



**CZ 75 BD DECOCKER**
Similar to the CZ 75B except has a decocking lever in place of the safety lever. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer ............................ **$612.00**

**CZ 75 B COMPACT**
Similar to the CZ 75 B except has 14-shot magazine in 9mm Para., 3.9 barrel and weighs 32 oz. Has removable front sight, non-glare ribbed slide top. Trigger guard is squared and serrated; combat hammer. Introduced 1993. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer  ......................... **$631.00**
**Price:** 9mm Para., dual tone or satin nickel ............... **$651.00**
**Price:** 9mm Para. D PCR Compact, alloy frame ........... **$651.00**



**CZ P-07 DUTY**
**Caliber:** .40 S&W, 9mm Luger (16+1). **Barrel:** 3.8" **Weight:** 27.2 oz. **Length:** 7.3" overall. **Grips:** Polymer black polycoat. **Sights:** Blade front, fixed groove rear. **Features:** The ergonomics and accuracy of the CZ 75 with a totally new trigger system. The new Omega trigger system simplifies the CZ 75 trigger system, uses fewer parts and improves the trigger pull. In addition, it allows users to choose between using the handgun with a decocking lever (installed) or a manual safety (included) by a simple parts change. The polymer frame design of the Duty and a new sleek slide profile (fully machined from bar stock) reduce weight, making the P-07 Duty a great choice for concealed carry.
**Price:** ................................................................. **$524.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



## CZ P-09 DUTY

High-capacity version of P-07. **Caliber:** 9mm, .40 S&W. **Magazine capacity:** 19 rounds (9mm), 15 (.40). **Features:** Accessory rail, interchangeable grip backstraps, ambidextrous decocker can be converted to manual safety.

**Price:** ...................................................................................$544.00

## CZ 75 TACTICAL SPORT

Similar to the CZ 75 B except the CZ 75 TS is a competition ready pistol designed for IPSC standard division (USPSA limited division). Fixed target sights, tuned single-action operation, lightweight polymer match trigger with adjustments for take-up and overtravel, competition hammer, extended magazine catch, ambidextrous manual safety, checkered walnut grips, polymer magazine well, two tone finish. Introduced 2005. Imported from the Czech Republic by CZ-USA.

**Price:** 9mm Para., 20-shot mag. .............................................$1,310.00
**Price:** .40 S&W, 16-shot mag. ...............................................$1,310.00

## CZ 75 SP-01

Similar to NATO-approved CZ 75 Compact P-01 model. Features an integral 1913 accessory rail on the dust cover, rubber grip panels, black polycoat finish, extended beavertail, new grip geometry with checkering on front and back straps, and double or single action operation. Introduced 2005. The Shadow variant designed as an IPSC "production" division competition firearm. Includes competition hammer, competition rear sight and fiber-optic front sight, modified slide release, lighter recoil and main spring for use with "minor power factor" competition ammunition. Includes polycoat finish and slim walnut grips. Finished by CZ Custom Shop. Imported from the Czech Republic by CZ-USA.

**Price:** SP-01 Standard.............................................................$680.00
**Price:** SP-01 Shadow Target II ...............................................$1,638.00



## CZ 97 B

**Caliber:** .45 ACP, 10-shot magazine. **Barrel:** 4.85" **Weight:** 40 oz. **Length:** 8.34" overall. **Grips:** Checkered walnut. **Sights:** Fixed. **Features:** Single action/double action; full-length slide rails; screw-in barrel bushing; linkless barrel; all-steel construction; chamber loaded indicator; dual transfer bars. Introduced 1999. Imported from the Czech Republic by CZ-USA.

**Price:** Black polymer ............................................................... $707.00
**Price:** Glossy blue .................................................................. $727.00

## CZ 97 BD DECOCKER

Similar to the CZ 97 B except has a decocking lever in place of the safety lever. Tritium night sights. Rubber grips. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.

**Price:** 9mm Para., black polymer ...............................................$816.00

## CZ 2075 RAMI/RAMI P

**Caliber:** 9mm Para., .40 S&W. **Barrel:** 3". **Weight:** 25 oz. **Length:** 6.5" overall. **Grips:** Rubber. **Sights:** Blade front with dot, white outline rear drift adjustable for windage. **Features:** Single-action/double-action; alloy or polymer frame, steel slide; has laser sight mount. Imported from the Czech Republic by CZ-USA.

**Price:** 9mm Para., alloy frame, 10 and 14-shot magazines ......$671.00
**Price:** 40 S&W, alloy frame, 8-shot magazine .........................$671.00
**Price:** RAMI P, polymer frame, 9mm Para., 40 S&W.................$612.00

## CZ P-01

**Caliber:** 9mm Para., 14-shot magazine. **Barrel:** 3.85". **Weight:** 27 oz. **Length:** 7.2" overall. **Grips:** Checkered rubber. **Sights:** Blade front with dot, white outline rear drift adjustable for windage. **Features:** Based on the CZ 75, except with forged aircraft-grade aluminum alloy frame. Hammer forged barrel, decocker, firing-pin block, M3 rail, dual slide serrations, squared triggerguard, re-contoured trigger, lanyard loop on butt. Serrated front and back strap. Introduced 2006. Imported from the Czech Republic by CZ-USA.

**Price:** CZ P-01...........................................................................$680.00



## CZ 805 BREN S1

**Caliber:** 5.56 NATO or .300 AAC Blackout, 30-round capacity. **Barrel:** 11". **Weight:** 6.7 lbs. Semiauto version of 9mm Para. 20-round magazine. Semi-automatic version of Czech military large-frame pistol. Uses AR-type magazines. **Features:** Aluminum frame, adjustable sights, accessory rails.

**Price:** ...................................................................................$1,799.00



## CZ SCORPION EVO

**Caliber:** : 9mm Para. 20-round magazine. Semi-automatic version of CZ Scorpion Evo submachine gun. **Features:** Ambidextrous controls, adjustable sights, accessory rails.

**Price:** ...................................................................................$849.00

# HANDGUNS Autoloaders, Service & Sport





### DAN WESSON DW RZ-10
**Caliber:** 10mm, 9-shot. **Barrel:** 5". **Grips:** Diamond checkered cocobolo. **Sights:** Bo-Mar style adjustable target sight. **Weight:** 38.3 oz. **Length:** 8.8" overall. **Features:** Stainless-steel frame and serrated slide. Series 70-style 1911, stainless-steel frame, forged stainless-steel slide. Commander-style match hammer. Reintroduced 2005. Made in U.S.A. by Dan Wesson Firearms, distributed by CZ-USA.
**Price:** 10mm, 8+1 ...................................................... **$1,558.00**

### DAN WESSON DW RZ-45 HERITAGE
Similar to the RZ-10 Auto except in .45 ACP with 7-shot magazine. Weighs 36 oz., length is 8.8" overall.
**Price:** 10mm, 8+1 ................................................. **$1,428.00**

### DAN WESSON V-BOB
**Caliber:** .45 ACP 8-shot magazine. **Barrel:** 4.25". **Weight:** 34 oz. **Length:** 8". **Grips:** Slim Line G10. **Sights:** Heinie Ledge Straight-Eight Night Sights. **Features:** Black matte or stainless finish. Bobtail forged grip frame with 25 lpi checkering front and rear.
**Price:** ................................................................... **$2,077.00**





### DAN WESSON VALKYRIE
**Caliber:** .45 ACP. **Barrel:** 4.25". **Length:** 7.75". **Grips:** Slim Line G10. **Sights:** Tritium Night Sights. **Features:** Similar to V-Bob except has Commander-size slide on Officer-size frame.
**Price:** ................................................................... **$2,012.00**

### DAN WESSON POINTMAN
**Caliber:** 9mm, .38 Super, .45 ACP. 8 or 9-shot magazine. **Barrel:** 5". **Length:** 8.5". **Grips:** Double-diamond cocobolo. **Sights:** Adjustable rear and fiber optic front. **Features:** Undercut trigger guard, checkered front strap, serrated rib on top of slide.
**Price:** .45, .38 Super .......................................... **$1,597.00**
**Price:** 9mm............................................................ **$1,558.00**

### DAN WESSON VALOR 1911
**Caliber:** .45 ACP, 8-shot. **Barrel:** 5". **Grips:** Slim Line G10. **Sights:** Heinie Ledge Straight Eight adjustable night sights. **Weight:** 2.4 lbs. **Length:** 8.8" overall. **Features:** The defensive style Valor, is a base stainless 1911 with our matte black "Duty" finish. This finish is a ceramic base coating that has set the standard for all coating tests. Other features include forged stainless frame and match barrel with 25 LPI checkering and undercut triggerguard, adjustable defensive night sites, and Slim line VZ grips. Silverback model has polished stainless slide and matte black frame Made in U.S.A. by Dan Wesson Firearms, distributed by CZ-USA.
**Price:** ................................................................... **$2,012.00**
**Price:** 10mm.......................................................... **$2,271.00**
**Price:** Silverback ............................... **$1,883.00 to $2,064.00**

### DAN WESSON A2
**Caliber:** .45 ACP, 8-shot magazine capacity. Limited production model based on traditional 1911A1 design. **Features:** Modern fixed combat sights, lowered/flared ejection port, double-diamond walnut grips. Introduced 2017.
**Price:** ................................................................... **$1,363.00**

### DAN WESSON SPECIALIST
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 5". **Grips:** G10 VZ Operator II. **Sights:** Single amber tritium dot rear, green lamp with white target ring front sight. **Features:** Integral Picatinny rail, 25 lpi front strap checkering, undercut triggerguard, ambidextrous thumb safety, extended mag release and detachable two-piece mag well.
**Price:** ................................................................... **$1,701.00**



### DESERT EAGLE 1911 G
**Caliber:** .45 ACP 8-shot magazine. **Barrel:** 5" or 4.33" (DE1911C

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

Commander size), or 3.0" (DE1911U Undercover). **Grips:** Double diamond checkered wood. **Features:** Extended beavertail grip safety, checkered flat mainspring housing, skeletonized hammer and trigger, extended mag release and thumb safety, stainless full-length guide road, enlarged ejection port, beveled mag well and high profile sights. Comes with two 8-round magazines.

**Price:** ......................................................................**$904.00**
**Price:** Undercover ........................................................**$1,019.00**

## DESERT EAGLE MARK XIX
**Caliber:** .357 Mag., 9-shot; .44 Mag., 8-shot; .50 AE, 7-shot. **Barrel:** 6", 10", interchangeable. **Weight:** .357 Mag.-62 oz.; .44 Mag.-69 oz.; .50 AE-72 oz. **Length:** 10.25" overall (6" bbl.). **Grips:** Polymer; rubber available. **Sights:** Blade on ramp front, combat-style rear. Adjustable available. **Features:** Interchangeable barrels; rotating three-lug bolt; ambidextrous safety; adjustable trigger. Military epoxy finish. Satin, bright nickel, chrome, brushed, matte or black-oxide finishes available. 10" barrel extra. Imported from Israel by Magnum Research, Inc.

**Price:** ..............................................**$1,572.00 to $2,060.00**

## BABY DESERT EAGLE III
**Caliber:** 9mm Para., .40 S&W, .45 ACP; 10-, 12- or 15-round magazines. **Barrel:** 3.85" or 4.43". **Weight:** 28 to 37.9 oz. **Length:** 7.25 to 8.25 overall. **Grips:** Ergonomic polymer. **Sights:** White 3-dot system. **Features:** Choice of steel or polymer frame with integral rail; slide-mounted decocking safety. Upgraded design of Baby Eagle II series.

**Price:** ....................................................**$646.00 to $691.00**



## DESERT EAGLE L5
**Caliber:** .357 Magnum, 9+1-shot capacity. **Barrel:** 5". **Weight:** 50 oz. **Length:** 9.7". **Features:** Steel barrel, frame and slide with full Weaver-style accessory rail and integral muzzlebrake. Gas-operated rotating bolt, single-action trigger, fixed sights.

**Price:** From.........................................................................**$1,790.00**



## DESERT EAGLE MR9, MR40
**Caliber:** 9mm Para., (15-round magazine) or .40 S&W (11 rounds). **Barrel:** 4.5". **Weight:** 25 oz. **Length:** 7.6" overall. **Sights:** Three-dot rear sight adjustable for windage, interchangeable front sight blades of different heights. **Features:** Polymer frame, locked breech, striker-fired design with decocker/safety button on top of slide, three replaceable grip palm swells, Picatinny rail. Made in Germany by Walther and imported by Magnum Research. Introduced in 2014.

**Price:** ...........................................................................**$559.00**



## DIAMONDBACK DB380
**Caliber:** .380, 6+1-shot capacity. **Barrel:** 2.8". **Weight:** 8.8 oz. **Features:** A "ZERO-Energy" striker firing system with a mechanical firing pin block, steel magazine catch, windage-adjustable sights. Frames available with several color finish options.

**Price:** ...............................................**$290.00 to $350.00**



## DIAMONDBACK DB9
**Caliber:** 9mm, 6+1-shot capacity. **Barrel:** 3". **Weight:** 11 oz. **Length:** 5.60". **Features:** Other features similar to DB380 model.

**Price:** ...............................................**$290.00 to $350.00**

## DIAMONDBACK DB FS NINE
**Caliber:** 9mm, 15+1-shot capacity. **Barrel:** 4.75". **Weight:** 21.5 oz. **Length:** 7.8". **Features:** Double-action, striker-fired model with polymer frame and stainless steel slide. **Features:** Flared magwell, extended magazine base pad, ergonomically contoured grip, fixed 3-dot sights, front and rear slide serrations, integral MIL-STD 1913 Picatinny rail.

**Price:** ...............................................................**$483.00**



## DOUBLESTAR 1911 SERIES
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 3.5", 4.25", 5". **Weight:** 33 to 40 oz. **Grips:** Cocobolo wood. **Sights:** Novak LoMount 2 white-dot rear, Novak white-dot front. **Features:** Single-action, M1911-style with forged frame and slide of 4140 steel, stainless steel barrel machined from bar stock by Storm Lake, funneled mag well, accessory rail, black Nitride finish.

**Price:** ...........................................**$1,364.00 to $2,242.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018       383

# HANDGUNS Autoloaders, Service & Sport





## EAA WITNESS FULL SIZE

**Caliber:** 9mm Para., .38 Super, 18-shot magazine; .40 S&W, 10mm, 15-shot magazine; .45 ACP, 10-shot magazine. **Barrel:** 4.5". **Weight:** 35.33 oz. **Length:** 8.1" overall. **Grips:** Checkered rubber. **Sights:** Undercut blade front, open rear adjustable for windage. **Features:** Double-action/single-action trigger system; round triggerguard; frame-mounted safety. Available with steel or polymer frame. Also available with interchangeable .45 ACP and .22 LR slides. Steel frame introduced 1991. Polymer frame introduced 2005. Imported from Italy by European American Armory.

**Price:** Steel frame ................................................................. **$607.00**
**Price:** Polymer frame ............................................................ **$571.00**
**Price:** 45/22 .22 LR, full-size steel frame, blued ...................... **$752.00**

## EAA WITNESS PAVONA COMPACT POLYMER

**Caliber:** .380 ACP (13-round magazine), 9mm (13) or .40 S&W (9). **Barrel:** 3.6". **Weight:** 30 oz. **Length:** 7" overall. **Features:** Designed primarily for women with fine-tuned recoil and hammer springs for easier operation, a polymer frame with integral checkering, contoured lines and in black, charcoal, blue, purple, or magenta with silver or gold sparkle.

**Price:** ................................................................. **$476.00 to $528.00**





## EAA WITNESS COMPACT

**Caliber:** 9mm Para., 14-shot magazine; .40 S&W, 10mm, 12-shot magazine; .45 ACP, 8-shot magazine. **Barrel:** 3.6". **Weight:** 30 oz. **Length:** 7.3" overall. **Features:** Available with steel or polymer frame (shown). All polymer frame Witness pistols are capable of being converted to other calibers. Otherwise similar to Full Size Witness. Imported from Italy by European American Armory.

**Price:** Polymer frame ............................................................ **$571.00**
**Price:** Steel frame ................................................................. **$607.00**

## EAA WITNESS-P CARRY

**Caliber:** 9mm, 17-shot magazine; 10mm, 15-shot magazine; .45 ACP, 10-shot magazine. **Barrel:** 3.6". **Weight:** 27 oz. **Length:** 7.5" overall. **Features:** Otherwise similar to Full Size Witness. Polymer frame introduced 2005. Imported from Italy by European American Armory.

**Price:** ........................................................................... **$711.00**

## EAA WITNESS ELITE 1911

**Caliber:** .45 ACP (8-round magazine). **Barrel:** 5". **Weight:** 32 oz. **Length:** 8.58" overall. **Features:** Full-size 1911-style pistol with either steel or polymer frame. Also available in Commander or Officer's models with 4.25" or 3.5" barrel, polymer frame.

**Price:** ..................................................................................... **$580.00**
**Price:** Commander or Officer's Model ....................................... **$627.00**



## EAA SAR B6P

**Caliber:** 9mm. Based on polymer-frame variation of CZ-75 design. Manufactured by Sarsilmaz in Turkey. Features similar to Witness series.

**Price:** ................................................................. **$407.00 to $453.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

### EAA SAR K2-45
**Caliber:** .45 ACP. **Barrel:** 4.7". **Weight:** 2.5 lbs. Similar to B6P with upgraded features. Built by Sarsilmaz for the Turkish military. Features include a cocked and locked carry system, ergonomically designed grip, steel frame and slide construction, adjustable rear sight, extended beaver tail, serrated triggerguard and frame, removable dove-tail front sight, auto firing pin block, low barrel axis for reduced felt recoil.
**Price:** ...................................................................................**$849.00**



### ED BROWN CLASSIC CUSTOM
**Caliber:** .45 ACP, 7 shot. **Barrel:** 5". **Weight:** 40 oz. **Grips:** Cocobolo wood. **Sights:** Bo-Mar adjustable rear, dovetail front. **Features:** Single-action, M1911 style, custom made to order, stainless frame and slide available. Special mirror-finished slide.
**Price:** From...........................................................................**$3,695.00**

### ED BROWN KOBRA AND KOBRA CARRY
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5" (Kobra); 4.25" (Kobra Carry). **Weight:** 39 oz. (Kobra); 34 oz. (Kobra Carry). **Grips:** Hogue exotic wood. **Sights:** Ramp, front; fixed Novak low-mount night sights, rear. **Features:** Has snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety.
**Price:** Kobra K-SS From........................................................**$2,695.00**
**Price:** Kobra Carry From ......................................................**$2,945.00**



### ED BROWN KOBRA CARRY LIGHTWEIGHT
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 4.25" (Commander model slide). **Weight:** 27 oz. **Grips:** Hogue exotic wood. **Sights:** 10-8 Performance U-notch plain black rear sight with .156 notch, for fast aquisition of close targets. Fixed dovetail front night sight with high visibility white outlines. **Features:** Aluminum frame and BobtailTM housing. Matte finished Gen III coated slide for low glare, with snakeskin on rear of slide only. Snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety. "LW" insignia on slide, which stands for "Lightweight".
**Price:** Kobra Carry Lightweight .............................................**$3,495.00**



### ED BROWN EXECUTIVE
Similar to other Ed Brown products, but with 25-lpi checkered frame and mainspring housing.
**Price:** .................................................. **$2,695.00 - $2,845.00**

### ED BROWN SPECIAL FORCES
Similar to other Ed Brown products, but with ChainLink treatment on forestrap and mainspring housing. Entire gun coated with Gen III finish. "Square cut" serrations on rear of slide only. Dehorned. Introduced 2006.
**Price:** From .......................................................................**$2,695.00**

### ED BROWN SPECIAL FORCES CARRY
Similar to the Special Forces basic models. Features a 4.25" Commander model slide, single stack commander Bobtail frame. Weighs approx. 35 oz. Fixed dovetail 3-dot night sights with high visibility white outlines.
**Price:** From .......................................................................**$2,945.00**



### EXCEL ARMS MP-22
**Caliber:** .22 WMR, 9-shot magazine. **Barrel:** 8.5" bull barrel. **Weight:** 54 oz. **Length:** 12.875" overall. **Grips:** Textured black composition. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, comes with aluminum rib, integral Weaver base, internal hammer, firing-pin block. American made, lifetime warranty. Comes with two 9-round stainless steel magazines and a California-approved cable lock. .22 WMR Introduced 2006. Made in U.S.A. by Excel Arms.
**Price:** ..................................................................................**$477.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **385**

# HANDGUNS Autoloaders, Service & Sport

**EXCEL ARMS MP-5.7**
**Caliber:** 5.7x28mm, 9-shot magazine. Blow-back action. Other features similar to MP-22. Red-dot optic sights, scope and rings are optional.
**Price:** ...................................................................**$615.00**
**Price:** With optic sights...........................................**$685.00**
**Price:** With scope and rings .....................................**$711.00**

**FIRESTORM 380**
**Caliber:** .380 ACP. 7+1 capacity. **Barrel:** 3.5". **Weight:** 20 oz. **Length:** 6.6". **Sights:** Fixed, white outline system. **Grips:** Rubber. **Finish:** Black matte. **Features:** Traditional DA/SA operation.
**Price:** ...................................................................**$270.00**

**FMK 9C1 G2**
**Caliber:** 9mm. Magazine capacity 10+1 or 14+1. Available in either single action or double-action only. **Barrel:** 4". Overall **length:** 6.85". **Weight:** 23.45 oz. **Finish:** Black, Dark Earth or pink. **Sights:** Interchangeable Glock compatible. **Features:** Polymer frame, high-carbon steel slide, stainless steel barrel. Very low bore axis and shock absorbing backstrap are said to result in low felt recoil. DAO model has Fast Action Trigger (FAT) with shorter pull and reset. Made in the U.S.A.
**Price:** ...................................................................**$409.95**





**FN FNS SERIES**
**Caliber:** 9mm, 17-shot magazine, .40 S&W (14-shot magazine). **Barrel:** 4" or 3.6" (Compact). **Weight:** 25 oz. (9mm), 27.5 oz. (.40). **Length:** 7.25". **Grips:** Integral polymer with two interchangeable backstrap inserts. **Features:** Striker-fired, double action with manual safety, accessory rail, ambidextrous controls, 3-dot Night Sights.
**Price:** ...................................................................**$599.00**



**FN FNX SERIES**
**Caliber:** 9mm, 17-shot magazine, .40 S&W (14-shot), .45 ACP (10 or 14-shot). **Barrel:** 4" (9mm and .40), 4.5" .45. **Weight:** 22 to 32 oz (.45). **Length:** 7.4, 7.9" (.45). **Features:** Double-action/single-action operation with decocking/manual safety lever. Has external extractor with loaded-chamber indicator, front and rear cocking serrations, fixed 3-dot combat sights.
**Price:** 9mm, .40........................................................**$699.00**
**Price:** .45 ACP...........................................................**$824.00**

**FN FNX .45 TACTICAL**
Similar to standard FNX .45 except with 5.3" barrel with threaded muzzle, polished chamber and feed ramp, enhanced high-profile night sights, slide cut and threaded for red-dot sight (not included), MIL-STD 1913 accessory rail, ring-style hammer.
**Price:** ...............................................................**$1,400.00**



**FN FIVE-SEVEN**
**Caliber:** 5.7x28mm, 10- or 20-round magazine capacity. **Barrel:** 4.8". **Weight:** 23 oz. **Length:** 8.2" **Features:** Adjustable three-dot system. Single-action polymer frame model chambered for low-recoil 5.7x28mm cartridge.
**Price:** ...............................................................**$1,349.00**



**GLOCK 17/17C**
**Caliber:** 9mm Para., 17/19/33-shot magazines. **Barrel:** 4.49". **Weight:**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

22.04 oz. (without magazine). **Length:** 7.32" overall. **Grips:** Black polymer. **Sights:** Dot on front blade, white outline rear adjustable for windage. **Features:** Polymer frame, steel slide; double-action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. ILS designation refers to Internal Locking System. Adopted by Austrian armed forces 1983. NATO approved 1984. Model 17L has 6-inch barrel, ported or non ported, slotted and relieved slide, checkered grip with finger grooves, no accessory rail. Imported from Austria by Glock, Inc. USA.

**Price:** From ........................................................$599.00
**Price:** 17L ...........................................................$750.00
**Price:** 17 Gen 4 ...................................................$649.00

## GLOCK GEN4 SERIES
In 2010 a new series of Generation Four pistols was introduced with several improved features. These included a multiple backstrap system offering three different size options, short, medium or large frame; reversible and enlarged magazine release; dual recoil springs; and RTF (Rough Textured Finish) surface. Some recent models are only available in Gen 4 configuration.

### GLOCK 19/19C
**Caliber:** 9mm Para., 15/17/19/33-shot magazines. **Barrel:** 4.02". **Weight:** 20.99 oz. (without magazine). **Length:** 6.85" overall. Compact version of Glock 17. Imported from Austria by Glock, Inc.

**Price:** ..................................................................$599.00
**Price:** 19 Gen 4 ...................................................$649.00

### GLOCK 20/20C 10MM
**Caliber:** 10mm, 15-shot magazines. **Barrel:** 4.6". **Weight:** 27.68 oz. (without magazine). **Length:** 7.59" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1990.

**Price:** From .........................................................$637.00
**Price:** 20 Gen 4 ...................................................$687.00

### GLOCK MODEL 20 SF SHORT FRAME
**Caliber:** 10mm. **Barrel:** 4.61" with hexagonal rifling. **Weight:** 27.51 oz. **Length:** 8.07" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 20 but with short-frame design, extended sight radius.

**Price:** ................................................................. $637.00

### GLOCK 21/21C
**Caliber:** .45 ACP, 13-shot magazines. **Barrel:** 4.6". **Weight:** 26.28 oz. (without magazine). **Length:** 7.59" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1991. SF version has tactical rail, smaller diameter grip, 10-round magazine capacity. Introduced 2007.

**Price:** From .........................................................$637.00
**Price:** 21 Gen 4 ...................................................$687.00



### GLOCK 22/22C
**Caliber:** .40 S&W, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 22.92 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17, including pricing. Imported from Austria by Glock, Inc. Introduced 1990.

**Price:** From ........................................................$599.00
**Price:** 22C ..........................................................$649.00
**Price:** 22 Gen 4 ...................................................$649.00



### GLOCK 23/23C
**Caliber:** .40 S&W, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.16 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 22, including pricing. Compact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1990.

**Price:** ..................................................................$599.00
**Price:** 23C Compensated ........................................$621.00
**Price:** 23 Gen 4 ...................................................$649.00

### GLOCK 24/24C
**Caliber:** .40 S&W, 10/15/17 or 22-shot magazine. Similar to Model 22 except with 6.02-inch barrel, ported or non-ported, trigger pull recalibrated to 4.5 lbs.
**Price:** From..........................................................$750.00

### GLOCK 26
**Caliber:** 9mm Para. 10/12/15/17/19/33-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. **Length:** 6.29" overall. Subcompact version of Glock 17. Imported from Austria by Glock, Inc.

**Price:** ..................................................................$599.00
**Price:** 26 Gen 4 ...................................................$649.00



### GLOCK 27
**Caliber:** .40 S&W, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29 overall. **Features:** Otherwise similar to Model 22, including pricing. Subcompact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1996.

**Price:** From ........................................................$599.00
**Price:** 27 Gen 4 ...................................................$649.00

### GLOCK 29 GEN 4
**Caliber:** 10mm, 10/15-shot magazines. **Barrel:** 3.78". **Weight:** 24.69 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 20, including pricing. Subcompact version of Glock 20. Imported from Austria by Glock, Inc. Introduced 1997.

**Price:** Fixed sight ................................................$637.00

### GLOCK MODEL 29 SF SHORT FRAME
**Caliber:** 10mm. **Barrel:** 3.78" with hexagonal rifling. **Weight:** 24.52 oz. **Length:** 6.97" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 29 but with short-frame design, extended sight radius.

**Price:** ................................................................. $637.00

### GLOCK 30 GEN 4
**Caliber:** .45 ACP, 9/10/13-shot magazines. **Barrel:** 3.78". **Weight:** 23.99 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 21, including pricing. Subcompact version of Glock

# HANDGUNS Autoloaders, Service & Sport

21. Imported from Austria by Glock, Inc. Introduced 1997. SF version has tactical rail, octagonal rifled barrel with a 1:15.75 rate of twist, smaller diameter grip, 10-round magazine capacity. Introduced 2008.
**Price:** ..................................................................................... **$637.00**
**Price:** 30 SF (short frame) ....................................................... **$637.00**

## GLOCK 30S
Variation of Glock 30 with a Model 36 slide on a Model 30SF frame (short frame). **Caliber:** .45 ACP, 10-round magazine. **Barrel:** 3.78 inches. **Weight:** 20 oz. **Length:**  7 inches.
**Price:** ..................................................................................... **$637.00**

## GLOCK 31/31C
**Caliber:** .357 Auto, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 23.28 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc.
**Price:** From ..........................................................................**$599.00**
**Price:** 31 Gen 4 ......................................................................**$649.00**

## GLOCK 32/32C
**Caliber:** .357 Auto, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.52 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 31. Compact. Imported from Austria by Glock, Inc.
**Price:** ..................................................................................... **$599.00**
**Price:** 32 Gen 4 ......................................................................**$649.00**

## GLOCK 33
**Caliber:** .357 Auto, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29" overall. **Features:** Otherwise similar to Model 31. Subcompact. Imported from Austria by Glock, Inc.
**Price:** From ..........................................................................**$599.00**
**Price:** 33 Gen 4 ......................................................................**$614.00**

## GLOCK 34
**Caliber:** 9mm Para. 17/19/33-shot magazines. **Barrel:** 5.32". **Weight:** 22.9 oz. **Length:** 8.15" overall. **Features:** Competition version of Glock 17 with extended barrel, slide, and sight radius dimensions. Available with MOS (Modular Optic System).
**Price:** From .........................................................................**$679.00**
**Price:** MOS ...........................................................................**$840.00**
**Price:** 34 Gen 4 ......................................................................**$729.00**



## GLOCK 35
**Caliber:** .40 S&W, 15/17-shot magazines. **Barrel:** 5.32. **Weight:** 24.52 oz. (without magazine). **Length:** 8.15 overall. **Sights: Adjustable. Features:** Otherwise similar to Model 22. Competition version of Glock 22 with extended barrel, slide, and sight radius dimensions. Available with MOS (Modular Optic System). Introduced 1996.
**Price:** From..........................................................................**$679.00**
**Price:** MOS ...........................................................................**$840.00**
**Price:** 35 Gen 4 ......................................................................**$729.00**

## GLOCK 36
**Caliber:** .45 ACP, 6-shot magazines. **Barrel:** 3.78. **Weight:** 20.11 oz. (without magazine). **Length:** 6.77 overall. **Sights: Fixed. Features:** Single-stack magazine, slimmer grip than Glock 21/30. Subcompact. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** ..................................................................................... **$637.00**

## GLOCK 37
**Caliber:** .45 GAP, 10-shot magazines. **Barrel:** 4.49. **Weight:** 25.95 oz. (without magazine). **Length:** 7.32 overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 2005.
**Price:** ..................................................................................... **$614.00**
**Price:** 37 Gen 4 ......................................................................**$664.00**

## GLOCK 38
**Caliber:** .45 GAP, 8/10-shot magazines. **Barrel:** 4.02. **Weight:** 24.16 oz. (without magazine). **Length:** 6.85 overall. **Features:** Otherwise similar to Model 37. Compact. Imported from Austria by Glock, Inc.
**Price:** ..................................................................................... **$614.00**

## GLOCK 39
**Caliber:** .45 GAP, 6/8/10-shot magazines. **Barrel:** 3.46. **Weight:** 19.33 oz. (without magazine). **Length:** 6.3 overall. **Features:** Otherwise similar to Model 37. Subcompact. Imported from Austria by Glock, Inc.
**Price:** ..................................................................................... **$614.00**

## GLOCK 40 GEN 4
**Caliber:** 10mm. Similar features as Model 41 except for 6.01" barrel. Includes MOS optics.
**Price:** ..................................................................................... **$840.00**



## GLOCK 41 GEN 4
**Caliber:** .45 ACP, 13-round magazine capacity. **Barrel:** 5.31". **Weight:** 27 oz. **Length:** 8.9" overall. **Features:** This is a long-slide .45 ACP Gen4 model introduced in 2014. Operating features are the same as other Glock models. Available with MOS (Modular Optic System).
**Price:** ..................................................................................... **$749.00**
**Price:** MOS ...........................................................................**$840.00**



## GLOCK 42 GEN 4
**Caliber:** .380 ACP, 6-round magazine capacity. **Barrel:** 3.25". **Weight:** 13.8 oz. **Length:** 5.9" overall. **Features:** This single-stack, slimline sub-compact is the smallest pistol Glock has ever made. This is also the first Glock pistol made in the USA.
**Price:** ..................................................................................... **$499.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



**GLOCK 43 GEN 4**
**Caliber:** 9mm. 6+1 capacity. **Barrel:** 3.39". **Weight:** 17.95 oz. **Length:** 6.26". **Height:** 4.25". **Width: 1.02".** **Features:** Newest member of Glock's Slimline series with single-stack magazine.
**Price:** .................................................................................$599.00

**GRAND POWER P-1 MK7**
**Caliber:** 9mm. 15+1 magazine. Compact DA/SA pistol featuring a 3.7-inch barrel, frame-mounted safety, steel slide and frame, polymer grips and weight of 26 ounces. Offered in several variations and sizes. Made in Slovakia and imported by Eagle Imports.
**Price:** .................................................................................$449.99



**GUNCRAFTER INDUSTRIES NO. 1**
**Caliber:** .45 ACP or .50 GI. **Features:** 1911-style series of pistols best known for the proprietary .50 GI chambering. Offered in several common 1911 variations. No. 1 has 5-inch heavy match-grade barrel, 7-round magazine, Parkerized or hard chrome finish, checkered grips and front strap, Heinie slant tritum sights, 7-round magazine. Other models include Commander style, Officer's Model, Long Slide w/6-inch barrel and several 9mm or .38 Super versions.
**Price:** ............................................................ **$2,695.00 to $4,125.00**



**HECKLER & KOCH USP**
**Caliber:** 9mm Para., 15-shot magazine; .40 S&W, 13-shot magazine; 45 ACP, 12-shot magazine. **Barrel:** 4.25-4.41. **Weight:** 1.65 lbs. **Length:**

7.64-7.87 overall. **Grips:** Non-slip stippled black polymer. **Sights:** Blade front, rear adjustable for windage. **Features:** New HK design with polymer frame, modified Browning action with recoil reduction system, single control lever, Special "hostile environment" finish on all metal parts. Available in SA/DA, DAO, left- and right-hand versions. Introduced 1993. 45 ACP Introduced 1995. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP .45 ........................................................**$1,033.00**
**Price:** USP .40 and USP 9mm .................................................**$952.00**



**HECKLER & KOCH USP COMPACT**
**Caliber:** 9mm Para., 13-shot magazine; .40 S&W and .357 SIG, 12-shot magazine; .45 ACP, 8-shot magazine. Similar to the USP except the 9mm Para., 357 SIG, and 40 S&W have 3.58 barrels, measure 6.81 overall, and weigh 1.47 lbs. (9mm Para.). Introduced 1996. 45 ACP measures 7.09 overall. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact .45 .....................................................**$1,040.00**
**Price:** USP Compact 9mm Para., .40 S&W  ...........................**$992.00**



**HECKLER & KOCH USP45 TACTICAL**
**Caliber:** .40 S&W, 13-shot magazine; .45 ACP, 12-shot magazine. **Barrel:** 4.90-5.09. **Weight:** 1.9 lbs. **Length:** 8.64 overall. **Grips:** Non-slip stippled polymer. **Sights:** Blade front, fully adjustable target rear. **Features:** Has extended threaded barrel with rubber O-ring; adjustable trigger; extended magazine floorplate; adjustable trigger stop; polymer frame. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Tactical .45 ......................................................**$1,352.00**
**Price:** USP Tactical .40 ......................................................**$1,333.00**

**HECKLER & KOCH USP COMPACT TACTICAL**
**Caliber:** .45 ACP, 8-shot magazine. Similar to the USP Tactical except measures 7.72 overall, weighs 1.72 lbs. Introduced 2006. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact Tactical ...............................................**$1,352.00**

# HANDGUNS Autoloaders, Service & Sport



## HECKLER & KOCH HK45
**Caliber:** .45 ACP, 10-shot magazine. **Barrel:** 4.53". **Weight:** 1.73 lbs. **Length:** 7.52" overall. **Grips:** Ergonomic with adjustable grip panels. **Sights:** Low profile, drift adjustable. **Features:** Polygonal rifling, ambidextrous controls, operates on improved Browning linkless recoil system. Available in Tactical and Compact variations.
**Price:** USP Tactical .45 .................................. **$1,193.00 to $1,392.00**



## HECKLER & KOCH MARK 23 SPECIAL OPERATIONS
**Caliber:** .45 ACP, 12-shot magazine. **Barrel:** 5.87". **Weight:** 2.42 lbs. **Length:** 9.65 overall. **Grips:** Integral with frame; black polymer. **Sights:** Blade front, rear drift adjustable for windage; 3-dot. **Features:** Civilian version of the SOCOM pistol. Polymer frame; double action; exposed hammer; short recoil, modified Browning action. Introduced 1996. Imported from Germany by Heckler & Koch, Inc.
**Price:** ................................................................ **$2,299.00**



## HECKLER & KOCH P30 AND P30L
**Caliber:** 9mm and .40 S&W with 13 or 15-shot magazines. **Barrel:** 3.86" or 4.45" (P30L). **Weight:** 26 to 27.5 oz. **Length:** 6.95, 7.56" overall. **Grips:** Interchangeable panels. **Sights:** Open rectangular notch rear sight with contrast points (no radioactive). **Features:** Ergonomic features include a special grip frame with interchangeable backstraps inserts and lateral plates, allowing the pistol to be individually adapted to any user. Browning type action with modified short recoil operation. Ambidextrous controls include dual slide releases, magazine release levers, and a serrated decocking button located on the rear of the frame (for applicable variants). A Picatinny rail molded into the front of the frame. The extractor serves as a loaded-chamber indicator.
**Price:** P30 ........................................................... **$1,099.00**
**Price:** P30L Variant 2 Law Enforcement Modification (LEM) enhanced DAO ...................................... **$1,149.00**
**Price:** P30L Variant 3 Double Action/Single Action (DA/SA) with Decocker ........................................ **$1,108.00**

## HECKLER & KOCH P2000
**Caliber:** 9mm Para., 13-shot magazine; .40 S&W, 12-shot magazine. **Barrel:** 3.62. **Weight:** 1.5 lbs. **Length:** 7 overall. **Grips:** Interchangeable panels. **Sights:** Fixed Patridge style, drift adjustable for windage, standard 3-dot. **Features:** Incorporates features of HK USP Compact pistol, including Law Enforcement Modification (LEM) trigger, double-action hammer system, ambidextrous magazine release, dual slide-release levers, accessory mounting rails, recurved, hook trigger guard, fiber-reinforced polymer frame, modular grip with exchangeable back straps, nitro-carburized finish, lock-out safety device. Introduced 2003. Imported from Germany by Heckler & Koch, Inc.
**Price:** ...................................................................... **$799.00**

## HECKLER & KOCH P2000 SK
**Caliber:** 9mm Para., 10-shot magazine; .40 S&W and .357 SIG, 9-shot magazine. **Barrel:** 3.27. **Weight:** 1.3 lbs. **Length:** 6.42 overall. **Sights:** Fixed Patridge style, drift adjustable. **Features:** Standard accessory rails, ambidextrous slide release, polymer frame, polygonal bore profile. Smaller version of P2000. Introduced 2005. Imported from Germany by Heckler & Koch, Inc.
**Price:** ...................................................................... **$799.00**



## HECKLER & KOCH VP9/VP 40
**Caliber:** 9mm Para., 10 or 15-shot magazine. .40 S&W (10 or 13). **Barrel:** 4.09". **Weight:** 25.6 oz. **Length:** 7.34 overall. **Sights:** Fixed 3-dot, drift adjustable. **Features:** Striker-fired system with HK enhanced light pull trigger. Ergonomic grip design with interchangeable backstraps and side panels.
**Price:** ...................................................................... **$719.00**



## HI-POINT FIREARMS MODEL 9MM COMPACT
**Caliber:** 9mm Para., 8-shot magazine. **Barrel:** 3.5. **Weight:** 25 oz. **Length:** 6.75 overall. **Grips:** Textured plastic. **Sights:** Combat-style adjustable 3-dot system; low profile. **Features:** Single-action design;

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

frame-mounted magazine release; polymer frame. Scratch-resistant matte finish. Introduced 1993. Comps are similar except they have a 4 barrel with muzzle brake/compensator. Compensator is slotted for laser or flashlight mounting. Introduced 1998. Made in U.S.A. by MKS Supply, Inc.

**Price:** C-9 9mm ....................................................**$199.00**

## HI-POINT FIREARMS MODEL 380 POLYMER
Similar to the 9mm Compact model except chambered for .380 ACP, 8-shot magazine, adjustable 3-dot sights. Weighs 25 oz. Polymer frame. Action locks open after last shot. Includes 10-shot and 8-shot magazine; trigger lock.

**Price:** CF-380 ....................................................**$179.00**

## HI-POINT FIREARMS 40 AND 45 SW/POLYMER
**Caliber:** .40 S&W, 8-shot magazine; .45 ACP (9-shot). **Barrel:** 4.5. **Weight:** 32 oz. **Length:** 7.72 overall. **Sights:** Adjustable 3-dot. **Features:** Polymer frames, last round lock-open, grip mounted magazine release, magazine disconnect safety, integrated accessory rail, trigger lock. Introduced 2002. Made in U.S.A. by MKS Supply, Inc.

**Price:** ....................................................**$219.00**



## HIGH STANDARD HS-22
**Caliber:** .22 Long Rifle (10 rounds). **Barrel:** 5.5" bull or slab sided. **Weight:** 44 oz. **Length:** 9.5". **Grips:** Wood. **Sights:** Adjustable. **Finish:** Flat black or Parkerized gray. **Features:** Removable aluminum rib, adjustable trigger, Various custom options available.

**Price:** From............................................................**$900.00**



## ITHACA 1911
**Caliber:** .45 ACP, 7-round capacity. **Barrel:** 4.25 or 5". **Weight:** 35 or 40 oz. **Length:** 8.75" **Sights:** Fixed combat or fully adjustable target. **Grips:** Checkered cocobolo with Ithaca logo. **Features:** Classic 1911A1-style pistol with enhanced features including match-grade barrel, lowered and flared ejection port, skeletonized hammer and trigger, full-length two-piece guide rod, hand-fitted barrel bushing, extended beavertail grip safety, checkered front strap. Made 100 percent in the U.S.A.

**Price:** From............................................................**$1,575.00**



## IVER JOHNSON EAGLE
Series of 1911-style pistols made in typical variations including full-size (Eagle), Commander (Hawk), Officer's (Thrasher) sizes in .45 ACP, 9mm, 10mm, .38 Super. Many finishes available including Cerakote, polished stainless, pink and several "snakeskin" variations.

**Price:** ....................................................**$608.00 to $959.00**



## KAHR CM SERIES
**Caliber:** 9mm (6+1), .40 S&W (6+1). .45 ACP (5+1). CM45 Model is shown. **Barrel:** 3", 3.25"(45). **Weight:** 15.9 to 17.3 oz. **Length:** 5.42 overall. **Grips:** Textured polymer with integral steel rails molded into frame. **Sights:** CM9093 - Pinned in polymer sight; PM9093 - Drift adjustable, white bar-dot combat. **Features:** A conventional rifled barrel instead of the match grade polygonal barrel on Kahr's PM series; the CM slide stop lever is MIM (metal-injection-molded) instead of machined; the CM series slide has fewer machining operations and uses simple engraved markings instead of roll marking and finally the CM series are shipped with one magazine instead of two magazines. The slide is machined from solid 416 stainless slide with a matte finish, each gun is shipped with one 6-round stainless steel magazine with a flush baseplate. Magazines are USA made, plasma welded, tumbled to remove burrs and feature Wolff Gunsprings. The magazine catch in the polymer frame is all metal and will not wear out on the stainless steel magazine after extended use.

**Price:** ....................................................**$460.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   ✦   **391**

# HANDGUNS Autoloaders, Service & Sport





**Price: K4043N** K40, matte stainless steel w/tritium
  night sights .........................................................**$985.00**
**Price: K4044** K40, matte blackened stainless steel ................**$891.00**
**Price: K4048** K40 Elite 2003, stainless steel ..........................**$932.00**

## KAHR MK SERIES MICRO

Similar to the K9/K40 except is 5.35 overall, 4 high, with a 3.08 barrel. Weighs 23.1 oz. Has snag-free bar-dot sights, polished feed ramp, dual recoil spring system, DA-only trigger. Comes with 5-round flush baseplate and 6-shot grip extension magazine. Introduced 1998. Made in U.S.A. by Kahr Arms.

**Price: M9093** MK9, matte stainless steel ................................**$911.00**
**Price: M9093N** MK9, matte stainless steel, tritium
  night sights .......................................................**$1,017.00**
**Price: M9098** MK9 Elite 2003, stainless steel .........................**$991.00**
**Price: M4043** MK40, matte stainless steel ...............................**$991.00**
**Price: M4043N** MK40, matte stainless steel, tritium
  night sights .......................................................**$1,115.00**
**Price: M4048** MK40 Elite 2003, stainless steel .......................**$991.00**

## KAHR P SERIES

**Caliber:** 380 ACP, 9x19, 40 S&W, 45 ACP. Similar to K9/K40 steel frame pistol except has polymer frame, matte stainless steel slide. Barrel length 3.5"; overall length 5.8"; weighs 17 oz. Includes two 7-shot magazines, hard polymer case, trigger lock. Introduced 2000. Made in U.S.A. by Kahr Arms.

**Price: KP9093** 9mm Para. ......................................................**$762.00**
**Price: KP4043** .40 S&W ..........................................................**$762.00**
**Price: KP4543** .45 ACP ...........................................................**$829.00**
**Price: KP3833** .380 ACP (2008) .............................................**$667.00**

## KAHR KP GEN 2 PREMIUM SERIES

**Caliber:** KP9 9mm (7 shot magazine), KP45 .45 ACP (6 shots). **Barrel:** 3.5". **Features:** Black polymer frame, matte stainless slide, Tru-Glo Tritium fiber optic sights, short trigger, accessory rail.

**Price:** ...................................................................................**$976.00**

## KAHR TP GEN 2 PREMIUM SERIES

**Caliber:** TP9 9mm (8-shot magazine), TP45 .45 ACP (7 or 8 shots). **Barrel:** 4, 5, or 6" Four-inch barrel model has features similar to KP GEN 2. Five-inch has front and rear slide serrations, white 3-dot sights, mount for reflex sights. Six-inch model has same features plus comes with Leupold Delta Point Reflex sight.

**Price:** ...................................................................................**$976.00**
**Price:** 5-inch bbl ...............................................................**$1,015.00**
**Price:** 6-inch bbl ...............................................................**$1,566.00**

## KAHR CT9/40/45 SERIES

**Caliber:** 9mm (8+1), .40 S&W (6+1) .45 ACP (7+1). **Barrel:** 4 inches. **Weight:** 20 to 25 oz. **Length:** 5.42 overall. **Grips:** Textured polymer with integral steel rails molded into frame. **Sights:** Drift adjustable, white bar-dot combat. **Features:** A conventional rifled barrel instead of the match grade polygonal barrel on Kahr's PM series; the CM slide stop lever is MIM (metal-injection-molded) instead of machined; the CM series slide has fewer machining operations and uses simple engraved markings instead of roll marking and finally the CM series are shipped with one magazine instead of two magazines. The slide is machined from solid 416 stainless slide with a matte finish, each gun is shipped with one 6-round stainless steel magazine with a flush baseplate. Magazines are USA made, plasma welded, tumbled to remove burrs and feature Wolff Gunsprings. The magazine catch in the polymer frame is all metal and will not wear out on the stainless steel magazine after extended use

**Price:** ...................................................................................**$460.00**

## KAHR CT 380

**Caliber:** .380 ACP (7+1). **Barrel:** 3 inches. **Weight:** 14 oz. Other features similar to CT 9/40/45 models.

**Price:** ...................................................................................**$419.00**

## KAHR K SERIES

**Caliber:** K9: 9mm Para., 7-shot; K40: .40 S&W, 6-shot magazine. **Barrel:** 3.5. **Weight:** 25 oz. **Length:** 6 overall. **Grips:** Wraparound textured soft polymer. **Sights:** Blade front, rear drift adjustable for windage; bar-dot combat style. **Features:** Trigger-cocking double-action mechanism with passive firing pin block. Made of 4140 ordnance steel with matte black finish. Contact maker for complete price list. Introduced 1994. Made in U.S.A. by Kahr Arms.

**Price: K9093C** K9, matte stainless steel ..................................**$855.00**
**Price: K9093NC** K9, matte stainless steel w/tritium
  night sights .........................................................**$985.00**
**Price: K9094C** K9 matte blackened stainless steel .................**$891.00**
**Price: K9098** K9 Elite 2003, stainless steel ............................**$932.00**
**Price: K4043** K40, matte stainless steel ..................................**$855.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact pricing is not possible.

# HANDGUNS *Autoloaders, Service & Sport*



## KAHR PM SERIES
**Caliber:** 9x19, .40 S&W, .45 ACP. Similar to P-Series pistols except has smaller polymer frame (Polymer Micro). Barrel length 3.08"; overall length 5.35"; weighs 17 oz. Includes two 7-shot magazines, hard polymer case, trigger lock. Introduced 2000. Made in U.S.A. by Kahr Arms.
**Price:** PM9093 PM9 ............................................................. **$810.00**
**Price:** PM4043 PM40 ......................................................... **$810.00**
**Price:** PM4543 PM45 ......................................................... **$880.00**



## KAHR T SERIES
**Caliber:** T9: 9mm Para., 8-shot magazine; T40: .40 S&W, 7-shot magazine. **Barrel:** 4". **Weight:** 28.1-29.1 oz. **Length:** 6.5" overall. **Grips:** Checkered Hogue Pau Ferro wood grips. **Sights:** Rear: Novak low profile 2-dot tritium night sight, front tritium night sight. **Features:** Similar to other Kahr makes, but with longer slide and barrel upper, longer butt. Trigger cocking DAO; lock breech; "Browning-type" recoil lug; passive striker block; no magazine disconnect. Comes with two magazines. Introduced 2004. Made in U.S.A. by Kahr Arms.
**Price:** KT9093 T9 matte stainless steel...................................... **$857.00**
**Price:** KT9093-NOVAK T9, "Tactical 9," Novak night sight ........ **$980.00**
**Price:** KT4043 40 S&W ............................................................ **$857.00**



## KAHR CW SERIES
**Caliber:** 9mm Para., 7-shot magazine; .40 S&W and .45 ACP, 6-shot magazine. **Barrel:** 3.5-3.64". **Weight:** 17.7-18.7 oz. **Length:** 5.9-6.36" overall. **Grips:** Textured polymer. Similar to P-Series, but CW Series have conventional rifling, metal-injection-molded slide stop lever, no front dovetail cut, one magazine. CW40 introduced 2006. Made in U.S.A. by Kahr Arms.
**Price:** CW9093 CW9 ............................................................ **$449.00**
**Price:** CW4043 CW40 ......................................................... **$449.00**
**Price:** CW4543 CW45 ......................................................... **$449.00**



## KAHR P380
Very small double action only semiauto pistol chambered in .380 ACP. Features include 2.5-inch Lothar Walther barrel; black polymer frame with stainless steel slide; drift adjustable white bar/dot combat/sights; optional tritium sights; two 6+1 magazines. Overall length 4.9 inches, weight 10 oz. without magazine.
**Price:** Standard sights .............................................. **$667.00**
**Price:** Night sights................................................... **$792.00**

## KAHR CW380
**Caliber:** .380 ACP, six-round magazine. **Barrel:** 2.58 inches. **Weight:** 11.5 oz. **Length:** 4.96 inches. **Grips:** Textured integral polymer. **Sights:** Fixed white-bar combat style. **Features:** Double-action only. Black or purple polymer frame, stainless slide.
**Price:** .................................................................... **$419.00**



## KEL-TEC P-11
**Caliber:** 9mm Para., 10-shot magazine. **Barrel:** 3.1. **Weight:** 14 oz. **Length:** 5.6 overall. **Grips:** Checkered black polymer. **Sights:** Blade front, rear adjustable for windage. **Features:** Ordnance steel slide, aluminum frame. Double-action-only trigger mechanism. Introduced 1995. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** From .......................................................... **$340.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **393**

# HANDGUNS Autoloaders, Service & Sport



**KEL-TEC PF-9**

**Caliber:** 9mm Para.; 7 rounds. **Weight:** 12.7 oz. **Sights:** Rear sight adjustable for windage and elevation. **Barrel Length:** 3.1. **Length:** 5.85. **Features:** Barrel, locking system, slide stop, assembly pin, front sight, recoil springs and guide rod adapted from P-11. Trigger system with integral hammer block and the extraction system adapted from P-3AT. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.

**Price:** From ..........................................................................**$356.00**

**KEL-TEC P-32**

**Caliber:** .32 ACP, 7-shot magazine. **Barrel:** 2.68. **Weight:** 6.6 oz. **Length:** 5.07 overall. **Grips:** Checkered composite. **Sights:** Fixed. **Features:** Double-action-only mechanism with 6-lb. pull; internal slide stop. Textured composite grip/frame.

**Price:** From ..........................................................................**$326.00**

**KEL-TEC P-3AT**

**Caliber:** .380 ACP; 7-rounds. **Weight:** 7.2 oz. **Length:** 5.2. **Features:** Lightest .380 ACP made; aluminum frame, steel barrel.

**Price:** From ..........................................................................**$331.00**



**KEL-TEC PLR-16**

**Caliber:** 5.56mm NATO; 10-round magazine. **Weight:** 51 oz. **Sights:** Rear sight adjustable for windage, front sight is M-16 blade. **Barrel:** 9.2. **Length:** 18.5. **Features:** Muzzle is threaded 1/2-28 to accept standard attachments such as a muzzle brake. Except for the barrel, bolt, sights, and mechanism, the PLR-16 pistol is made of high-impact glass fiber reinforced polymer. Gas-operated semi-auto. Conventional gas-piston operation with M-16 breech locking system. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.

**Price:** Blued ........................................................................**$682.00**

**KEL-TEC PLR-22**

Semi-auto pistol chambered in .22 LR; based on centerfire PLR-16 by same maker. Blowback action, 26-round magazine. Open sights and picatinny rail for mounting accessories; threaded muzzle. Overall length is 18.5", weighs 40 oz.

**Price:** ..................................................................................**$400.00**



**KEL-TEC PMR-30**

**Caliber:** .22 Magnum (.22WMR) 30-rounds. **Barrel:** 4.3. **Weight:** 13.6 oz. **Length:** 7.9 overall. **Grips:** Glass reinforced Nylon (Zytel). **Sights:** Dovetailed aluminum with front & rear fiber optics. **Features:** Operates on a unique hybrid blowback/locked-breech system. It uses a double stack magazine of a new design that holds 30 rounds and fits completely in the grip of the pistol. Dual opposing extractors for reliability, heel magazine release to aid in magazine retention, Picatinny accessory rail under the barrel, Urethane recoil buffer, captive coaxial recoil springs. The barrel is fluted for light weight and effective heat dissipation. PMR30 disassembles for cleaning by removal of a single pin.

**Price:** ..................................................................................**$455.00**

**KIMBER MICRO CDP**

**Caliber:** .380 ACP, 6-shot magazine. **Barrel:** 2.75". **Weight:** 17 oz. **Grips:** Double diamond rosewood. Mini 1911-style single action with no grip safety.

**Price:** ..................................................................................**$951.00**



**KIMBER MICRO CARRY**

**Caliber:** .380 ACP, 6-round magazine. **Barrel:** 2.75 inches. **Weight:** 13.4 oz. **Length:** 5.6 inches **Grips:** Black synthetic, double diamond. **Sights:** Fixed low profile. **Finish:** Blue or stainless. **Features:** Aluminum frame, steel slide, carry-melt treatment, full-length guide rod.

**Price:** ..................................................................................**$651.00**

**KIMBER MICRO RAPTOR**

**Caliber:** .380 ACP, 6-round magazine. **Sights:** Tritium night sights. **Finish:** Stainless. **Features:** Variation of Micro Carry with Raptor style scalloped "feathered" slide serrations and grip panels.

**Price:** ..................................................................................**$960.00**

**KIMBER COVERT SERIES**

**Caliber:** .45 ACP (7-shot magazine). **Barrel:** 3", 4" or 5". **Weight:** 25 to 31 oz. **Grips:** Crimson Trace laser with camo finish. **Sights:** Tactical wedge 3-dot night sights. **Features:** Made in the Kimber Custom Shop. **Finish:** Kimber Gray frame, matte black slide, black small parts. Carry Melt treatment. Available in three frame sizes: Custom, Pro and Ultra.

**Price:** ..................................................................................**$1,457.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS *Autoloaders, Service & Sport*

## KIMBER CUSTOM II
**Caliber:** 9mm, .45 ACP. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.7" overall. **Grips:** Checkered black rubber, walnut, rosewood. **Sights:** Dovetailed front and rear, Kimber low profile adj. or fixed sights. **Features:** Slide, frame and barrel machined from steel or stainless steel. Match grade barrel, chamber and trigger group. Extended thumb safety, beveled magazine well, beveled front and rear slide serrations, high ride beavertail grip safety, checkered flat mainspring housing, kidney cut under triggerguard, high cut grip, match grade stainless steel barrel bushing, polished breech face, Commander-style hammer, lowered and flared ejection port, Wolff springs, bead blasted black oxide or matte stainless finish. Introduced in 1996. Custom TLE II (Tactical Law Enforcement) has tritium night sights, threaded barrel. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** Custom II ........................................................... **$871.00**



## KIMBER CUSTOM TLE II
**Caliber:** .45 ACP or 10mm. TLE (Tactical Law Enforcement) version of Custom II model plus night sights, front strap checkering, threaded barrel, Picatinny rail.
**Price:** .45 ACP.......................................................**$1,250.00**
**Price:** 10mm ..........................................................**$1,324.00**

## KIMBER STAINLESS II
**Same features as Custom II except has stainless steel frame.**
**Price:** Stainless II .45 ACP .......................................**$998.00**
**Price:** Stainless II 9mm Para. ..................................**$1,016.00**
**Price:** Stainless II .45 ACP w/night sights ...............**$1,141.00**
**Price:** Stainless II Target .45 ACP (stainless, adj. sight) ........**$1,108.00**



## KIMBER PRO CARRY II
Similar to Custom II, has aluminum frame, 4 bull barrel fitted directly to the slide without bushing. Introduced 1998. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** Pro Carry II, .45 ACP ....................................**$837.00**
**Price:** Pro Carry II, 9mm .........................................**$857.00**
**Price:** Pro Carry II w/night sights ............................**$977.00**

## KIMBER SAPPHIRE PRO II
Similar to Pro Carry II, chambered in 9mm with 9-shot magazine, 4-inch match-grade barrel. Striking two-tone appearance with satin silver aluminum frame and high polish bright blue slide. Grips are blue/black G-10 with grooved texture. Fixed Tacical Edge night sights. From the Kimber Custom Shop.
**Price:** ........................................................................**$1,652.00**



## KIMBER RAPTOR II
**Caliber:** .45 ACP (8-shot magazine, 7-shot (Ultra and Pro models). **Barrel:** 3", 4" or 5". **Weight:** 25 to 31 oz. **Grips:** Thin milled rosewood. **Sights:** Tactical wedge 3-dot night sights. **Features:** Made in the Kimber Custom Shop. Matte black or satin silver finish. Available in three frame sizes: Custom (shown), Pro and Ultra.
**Price:** ............................................................ **$1,434.00 to $1,568.00**



## KIMBER SOLO CARRY
**Caliber:** 9mm, 6-shot magazine. **Barrel:** 2.7. **Weight:** 17 oz. **Length:** 5.5 overall. **Grips:** Black synthetic, Checkered/smooth. **Sights:** Fixed low-profile dovetail-mounted 3-dot system. **Features:** Single action striker-fired trigger that sets a new standard for small pistols. A premium finish that is self-lubricating and resistant to salt and moisture. Ergonomics that ensure comfortable shooting. Ambidextrous thumb safety, slide release lever and magazine release button are pure 1911 – positive, intuitive and fast. The thumb safety provides additional security not found on most small pistols. Available with Crimson Trace Laser grips. Also available in stainless.
**Price:** ........................................................................ **$815.00**

# HANDGUNS Autoloaders, Service & Sport



### KIMBER ULTRA CARRY II
Lightweight aluminum frame, 3 match grade bull barrel fitted to slide without bushing. Grips .4 shorter. Low effort recoil spring. Weighs 25 oz. Introduced in 1999. Made in U.S.A. by Kimber Mfg., Inc.

**Price:** Stainless Ultra Carry II .45 ACP.................................... **$919.00**
**Price:** Stainless Ultra Carry II 9mm Para............................ **$1,016.00**
**Price:** Stainless Ultra Carry II .45 ACP with night sights ....... **$1,039.00**

### KIMBER GOLD MATCH II
Similar to Custom II models. Includes stainless steel barrel with match grade chamber and barrel bushing, ambidextrous thumb safety, adjustable sight, premium aluminum trigger, hand-checkered double diamond rosewood grips. Barrel hand-fitted for target accuracy. Made in U.S.A. by Kimber Mfg., Inc.

**Price:** Gold Match II .45 ACP ................................ **$1,393.00**
**Price:** Gold Match Stainless II .45 ACP ............................... **$1,574.00**



### KIMBER CDP II SERIES
Similar to Custom II, but designed for concealed carry. Aluminum frame. Standard features include stainless steel slide, fixed Meproflight tritium 3-dot (green) dovetail-mounted night sights, match grade barrel and chamber, 30 LPI front strap checkering, two-tone finish, ambidextrous thumb safety, hand-checkered double diamond rosewood grips. Introduced in 2000. Made in U.S.A. by Kimber Mfg., Inc.

**Price:** Ultra CDP II 9mm Para. (2008) .................................. **$1,359.00**
**Price:** Ultra CDP II .45 ACP .............................................. **$1,318.00**
**Price:** Compact CDP II .45 ACP ......................................... **$1,318.00**
**Price:** Pro CDP II .45 ACP ................................................ **$1,318.00**
**Price:** Custom CDP II (5" barrel, full length grip) .................. **$1,318.00**

### KIMBER CDP
**Caliber:** 9mm, .45 ACP. **Barrel:** 3, 4 or 5". **Weight:** 25 to 31 oz. **Features:** Aluminum frame, stainless slide, 30 line-per-inch checkering on backstrap and triggerguard, low-profile tritium night sights, carry melt treatment. **Sights:** Hand checkered rosewood or Crimson Trace Lasergrips. Introduced in 2017.

**Price:** ................................................................... **$1,173.00**
**Price:** With Crimson Trace Lasergrips .................................. **$1,473.00**

### KIMBER ECLIPSE II SERIES
**Caliber:** .38 Super, 10mm or **.45 ACP, 10mm (Target II only).** Similar to Custom II and other stainless Kimber pistols. Stainless slide and frame, black oxide, two-tone finish. Gray/black laminated grips. 30 lpi front strap checkering. All models have night sights; Target versions have Meproflight adjustable Bar/Dot version. Made in U.S.A. by Kimber Mfg., Inc.

**Price:** Eclipse Ultra II (3" barrel, short grip) ......................... **$1,350.00**
**Price:** Eclipse Pro II (4" barrel, full-length grip) .................... **$1,350.00**
**Price:** Eclipse Custom II 10mm ......................................... **$1,350.00**
**Price:** Eclipse Target II (5" barrel, full-length grip,
   adjustable sight) ............................................... **$1,393.00**

### KIMBER TACTICAL ENTRY II
**Caliber:** 45 ACP, 7-round magazine. **Barrel:** 5". **Weight:** 40 oz. **Length:** 8.7" overall. **Features:** 1911-style semiauto with checkered frontstrap, extended magazine well, night sights, heavy steel frame, tactical rail.

**Price:** ................................................................... **$1,490.00**

### KIMBER TACTICAL CUSTOM HD II
**Caliber:** .45 ACP, 7-round magazine. **Barrel:** 5" match-grade. **Weight:** 39 oz. **Length:** 8.7" overall. **Features:** 1911-style semiauto with night sights, heavy steel frame.

**Price:** ................................................................... **$1,387.00**



### KIMBER SUPER CARRY PRO
1911-syle semiauto pistol chambered in .45 ACP. Features include 8-round magazine; ambidextrous thumb safety; carry melt profiling; full length guide rod; aluminum frame with stainless slide; satin silver finish; super carry serrations; 4-inch barrel; micarta laminated grips; tritium night sights.

**Price:** ................................................................... **$1,596.00**

### KIMBER SUPER CARRY HD SERIES
Designated as HD (Heavy Duty), each is chambered in .45 ACP and features a stainless steel slide and frame, premium KimPro II™ finish and night sights with cocking shoulder for one-hand operation. Like the original Super Carry pistols, HD models have directional serrations on slide, front strap and mainspring housing for unequaled control under recoil. A round heel frame and Carry Melt treatment make them comfortable to carry and easy to conceal.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



### KIMBER SUPER CARRY ULTRA HD™
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 3. **Weight:** 32 oz. **Length:** 6.8 overall. **Grips:** G-10, Checkered with border. **Sights:** Night sights with cocking shoulder radius (inches): 4.8. **Features:** Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** ................................................................................**$1,699.00**



### KIMBER SUPER CARRY PRO HD™
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 4. **Weight:** 35 oz. **Length:** 7.7 overall. **Grips:** G-10, Checkered with border. **Sights:** Night sights with cocking shoulder radius (inches): 5.7. **Features:** Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** ................................................................................**$1,699.00**



### KIMBER SUPER CARRY CUSTOM HD™
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 5. **Weight:** 38 oz. **Length:** 8.7 overall. **Grips:** G-10, Checkered with border. **Sights:** Night sights with cocking shoulder radius (inches): 4.8. **Features:** Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** ................................................................................**$1,625.00**



### KIMBER ULTRA CDP II
Compact 1911-syle pistol chambered in .45 ACP or 9mm. Features include 7-round magazine (9 in 9mm); ambidextrous thumb safety; carry melt profiling; full length guide rod; aluminum frame with stainless slide; satin silver finish; checkered frontstrap; 3-inch barrel; rosewood double diamond Crimson Trace lasergrips grips; tritium 3-dot night sights.
**Price:** ................................................................................**$1,603.00**



### KIMBER STAINLESS ULTRA TLE II
1911-syle semiauto pistol chambered in .45 ACP. Features include 7-round magazine; full-length guide rod; aluminum frame with stainless slide; satin silver finish; checkered frontstrap; 3-inch barrel; tactical gray double diamond grips; tritium 3-dot night sights.
**Price:** ................................................................................**$1,136.00**



### KIMBER ROYAL II
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.7" overall. **Grips:** Solid bone-smooth. **Sights:** Fixed low profile. **Features:** A classic full-size pistol wearing a charcoal blue finish complimented with solid bone grip panels. Front and rear serrations. Aluminum match-grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** ................................................................................**$2,020.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ⊕ **397**

# HANDGUNS Autoloaders, Service & Sport



### KIMBER MASTER CARRY PRO
**Caliber:** .45 ACP, 8-round magazine. **Barrel:** 4 inches. **Weight:** 28 oz. **Length:** 7.7 inches **Grips:** Crimson Trace Laser. **Sights:** Fixed low profile. **Features:** Matte black KimPro slide, aluminum round heel frame, full-length guide rod.
**Price:** ...................................................................................**$1,568.00**

### KIMBER WARRIOR SOC
**Caliber:** .45 ACP, 7-round magazine. **Barrel:** 5 inches threaded for suppression. **Sights:** Fixed Tactical Wedge tritium. **Finish: Dark Green frame, Flat Dark Earth slide. Features:** Full-size 1911 based on special series of pistols made for USMC. Service melt, ambidextrous safety.
**Price:** ...................................................................................**$1,738.00**



### KIMBER SUPER JAGARE
**Caliber:** 10mm (8+1). **Barrel:** 6 inches, ported. **Weight:** 42 oz. **Finish:** Stainless steel KimPro, Charcoal gray frame, diamond-like carbon coated slide. Slide is ported. **Sights:** Delta Point Pro Optic. **Grips:** Micarta. Frame has rounded heel, high cut trigger guard. Designed for hunting.
**Price:** ...................................................................................**$2,688.00**



### LIONHEART LH9 MKII
**Caliber:** 9mm, 15-round magazine. LH9C Compact, 10 rounds. **Barrel:** 4.1 inches. **Weight:** 26.5 oz. **Length:** 7.5 inches **Grips:** One piece black polymer with textured design. **Sights:** Fixed low profile. Novak LoMount sights available. **Finish:** Cerakote Graphite Black or Patriot Brown. **Features:** Hammer-forged heat-treated steel slide, hammer-forged aluminum frame. Double-action PLUS action.
**Price:** ...................................................................................**$695.00**
**Price:** Novak sights ...................................................................**$749.00**



### LLAMA MAX-1
**Caliber:** .38 Super, .45 ACP. Standard size and features of the 1911A1 full-size model. **Barrel:** 5 inches. **Weight:** 37 oz. **Sights:** Mil Spec fixed. **Features:** Lowered ejection port, matte blue or hard chrome finish. Imported from the Philippines by Eagle Imports. Introduced in 2016.
**Price:** ...................................................................................**$565.00**



### LLAMA MICRO MAX
**Caliber:** .380 ACP. A compact 1911-style pistol with 3¾" barrel. **Weight:** 23 oz. **Sights:** Novak style rear, fiber optic front. **Grips:** Wood or black synthetic. **Features:** Skeletonized hammer and trigger, double slide serrations, comes with two 7-shot magazines. Imported from the Philippines by Eagle Imports.
**Price:** ...................................................................................**$468.00**



### MAC 3011 SSD TACTICAL
**Caliber:** .45 ACP (14+1 magazine). **Barrel:** 5 inches, match grade bull.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

**Sights:** Bomar type fully adjustable rear, dovetail front. **Weight:** 46 oz. **Finish:** Blue. **Grips:** Aluminum. **Features:** Checkered front strap serrations, skeletonized trigger and hammer, flared and lowered ejection port, ambidextrous safety. Imported from the Philippines by Eagle Imports.
**Price:** ................................................................................ **$1,136.00**



**MAC 1911 BOB CUT**
**Caliber:** .45 ACP (8+1 magazine). **Barrel:** 4¼". Commander size 1911 design. **Sights:** Novak type fully adjustable rear, dovetail front. **Weight:** 34.5 oz. **Finish:** Blue or hard chrome. **Grips:** Custom hardwood. **Features:** Stippled front strap, skeletonized trigger and hammer, flared and lowered ejection port, bobtail grip frame. Imported from the Philippines by Eagle Imports.
**Price:** ....................................................................................... **$902.00**



**MAC 1911 BULLSEYE**
**Caliber:** .45 ACP (8+1 magazine). **Barrel:** 6 inches, match grade bull. **Sights:** Bomar type fully adjustable rear, dovetail front. **Weight:** 46 oz. **Finish:** Blue or hard chrome. **Grips:** Hardwood. **Features:** Checkered front strap, skeletonized trigger and hammer, flared and lowered ejection port, wide front and rear slide serrations. Imported from the Philippines by Eagle Imports.
**Price:** .................................................................................... **$1,219.00**



**NIGHTHAWK CUSTOM T4**
Manufacturer of a wide range of 1911-style pistols in Government Model

(full-size), Commander and Officer's frame sizes. **Caliber:** .45 ACP, 7 or 8-round magazine; 9mm, 9 or 10 rounds; 10mm, 9 or 10 rounds. **Barrel:** 3.8, 4.25 or 5 inches. **Weight:** 28 to 41 ounces, depending on model. Shown is T4 model, introduced in 2013 and available only in 9mm.
**Price:** From ........................................... **$3,495.00 to $3,695.00**

**NIGHTHAWK CUSTOM GRP**
**Caliber:** 9mm, 10mm, .45 ACP. 8-shot magazine. Global Response Pistol (GRP). **Features:** Black, Sniper Gray, green, Coyote Tan or Titanium Blue finish. Match-grade barrel and trigger, choice of Heinie or Novak adjustable night sights.
**Price:** ................................................................................ **$2,995.00**

**NIGHTHAWK CUSTOM SHADOW HAWK**
**Caliber:** 9mm only. 5 or 4.25-inch barrel. **Features:** Stainless steel frame with black Nitride finish, flat-faced trigger, high beavertail grip safety, checkered front strap, Heinie Straight Eight front and rear titanium night sights.
**Price:** ................................................................................ **$3,795.00**

**NIGHTHAWK CUSTOM WAR HAWK**
**Caliber:** .45 ACP. 5 or 4.25-inch barrel. **Features:** One-piece mainspring housing and magwell, Everlast Recoil System, Hyena Brown G10 grips.
**Price:** ...................................................................................... **$3,895**

**NIGHTHAWK CUSTOM BOB MARVEL 1911**
**Caliber:** 9mm or .45 ACP. 4.25-inch bull barrel, Everlast Recoil System, adjustable sights, match trigger, black Melonite finish.
**Price:** .45 ACP ...................................................................... **$4,295.00**
**Price:** 9mm ............................................................................. **$4,195.00**

**NIGHTHAWK CUSTOM DOMINATOR**
**Caliber:** .45 ACP. 8-shot magazine. **Features:** Stainless frame, black Perma Kote slide, cocobolo double-diamond grips,, front and rear slide serrations, adjustable sights.
**Price:** ................................................................................ **$3,595.00**

**NIGHTHAWK CUSTOM SILENT HAWK**
**Caliber:** .45 ACP. 8-shot magazine. **Features:** 4.25-inch barrel, Commander recon frame, G10 black and gray grips. Designed to match Silencerco silencer, not included with pistol.
**Price:** ................................................................................ **$4,295.00**

**NIGHTHAWK CUSTOM HEINIE LONG SLIDE**
**Caliber:** 10mm or .45 ACP. Long slide 6-inch barrel. **Features:** Cocobolo wood grips, black Perma Kote finish, adjustable or fixed sights, front strap checkering.
**Price:** ................................................................................ **$3,895.00**

**NIGHTHAWK CUSTOM BROWNING HI-POWER**
**Caliber:** 9mm. Nighthawk hasn't reinvented the classic high-capacity pistol but has improved it. Features include hand textured frame, trigger guard, slide top and rear, extended beavertail, contoured mag well, Heinie slant pro rear sight with a Nighthawk 14K gold bead front, crowned barrel, crisp 4-pound trigger job, Cera Kote Satin finish, select cocobolo checkered grips. Comes with two 13-round magazines.
**Price:** ................................................................................ **$3,195.00**

**NIGHTHAWK CUSTOM BORDER SPECIAL**
**Caliber:** .45 ACP (8+1 capacity). **Barrel:** 4.25 inches, match grade. Commander size steel frame with bobtail concealed carry grip. **Weight:** 34 oz. **Sights:** Heinie Black Slant rear, gold bead front. **Grips:** Cocobolo double diamond. **Finish:** Cera Kote Elite Midnight black. **Features:** Scalloped front strap and mainspring housing. Serrated slide top. Rear slide serrations only. Crowned barrel flush with bushing.
**Price:** ................................................................................ **$3,650.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail price so exact prices are not possible.

72ND EDITION, 2018   ✦   **399**

# HANDGUNS Autoloaders, Service & Sport



**NORTH AMERICAN ARMS GUARDIAN DAO**
**Caliber:** .25 NAA, .32 ACP, .380 ACP, .32 NAA, 6-shot magazine. **Barrel:** 2.49. **Weight:** 20.8 oz. **Length:** 4.75 overall. **Grips:** Black polymer. **Sights:** Low profile fixed. **Features:** Double-action only mechanism. All stainless steel construction. Introduced 1998. Made in U.S.A. by North American Arms. The .25 NAA is based on a bottle-necked .32 ACP case, and the .32 NAA is on a bottle-necked .380 ACP case.
**Price:** .25 NAA, 32 ACP ...........................................................$409.00
**Price:** .32 NAA, .380 ACP ......................................................$486.00



**PHOENIX ARMS HP22, HP25**
**Caliber:** .22 LR, 10-shot (HP22), .25 ACP, 10-shot (HP25). **Barrel:** 3". **Weight:** 20 oz. **Length:** 5.5" overall. **Grips:** Checkered composition. **Sights:** Blade front, adjustable rear. **Features:** Single action, exposed hammer; manual hold-open; button magazine release. Available in satin nickel, matte blue finish. Introduced 1993. Made in U.S.A. by Phoenix Arms.
**Price:** With gun lock ..............................................................$150.00
**Price:** HP Range kit with 5" bbl., locking case
and accessories (1 Mag) ...................................................$194.00
**Price:** HP Deluxe Range kit with 3" and 5" bbls.,
2 mags, case ....................................................................$232.00



**REMINGTON R1**
**Caliber:** .45 (7-shot magazine). **Barrel:** 5". **Weight:** 38.5 oz. **Grips:** Double diamond walnut. **Sights:** Fixed, dovetail front and rear,

3-dot. **Features:** Flared and lowered ejection port. Comes with two magazines.
**Price:** ..............................................................................$774.00
**Price:** (stainless) ...............................................................$837.00



**REMINGTON R1 HUNTER**
**Caliber:** 10mm. **Barrel:** 6" match grade. **Sights:** Fully adjustable. **Finish:** Stainless steel. Comes with two 8-shot magazines, Operator II VZ G10 grips.
**Price:** ...........................................................................$1,310.00



**REMINGTON R1 ENHANCED**
**Caliber:** .45 ACP or 9mm. Same features as standard R1 except 8-shot magazine (.45), 9-shot (9mm). Stainless satin black oxide finish, wood laminate grips and adjustable rear sight. Other features include forward slide serrations, fiber optic front sight. Available with threaded barrel.
**Price:** ..............................................................................$903.00
**Price:** Stainless ................................................................$990.00
**Price:** Threaded barrel .......................................................$959.00
**Price:** With Crimson Trace Laser Sight.................................$1,129.00



Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

**REMINGTON R1 CARRY**
**Caliber:** .45 ACP. **Barrel:** 5 or 4.25 inches (Carry Commander). **Weight:** 35 to 39 oz. **Grips:** Cocobolo. **Sights:** Novak-type drift-adjustable rear, tritium-dot front sight. **Features:** Skeletonized trigger. Comes with one 8-round and one 7-round magazine.
**Price:** ................................................................ **$1,067.00**

**REMINGTON RM380**
**Caliber:** .380 ACP, 6-shot magazine + 1. **Barrel:** 2.9". **Length:** 5.27". **Height:** 3.86". **Weight:** 12.2 oz. **Sights:** Fixed and contoured. **Grips:** Glass-filled nylon with replaceable panels. **Features:** Double-action-only operation, all-metal construction with aluminum frame, stainless steel barrel, light dual recoil spring system, extended beavertail. Introduced in 2015.
**Price:** ................................................................ **$436.00**
**Price:** With Crimson Trace Laser Sight.................................... **$638.00**



**REMINGTON RP9**
**Caliber:** 9mm. 18+1 capacity. Striker-fired polymer frame model with Picatinny rail. **Barrel:** 4.5". **Weight:** 26.4 oz. **Sights:** Drift adjustable front and rear. **Features:** Interchangeable back straps. Smooth, light trigger pull with short reset, trigger safety. Easy loading double-stack magazine.
**Price:** ................................................................ **$489.00**



**REMINGTON R51**
**Caliber:** 9mm (7+1 capacity). **Barrel:** 3.4". **Sights:** Fixed low profile. **Weight:** 22 oz. **Features:** Skeletonized trigger with crisp, light pull. Aluminum frame with black stainless slide. Redesigned and improved variation of 2014 model, which was recalled. Reintroduced in 2017.
**Price:** ................................................................ **$448.00**

**REPUBLIC FORGE 1911**
**Caliber:** .45 ACP, 9mm, .38 Super, .40 S&W, 10mm. A manufacturer of custom 1911-style pistols offered in a variety of configurations, finishes and frame sizes, including single and double-stack models with many options. Made in Texas.
**Price:** From ............................................. **$2,795.00**



**ROBERTS DEFENSE 1911 SERIES**
**Caliber:** : .45 ACP (8+1 rounds). **Barrel:** 5, 4.25 or 3.5 inches. **Weight:** 26 to 38 oz. **Sights:** Novak-type drift-adjustable rear, tritium-dot or fiber optic front sight. **Features:** Skeletonized trigger. Offered in four model variants with many custom features and options. Made in Wisconsin by Roberts Defense.
**Price:** Recon .......................................................... **$1,950.00**
**Price:** Super Grade ................................................... **$1,870.00**
**Price:** Operator ........................................................ **$2,000.00**
**Price:** Edge Pro ....................................................... **$1,950.00**

**ROCK ISLAND ARMORY 1911A1-45 FSP**
1911-style semiauto pistol chambered in .45 ACP (8 rounds), 9mm Parabellum, .38 Super (9 rounds). Features include hard rubber grips, 5-inch barrel, blue, Duracoat or two-tone finish, drift adjustable sights. Nickel finish or night sights available.
**Price:** From ............................................................... **$470.00**

**ROCK ISLAND ARMORY 1911A1-FS MATCH**
1911 Match-style pistol chambered in .45 ACP. Features fiber optic front and adjustable rear sights, skeletonized trigger and hammer, extended beavertail, double diamond checkered walnut grips, 5 or 6-inch barrel.
**Price:** ................................................................ **$877.00**

**ROCK ISLAND ARMORY 1911A1-.22 TCM**
**Caliber:** .22 TCM, 17-round magazine. **Barrel:** 5 inches. **Weight:** 36 oz. **Length:** 8.5 inches. **Grips:** Polymer. **Sights:** Adjustable rear. **Features:** Chambered for high velocity .22 TCM rimfire cartridge. Comes with interchangeable 9mm barrel.
**Price:** ................................................................ **$820.00**

**ROCK ISLAND ARMORY PRO MATCH ULTRA "BIG ROCK"**
**Caliber:** 10mm, 8 or 16-round magazine. **Barrel:** 6 inches. **Weight:** 40 oz. **Length:** 8.5 inches. **Grips:** VZ G10. **Sights:** Fiber optic front, adjustable rear. **Features:** Two magazines, upper and lower accessory rails, extended beavertail safety.
**Price:** ................................................................ **$1,187.00**
**Price:** High capacity model ...................................... **$1,340.00**

**ROCK ISLAND ARMORY MAP & MAPP**
**Caliber:** 9mm, 16-round magazine. **Barrel:** 3.5 (MAPP) or 4 inches (MAP). Browning short recoil action style pistols with: integrated front sight; snag-free rear sight; single & double-action trigger; standard or ambidextrous rear safety; polymer frame with accessory rail.
**Price:** ................................................................ **$500.00**

**ROCK ISLAND ARMORY XT22**
**Caliber:** .22 LR, or .22 Magnum. 10 or 15-round magazine. **Barrel:** 5 **Weight:** 38 oz. The XT-22 is the only .22 1911 with a forged 4140 steel slide and a one piece 4140 chrome moly barrel. Available as a .22/.45 ACP combo.
**Price:** ................................................................ **$600.00**
**Price:** .22 LR/.45 combo ........................................... **$900.00**

**ROCK ISLAND ARMORY BABY ROCK 380**
**Caliber:** .380 ACP, 7-round magazine. Blowback operation. An 85 percent-size version of 1911-A1 design with features identical to full-size model.
**Price:** ................................................................ **$460.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   401

# HANDGUNS Autoloaders, Service & Sport

**ROCK RIVER ARMS LAR-15/LAR-9**
**Caliber:** .223/5.56mm NATO or 9mm Para. **Barrel:** 7", 10.5" Wilson chrome moly, 1:9 twist, A2 flash hider, 1/2-28 thread. **Weight:** 5.1 lbs. (7" barrel), 5.5 lbs. (10.5" barrel). **Length:** 23" overall. Stock: Hogue rubber grip. **Sights:** A2 front. **Features:** Forged A2 or A4 upper, single stage trigger, aluminum free-float tube, one magazine. Similar 9mm Para. LAR-9 also available. From Rock River Arms, Inc.
**Price:** LAR-15 7" A2 AR2115 ....................................................**$955.00**
**Price:** LAR-15 10.5" A4 AR2120 ............................................**$945.00**
**Price:** LAR-9 7" A2 9mm2115 .............................................**$1,125.00**

**ROCK RIVER ARMS TACTICAL PISTOL**
**Caliber:** .45 ACP. Standard size 1911 pistol with rosewood grips, Heinie or Novak sights, Black Cerakote finish.
**Price:** ................................................................................**$2,000.00**

**ROCK RIVER ARMS LIMITED MATCH**
**Caliber:** .45 ACP, 40 S&W, .38 Super, 9mm. **Barrel:** 5-inches. **Sights:** Adjustable rear, blade front. **Finish:** Hard chrome. **Features:** National Match frame with beveled magazine well, front and rear slide serrations, Commander Hammer, G10 grips.
**Price:** ................................................................................**$3,600.00**

**ROCK RIVER ARMS CARRY PISTOL**
**Caliber:** .45 ACP. **Barrel:** 5 inches. **Sights:** Heinie. **Finish:** Parkerized. **Grips:** Rosewood. **Weight:** 39 oz.
**Price:** ................................................................................**$1,600.00**

**ROCK RIVER ARMS 1911 POLY**
**Caliber:** .45 ACP, 7-round magazine. Full-size 1911-style model with polymer frame and steel slide. **Barrel:** 5". **Weight:** 33 oz. **Sights:** Fixed.
**Price:** ..................................................................................**$925.00**



**RUGER AMERICAN PISTOL**
**Caliber:** 9mm, .45 ACP. Magazine capacity: 10 or 17 (9), 10 (.45). **Barrel:** 4.2" (9), 4.5" (.45). **Length:** 7.5 or 8". **Weight:** 30 to 31.5 oz. **Sights:** Novak LoMount Carry 3-Dot. **Finish:** Stainless steel slide with black Nitride finish. **Grip:** One-piece ergonomic wrap-around module with adjustable palm swell and trigger reach. **Features:** Short take-up trigger with positive re-set, ambidextrous mag release and slide stop, integrated trigger safety, automatic sear block system, easy takedown. Introduced in 2016.
**Price:** ..................................................................................**$579.00**



**RUGER AMERICAN COMPACT PISTOL**
**Caliber:** 9mm. **Barrel:** 3.5". Compact version of American Pistol with same general specifications.
**Price:** ..................................................................................**$579.00**



**RUGER SR9 /SR40**
**Caliber:** 9mm Para. (17 round magazine), .40 S&W (15). **Barrel:** 4.14". **Weight:** 26.25, 26.5 oz. **Grips:** Glass-filled nylon in two color options—black or OD Green, w/flat or arched reversible backstrap. **Sights:** Adjustable 3-dot, built-in Picatinny-style rail. **Features:** Semi-auto in six configurations, striker-fired, through-hardened stainless steel slide, brushed or blackened stainless slide with black grip frame or blackened stainless slide with OD Green grip frame, ambidextrous manual 1911-style safety, ambi. mag release, mag disconnect, loaded chamber indicator, Ruger camblock design to absorb recoil, comes with two magazines. 10-shot mags available. Introduced 2008. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** SR9 (17-Round), SR9-10 (SS) ......................................**$569.00**



**RUGER SR9C /SR40C COMPACT**
**Caliber:** 9mm or .40 S&W. **Barrel:** 3.4 " (SR9C), 3.5" (SR40C). **Features:** Features include 1911-style ambidextrous manual safety; internal trigger bar interlock and striker blocker; trigger safety; magazine disconnector; loaded chamber indicator; two magazines, one 10-round and the other 17-round; 3.5-inch barrel; 3-dot sights; accessory rail; brushed stainless or blackened allow finish. Weight 23.40 oz.
**Price:** ..................................................................................**$569.00**

**RUGER 9E**
**Caliber:** 9mm. A value-priced variation of the SR9 with black oxide finish, drift-adjustable sights. Other features similar to SR9.
**Price:** ..................................................................................**$459.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact pricing is not possible.

# HANDGUNS Autoloaders, Service & Sport





### RUGER SR45
**Caliber:** .45 ACP, 10-round magazine. **Barrel:** 4.5 inches. **Weight:** 30 oz. **Length:** 8 inches. **Grips:** Glass-filled nylon with reversible flat/arched backstrap. **Sights:** Adjustable 3-dot. **Features:** Same features as SR9.
**Price:** ...................................................................................**$569.00**

### RUGER LC9S
**Caliber:** 9mm luger, 7+1 capacity. **Barrel:** 3.12 **Grips:** Glass-filled nylon. **Sights:** Adjustable 3-dot. **Features:** Striker-fired operation with smooth trigger pull. Integral trigger safety plus manual safety. Aggressive frame checkering, smooth "melted" edges. Slightly larger than LC380. LC9S Pro has no manual safety.
**Price:** ...................................................................................**$479.00**

### RUGER LCP
**Caliber:** .380 (6-shot magazine). **Barrel:** 2.75". **Weight:** 9.4 oz. **Length:** 5.16". **Grips:** Glass-filled nylon. **Sights:** Fixed, drift adjustable or integral Crimson Trace Laserguard.
**Price:** Blued ...........................................................................**$259.00**
**Price:** Stainless steel slide .........................................................**$289.00**
**Price:** Crimson Trace Laserguard................................................**$429.00**
**Price:** Viridian-E Red Laser sight ...............................................**$349.00**
**Price:** Custom w/drift adjustable rear sight..............................**$269.00**





### RUGER LC380
**Caliber:** .380 ACP. Other specifications and features identical to LC9.
**Price:** ...................................................................................**$479.00**

### RUGER LCP II
**Caliber:** .380 (6-shot magazine). **Barrel:** 2.75". **Weight:** 10.6 oz. **Length:** 5.16". **Grips:** Glass-filled nylon. **Sights:** Fixed. **Features:** Last round fired holds action open. Larger grip frame surface provides better recoil distribution. Finger grip extension included. Improved sights for superior visibility. Sights are integral to the slide, hammer is recessed within slide.
**Price:** ...................................................................................**$349.00**





**Price:** LaserMax laser grips ....................................................**$529.00**
**Price:** Crimson Trace Laserguard..............................................**$629.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018  •  **403**

# HANDGUNS Autoloaders, Service & Sport

## RUGER CHARGER

**Caliber:** .22 LR, 15-shot BX-15 magazine. Based on famous 10/22 rifle design with pistol grip stock and fore-end, scope rail, bipod. Black laminate stock. Silent-SR Suppressor available. Add $449. NRA regulations apply. Reintroduced with improvements and enhancements in 2015.
**Price:** Standard ..................................................................... **$309.00**
**Price:** Takedown ................................................................... **$419.00**



RUGER MK IV COMPETITION

RUGER MARK IV TARGET

## RUGER MARK IV SERIES

**Caliber:** .22 LR, 10-shot magazine. **Barrel:** 5-1/2, 6-7/8". Target model has 5.5" bull, Hunter model 6.88" fluted bull, Competition model 6.88" slab sided bull. **Weight:** 33 to 46 oz. **Grips:** Checkered or target laminate. **Sights:** Adjustable rear, blade or fiber-optic front (Hunter). **Features:** Updated design of Mark III series with one-button takedown. Introduced 2016. Modern successor of the first Ruger pistol of 1949.
**Price:** Target (blue) ................................................................ **$529.00**
**Price:** Target (stainless) ......................................................... **$689.00**
**Price:** Hunter ..................................................... **$769.00 to $799.00**
**Price:** Competition ................................................................ **$749.00**



RUGER 22/45 MARK IV

## RUGER 22/45 MARK IV PISTOL

Similar to other .22 Mark IV autos except has Zytel grip frame that matches angle and magazine latch of Model 1911 .45 ACP pistol. Available in 4.4-, 5.5-inch bull barrels. Comes with extra magazine, plastic case, lock. Molded polymer or replaceable laminate grips. Weight: 25 to 33 oz. Sights: Adjustable. Updated design of Mark III with one-button takedown. Introduced 2016.
**Price:** ............................................................................. **$409.00**
**Price:** 4.4" bull threaded barrel w/rails ..................................... **$529.00**
**Price:** Lite w/aluminum frame, rails ........................................... **$549.00**



## RUGER SR22

**Caliber:** .22 LR (10-shot magazine). **Barrel:** 3.5". **Weight:** 17.5 oz. **Length:** 6.4". **Sights:** Adjustable 3-dot. **Features:** Ambidextrous manual safety/decocking lever and mag release. Comes with two interchangeable rubberized grips and two magazines. Black or silver anodize finish. Available with threaded barrel.
**Price:** Black ........................................................................... **$439.00**
**Price:** Silver ........................................................................... **$459.00**
**Price:** Threaded barrel ............................................................ **$479.00**



## RUGER SR1911

**Caliber:** .45 (8-shot magazine). **Barrel:** 5". **Weight:** 39 oz. **Length:** 8.6". **Grips:** Slim checkered hardwood. **Sights:** Novak LoMount Carry rear, standard front. **Features:** Based on Series 70 design. Flared and lowed ejection port. Extended mag release, thumb safety and slide-stop lever, oversized grip safety, checkered backstrap on the flat mainspring housing. Comes with one 7-shot and one 8-shot magazine.
**Price:** ............................................................................. **$939.00**

## RUGER SR1911 CMD

**Commander-size version of SR1911. Caliber:** .45 ACP. **Barrel:** 4.25 inches. **Weight:** 29.3 (aluminum), 36.4 oz. (stainless). Other specifications and features are identical to SR1911.
**Price:** Low glare stainless ....................................................... **$939.00**
**Price:** Anodized aluminum two tone ......................................... **$979.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



**RUGER SR1911 TARGET**

**Caliber:** .45 (8-shot magazine). **Barrel:** 5″. **Weight:** 39 oz. **Sights:** Bomar adjustable. **Grips:** G10 Deluxe checkered. **Features:** Skeletonized hammer and trigger, satin stainless finish. Introduced in 2016.
**Price:** .................................................................................. **$1,019.00**



**SCCY CPX**

**Caliber:** 9mm, 10-round magazine. **Barrel:** 3.1″. **Weight:** 15 oz. **Length:** 5.7″ overall. **Grips:** Integral with polymer frame. **Sights:** 3-dot system, rear adjustable for windage. **Features:** Zytel polymer frame, steel slide, aluminum alloy receiver machined from bar stock. Double-action only with consistent 9-pound trigger pull. Concealed hammer. Available with (CPX-1) or without (CPX-2) manual thumb safety. Introduced 2014. Made in U.S.A. by SCCY Industries.
**Price:** Black carbon ................................................................ **$334.00**
**Price:** Stainless/blue two-tone ................................................. **$339.00**

**SEECAMP LWS 32/380 STAINLESS DA**

**Caliber:** .32 ACP, .380 ACP Win. Silvertip, 6-shot magazine. **Barrel:** 2″, integral with frame. **Weight:** 10.5 oz. **Length:** 4-1/8″ overall. **Grips:** Glass-filled nylon. **Sights:** Smooth, no-snag, contoured slide and barrel top. **Features:** Aircraft quality 17-4 PH stainless steel. Inertia-operated firing pin. Hammer fired double-action-only. Hammer automatically follows slide down to safety rest position after each shot, no manual safety needed. Magazine safety disconnector. Polished stainless. Introduced 1985. From L.W. Seecamp.
**Price:** .32 ................................................................................. **$446.25**
**Price:** .380 ............................................................................... **$795.00**



**SIG SAUER 1911**

**Caliber:** .45 ACP, .40 S&W. 8-10 shot magazine. **Barrel:** 5″. **Weight:** 40.3 oz. **Length:** 8.65″ overall. **Grips:** Checkered wood grips. **Sights:** Novak night sights. Blade front, drift adjustable rear for windage. **Features:** Single-action 1911. Hand-fitted dehorned stainless-steel frame and slide; match-grade barrel, hammer/sear set and trigger; 25-lpi front strap checkering, 20-lpi mainspring housing checkering. Beavertail grip safety with speed bump, extended thumb safety, firing pin safety and hammer intercept notch. Introduced 2005. XO series has contrast sights, Ergo Grip XT textured polymer grips. Target line features adjustable target night sights, match barrel, custom wood grips, non-railed frame in stainless or Nitron finishes. TTT series is two-tone 1911 with Nitron slide and black controls on stainless frame. Includes burled maple grips, adjustable combat night sights. STX line available from Sig Sauer Custom Shop; two-tone 1911, non-railed, Nitron slide, stainless frame, burled maple grips. Polished cocking serrations, flat-top slide, magwell. Carry line has Novak night sights, lanyard attachment point, gray diamondwood or rosewood grips, 8+1 capacity. Compact series has 6+1 capacity, 7.7 OAL, 4.25″ barrel, slim-profile wood grips, weighs 30.3 oz. RCS line (Compact SAS) is Customs Shop version with anti-snag dehorning. Stainless or Nitron finish, Novak night sights, slim-profile gray diamondwood or rosewood grips. 6+1 capacity. 1911 C3 (2008) is a 6+1 compact .45 ACP, rosewood custom wood grips, two-tone and Nitron finishes. Weighs about 30 ounces unloaded, lightweight alloy frame. Length is 7.7. Now offered in more than 30 different models with numerous options for frame size, grips, finishes, sight arrangements and other features. From SIG SAUER, Inc.
**Price:** Nitron ............................................................. **$1,174.00**
**Price:** Tacops ............................................................ **$1,221.00**
**Price:** XO Black .......................................................... **$1,010.00**
**Price:** STX ................................................................. **$1,244.00**
**Price:** Nightmare ........................................................ **$1,244.00**
**Price:** CarryNightmare ............................................... **$1,195.00**
**Price:** Compact C3 ..................................................... **$1,010.00**
**Price:** Max ................................................................ **$1,663.00**
**Price:** Spartan ........................................................... **$1,304.00**
**Price:** Super Target ..................................................... **$1,609.00**
**Price:** Traditional Stainless Match Elite ........................ **$1,141.00**
**Price:** Traditional Engraved Texas .................................. **$1,522.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **405**

# HANDGUNS Autoloaders, Service & Sport





### SIG SAUER P220
**Caliber:** .45 ACP, (7- or 8-shot magazine). **Barrel:** 4.4". **Weight:** 27.8 oz. **Length:** 7.8" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Double action. Stainless-steel slide, Nitron finish, alloy frame, M1913 Picatinny rail; safety system of decocking lever, automatic firing pin safety block, safety intercept notch, and trigger bar disconnector. Squared combat-type trigger guard. Slide stays open after last shot. Introduced 1976. P220 SAS Anti-Snag has dehorned stainless steel slide, front Siglite Night Sight, rounded trigger guard, dust cover, Custom Shop wood grips. Equinox line is Custom Shop product with Nitron stainless-steel slide with a black hard-anodized alloy frame, brush-polished flats and nickel accents. Truglo tritium fiber-optic front sight, rear Siglite night sight, gray laminated wood grips with checkering and stippling. From SIG SAUER, Inc.

**Price:** .................................................................. $1,087.00
**Price:** .................................................................. $1,087.00
**Price:** P220 Elite 10mm.................................................... $1,422.00
**Price:** P220 Elite Stainless............................................... $1,359.00
**Price:** P220 Super Match.................................................... $1,467.00
**Price:** P220 Combat Threaded Barrel ................................ $1,282.00

### SIG SAUER P225 A-1
**Caliber:** 9mm. 8-shot magazine. **Barrel:** 3.6 or 5". **Weight:** 30.5 oz. Shorter and slim-profile version of P226 with enhanced short reset trigger, single-stack magazine.

**Price:** .................................................................. $1,122.00
**Price:** Night sights ..................................................... $1,236.00





### SIG SAUER P220 CARRY
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 3.9". **Weight:** NA. **Length:** 7.1" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Similar to full-size P220, except is "Commander" size. Single stack, DA/SA operation, Nitron finish, Picatinny rail, and either post and dot contrast or 3-dot Siglite night sights. Introduced 2005. Many variations available. From SIG SAUER, Inc.

**Price:** P220 Carry, from ...................................................... $1,119.00
**Price:** P220 Carry Elite Stainless.......................................... $1,495.00

### SIG SAUER P226
Similar to the P220 pistol except has 4.4 barrel, measures 7.7 overall, weighs 34 oz. Chambered in 9mm, .357 SIG, or .40 S&W. Many

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

variations available. Snap-on modular grips. Legion series has improved short reset trigger, contoured and shortened beavertail, relieved trigger guard, higher grip, other improvements. From SIG SAUER, Inc.

**Price:** From..............................................................................**$1,108.00**
**Price:** Elite from............................................................................**$1,481.00**
**Price:** Combat ............................................................................**$1,289.00**
**Price:** Tactical Operations (TACOPS)....................................**$1,329.00**
**Price:** Engraved.........................................................................**$1,631.00**
**Price:** Legion..............................................................................**$1,428.00**
**Price:** RX w/Romeo 1 Reflex sight........................................**$1,359.00**

## SIG SAUER P227

Same general specifications and features as P226 except chambered for .45 ACP and has double-stack magazine. **Magazine Capacity:** 10 rounds.

**Price:** ...........................................................**$1,087.00 to $1,350.00**

## SIG SAUER P229 DA

Similar to the P220 except chambered for 9mm Para. (10- or 15-round magazines), .40 S&W, (10- or 12-round magazines). Has 3.86" barrel, 7.1" overall length and 3.35" height. Weight is 32.4 oz. Introduced 1991. Snap-on modular grips. Frame made in Germany, stainless steel slide assembly made in U.S.; pistol assembled in U.S. Many variations available. Legion series has improved short reset trigger, contoured and shortened beavertail, relieved trigger guard, higher grip, other improvements. From SIG SAUER, Inc.

**Price:** P229, from ................................................................**$1,085.00**
**Price:** P229 Enhanced Elite ................................................**$1,174.00**
**Price:** P229 Elite Stainless ..................................................**$1,359.00**
**Price:** P229 Legion ...............................................................**$1,359.00**

## SIG SAUER SP2022

**Caliber:** 9mm Para., .357 SIG, .40 S&W, 10-, 12-, or 15-shot magazines. **Barrel:** 3.9". **Weight:** 30.2 oz. **Length:** 7.4" overall. **Grips:** Composite and rubberized one-piece. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Polymer frame, stainless steel slide; integral frame accessory rail; replaceable steel frame rails; left- or right-handed magazine release, two interchangeable grips. From SIG SAUER, Inc.

**Price:** ...................................................................................**$642.00**



## SIG SAUER P238

**Caliber:** .380 ACP, 6-7-shot magazine. **Barrel:** 2.7". **Weight:** 15.4 oz. **Length:** 5.5" overall. **Grips:** Hogue® G-10 and Rosewood grips. **Sights:** Contrast / SIGLITE night sights. **Features:** All metal beavertail-style frame.

**Price:** ...................................................................................**$723.00**
**Price:** Gambler w/rosewood grip ...........................................**$752.00**
**Price:** Extreme w/X-Grip extended magazine ........................**$752.00**
**Price:** Equinox........................................................................**$752.00**



## SIG SAUER P290 RS

**Caliber:** 9mm, or .380 ACP. 6/8-shot magazine. **Barrel:** 2.9". **Weight:** 20.5 oz. **Length:** 5.5" overall. **Grips:** Polymer. **Sights:** Contrast / SIGLITE night sights. **Features:** Unlike many small pistols, the P290 features drift adjustable sights in the standard SIG SAUER dovetails. This gives shooters the option of either standard contrast sights or SIGLITE® night sights. The slide is machined from a solid billet of stainless steel and is available in a natural stainless or a durable Nitron® coating. A reversible magazine catch is left-hand adjustable. Interchangeable grip panels allow for personalization as well as a custom fit. In addition to the standard polymer inserts, optional panels will be available in aluminum, G10 and wood.

**Price:** Model 290 RS ............................................................**$570.00**
**Price:** Model 290 RS Enhanced............................................**$613.00**
**Price:** Model 290 RS Two-Tone with laser sight....................**$685.00**
**Price:** Model 290 RS Rainbow or Pink with laser sights .........**$613.00**



## SIG SAUER P239

**Caliber:** 9mm Para., 8-shot, .357 SIG, .40 S&W, 7-shot magazine. **Barrel:** 3.6". **Weight:** 25.2 oz. **Length:** 6.6" overall. **Grips:** Checkered black composite. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** SA/DA or DAO; blackened stainless steel slide, aluminum alloy frame. Compact model designed for concealed carry or backup. Introduced 1996. Made in U.S.A. by SIG SAUER, Inc.

**Price:** ...................................................................................**$1,032.00**
**Price:** Night sights...............................................................**$1,150.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   407

# HANDGUNS Autoloaders, Service & Sport





## SIG SAUER 250 SERIES

**Caliber:** 9mm Para. (16-round magazine), 357 SIG, .40 S&W and .45 ACP. **Barrel:** 4.7, 3.9, 3.6. **Weight:** : 24.9 to 29.4 oz. **Length:** 7.2" overall. **Grips:** Interchangeable polymer. **Sights:** Siglite night sights. **Features:** Modular polymer frame design allows for immediate change in caliber. Available in full, compact and subcompact sizes. Six different grip combinations for each size. Introduced 2008. A compact version is available in .22 LR. From SIG Sauer, Inc.

**Price:** P250 ...........................................................................$480.00
**Price:** P250 .22 LR ...............................................................$434.00



## SIG SAUER P320

**Caliber:** 9mm, .357 SIG, .40 S&W, .45 ACP. Magazine capacity 15 or 16 rounds (9mm), 13 or 14 rounds (.357 or .40). **Barrel:** 3.9 (Carry model) or 4.7" (Full size). **Weight:** 26 to 30 oz. **Length:** 7.2 or 8.0 inches overall. **Grips:** Interchangeable black composite. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Striker-fired double-action only, Nitron finish slide, black polymer frame. Frame size and calibers are interchangeable. Introduced 2014. Made in U.S.A. by SIG SAUER, Inc.

**Price:** Full size ......................................................................$869.00
**Price:** Carry (shown) ............................................................$830.00

## SIG SAUER P556 SWAT

**Caliber:** 5.56 NATO. Pistol version of P556 rifle. **Barrel:** 10 inches. **Capacity:** 10 rounds. **Weight:** 7.2 lbs. **Length:** 27.25 inches.
**Price:** From........................................................................$1,794.00

## SIG SAUER MPX

**Caliber:** 9mm, .357 SIG, .40 S&W. **Capacity:** 10, 20 or 30 rounds. **Barrel:** 8 inches. Semi-auto AR-style gun with closed, fully locked short-stroke pushrod gas sytem. **Weight:** 5 lbs.
**Price:** From........................................................................$1,852.00

## SIG SAUER P938

**Caliber:** 9mm (6-shot magazine), .22 LR (10). **Barrel:** 3.0". **Weight:** 16 oz. **Length:** 5.9". **Grips:** Rosewood, Blackwood, Hogue Extreme, Hogue Diamondwood. **Sights:** Siglite night sights or Siglite rear with Tru-Glo front. **Features:** Slightly larger version of P238.
**Price:** ....................................................... $809.00 to $823.00
**Price:** .22 LR.........................................................................$656.00

## SMITH & WESSON M&P SERIES

**Caliber:** .22 LR, 9mm, .357 SIG, .40 S&W. **Magazine capacity, full-size models:** 12 rounds (.22), 17 rounds (9mm), 15 rounds (.40). **Compact models:** 12 (9mm), 10 (.40). **Barrel:** 4.25, 3.5 inches. **Weight:** 24, 22 oz. **Length:** 7.6, 6.7 inches. **Grips:** Polymer with three interchangeable palmswell grip sizes. **Sights:** 3 white-dot system with low-profile rear. **Features:** Zytel polymer frame with stainless steel slide, barrel and structural components. VTAC (Viking Tactics) model has Flat Dark Earth finish, VTAC Warrior sights. Compact models available with Crimson Trace Lasergrips. Numerous options for finishes, sights, operating controls.

**Price:** .........................................................................$569.00
**Price:** (VTAC) ........................................................................$799.00
**Price:** (Crimson Trace) ......................................... $699.00 to $829.00
**Price:** M&P 22 ............................................. $389.00 to $419.00



## SMITH & WESSON M&P PRO SERIES C.O.R.E.

**Caliber:** 9mm, .40 S&W. Magazine capacity: 17 rounds (9mm), 15 rounds (.40). **Barrel:** 4.25" (M&P9, M&P40), or 5" (M&P9L, M&P40L.) **Features:** Based on the Pro series line of competition-ready firearms, the C.O.R.E. models (Competition Optics Ready Equipment) feature a slide engineered to accept six popular competition optics (Trijicon RMR, Leupold Delta Point, Jpoint, Doctor, C-More STS, Insight MRDS). Sight not included. Other features identical to standard M&P9 and M&P40 models.

**Price:**.....................................................................................$769.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport





**SMITH & WESSON M&P 45**
M&P model offered in three frame sizes and chambered in .45 ACP. **Magazine capacity:** 8 or 10 rounds. **Barrel length:** 4 or 4.5 inches. **Weight:** 26, 28 or 30 oz. Available with or without thumb safety. **Finish:** Black or Dark Earth Brown.
Price: ................................................................. **$599.00 to $619.00**
Price: Threaded barrel kit.........................................................**$719.00**

**SMITH & WESSON M&P M2.0 SERIES**
**Caliber:** 9mm, .40 S&W, .45 ACP. Magazine capacity 17 rounds (9mm), 15 rounds (.40), 10 rounds (.45). **Barrel:** 4 ¼, 4.5 or 4.6" (.45 only). **Weight:** 25 -27 oz. **Finish:** Armornite Black or Flat Dark Earth. **Grip:** Textured polymer with 4 interchangeable modular inserts. Second Generation of M&P Pistol series. Introduced in 2017.
Price: ....................................................................................... **$599.00**



**SMITH & WESSON M&P 9/40 SHIELD**
Ultra-compact, single-stack variation of M&P series. **Caliber:** 9mm, .40 S&W. Comes with one 7 and one 8-round magazine (9mm), one 6-round and one 7-round magazine (.40). **Barrel:** 3.1 inches. **Length:** 6.1 inches. **Weight:** 19 oz. **Sights:** 3-white-dot system with low-profile rear. Available with or without thumb safety.
Price: ...........................................................................................**$449.00**
Price: CT Green Laserguard .....................................................**$589.00**

**SMITH & WESSON M&P 45 SHIELD**
**Caliber:** .45 ACP. **Barrel:** 3.3". Ported model available. **Weight:** 20 to 23 oz. **Sights:** White dot or tritium night sights. Comes with one 6-round and one 7-round magazine.
Price: ...........................................................................................**$479.00**
Price: Tritium night sights ........................................................**$579.00**
Price: Ported barrel ...................................................................**$609.00**

**SMITH & WESSON MODEL SD9 VE/SD40 VE**
**Caliber:** .40 S&W and 9mm, 10+1, 14+1 and 16+1 round capacities. **Barrel:** 4 inches. **Weight:** 39 oz. **Length:** 8.7". **Grips:** Wood or rubber. **Sights:** Front: Tritium Night Sight, Rear: Steel Fixed 2-Dot. **Features:** SDT™ - Self Defense Trigger for optimal, consistent pull first round to Last, standard picatinny-style rail, slim ergonomic textured grip, textured finger locator and aggressive front and back strap texturing with front and rear slide serrations.
Price: From....................................................................................**$389.00**

**SMITH & WESSON MODEL SW1911**
**Caliber:** .45 ACP, 9mm. **Magazine capacity:** 8 rounds (.45), 7 rounds (sub compact .45), 10 rounds (9mm). **Barrel:** 3, 4.25, 5 inches. **Weight:** 26.5 to 41.7 oz. **Length:** 6.9 to 8.7 inches. **Grips:** Wood, wood laminate or synthetic. Crimson Trace Lasergrips available. **Sights:** Low profile white dot, tritium night sights or adjustable. **Finish:** Black matte, stainless or two-tone. **Features:** Offered in three different frame sizes. Skeletonized trigger. Accessory rail on some models. Compact models have round butt frame. Pro Series have 30 lpi checkered front strap, oversized external extractor, extended mag well, full-length guide rod, ambidextrous safety.
Price: Standard model E Series, from......................................**$979.00**
Price: Crimson Trace grips....................................................**$1,149.00**
Price: Pro Series ............................................ **$1,459.00 to $1,609.00**
Price: Scandium Frame E Series...........................................**$1,449.00**



**SMITH & WESSON BODYGUARD 380**
**Caliber:** .380 Auto, 6+1 round capacity. **Barrel:** 2.75". **Weight:** 11.85 oz. **Length:** 5.25". **Grips:** Polymer. **Sights:** Integrated laser plus drift-adjustable front and rear. **Features:** The frame of the Bodyguard is made of reinforced polymer, as is the magazine base plate and follower, magazine catch, and the trigger. The slide, sights, and guide rod are made of stainless steel, with the slide and sights having a Melonite hard coating.
Price: ...........................................................................................**$449.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ᴺᴰ EDITION, 2018 ✦ **409**

# HANDGUNS Autoloaders, Service & Sport





**SPHINX SDP**

**Caliber:** 9mm (15-shot magazine). **Barrel:** 3.7". **Weight:** 27.5 oz. **Length:** 7.4". **Sights:** Defiance Day & Night Green fiber/tritium front, tritium 2-dot red rear. **Features:** Double/single action with ambidextrous decocker, integrated slide postion safety, aluminum MIL-STD 1913 Picatinny rail, Blued alloy/steel or stainless. Aluminum and polymer frame, machined steel slide. Offered in several variations. Made in Switzerland and imported by Kriss USA.
**Price:** From...............................................................$949.00



**SPRINGFIELD ARMORY EMP ENHANCED MICRO**

**Caliber:** 9mm Para., 40 S&W; 9-round magazine. **Barrel:** 3-inch stainless steel match grade, fully supported ramp, bull. **Weight:** 26 oz. **Length:** 6.5" overall. **Grips:** Thinline cocobolo hardwood. **Sights:** Fixed low profile combat rear, dovetail front, 3-dot tritium. **Features:** Two 9-round stainless steel magazines with slam pads, long aluminum match-grade trigger adjusted to 5 to 6 lbs., forged aluminum alloy frame, black hardcoat anodized finish; dual spring full-length guide rod, forged satin-finish stainless steel slide. Introduced 2007. Champion has 4-inch barrel, fiber optic front sight, three 10-round magazines, Bi-Tone finish.
**Price:** .........................................................$1,104 to $1,249.00
**Price:** Champion ...................................................... $1,179.00

**SPRINGFIELD ARMORY XD SERIES**

**Caliber:** 9mm Para., .40 S&W, .45 ACP. **Barrel:** 3, 4, 5 inches. **Weight:** 20.5-31 oz. **Length:** 6.26-8 overall. **Grips:** Textured polymer. **Sights:** Varies by model; Fixed sights are dovetail front and rear steel 3-dot units. **Features:** Three sizes in X-Treme Duty (XD) line: Sub-Compact (3" barrel), Service (4" barrel), Tactical (5" barrel). Three ported models available. Ergonomic polymer frame, hammer-forged barrel, no-tool disassembly, ambidextrous magazine release, visual/tactile loaded chamber indicator, visual/tactile striker status indicator, grip safety, XD gear system included. Introduced 2004. XD 45 introduced 2006. Compact line introduced 2007. Compact is shipped with one extended magazine (13) and one compact magazine (10). XD Mod.2 Sub-Compact has newly contoured slide and redesigned serrations, stippled grip panels, fiber-optic front sight. From Springfield Armory.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport





**Price:** Sub-Compact OD Green 9mm Para./40 S&W,
   fixed sights .................................................................**$508.00**
**Price:** Compact .45 ACP, 4 barrel, Bi-Tone finish (2008) ..........**$607.00**
**Price:** Service Black 9mm Para./40 S&W, fixed sights .............**$541.00**
**Price:** Service Black .45 ACP, external thumb safety (2008).....**$638.00**
**Price:** V-10 Ported Black 9mm Para./40 S&W .........................**$608.00**
**Price:** XD Mod.2..........................................................................**$565.00**
**Price:** XD OSP w/Vortex Venom Red Dot Sight .......................**$724.00**



**SPRINGFIELD ARMORY XDM SERIES**
**Calibers:** 9mm, .40 S&W, .45 ACP. **Barrel:** 3.8 or 4.5". **Sights:** Fiber optic front with interchangeable red and green filaments, adjustable target rear. **Grips:** Integral polymer with three optional backstrap designs. **Features:** Variation of XD design with improved ergonomics, deeper and longer slide serrations, slightly modified grip contours and texturing. Black polymer frame, forged steel slide. Black and two-tone finish options.
**Price:** ................................................................... **$697.00 to $732.00**



**SPRINGFIELD ARMORY XD-S**
**Caliber:** 9mm, .45 ACP. Same features as XDM except has single-stack magazine for thinner profile. **Capacity:** 7 rounds (9mm), 5 rounds (.45). An extra extended-length magazine is included (10 rounds, 9mm; 7 rounds, .45). **Barrel:** 3.3 inches. **Weight:** 21.5 oz. **Features:** Black or two-tone finish.
**Price:** (two-tone) ................................................... **$599.00 to $669.00**



**SPRINGFIELD ARMORY MIL-SPEC 1911A1**
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 35.6- 39 oz. **Length:** 8.5-8.625" overall. **Finish:** Stainless steel. **Features:** Similar to Government Model military .45.
**Price:** Mil-Spec Parkerized, 7+1, 35.6 oz. ...............................**$785.00**
**Price:** Mil-Spec Stainless Steel, 7+1, 36 oz. ...........................**$889.00**



**SPRINGFIELD ARMORY TACTICAL RESPONSE**
Similar to 1911A1 except .45 ACP only, checkered front strap and main-spring housing, Novak Night Sight combat rear sight and matching dove-tailed front sight, tuned, polished extractor, oversize barrel link; lightweight speed trigger and combat action job, match barrel and bushing, extended ambidextrous thumb safety and fitted beavertail grip safety. Checkered cocobolo wood grips, comes with two Wilson 7-shot magazines. Frame is engraved "Tactical" both sides of frame with "TRP." Introduced 1998. TRP-Pro Model meets FBI specifications for SWAT Hostage Rescue Team.
**Price:** .................................................................................**$1,646.00**
**Price:** Operator with adjustable Trijicon night sights.............**$1,730.00**

# HANDGUNS Autoloaders, Service & Sport



**SPRINGFIELD ARMORY RANGE OFFICER**
**Caliber:** 9mm or .45 ACP. **Barrel:** 5" stainless match grade. Compact model has 4" barrel. **Sights:** Adjustable target rear, post front. **Grips:** Double diamond checkered walnut. **Weight:** 40 oz. 28 oz. (compact). Operator model has fiber optic sights.
**Price:** .................................................................................$936.00
**Price:** Compact ....................................................................$899.00
**Price:** Stainless finish...........................................................$1,045.00
**Price:** Operator.....................................................................$1,029.00

**SPRINGFIELD ARMORY CHAMPION OPERATOR LIGHTWEIGHT**
**Caliber:** .45 ACP. **Barrel:** 4" stainless match grade bull barrel. **Sights:** 3-dot Tritium combat profile. **Grips:** Double diamond checkered cocobolo with Cross Cannon logo. **Features:** Alloy frame with integral rail, extended ambi thumb safety and trigger, lightweight Delta hammer.
**Price:** .................................................................................$1,050.00



**STEYR M-A1 SERIES**
**Caliber:** 9mm (15 or 17-round capacity) or .40 S&W (10-12). **Barrel:** 3.5" (MA-1), 4.5" (L-A1), 3" (C-A1). **Weight:** 27 oz. **Sights:** Fixed with white outline triangle. **Grips:** Black synthetic. Ergonomic low-profile for reduced muzzle lift. DAO striker-fired operation.
**Price:** M-A1 .........................................................................$560.00
**Price:** C-A1 compact model ..................................................$560.00
**Price:** L-A1 full-size model ...................................................$560.00



**STOEGER COMPACT COUGAR**
**Caliber:** 9mm, 13+1 round capacity. **Barrel:** 3.6". **Weight:** 32 oz. **Length:** 7". **Grips:** Wood or rubber. **Sights:** Quick read 3-dot. **Features:** Double/single action with a matte black finish. The ambidextrous safety and decocking lever is easily accessible to the thumb of a right-handed or left-handed shooter.
**Price:** .................................................................................$469.00



**STI DUTY ONE**
This company manufactures a wide selection of 1911-style semiauto pistols chambered in .45 ACP, 9mm, .357 SIG, 10mm and .38 Super. Barrel lengths are offered from 3.0 to 6.0 inches. Listed here are several of the company's more than 20 current models. Numerous finish, grip and sight options are available. Duty One series features include government size frame with integral tactical rail and 30 lpi checkered front strap; milled tactical rail on the dust cover of the frame; ambidextrous thumb safeties; high rise beavertail grip safety; lowered and flared ejection port; fixed rear sight; front and rear cocking serrations; 5-inch fully supported STI International ramped bull barrel.
**Price:** .................................................................................$1,384.00



**STI EAGLE**
1911-style semiauto pistol chambered in .45 ACP, .38 Super, .357 SIG, 9mm, .40 S&W. Features include modular steel frame with polymer grip; high capacity double-stack magazines; scalloped slide with front and rear cocking serrations; dovetail front sight and STI adjustable rear sight; stainless steel STI hi-ride grip safety and stainless steel STI ambi-thumb safety; 5- or 6-inch STI stainless steel fully supported, ramped bull barrel or the traditional bushing barrel; blued or stainless finish.
**Price:** .................................................................................$1,999.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact pricing is not possible.

# HANDGUNS Autoloaders, Service & Sport





## STI COSTA SERIES
**Caliber:** 9mm, .45 ACP. **Barrel:** 4.15 or 5 inches. Available in high-capacity or standard frame sizes. Carry Comp and H.O.S.T. feature 2011 Treebark stippled tan grips, Picatinny rail.
**Price:** ......................................................................**$2,599.00**
**Price:** H.O.S.T.......................................................**$3,499.00**
**Price:** Carry Comp ................................................**$3,699.00**

## TAURUS CURVE
**Caliber:** .380 ACP. 6+1 capacity. Unique curved design to fit contours of the body for comfortable concealed carry with no visible "printing" of the firearm. **Barrel:** 2.5 inches. **Weight:** 10.2 oz. **Length:** 5.2 inches. Double-action only. Light and laser are integral with frame.
**Price:** ........................................................................**$404.00**





## STI HEXTAC SERIES
**Caliber:** 9mm or .45 ACP. **Barrel:** 3.7, 4 or 5". **Sights:** Fixed rear, fiber optic front. **Features:** Hex profile slide and hammer serrations. Recoil master dual spring guide rod. Black Cerakote finish.
**Price:** From....................................................................**$2,199.00**

## TAURUS MODEL 1911
**Caliber:** .45 ACP, 8+1 capacity, 9mm, 9+1 capacity. **Barrel:** 5". **Weight:** 33 oz. **Length:** 8.5". **Grips:** Checkered black. **Sights:** Heinie straight 8. **Features:** SA. Blue, stainless steel, duotone blue, and blue/gray finish. Standard/picatinny rail, standard frame, alloy frame, and alloy/picatinny rail. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 1911B, Blue....................................................**$719.00**
**Price:** 1911B, Walnut grips .......................................**$866.00**
**Price:** 1911SS, Stainless Steel ................................**$907.00**
**Price:** 1911SS-1, Stainless Steel w/rail ....................**$945.00**
**Price:** 1911 DT, Duotone Blue ..................................**$887.00**

## TAURUS MODEL PT-22/PT-25
**Caliber:** .22 LR, 8-shot (PT-22); .25 ACP, 9-shot (PT-25). **Barrel:** 2.75". **Weight:** 12.3 oz. **Length:** 5.25" overall. **Grips:** Smooth rosewood or mother-of-pearl. **Sights:** Fixed. **Features:** Double action. Tip-up barrel for loading, cleaning. Blue, nickel, duo-tone or blue with gold accents. Introduced 1992. Made in U.S.A. by Taurus International.
**Price:** PT-22B or PT-25B, checkered
wood grips ....................................................................**$282.00**

## TAURUS MODEL 22PLY SMALL POLYMER FRAME
Similar to Taurus Models PT-22 and PT-25 but with lightweight polymer frame. Features include .22 LR (9+1) or .25 ACP (8+1) chambering. 2.33" tip-up barrel, matte black finish, extended magazine with finger lip, manual safety. Overall length is 4.8". Weighs 10.8 oz.
**Price:** .......................................................................**$276.00**



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   413

# HANDGUNS Autoloaders, Service & Sport

## TAURUS 24/7 G2 SERIES

Double/single action semiauto pistol chambered in 9mm Parabellum (15+1), .40 S&W (13+1), and .45 ACP (10+1). Features include blued or stainless finish; "Strike Two" capability; new trigger safety; low-profile adjustable rear sights for windage and elevation; ambidextrous magazine release; 4.2-inch barrel; Picatinny rail; polymer frame; polymer grip with metallic inserts and three interchangeable backstraps. Also offered in compact model with shorter grip frame and 3.5-inch barrel.
**Price:** ................................................................. **$523.00 to $543.00**



## TAURUS MODEL 92

**Caliber:** 9mm Para., 10- or 17-shot mags. **Barrel:** 5". **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered rubber, rosewood, mother-of-pearl. **Sights:** Fixed notch rear. 3-dot sight system. Also offered with micrometer-click adjustable night sights. **Features:** Double action, ambidextrous 3-way hammer drop safety, allows cocked & locked carry. Blue, stainless steel, blue with gold highlights, stainless steel with gold highlights, forged aluminum frame, integral key-lock. .22 LR conversion kit available. Imported from Brazil by Taurus International.
**Price:** 92B .............................................................................. **$513.00**
**Price:** 92SS .......................................................................... **$529.00**

## TAURUS SLIM PT-709

Compact double/single action semiauto pistol chambered in 9mm Parabellum (7+1). Features include polymer frame; blue or stainless slide; single action/double action trigger pull; low-profile fixed sights. Weight 19 oz., length 6.24 inches, width less than an inch.
**Price:** ..................................................................................... **$319.00**
**Price:** Stainless ............................................................... **$339.00**

## TAURUS SLIM 740

**Caliber:** .40 cal., 6+1-shot magazine. **Barrel:** 3.2". **Weight:** 19 oz. **Length:** 6.24" overall. **Grips:** Polymer Grips. **Features:** Double action with stainless steel finish.
**Price:** ..................................................................................... **$319.00**
**Price:** Stainless ............................................................... **$339.00**



## TAURUS SPECTRUM

**Caliber:** .380. **Barrel:** 2.8". **Weight:** 10 oz. **Length:** 5.4". **Sights:** Low profile integrated with slide. **Features:** Polymer frame with stainless steel slide. Many finish combinations with various bright colors. Made in the U.S.A. Introduced in 2017.
**Price:** ................................................................. **$289.00 to $305.00**



## THOMPSON CUSTOM 1911A1

**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 4.3". **Weight:** 34 oz. **Length:** 8" overall. **Grips:** Checkered laminate grips with a Thompson bullet logo inlay. **Sights:** Front and rear sights are black with serrations and are dovetailed into the slide. **Features:** Machined from 420 stainless steel, matte finish. Thompson bullet logo on slide. Flared ejection port, angled front and rear serrations on slide, 20-lpi checkered mainspring housing and frontstrap. Adjustable trigger, combat hammer, stainless steel full-length recoil guide rod, extended beavertail grip safety; extended magazine release; checkered slide-stop lever. Made in U.S.A. by Kahr Arms.
**Price:** 1911TC .......................................................................... **$866.00**

## THOMPSON TA5 1927A-1 LIGHTWEIGHT DELUXE

**Caliber:** .45 ACP, 50-round drum magazine. **Barrel:** 10.5", 1:16 right-hand twist. **Weight:** 94.5 oz. **Length:** 23.3" overall. **Grips:** Walnut, horizontal foregrip. **Sights:** Blade front, open rear adjustable. **Features:** Based on Thompson machine gun design. Introduced 2008. Made in U.S.A. by Kahr Arms.
**Price:** TA5 (2008) ................................................................. **$1,237.00**



## TRISTAR 100 /120 SERIES

**Caliber:** 9mm, .40 S&W (C-100 only). **Magazine capacity:** 15 (9mm), 11 (.40). **Barrel:** 3.7 to 4.7 inches. **Weight:** 26 to 30 oz. **Grips:** Checkered polymer. **Sights:** Fixed. **Finish:** Blue or chrome. **Features:** Alloy or steel frame. Single/double action. A series of pistols based on the CZ-75 design. Imported from Turkey.
**Price:** From.............................................................. **$460 to $490.00**

Prices given are believed to be accurate at time of publication however, many factors may affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport





### TURNBULL MODEL 1911
**Caliber:** .45 ACP. An accurate reproduction of 1918-era Model 1911 pistol. **Features:** Forged slide with appropriate shape and style. Later style sight with semi-circle notch. Early style safety lock with knurled undercut thumb piece. Short, wide checkered spur hammer. Hand checkered double-diamond American Black Walnut grips. Hand polished with period correct Carbonia charcoal bluing. Custom made to order with many options. Made in the USA by Doug Turnbull Manufacturing Co.
**Price:** ...............................................................................$2,250.00

### WALTHER PPK/S
**Caliber:** .22 LR or .380 ACP. **Capacity:** 10+1 (.22), 7+1 (.380). **Barrel:** 3.3 inches **Weight:** 22 oz. **Length:** 6.1 inches **Grips:** Checkered plastic. **Sights:** Fixed. **Features:** identical to PPK except for grip length and magazine capacity. Made in Germany.
**Price:** (.380) .....................................................................$699.00
**Price:** (.22 blue).................................................................$400.00
**Price:** (.22 nickel)..............................................................$430.00

### WALTHER PPQ M2
**Caliber:** 9mm, (15 round magazine), .40 S&W (11). .45 ACP, 22 LR (PPQ M2 .22). 12-shot magazine. **Barrel:** 4 or 5". **Weight:** 24 oz. **Length:** 7.1, 8.1". **Sights:** Drift adjustable. **Features:** Quick Defense trigger, firing pin block, ambidextrous slide lock and mag release, Picatinny rail. Comes with two extra magazines, two interchangeable frame backstraps and hard case. Navy SD model has threaded 4.6" barrel.  M2 .22 has aluminum slide, blowback operation, weighs 19 ounces.
**Price:** 9mm, .40 .....................................................$649.00 to $749.00
**Price:** M2 .22 ....................................................................$429.00
**rice:** .45 ...............................................................  $699.00 to $799.00





### WALTHER P99 AS
**Caliber:** 9mm, .40 S&W. Offered in two frame sizes, standard and compact. **Magazine capacity:** 15 or 10 rounds (9mm), 10 or 8 rounds (.40). **Barrel:** 3.5 or 4 inches. **Weight:** 21 to 26 oz. **Length:** 6.6 to 7.1 inches. **Grips:** Polymer with interchangeable backstrap inserts. **Sights:** Adjustable rear, blade front with three interchangeable inserts of different heights. **Features:** Double action with trigger safety, decocker, internal striker safety, loaded chamber indicator. Made in Germany.
**Price:** .................................................................................$629.00

### WALTHER PK380
**Caliber:** .380 ACP (8-shot magazine). **Barrel:** 3.66". **Weight:** 19.4 oz. **Length:** 6.5". **Sights:** Three-dot system, drift adjustable rear. **Features:** Double action with external hammer, ambidextrous mag release and manual safety. Picatinny rail. Black frame with black or nickel slide.
**Price:** .................................................................................$399.00
**Price:** Nickel slide...............................................................$449.00

### WALTHER CCP
**Caliber:** 9mm, 8-shot magazine. **Barrel:** 3.5 inches. **Weight:** 22 oz. **Length:** 6.4 inches. **Features:** Thumb operated safety, reversible mag release, loaded chamber indicator. Delayed blowback gas-operated action provides less recoil and muzzle jump, and easier slide operation. Available in all black or black/stainless two-tone finish.
**Price:** From............................................................ $469.00 to $499.00

# HANDGUNS Autoloaders, Service & Sport



## WALTHER PPS
**Caliber:** 9mm Para., 40 S&W. 6-, 7-, 8-shot magazines for 9mm Para.; 5-, 6-, 7-shot magazines for 40 S&W. **Barrel:** 3.2". **Weight:** 19.4 oz. **Length:** 6.3" overall. **Stocks:** Stippled black polymer. **Sights:** Picatinny-style accessory rail, 3-dot low-profile contoured sight. **Features:** PPS-"Polizeipistole Schmal," or Police Pistol Slim. Measures 1.04 inches wide. Ships with 6- and 7-round magazines. Striker-fired action, flat slide stop lever, alternate backstrap sizes. QuickSafe feature decocks striker assembly when backstrap is removed. Loaded chamber indicator. Introduced 2008.
**Price:** ...................................................................................**$629.00**



## WALTHER P22
**Caliber:** .22 LR. **Barrel:** 3.4, 5". **Weight:** 19.6 oz. (3.4), 20.3 oz. (5). **Length:** 6.26, 7.83". **Sights:** Interchangeable white dot, front, 2-dot adjustable, rear. **Features:** A rimfire version of the Walther P99 pistol, available in nickel slide with black frame, or Desert Camo or Digital Pink Camo frame with black slide.
**Price:** From .......................................................................**$379.00**
**Price:** Nickel slide/black frame, or black slide/camo frame .......**$449.00**



## WALTHER CREED
**Caliber:** 9mm. **Capacity:** 16+1. **Barrel:** 4 inches. **Weight:** 27 oz. **Sights:** 3-dot system. **Features:** Polymer frame with ergonomic grip, Picatiny

rail, pre-cocked DA trigger, front and rear slide serrations with non-slip surface. Comes with two magazines. Similar to the discontinued PPX. Made in Germany.
**Price:** ...................................................................................**$349.00**



## WILSON COMBAT ELITE SERIES
**Caliber:** 9mm Para., .38 Super, .40 S&W; .45 ACP. **Barrel:** Compensated 4.1" hand-fit, heavy flanged cone match grade. **Weight:** 36.2 oz. **Length:** 7.7" overall. **Grips:** Cocobolo. **Sights:** Combat Tactical yellow rear tritium inserts, brighter green tritium front insert. **Features:** High-cut front strap, 30-lpi checkering on front strap and flat mainspring housing, High-Ride Beavertail grip safety. Dehorned, ambidextrous thumb safety, extended ejector, skeletonized ultralight hammer, ultralight trigger, Armor-Tuff finish on frame and slide. Introduced 1997. Made in U.S.A. by Wilson Combat. This manufacturer offers more than 100 different 1911 models ranging in price from about $2,800 to $5,000. XTAC and Classic 6-inch models shown. Prices show a small sampling of available models.
**Price:** Classic from .................................................**$3,300.00**
**Price:** CQB from......................................................**$2,865.00**
**Price:** Hackathorn Special.......................................**$3,750.00**
**Price:** Tactical Carry ...............................................**$3,750.00**
**Price:** Tactical Supergrade ......................................**$5,045.00**
**Price:** Bill Wilson Carry Pistol..................................**$3,850.00**
**Price:** Ms. Sentinel ..................................................**$3,875.00**
**Price:** Hunter 10mm, .460 Rowland ........................**$4,100.00**
**Price:** Beretta Brigadier Series from........................**$1,095.00**
**Price:** X-Tac Series from ..........................................**$2,760.00**
**Price:** Texas BBQ Special from ...............................**$4,960.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Case 3:18-cv-10507-PGS-JBD  Document 12-1  Filed 09/21/18  Page 48 of 77 PageID: 162

# HANDGUNS Competition



**BAER 1911 ULTIMATE MASTER COMBAT**
**Caliber:** .38 Super, 400 Cor-Bon, .45 ACP (others available), 10-shot magazine. **Barrel:** 5, 6"; Baer NM. **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer dovetail front, low-mount Bo-Mar rear with hidden leaf. **Features:** Full-house competition gun. Baer forged NM blued steel frame and double serrated slide; Baer triple port, tapered cone compensator; fitted slide to frame; lowered, flared ejection port; Baer reverse recoil plug; full-length guide rod; recoil buff; beveled magazine well; Baer Commander hammer, sear; Baer extended ambidextrous safety, extended ejector, checkered slide stop, beavertail grip safety with pad, extended magazine release button; Baer speed trigger. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** .45 ACP Compensated .............................................. **$3,240.00**
**Price:** .38 Super Compensated ............................................. **$3,390.00**
**Price:** 5" Standard barrel ...................................................... **$3,040.00**
**Price:** 5" barrel .38 Super or 9mm .......................................... **$3,140.00**
**Price:** 6" barrel .................................................................... **$3,140.00**
**Price:** 6" barrel .38 Super or 9mm .......................................... **$3,220.00**



**BAER 1911 NATIONAL MATCH HARDBALL**
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Baer dovetail front with under-cut post, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM forged steel frame, double serrated slide and barrel with stainless bushing; slide fitted to frame; Baer match trigger with 4-lb. pull; polished feed ramp, throated barrel; checkered front strap, arched mainspring housing; Baer beveled magazine well; lowered, flared ejection port; tuned extractor; Baer extended ejector, checkered slide stop; recoil buff. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** .................................................................................. **$2,310.00**

**BAER 1911 PPC OPEN CLASS**
Designed for NRA Police Pistol Combat matches. **Caliber:** .45 ACP, 9mm. **Barrel:** 6 inches, fitted to frame. **Sights:** Adjustable PPC rear, dovetail front. **Grips:** Checkered cocobola. **Features:** Lowered and flared ejection port, extended ejector, polished feed ramp, throated barrel, front strap checkered at 30 lpi, flat serrated mainspring housing, Commander hammer, front and rear slide serrations. 9mm has supported chamber.
**Price:** .................................................................................. **$2,695.00**
**Price:** 9mm w/supported chamber .......................................... **$3,095.00**

**BAER 1911 BULLSEYE WADCUTTER**
Similar to National Match Hardball except designed for wadcutter loads only. Polished feed ramp and barrel throat; Bo-Mar rib on slide; full

length recoil rod; Baer speed trigger with 3-1/2-lb. pull; Baer deluxe hammer and sear; Baer beavertail grip safety with pad; flat mainspring housing checkered 20 lpi. Blue finish; checkered walnut grips. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** From ......................................................................... **$2,390.00**

**COLT GOLD CUP SERIES**
**Caliber:** .45 ACP, 8-shot + 1 magazine. **Barrel:** 5-inch National Match. **Weight:** 37 oz. **Length:** 8.5. **Grips:** Checkered wraparound rubber composite with silver-plated medallions or checkered walnut grips with gold medallions. **Sights:** Target post dovetail front, Bomar fully adjustable rear. **Features:** Adjustable aluminum wide target trigger, beavertail grip safety, full length recoil spring and target recoil spring, available in blued finish or stainless steel.
**Price:** (blued) ...................................................................... **$1,299.00**
**Price:** (stainless) ................................................................. **$1,350.00**

**COLT COMPETITION PISTOL**
**Caliber:** .45 ACP, 9mm or .38 Super. 8- or 9-shot magazine. **Barrel:** 5" National Match. **Weight:** 39 oz. **Length:** 8.5". **Grips:** Custom Blue Colt G10. **Sights:** Novak adjustable rear, fiber optic front. A competition-ready pistol out of the box at a moderate price. Blue or satin nickel finish. Series 80 firing system. Introduced 2016.
**Price:** .................................................. **$949.00 to $1,099.00**



**CZ 75 TS CZECHMATE**
**Caliber:** 9mm Luger, 20-shot magazine. **Barrel:** 130mm. **Weight:** 1360 g **Length:** 266 mm overall. **Features:** The handgun is custom-built, therefore the quality of workmanship is fully comparable with race pistols built directly to IPSC shooters wishes. Individual parts and components are excellently match fitted, broke-in and tested. Every handgun is outfitted with a four-port compensator, nut for shooting without a compensator, the slide stop with an extended finger piece, the slide stop without a finger piece, ergonomic grip panels from aluminium with a new type pitting and side mounting provision with the C-more red dot sight. For the shooting without a red dot sight there is included a standard target rear sight of Tactical Sports type, package contains also the front sight.
**Price:** .................................................................................. **$3,317.00**

**CZ 75 TACTICAL SPORTS**
**Caliber:** 9mm Luger and .40 S&W, 17-20-shot magazine capacity. **Barrel:** 114mm. **Weight:** 1270 g **Length:** 225 mm overall. **Features:** semi-automatic handgun with a locked breech. This pistol model is designed for competition shooting in accordance with world IPSC (International Practical Shooting Confederation) rules and regulations. The pistol allow rapid and accurate shooting within a very short time frame. The CZ 75 TS pistol model design stems from the standard CZ 75 model. However, this model feature number of special modifications, which are usually required for competitive handguns: - single-action trigger mechanism (SA) - match trigger made of plastic featuring option for trigger travel adjustments before discharge (using upper screw), and for overtravel (using bottom screw). The adjusting screws are set by the manufacturer - sporting hammer specially adapted for a reduced trigger pull weight - an extended magazine catch - grip panels made of walnut wood - guiding funnel made of plastic for quick inserting of the magazine into pistol's frame. Glossy blue slide, silver polycoat

# HANDGUNS Competition

frame. Packaging includes 3 pcs of magazines.
**Price:** .................................................... **$1,310.00**





## CZ 85 COMBAT

**Caliber:** 9mm Luger, 16-shot magazine. **Barrel:** 114mm. **Weight:** 1000 g **Length:** 206 mm overall. **Features:** The CZ 85 Combat modification was created as an extension to the CZ 85 model in its standard configuration with some additional special elements. The rear sight is adjustable for elevation and windage, and the trigger for overtravel regulation. An extended magazine catch, elimination of the magazine brake and ambidextrous controlling elements directly predispose this model for sport shooting competitions. Characteristic features of all versions A universal handgun for both left-handers and right-handers. The selective SA/DA firing mechanism, a large capacity double-column magazine, a comfortable grip and balance in either hand lead to good results at instinctive shooting (without aiming). Low trigger pull weight and high accuracy of fire. A long service life and outstanding reliability - even when using various types of cartridges. The slide stays open after the last cartridge has been fired, suitable for combat shooting. The sights are fitted with a three-dot illuminating system for better aiming in poor visibility conditions. The combat version features an adjustable rear sight by means of micrometer screws.
**Price:** .................................................... **$664.00**



## DAN WESSON CHAOS

**Caliber:** 9mm Luger, 21-shot magazine capacity. **Barrel:** 5″. **Weight:** 3.20 lbs. **Length:** 8.75″ overall. **Features:** A double-stack 9mm designed for three-gun competition.
**Price:** .................................................... **$3,829.00**

## DAN WESSON HAVOC

**Caliber:** 9mm Luger & .38 Super, 21-shot magazine capacity. **Barrel:** 4.25″. **Weight:** 2.20 lbs. **Length:** 8″ overall. **Features:** The HAVOC is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Open IPSC/USPSA division. The C-more mounting system offers the lowest possible mounting configuration possible, enabling extremely fast target acquisition. The barrel and compensator arrangement pairs the highest level of accuracy with the most effective compensator available.
**Price:** .................................................... **$4,299.00**

## DAN WESSON MAYHEM

**Caliber:** .40 S&W, 18-shot magazine capacity. **Barrel:** 6″. **Weight:** 2.42 lbs. **Length:** 8.75″ overall. **Features:** The MAYHEM is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Limited IPSC/USPSA division or fulfill the needs of anyone looking for a superbly accurate target grade 1911. Taking weight away from where you don't want it and adding it to where you do want it was the first priority in designing this handgun. The 6″ bull barrel and the tactical rail add to the static weight "good weight." We wanted a 6″ long slide for the added sight radius and the enhanced pointability, but that would add to the "bad weight" so the 6″ slide has been lightened to equal the weight of a 5″. The result is a 6″ long slide that balances and feels like a 5″ but shoots like a 6″. The combination of the all steel frame with industry leading parts delivers the most well balanced, softest shooting 6″ limited gun on the market.
**Price:** .................................................... **$3,899.00**

## DAN WESSON TITAN

**Caliber:** 10mm, 21-shot magazine capacity. **Barrel:** 4.25″. **Weight:** 1.62 lbs. **Length:** 8″ overall. **Features:** The TITAN is based on an "All Steel" Hi-capacity version of the 1911 frame. Turning the most well known defensive pistol "1911" into a true combat handgun was no easy task. The rugged HD night sights are moved forward and recessed deep in the slide yielding target accuracy and extreme durability. The Snake Scale serrations' aggressive 25 lpi checkering, and the custom competition G-10 grips ensure controllability even in the harshest of conditions. The combination of the all steel frame, bull barrel, and tactical rail enhance the balance and durability of the most formidable target grade Combat handgun on the market.
**Price:** .................................................... **$3,829.00**



## EAA WITNESS ELITE GOLD TEAM

**Caliber:** 9mm Para., 9x21, .38 Super, .40 S&W, .45 ACP. **Barrel:** 5.1″. **Weight:** 44 oz. **Length:** 10.5″ overall. **Grips:** Checkered walnut, competition-style. **Sights:** Square post front, fully adjustable rear. **Features:** Triple-chamber cone compensator; competition SA trigger; extended safety and magazine release; competition hammer; beveled magazine well; beavertail grip. Hand-fitted major components. Hard chrome finish. Match-grade barrel. From E.A.A. Custom Shop. Introduced 1992. Limited designed for IPSC Limited Class competition. Features include full-length dust-cover frame, funneled magazine well, interchangeable front sights. Stock (2005) designed for IPSC Production Class competition. Match introduced 2006. Made in Italy, imported by European American Armory.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Case 3:18-cv-10507-PGS-JBD   Document 12-5   Filed 09/21/18   Page 50 of 77 PageID: 184

# CENTERFIRE RIFLES Autoloaders

## ALEXANDER ARMS AR SERIES
**Caliber:** .17 HMR, 5.56 NATO, 6.5 Grendel, .300 AAC, .338 Lapua Mag., .50 Beowulf. This manufacturer produces a wide range of AR-15 type rifles and carbines. **Barrel:** 16, 18, 20 or 24 inches. Models are available for consumer, law enforcement and military markets. Depending on the specific model, features include forged flattop receiver with Picatinny rail, button-rifled stainless steel barrels, composite free-floating handguard, A2 flash hider, M4 collapsible stock, gas piston operating system.

**Price:** .17 HMR................................................................**$1,210.00**
**Price:** 5.56 NATO .............................................................**$1,349.00**
**Price:** 6.5 Grendel ...........................................**$1,540.00 to $1,750.00**
**Price:** .300 AAC ..............................................................**$1,349.00**
**Price:** .50 Beowulf ...........................................**$1,375.00 to $1,750.00**



## ALEXANDER ARMS ULFBERHT
**Caliber:** .338 Lapua Mag. Custom-designed adjustable gas-piston operating system. **Barrel:** 27.5-inch chrome moly with three-prong flash hider. **Stock:** Magpul PRS. **Length:** 41.25 inches (folded), 50 inches (extended stock). **Weight:** 19.8 lbs.

**Price:** Ulfberht .338 Lapua Mag. ...........................................**$5,800.00**

## ARMALITE M-15 LIGHT TACTICAL CARBINE
**Caliber:** .223 Rem., 6.8 SPC, 7.62x39mm, 30-round magazine. **Barrel:** 16" heavy chrome lined; 1:7" twist, flash suppressor. **Weight:** 6 lbs. **Length:** 36" overall. **Stock:** Green or black composition. **Sights:** Standard A2. **Features:** Forged flattop receiver with Picatinny rail, 10-inch aluminum KeyMod handguard, anodize aluminum supper/lower receiver, flip-up sights. Introduced in 2016.

**Price:** ......................................................................................**$999.00**



## ARMALITE AR-10A4 SPECIAL PURPOSE
**Caliber:** .243, .308 Win., 10- and 20-round magazine. **Barrel:** 20" chrome-lined, 1:11.25" twist. **Weight:** 9.6 lbs. **Length:** 41" overall. **Stock:** Green or black composition. **Sights:** Detachable handle, front sight, or scope mount available; comes with international style flattop receiver with Picatinny rail. **Features:** Forged upper receiver with case deflector. Receivers are hard-coat anodized. Introduced 1995. Made in U.S.A. by ArmaLite, Inc.

**Price:** ...................................................................................**$1,571.00**

## ARMALITE AR-10A2
Utilizing the same 20" double-lapped, heavy barrel as the ArmaLite AR10A4 Special Purpose Rifle. Offered in .308 Win. only. Made in U.S.A. by ArmaLite, Inc.

**Price:** AR-10A2 rifle or carbine..............................................**$1,561.00**

## ARMALITE AR-10 SUPER SASS
**Caliber:** 7.62 NATO/.308 Win. **Barrel:** 20-inch ceramic coated stainless steel threaded with flash suppressor. **Weight:** 9.4 to 11.8 lbs. **Features:** Upper receiver has Picatinny rail, forward assist, adjustable sniper stock, Super Sass quad rail, floating handguard. Many optional accessories and variants.

**Price:** From..................................................................................**$3,100.00**

## ARMALITE AR-10 PRC 260
**Caliber:** .260 Rem. **Barrel:** 20-inch ceramic coated stainless steel threaded with Surgeon/AWC PSR muzzle brakeflash suppressor. **Weight:** 11.5 lbs. **Features:** Magpul PSR stock with adjustable comb and length of pull, 15-inch aluminum free-floating quad rail, rail,

forward assist, Timney trigger, ambidextrous safety and charging handle. Introduced in 2017.

**Price:** From.................................................................................**$3,560.00**

## ARSENAL, INC. SLR-107F
**Caliber:** 7.62x39mm. **Barrel:** 16.25" **Weight:** 7.3 lbs. **Stock:** Left-side folding polymer stock. **Sights:** Adjustable rear. **Features:** Stamped receiver, 24mm flash hider, bayonet lug, accessory lug, stainless steel heat shield, two-stage trigger. Introduced 2008. Made in U.S.A. by Arsenal, Inc.

**Price:** SLR-107FR, includes scope rail ...................................**$1,099.00**



## ARSENAL, INC. SLR-107CR
**Caliber:** 7.62x39mm. **Barrel:** 16.25" **Weight:** 6.9 lbs. **Stock:** Left-side folding polymer stock. **Sights:** Adjustable rear. **Features:** Stamped receiver, front sight block/gas block combination, 500-meter rear sight, cleaning rod, stainless steel heat shield, scope rail, and removable muzzle attachment. Introduced 2007. Made in U.S.A. by Arsenal, Inc.

**Price:** SLR-107CR ...............................................................**$1,119.00**

## ARSENAL, INC. SLR-106CR
**Caliber:** 5.56 NATO. **Barrel:** 16.25", Steyr chrome-lined barrel, 1:7 twist rate. **Weight:** 6.9 lbs. **Stock:** Black polymer folding stock with cutout for scope rail. Stainless-steel heatshield handguard. **Sights:** 500-meter rear sight and rear sight block calibrated for 5.56 NATO. Warsaw Pact scope rail. **Features:** Uses Arsenal, Bulgaria, Mil-Spec receiver, two-stage trigger, hammer and disconnector. Polymer magazines in 5- and 10-round capacity in black and green, with Arsenal logo. Others are 30-round black waffles, 20- and 30-round versions in clear/smoke waffle, featuring the "10" in a double-circle logo of Arsenal, Bulgaria. Ships with 5-round magazine, sling, cleaning kit in a tube, 16" cleaning rod, oil bottle. Introduced 2007. Made in U.S.A. by Arsenal, Inc.

**Price:** SLR-106CR .............................................................**$1,200.00**



## AUTO-ORDNANCE 1927A-1 THOMPSON
**Caliber:** .45 ACP. **Barrel:** 16.5". **Weight:** 13 lbs. **Length:** About 41" overall (Deluxe). **Stock:** Walnut stock and vertical fore-end. **Sights:** Blade front, open rear adjustable for windage. **Features:** Recreation of Thompson Model 1927. Semiauto only. Deluxe model has finned barrel, adjustable rear sight and compensator; Standard model has plain barrel and military sight. Available with 100-round drum or 30-round stick magazine. From Auto-Ordnance Corp

**Price:** Deluxe w/stick magazine .............................................**$1,461.00**
**Price:** Deluxe w/drum magazine .............................................**$2,061.00**
**Price:** Lightweight model w/stick mag......................................**$1,325.00**

## AUTO-ORDNANCE THOMPSON M1/M1-C
Similar to the 1927 A-1 except is in the M-1 configuration with side cocking knob, horizontal fore-end, smooth unfinned barrel, sling swivels on butt and fore-end. Matte-black finish. Introduced 1985.

**Price:** M1 semiauto carbine ...................................................**$1,375.00**
**Price:** M1-C lightweight semiauto ...........................................**$1,241.00**

## AUTO-ORDNANCE 1927 A-1 COMMANDO
Similar to the 1927 A-1 except has Parkerized finish, black-finish wood butt, pistol grip, horizontal fore-end. Comes with black nylon sling. Introduced 1998. Made in U.S.A. by Auto-Ordnance Corp.

**Price:** T1-C .........................................................................**$1,393.00**

# CENTERFIRE RIFLES Autoloaders

### AUTO ORDNANCE M1 CARBINE
**Caliber:** .30 Carbine (15-shot magazine). **Barrel:** 18". **Weight:** 5.4 to 5.8 lbs. **Length:** 36.5". **Stock:** Wood or polymer. **Sights:** Blade front, flip-style rear. A faithful recreation of the military carbine.
**Price:** ..................................................................................**$846.00**



### BARRETT MODEL 82A-1 SEMI-AUTOMATIC
**Caliber:** .416 Barret, 50 BMG, 10-shot detachable box magazine. **Barrel:** 29". **Weight:** 28.5 lbs. **Length:** 57" overall. **Stock:** Composition with energy-absorbing recoil pad. **Sights:** Scope optional. **Features:** Semiautomatic, recoil operated with recoiling barrel. Three-lug locking bolt; muzzle brake. Adjustable bipod. Introduced 1985. Made in U.S.A. by Barrett Firearms.
**Price:** From..................................................................... **$9,119.00**



### BARRETT M107A1
**Caliber:** 50 BMG. 10-round detachable magazine. **Barrel:** 20 or 29 inches. **Sights:** 27-inch optics rail with flip-up iron sights. **Weight:** 30.9 lbs. **Finish:** Flat Dark Earth. **Features:** Four-port cylindrical muzzle brake. Quick-detachable Barrett QDL Suppressor. Adjustable bipod and monopod.
**Price:**......................................................................... **$12,281.00**

### BARRETT MODEL REC7 GEN II
**Caliber:** 5.56 (.223), 6.8 Rem. SPC. 30-round magazine. **Barrel:** 16 inches. **Sights:** ARMS rear, folding front. **Weight:** 28.7 lbs. **Features:** AR-style configuration with standard 17-4 stainless piston system, two-position forward venting gas plug, chrome-lined gas block, A2 flash hider, 6-postion MOE stock**.**
**Price:**........................................................................... **$2,759.00**



### BENELLI R1
**Caliber:** .30-06 (4+1), .300 Win Mag (3+1), .338 Win Mag (3+1). **Weight:** 7.1 lbs. **Length:** 43.75" to 45.75". **Stock:** Select satin walnut or synthetic. **Sights:** None. **Features:** Auto-regulating gas-operated system, three-lug rotary bolt, interchangeable barrels, optional recoil pads. Introduced 2003. Imported from Italy by Benelli USA.
**Price:** .......................................................................... **$1,019.00**

### BERETTA ARX 100
**Caliber:** 5.56 NATO. 30-round capacity. Accepts AR magazines. **Barrel:** 16 inches with flash suppressor and quick change ability. **Features:** Ambidextrous controls, Picatinny quad rail system.
**Price:** ...........................................................................**$1,600.00**



### BERETTA CX4 STORM CARBINE
**Caliber:** 9mm, 40 S&W, .45 ACP. **Barrel:** 16.6 inches. **Stock:** Black synthetic with thumbhole. **Sights:** Ghost ring. **Features:** Blowback single action, ambidextrous controls, Picatinny quad rail system. Reintroduced in 2017.
**Price:** ..............................................................................**$800.00**



### BROWNING BAR SAFARI AND SAFARI W/BOSS SEMI-AUTO
**Caliber:** Safari: .25-06 Rem., .270 Win., 7mm Rem. Mag., .30-06 Spfl., .308 Win., .300 Win. Mag., .338 Win. Mag. Safari w/BOSS: .270 Win., 7mm Rem. Mag., .30-06 Spfl., .300 Win. Mag., .338 Win. Mag. **Barrel:** 22-24" round tapered. **Weight:** 43-45" overall. **Stock:** French walnut pistol grip stock and fore-end, hand checkered. **Sights:** No sights. **Features:** Has new bolt release lever; removable trigger assembly with larger triggerguard; redesigned gas and buffer systems. Detachable 4-round box magazine. Scroll-engraved receiver is tapped for scope mounting. BOSS barrel vibration modulator and muzzle brake system available. Mark II Safari introduced 1993. Made in Belgium.
**Price:** BAR MK II Safari, from................................................**$1,230.00**
**Price:** BAR Safari w/BOSS, from ........................................**$1,400.00**



### BROWNING BAR MK III SERIES
**Caliber:** .243 Win., 7mm-08 Rem., .270 Win., .270 WSM, 7mm Rem., .308 Win, .30-06, .300 Win. Mag., .300 WSM. Detachable 4 or 5-shot magazine. **Barrel:** 22, 23 or 24 inches. **Stock:** Grade II checkered walnut, shim adjustable. Camo stock with composite gripping surfaces available. Stalker model has composite stock. **Weight:** 7.5 lbs. **Features:** Satin nickel alloy with high relief engraving, stylized fore-end.
**Price:** ..............................................................................**$1,240.00**
**Price:** Camo ......................................................................**$1,380.00**
**Price:** Stalker......................................................................**$1,270.00**

### BROWNING BAR MK 3 DBM
**Caliber:** .308 Win. w/10-round detachable magazine. **Barrel:** 18 inches. **Stock:** Black composite. Other features similar to standard BAR MK III.
**Price:** ..............................................................................**$1,470.00**



### BUSHMASTER ACR
**Caliber:** 5.56mm, 6.5mm, 6.8mm., 30-round polymer magazine. **Barrel:** All three calibers are availaible with 10-1/2", 14-1/2", 16-1/2" and 18" barrels. **Weight:** 14-1/2" bbl. 7 lbs.. **Length:** 14-1/5" bbl. with stock folded: 25-3/4", with stock deployed (mid) 32-5/8", 10.5" bbl. with stock folded: 21-5/16", with stock deployed (mid): 27-7/8", with stock deployed and extended: 31-3/4". Folding Stock Length of Pull - 3". **Stock:** Fixed high-impact composite A-frame stock with rubber buttpad and sling mounts. **Features:** Cold hammer-forged barrels with melonite coating

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

for extreme long life. A2 birdcage-type hider to control muzzle flash and adjustable, two-position, gas piston-driven system for firing suppressed or unsuppressed, supported by hardened internal bearing rails. The Adaptive Combat Rifle (ACR) features a toolless, quick-change barrel system available in 10.5", 14.5" and 16.5" and in multiple calibers. Multi-caliber bolt carrier assembly quickly and easily changes from .223/5.56mm NATO to 6.8mm Rem SPC (spec II chamber). Free-floating MIL-STD 1913 monolithic top rail for optic mounting. Fully ambidextrous controls including magazine release, bolt catch and release, fire selector and nonreciprocating charging handle. High-impact composite handguard with heat shield – accepts rail inserts. High-impact composite lower receiver with textured magazine well and modular grip storage. Fire Control – Semi and Full Auto two-stage standard AR capable of accepting drop-in upgrade. Magazine – Optimized for MagPul PMAG Accepts standard NATO/M-16 magazines.

**Price:** Basic Folder Configuration ........................................... **$2,149.00**
**Price:** ACR Enhanced .................................................................... **$2,249.00**

## BUSHMASTER HEAVY-BARRELED CARBINE
**Caliber:** 5.56/.223. **Barrel:** 16". **Weight:** 6.93 lbs. to 7.28 lbs. **Length:** 32.5" overall. **Features:** AR-style carbine with chrome-lined heavy profile vanadium steel barrel, fixed or removable carry handle, six-position telestock.
**Price:** ................................................................................. **$895.00**
**Price:** A3 with removable handle ........................................... **$1,420.00**

## BUSHMASTER 450 RIFLE AND CARBINE
**Caliber:** .450 Bushmaster. **Barrel:** 20" (rifle), 16" (carbine), five-round mag. **Weight:** 8.3 lbs. (rifle), 8.1 lbs. (carbine). **Length:** 39.5" overall (rifle), 35.25" overall (carbine). **Features:** AR-style with chrome-lined chrome-moly barrel, synthetic stock, Izzy muzzlebrake.
**Price:** Carbine ...................................................................... **$1,285.00**
**Price:** Rifle ........................................................................... **$1,300.00**

## BUSHMASTER TARGET
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 20 or 24-inch heavy or standard. **Weight:** 8.43 lbs. to 9.29 lbs. **Length:** 39.5" or 43.5" overall. **Features:** Semiauto AR-style with chrome-lined or stainless steel 1:9" twist barrel, fixed or removable carry handle, manganese phosphate finish.
**Price:** ............................................................. **$969.00 to $1,000.00**

## BUSHMASTER M4A3 TYPE CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16". **Weight:** 6.22 to 6.7 lbs. **Length:** 31 to 32.5 inches overall. **Features:** AR-style carbine with chrome-moly vanadium steel barrel, Izzy-type flash hider, six-position telestock, various sight options, standard or multi-rail handguard, fixed or removable carry handle.
**Price:** ............................................................................... **$1,100.00**

## BUSHMASTER QUICK RESPONSE CARBINE
**Caliber:** 5.56/.223, 10-shot carbine. **Barrel:** 16" chromemoly superlight contour with Melonite finish. **Features:** Mini red dot detachable sight, 6-position collapsible stock, A2 type flash hider. Introduced in 2016.
**Price:** ................................................................................ **$769.00**



## CENTURY INTERNATIONAL AES-10 HI-CAP
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 23.2" **Weight:** NA. **Length:** 41.5" overall. **Stock:** Wood grip, fore-end. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** RPK-style, accepts standard double-stack AK-type mags. Side-mounted scope mount, integral carry handle, bipod. Imported by Century Arms Int'l.
**Price:** AES-10, from ................................................................. **$450.00**

## CENTURY INTERNATIONAL GP WASR-10 HI-CAP
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25", 1:10 right-hand twist. **Weight:** 7.2 lbs. **Length:** 34.25" overall. **Stock:** Wood laminate or composite, grip, forend. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** Two 30-rd. detachable box magazines, cleaning kit, bayonet. Version of AKM rifle; U.S.-parts added for BATFE compliance. Threaded muzzle, folding stock, bayonet lug, compensator, Dragunov stock available. Made in Romania by Cugir Arsenal. Imported by Century Arms Int'l.
**Price:** GP WASR-10, from ........................................................ **$450.00**



## CENTURY INTERNATIONAL M70AB2 SPORTER
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25" **Weight:** 7.5 lbs. **Length:** 34.25" overall. **Stocks:** Metal grip, wood fore-end. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** Two 30-rd. double-stack magazine, cleaning kit, compensator, bayonet lug and bayonet. Paratrooper-style Kalashnikov with under-folding stock. Imported by Century Arms Int'l.
**Price:** M70AB2, from ................................................................. **$480.00**



## CMMG MKW ANVIL
**Caliber:** .458 SOCOM. **Barrel:** 16.1 inches. CMMG SV Muzzle Brake. **Weight:** 7.5 lbs. **Stock:** M4 with A2 pistol grip, 6 position mil-spec receiver extension. Introduced in 2017.
**Price:** From .......................................................................... **$1,850.00**

## COLT LE6920
**Caliber:** 5.56 NATO. **Barrel:** 16.1-inch chrome lined. **Sights:** Adjustable. Based on military M4. Features include Magpul MOE handguard, carbine stock, pistol grip, vertical grip. Direct gas/locking bolt operating system.
**Price:** From ......................................................... **$849.00 to $1,099.00**

## COLT LE6940
**Caliber:** 5.56 NATO. Similar to LE1920 with Magpul MBUS backup sight, folding front, four accessory rails. One-piece monolithic upper receiver has continuous Mil Spec rail from rear of upper to the front sight. Direct gas (LE6940) or articulating link piston (LE6940P) system.
**Price:** LE6940 ...................................................................... **$1,399.00**

## COLT EXPANSE M4
**Caliber:** 5.56 NATO, capacity 30 rounds. **Barrel:** 16.1 inches. **Sights:** Adjustable front post. Comes optic ready. **Weight:** 6.4 lbs. Flattop Picatinny rail. **Stock:** Adjustable M4 with A2 style grip. Economy priced AR. Introduced in 2016.
**Price:** ......................................................................................... **$729.00**

## COLT MARC 901 MONOLITHIC
**Caliber:** .308. **Capacity:** 20 rounds. **Barrel:** 16.1 or 18" heavy fully floated with bayonet lug, flash hider. **Stock:** Adjustable VLTOR. **Sights:** Mil Spec Flip Up. **Weight:** 9.4 pounds. **Features:** One-piece flattop upper receiver with Picatinny rail, ambidextrous controls, matte black finish. Carbine model has muzzlebrake, retractable B% Bravo stock, full length Picatinny rail. Tubular handguard with 3 rails.
**Price:** ...................................................................................... **$1,999.00**
**Price:** Carbine ....................................................................... **$1,399.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **443**

# CENTERFIRE RIFLES Autoloaders



**DANIEL DEFENSE AR SERIES**
**Caliber:** 5.56 NATO/.223. 20-round Magpul PMAG magazine. **Barrel:** 16 or 18 inches. Flash suppressor. **Weight:** 7.4 lbs. **Length:** 34.75" to 37.85" overall. **Stock:** Glass-filled polymer with Soft Touch overmolding. Pistol grip. **Sights:** None. **Features:** Lower receiver is Mil Spec with enhanced and flared magazine well, QD swivel attachment point. Upper receiver has M4 feed ramps. Lower and upper CNC machined of 7075-T6 aluminum, hard coat anodized. Shown is MK12, one of many AR variants offered by Daniel Defense. Made in the U.S.A.
**Price:** From........................................................**$1,599.00**
**Price:** DD5V1 7.62/.308..........................................**$3,044.00**



**DPMS VARMINT SERIES**
**Caliber:** .204 Ruger, .223. **Barrel:** 16", 20" or 24" bull or fluted profile. **Weight:** 7.75 to 11.75 lbs. **Length:** 34.5" to 42.25" overall. **Stock:** Black Zytel composite. **Sights:** None. **Features:** Flattop receiver with Picatinny top rail; hardcoat anodized receiver; aluminum free-float tube handguard; many options. From DPMS Panther Arms.
**Price:** ................................................................. **$939.00 to $1,229.00**

**DPMS PRAIRIE PANTHER**
Semiauto AR-style rifle chambered in 5.56 NATO or 6.8 SPC. Features include 20-inch 416 stainless fluted heavy 1:8" barrel; phosphated steel bolt; free-floated carbon fiber handguard; flattop upper with Picatinny rail; aluminum lower; two 30-round magazines; skeletonized Zytel stock; Choice of matte black or one of several camo finishes.
**Price:**................................................................. **$1,269.00 to $1,289.00**



**DPMS REPR**
Semiauto AR-style rifle chambered in .308 Win./7.62 NATO. Features include 18-inch 416 stainless steel 1:10" twist barrel; phosphated steel bolt; 4-rail free-floated handguard; no sights; aluminum lower; bipod; two 19-round magazines; Coyote Brown camo finish overall. Scope not included.
**Price:** .................................................................**$2,549.00**



**DPMS MK12**
**Caliber:** .308 Win./7.62 NATO. **Barrel:** 18 inches. **Weight:** 8.5 lbs. **Sights:** Midwest Industry flip-up. **Features:** 4-rail free floating handguard, flash hider, extruded 7029 T6 A3 Flattop receiver.
**Price:** ...............................................................**$1,759.00**



**DPMS 3G2**
**Caliber:** .223/5.56, 6.5 Creedmoor. **Barrel:** 16 inches. **Weight:** 7.1 lbs. **Stock:** Magpul STR with Hogue rubber pistol grip. **Sights:** Magpul Gen 2 BUS. **Features:** Miculek Compensator, two-stage fire control. M111 Modular handguard allows placement of sights on top rail or 45-degree angle.
**Price:** From..................................................... **$1,129.00 to $1,239.00**

**DPMS LITE HUNTER**
**Caliber:** .243, .260 Rem., .308, .338 Federal. **Barrel:** 20 inches, stainless. **Weight:** 8 pounds. **Stock:** Standard A2. **Features:** Two-stage match trigger. Hogue pistol grip. Optics ready top rail.
**Price:**...................................................................**$1,499.00**



**DPMS .300 AAC BLACKOUT**
**Caliber:** .300 AAC Blackout. **Barrel:** 16-inch heavy 4150 chrome-lined. **Weight:** 7 pounds. **Stock:** Adjustable 6-position.
**Price:** ...............................................................**$1,199.00**

**DPMS ORACLE**
**Caliber:** .223/5.56 or .308/7.62. **Barrel:** 16 inches. **Weight:** 6.2 (.223), 8.3 (308). Standard AR-15 fire control with A3 flattop receiver. **Finish:** Matte black or A-TACS camo.
**Price:** .223.........................................................**$739, $849 (A-TACS)**
**Price:** .308................................................... **$1,099, $1,189 (A-TACS)**



**DPMS GII SERIES**
**Caliber:** .308 Win./7.62 NATO. **Barrel:** 16, 18 inches. **Weight:** From 7.25 lbs., promoted as the lightest .308 AR available. Features include new

Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

extractor and ejector systems, and improved steel feed ramp. New bolt geometry provides better lock-up and strength. Offered in several configurations.

**Price:** AP4 (shown) ................................................................. **$1,499.00**
**Price:** Recon ....................................................................... **$1,759.00**
**Price:** SASS ......................................................................... **$2,379.00**
**Price:** Hunter ....................................................................... **$1,699.00**
**Price:** Bull ........................................................................... **$1,759.00**
**Price:** MOE .......................................................................... **$1,599.00**



## DSA SA58 STANDARD
**Caliber:** .308 Win. **Barrel:** 21" bipod cut w/threaded flash hider. **Weight:** 8.75 lbs. **Length:** 43". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable rear peep. **Features:** Fully adjustable short gas system, high-grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** From................................................................. **$1,700.00**



## DSA SA58 CARBINE
**Caliber:** .308 Win. **Barrel:** 16.25" bipod cut w/threaded flash hider. **Features:** Carbine variation of FAL-style rifle. Other features identical to SA58 Standard model. Made in U.S.A. by DSA, Inc.
**Price:** ...................................................................... **$1,700.00**



## DSA SA58 TACTICAL CARBINE
**Caliber:** .308 Win. **Barrel:** 16.25" fluted with A2 flash hider. **Weight:** 8.25 lbs. **Length:** 36.5". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable match rear peep. **Features:** Shortened fully adjustable short gas system, high grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** ....................................................................... **$1,975.00**



## DSA SA58 MEDIUM CONTOUR
**Caliber:** .308 Win. **Barrel:** 21" w/threaded flash hider. **Weight:** 9.75 lbs. **Length:** 43". **Stock:** Synthetic military grade. **Sights:** Elevation-adjustable post front, windage-adjustable match rear peep. **Features:** Gas-operated semiauto with fully adjustable gas system, high grade steel receiver. Made in U.S.A. by DSA, Inc.
**Price:** ....................................................................... **$1,700.00**

## DSA ZM4 AR SERIES
**Caliber:** .223/5.56 NATO. Standard Flattop rifle features include 20-inch, chrome moly heavy barrel with A2 flash hider. **Weight:** 9 pounds. **Features:** Mil-Spec forged lower receiver, forged flattop or A2 upper. Fixed A2 stock. Carbine variations are also available with 16-inch barrels and many options.
**Price:** Standard Flat-Top ...................................................... **$820.00**
**Price:** MRC Multi Role Carbine ............................................ **$1,275.00**
**Price:** Mid Length Carbine .................................................... **$834.00**
**Price:** Flat-Top with rail........................................................ **$850.00**



## EXCEL ARMS MR-22
**Caliber:** .22 WMR, 9-shot magazine. **Barrel:** 18" fluted stainless steel bull barrel. **Weight:** 8 lbs. **Length:** 32.5" overall. **Grips:** Textured black polymer. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, aluminum shroud w/Weaver rail, manual safety, firing-pin block, last-round bolt-hold-open feature. Four packages with various equipment available. American made, lifetime warranty. Comes with one 9-round stainless steel magazine and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Arms.
**Price:** MR-22 .22 WMR ......................................................... **$538.00**

## EXCEL ARMS X-SERIES
**Caliber:** .22 LR, 5.7x28mm (10 or 25-round); .30 Carbine (10 or 20-round magazine). 9mm (10 or 17 rounds). **Barrel:** 18". **Weight:** 6.25 lbs. **Length:** 34 to 38". **Features:** Available with or without adjustable iron sights. Blow-back action (5.57x28) or delayed blow-back (.30 Carbine).
**Price:** .22 LR .......................................................................... **$504.00**
**Price:** 5.7x28 or 9mm ................................................. **$795.00 to $916.00**



## FN15 SERIES
**Caliber:** 5.56x45. **Barrel:** 16, 18 or 20 inches. Magazine capacity 20 or 30 rounds. AR-style rifle/carbine series with most standard features and options.
**Price:** Tactical (shown) ...................................................... **$1,479.00**
**Price:** Standard rifle ......................................................... **$1,149.00**
**Price:** Sporting ................................................................. **$1,749.00**
**Price:** DMR ...................................................................... **$1,899.00**
**Price:** Carbine .................................................................. **$1,149.00**
**Price:** Competition............................................................. **$2,240.00**
**Price:** Military Collector .................................................... **$1,749.00**



## FNH FNAR COMPETITION
**Caliber:** .308 Win., 10-shot magazine. **Barrel:** 20" fluted. **Weight:** 8.9 lbs. **Length:** 41.25" overall. **Sights:** None furnished. Optical rail atop receiver, three accessory rails on fore-end. **Stock:** Adjustable for comb height, length of pull, cast-on and cast-off. Blue/gray laminate. Based on BAR design.
**Price:** ...................................................................... **$1,767.00**

## FNH SCAR 16S
**Caliber:** 5.56mm/.223. **Capacity:** 10 or 30 rounds. **Barrel:** 16.25". **Weight:** 7.25 lbs. **Length:** 27.5 to 37.5 " (extended stock). **Stock:** Telescoping, side-folding polymer. Adjustable cheekpiece, A2 style

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   **445**

# CENTERFIRE RIFLES Autoloaders

pistol grip. **Sights:** Adjustable folding front and rear. **Features:** Hard anodized aluminum receiver with four accessory rails. Ambidextrous safety and mag release. Charging handle can be mounted on right or left side. Semiauto version of newest service rifle of U.S. Special Forces.
**Price:** ..................................................................................... **$2,995.00**

## FNH SCAR 17S
**Caliber:** 7.62x51mm/.308. **Capacity:** 10 or 30 rounds. **Barrel:** 16.25". **Weight:** 8 lbs. **Length:** 28.5 to 38.5 " (extended stock). **Features:** Other features the same as SCAR 16S.
**Price:** ..................................................................................... **$3,349.00**



## FRANKLIN ARMORY 3 GR-L
**Caliber:** 5.56mm/.223. **Capacity:** 10 or 30 rounds. **Barrel:** 18" fluted with threaded muzzle crown. **Weight:** 7.25 lbs. **Stock:** Magpul PRS. Adjustable comb and length of pull. **Features:** Hard anodized Desert Smoke upper receiver with full length Picatinny rail. One of many AR type rifles and carbines offered by this manufacturer. Made in the U.S.A.
**Price:** ..................................................................................... **$2,310.00**



## HECKLER & KOCH MODEL MR556A1
**Caliber:** .223 Remington/5.56 NATO, 10+1 capacity. **Barrel:** 16.5". **Weight:** 8.9 lbs. **Length:** 33.9"-37.68". **Stock:** Black Synthetic Adjustable. **Features:** Uses the gas piston system found on the HK 416 and G26, which does not introduce propellant gases and carbon fouling into the rifle's interior.
**Price:** ..................................................................................... **$3,295.00**



## HECKLER & KOCH MODEL MR762A1
**Caliber:** Similar to Model MR556A1 except chambered for 7.62x51mm/.308 Win. cartridge. **Weight:** 10 lbs. w/empty magazine. **Length:** 36 to 39.5". Variety of optional sights are available. Stock has five adjustable positions.
**Price:** ..................................................................................... **$3,995.00**

## HIGH STANDARD HSA-15
**Caliber:** .223 Remington/5.56 NATO. A2 style with 16 or 20" barrel, 30-round capacity magazine, fixed or collapsible stock, adjustable sights. Series of AR-style models offered in most variations with popular options. Made by High Standard Manufacturing Co.
**Price:** ................................................................. **$785.00 to $1,250.00**



## HI-POINT 9MM CARBINE
**Caliber:** 9mm Para. .40 S&W, (10-shot magazine); .45 ACP (9-shot). **Barrel:** 16.5" (17.5" for .40 S&W and .45). **Weight:** 4.5 lbs. **Length:** 31.5" overall. **Stock:** Black polymer, camouflage. **Sights:** Protected post front, aperture rear. Integral scope mount. **Features:** Grip-mounted magazine release. Black or chrome finish. Sling swivels. Available with laser or red-dot sights, RGB 4X scope, forward grip. Introduced 1996. Made in U.S.A. by MKS Supply, Inc.
**Price:** 9mm (995TS) from ............................................... **$286.00**
**Price:** .40 S&W (4095TS) from ...................................... **$315.00**
**Price:** .45 ACP (4595TS) from ...................................... **$319.00**

## INLAND M1 1945 CARBINE
**Caliber:** .30 Carbine. **Capacity:** 15 rounds. **Barrel:** 18". **Weight:** 5 lbs. 3 oz. A faithful reproduction of the last model that Inland manufactured in 1945, featuring a type 3 bayonet lug/barrel band, adjustable rear sight, push button safety, and walnut stock. Scout Model has 16.5" barrel, flash hider, synthetic stock with accessory rail. Made in USA.
**Price:** .................................................................................. **$1,139.00**
**Price:** Scout Model ....................................................... **$1,295.00**

## JP ENTERPRISES LRP-07
**Caliber:** .308 Win, .260 Rem., 6.5 Creedmoor, .338 Federal. **Barrel:** 16 to 22 inches, polished stainless with compensator. **Buttstock:** A2, ACE ARFX, Tactical Tactical Intent Carbine, Magpul MOE. **Grip:** Hogue Pistol Grip. **Features:** Machined upper and lower receivers with left-side charging system. MKIII Hand Guard. Adjustable gas system.
**Price:** From ........................................................................... **$3,299.00**

## JP ENTERPRISES JP-15
**Caliber:** .223, .204 Ruger, 6.5 Grendel, .300 Blackout, .22 LR. **Barrel:** 18 or 24-inches. **Buttstock:** Synthetic modified thumbhole or laminate thumb-hole. **Grip:** Hogue Pistol grip. Basic AR-type general-purpose rifle with numerous options.
**Price:** From ........................................................................... **$1,999.00**

## KALASHNIKOV USA
**Caliber:** 7.62x39mm. 30-round magazine. AK-47 series made in the USA in several variants and styles. **Barrel:** 16.25". **Weight:** 7.52 lbs.
**Price:** US132S Synthetic stock .................................................. **$799.00**
**Price:** US132W Wood carbine .................................................... **$836.00**

## KEL-TEC RFB
**Caliber:** 7.62 NATO/.308. 20-round FAL-type magazine. **Barrel:** 18" with threaded muzzle, A2-style flash hider. **Weight:** 8 lbs. **Features:** A bullpup short-stroke gas piston operated carbine with ambidextrous controls, reversible operating handle, Mil-Spec Picatinny rail.
**Price:** .................................................................................. **$1,927.00**

## KEL-TEC SU-16 SERIES
**Caliber:** 5.56 NATO/.223. 10-round magazine capacity. **Barrel:** 16 or 18.5". **Weight:** 4.5 to 5 lbs. **Features:** Offering in several rifle and carbine variations.
**Price:** From ............................................................ **$682.00 to $900.00**

## LARUE TACTICAL OBR
**Caliber:** 5.56 NATO/.223, 7.62 NATO/.308 Win. **Barrel:** 16.1, 18 or 20 inches. **Weight:** 7.5 to 9.25 lbs. **Features:** Manufacturer of several models of AR-style rifles and carbines. Optimized Battle Rifle (OBR) series is made in both NATO calibers. Many AR-type options available. Made in the U.S.A.
**Price:** OBR 5.56 .......................................................................... **$2,245.00**
**Price:** OBR 7.62 .......................................................................... **$3,370.00**

## LEWIS MACHINE & TOOL (LMT)
**Caliber:** 5.56 NATO/.223, 7.62 NATO/.308 Win. **Barrel:** 16.1, 18 or 20 inches. **Weight:** 7.5 to 9.25 lbs. **Features:** Manufacturer of a wide range of AR-style carbines with many options. SOPMOD stock, gas piston operating system, monolithic rail platform, tactical sights. Made in the U.S.A. by Lewis Machine & Tool.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

**Price:** Standard 16 ................................................ **$1,594.00**
**Price:** Comp 16, flattop receiver ............................. **$1,685.00**
**Price:** CQB Series from ........................................... **$2,100.00**
**Price:** Sharpshooter Weapons System .................... **$5,198.00**



## LES BAER CUSTOM ULTIMATE AR 223
**Caliber:** .223. **Barrel:** 18", 20", 22", 24". **Weight:** 7.75 to 9.75 lb. **Length:** NA. **Stock:** Black synthetic. **Sights:** None furnished; Picatinny-style flattop rail for scope mounting. **Features:** Forged receiver; Ultra single-stage trigger (Jewell two-stage trigger optional); titanium firing pin; Versa-Pod bipod; chromed National Match carrier; stainless steel, hand-lapped and cryo-treated barrel; guaranteed to shoot 1/2 or 3/4 MOA, depending on model. Made in U.S.A. by Les Baer Custom Inc.
**Price:** Super Varmint Model ............................ **$2,640.00 to $2870.00**
**Price:** Super Match Model .............................. **$2,740.00 to $2960.00**
**Price:** M4 Flattop model ........................................... **$2,790.00**
**Price:** Police Special 16" (2008) ............................ **$1,790.00**
**Price:** IPSC Action Model ........................................ **$2,890.00**
**Price:** LBC-AR (.264 LBC-AR) ................................ **$2,640.00**

## LES BAER UTIMATE MATCH/SNIPER
**Caliber:** .308 Win. **Barrel:** 18 or 20 in. Magpul stock, Enforcer muzzlebrake.
**Price:** ................................................................. **$3,940.00**
**Price:** Ultimate Monolith SWAT Model .................... **$4,390.00**

## LR 300S
**Caliber:** 5.56 NATO, 30-shot magazine. **Barrel:** 16.5"; 1:9" twist. **Weight:** 7.4-7.8 lbs. **Length:** NA. **Stock:** Folding. **Sights:** YHM flip front and rear. **Features:** Flattop receive, full length top picatinny rail. Phantom flash hider, multi sling mount points, field strips with no tools. Made in U.S.A. from Z-M Weapons.
**Price:** AXL, AXLT ................................................ **$2,139.00**
**Price:** NXL .......................................................... **$2,208.00**

## LWRC INTERNATIONAL M6 SERIES
**Caliber:** 5.56 NATO or 6.8 SPC, 30-shot magazine. REPR (Rapid Engagement Precision Rifle) chambered in 7.62 NATO/.308 Win. **Barrel:** 16.1 inches (16, 18, 20 inches, REPR). This company makes a complete line of AR-15 type rifles operated by a short-stroke, gas piston system. A wide variety of stock, sight and finishes are available. Colors include black, Flat Dark Earth, Olive Drab Green, Patriot Brown.
**Price:** M6A2 (shown) ........................................ **$2,217.00**
**Price:** M6-SPR (Special Purpose Rifle) ............... **$2,479.00**
**Price:** REPR (7.62 NATO) .................................. **$3,600.00**
**Price:** SIX8 A5 ................................... **$2,600 to $2,750.00**

## MERKEL MODEL SR1 SEMI-AUTOMATIC
**Caliber:** .223, .308 Win., .30-06, .300 Win Mag., 7x64, 8x57IS, 9.3x62. **Features:** Streamlined profile, checkered walnut stock and fore-end, 19.7" (308) or 20.8" (300 SM) barrel, two- or five-shot detachable box magazine. Adjustable front and rear iron sights with Weaver-style optics rail included. Imported from Germany by Merkel USA.
**Price:** ................................................................. **$1,995.00**



## MOSSBERG MMR SERIES
**Caliber:** 5.56 NATO. Capacity 10 or 30 rounds. GIO system. **Barrel:** 16 or 18 inches with A2 style muzzle brake. **Features:** Picatinny rail, black synthetic stock, free-floating stainless barrel. Offered in several variants. Pro and Optics Ready have JM Pro match trigger. Optics Ready has 6-position stock with FLEX pad, Magpul MOE grip and trigger guard. Introduced in 20216
**Price:** MMR Carbine ............................................. **$938.00**
**Price:** MMR Tactical Optics Ready .......................... **$1,253.00**
**Price:** MMR Pro ................................................. **$1,393.00**

## REMINGTON MODEL R-15 VTR PREDATOR
**Caliber:** .223, five-shot magazine. **Barrel:** 22" **Weight:** 7.75 lbs. **Length:** 36.25". **Stock:** Synthetic with full camo coverage. **Features:** AR-style with optics rail, aluminum alloy upper and lower.
**Price:** ................................................................. **$1,199.00**



## REMINGTON MODEL R-25 G-II
**Caliber:** .243, 7mm-08, .308 Win., four-shot magazine. **Barrel:** 20" chrome-moly. **Weight:** 7.75 lbs. **Length:** 38.25" overall. **Features:** AR-style semiauto with single-stage trigger, aluminum alloy upper and lower, Mossy Oak Treestand camo finish overall.
**Price:** ................................................................. **$1,697.00**

## REMINGTON LE R4 OPERATOR NEW MEXICO
**Caliber:** .223, 30-shot magazine. **Barrel:** 16" with twist rate of 1:7 for heavier, longer bullets. **Weight:** 6.5 lbs. **Length:** 33.25 to 36.25". **Stock:** Magpul SL. **Sights:** Troy Industries front and rear folding battle sights. **Features:** AR-style with direct impingement gas operation. Carbine length system with mil-spec forged receiver, single-stage mil-spec trigger. Designed for a LE agency in New Mexico. Introduced in 2016 by Remington Law Enforcement Division.
**Price:** ................................................................. **$1,299.00**

## ROCK RIVER ARMS LAR SERIES
**Caliber:** .223/5.56, .308/7.62, 6.8 SPC, .458 SOCOM, 9mm and .40 S&W. These AR-15 type rifles and carbines are available with a very wide range of options. Virtually any AR configuration is offered including tactical, hunting and competition models. Some models are available in left-hand versions.
**Price:** ........................................... **$1,035.00 to $1,845.00**



## RUGER AR-556
**Caliber:** 5.56 NATO, Basic AR M4-style Modern Sporting Rifle with direct impingement operation, forged aluminum upper and lower receivers, and cold hammer-forged chrome-moly steel barrel with M4 feed ramp cuts. Other features include Ruger Rapid Deploy folding rear sight, milled F-height gas block with post front sight, telescoping 6-postion stock and one 30-round Magpul magazine. Introduced in 2015.
**Price:** ..................................................................... **$799.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **447**

# CENTERFIRE RIFLES Autoloaders



## RUGER SR-556/SR-762
AR-style semiauto rifle chambered in 5.56 NATO or 7.62 NATO/.308. (SR-762 model). Feature include two-stage piston; quad rail handguard; Troy Industries sights; black synthetic fixed or telescoping buttstock; 16.12-inch 1:9" twist steel barrel with birdcage; 10- or 30-round detachable box magazine; black matte finish overall. SR-556 has slediaton feature.
**Price:** SR-556 ........................................................ **$2,199.00**
**Price:** SR-762 ........................................................ **$2,349.00**



## RUGER MINI-14
**Caliber:** .223 Rem., 5-shot or 20-shot detachable box magazine. Tactical Rifle is also available in .300 AAC Blackout. **Barrel:** 18.5" Rifling twist 1:9". **Weight:** 6.75 to 7 lbs. **Length:** 37.25" overall. **Stock:** American hardwood, steel reinforced, or synthetic. **Sights:** Protected blade front, fully adjustable Ghost Ring rear. **Features:** Fixed piston gas-operated, positive primary extraction. New buffer system, redesigned ejector system. Ruger S100RM scope rings included on Ranch Rifle. Heavier barrels added in 2008, 20-round magazine added in 2009.
**Price:** Mini-14/5, Ranch Rifle, blued, wood stock ..................... **$999.00**
**Price:** K-Mini-14/5, Ranch Rifle, stainless, scope rings ........ **$1,069.00**
**Price:** Mini-14 Target Rifle: laminated thumbhole stock,
    heavy crowned 22" stainless steel barrel, other
    refinements .......................................................... **$1,259.00**
**Price:** Mini-14 ATI **Stock:** Tactical version of Mini-14 but with
    six-position collapsible stock or folding stock, grooved
    pistol grip. Multiple Picatinny optics/accessory rails ......... **$1,089.00**
**Price:** Mini-14 Tactical Rifle: Similar to Mini-14 but with 16.12"
    barrel with flash hider, black synthetic stock, adjustable
    sights ................................................................ **$1,019.00**

## RUGER MINI THIRTY
**Similar to the Mini-14 rifle except modified to chamber the 7.62x39 Russian service round. Weight:** 6.75 lbs. Has 6-groove barrel with 1:10" twist, Ruger Integral Scope Mount bases and protected blade front, fully adjustable Ghost Ring rear. Detachable 5-shot staggered box magazine. 20-round magazines available. Stainless or matte black alloy w/synthetic stock. Introduced 1987.
**Price:** Matte black finish ........................................... **$1,069.00**
**Price:** Stainless ...................................................... **$1,089.00**
**Price:** Stainless w/20-round mag ................................ **$1,139.00**



## SAVAGE MSR 15
AR-style series chambered in 5.56 NATO (Patrol and Recon), 6.5 Creedmoor or .308 Win. (Hunter and Long Range). **Barrel:** 16.1" (Patrol and Recon), 16 or 18" (Hunter), 20 or 22" (Long Range). Wylde chamber on Patrol and Recon models. Hunter and Long Range models have muzzle brake.
**Price:** Patrol ............................................................ **$852.00**
**Price:** Recon (shown) ............................................... **$994.00**
**Price:** Long Range .................................................. **$2,284.00**
**Price:** Hunter .......................................................... **$1,481.00**



## SIG-SAUER MCX
AR-style rifle chambered in 5.56 NATO, 7.62x39mm or .300 Blackout. Modular system allows switching between calibers with conversion kit. Features include a 16" barrel, aluminum KeyMod handguards, amdi controls and charging handle, choice of side-folding or telescoping stock, auto-regulating gas system to all transition between subsonic and supersonic loads.
**Price:** ................................................................... **$2,131.00**
**Price:** With conversion kit ........................................ **$2,188.00**



## SIG-SAUER SIG516 GAS PISTON
AR-style rifle chambered in 5.56 NATO. Features include 14.5-, 16-, 18- or 20-inch chrome-lined barrel; free-floating, aluminum quad rail fore-end with four M1913 Picatinny rails; threaded muzzle with a standard (0.5x28TPI) pattern; aluminum upper and lower receiver is machined; black anodized finish; 30-round magazine; flattop upper; various configurations available.
**Price:** ................................................................... **$1,794.00**

## SIG SAUER M400 PREDATOR/SWAT
**Caliber:** .223/5.56 NATO. AR Flattop design. **Barrel:** 18" (Predator), 16" (SWAT) with Hogue free-floated fore-end. **Features:** Two-stage Geissele match trigger, Hogue grip, ambidextrous controls, Magpul MOE stock. SWAT has M4-style buttstock.
**Price:** Predator ...................................................... **$1,582.00**
**Price:** SWAT .......................................................... **$1,319.00**

## SIG-SAUER SIG716 TACTICAL PATROL
AR-10 type rifle chambered in 7.62 NATO/.308 Winchester. Features include gas-piston operation with 3-round-position (4-position optional) gas valve; 16-, 18- or 20-inch chrome-lined barrel with threaded muzzle and nitride finish; free-floating aluminum quad rail fore-end with four M1913 Picatinny rails; telescoping buttstock; lower receiver is machined from a 7075-T6 Aircraft grade aluminum forging; upper receiver, machined from 7075-T6 aircraft grade aluminum with integral M1913 Picatinny rail. DMR has free-floating barrel, two-stage match-grade trigger, short-stroke push rod operating system.
**Price:** ................................................................... **$2,385.00**
**Price:** Designated Marksman (DMR) ........................... **$3,108.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders

## SMITH & WESSON M&P15
**Caliber:** 5.56mm NATO/.223, 30-shot steel magazine. **Barrel:** 16", 1:9" twist. **Weight:** 6.74 lbs., w/o magazine. **Length:** 32-35" overall. **Stock:** Black synthetic. **Sights:** Adjustable post front sight, adjustable dual aperture rear sight. **Features:** 6-position telescopic stock, thermo-set M4 handguard. 14.75" sight radius. 7-lbs. (approx.) trigger pull. 7075 T6 aluminum upper, 4140 steel barrel. Chromed barrel bore, gas key, bolt carrier. Hard-coat black-anodized receiver and barrel finish. OR (Optics Ready) model has no sights. TS model has Magpul stock and folding sights. Made in U.S.A. by Smith & Wesson.

**Price:** Sport Model ................................................................. **$739.00**
**Price:** OR Model ..................................................................... **$1,069.00**
**Price:** TS Model ..................................................................... **$1,569.00**

## SMITH & WESSON M&P15-300
**Caliber:** .300 Whisper/.300 AAC Blackout. Other specifications the same of 5.56 models.

**Price:** ............................................................................... **$1,119.00**



## SMITH & WESSON MODEL M&P15 VTAC
**Caliber:** .223 Remington/5.56 NATO, 30-round magazine. **Barrel:** 16". **Weight:** 6.5 lbs. **Length:** 35" extended, 32" collapsed, overall. **Features:** Six-position CAR stock. Surefire flash-hider and G2 light with VTAC light mount; VTAC/JP handguard; JP single-stage match trigger and speed hammer; three adjustable picatinny rails; VTAC padded two-point adjustable sling.

**Price:** ............................................................................... **$1,949.00**

## SMITH & WESSON M&P15PC CAMO
**Caliber:** 223 Rem/5.56 NATO, A2 configuration, 10-round mag. **Barrel:** 20" stainless with 1:8" twist. **Weight:** 8.2 lbs. **Length:** 38.5" overall. **Features:** AR-style, no sights but integral front and rear optics rails. Two-stage trigger, aluminum lower. Finished in Realtree Advantage Max-1 camo.

**Price:** ............................................................................... **$1,589.00**



## SMITH & WESSON M&P10
**Caliber:** .308 Win. **Capacity:** 10 rounds. **Barrel:** 18 inches. **Weight:** 7.7 pounds. **Features:** 6-position CAR stock, black hard anodized finish. Camo finish hunting model available w/5-round magazine.

**Price:** ............................................................................... **$1,619.00**
**Price:** (Camo) .......................................................................... **$1,729.00**

## SPRINGFIELD ARMORY M1A
**Caliber:** 7.62mm NATO (.308), 5- or 10-shot box magazine. **Barrel:** 25-1/16" with flash suppressor, 22" without suppressor. **Weight:** 9.75 lbs. **Length:** 44.25" overall. **Stock:** American walnut with walnut-colored heat-resistant fiberglass handguard. Matching walnut handguard available. Also available with fiberglass stock. **Sights:** Military, square blade front, full click-adjustable aperture rear. **Features:** Commercial equivalent of the U.S. M-14 service rifle with no provision for automatic firing. From Springfield Armory

**Price:** SOCOM 16 .................................................................. **$1,965.00**
**Price:** Scout Squad, from  ...................................................... **$1,830.00**
**Price:** Standard M1A, from ...................................................... **$1,669.00**
**Price:** Loaded Standard, from  ............................................... **$1,828.00**
**Price:** National match, from .................................................... **$2,359.00**
**Price:** Super Match (heavy premium barrel) about  ............... **$2,956.00**
**Price:** Tactical, from ........................................... **$3,619.00 to $4,046.00**

## SPRINGFIELD ARMORY SAINT
**Caliber:** 5.56 NATO, 30-round magazine. **Barrel:** 16 inches, 1:8 twist. **Weight:** 6 lbs., 11 oz. **Sights:** AR2 style fixed post front, flip-up aperture rear. **Features:** Mid–length gas system, BCM 6-position stock, Mod 3 grip PMT KeyMod handguard 7075 T6 aluminum receivers. Springfield Armory's first entry into AR category. Introduced 2016.

**Price:** ................................................................................. **$899.00**

## STAG ARMS AR-STYLE SERIES
**Caliber:** 5.56 NATO/.223, 6.8 SPC, 9mm Parabellum. Ten, 20 or 30-shot magazine capacity. This manufacturer offers more than 25 AR-style rifles or carbines with many optional features including barrel length and configurations, stocks, sights, rail systems and both direct impingement and gas piston operating systems. Left-hand models are available on some products. Listed is a sampling of Stag Arms models.

**Price:** Model 1 ...................................................................... **$949.00**
**Price:** Model 2T Carbine (Tactical) ........................................ **$1,130.00**
**Price:** Model 3 Carbine ......................................................... **$895.00**
**Price:** Model 3G Rifle ........................................................... **$1,459.00**
**Price:** Model 5 Carbine (6.8) ................................................. **$1,045.00**
**Price:** Stag 7 Hunter (6.8) ..................................................... **$1,055.00**
**Price:** Model 9 (9mm) ........................................................... **$990.00**

## STONER SR-15 MOD2
**Caliber:** .223. **Barrel:** 18". **Weight:** 7.6 lbs. **Length:** 38" overall. **Stock:** Mag-Pul MOE. **Sights:** Post front, fully adjustable rear (300-meter sight). **Features:** URX-4 upper receiver; two-stage trigger, 30-round magazine. Black finish. Made in U.S.A. by Knight's Mfg.

**Price:** ............................................................................... **$2,400.00**

## STONER SR-25 ACC
**Caliber:** 7.62 NATO, 10-or 20-shot steel magazine. **Barrel:** 16" with flash hider. **Weight:** 8.5 lbs. **Features:** Shortened, non-slip handguard; drop-in two-stage match trigger, removable carrying handle, ambidextrous controls, matte black finish. Made in U.S.A. by Knight's Mfg. Co.

**Price:** ............................................................................... **$5,300.00**



## STONER SR-30
**Caliber:** .300 Blackout. **Barrel:** 16" **Weight:** 7.75 lbs. **Features:** QDC flash suppressor, micro front and rear iron sights, ambidextrous controls, fully adjustable stock.

**Price:** ............................................................................... **$2,500.00**

## WILSON COMBAT TACTICAL
**Caliber:** 5.56mm NATO, accepts all M-16/AR-15 Style Magazines, includes one 20-round magazine. **Barrel:** 16.25", 1:9" twist, match-grade fluted. **Weight:** 6.9 lbs. **Length:** 36.25" overall. **Stock:** Fixed or collapsible. **Features:** Free-float ventilated aluminum quad-rail handguard, Mil-Spec parkerized barrel and steel components, anodized receiver, precision CNC-machined upper and lower receivers, 7075 T6 aluminum forgings. Single stage JP Trigger/ Hammer Group, Wilson Combat Tactical Muzzle Brake, nylon tactical rifle case. M-4T version has flat-top receiver for mounting optics, OD green furniture, 16.25" match-grade M-4 style barrel. SS-15 Super Sniper Tactical Rifle has 1-in-8 twist, heavy 20" match-grade fluted stainless steel barrel. Made in U.S.A by Wilson Combat.

**Price:** ............................................................ **$2,225.00 to $2,450.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **449**

Case 3:18-cv-19507-PGS-JBD Document 12-1 Filed 06/21/18 Page 59 of 77 PageID: 173

# COMPETITION RIFLES Centerfire & Rimfire

## ANSCHUTZ 1903 MATCH
**Caliber:** .22 LR, single-shot. **Barrel:** 21.25". **Weight:** 8 lbs. **Length:** 43.75" overall. **Stock:** Walnut-finished hardwood with adjustable cheekpiece; stippled grip and fore-end. **Sights:** None furnished. **Features:** Uses Anschutz Match 64 action. A medium weight rifle for intermediate and advanced Junior Match competition. Available from Champion's Choice.
**Price:** Right-hand ................................................ **$1,195.00**

## ANSCHUTZ 64-MP R SILHOUETTE
**Caliber:** .22 LR, 5-shot magazine. **Barrel:** 21.5", medium heavy; 7/8" diameter. **Weight:** 8 lbs. **Length:** 39.5" overall. **Stock:** Walnut-finished hardwood, silhouette-type. **Sights:** None furnished. **Features:** Uses Match 64 action. Designed for metallic silhouette competition. Stock has stippled checkering, contoured thumb groove with Wundhammer swell. Two-stage #5098 trigger. Slide safety locks sear and bolt. Introduced 1980. Available from Champion's Choice.
**Price:** 64-MP R ...................................................... **$1,100.00**
**Price:** 64-S BR Benchrest ...................................... **$1,327.00**

## ANSCHUTZ 2007 MATCH RIFLE
Uses same action as the Model 2013, but has a lighter barrel. European walnut stock in right-hand, true left-hand or extra-short models. Sights optional. Available with 19.6" barrel with extension tube, or 26", both in stainless or blue. Introduced 1998. Available from Champion's Choice.
**Price:** Right-hand, blue, no sights .......................... **$2,795.00**

## ANSCHUTZ 1827BT FORTNER BIATHLON
**Caliber:** .22 LR, 5-shot magazine. **Barrel:** 21.7". **Weight:** 8.8 lbs. with sights. **Length:** 40.9" overall. **Stock:** European walnut with cheekpiece, stippled pistol grip and fore-end. **Sights:** Optional globe front specially designed for Biathlon shooting, micrometer rear with hinged snow cap. **Features:** Uses Super Match 54 action and nine-way adjustable trigger; adjustable wooden buttplate, biathlon butthook, adjustable hand-stop rail. Uses Anschutz/Fortner system straight-pull bolt action, blued or stainless steel barrel. Introduced 1982. Available from Champion's Choice.
**Price:** From about .................................................. **$3,450.00**



## ANSCHUTZ SUPER MATCH SPECIAL MODEL 2013
**Caliber:** .22 LR, single-shot. **Barrel:** 25.9". **Weight:** 13 lbs. **Length:** 41.7" to 42.9". **Stock:** Adjustable aluminum. **Sights:** None furnished. **Features:** 2313 aluminum-silver/blue stock, 500mm barrel, fast lock time, adjustable cheekpiece, heavy action and muzzle tube, w/ handstop and standing riser block. Introduced in 1997. Available from Champion's Choice.
**Price:** From about .................................................. **$4,200.00**

## ANSCHUTZ 1912 SPORT
**Caliber:** .22 LR. **Barrel:** 26" match. **Weight:** 11.4 lbs. **Length:** 41.7" overall. **Stock:** Non-stained thumbhole stock adjustable in length with adjustable buttplate and cheekpiece adjustment. Flat fore-end raiser block 4856 adjustable in height. Hook buttplate. **Sights:** None furnished. **Features:** "Free rifle" for women. Smallbore model 1907 with 1912 **stock:** Match 54 action. Delivered with: Hand stop 6226, fore-end raiser block 4856, screwdriver, instruction leaflet with test target. Available from Champion's Choice.
**Price:** ................................................................... **$2,995.00**

## ANSCHUTZ 1913 SUPER MATCH RIFLE
Same as the Model 1911 except European walnut International-type stock with adjustable cheekpiece, or color laminate, both available with straight or lowered fore-end, adjustable aluminum hook buttplate, adjustable hand stop, weighs 13 lbs., 46" overall. Stainless or blue barrel. Available from Champion's Choice.
**Price:** Right-hand, blue, no sights, walnut stock .................... **$3,750.00**

## ANSCHUTZ 1907 STANDARD MATCH RIFLE
Same action as Model 1913 but with 7/8" diameter 26" barrel (stainless or blue). Length is 44.5" overall, weighs 10.5 lbs. Choice of stock configurations. Vented fore-end. Designed for prone and position shooting ISU requirements; suitable for NRA matches. Also available with walnut flat-forend stock for benchrest shooting. Available from Champion's Choice.
**Price:** Right-hand, blue, no sights ........................... **$2,385.00**



## ARMALITE AR-10(T)
**Caliber:** .308 Win., 10-shot magazine. **Barrel:** 24" target-weight Rock 5R custom. **Weight:** 10.4 lbs. **Length:** 43.5" overall. **Stock:** Green or black composition; N.M. fiberglass handguard tube. **Sights:** Detachable handle, front sight, or scope mount available. Comes with international-style flattop receiver with Picatinny rail. **Features:** National Match two-stage trigger. Forged upper receiver. Receivers hard-coat anodized. Introduced 1995. Made in U.S.A. by ArmaLite, Inc.
**Price:** Black ......................................................... **$1,700.00**
**Price:** AR-10, .338 Federal ................................... **$1,800.00**

## ARMALITE M15 A4 CARBINE 6.8 & 7.62X39
**Caliber:** 6.8 Rem., 7.62x39. **Barrel:** 16" chrome-lined with flash suppressor. **Weight:** 7 lbs. **Length:** 26.6". **Features:** Front and rear picatinny rails for mounting optics, two-stage tactical trigger, anodized aluminum/phosphate finish.
**Price:** ................................................................... **$1,107.00**

## BLASER R93 LONG RANGE SPORTER 2
**Caliber:** .308 Win., 10-shot detachable box magazine. **Barrel:** 24". **Weight:** 10.4 lbs. **Length:** 44" overall. **Stock:** Aluminum with synthetic lining. **Sights:** None furnished; accepts detachable scope mount. **Features:** Straight-pull bolt action with adjustable trigger; fully adjustable stock; quick takedown; corrosion resistant finish. Introduced 1998. Imported from Germany by Blaser USA.
**Price:** ................................................................... **$4,400.00**



## BUSHMASTER A2/A3 TARGET
**Caliber:** 5.56mm, .223 Rem., 30-round magazine. **Barrel:** 20", 24". **Weight:** 8.43 lbs. (A2); 8.78 lbs. (A3). **Length:** 39.5" overall (20" barrel). **Stock:** Black composition; A2 type. **Sights:** Adjustable post front, adjustable aperture rear. **Features:** Patterned after Colt M-16A2. Chrome-lined barrel with manganese phosphate exterior. Available in stainless barrel. Made in U.S.A. by Bushmaster Firearms Co.
**Price:** A2 ............................................................. **$969.00**
**Price:** A3 with carrying handle ............................. **$999.00**



## REMINGTON 40-XB RANGEMASTER TARGET
**Caliber:** 15 calibers from .22 BR Remington to .300 Win. Mag. **Barrel:** 27.25". **Weight:** 11.25 lbs. **Length:** 47" overall. **Stock:** American walnut, laminated thumbhole or Kevlar with high comb and beavertail fore-end stop. Rubber nonslip buttplate. **Sights:** None. Scope blocks installed. **Features:** Adjustable trigger. Stainless barrel and action. Receiver drilled and tapped for sights. Model 40-XB Tactical (2008) chambered in .308 Win., comes with guarantee of 0.75-inch maximum 5-shot groups at 100 yards. **Weight:** 10.25 lbs. Includes Teflon-coated stainless button-rifled barrel, 1:14" twist, 27.25-inch long, three longitudinal flutes. Bolt-action repeater,

# COMPETITION RIFLES Centerfire & Rimfire

adjustable 40-X trigger and precision machined aluminum bedding block. Stock is H-S Precision Pro Series synthetic tactical stock, black with green web finish, vertical pistol grip. From Remington Custom Shop.

**Price:** 40-XB KS, aramid fiber stock, single shot ..................**$2,863.00**
**Price:** 40-XB KS, aramid fiber stock, repeater ......................**$3,014.00**
**Price:** 40-XB Tactical .308 Win. ............................................**$2,992.00**

## REMINGTON 40-XBBR KS
**Caliber:** Five calibers from .22 BR to .308 Win. **Barrel:** 20" (light varmint class), 24" (heavy varmint class). **Weight:** 7.25 lbs. (light varmint class); 12 lbs. (heavy varmint class). **Length:** 38" (20" bbl.), 42" (24"bbl.). **Stock:** Aramid fiber. **Sights:** None. Supplied with scope blocks. **Features:** Unblued benchrest with stainless steel barrel, trigger adjustable from 1-1/2 lbs. to 3.5 lbs. Special 2-oz. trigger extra cost. Scope and mounts extra. From Remington Custom Shop.

**Price:** Single shot..................................................................**$3,950.00**



## REMINGTON 40-XC KS TARGET
**Caliber:** 7.62 NATO, 5-shot. **Barrel:** 24", stainless steel. **Weight:** 11 lbs. without sights. **Length:** 43.5" overall. **Stock:** Aramid fiber. **Sights:** None furnished. **Features:** Designed to meet the needs of competitive shooters. Stainless steel barrel and action. From Remington Custom Shop.

**Price:** .................................................................................. **$3,067.00**

## SAKO TRG-22 BOLT-ACTION
**Caliber:** .308 Win., 10-shot magazine, .338 Lapua, 5-shot magazine. **Barrel:** 26". **Weight:** 10.25 lbs. **Length:** 45.25" overall. **Stock:** Reinforced polyurethane with fully adjustable cheekpiece and buttplate. **Sights:** None furnished. Optional quick-detachable, one-piece scope mount base, 1" or 30mm rings. **Features:** Resistance-free bolt, free-floating heavy stainless barrel, 60-degree bolt lift. Two-stage trigger is adjustable for length, pull, horizontal or vertical pitch. TRG-42 has similar features but has long action and is chambered for .338 Lapua. Imported from Finland by Beretta USA.

**Price:** TRG-22 ........................................................................**$3,495.00**
**Price:** TRG-22 with folding stock............................................**$6,075.00**
**Price:** TRG-42 ........................................................................**$4,445.00**
**Price:** TRG-42 with folding stock ............................................ **$7,095.00**

## SPRINGFIELD ARMORY M1A SUPER MATCH
**Caliber:** .308 Win. **Barrel:** 22", heavy Douglas Premium. **Weight:** About 11 lbs. **Length:** 44.31" overall. **Stock:** Heavy walnut competition stock with longer pistol grip, contoured area behind the rear sight, thicker butt and fore-end, glass bedded. **Sights:** National Match front and rear. **Features:** Has figure-eight-style operating rod guide. Introduced 1987. From Springfield Armory.

**Price:** About ........................................................................**$2,956.00**

## SPRINGFIELD ARMORY M1A/M-21 TACTICAL MODEL
Similar to M1A Super Match except special sniper stock with adjustable cheekpiece and rubber recoil pad. Weighs 11.6 lbs. From Springfield Armory.

**Price:** ..................................................................................**$3,619.00**

## STI SPORTING COMPETITION
AR-style semiauto rifle chambered in 5.56 NATO. Features include 16-inch 410 stainless 1:8" twist barrel; mid-length gas system; Nordic Tactical Compensator and JP Trigger group; custom STI Valkyrie handguard and gas block; flattop design with picatinny rail; anodized finish with black Teflon coating. Also available in Tactical configuration.

**Price:** ..................................................................................**$1,455.00**

## TIME PRECISION .22 RF BENCH REST
**Caliber:** .22 LR, single-shot. **Barrel:** Shilen match-grade stainless. **Weight:** 10 lbs. with scope. **Length:** NA. **Stock:** Fiberglass. Pillar bedded. **Sights:** None furnished. **Features:** Shilen match trigger removable trigger bracket, full-length steel sleeve, aluminum receiver. Introduced 2008. Made in U.S.A. by Time Precision.

**Price:** .................................................................................. **$2,200.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Case 3:18-cv-10507-PGS-JBD Document 13-1 Filed 06/21/18 Page 61 of 77 PageID: 175

# SHOTGUNS Autoloaders



## BENELLI ETHOS
**Gauge:** 12, 20, 28. 3" chamber. Magazine capacity 4+1. **Barrel:** 28" (Full, Mod., Imp. Cyl., Imp. Mod., Cylinder choke tubes). **Weight:** 6.5 lbs. (12 ga.), 5.3 to 5.7 (20 & 28 ga.). **Length:** 49.5" overall (28" barrel). **Stock:** Select AA European walnut with satin finish. **Sights:** Red bar fiber optic front, with three interchangeable inserts, metal middle bead. **Features:** Utilizes Benelli's Intertia Driven system. Recoil is reduced by Progressive Comfort recoil reduction system within the buttstock. Twelve and 20-gauge models cycle all 3-inch loads from light 7/8 oz. up to 3-inch magnums. Also available with nickel-plated engraved receiver. Imported from Italy by Benelli USA, Corp.
**Price:** .................................................................................. **$1,999.00**
**Price:** Engraved nickel-plated (shown) ................................... **$2,199.00**
**Price:** 20 or 28 ga. (engraved, nickel plated only) ................. **$2,199.00**



## BENELLI LEGACY
**Gauge:** 12, 20, 28. 3" chamber (12, 20), 2 ¾" (28). **Barrel:** 24", 26", 28" (Full, Mod., Imp. Cyl., Imp. Mod., cylinder choke tubes). Mid-bead sight. **Weight:** 5.8 to 7.4 lbs. **Length:** 49-5/8" overall (28" barrel). **Stock:** Select AA European walnut with satin finish. **Features:** Uses the rotating bolt inertia recoil operating system with a two-piece steel/aluminum etched receiver (bright on lower, blue upper). Drop adjustment kit allows the stock to be custom fitted without modifying the stock. Introduced 1998. Ultralight model has gloss-blued finish receiver. Weight is 6.0 lbs., 24" barrel, 45.5" overall length. WeatherCoat walnut stock. Introduced 2006. Imported from Italy by Benelli USA, Corp.
**Price:** Legacy (12 and 20 gauge) ......................................... **$1,799.00**
**Price:** Legacy (28 gauge) ................................................... **$2,039.00**



## BENELLI LEGACY SPORT
Gas-operated semiauto shotgun chambered for 12, 20 (2-3/4- and 3-inch) gauge. Features include Inertia Driven system; sculptured nickel finished lower receiver with classic game scene etchings; highly polished blued upper receiver; AA-Grade walnut stock; (A-grade on Sport II); gel recoil pad; ported 24- or 26-inch barrel, Crio chokes. Weight 6.3 (20 ga.) to 7.4 to 7.5 lbs.
**Price:** .................................................................................. **$2,439.00**
**Price:** Legacy Sport II ........................................................... **$1,899.00**

## BENELLI ULTRA LIGHT
**Gauge:** 12, 20, 28. 3" chamber (12, 20), 2 ¾" (28). **Barrel:** 24", 26". Mid-bead sight. **Weight:** 5.2 to 6 lbs. **Features:** Similar to Legacy line. Drop adjustment kit allows the stock to be custom fitted without modifying the stock. WeatherCoat walnut stock. Lightened receiver, shortened magazine tube, carbon-fiber rib and grip cap. Introduced 2008. Imported from Italy by Benelli USA, Corp.
**Price:** 12 and 20 gauge ......................................................... **$1,699.00**
**Price:** 28 gauge ................................................................... **$1,799.00**



## BENELLI M2 FIELD
**Gauge:** 20 ga., 12 ga., 3" chamber. **Barrel:** 21", 24", 26", 28". **Weight:** 5.4 to 7.2 lbs. **Length:** 42.5 to 49.5" overall. **Stock:** Synthetic, Advantage Max-4 HD, Advantage Timber HD, APG HD. **Sights:** Red bar. **Features:** Uses the Inertia Driven bolt mechanism. Vent rib. Comes with set of five choke tubes. Imported from Italy by Benelli USA.
**Price:** Synthetic stock 12 ga. ................................................ **$1,499.00**
**Price:** Camo stock 12 ga. ...................................................... **$1,549.00**
**Price:** Synthetic stock 20 ga. ................................................ **$1,499.00**
**Price:** Camo stock 20 ga. ...................................................... **$1,599.00**
**Price:** Rifled slug ............................................ **$1,469.00 to $1,589.00**
**Price:** Left-hand 12 ga. ......................................................... **$1409.00**
**Price:** Left-hand model 20 ga. ............................................... **$1519.00**



## BENELLI MONTEFELTRO
**Gauge:** 12 and 20 ga. Full, Imp. Mod, Mod., Imp. Cyl., Cyl. choke tubes. **Barrel:** 24", 26", 28". **Weight:** 5.3 to 7.1 lbs. **Stock:** Checkered walnut with satin finish. **Length:** 43.6 to 49.5" overall. **Features:** Uses the Inertia Driven rotating bolt system with a simple inertia recoil design. Finish is blue. Introduced 1987.
**Price:** Standard Model ......................................................... **$1,139.00**
**Price:** Left Hand Model ......................................................... **$1,229.00**
**Price:** Silver ........................................................................ **$1,779.00**



## BENELLI SUPER BLACK EAGLE II
**Gauge:** 12, 3 ½-inch chamber. **Barrel:** 24", 26", 28" (Cyl. Imp. Cyl., Mod., Imp. Mod., Full choke tubes). **Weight:** 7.1 to 7.3 lbs. **Length:** 45.6 to 49.6" overall. **Stock:** European walnut with satin finish, polymer, or camo. Adjustable for drop. **Sights:** Red bar front. **Features:** Uses Benelli inertia recoil bolt system. Vent rib. Advantage Max-4 HD, Advantage Timber HD camo patterns. Features ComforTech stock. Introduced 1991. Left-hand models available. Imported from Italy by Benelli USA.
**Price:** Satin walnut ............................................................... **$1,569.00**
**Price:** Camo stock ......................................... **$1,680.00 to $1,899.00**
**Price:** Black Comfortech synthetic stock ............................... **$1,799.00**
**Price:** Left hand, camo stock ................................................ **$1,999.00**
**Price:** Left hand, Comfortech synthetic ................................. **$1,899.00**
**Price:** Turkey edition w/pistol grip stock................................ **$1,999.00**

## BENELLI SUPER BLACK EAGLE III
**Gauge:** 12, 3 ½-inch chamber. Latest evolution of Super Black Eagle. Comfort Tech stock with adjustable comb, 22 synthetic chevrons, gel recoil pad. Introduced in 2017.
**Price:** .................................................................................. **$1,899.00**



## BENELLI SUPER BLACK EAGLE II WATERFOWL EDITION
**Gauge:** 12, (3+1 capacity), chambered for 2 ¾", 3" and 3 ¼" ammunition. **Barrel:** 28". **Weight:** 7.3 lbs. **Length:** 49.6". **Features:** Lengthened and

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 **483**

# SHOTGUNS Autoloaders

polished forcing cone, Rob Roberts Custom choke tubes, Realtree Max-4 camo finish, Hi Viz front sight, metal middle bead. From the Benelli Performance Shop.
**Price:** ...................................................................... **$2,669.00**

## BENELLI CORDOBA
**Gauge:** 20; 12; 3" chamber. **Barrel:** 28" and 30", ported, 10mm sporting rib. **Weight:** 7.2 to 7.3 lbs. Length: 49.6 to 51.6". **Features:** Designed for high-volume sporting clays and Argentina dove shooting. Inertia-driven action, Extended Sport CrioChokes, 4+1 capacity. Ported. Imported from Italy by Benelli USA.
**Price:** Field Models ........................................ **$2,069.00 to $2,099.00**
**Price:** Performance Shop Model ...................... **$2,719.00 to $2,829.00**

## BENELLI SUPERSPORT & SPORT II
**Gauge:** 20; 12; 3" chamber. **Barrel:** 28" and 30", ported, 10mm sporting rib. **Weight:** 7.2 to 7.3 lbs. Length: 49.6 to 51.6". **Sights:** Red bar front, metal midbead. Sport II is similar to the Legacy model except has nonengraved dual tone blue/silver receiver, ported wide-rib barrel, adjustable buttstock, and functions with all loads. Walnut stock with satin finish. Introduced 1997. **Features:** Designed for high-volume sporting clays. Inertia-driven action, Extended CrioChokes, 4+1 capacity. Ported. Imported from Italy by Benelli USA.
**Price:** Supersport .................................................................. **$2,199.00**
**Price:** Sport II .................................................................... **$1,899.00**



## BENELLI VINCI
**Gauge:** 12, 3-inch chamber. Gas-operated action. Features include modular disassembly; interchangeable choke tubes; 24- to 28-inch ribbed barrel; black, MAX-4HD or APG HD finish; synthetic contoured stocks; optional Steady-Grip model. Weight is 6.7 to 6.9 lbs. Tactical model available with 18.5-" barrel, Picatinny rail, pistol grip, ghost ring sight.
**Price:** ............................................................ **$1,449.00 to $2,199.00**



## BENELLI SUPER VINCI
**Gauge:** 12 - 2-3/4", 3" and 3-1/2" chamber. **Barrel:** 26" and 28" barrels. **Weight:** 6.9-7 lbs. Length: 48.5"-50.5". **Stock:** Black synthetic, Realtree Max4 and Realtree APG. **Features:** 3+1 capacity, Crio Chokes: C,IC,M,IM,F. Length of Pull: 14-3/8". Drop at Heel: 2". Drop at Comb: 1-3/8". Type of **Sights:** Red bar front sight and metal bead mid-sight. Minimum recommended load: 3-dram, 1-1/8 oz. loads (12-ga.). Receiver drilled and tapped for scope mounting. Imported from Italy by Benelli USA., Corp.
**Price:** Black Synthetic Comfortech ........................................ **$1,799.00**
**Price:** Camo .................................................................... **$1,899.00**

## BERETTA A300 OUTLANDER
**Gauge:** 12, 3-inch chamber. **Capacity:** 3+1. Operates with 2 ¾" shells. **Barrel:** 28 inches with Mobilechoke system. **Stock:** Synthetic, camo or wood. **Weight:** 7.1 pounds. Based on A400 design but at a lower price.
**Price:** .................................................................... **$775.00 to $850.00**

## BERETTA A400 XPLOR UNICO
Self-regulation gas-operated shotgun chambered to shoot all 12-ga., loads from 2-3/4 to 3.5 inches. Features include optional Kick-Off hydraulic damper; 26- or 28-inch "Steelium" barrel with interchangeable choke tubes; anodized aluminum receiver; sculpted, checkered walnut buttstock and fore-end.
**Price:** .................................................................... **$1,755.00**
**Price:** With Kick-Off recoil reduction system .......................... **$1,855.00**

## BERETTA A400 XCEL SPORTING
**Gauge:** 12-gas operated, 3" chamber. **Barrel:** 28, 30 and 32". **Weight:** 7.5 lbs. **Stock:** Walnut and polymer. **Features:** In addition to A400 specifications and features, the Sporting model has aqua blue

receiver. Optional Gun Pod electronic system gives digital read-out of air temperature, ammunition pressure, number of rounds fired.
**Price:** .................................................................... **$1,745.00**
**Price:** With Kick-Off system ................................................ **$1,845.00**

## BERETTA A400 ACTION
**Gauge:** 12, 20 (3") or 28 (2 ¾" chamber). **Barrel:** 28, 30 barrel. **Weight:** 5.3 (28 ga.) to 6.7 lbs. **Stock:** Walnut and polymer combination. **Features:** Gas-operating Blink operating system can reportedly fire 4 rounds in less than one second. Kick-Off hydraulic recoil reduction system reduces felt recoil up to 70 percent.
**Price:** .................................................................... **$1,550.00**
**Price:** With Kick-Off system ................................................ **$1,655.00**



## BROWNING A5
**Gauge:** 12, 3- or 3.5-inch chamber, 16 2¾" chamber (Sweet Sixteen). **Barrel:** 26, 28 or 30". **Weight:** 6.6 to 7 lbs. Length: 47.25 to 51.5". **Stock:** Gloss finish walnut with 22 lpi checkering, black synthetic or camo. Adjustable for cast and drop. **Features:** Operates on Kinematic short-recoil system, totally different than the classic Auto-5 long-recoil action manufactured from 1903-1999. Lengthened forcing cone, three choke tubes (IC, M, F), flat ventilated rib, brass bead front sight, ivory middle bead. Available in Mossy Oak Duck Blind or Break-up Infinity camo. Ultimate Model has satin finished aluminum alloy receiver with light engraving of pheasants on left side, mallards on the right. Glossy blue finish, Grade III oil-finished walnut stock. Wicked Wing has Cerakote Burnt Bronze finish on receiver and barrel, Mossy Oak Shadow Grass blades camo on stock.
**Price:** A5 Hunter ............................................................ **$1,630.00**
**Price:** A5 Hunter 3.5" ...................................................... **$1,760.00**
**Price:** A5 Stalker (synthetic) ............................................ **$1,500.00**
**Price:** A5 Stalker 3.5" ...................................................... **$1,580.00**
**Price:** A5 Ultimate .......................................................... **$1,990.00**
**Price:** A5 Sweet Sixteen ................................................ **$1,700.00**
**Price:** A5 Wicked Wing .................................................... **$1,830.00**



## BROWNING MAXUS HUNTER
**Gauge:** 12 ga., 3" & 3-1/2" chamber. **Barrel:** 26", 28" & 30" flat ventilated rib with fixed cylinder choke; stainless Steel; Matte finish. **Weight:** 7 lbs. 2 ozs. Length: 40.75". **Stock:** Gloss finish walnut stock with close radius pistol grip, sharp 22 lines-per-inch checkering, speed Lock Forearm, shim adjustable for length of pull, cast and drop. **Features:** Vector Prolengthened forcing cone, three Invector-Plus choke tubes, Inflex Technology recoil pad, ivory front bead sight, One 1/4" stock spacer. Strong, lightweight aluminum alloy receiver with durable satin nickel finish & laser engraving (pheasant on the right, mallard on the left). All Purpose Hunter has Mossy Oak Break-Up Country Camo, Duratouch coated composite stock. Wicked Wing has Cerakote Burnt Bronze finish on receiver and barrel, Mossy Oak Shadow Grass blades camo on stock.
**Price:** 3" chamber ............................................................ **$1,550.00**
**Price:** 3-1/2" chamber ...................................................... **$1,700.00**
**Price:** All Purpose Hunter ................................................ **$1,740.00**



## BROWNING MAXUS SPORTING
**Gauge:** 12 ga., 3" chamber. **Barrel:** 28" & 30" flat ventilated rib. **Weight:** 7 lbs. 2 ozs. Length: 49.25"-51.25". **Stock:** Gloss finish high grade walnut stock with close radius pistol grip , Speed Lock forearm, shim adjustable for length of pull, cast and drop. **Features:** This new model is sure to

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# SHOTGUNS Autoloaders

catch the eye, with its laser engraving of game birds transforming into clay birds on the lightweight alloy receiver. Quail are on the right side, and a mallard duck on the left. The Power Drive Gas System reduces recoil and cycles a wide array of loads. It's available in a 28" or 30" barrel length. The high grade walnut stock and forearm are generously checkered, finished with a deep, high gloss. The stock is adjustable and one 1/4" stock spacer is included. For picking up either clay or live birds quickly, the HiViz Tri-Comp fiber-optic front sight with mid-bead ivory sight does a great job, gathering light on the most overcast days. Vector Pro lengthened forcing cone, five Invector-Plus choke tubes, Inflex Technology recoil pad ,HiViz Tri-Comp fiber-optic front sight, ivory mid-bead sight, one ¼" stock spacer.

**Price:** ................................................................. **$1,760.00**
**Price:** Golden Clays ............................................... **$2,070.00**



## BROWNING MAXUS SPORTING CARBON FIBER
**Gauge:** 12 ga., 3" chamber. **Barrel:** 28" & 30" flat ventilated rib. **Weight:** 6 lbs. 15 ozs. - 7 lbs. Length: 49.25"-51.25". **Stock:** Composite stock with close radius pistol grip, Speed Lock forearm, textured gripping surfaces, shim adjustable for length of pull, cast and drop, carbon fiber finish, Dura-Touch Armor Coating. **Features:** Strong, lightweight aluminum alloy, carbon fiber finish on top and bottom. The stock is finished with Dura-Touch Armor Coating for a secure, non-slip grip when the gun is wet. It has the Browning exclusive Magazine Cut-Off, a patented Turn-Key Magazine Plug and Speed Load Plus. It will be an impossible task to locate an autoloading shotgun for the field with such shooter-friendly features as the Browning Maxus, especially with this deeply finished look of carbon fiber and the Dura-Touch Armor Coating feel. Vector Pro lengthened forcing cone, five Invector-Plus choke tubes, Inflex Technology recoil pad, HiViz Tri-Comp fiber-optic front sight, ivory mid-bead sight, one 1/4" stock spacer.

**Price:** ................................................................. **$1,550.00**



## BROWNING MAXUS RIFLED DEER STALKER
**Gauge:** 12 ga., 3" chamber. **Barrel:** 22" thick-walled, fully rifled for slug ammunition only. **Weight:** 7 lbs. 3 ozs. Length: 43.25". **Stock:** Composite stock with close radius pistol grip, Speed Lock forearm, textured gripping surfaces, shim adjustable for length of pull, cast and drop, matte black finish Dura-Touch Armor Coating. **Features:** Stock is adjustable for length of pull, cast and drop. Cantilever scope mount, one 1/4" stock spacer. Available with Mossy Oak Break-up Country camo full coverage.

**Price:** ................................................................. **$1,520.00**
**Price:** Mossy Oak Break-Up Country camo ......................... **$1,640.00**



## BROWNING GOLD LIGHT 10 GAUGE
**Gauge:** 10, 3-1/2". **Capacity:** 4 rounds. **Barrel:** 24 (NWTF), 26 or 28 inches. **Stock:** Composite with Dura-Cote Armor coating. Mossy Oak camo (Break-Up Country or Shadow Grass Blades). **Weight:** Approx. 9.5 pounds. Gas operated action, aluminum receiver, three standard Invector choke tubes. Receiver is drilled and tapped for scope mount. National Wild Turkey Foundation model has Hi-Viz 4-in-1 fiber optic sight, NWTF logo on buttstock.
**Price:** Mossy Oak Camo finishes ......................................... **$1,740.00**
**Price:** NWTF Model ...................................................... **$1,870.00**



## BROWNING SILVER
**Gauge:** 12, 3" or 3-1/2" chamber; 20, 3" chamber. **Barrel:** 12 ga.-26", 28", 30", Invector Plus choke tubes. **Weight:** 7 lbs., 9 oz. (12 ga.), 6 lbs., 7 oz. (20 ga.). **Stock:** Satin finish walnut. **Features:** Active Valve gas system, semi-humpback receiver. Invector Plus choke system, three choke tubes. Imported by Browning.

**Price:** Silver Hunter, 12 ga., 3.5" chamber ..................... **$1,360.00**
**Price:** Silver Hunter, 20 ga., 3" chamber, intr. 2008 ......... **$1,200.00**
**Price:** Silver Sporting, 12 ga., 2-3/4" chamber, intr. 2009 ..... **$1,320.00**
**Price:** Silver Sporting Micro, 12 ga., 2-3/4" chamber,
intr. 2008 ...................................................... **$1,320.00**
**Price:** Silver Rifled Deer, Mossy Oak New Break-Up,
12 ga., 3" chamber, intr. 2008 ............................. **$1,460.00**
**Price:** Silver Rifled Deer Stalker, 12 ga., 3" chamber,
intr. 2008 ...................................................... **$1,310.00**

## CHARLES DALY MODEL 600
**Gauge:** 12 or 20 (3" chamber) or 28 (2 3/4") with magazine capacity of 5+1. **Barrel:** 26 or 28" (20 and 28 ga.), 26, 28 or 30 inches (12 ga.). Three choke tubes provided (Rem-Choke pattern). **Stock:** Synthetic, wood or camo. Comes in several variants including Field, Sporting Clays, Tactical and Trap. Left-hand models available. Uses gas-assisted recoil operation. Imported from Turkey.
**Price:** Field ............................................. **$523.00 to $633.00**
**Price:** Superior w/walnut stock (shown) .................... **$597.00**
**Price:** Sporting .................................................. **$739.00**
**Price:** Tactical .................................................. **$685.00**
**Price:** Trap ...................................................... **$769.00**

## CHARLES DALY MODEL 635 MASTER MAG
**Gauge:** 12, 3.5-inch chamber. **Barrel:** 24, 26 or 28 inches. Ported. **Stock:** Synthetic with full camo coverage. Other features similar to Model 600 series.
**Price:** From ..................................................... **$595.00**



## CZ MODEL 712/720
**Gauge:** 12, 20 (4+1 capacity). **Barrel:** 26". **Weight:** 6.3 lbs. **Stock:** Turkish walnut with 14.5" length of pull. **Features:** Chrome-lined barrel with 3-inch chamber, ventilated rib, five choke tubes. Matte black finish.
**Price:** 712 12 ga. .................................... **$499.00 to $699.00**
**Price:** 720 20 ga. .................................... **$516.00 to $599.00**



## ESCORT WATERFOWL EXTREME SEMIAUTO
**Gauge:** 12 or 20 ga., 2-3/4" through 3-1/2" chamber, multi 5+1 capacity. **Barrel:** 28". **Weight:** 7.4 lbs. Length: 48". **Stock:** Composite stock with close radius pistol grip; Speed Lock forearm; textured gripping surfaces; shim adjustable for length of pull, cast and drop; Realtree Max4 or AP camo finish; Dura-Touch Armor Coating. **Sights:** HiVis MagniSightfiber optic, magnetic sight to enhance sight acquisition in low light conditions. **Features:** The addition of non-slip grip pads on the fore-end and pistol grip provide a superior hold in all weather conditions. Smart-Valve gas pistons regulate gas blowback to cycle every round – from 2.75 inch range loads through 3.5 inch heavy magnums. Escorts also have Fast-loading systems that allow one-handed round changes without changing aiming position. Left-hand models available at no increase in price.

# SHOTGUNS Autoloaders

**Price:** Black/Synthetic ....................................... **$551.00**
**Price:** Realtree Camo ......................................... **$736.00**
**Price:** 3.5" Black/Synthetic ............................... **$649.00**
**Price:** 3.5" Realtree Camo ................................. **$815.00**

## ESCORT SEMI-AUTO
**Gauge:** 12, 20; 3" or 3.5" chambers. **Barrel:** 22" (Youth), 26" and 28". **Weight:** 6.7-7.8 lbs. **Stock:** Polymer in black, Shadow Grass or Obsession camo finish, Turkish walnut, select walnut. **Sights:** Optional HiViz Spark front. **Features:** Black-chrome or dipped-camo metal parts, top of receiver dovetailed for sight mounts, gold plated trigger, trigger guard safety, magazine cut-off. Three choke tubes (IC, M, F) except the Waterfowl/Turkey Combo, which adds a .665 turkey choke to the standard three. Waterfowl/Turkey combo is two-barrel set, 24"/26" and 26"/28". Several models have Trio recoil pad. Models are: AS, AS Select, AS Youth, AS Youth Select, PS, PS Spark and Waterfowl/Turkey. Introduced 2002. Camo introduced 2003. Youth, Slug and Obsession camo introduced 2005. Imported from Turkey by Legacy Sports International.
**Price:** .................................................. **$425.00 to $589.00**

## FABARM XLR5 VELOCITY AR
**Gauge:** 12. **Barrel:** 30 or 32". **Weight:** 8.25 lbs. Gas-operated model designed for competition shooting. Features include a unique adjustable rib that allows a more upright shooting position. There is also an adjustable trigger shoe, magazine cap adjustable weight system. Five interchangeable choke tubes. Imported from Italy by Fabarm USA.
**Price:** From ...................................... **$2,755.00 to $3,300.00**
**Price:** FR Sporting .......................... **$1,990.00 to $2,165.00**
**Price:** LR (Long Rib) ...................... **$2,260.00 to $2,800.00**



## FRANCHI AFFINITY
**Gauge:** 12, 20. Three-inch chamber also handles 2 ¾ inch shells. **Barrel:** 26, 28 inches or 30 inches (12 ga.), 26 inches (20 ga.). 30-inch barrel available only on 12-gauge Sporting model. **Weight:** 5.6 to 6.8 pounds. **Stock:** Black synthetic or Realtree Camo. Left-hand versions available.
**Price:** Synthetic ...................................................... **$849.00**
**Price:** Synthetic left-hand action............................... **$899.00**
**Price:** Camo .............................................................. **$949.00**
**Price:** Sporting .......................................................... **$1,149.00**

## FRANCHI INTENSITY
**Gauge:** 12, 3.5" chamber. **Barrel:** 26", 28", 30" (IC, Mod., Full choke tubes). **Weight:** 6.8 lbs. **Stock:** Black synthetic or camo.
**Price:** Synthetic ...................................................... **$1,099.00**
**Price:** Camo .............................................................. **$1,199.00**

## FRANCHI FENICE
**Gauge:** 20 or 28. **Barrel:** 26", 28". **Weight:** 5.5 to 5.7 lbs. **Stock:** Oil finished, checkered AA walnut. **Features:** Light scroll engraving on silver finish receiver. Limited availability.
**Price:** Camo .............................................................. **$1,399.00**



## FRANCHI 48AL FIELD AND DELUXE
**Gauge:** 20 or 28, 2-3/4" chamber. **Barrel:** 24", 26", 28" (Full, Cyl., Mod., choke tubes). **Weight:** 5.4 to 5.7 lbs. **Length:** 42.25" to 48". **Stock:** Walnut with checkered grip and fore-end. **Features:** Long recoil-operated action. Chrome-lined bore; cross-bolt safety. Imported from Italy by Benelli USA.
**Price:** Al Field 20 ga. ............................................... **$999.00**
**Price:** Al Field 28 ga. ............................................. **$1,049.00**
**Price:** Al Field Deluxe 20 ga. .................................. **$1,199.00**
**Price:** Al Field Deluxe 28 ga. .................................. **$1,349.00**



## MOSSBERG 930
**Gauge:** 12, 3" chamber, 4-shot magazine. **Barrel:** 24", 26", 28", over-bored to 10-gauge bore dimensions; factory ported, Accu-Choke tubes. **Weight:** 7.5 lbs. **Length:** 44.5" overall (28" barrel). **Stock:** Walnut or synthetic. Adjustable stock drop and cast spacer system. **Sights:** Turkey Taker fiber-optic, adjustable windage and elevation. Front bead fiber-optic front on waterfowl models. **Features:** Self-regulating gas system, dual gas-vent system and piston, EZ-Empty magazine button, cocking indicator. Interchangeable Accu-Choke tube set (IC, Mod, Full) for waterfowl and field models. XX-Full turkey Accu-Choke tube included with turkey models. Ambidextrous thumb-operated safety, Uni-line stock and receiver. Receiver drilled and tapped for scope base attachment, free gun lock. Introduced 2008. From O.F. Mossberg & Sons, Inc.
**Price:** Turkey, from ................................................... **$782.00**
**Price:** Waterfowl, from .............................................. **$782.00**
**Price:** Combo, from ................................................... **$744.00**
**Price:** Field, from ...................................................... **$685.00**
**Price:** Slugster, from ................................................. **$678.00**
**Price:** Turkey Pistolgrip; Mossy Oak Infinity camo ................. **$896.00**
**Price:** Tactical; 18.5" tactical barrel, black synthetic stock and matte black finish ......................................... **$739.00**
**Price:** SPX; no muzzlebrake, M16-style front sight, ghost ring rear sight, full pistol grip stock, eight-round extended magazine ............................................................ **$1,012.00**
**Price:** Home Security/Field Combo; 18.5" Cylinder bore barrel and 28" ported Field barrel; black synthetic stock and matte black finish ......................................... **$757.00**
**Price:** Duck Commander Series.................................. **$928.00**
**Price:** High Performance (13-round magazine)........................ **$974.00**

## MOSSBERG MODEL 935 MAGNUM
**Gauge:** 12; 3" and 3.5» chamber, interchangeable. **Barrel:** 22", 24», 26», 28». **Weight:** 7.25 to 7.75 lbs. **Length:** 45" to 49" overall. **Stock:** Synthetic. **Features:** Gas-operated semiauto models in blued or camo finish. Fiber optics sights, drilled and tapped receiver, interchangeable Accu-Mag choke tubes.
**Price:** 935 Magnum Turkey Pistol grip; full pistol grip stock .. **$1,032.00**
**Price:** 935 Magnum Grand Slam: 22" barrel........................... **$928.00**
**Price:** 935 Magnum Waterfowl: 26" or 28" barrel ...................... **$760.00**
**Price:** 935 Magnum Turkey/Deer Combo: interchangeable 24" Turkey barrel, Mossy Oak New Break-up camo ............... **$1,000.00**
**Price:** 935 Magnum Waterfowl/Turkey Combo: 24" Turkey and 28" Waterfowl barrels, Mossy Oak New Break-up finish overall .................................................... **$1,000.00**



## MOSSBERG SA-20
**Gauge:** 20. 20" (Tactical), 26" or 28". **Weight:** 5.5 to 6 lbs. **Stock:** Black synthetic. Gas operated action, matte blue finish. Tactical model has ghost-ring sight, accessory rail.
**Price:** From........................................... **$580.00 to $633.00**

## REMINGTON MODEL 11-87 SPORTSMAN
**Gauge:** 12, 20, 3" chamber. **Barrel:** 26", 28", RemChoke tubes. Standard contour, vent rib. **Weight:** About 7.75 to 8.25 lbs. **Length:** 46" to 48" overall. **Stock:** Black synthetic or Mossy Oak Break Up Mossy Oak Duck Blind, and Realtree Hardwoods HD and AP Green HD camo finishes. **Sights:** Single bead front. **Features:** Matte-black metal finish, magazine cap swivel studs. Sportsman Deer gun has 21-inch fully rifled barrel, cantilever scope mount.
**Price:** ................................................... **$716.00 to $1,010.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# SHOTGUNS Autoloaders



### REMINGTON MODEL 1100 CLASSIC
**Gauge:** 12, 20 or 28. Part of the Remington American Classics Collection honoring Remington's most enduring firearms. **Barrel:** 28" (12 ga.), 26" (20), 25" (28). Features include American walnut B-grade stock with classic white line spacer and grip caps, ventilated recoil pad the white line spacer and white diamond grip cap. Machine-cut engraved receiver has tasteful scroll pattern with gold inlayed retriever and "American Classic" label.
**Price:** .................................................................................. **$1,686.00**

### REMINGTON MODEL 1100 200TH YEAR ANNIVERSARY
**Gauge:** 12. **Barrel:** 28". Features include C-grade American walnut stock with fleur-de-lis checkering. Receiver has classic engraving pattern, gold inlay. Limited edition of 2,016 guns to honor the Remington company's 200th anniversary — the oldest firearms manufacturer in the USA.
**Price:** .................................................................................. **$1,999.00**

### REMINGTON MODEL 1100 COMPETITION MODELS
**Gauge:** .410 bore, 28, 20, 12. **Barrel:** 26", 27", 28", 30" light target contoured vent rib barrel with twin bead target sights. **Stock:** Semi-fancy American walnut stock and fore-end, cut checkering, high gloss finish. **Features:** Classic Trap has 30-inch barrel and weighs approximately 8.25 pounds. Sporting Series is available in all four gauges with 28-inch barrel in 12 and 20 gauge, 27 inch in 28 and .410. **Weight:** 6.25 to 8 pounds. Competion Synthetic model has synthetic stock with adjustable comb, case and length. Five Briley Target choke tubes. High-gloss blued barrel, Nickel-Teflon finish on receiver and internal parts. **Weight:** 8.1 pounds.
**Price:** Classic Trap  ........................................................ **$1,334.00**
**Price:** Sporting Series, from  ............................................ **$1,252.00**
**Price:** Competition Synthetic  .......................................... **$1,305.00**

### REMINGTON VERSA MAX SERIES
**Gauge:** 12 ga., 2 3/4", 3", 3 1/2" chamber. **Barrel:** 26" and 28" flat ventilated rib. **Weight:** 7.5 lbs.-7.7 lbs. **Length:** 40.25". **Stock:** Synthetic. **Features:** Reliably cycles 12-gauge rounds from 2 3/4" to 3 1/2" magnum. Versaport gas system regulates cycling pressure based on shell length. Reduces recoil to that of a 20-gauge. Self-cleaning - Continuously cycled thousands of rounds in torture test. Synthetic stock and fore-end with grey overmolded grips. Drilled and tapped receiver. Enlarged trigger guard opening and larger safety for easier use with gloves. TriNyte Barrel and Nickel Teflon plated internal components offer extreme corrosion resistance. Includes 5 Flush Mount Pro Bore Chokes (Full, Mod, Imp Mod Light Mod, IC)
**Price:** Sportsman, from  .................................................... **$1,066.00**
**Price:** Synthetic, from  ...................................................... **$1,427.00**
**Price:** Tactical, from  ........................................................ **$1,456.00**
**Price:** Waterfowl, from  ..................................................... **$1,765.00**
**Price:** Camo, from  ............................................................ **$1,664.00**



### REMINGTON MODEL V3
**Gauge:** 12, 3-inch chamber. Magazine capacity 3+1. **Barrel:** 26 or 28 inches.The newest addition to the Remington shotgun family operates on an improved VersaPort gas system, claimed to offer the least recoil of any 12-gauge autoloader. Operating system is located in front of the receiver instead of the fore-end, resulting in better weight distribution than other autoloaders, and improved handling qualities. **Stock:** Walnut, black synthetic, or camo. Designed to function with

any 2¾ or 3-inch ammo. Made in the U.S.A. by Remington.
**Price:** Synthetic black................................................................ **$895.00**
**Price:** Walnut or camo............................................................ **$995.00**

### SKB MODEL IS300
**Gauge:** 12, 2-3/4 and 3-inch loads. Magazine capacity: 4+1. Inertia-driven operating system. **Barrel:** 26, 28 or 30 inches with 3 choke tubes IC, M, F. **Stock:** Black synthetic, oil-finished walnut or camo. **Weight:** 6.7 to 7.3 pounds. **Features:** Target models have adjustable stock dimensions including cast and drop. Made in Turkey and imported by GU, Inc.
**Price:** Synthetic............................................................................ **$625.00**
**Price:** Walnut or Camo Field  ................................................. **$715.00**
**Price:** Walnut Target .................................................................. **$870.00**
**Price:** RS300 Target with adjustable stock............................ **$1,000.00**

### SKB MODEL HS 300
**Gauge:** 12 or 20. Gas-operated design. **Barrel:** 26 or 28 inches. **Stock:** Checkered walnut or camo finish. **Weight:** 7 lbs. Introduced in 2017.
**Price:** Walnut stock...................................................................... **$750.00**
**Price:** Camo stock....................................................................... **$780.00**



### STEVENS S1200
**Gauge:** 12, 3-inch chamber. Five-round capacity. **Barrel:** 26" with ventilated rib, 5 choke tubes. **Weight:** 6.8 lbs. **Stock:** Black synthetic, camo or walnut. **Features:** Inertia operating system, bottom loading. Introduced in 2016.
**Price:** Synthetic stock.................................................................. **$571.00**
**Price:** Walnut ............................................................................... **$685.00**
**Price:** Camo .................................................................................. **$629.00**

### STOEGER MODEL 3000
**Gauge:** 12, 3-inch loads. Minimum recommended load 3-dram, 1-1/8 ounces. **Magazine capacity:** 4+1. Inertia-driven operating system. **Barrel:** 26 or 28 inches with 3 choke tubes IC, M, XF. **Weight:** 7.4 to 7.5 pounds. **Finish:** Black synthetic or camo (Realtree APG or Max-4). M3K model is designed for three-gun competition and has synthetic stock, 24-inch barrel, modified loading port.
**Price:** Synthetic ........................................................................... **$599.00**
**Price:** Walnut or Camo  ............................................................. **$649.00**
**Price:** M3K ................................................................................... **$699.00**
**Price:** 3000R rifled slug model................................................... **$649.00**

### STOEGER MODEL 3020
**Gauge:** 20, 2¾ or 3-inch loads. This model has the same general specifications as the Model 3000 except for its chambering and weight of 5.5 to 5.8 pounds.
**Price:** Synthetic ........................................................................... **$599.00**
**Price:** Camo ................................................................................. **$649.00**

### STOEGER MODEL 3500
**Gauge:** 12. 2 3/4, 3 and 3 1/2-inch loads. Minimum recommended load 3-dram, 1-1/8 ounces. **Barrel:** 24, 26 or 28 inches. Other features similar to Model 3000. Choke tubes for IC, M, XF. **Weight:** 7.4 to 7.5 pounds. **Finish:** Black synthetic or camo (Realtree APG or Max-4).
**Price:** Synthetic ........................................................................... **$679.00**
**Price:** Camo ................................................................................. **$799.00**

### TRISTAR VIPER G2
**Gauge:** 12, 20; shoots 2-3/4" or 3" interchangeably. **Barrel:** 26", 28" barrels (carbon fiber only offered in 12-ga. 28" and 20-ga. 26"). **Stock:** Wood, black synthetic, Mossy Oak Duck Blind camouflage, faux carbon fiber finish (2008) with the new Comfort Touch technology. **Features:** Magazine cut-off, vent rib with matted sight plane, brass front bead (camo models have fiber-optic front sight), five round magazine-shot plug included, and 3 Beretta-style choke tubes (IC, M, F). Viper synthetic, Viper camo have swivel studs. Five-year warranty. Viper Youth models have shortened length of pull and 24" barrel. Sporting model has ported barrel, checkered walnut stock with adjustable comb. Imported by Tristar Sporting Arms Ltd.
**Price:** From .................................................................................. **$519.00**
**Price:** Camo models from .......................................................... **$609.00**
**Price:** Silver model .................................. **$639.00 to $689.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   487

# SHOTGUNS Autoloaders

**Price:** Youth model ...................................................................**$550.00**
**Price:** Sporting model .................................................................**$800.00**

## TRISTAR VIPER MAX
**Gauge:** 12. 3.5-inch chamber. **Barrel:** 24 to 30 inches, threaded to accept Benelli choke tubes. Gas-operated action. Offered in several model variants. Introduced in 2017.
**Price:** ...............................................................................**$730.00**



## WEATHERBY SA-SERIES
**Gauge:** 12 ga. & 20 ga., 3" chamber. **Barrel:** 26" and 28" flat ventilated rib. **Weight:** 6.5 lbs. **Stock:** Wood and synthetic. **Features:** The SA-08 is a reliable workhorse that lets you move from early season dove loads to late fall's heaviest waterfowl loads in no time. Available with wood and synthetic stock options in 12 and 20 gauge models, including a scaled-down youth model to fit 28 ga. Comes with 3 application-specific choke tubes (SK/IC/M). Made in Turkey.
**Price:** SA-08 Upland................................................................**$799.00**
**Price:** SA-08 Synthetic .............................................................**$649.00**
**Price:** SA-08 Waterfowler 3.0 ....................................................**$799.00**
**Price:** SA-08 Synthetic Youth.....................................................**$649.00**
**Price:** SA-08 Deluxe .................................................................**$849.00**
**Price:** Element Deluxe w/inertia operated action, AA walnut .**$1,099.00**

## WEATHERBY SA-459
**Gauge:** 12 or 20, 3-inch chamber. Five or 8-shot capacity. Barrel: 18 ½

(Tactical) or 21 ¼ inches (Turkey). Tactical model has Pica tinny rail, pistol grip synthetic stock, ghost ring rear and M16 type front sight. Turkey model has fiber optic front sight, RealtreeXtra Green camo finish full coverage.
**Price:** Tactical model ...............................................................**$699.00**
**Price:** Turkey model.................................................................**$799.00**

## WINCHESTER SUPER X3
**Gauge:** 12, 3" and 3.5" chambers. **Barrel:** 26", 28", .742" back-bored; Invector Plus choke tubes. **Weight:** 7 to 7.25 lbs. **Stock:** Composite, 14.25"x1.75"x2". Mossy Oak New Break-Up camo with Dura-Touch Armor Coating. Pachmayr Decelerator buttpad with hard heel insert, customizable length of pull. **Features:** Alloy magazine tube, gunmetal grey Perma-Cote UT finish, self-adjusting Active Valve gas action, lightweight recoil spring system. Electroless nickel-plated bolt, three choke tubes, two length-of-pull stock spacers, drop and cast adjustment spacers, sling swivel studs. Introduced 2006. Made in Belgium, assembled in Portugal.
**Price:** Field ...........................................................................**$1,070.00**
**Price:** Black Shadow ...........................**$1,000.00 to $1,070.00 (3.5")**
**Price:** Universal Hunter .......................**$1,160.00 to $1,230.00 (3.5")**
**Price:** Waterfowl Hunter ........................................................**$1,200.00**
**Price:** Sporting, Adj. comb .....................................................**$1,700.00**
**Price:** Cantilever Buck ...........................................................**$1,150.00**
**Price:** Coyote, pistol grip composite stock..............................**$1,200.00**
**Price:** Long Beard, pistol grip camo stock...............................**$1,270.00**
**Price:** Ultimate Sporting Adjustable.......................................**$1,870.00**
**Price:** Composite Sporting .....................................................**$1,680.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact pricing is not possible.

Case 3:18-cv-10507-PGS-JBD  Document 12-1  Filed 06/21/18  Page 67 of 77 PageID: 181

# SHOTGUNS Pumps





### BENELLI SUPERNOVA
**Gauge:** 12; 3.5" chamber. **Barrel:** 24", 26", 28" Length: 45.5-49.5". **Stock:** Synthetic; Max-4 , Timber, APG HD (2007). **Sights:** Red bar front, metal midbead. **Features:** 2-3/4", 3" chamber (3-1/2" 12 ga. only). Montefeltro rotating bolt design with dual action bars, magazine cut-off, synthetic trigger assembly, adjustable combs, shim kit, choice of buttstocks. 4-shot magazine. Introduced 2006. Imported from Italy by Benelli USA.
**Price:** ...................................................................$549.00
**Price:** Camo stock..............................................$669.00
**Price:** Rifle slug model ............................ $829.00 to $929.00

### BENELLI NOVA
**Gauge:** 12, 20. **Barrel:** 24", 26", 28". **Stock:** Black synthetic, Max-4, Timber and APG HD. **Sights:** Red bar. **Features:** 2-3/ 4", 3" chamber (3-1/2" 12 ga. only). Montefeltro rotating bolt design with dual action bars, magazine cut-off, synthetic trigger assembly, 4-shot magazine. Introduced 1999. Field & Slug Combo has 24" barrel and rifled bore; open rifle sights; synthetic stock; weighs 8.1 lbs. Imported from Italy by Benelli USA.
**Price:** Max-5 camo stock ..........................................$559.00
**Price:** H20 model, black synthetic, matte nickel finish..............$669.00
**Price:** Tactical, 18.5" barrel, Ghost Ring sight ..........................$459.00
**Price:** Black synthetic youth stock, 20 ga. ................................$469.00



### BROWNING BPS
**Gauge:** 10, 12, 3-1/2" chamber; 12, 16, or 20, 3" chamber (2-3/4" in target guns), 28, 2-3/4" chamber, 5-shot magazine. .410, 3" chamber. **Barrel:** 10 ga.-24" Buck Special, 28", 30", 32" Invector; 12, 20 ga.-22", 24", 26", 28", 30", 32" (Imp. Cyl., Mod. or Full), .410-26" barrel. (Imp. Cyl., Mod. and Full choke tubes.) Also available with Invector choke tubes, 12 or 20 ga.; Upland Special has 22" barrel with Invector tubes. BPS 3" and 3-1/2" have back-bored barrel. **Weight:** 7 lbs., 8 oz. (28" barrel). Length: 48.75" overall (28" barrel). **Stock:** 14.25"x1.5"x2.5". Select walnut, semi-beavertail fore-end, full pistol grip stock. **Features:** All 12 gauge 3" guns except Buck Special and game guns have back-bored barrels with Invector Plus choke tubes. Bottom feeding and ejection, receiver top safety, high post vent rib. Double action bars eliminate binding. Vent rib barrels only. All 12 and 20 gauge guns with 3" chamber available with fully engraved receiver flats at no extra cost. Each gauge has its own unique game scene. Introduced 1977. Stalker is same gun as the standard BPS except all exposed metal parts have a matte blued finish and the stock has a black finish with a black recoil pad. Available in 10 ga. (3-1/2") and 12 ga. with 3" or 3-1/2" chamber, 22", 28", 30" barrel with Invector choke system. Introduced 1987. Rifled Deer Hunter is similar to the standard BPS except has newly designed receiver/magazine tube/barrel mounting system to

eliminate play, heavy 20.5" barrel with rifle-type sights with adjustable rear, solid receiver scope mount, "rifle" stock dimensions for scope or open sights, sling swivel studs. Gloss or matte finished wood with checkering, polished blue metal. Medallion model has additional engraving on receiver, polished blue finish, AA/AAA grade walnut stock with checkering. All Purpose model has Realtree AP camo on stock and fore-end, HiVis fiber optic sights. Introduced 2013. Imported from Japan by Browning.
**Price:** Field, Stalker models ......................................$700.00
**Price:** Camo coverage ............................................$820.00
**Price:** Deer Hunter ................................................$830.00
**Price:** Deer Hunter Camo.........................................$870.00
**Price:** Magnum Hunter (3.5") ........................... $800.00 to $1,030.00
**Price:** Medallion .................................................$830.00
**Price:** Trap .......................................................$840.00

### BROWNING BPS 10 GAUGE SERIES
Similar to the standard BPS except completely covered with Mossy Oak Shadow Grass camouflage. Available with 26" and 28" barrel. Introduced 1999. Imported by Browning
**Price:** Mossy Oak camo .......................................$950.00
**Price:** Synthetic stock, Stalker..................................$800.00

### BROWNING BPS NWTF TURKEY SERIES
Similar to the standard BPS except has full coverage Mossy Oak Break-Up Infinity camo finish on synthetic stock, fore-end and exposed metal parts. Offered in 12 gauge, 3" or 3-1/2" chamber, or 10 gauge; 24" bbl. has extra-full choke tube and HiViz fiber-optic sights. Introduced 2001. From Browning.
**Price:** 12 ga., 3"................................................$950.00
**Price:** 3.5"......................................................$1,030.00

### BROWNING BPS MICRO MIDAS
**Gauge:** 12, 20, 28 ga. or .410 bore, 24 or 26". Three Invector choke tubes for 12 and 20 gauge, standard tubes for 28 and .410. **Stock:** Walnut with pistol grip and recoil pad. Satin finished and scaled down to fit smaller statured shooters. Length of pull is 13.25". Two spacers included for stock length adjustments. **Weight:** 7 to 7.8 lbs.
**Price:** ................................................... $700.00 to $740.00

### BROWING BPS HIGH CAPACITY
**Gauge:** .410 bore. 3" chamber. 5-round magazine. **Barrel:** 20" fixed Cylinder choke; stainless Steel; Matte finish. **Weight:** 6 lbs. Length: 40.75". **Stock:** Black composite on All Weather with matte finish. **Features:** Forged and machined steel; satin nickel finish. Bottom ejection; dual steel action bars; top tang safety. HiViz Tactical fiber-optic front sight; stainless internal mechanism; swivel studs installed.
**Price:** Synthetic ...............................................$800.00

### CHARLES DALY 300 SERIES
**Gauge:** 12, 20 or 28 gauge. Chambered for 3" and 2¾" shells (12 and 20), 2¾" (28 ga.). Model 335 Master Mag is chambered for 12-ga. 3½-inch shells. **Barrel:** 24, 26, 28 and 30 inches, depending upon specific model. Ventilated rib. Three choke tubes (REM-Choke pattern) are provided. **Stock:** Synthetic, walnut or camo. **Weight:** 7 to 8 lbs. Left-hand models available. Imported from Turkey.
**Price:** Field..........................................$365.00 to $495.00
**Price:** Tactical .....................................$423.00 to $503.00
**Price:** Turkey ......................................................$553.00

### CZ 612
**Gauge:** 12. Chambered for all shells up to 3 ½ inches. **Capacity:** 5+1, magazine plug included with Wildfowl Magnum. **Barrel length:** 18.5 inches (Home Defense), 20 (HC-P), 26 inches (Wildfowl Mag). **Weight:** 6 to 6.8 pounds. **Stock:** Polymer. **Finish:** Matte black or full camo (Wildfowl Mag.) HC-P model has pistol grip stock, fiber optic front sight and ghost-ring rear. Home Defense Combo comes with extra 26-inch barrel.
**Price:** Wildfowl Magnum ......................................$428.00
**Price:** Home Defense .............................. $304.00 to $409.00

### CZ MODEL 620/628 FIELD SELECT
**Gauge:** 20 or 28. **Barrel:** 28 inches. Similar features as Model 612 except for chambering. **Weight:** 5.4 lbs. Introduced in 2017.
**Price:** .....................................................................$429.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **489**

# SHOTGUNS Pumps



## ESCORT PUMP SERIES

**Gauge:** 12, 20; 3" chamber. **Barrel:** 18" (AimGuard, Home Defense and MarineGuard), 22" (Youth Pump), 26", and 28" lengths. **Weight:** 6.7-7.0 lbs. **Stock:** Polymer in black, Shadow Grass camo or Obsession camo finish. Two adjusting spacers included. Youth model has Trio recoil pad. **Sights:** Bead or Spark front sights, depending on model. AimGuard and MarineGuard models have blade front sights. **Features:** Black-chrome or dipped camo metal parts, top of receiver dovetailed for sight mounts, gold plated trigger, trigger guard safety, magazine cut-off. Three choke tubes (IC, M, F) except AimGuard/MarineGuard which are cylinder bore. Models include: FH, FH Youth, AimGuard and Marine Guard. Introduced in 2003. Imported from Turkey by Legacy Sports International.

**Price:** ................................................................. **$379.00**
**Price:** Youth model .............................................. **$393.00**
**Price:** Model 87 w/wood stock ............................ **$350.00**

## HARRINGTON & RICHARDSON (H&R) PARDNER PUMP

**Gauge:** 12, 20.3-inch chamber. **Barrel:** 21 to 28 inches. **Weight:** 6.5 to 7.5 lbs. **Stock:** Synthetic or hardwood. Ventilated recoil pad and grooved fore-end. **Features:** Steel receiver, double action bars, cross-bolt safety, easy takedown, ventilated rib, screw-in choke tubes.

**Price:** From............................................**$231.00 to $259.00**



## IAC MODEL 97T TRENCH GUN

**Gauge:** 12, 2¾" chamber. Replica of Winchester Model 1897 Trench Gun. **Barrel:** 20" with cylinder choke. **Stock:** Hand rubbed American walnut. **Features:** Metal hand guard, bayonet lug. Imported from China by Interstate Arms Corp.

**Price:** ................................................................. **$465.00**

## IAC HAWK SERIES

**Gauge:** 12, 2 ¾" chamber. This series of tactical/home defense shotguns is based on the Remington 870 design. **Barrel:** 18 ½ inches with cylinder choke. **Stock:** Sythetic. **Features:** 981 model has top Picatinny rail and bead front sight. 982 has adjustable ghost ring sight with post front. 982T has same sights as 982 plus a pistol grip stock. Imported from China by Interstate Arms Corporation.

**Price:** 981 ........................................................... **$275.00**
**Price:** 982 ........................................................... **$285.00**
**Price:** 982T ......................................................... **$300.00**



## ITHACA MODEL 37 FEATHERWEIGHT

**Gauge:** 12, 20, 16, 28 (4+1 capacity). **Barrel:** 26, 28 or 30" with 3" chambers (12 and 20 ga.), plain or ventiltated rib. **Weight:** 6.1 to 7.6 lbs. **Stock:** Fancy grade black walnut with Pachmayr Decelerator recoil pad. Checkered fore-end made of matching walnut. **Features:** Receiver machined from a single block of steel or aluminum. Barrel is steel shot compatible. Three Briley choke tubes provided. Available in several variations including turkey, home defense, tactical and high-grade.

**Price:** 12, 16 or 20 ga. from ............................... **$895.00**
**Price:** 28 ga. from ............................................ **$1,149.00**
**Price:** Turkey Slayer w/synthetic stock from ............. **$925.00**
**Price:** Trap Series 12 ga. ..................................... **$999.00**

---

**Price:** Waterfowl .................................................. **$885.00**
**Price:** Home Defense 18 or 20" bbl ....................... **$784.00**

## ITHACA DEERSLAYER III SLUG

**Gauge:** 12, 20; 3" chamber. **Barrel:** 26" fully rifled, heavy fluted with 1:28 twist for 12 ga.; 1:24 for 20 ga. **Weight:** 8.14 lbs. to 9.5 lbs. with scope mounted. Length: 45.625" overall. **Stock:** Fancy black walnut stock and fore-end. **Sights:** NA. **Features:** Updated, slug-only version of the classic Model 37. Bottom ejection, blued barrel and receiver.

**Price:** ............................................................... **$1,350.00**

## MAVERICK ARMS MODEL 88

**Gauge:** 12, 20. 3" chamber. **Barrel:** 26" or 28", Accu-Mag choke tubes for steel or lead shot. **Weight:** 7.25 lbs. **Stock:** Black synthetic with recoil pad. **Features:** Crossbolt safety, aluminum alloy receiver. Economy model of Mossberg Model 500 series. Available in several variations including Youth, Slug and Special Purpose (home defense) models.

**Price:** ................................................................. **$298.00**



## MOSSBERG MODEL 835 ULTI-MAG

**Gauge:** 12, 3-1/2" chamber. **Barrel:** Ported 24" rifled bore, 24", 28", Accu-Mag choke tubes for steel or lead shot. Combo models come with interchangeable second barrel. **Weight:** 7.75 lbs. **Length:** 48.5" overall. **Stock:** 14"x1.5"x2.5". Dual Comb. Cut-checkered hardwood or camo synthetic; both have recoil pad. **Sights:** White bead front, brass mid-bead; fiber-optic rear. Turkey Thug has red dot sight. **Features:** Shoots 2-3/4", 3" or 3-1/2" shells. Back-bored and ported barrel to reduce recoil, improve patterns. Ambidextrous thumb safety, twin extractors, dual slide bars. Mossberg Cablelock included. Introduced 1988.

**Price:** Turkey ........................................ **$601.00 to $617.00**
**Price:** Waterfowl ................................... **$503.00 to $585.00**
**Price:** Turkey/Deer combo .................... **$661.00 to $701.00**
**Price:** Turkey/Waterfowl combo ............................. **$661.00**



## MOSSBERG MODEL 500 SPORTING SERIES

**Gauge:** 12, 20, .410. 3" chamber. **Barrel:** 18.5" to 28" with fixed or Accu-Choke, plain or vent rib. Combo models come with interchangeable second barrel. **Weight:** 6-1/4 lbs. (.410), 7-1/4 lbs. (12). **Length:** 48" overall (28" barrel). **Stock:** 14"x1.5"x2.5". Walnut-stained hardwood, black synthetic, Mossy Oak Advantage camouflage. Cut-checkered grip and fore-end. **Sights:** White bead front, brass mid-bead; fiber-optic. **Features:** Ambidextrous thumb safety, twin extractors, disconnecting safety, dual action bars. Quiet Carry fore-end. Many barrels are ported. FLEX series has many modular options and accessories including barrels and stocks. From Mossberg. Left-hand versions (L-series) available in most models.

**Price:** Turkey, from ............................................. **$486.00**
**Price:** Waterfowl, from ......................................... **$537.00**
**Price:** Combo, from ............................................. **$593.00**
**Price:** FLEX Hunting ............................................ **$702.00**
**Price:** FLEX All Purpose ...................................... **$561.00**
**Price:** Field, from ................................................. **$419.00**
**Price:** Slugster, from ............................................ **$447.00**
**Price:** FLEX Deer/Security combo .......................... **$787.00**



## MOSSBERG MODEL 500 SUPER BANTAM PUMP

Same as the Model 500 Sporting Pump except 12 or 20 gauge, 22" vent rib Accu-Choke barrel with choke tube set; has 1" shorter stock, reduced length from pistol grip to trigger, reduced fore-end reach. Introduced 1992.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# SHOTGUNS Pumps

**Price:** ........................................................................ **$419.00**
**Price:** Combo with extra slug barrel, camo finish ....................**$549.00**



### MOSSBERG 510 MINI BANTAM
**Gauge:** 20 & .410 ga., 3" chamber. **Barrel:** 18 1/2 " vent-rib. **Weight:** 5 lbs. Length: 34 3/4". **Stock:** Synthetic with optional Mossy Oak Break-Up Infinity, Muddy Girl pink/black camo. **Features:** Available in either 20 gauge or .410 bore, the Mini features an 18 1/2 " vent-rib barrel with dual-bead sights. Parents don't have to worry about their young shooter growing out of this gun too quick, the adjustable classic stock can be adjusted from 10 1/2" to 11 1/2" length of pull so the Mini can grow with your youngster. This adjustability also helps provide a proper fit for young shooters and allowing for a more safe and enjoyable shooting experience.
**Price:** From ..................................................................**$466.00**



### REMINGTON MODEL 870 WINGMASTER
**Gauge:** 12, 20, 28 ga., .410 bore. **Barrel:** 25", 26", 28", 30" (RemChokes). **Weight:** 7-1/4 lbs. Length: 46", 48". **Stock:** Walnut, hardwood. **Sights:** Single bead (Twin bead Wingmaster). **Features:** Light contour barrel. Double action bars, cross-bolt safety, blue finish. LW is 28 gauge and .410-bore only, 25" vent rib barrel with RemChoke tubes, high-gloss wood finish. Gold-plated trigger, American B Grade walnut stock and fore-end, high-gloss finish, fleur-de-lis checkering. A classic American shotgun first introduced in 1950.
**Price:** .................................................................... **$847.00**



### REMINGTON MODEL 870 AMERICAN CLASSIC
**Gauge:** 12, 20 or 28 gauge. **Barrel:** 25" (28 ga.), 26" (20 ga.), 28" (12 ga.) with ventilated rib and Rem Choke system. **Weight:** 6 to 7 lbs. Commemorating one of the most popular firearms in history, this model features a B-grade American walnut stock, a high polish blue finish, and machine-cut engraved receiver with gold filled banner reading "American Classic." Other features in keeping with those that were popular in the 1950s include ventilated recoil pad with white line spacer and a diamond grip cap.
**Price:** .................................................................$1,249.00

### REMINGTON MODEL 870 200TH ANNIVERSARY LIMITED EDITION
**Gauge:** 12. **Barrel:** 26 inches with ventilated rib and Rem Choke system. C-grade American walnut stock with fleur-de-lis checkering, medallion in grip cap. Receiver features engraving and gold inlay. Limited to 2,016 guns to commemorate the 200th anniversary of America's oldest firearms manufacturing company.
**Price:** .................................................................$1,499.00



### REMINGTON MODEL 870 MARINE MAGNUM
Similar to 870 Wingmaster except all metal plated with electroless nickel, black synthetic stock and fore-end. Has 18" plain barrel (cyl.),
bead front sight, 7-shot magazine. Introduced 1992. XCS version with TriNyte corrosion control introduced 2007.
**Price:** ................................................................... **$841.00**

### REMINGTON MODEL 870 CLASSIC TRAP
Similar to Model 870 Wingmaster except has 30" vent rib, light contour barrel, singles, mid- and long-handicap choke tubes, semi-fancy American walnut stock, high-polish blued receiver with engraving. Chamber 2.75". From Remington Arms Co.
**Price:** .................................................................$1,120.00



### REMINGTON MODEL 870 EXPRESS
Similar to Model 870 Wingmaster except laminate, synthetic black, or camo stock with solid, black recoil pad and pressed checkering on grip and fore-end. Outside metal surfaces have black oxide finish. Comes with 26" or 28" vent rib barrel with mod. RemChoke tube. ShurShot Turkey (2008) has ShurShot synthetic pistol-grip thumbhole design, extended fore-end, Mossy Oak Obsession camouflage, matte black metal finish, 21" vent rib barrel, twin beads, Turkey Extra Full Rem Choke tube. Receiver drilled and tapped for mounting optics. ShurShot FR CL (Fully Rifled Cantilever, 2008) includes compact 23" fully-rifled barrel with integrated cantilever scope mount.
**Price:** ..................................................... **$417.00 to $629.00**



### REMINGTON MODEL 870 EXPRESS SUPER MAGNUM
Similar to Model 870 Express except 28" vent rib barrel with 3-1/2" chamber, vented recoil pad. Introduced 1998. Model 870 Express Super Magnum Waterfowl (2008) is fully camouflaged with Mossy Oak Duck Blind pattern, 28-inch vent rib Rem Choke barrel, "Over Decoys" Choke tube (.007") fiber-optic HiViz single bead front sight; front and rear sling swivel studs, padded black sling.
**Price:** ....................................................................**$469.00**



### REMINGTON MODEL 870 EXPRESS TACTICAL
Similar to Model 870 but in 12 gauge only (2-2/4" and 3" interchangeably) with 18.5" barrel, Tactical RemChoke extended/ported choke tube, black synthetic buttstock and fore-end, extended magazine tube, gray powdercoat finish overall. 38.5" overall length, weighs 7.5 lbs.
**Price:** .................................................................. **$601.00**
**Price:** Model 870 TAC Desert Recon; desert camo stock and sand-toned metal surfaces ......................................... **$692.00**
**Price:** Tactical Magpul ..................................................**$898.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018   ✦   **491**

# SHOTGUNS Pumps



## REMINGTON MODEL 870 SPS SHURSHOT SYNTHETIC SUPER SLUG

**Gauge:** 12; 2-3/4" and 3" chamber, interchangeable. **Barrel:** 25.5" extra-heavy, fully rifled pinned to receiver. **Weight:** 7-7/8 lbs. Length: 47" overall. **Features:** Pump-action model based on 870 platform. SuperCell recoil pad. Drilled and tapped for scope mounts with Weaver rail included. Matte black metal surfaces, ShurShot pistol grip buttstock with Mossy Oak Treestand camo.

**Price:** .................................................................$829.00
**Price:** 870 SPS ShurShot Synthetic Turkey; adjustable
   sights and APG HD camo buttstock and fore-end ...............$681.00



## REMINGTON 870 EXPRESS SYNTHETIC SUPER MAG TURKEY-WATERFOWL CAMO

Pump action shotgun chambered in 12-ga., 2-3/4 to 3-1/2 inch. Features include  full Mossy Oak Bottomland camo coverage; 26-inch barrel with HiViz fiber-optics sights; Wingmaster HD Waterfowl and Turkey Extra Full RemChokes; SuperCell recoil pad; drilled and tapped receiver.

**Price:** .................................................................$629.00



## REMINGTON 870 EXPRESS SYNTHETIC TURKEY CAMO

Pump action shotgun chambered for 2-3/4 and 3-inch 12-ga. Features include 21-inch vent rib bead-sighted barrel; standard Express finish on barrel and receiver; Turkey Extra Full RemChoke; synthetic stock with integrated sling swivel attachment.

**Price:** .................................................................$492.00



## REMINGTON 870 SUPER MAG TURKEY-PREDATOR CAMO WITH SCOPE

Pump action shotgun chambered in 12-ga., 2-3/4 to 3-1/2 inch. Features include 20-inch barrel; TruGlo red/green selectable illuminated sight mounted on pre-installed Weaver-style rail; black padded sling; Wingmaster HDTurkey/Predator RemChoke; full Mossy Oak Obsession camo coverage; ShurShot pistol grip stock with black overmolded grip panels; TruGlo 30mm Red/Green Dot Scope pre-mounted.

**Price:** .................................................................$710.00

## STEVENS MODEL 350/320

**Gauge:** 12, 3-inch chamber, 5+1 capacity. **Barrel:** 18.25" with interchangeable choke tubes. Features include all-steel barrel and receiver; bottom-load and ejection design; black synthetic stock.

**Price:** Security Model ................................................$276.00
**Price:** Field Model 320 with 28-inch barrel................................$251.00
**Price:** Combo Model with Field and Security barrels ................$307.00

## STOEGER P3000

**Gauge:** 12. 3-inch chamber. **Barrel:** 18.5, 26 or 28 inches, with ventilated rib. **Weight:** 6½ to 7 pounds. **Stock:** Camo finish available. Defense Model available with or without pistol grip.

**Price:** ................................................................$299.00
**Price:** Camo finish...................................................$399.00
**Price:** Defense model w/pistol grip............................................$349.00



## WEATHERBY PA-08 SERIES

**Gauge:** 12 ga. chamber. **Barrel:** 26" and 28" flat ventilated rib. **Weight:** 6.5 lbs. -7 lbs. **Stock:** Walnut. **Features:** The PA-08 # Walnut stock with gloss finish, all metalwork is gloss black for a distinctive look, vented top rib dissipates heat and aids in target acquisition. Comes with 3 application-specific choke tubes (IC/M/F). Upland/Slug Gun combo includes 24" rifled barrel. Made in Turkey.

**Price:** PA-08 Upland ................................................$449.00
**Price:** PA-08 Upland/Slug combo................................................$649.00
**Price:** PA-08 Turkey ................................................$429.00
**Price:** PA-08 Synthetic................................................$399.00
**Price:** PA-08 Synthetic Waterfowler................................................$399.00
**Price:** PA-08 Synthetic Turkey ................................................$399.00



## WEATHERBY PA-459 TURKEY

**Gauge:** 12, 3-inch chamber. Barrel: 21.25 inches. Stock: Synthetic with Mothwing Spring Mimicry camo, rubber texturized grip areas. Vertical pistol grip. **Sights:** Ghost ring rear, fiber optic front. Picatinny rail. Features: Mothwing Spring Mimicry camo. TR Model has 18½" barrel, ported with removeable cylinder-choke tube.

**Price:** ................................................................$549.00
**Price:** PA-459 TR Tactical rifle................................................$599.00



## WINCHESTER SUPER X (SXP)

**Gauge:** 12, 3" or 3.5" chambers; 20 gauge, 3". **Barrel:** 18"; 26" and 28" barrels are .742" back-bored, chrome plated; Invector Plus choke tubes. **Weight:** 6 .5 to 7 lbs. **Stock:** Walnut or composite. **Features:** Rotary bolt, four lugs, dual steel action bars. Walnut Field has gloss-finished walnut stock and forearm, cut checkering. Black Shadow Field has composite stock and forearm, non-glare matte finish barrel and receiver. SXP Defender has composite stock and forearm, chromed plated, 18" cylinder choked barrel, non-glare metal surfaces, five-shot magazine, grooved forearm. Some models offered in left-hand versions. Reintroduced 2009. Made in U.S.A. from Winchester Repeating Arms Co.

**Price:** Black Shadow Field, 3" ................................................$380.00
**Price:** Black Shadow Field, 3.5" ................................................$430.00
**Price:** SXP Defender.............................................$350.00 to $400.00
**Price:** Waterfowl Hunter 3" ................................................$460.00
**Price:** Waterfowl Hunter 3.5" ................................................$500.00
**Price:** Turkey Hunter 3.5" ................................................$520.00
**Price:** Black Shadow Deer ................................................$520.00
**Price:** Trap ................................................$480.00
**Price:** Field, walnut stock ................................$400.00 to $430.00

Case 3:18-cv-10507-PGS-JBD  Document 13-1  Filed 06/21/18  Page 71 of 77 PageID: 185

# SHOTGUNS Over/Unders

## BARRETT SOVEREIGN ALBANY
**Gauge:** 12, 20 or 28. 3" chamber (2¾ for 28). **Barrels:** 26, 28 or 30 inches. **Stock:** Checkered grade AAA Turkish walnut with rounded Prince of Wales pistol grip. **Features:** Receiver scaled to individual gauges. Round body boxlock design, ornamental sideplates, coin-finished receiver. Introduced in 2016. Imported from Italy by Barrett Firearms.
**Price:** 12 or 20......................................................$5,700.00
**Price:** 28 gauge...................................................$6,150.00



## BENELLI 828U
**Gauge:** 12. 3-inch chambers **Barrels:** 26 or 28 inches. **Weight:** 6.5 to 7 lbs. **Stock:** AA-grade satin walnut, fully adjustable for both drop and cast. New patented locking system allows use of aluminum frame. Features include carbon fiber rib, fiber optic sight, removable trigger group, and Benelli's Progressive Comfort recoil reduction system.
**Price:** Matte black.................................................$2,499.00
**Price:** Nickel........................................................$2,999.00



## BERETTA 686/687 SILVER PIGEON SERIES
**Gauge:** 12, 20, 28, 3" chambers (2-3/4" 28 ga.). .410 bore, 3" chamber. **Barrel:** 26", 28". **Weight:** 6.8 lbs. **Stock:** Checkered walnut. **Features:** Interchangeable barrels (20 and 28 ga.), single selective gold-plated trigger, boxlock action, auto safety, Schnabel fore-end.
**Price:** 686 Silver Pigeon Grade I..........................................$2,350.00
**Price:** 686 Silver Pigeon Grade I, Sporting ...........................$2,400.00
**Price:** 687 Silver Pigeon Grade III.........................................$3,430.00
**Price:** 687 Silver Pigeon Grade V ........................................$4,075.00

## BERETTA MODEL 687 EELL
**Gauge:** 12, 20, 28, 410. Premium grade model with decorative sideplates featuring lavish hand-chased engraving with a classic game scene enhanced by detailed leaves and flowers that also cover the triggerguard, trigger plate and fore-end lever. Stock has high-grade, specially selected European walnut with fine-line checkering, Offered in three actions size with scaled-down 28 gauge and .410 receivers. Combo models are available with extra barrel sets in 20/28 or 28/.410.
**Price:** ..........................................................$8,450.00
**Price:** Combo model .............................................$9,995.00

## BERETTA MODEL 690
**Gauge:** 12. 3-inch chambers. **Barrels:** 26, 28 or 30 inches with OptimaChoke HP system. Similar features of the 686/687 series with minor improvements. Stock has higher grade oil-finished walnut. Re-designed barrel/fore-end attachment reduces weight.
**Price:** ................................................ $2,950.00 to $3,475.00



## BERETTA MODEL 692 SPORTING
**Gauge:** 12, 3-inch chamber. **Barrels:** 30 inches with long forcing cones of approximately 14 inches. Receiver is ½-inch wider than 682 model for improved handling. **Stock:** Hand rubbed oil finished select walnut with Schnabel fore-end. Features include selective single adjustable trigger, manual safety, tapered 8mm to 10mm rib.
**Price:** ..........................................................$4,800.00

**Price:** Skeet....................................................$5,275.00
**Price:** Trap.....................................................$5,600.00



## BERETTA DT11
**Gauge:** 12. 3-inch chambers. Competition model offered in Sporting, Skeet and Trap models. **Barrels:** 30, 32, 34 inches. Top rib has hollowed bridges. **Stock:** Hand-checkered buttstock and fore-end. Hand-rubbed oil, Tru-Oil or wax finish. Adjustable comb on skeet and trap models. Newly designed receiver, top lever, safety/selector button.
**Price:** Sporting from ..........................................$8,650.00
**Price:** Skeet from ..............................................$8,650.00
**Price:** From ....................................................$8,999.00



## BLASER F3 SUPERSPORT
**Gauge:** 12 ga., 3" chamber. **Barrel:** 32". **Weight:** 9 lbs. **Stock:** Adjustable semi-custom, Turkish walnut wood grade: 4. **Features:** The latest addition to the F3 family is the F3 SuperSport. The perfect blend of overall weight, balance and weight distribution make the F3 SuperSport the ideal competitor. Briley Spectrum-5 chokes, free floating barrels, adjustable barrel hanger system on o/u, chrome plated barrels full length, revolutionary ejector ball system, barrels finished in a powder coated nitride, selectable competition trigger.
**Price:** SuperSport from .......................................$9,076.00
**Price:** Competition Sporting..................................$7,951.00
**Price:** Superskeet American Super Trap ..............................$9,076.00



## BROWNING CYNERGY
**Gauge:** .410, 12, 20, 28. **Barrel:** 26", 28", 30", 32". **Stock:** Walnut or composite. **Sights:** White bead front most models; HiViz Pro-Comp sight on some models; mid bead. **Features:** Mono-Lock hinge, recoil-reducing interchangeable Inflex recoil pad, silver nitride receiver; striker-based trigger, ported barrel option. Browning repositioned the Cynergy series with lower prices in 2015. Imported from Japan by Browning.
**Price:** Field Grade Model, 12 ga............................$1,870.00
**Price:** Field, small gauges....................................$1,940.00
**Price:** Feather model, from ..................................$2,140.00
**Price:** Sporting, from ........................................$2,400.00
**Price:** Sporting w/adjustable comb  ...................................$2,670.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **493**

# SHOTGUNS Over/Unders

**Price:** Camo, Mossy Oak Shadow Grass or Realtree
Max 5....................................................................**$2,000.00**
**Price:** Ultimate Turkey, Mossy Oak Breakup camo...............**$2,340.00**



### BROWNING CITORI SERIES
**Gauge:** 12, 20, 28 and .410. **Barrel:** 26", 28" in 28 and .410. Offered with Invector choke tubes. All 12 and 20 gauge models have back-bored barrels and Invector Plus choke system. **Weight:** 6 lbs., 8 oz. (26" .410) to 7 lbs., 13 oz. (30" 12 ga.). **Length:** 43" overall (26" bbl.). **Stock:** Dense walnut, hand checkered, full pistol grip, beavertail fore-end. Field-type recoil pad on 12 ga. field guns and trap and skeet models. **Sights:** Medium raised beads, German nickel silver. **Features:** Barrel selector integral with safety, automatic ejectors, three-piece takedown. Imported from Japan by Browning.
**Price:** Lightning, from .............................................................**$1,990.00**
**Price:** White Lightning, from ...................................................**$2,070.00**
**Price:** Superlight Feather .......................................................**$2,390.00**
**Price:** Lightning Feather, combo 20 and 28 ga. ...................**$3,580.00**
**Price:** Crossover Target(CXT) ..............................................**$2,200.00**
**Price:** Crossover (CXS) .........................................................**$2,140.00**
**Price:** Micro Midas Satin Hunter w/13" stock........................**$1,650.00**



### BROWNING 725 CITORI
**Gauge:** 12, 20, 28 or .410 bore. **Barrel:** 26, 28, 30". **Weight:** 5.7 to 7.6 lbs. Length: 43.75 to 50". **Stock:** Gloss oil finish grade II/III walnut. Features include a new receiver that is significantly lower in profile than other 12-gauge Citori models. Other features include a mechanical trigger, Vector Pro lengthened forcing cones, three Invector-DS choke tubes, silver nitride finish with high relief engraving.
**Price:** 725 Field (12 or 20)....................................................**$2,470.00**
**Price:** 725 Field (28 or .410)..................................................**$2,540.00**
**Price:** 725 Feather (12 or 20) ...............................................**$2,550.00**
**Price:** 725 Sporting, from ......................................................**$3,070.00**
**Price:** 725 Sporting w/adjustable comb ................................**$3,530.00**
**Price:** 725 Skeet, from ..........................................................**$3,140.00**
**Price:** 725 Trap, from ............................................................**$3,340.00**



### BROWNING CITORI XT TRAP
**Gauge:** 12. Barrels: 30" or 32", Invector-Plus choke tubes, adjustable comb and buttplate. **Features:** Engraved silver nitride receiver with gold highlights, vented side barrel rib. Introduced 1999. Imported by Browning.
**Price:** XT Trap ......................................................................**$2,650.00**
**Price:** XT Trap w/adjustable comb..........................................**$3,000.00**



### CAESAR GUERINI
**Gauge:** 12, 20, 28 gauge, also 20/28 gauge combo. Some models are available in .410 bore. **Barrels:** All standard lengths from 26 to 32 inches. **Weight:** 5.5 to 8.8 lbs. **Stock:** High grade walnut with hand-rubbed oil finish. **Features:** A wide range of over/under models designed for the field, sporting clays, skeet and trap shooting. The models listed below are representative of some of the different models and variants. Many optional features are offered including high grade wood and engraving, and extra sets of barrels. Made it Italy and imported by Caesar Guerini USA.
**Price:** Ellipse .......................................................................**$4,650.00**
**Price:** Ellipse Curve .............................................................**$7,050.00**
**Price:** Ellipse EVO Sporting .................................................**$6,500.00**
**Price:** Magnus .....................................................................**$4,775.00**
**Price:** Maxum .......................................................................**$6,450.00**
**Price:** Forum .......................................................................**$10,800.00**
**Price:** Woodlander ................................................................**$3,600.00**
**Price:** Invictus Sporting .......................................................**$7,000.00**
**Price:** Maxum Trap ...............................................................**$8,795.00**
**Price:** Maxum Sporting .........................................................**$6,950.00**

### CONNECTICUT SHOTGUN A10 AMERICAN
**Gauge:** 12, 20, 28, 2 ¾" chambers, .410, 3-inches. Sidelock design. **Barrels:** 26, 28, 30 or 32" with choice of fixed or interchangeable chokes. **Weight:** 6.3 lbs. **Stock:** Hand rubbed oil finished, hand checkered at 24 lines per inch. Black, English or Turkish walnut offered in numerous grades. Pistol or Price of Wales grip, short or long tang. **Features:** Low profile, shallow frame full sidelock. Single-selective trigger, automatic ejectors. Engraved models available. Made in the U.S.A. by Connecticut Shotgun Mfg. Co.
**Price:** 12 gauge from ...........................................................**$7,995.00**
**Price:** Smaller gauges from...................................................**$9,045.00**

### CONNECTICUT SHOTGUN MODEL 21 O/U
**Gauge:** 20, 3" chambers. Barrels: 26" to 32" chrome-lined, back-bored with extended forcing cones. **Weight:** 6.3 lbs. **Stock:** A Fancy (2X) American walnut, standard point checkering, choice of straight or pistol grip. Higher grade walnut is optional. **Features:** The over/under version of Conn. Shotgun's replica of the Winchester Model 21 side-by-side, built using the same machining, tooling, techniques and finishes. Low profile shallow frame with blued receiver. Pigeon and Grand American grades are available. Made in the U.S.A. by Connecticut Shotgun Mfg. Co.
**Price:** From............................................................................**$3,995.00**

### CZ SPORTER
**Gauge:** 12, 3" chambers. **Barrel:** 30", 32" chrome-lined, back-bored with extended forcing cones. **Weight:** 8.5 lbs. Length: NA. **Stock:** Neutral cast stock with an adjustable comb, trap style fore-end, pistol grip and ambidextrous palm swells. No. 3 grade Circassian walnut. At lowest position, drop at comb: 1-5/8"; drop at heel: 2-3/8"; length of pull: 14-1/2". **Features:** Designed for Sporting Clays and FITASC competition. Hand engraving, satin black-finished receiver. Tapered adjustable rib with center bead and a red fiber-optic front bead, 10 choke tubes with wrench, single selective trigger, automatic ejectors, thin rubber pad with slick plastic top. Introduced 2008. Made in the Czech Republic and imported by CZ-USA.
**Price:** G2 grade .................................................................... **$2,497.00**
**Price:** Standard grade ...........................................................**$1,899.00**

### CZ MALLARD
**Gauge:** 12, 20, 28, .410, 3" chambers. **Barrel:** 26". **Weight:** 7.7 lbs. Length: NA. **Stock:** Round-knob pistol grip, Schnabel fore-end, Turkish walnut. **Features:** Double triggers and extractors, coin finished receiver, multi chokes. From CZ-USA.
**Price:** ....................................................................................**$583.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# SHOTGUNS Over/Unders

## CZ REDHEAD PREMIER
**Gauge:** 12, 20, .410 (3" chambers), 28 (2 3/4"). **Barrel:** 28". **Weight:** 7.4 lbs. Length: NA. **Stock:** Round-knob pistol grip, Schnabel fore-end, Turkish walnut. **Features:** Single selective triggers and extractors (12 & 20 ga.), screw-in chokes (12, 20, 28 ga.) choked IC and Mod (.410), coin finished receiver, multi chokes. From CZ-USA.
Price: Deluxe .......................................................................... **$953.00**
Price: Mini (28, .410) .......................................................... **$1,057.00**
Price: Target ......................................................................... **$1,389.00**

## CZ SUPER SCROLL COMBO
**Gauge:** 20 and 28 combo. **Barrels:** 30 inches for both gauges with five choke tubes for each set. **Stock:** Grave V Turkish walnut with Schnabel fore-end, rounded grip. **Weight:** 6.7 pounds. **Features:** Ornate hand-engraved scrollwork on receiver, faux sideplates, triggerguard and mono-block. Comes in a custom-fitted aluminum case.
Price: ................................................................................ **$3,899.00**

## CZ UPLAND STERLING
**Gauge:** 12, 3-inch chambers. **Barrels:** 28 inches with ventilated rib, fiber optic sight, five choke tubes. **Stock:** Turkish walnut with stippled gripping surfaces. **Weight:** 7.5 pounds. Lady Sterling has smaller stock dimensions.
Price: ...................................................................................... **$999.00**
Price: Lady Sterling .......................................................... **$1,321.00**



## CZ WINGSHOOTER ELITE
**Gauge:** 12, 20 ga., 2-3/4" chamber. **Barrel:** 28" flat ventilated rib. **Weight:** 6.3 lbs. Length: 45.5". **Stock:** Turkish walnut. **Features:** This colorful Over and Under shotgun has the same old world craftsmanship as all of our shotguns but with a new stylish look. This elegant hand engraved work of art is available in four gauges and its eye-catching engraving will stand alone in the field or range. 12 and 20 gauge models have auto ejectors, while the 28 gauge and .410 have extractors only. Heavily engraved scroll work with special side plate design, mechanical selective triggers, box Lock frame design, 18 LPI checkering, coil spring operated hammers, chrome lined, 5 interchangeable choke tubes and special engraved skeleton butt plate.
Price: 12 or 20 ga. ............................................................. **$1,059.00**



## FAUSTI CLASS ROUND BODY
**Gauge:** 16, 20, 28. Barrels: 28 or 30". **Weight:** 5.8 to 6.3 lbs. Length: 45.5 to 47.5". **Stock:** Turkish walnut Prince of Wales style with oil finish. Features include automatic ejectors, single selective trigger, laser-engraved receiver.
Price: From .......................................................................... **$4,199.00**



## FAUSTI CALEDON
**Gauge:** 12, 16, 20, 28 and .410 bore. Barrels: 26, 28 or 30". **Weight:** 5.8 to 7.3 lbs. **Stock:** Turkish walnut with oil finish, round pistol grip. **Features:** Automatic ejectors, single selective trigger, laser-engraved receiver. Coin finish receiver with gold inlays.
Price: 12 or 20 ga. ............................................................. **$1,999.00**
Price: 16, 28, .410 ............................................................. **$2,569.00**

## FAUSTI MAGNIFICENT
**Gauge:** 12, 16, 20, 28, .410 bore. Barrels: 26, 28 or 30 inches. **Stock:** AAA Grade walnut. **Features:** Frame size scaled to gauge. Laser deep sculpted engraving coin finished receiver with gold inlays. Automatic ejectors, single selective trigger.
Price: 12 gauge .................................................................. **$4,999.00**
Price: Smaller gauges ........................................................ **$5,559.00**



## FN SC-1
**Gauge:** 12. 2-3/4" chamber. **Barrels:** 28 or 30 inches, ported with ventilated rib, Invector-Plus extended choke tubes. **Stock:** Laminated black or blue with adjustable comb and length-of-pull. **Weight:** 8 pounds. Designed primarily for Sporting Clays competition. Imported by FNH USA.
Price: ................................................................................ **$2,449.00**

## FRANCHI INSTINCT SERIES
**Gauge:** 12, 20 with 3" chambers. Barrels: 26 or 28". **Weight:** 5.3 to 6.4 lbs. Length: 42.5 to 44.5". **Stock:** AA-grade satin walnut (LS), A-grade (L) with rounded pistol grip and recoil pad. Single trigger, automatic ejectors, tang safety, choke tubes. L model has steel receiver, SL has aluminum alloy receiver. Sporting model has higher grade wood, extended choke tubes. Catalyst model is designed for women, including stock dimensions for cast, drop, pitch, grip and length of pull.
Price: L .............................................................................. **$1,349.00**
Price: SL ............................................................................. **$1,699.00**
Price: Sporting .................................................................. **$1,899.00**
Price: Catalyst ................................................................... **$1,599.00**



## KOLAR SPORTING CLAYS
**Gauge:** 12, 2-3/4" chambers. **Barrel:** 30", 32", 34"; extended choke tubes. **Stock:** 14-5/8"x2.5"x1-7/8"x1-3/8". French walnut. Four stock versions available. **Features:** Single selective trigger, detachable, adjustable for length; overbored barrels with long forcing cones; flat tramline rib; matte blue finish. Made in U.S. by Kolar.
Price: Standard ............................................................... **$11,995.00**
Price: Prestige ................................................................. **$14,190.00**
Price: Elite Gold .............................................................. **$16,590.00**
Price: Legend ................................................................... **$17,090.00**
Price: Select ..................................................................... **$22,550.00**
Price: Custom ...................................................... **Price on request**

## KOLAR AAA COMPETITION TRAP
**Gauge:** 12. Similar to the Sporting Clays gun except has 32" O/U /34" Unsingle or 30" O/U /34" Unsingle barrels as an over/under, unsingle, or combination set. Stock dimensions are 14.5"x2.5"x1.5"; American or French walnut; step parallel rib standard. Contact maker for full listings. Made in U.S.A. by Kolar.
Price: Single bbl. from ....................................................... **$8,495.00**
Price: O/U from ............................................................... **$11,695.00**

## KOLAR AAA COMPETITION SKEET
Similar to the Sporting Clays gun except has 28" or 30" barrels with Kolarite AAA sub gauge tubes; stock of American or French walnut with matte finish; flat tramline rib; under barrel adjustable for point of impact. Many options available. Contact maker for complete listing. Made in U.S.A. by Kolar.
Price: Max Lite, from ....................................................... **$13,995.00**



## KRIEGHOFF K-80 SPORTING CLAYS
**Gauge:** 12. **Barrel:** 28", 30", 32", 34" with choke tubes. **Weight:** About 8 lbs. **Stock:** #3 Sporting stock designed for gun-down shooting. **Features:** Standard receiver with satin nickel finish and classic scroll engraving. Selective mechanical trigger adjustable for position. Choice of tapered flat or 8mm parallel flat barrel rib. Free-floating barrels. Aluminum case. Imported from Germany by Krieghoff International, Inc.
Price: Standard grade with five choke tubes, from ............... **$11,395.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018    495

# SHOTGUNS Over/Unders



## KRIEGHOFF K-80 SKEET
**Gauge:** 12, 2-3/4" chambers. **Barrel:** 28", 30", 32", (skeet & skeet), optional choke tubes). **Weight:** About 7.75 lbs. **Stock:** American skeet or straight skeet stocks, with palm-swell grips. Walnut. **Features:** Satin gray receiver finish. Selective mechanical trigger adjustable for position. Choice of ventilated 8mm parallel flat rib or ventilated 8-12mm tapered flat rib. Introduced 1980. Imported from Germany by Krieghoff International, Inc.
**Price:** Standard, skeet chokes ............................................. $10,595.00
**Price:** Skeet Special (28", 30", 32" tapered flat rib,
skeet & skeet choke tubes)................................................ $9,100.00

## KRIEGHOFF K-80 TRAP
**Gauge:** 12, 2-3/4" chambers. **Barrel:** 30", 32" (Imp. Mod. & Full or choke tubes). **Weight:** About 8.5 lbs. **Stock:** Four stock dimensions or adjustable stock available; all have palm-swell grips. Checkered European walnut. **Features:** Satin nickel receiver. Selective mechanical trigger, adjustable for position. Ventilated step rib. Introduced 1980. Imported from Germany by Krieghoff International, Inc.
**Price:** K-80 O/U (30", 32", Imp. Mod. & Full), from .................. $8,850.00
**Price:** K-80 Unsingle (32", 34", Full), standard, from ............... $10,080.00
**Price:** K-80 Combo (two-barrel set), standard, from ............... $13,275.00

## KRIEGHOFF K-20
Similar to the K-80 except built on a 20-gauge frame. Designed for skeet, sporting clays and field use. Offered in 20, 28 and .410; 28", 30" and 32" barrels. Imported from Germany by Krieghoff International, Inc.
**Price:** K-20, 20 gauge, from ................................................ $11,395.00
**Price:** K-20, 28 gauge, from ................................................ $12,395.00
**Price:** K-20, .410, from ..................................................... $12,395.00

## LEBEAU-COURALLY BOSS-VEREES
**Gauge:** 12, 20, 2-3/4" chambers. **Barrel:** 25" to 32". **Weight:** To customer specifications. **Stock:** Exhibition-quality French walnut. **Features:** Boss-type sidelock with automatic ejectors; single or double triggers; chopper lump barrels. A custom gun built to customer specifications. Imported from Belgium by Wm. Larkin Moore.
**Price:** From.......................................................................... $96,000.00



## MERKEL MODEL 2001EL O/U
**Gauge:** 12, 20, 3" chambers, 28, 2-3/4" chambers. **Barrel:** 12-28"; 20, 28 ga.-26.75" **Weight:** About 7 lbs. (12 ga.). **Stock:** Oil-finished walnut; English or pistol grip. **Features:** Self-cocking Blitz boxlock action with cocking indicators; Kersten double cross-bolt lock; silver-grayed receiver with engraved hunting scenes; coil spring ejectors; single selective or double triggers. Imported from Germany by Merkel USA.
**Price:** ................................................................................... $9,995.00
**Price:** Model 2001EL Sporter; full pistol grip stock .............. $9,995.00

## MERKEL MODEL 2000CL
Similar to Model 2001EL except scroll-engraved case-hardened receiver; 12, 20, 28 gauge. Imported from Germany by Merkel USA.
**Price:** ................................................................................... $8,495.00
**Price:** Model 2016 CL; 16 gauge ......................................... $8,495.00

## MOSSBERG SILVER RESERVE II
**Gauge:** 12, 3-inch chambers. **Barrels:** 28 inches with ventilated rib, choke tubes. **Stock:** Select black walnut with satin finish. **Sights:** Metal bead. Available with extractors or automatic ejectors. Also offered in Sport model with ported barrels with wide rib, fiber optic front and middle bead sights. Super Sport has extra wide high rib, optional adjustable comb.
**Price:** Field ......................................................................... $773.00
**Price:** Sport .......................................................................... $950.00
**Price:** Sport w/ejectors ..................................................... $1,070.00
**Price:** Super Sport w/ejectors ........................................... $1,163.00
**Price:** Super Sport w/ejectors, adj. comb............................ $1,273.00

## PERAZZI MX8/MX8 TRAP/SKEET
**Gauge:** 12, 20 2 ¾" chambers. **Barrel:** Trap: 29.5" (Imp. Mod. & Extra Full), 31.5" (Full & Extra Full). Choke tubes optional. Skeet: 27-5/8" (skeet & skeet). **Weight:** About 8.5 lbs. (trap); 7 lbs., 15 oz. (skeet). **Stock:** Interchangeable and custom made to customer specs. **Features:** Has detachable and interchangeable trigger group with flat V springs. Flat 7/16" vent rib. Many options available. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** Trap from .................................................................... $9,861.00
**Price:** Skeet from ................................................................. $9,861.00

## PERAZZI MX8
**Gauge:** 12, 20 2 ¾" chambers. **Barrel:** 28-3/8" (Imp. Mod. & Extra Full), 29.5" (choke tubes). **Weight:** 7 lbs., 12 oz. **Stock:** Special specifications. **Features:** Has single selective trigger; flat 7/16" x 5/16" vent rib. Many options available. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** Standard, from ............................................................ $9,861.00
**Price:** Sporting, from ............................................................ $9,861.00
**Price:** SC3 Grade (variety of engraving patterns) from ....... $21,000.00
**Price:** SCO Grade (more intricate engraving/inlays) from ....$36,000.00

## PERAZZI MX12 HUNTING
**Gauge:** 12, 2-3/4" chambers. **Barrel:** 26.75", 27.5", 28-3/8", 29.5" (Mod. & Full); choke tubes available in 27-5/8", 29.5" only (MX12C). **Weight:** 7 lbs., 4 oz. **Stock:** To customer specs; interchangeable. **Features:** Single selective trigger; coil springs used in action; Schnabel fore-end tip. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** From ......................................................................... $11,698.00
**Price:** MX12C (with choke tubes) from ................................ $12,316.00

## PERAZZI MX20 HUNTING
Similar to the MX12 except 20 ga. frame size. Non-removable trigger group. Available in 20, 28, .410 with 2-3/4" or 3" chambers. 26" standard, and choked Mod. & Full. Weight is 6 lbs., 6 oz. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** From ......................................................................... $11,900.00
**Price:** MX20C (with choke tubes) from ................................ $13,700.00

## PERAZZI MX10
**Gauge:** 12, 2-3/4" chambers. **Barrel:** 29.5", 31.5" (fixed chokes). **Weight:** NA. **Stock:** Walnut; cheekpiece adjustable for elevation and cast. **Features:** Adjustable rib; vent side rib. Externally selective trigger. Available in single barrel, combo, over/under trap, skeet, pigeon and sporting models. Introduced 1993. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** From ......................................................................... $11,900.00

## PERAZZI MX2000S
**Gauge:** 12, 20. **Barrels:** 29.5, 30.75, 31.5 inches with fixed I/M and Full chokes, or interchangeable. Competition model with features similar to MX8.
**Price:** ................................................................................. $12,500.00

## PERAZZI MX15 UNSINGLE TRAP
**Gauge:** 12. **Barrel:** 34 inches with fixed Full choke. **Features:** Bottom single barrel with 6-notch adjustable rib, adjustable stock, drop-out trigger. , or interchangeable. Competition model with features similar to MX8.
**Price:** ................................................................................... $9,175.00

## PIOTTI BOSS
**Gauge:** 12, 20. **Barrel:** 26" to 32", chokes as specified. **Weight:** 6.5 to 8 lbs. **Stock:** Dimensions to customer specs. Best quality figured walnut. **Features:** Essentially a custom-made gun with many options. Introduced 1993. Imported from Italy by Wm. Larkin Moore.
**Price:** From ......................................................................... $69,500.00

## RIZZINI OMNIUM
**Gauge:** 12, 20. **Barrels:** 26.5, 28 or 30 inches with choke tubes, ventilated rib. **Stock:** Walnut with pistol grip, Schnabel fore-end. **Features:** Entry level Rizzini over/under boxlock with blue or coin finish, scroll engraving, automatic ejectors and single-selective trigger. Made in Italy by Battista Rizzini and distributed by Rizzini USA.
**Price:** From ........................................................................... $2,632.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# SHOTGUNS Over/Unders




**RIZZINI S790 EMEL**
**Gauge:** 20, 28, .410. **Barrel:** 26", 27.5" (Imp. Cyl. & Imp. Mod.). **Weight:** About 6 lbs. **Stock:** 14"x1.5"x2-1/8". Extra fancy select walnut. **Features:** Boxlock action with profuse engraving; automatic ejectors; single selective trigger; silvered receiver. Comes with Nizzoli leather case. Introduced 1996. Made in Italy by Battista Rizzini and distributed by Wm. Larkin Moore & Co.
**Price:** From..........................................................................**$14,600.00**

**RIZZINI S792 EMEL**
Similar to S790 EMEL except dummy sideplates with extensive engraving coverage. Nizzoli leather case. Introduced 1996. Made in Italy by Battista Rizzini and distributed by Wm. Larkin Moore & Co.
**Price:** From..........................................................................**$15,500.00**

**RIZZINI UPLAND EL**
**Gauge:** 12, 16, 20, 28, .410. **Barrel:** 26", 27.5", Mod. & Full, Imp. Cyl. & Imp. Mod. choke tubes. **Weight:** About 6.6 lbs. **Stock:** 14.5"x1-1/2"x2.25". **Features:** Boxlock action; single selective trigger; ejectors; profuse engraving on silvered receiver. Comes with fitted case. Introduced 1996. Made in Italy by Battista Rizzini and distributed by Wm. Larkin Moore & Co.
**Price:** From............................................................................**$6,595.00**

**RIZZINI ARTEMIS**
**Gauge:** 12, 16, 20, 28, .410. Same as Upland EL model except dummy sideplates with extensive game scene engraving. Fancy European walnut stock. Fitted case. Introduced 1996. Imported from Italy by Fierce Products and by Wm. Larkin Moore & Co.
**Price:** From............................................................................**$4,250.00**
**Price:** Artemis Light..................................................................**$4,395.00**

**RIZZINI S782 EMEL**
**Gauge:** 12, 2-3/4" chambers. **Barrel:** 26", 27.5" (Imp. Cyl. & Imp. Mod.). **Weight:** About 6.75 lbs. **Stock:** 14.5"x1.5"x2.25". Extra fancy select walnut. **Features:** Boxlock action with dummy sideplates, extensive engraving with gold inlaid game birds, silvered receiver, automatic ejectors, single selective trigger. Nizzoli leather case. Introduced 1996. Made in Italy by Battista Rizzini and distributed by Wm. Larkin Moore & Co.
**Price:** From..........................................................................**$18,800.00**

**SKB 590 FIELD**
**Gauge:** 12, 20 with 3" chambers. **Barrel:** 26", 28", 30". Three SKB Competition choke tubes (IC, M, F). Lengthened forcing cones. **Stock:** Oil finished walnut with Pachmayr recoil pad. **Weight:** 7.1 to 7.9 lbs. **Sights:** NA. **Features:** Boxlock action, bright blue finish with laser engraved receiver. Automatic ejectors, single trigger with selector switch incorporated in thumb-operated tang safety. Youth Model has 13" length of pull. Imported from Turkey by GU, Inc.
**Price:** ...................................................................................**$1,300.00**

**SKB 90TSS**
**Gauge:** 12, 20 with 2 ¾-inch chambers. **Barrel:** 28, 30, 32 inches. Three SKB Competition choke tubes (SK, IC, M for Skeet and Sporting Models; IM, M, F for Trap). Lengthened forcing cones. **Stock:** Oil finished walnut with Pachmayr recoil pad. **Weight:** 7.1 to 7.9 lbs. **Sights:** Ventilated rib with target sights. **Features:** Boxlock action, bright blue finish with laser engraved receiver. Automatic ejectors, single trigger with selector switch incorporated in thumb-operated tang safety. Sporting and Trap models have adjustable comb and buttpad system. Imported from Turkey by GU, Inc.
**Price:** Skeet.........................................................................**$1,470.00**
**Price:** Sporting Clays, Trap.......................................................**$1,720.00**

**STEVENS MODEL 555**
**Gauge:** 12, 20, 28, .410; 2-3/4" and 3" chambers. **Barrel:** 26", 28". **Weight:** 5.5 to 6 lbs. **Features:** Five screw-in choke tubes with 12, 20, and 28 gauge; .410 has fixed M/IC chokes. Turkish walnut stock and Schnabel fore-end. Single selective mechanical trigger with extractors.
**Price:** .....................................................................................**$694.00**

**STOEGER CONDOR**
**Gauge:** 12, 20, 2-3/4" 3" chambers; 16, .410. **Barrel:** 22", 24", 26", 28", 30". **Weight:** 5.5 to 7.8 lbs. **Sights:** Brass bead. **Features:** IC, M, or F screw-in choke tubes with each gun. Oil finished hardwood with pistol grip and fore-end. Auto safety, single trigger, automatic extractors.
**Price:** From ..........................................**$449.00 to $669.00**
**Price:** Combo with 12 and 20 ga. barrel sets .............................**$899.00**
**Price:** Competition................................................................**$669.00**

**TRISTAR HUNTER EX**
**Gauge:** 12, 20, 28, .410. **Barrel:** 26", 28". **Weight:** 5.7 lbs. (.410); 6.0 lbs. (20, 28), 7.2-7.4 lbs. (12). Chrome-lined steel mono-block barrel, five Beretta-style choke tubes (SK, IC, M, IM, F). Length: NA. **Stock:** Walnut, cut checkering. 14.25"x1.5"x2-3/8". **Sights:** Brass front sight. **Features:** All have extractors, engraved receiver, sealed actions, self-adjusting locking bolts, single selective trigger, ventilated rib. 28 ga. and .410 built on true frames. Five-year warranty. Imported from Italy by Tristar Sporting Arms Ltd.
**Price:** ......................................................................................**$630.00**

**TRISTAR SETTER**
**Gauge:** 12, 20 with 3-inch chambers. **Barrels:** 28" (12 ga.), 26" (20 ga.) with ventilated rib, three Beretta-style choke tubes. **Weight:** 6.3 to 7.2 pounds. **Stock:** High gloss wood. Single selective trigger, extractors.
**Price:** ......................................................................................**$559.00**

**WEBLEY & SCOTT O/U SERIES**
**Gauge:** 12, 20, 28, .410. **Barrels:** 26, 28, 30", five interchangeable choke tubes. **Weight:** 5.5 to 7.5 lbs. **Stock:** Checkered Turkish walnut with recoil pad. **Features:** Automatic ejectors, single selective trigger, ventilated rib, tang selector/safety. 2000 Premium Model has higher-grade select walnut stock, color case hardening. 3000 Sidelock Model is a high-grade gun with 7-pin sidelocks, oil-finished premium-grade walnut stock with checkered butt, jeweled monobloc walls, and comes with high quality, fleeced line lockable case. Made in Turkey and imported by Centurion International.
**Price:** 900 Sporting............................................................**$1,250.00**
**Price:** 2000 Premium..........................................................**$2,500.00**
**Price:** 3000 Sidelock..........................................................**$6,000.00**



**WINCHESTER MODEL 101**
**Gauge:** 12, 2-3/4", 3" chambers. **Barrel:** 28", 30", 32", ported, Invector Plus choke system. **Weight:** 7 lbs. 6 oz. to 7 lbs. 12. oz. **Stock:** Checkered high-gloss grade II/III walnut stock, Pachmayr Decelerator sporting pad. **Features:** Chrome-plated chambers; back-bored barrels; tang barrel selector/safety; Signature extended choke tubes. Model 101 Field comes with solid brass bead front sight, three tubes, engraved receiver. Model 101 Sporting has adjustable trigger, 10mm runway rib, white mid-bead, Tru-Glo front sight, 30" and 32" barrels. Camo version of Model 101 Field comes with full-coverage Mossy Oak Duck Blind pattern. Model 101 Pigeon Grade Trap has 10mm steel runway rib, mid-bead sight, interchangeable fiber-optic front sight, porting and vented side ribs, adjustable trigger shoe, fixed raised comb or adjustable comb, grade III/IV walnut, 30" or 32" barrels, molded ABS hard case. Reintroduced 2008. Made in Belgium by FN. Winchester 150th Anniversary Commemorative model has grade IV/V stock, deep relief scrolling on a silver nitride finish receiver.
**Price:** Field.........................................................................**$1,900.00**
**Price:** Sporting....................................................................**$2,300.00**
**Price:** Pigeon Grade Trap.....................................................**$2,520.00**
**Price:** Pigeon Grade Trap w/adj. comb....................................**$2,680.00**
**Price:** 150th Anniversary Commemorative................................**$3,070.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

72ND EDITION, 2018 ✦ **497**

Case 3:18-cv-10507-PGS-JBD  Document 12-1  Filed 06/21/18  Page 76 of 77 PageID: 190

# SHOTGUNS Side-by-Side

## ARRIETA SIDELOCK DOUBLE
**Gauge:** 12, 16, 20, 28, .410. **Barrel:** Length and chokes to customer specs. **Weight:** To customer specs. **Stock:** To customer specs. Straight English with checkered butt (standard), or pistol grip. Select European walnut with oil finish. **Features:** Essentially custom gun with myriad options. H&H pattern hand-detachable sidelocks, selective automatic ejectors, double triggers (hinged front) standard. Some have self-opening action. Finish and engraving to customer specs. Imported from Spain by Quality Arms, Wm. Larking Moore and others.

**Price:** Model 557 .................................................................. **$6,970.00**
**Price:** Model 570 .................................................................. **$7,350.00**
**Price:** Model 578 .................................................................. **$8,200.00**
**Price:** Model 600 Imperial ................................................. **$12,125.00**
**Price:** Model 803 ................................................................ **$17,000.00**
**Price:** Model 931 ................................................................ **$40,000.00**

## AYA MODEL 4/53
**Gauge:** 12, 16, 20, 28, 410. **Barrel:** 26″, 27″, 28″, 30″. **Weight:** To customer specifications. **Length:** To customer specifications. **Features:** Hammerless boxlock action; double triggers; light scroll engraving; automatic safety; straight grip oil finished walnut stock; checkered butt. Made in Spain. Imported by New England Custom Gun Service.

**Price:** ....................................................................................... **$5,000.00**
**Price:** No. 2 ......................................................................... **$6,500.00**
**Price:** No. 2 Rounded Action ............................................. **$6,900.00**

## AYA MODEL ADARRA
**Gauge:** 12, 16, 20, 28, 410. **Barrel:** 26″, 28″. **Weight:** Approx. 6.7 lbs. **Features:** Hammerless boxlock action; double triggers; light scroll engraving; automatic safety; straight grip oil finished walnut stock; checkered butt. Made in Spain. Imported by New England Custom Gun Service.

**Price:** ....................................................................................... **$5,500.00**

## BARRETT SOVEREIGN BELTRAMI
**Gauge:** 12, 20 or 28. 3″ chamber (2¾ for 28). **Barrels:** 26, 28 or 30 inches. **Stock:** Checkered grade AAA Turkish walnut with straight grip. **Features:** Boxlock design, ornamental sideplates, coin-finished receiver. Receiver scaled to individual gauges. Imported from Italy by Barrett Firearms.

**Price:** 12 or 20 ..................................................................... **$6,150.00**
**Price:** 28 gauge ................................................................... **$6,550.00**



## BERETTA 486  PARALELLO
**Gauge:** 12 or 20, 3″ chamber, or 28 with 2¾″ chamber. **Barrel:** 26″, 28″, 30″. **Weight:** 7.1 lbs. **Stock:** English-style straight grip, splinter fore-end. Select European walnut, checkered, oil finish. **Features:** Round action, Optima-Choke Tubes. Automatic ejection or mechanical extraction. Firing-pin block safety, manual or automatic, open top-lever safety. Imported from Italy by Beretta U.S.A.

**Price:** From ........................................................................... **$5,350.00**



## CIMARRON 1878 COACH GUN
**Gauge:** 12. 3-inch chambers. **Barrels:** 20 or 26 inches. **Weight:** 8 to 9 pounds. **Stock:** Hardwood. External hammers, double triggers. **Finish:** Blue, Cimarron "USA", Cimarron "Original."

**Price:** Blue .......................................... **$575.00 (20″) to $594.00 (26″)**
**Price:** Original .................................................................... **$675.00 to $694.00**
**Price:** USA .......................................................................... **$832.00 to $851.00**

## CIMARRON DOC HOLLIDAY MODEL
**Gauge:** 12. **Barrels:** 20 inches, cylinder bore. **Stock:** Hardwood with rounded pistol grip. **Features:** Double triggers, hammers, false sideplates.

**Price:** ....................................................................................... **$1,715.00**

## CONNECTICUT  SHOTGUN MANUFACTURING CO. RBL
**Gauge:** 12, 16, 20. **Barrel:** 26″, 28″, 30″, 32″. **Weight:** NA. **Length:** NA. **Stock:** NA. **Features:** Round-action SxS shotguns made in the USA. Scaled frames, five TruLock choke tubes. Deluxe fancy grade walnut buttstock and fore-end. Quick Change recoil pad in two lengths. Various dimensions and options available depending on gauge.

**Price:** 12 gauge .................................................................. **$3,795.00**
**Price:** 16 gauge .................................................................. **$3,795.00**
**Price:** 20 gauge Special Custom Model ............................. **$7,995.00**

## CONNECTICUT  SHOTGUN MANUFACTURING CO. MODEL 21
**Gauge:** 12, 16, 20, 28, .410. A faithful re-creation of the famous Winchester Model 21. Many options and upgrades are available. Each frame is machined from specially produced proof steel. The 28 and .410 guns are available on the standard frame or on a newly engineered small frame. These are custom guns and are made to order to the buyer's individual specifications, wood, stock dimensions, barrel lengths, chokes, finishes and engraving.

**Price:** 12, 16 or 20 gauge from ........................................ **$15,000.00**
**Price:** 28 or .410 from ..................................................... **$18,000.00**



## CZ BOBWHITE, SHARP-TAIL
**Gauge:** 12, 20, 28, .410. (5 screw-in chokes in 12 and 20 ga. and fixed chokes in IC and Mod in .410). **Barrel:** 26 or 28″. **Weight:** 6.5 lbs. **Stock:** Turkish walnut with straight English-style grip and double triggers (Bobwhite) or conventional American pistol grip with a single trigger (Ringneck). Both are hand checkered 20 lpi. **Features:** Both color case-hardened shotguns are hand engraved.

**Price:** Bobwhite ...................................................................... **$789.00**
**Price:** Bobwhite 28 or .410 ................................................. **$974.00**
**Price:** Sharp-Tail ................................................................ **$1,022.00**
**Price:** Sharp-Tail Target ..................................................... **$1,298.00**

## CZ HAMMER COACH
**Gauge:** 12, 3″ chambers. **Barrel:** 20″. **Weight:** 6.7 lbs. **Features:** Following in the tradition of the guns used by the stagecoach guards of the 1880's, this cowboy gun features double triggers, 19th century color case-hardening and fully functional external hammers.

**Price:** ......................................................................................... **$922.00**
**Price:** Classic model w/30″ bbls. ......................................... **$963.00**

## EMF MODEL 1878 WYATT EARP
**Gauge:** 12. **Barrel:** 20″. **Weight:** 8 lbs. **Length:** 37″ overall. **Stock:** Smooth walnut with steel butt place. **Sights:** Large brass bead. **Features:** Colt-style exposed hammers rebounding type; blued receiver and barrels; cylinder bore. Based on design of Colt Model 1878 shotgun. Made in Italy by Pedersoli.

**Price:** ....................................................................................... **$1,590.00**



## FAUSTI DEA SERIES
**Gauge:** 12, 16, 20, 28, .410. **Barrel:** 26, 28, or 30 inches. **Weight:** 6 to 6.8 lbs. **Stock:** AAA walnut, oil finished. Straight grip, checkered butt, classic fore-end. **Features:** Automatic ejectors, single non-selective trigger. Duetto model is in 28 gauge with extra set of .410 barrels. Made in Italy and imported by Fausti, USA.

**Price:** 12 or 20 ..................................................................... **$3,518.00**
**Price:** 16, 28, .410 .............................................................. **$4,190.00**
**Price:** Duetto ....................................................................... **$5,790.00**

## FOX, A.H.
**Gauge:** 16, 20, 28, .410. **Barrel:** Length and chokes to customer

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# SHOTGUNS Side-by-Side

specifications. Rust-blued Chromox or Krupp steel. **Weight:** 5-1/2 to 6.75 lbs. **Stock:** Dimensions to customer specifications. Hand-checkered Turkish Circassian walnut with hand-rubbed oil finish. Straight, semi or full pistol grip; splinter, Schnabel or beavertail fore-end; traditional pad, hard rubber buttplate or skeleton butt. **Features:** Boxlock action with automatic ejectors; double or Fox single selective trigger. Scalloped, rebated and color case-hardened receiver; hand finished and handengraved. Grades differ in engraving, inlays, grade of wood, amount of hand finishing. Introduced 1993. Made in U.S. by Connecticut Shotgun Mfg.

**Price:** CE Grade .......................................................**$19,500.00**
**Price:** XE Grade .......................................................**$22,000.00**
**Price:** DE Grade .......................................................**$25,000.00**
**Price:** FE Grade .......................................................**$30,000.00**
**Price:** 28/.410 CE Grade .........................................**$21,500.00**
**Price:** 28/.410 XE Grade .........................................**$24,000.00**
**Price:** 28/.410 DE Grade .........................................**$27,000.00**
**Price:** 28/.410 FE Grade .........................................**$32,000.00**

## GARBI MODEL 101
**Gauge:** 12, 16, 20, 28. **Barrel:** 26", 28", choked to customer specs. **Weight:** 5-1/2 to 7.5 lbs. **Stock:** 14.5"x22.25"x1.5". Select European walnut. Straight grip, checkered butt, classic fore-end. **Features:** Sidelock action, automatic ejectors, double triggers standard. Color case-hardened action, coin finish optional. Single trigger; beavertail fore-end, etc. optional. Hand engraved with scroll engraving. Imported from Spain by Wm. Larkin Moore.

**Price:** From.......................................................**$15,950.00**

## GARBI MODEL 103A, 103B
Similar to the Garbi Model 101 except has Purdey-type fine scroll and rosette engraving. Model 103B has nickel-chrome steel barrels, H&H-type easy opening mechanism; other mechanical details remain the same. Imported from Spain by Wm. Larkin Moore.

**Price:** Model 103A. From .......................................**$21,000.00**
**Price:** Model 103B. From .......................................**$28,000.00**

## GARBI MODEL 200
Similar to the Garbi Model 101 except has heavy-duty locks, magnum proofed. Very fine Continental-style floral and scroll engraving, well figured walnut stock. Other mechanical features remain the same. Imported from Spain by Wm. Larkin Moore.

**Price:** .......................................................**$24,000.00**

## MERKEL MODEL 47E, 147E
**Gauge:** 12, 3" chambers, 16, 2.75" chambers, 20, 3" chambers. **Barrel:** 12, 16 ga.-28"; 20 ga.-26.75" (Imp. Cyl. & Mod., Mod. & Full). **Weight:** About 6.75 lbs. (12 ga.). **Stock:** Oil-finished walnut; straight English or pistol grip. **Features:** Anson & Deeley-type boxlock action with single selective or double triggers, automatic safety, cocking indicators. Color case-hardened receiver with standard arabesque engraving. Imported from Germany by Merkel USA.

**Price:** Model 47E .......................................................**$4,595.00**
**Price:** Model 147E.......................................................**$7,695.00**

## MERKEL MODEL 47SL, 147SL
Similar to Model 47E except H&H style sidelock action with cocking indicators, ejectors. Silver-grayed receiver and sideplates have arabesque engraving, engraved border and screws (Model 47SL), or fine hunting scene engraving (Model 147SL). Limited edition. Imported from Germany by Merkel USA.

**Price:** Model 47SL.......................................................**$8,995.00**
**Price:** Model 147SL.......................................................**$12,995.00**



## MERKEL MODEL 280EL, 360EL
Similar to Model 47E except smaller frame. Greener cross bolt with double under-barrel locking lugs, fine engraved hunting scenes on silver-grayed receiver, luxury-grade wood, Anson and Deeley boxlock action. H&H ejectors, single-selective or double triggers. Introduced 2000. Imported from Germany by Merkel USA.

**Price:** Model 280EL (28 gauge, 28" barrel, Imp. Cyl. and

Mod. chokes) .......................................................**$8,695.00**
**Price:** Model 360EL (.410, 28" barrel, Mod. and Full chokes) .......................................................**$7,695.00**
**Price:** Model 280EL Combo (28/.410 2-barrel set).............**$12,995.00**

## MERKEL MODEL 280SL AND 360SL
Similar to Model 280EL and 360EL except has sidelock action, double triggers, English-style arabesque engraving. Introduced 2000. Imported from Germany by Merkel USA.

**Price:** Model 280SL (28 gauge, 28" barrel, Imp. Cyl. and Mod. chokes) .......................................................**$12,995.00**
**Price:** Model 360SL (.410, 28" barrel, Mod. and Full chokes) .......................................................**$12,995.00**

## MERKEL MODEL 1620
**Gauge:** 16. **Features:** Greener crossbolt with double under-barrel locking lugs, scroll-engraved case-hardened receiver, Anson and Deeley boxlock action, Holland & Holland ejectors, English-style stock, single selective or double triggers, or pistol grip stock with single selective trgger. Imported from Germany by Merkel USA.

**Price:** .......................................................**$4,995.00**
**Price:** Model 1620E; silvered, engraved receiver ...............**$5,995.00**
**Price:** Model 1620 Combo; 16- and 20-gauge two-barrel set .......................................................**$8,695.00**
**Price:** Model 1620EL; upgraded wood ...............................**$8,695.00**
**Price:** Model 1620EL Combo; 16- and 20-gauge two-barrel set .......................................................**$12,195.00**

## MERKEL MODEL 40E
**Gauge:** 12, 20. **Barrels:** 28" (12), 26 ¾" (20). **Weight:** 6.2 lbs. **Features:** Anson & Deeley locks, Greener-style crossbolt, automatic ejectors, choice of double or single trigger, blue finish, checkered walnut stock with cheekpiece.

**Price:** .......................................................**$4,795.00**

## PIOTTI KING NO. 1
**Gauge:** 12, 16, 20, 28, .410. **Barrel:** 25" to 30" (12 ga.), 25" to 28" (16, 20, 28, .410). To customer specs. Chokes as specified. **Weight:** 6.5 lbs. to 8 lbs. (12 ga. to customer specs.). **Stock:** Dimensions to customer specs. Finely figured walnut; straight grip with checkered butt with classic splinter fore-end and hand-rubbed oil finish standard. Pistol grip, beavertail fore-end. **Features:** Holland & Holland pattern sidelock action, automatic ejectors. Double trigger; non-selective single trigger optional. Coin finish standard; color case-hardened optional. Top rib; level, file-cut; concave, ventilated optional. Very fine, full coverage scroll engraving with small floral bouquets. Imported from Italy by Wm. Larkin Moore.

**Price:** From .......................................................**$37,900.00**

## PIOTTI LUNIK SIDE-BY-SIDE SHOTGUN
Similar to the Piotti King No. 1 in overall quality. Has Renaissance-style large scroll engraving in relief. Best quality Holland & Holland-pattern sidelock ejector double with chopper lump (demi-bloc) barrels. Other mechanical specifications remain the same. Imported from Italy by Wm. Larkin Moore.

**Price:** From .......................................................**$40,825.00**

## PIOTTI PIUMA
**Gauge:** 12, 16, 20, 28, .410. **Barrel:** 25" to 30" (12 ga.), 25" to 28" (16, 20, 28, .410). **Weight:** 5-1/2 to 6-1/4 lbs. (20 ga.). **Stock:** Dimensions to customer specs. Straight grip stock with walnut checkered butt, classic splinter fore-end, hand-rubbed oil finish are standard; pistol grip, beavertail fore-end, satin luster finish optional. **Features:** Anson & Deeley boxlock ejector double with chopper lump barrels. Level, file-cut rib, light scroll and rosette engraving, scalloped frame. Double triggers; single non-selective optional. Coin finish standard, color case-hardened optional. Imported from Italy by Wm. Larkin Moore.

**Price:** From .......................................................**$21,700.00**

## SKB 200 SERIES
**Gauge:** 12, 20, .410, 3" chambers; 28, 2¾-inches. **Barrel:** 26", 28". Five choke tubes provided (F, IM, M, IC, SK). **Stock:** Hand checkered and oil finished Turkish walnut. Price of Wales grip and beavertail fore-end. **Weight:** 6 to 7 lbs. **Sights:** Brass bead. **Features:** Boxlock with platform lump barrel design. Polished bright blue finish with charcoal color case hardening on receiver. Manual safety, automatic ejectors, single selective trigger. 200 HR target model has high ventilated rib, full pistol grip. 250 model has decorative color case hardened