HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | ) ) ) |
| BLAKE ELLMAN, *and* | ) ) |
| ALEXANDER DEMBOWSKI, | ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | ) ) ) ) |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | ) ) ) ) |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | ) ) ) ) |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) |
| *Defendants*. | ) ) |

**HON. PETER G. SHERIDAN, U.S.D.J.**

**HON. LOIS H. GOODMAN, U.S.M.J.**

**CIVIL ACTION NO. 18-cv-10507**

**(ELECTRONICALLY FILED)**

**ORDER GRANTING PRELIMINARY INJUNCTION**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for a preliminary injunction pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1 enjoining the operation and effect of New Jersey Assembly Bill No. 2761;

and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this___ day of _____, 2018, **ORDERED AS FOLLOWS**:

1.       Plaintiffs' Motion for a preliminary injunction is hereby granted in its entirety and without bond;

2.       Until further order of this Court, Defendants, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the foregoing are preliminarily enjoined from enforcing any portion of New Jersey Assembly Bill No. 2761 as signed into law on or about June 13, 2018.

3.       The 180 day time period set forth in paragraph 5 of Assembly Bill No. 2761 is hereby tolled until further order of this Court.


_____
        Hon. Peter G. Sheridan, U.S.D.J.