**HARTMAN & WINNICKI, P.C.**
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | **HON. PETER G. SHERIDAN, U.S.D.J.** |
| BLAKE ELLMAN, *and* | **HON. LOIS H. GOODMAN, U.S.M.J**. |
| ALEXANDER DEMBOWSKI, | **CIVIL ACTION NO. 18-cv-10507** |
| *Plaintiffs*, | <u>**CIVIL ACTION**</u> |
| v. | **(ELECTRONICALLY FILED)** |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | **CERTIFICATION OF SERVICE** |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | |
| *Defendants*. | |

I hereby certify that on June 21, 2018, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion For A Preliminary Injunction;

2. Declaration of Gary Kleck,

3. Declaration of James Curcuruto,

4. Declaration of Blake Ellman,

5. Declaration of Alexander Dembowski,

6. Declaration of Scott Bach,

7. Declaration of Daniel L. Schmutter,

8. Brief;

9. Proposed form of Order; and

10. Within Certification of Service.

I further certify that one copy of the foregoing documents are being served as follows on the 21st day of June, 2018 on the following persons:

    a.    Bryan Edward Lucas, Esq.
           Deputy Attorney General
           New Jersey Dep't of Law & Public Safety
           Division of Law, Tort Litigation & Judiciary Section
           124 Halsey Street, 5th Floor
           P.O. Box 45029
           Newark, New Jersey 07101
           Attorneys for Gurbir Grewal, Attorney General of New Jersey
           **By ECF**

    b.      Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorneys for Patrick J. Callahan, Superintendent of the
New Jersey Division of State Police
**By ECF**

    c.      John H. Suminski, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, New Jersey 07962
Attorneys for Thomas Williver, Chester Police Department
**By email with consent**

    d.      James B. O'Connor, Police Chief
Lyndhurst Police Department
367 Valley Brook Avenue
Lyndhurst, New Jersey 07071
        and
James B. O'Connor, Police Chief
c/o Lyndhurst Borough Clerk
367 Valley Brook Avenue
Lyndhurst, New Jersey 07071
Defendant
**By hand delivery**

I hereby certify that the foregoing statements are true.  I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

June 21, 2018                          /s/ Daniel L. Schmutter
                                            DANIEL L. SCHMUTTER