**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOICATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br>          *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br>          *Defendants*. | **HON. PETER G. SHERIDAN, U.S.D.J.** <br><br> **HON. LOIS H. GOODMAN, U.S.M.J**. <br><br> **CIVIL ACTION NO. 18-cv-10507** <br><br> <u>**CIVIL ACTION**</u> <br><br> **(ELECTRONICALLY FILED)** |

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF DAVID H. THOMPSON, PETER A. PATTERSON, J. <u>JOEL ALICEA, AND HALEY N. PROCTOR</u>**

PLEASE TAKE NOTICE, Plaintiffs, Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (collectively "Plaintiffs") hereby move before the Honorable Lois H. Goodman, U.S.M.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an

Order granting *pro hac vice* admission to David H. Thompson, Peter A. Patterson, J. Joel Alicea, and Haley N. Proctor all of the firm Cooper & Kirk, PLLC in the District of Columbia.

  PLEASE TAKE FURTHER NOTICE that in support of the within motion, Plaintiffs rely upon the Certification of Daniel L. Schmutter with Certified Statements of the foregoing attorneys attached.

  PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: June 22, 2018          Respectfully submitted,

               s/ Daniel L. Schmutter
               Daniel L. Schmutter
               HARTMAN & WINNICKI, P.C.
               74 Passaic Street
               Ridgewood, New Jersey 07450
               (201) 967-8040
               (201) 967-0590 (fax)
               dschmutter@hartmanwinnicki.com
               *Attorneys for Plaintiffs*