HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br>BLAKE ELLMAN, *and* <br><br>ALEXANDER DEMBOWSKI, <br><br>       *Plaintiffs*, <br>v. <br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br>PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br>THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br>JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br>       *Defendants*. | HON. PETER G. SHERIDAN, U.S.D.J. <br><br> HON. LOIS H. GOODMAN, U.S.M.J. <br><br> CIVIL ACTION NO. 18-cv-10507 <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** |

**DECLARATION OF DANIEL L. SCHMUTTER IN SUPPORT OF THE ADMISSION PRO HAC VICE OF DAVID H. THOMPSON, PETER A. PATTERSON, J. JOEL ALICEA, AND HALEY N. PROCTOR**

I, Daniel L. Schmutter, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a partner with the firm of Hartman & Winnicki, P.C. counsel of record for Plaintiffs in the within matter. I make this

Declaration in support of the *pro hac vice* admission of David H. Thompson, Peter A. Patterson, J. Joel Alicea, and Haley N. Proctor all of the firm Cooper & Kirk, PLLC in the District of Columbia.

2. I have been advised that David H. Thompson is a member in good standing of the bars of the District of Columbia and the State of New York.

3. I have been advised that Peter A. Patterson is a member in good standing of the bars of the District of Columbia and the State of Ohio.

4. I have been advised that J. Joel Alicea is a member in good standing of the bars of the District of Columbia and the State of Texas.

5. I have been advised that Haley N. Proctor is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia.

6. Certified Statements from the foregoing attorneys are attached hereto as **Exhibit A**.

7. I will act as local counsel for these *pro hac vice* counsel and will undertake all responsibilities as such.

8. I hereby move for *pro hac vice* admission of the foregoing individuals. We have obtained consent to these applications from the attorneys for Defendants Grewal, Callahan, and Williver.  Defendant O'Connor has not yet retained counsel.

9. I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 22, 2018                                       Respectfully submitted,



                                                           __s/ Daniel L. Schmutter____
                                                           Daniel L. Schmutter

# EXHIBIT A

## CERTIFIED STATEMENT OF DAVID H. THOMPSON

I, David H. Thompson, hereby certify as follows:

1. That I have been admitted to practice in the courts of the District of Columbia since April 1, 1996. The address of the District of Columbia Bar, which maintains the roll of its members, is 1101 K Street, N.W., Suite 200, Washington, D.C. 20005.

2. That I have been admitted to practice in the courts of the State of New York since August 7, 1995. The address of the New York State Bar Association, which maintains the roll of its members, is 1 Elk Street, Albany, N.Y. 12207.

Dated: June 13, 2018

Respectfully submitted,

David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com

## CERTIFIED STATEMENT OF PETER A. PATTERSON

I, Peter A. Patterson, hereby certify as follows:

1.  That I have been admitted to practice in the courts of the District of Columbia since January 7, 2011. The address of the District of Columbia Bar, which maintains the roll of its members, is 1101 K Street, N.W., Suite 200, Washington, D.C. 20005.

2.  That I have been admitted to practice in the courts of the State of Ohio since November 6, 2006. The address of the Supreme Court of Ohio Office of Attorney Services, which maintains the roll of its members, is 65 South Front Street, 5th Floor, Columbus, OH 43215.

Dated: June 13, 2018

Respectfully submitted,

Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9600
ppatterson@cooperkirk.com

## CERTIFIED STATEMENT OF J. JOEL ALICEA

I, J. Joel Alicea, hereby certify as follows:

1. That I have been admitted to practice in the courts of the District of Columbia since October 6, 2014. The address of the District of Columbia Bar, which maintains the roll of its members, is 1101 K Street, N.W., Suite 200, Washington, D.C. 20005.

2. That I have been admitted to practice in the courts of the State of Texas since November 1, 2013. The address of the State Bar of Texas, which maintains the roll of its members, is Texas Law Center, 1414 Colorado Street, Austin, Texas 78701.

Dated: June 13, 2018

Respectfully submitted,

J. Joel Alicea
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9600
jalicea@cooperkirk.com

## CERTIFIED STATEMENT OF HALEY N. PROCTOR

I, Haley N. Proctor, hereby certify as follows:

1. That I have been admitted to practice in the courts of the District of Columbia since August 10, 2015. The address of the District of Columbia Bar, which maintains the roll of its members, is 1101 K Street, N.W., Suite 200, Washington, D.C. 20005.

2. That I have been admitted to practice in the courts of the Commonwealth of Virginia since October 12, 2012. The address of the Virginia State Bar, which maintains the roll of its members, is 1111 East Main Street, Suite 700, Richmond, Virginia 23219.

Dated: June 13, 2018

Respectfully submitted,

*/s/ Haley Proctor*

Haley N. Proctor
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9600
hproctor@cooperkirk.com