

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | 124 Halsey Street<br>P.O. Box 45029<br>Newark, NJ 07101 | MICHELLE L. MILLER<br>*Director* |

June 25, 2018

**VIA CM/ECF eFile**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:   ANJRPC, et al. v. Grewal, et al.**
      **Civil Action No. 3:18-cv-10507-PGS-LHG**

Dear Judge Sheridan:

   My office represents Defendants Gurbir S. Grewal and Patrick J. Callahan in the above referenced matter.  Plaintiffs filed a motion for a preliminary injunction which is presently returnable before Your Honor on July 16, 2018, with oral argument scheduled on the same date.

   I am writing to request a one week adjournment of Plaintiffs' motion until July 23, 2018.  I am advised by Plaintiffs' counsel that Plaintiffs believe that time is of the essence to resolve this matter, but do not oppose this request for a one week extension.

   Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    GURBIR S. GREWAL
                                    ATTORNEY GENERAL OF NEW JERSEY

                              By:   /s/ Bryan Edward Lucas
                                    Bryan Edward Lucas
                                    Deputy Attorney General

cc:  Daniel L. Schmutter, Esq.

