HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br>     *Plaintiffs*, <br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br>     *Defendants*. | HON. PETER G. SHERIDAN, U.S.D.J. <br><br> HON. LOIS H. GOODMAN, U.S.M.J. <br><br> CIVIL ACTION NO. 18-cv-10507 <br><br> **CIVIL ACTION** <br><br> (ELECTRONICALLY FILED) <br><br> **ORDER GRANTING PRO HAC VICE ADMISSION** |

  This matter has been brought before the Court on an application for an Order allowing David H. Thompson, Esq., Peter A. Patterson, Esq., J. Joel Alicea, Esq., and Haley N. Proctor, Esq., to appear and participate *pro hac vice*. The Court having considered the moving papers, and this

matter being considered without oral argument pursuant to L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this 25 day of June, 2018

ORDERED that the application to appear *pro hac vice* is granted; and it is further

ORDERED that the abovementioned attorneys be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney duly admitted to the Bar of this Court who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that the abovementioned attorneys shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that the abovementioned attorneys shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that the abovementioned attorneys shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that the abovementioned attorneys shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that abovementioned attorneys may each file a request, the form for which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____  6/25/18