John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant*
*Thomas Williver*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | Civil Action No. 18-10507 (PGS) (LHG) <br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF APPEARANCE BY JOHN H. SUMINSKI ON BEHALF OF DEFENDANT THOMAS WILLIVER** |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this matter on behalf of defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department.

Dated: June 27, 2018

Respectfully submitted,

*/s/ John H. Suminski*

John H. Suminski
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
E-mail: jsuminski@mdmc-law.com

*Attorneys for Defendant*
*Thomas Williver*