

```
UNITED STATES DISTRICT COURT, DISTRICT OF N.J.
50 WALNUT ST. NEWARK, NJ 07102                          Docket No.  3:18-CV-10507-PGS
ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., ET AL.
,Plaintiff(s)
                           - against -
GURBIR GREWAL, ET AL.
,Defendant(s)
```

### AFFIDAVIT OF SERVICE ( ATTORNEY GENERAL – STATE OF NEW JERSEY )

I, RAMI AMER, A COMPETENT ADULT AT THE TIME OF SERVICE AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION AND DO NOT HAVE A DIRECT INTEREST IN THIS LITIGATION, BEING DULY SWORN ACCORDING TO LAW UPON MY OATH DEPOSE AND SAY:

I SERVED THE FOLLOWING DOCUMENTS:

SUMMONS & COMPLAINT
CIVIL COVER SHEET
CORPORATE DISCLOSURE STATEMENT

DATE OF SERVICE: 6-14-18 AT 3:55 PM

PLACE OF SERVICE: 25 WEST MARKET STREET
                  TRENTON NJ 08625

THE UNDERSIGNED SERVED THE ANNEXED PAPERS TO WIT:
SERVED: GURBIR GREWAL
        C/O ATTORNEY GENERAL FOR NEW JERSEY

A true and correct copy of the aforesaid papers were served on the above named defendant in the following manner:

NAME OF PERSON ACCEPTING SERVICE: Linda Munter

TITLE: AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE ATTORNEY GENERAL'S OFFICE STATE OF NEW JERSEY.

Description of person accepting service of documents:
AGE: 50  HEIGHT: 5'5  WEIGHT: 170  HAIR: Blonde   SEX: Fem   RACE: Cauc.

SWORN AND SUBSCRIBED TO BEFORE ME                UNDERSIGNED DECLARES UNDER PENALTY
                                                 OF PERJURY THAT THE FOREGOING IS
THIS 14th DAY OF June, 2018                      TRUE AND CORRECT.

                                                                      6-14-18
_____                  _____
NOTARY PUBLIC COMMISSION EXPIRES                 NAME OF PROCESS SERVER    DATE

KATARZYNA AMER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/30/2022

                DGR - The Source for Legal Support
                1359 Littleton Road, Morris Plains, NJ 07950-3000
File #  3:18-CV-10507-PGS-LHG (973) 403-1700  Fax (973) 403-9222       Work Order #  399362

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ASSOCIATION OF NEW JERSEY RIFLE
& PISTOL CLUBS, INC., ET AL.,
*Plaintiff*

V.

SUMMONS IN A CIVIL CASE

GURBIR GREWAL, ET AL.,
*Defendant*

CASE NUMBER: 3:18-CV-10507-PGS-LHG

TO: *(Name and address of Defendant):*

Gurbir Grewal
Office of the Attorney General
RJ Hughes Complex
25 Market Street, Box 080
Trenton, NJ 08625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK

ISSUED ON 2018-06-13 15:14:48, Clerk
USDC NJD