||
|---|
| UNITED STATES DISTRICT COURT, DISTRICT OF N.J. |
| 50 WALNUT ST. |
| NEWARK, NJ 07102 |

**Plaintiff**
ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., ET AL.

vs

**Defendant**
GURBIR GREWAL, ET AL.

DOCKET NO. 3:18-CV-10507-PGS

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** THOMAS WILLIVER

Cost of Service pursuant to R4:4-30
$ _____

**Address:**
1 PARKER ROAD
CHESTER NJ 07930

**Attorney:**
HARTMAN & WINNICKI, P.C.
74 PASSAIC AVE.
RIDGEWOOD NJ 07450

**Papers Served:**
SUMMONS & COMPLAINT CIVIL COVER SHEET
CORPORATE DISCLOSURE STATEMENT

---

**Service Data:**

Served Successfully __X__   Not Served _____   Date: 6/14/18   Time: 7:30 PM   Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title:
PATROLMAN RYAN FANDEL
Authorized to accept service on behalf of Thomas Williver

**Description of Person Accepting Service:**
Age: 25   Height: 5'10   Weight: 210   Hair: BROWN   Sex: MALE   Race: CAUCASIAN

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                                  Date _____ Time
                                  Date _____ Time
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this 18 day of June 2018

_Angela Ilaria_
Notary Signature

ANGELA ILARIA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/14/2021

I, RUSSELL EBERSOLE _____, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    Date: 6/18/18

DGR - THE SOURCE FOR LEGAL SUPPORT
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   399338
File No.   3:18-CV-10507-PGS-LHG

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

ASSOCIATION OF NEW JERSEY RIFLE
& PISTOL CLUBS, INC., ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

GURBIR GREWAL, ET AL.,
*Defendant*

CASE NUMBER: **3:18−CV−10507−PGS−LHG**

TO: *(Name and address of Defendant)*:

Thomas Williver
Chester Police Department
1 Parker Road
Chester, NJ 07930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK



ISSUED ON 2018−06−13 15:14:48, Clerk
USDC NJD