

```
UNITED STATES DISTRICT COURT, DISTRICT OF N.J.
50 WALNUT ST. NEWARK, NJ 07102                            Docket No.  3:18-CV-10507-PGS
ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., ET AL.
,Plaintiff(s)
                              - against -
GURBIR GREWAL, ET AL.
,Defendant(s)
```

### AFFIDAVIT OF SERVICE ( ATTORNEY GENERAL - STATE OF NEW JERSEY )

I, RAMI AMER, A COMPETENT ADULT AT THE TIME OF SERVICE AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION AND DO NOT HAVE A DIRECT INTEREST IN THIS LITIGATION, BEING DULY SWORN ACCORDING TO LAW UPON MY OATH DEPOSE AND SAY:
I SERVED THE FOLLOWING DOCUMENTS:

SUMMONS & COMPLAINT
CIVIL COVER SHEET
CORPORATE DISCLOSURE STATEMENT

DATE OF SERVICE: 6-15-18 AT 10:00 AM

PLACE OF SERVICE: 25 WEST MARKET STREET
                  WEST TRENTON NJ 08628

THE UNDERSIGNED SERVED THE ANNEXED PAPERS TO WIT:
SERVED: PATRICK J. CALLAHAN
        C/O ATTORNEY GENERAL FOR NEW JERSEY

A true and correct copy of the aforesaid papers were served on the above named defendant in the following manner:

NAME OF PERSON ACCEPTING SERVICE: Ellen Seitz

TITLE: AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE ATTORNEY GENERAL'S OFFICE STATE OF NEW JERSEY.

Description of person accepting service of documents:
AGE: 50   HEIGHT: 5'4   WEIGHT: 150   HAIR: Brown   SEX: F   RACE: Cauc

SWORN AND SUBSCRIBED TO BEFORE ME                UNDERSIGNED DECLARES UNDER PENALTY
                                                 OF PERJURY THAT THE FOREGOING IS
THIS 15th DAY OF June, 2018                      TRUE AND CORRECT.

                                                                     6-15-18
_____               _____
NOTARY PUBLIC COMMISSION EXPIRES                 NAME OF PROCESS SERVER      DATE

        KATARZYNA AMER
   NOTARY PUBLIC OF NEW JERSEY
   My Commission Expires 8/30/2022


                    DGR - The Source for Legal Support
                1359 Littleton Road, Morris Plains, NJ 07950-3000
File # 3:18-CV-10507-PGS-LHG3) 403-1700   Fax (973) 403-9222    Work Order # 399349
```

Case 3:18-cv-10507-PGS-LHG   Document 3   Filed 06/13/18   Page 1 of 2 PageID: 24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ASSOCIATION OF NEW JERSEY RIFLE
& PISTOL CLUBS, INC., ET AL.,
*Plaintiff*

V.                                        SUMMONS IN A CIVIL CASE

GURBIR GREWAL, ET AL.,
*Defendant*

CASE NUMBER: 3:18-CV-10507-PGS-LHG

TO: *(Name and address of Defendant):*

Patrick J. Callahan
Office of the Superintendent
New Jersey State Police
PO Box 7068
West Trenton, NJ 08628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

**John Moller**
(By) DEPUTY CLERK

ISSUED ON 2018-06-13 15:14:48, Clerk
USDC NJD

SERVICE OF THE WITHIN NOTICE
AND COPY OF COMPLAINT
IS HEREBY ACKNOWLEDGED FOR
THE STATE OF NEW JERSEY

GURBIR S. GREWAL
ATTORNEY GENERAL

JUN 15 2018

*Ellen Seitz*