John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
  & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant*
*Thomas Williver*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | Civil Action No. 18-10507 (PGS) (LHG) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **APPLICATION AND CLERK'S ORDER FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT** |

Defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department, hereby applies for a Clerk's Order pursuant to L.Civ.R. 6.1(b) extending the time within which he may answer, move or otherwise reply to the Complaint filed by Plaintiffs for a period of fourteen days, to and including July 19, 2018. In support of this application, Chief Williver makes the following representations:

(1)  No previous extension has been obtained;

(2)  He was served with a Summons and a copy of the Complaint on June 14, 2018; and

(3)  His time to answer, move, or otherwise reply to the Complaint presently expires on July 5, 2018.

Dated: June 28, 2018

Respectfully submitted,

*s/ George C. Jones*
John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
  & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
E-mail: jsuminski@mdmc-law.com
        gjones@mdmc-law.com

*Attorneys for Defendant Thomas Williver*

## **ORDER**

The above application is GRANTED, and the time within which defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department, shall answer, move or otherwise reply to Plaintiffs' Complaint is extended to and including July 19, 2018.

SO ORDERED this _____ day of _____, 2018.

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned member of the bar of this Court hereby certifies that service was made of the foregoing L.Civ.R. 6.1(b) Application by serving true electronic copies of this document on the following counsel via Electronic Court Filing and e-mail on June 28, 2018:

Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
E-mail: dschmutter@ hartmanwinnicki.com

David H. Thompson
Peter A. Patterson
Haley N. Proctor
J. Joel Alicea
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
E-mail:  dthompson@cooperkirk.com
E-mail:  ppatterson@cooperkirk.com
E-mail:  hproctor@cooperkirk.com
E-mail:  jalicea@cooperkirk.com

*Attorneys for Plaintiffs*

Bryan Edward Lucas
Deputy Attorney General
STATE OF NEW JERSEY
Office of the Attorney General—Division of Law
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
E-mail: bryan.lucas@dol.lps.state.nj.us

*Attorneys for Defendants*
*Gurbir Grewal and Patrick J. Callahan*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  June 28, 2018         *s/ George C. Jones*
                              GEORGE C. JONES