UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                    Date: June 26, 2018

Court Reporter: Frank Gable

TITLE OF CASE:                             CIVIL 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al
    vs.

GURBIR GREWAL

APPEARANCES:

Daniel L. Schmutter, Esq for Plaintiffs

Bryan E. Lucas, DAG for Defendants Gurbir Grewal and Patrick J.
Callahan

NATURE OF PROCEEDINGS:

Telephone conference held.


TIME COMMENCED:  12:00 PM          S/Dolores J. Hicks
TIME ADJOURNED:  12:15 PM            Deputy Clerk
TOTAL TIME:       0:15