Carmine R. Alampi, Esq.
Jennifer Alampi, Esq.
ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
Phone: 201.343.4600

*Attorneys for Defendant, James B. O'Connor*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs,* <br><br> v. <br><br> GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants.* | Civil Action No. 18-1507 (PGS)(LHG) |

### NOTICE OF APPEARANCE BY CARMINE R. ALAMPI
### ON BEHALF OF DEFENDANT JAMES B. O'CONNOR

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in this matter on behalf of the defendant, James B. O'Connor, in his official capacity as Chief of Police of the Lyndhurst Police Department.

Dated: July 3, 2018

                                      Respectfully submitted,

                                      /s/ Carmine R. Alampi
                                      Carmine R. Alampi, Esq.

                                      ALAMPI & DE MARRAIS
                                      One University Plaza, Suite 404
                                      Hackensack, New Jersey 07601
                                      Telephone: 201.343.4600
                                      Facsimile: 201.343.4607
                                      E-Mail: calampi@alampi-law.com
                                                        jalampi@alampi-law.com

                                      *Attorneys for Defendant,*
                                      *Chief James B. O'Connor*