Carmine R. Alampi, Esq.
Jennifer Alampi, Esq.
ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
Phone: 201.343.4600

*Attorneys for Defendant, James B. O'Connor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs,* <br><br> v. <br><br> GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants.* | Civil Action No. 18-1507 (PGS)(LHG) |

## NOTICE OF APPEARANCE BY JENNIFER ALAMPI
## ON BEHALF OF DEFENDANT JAMES B. O'CONNOR

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this matter on behalf of the defendant, James B. O'Connor, in his official capacity as Chief of Police of the Lyndhurst Police Department.

Dated: July 3, 2018

                                                Respectfully submitted,

                                                /s/ Jennifer Alampi
                                                Jennifer Alampi, Esq.

                                                ALAMPI & DE MARRAIS
                                                One University Plaza, Suite 404
                                                Hackensack, New Jersey 07601
                                                Telephone: 201.343.4600
                                                Facsimile: 201.343.4607
                                                E-Mail: calampi@alampi-law.com
                                                jalampi@alampi-law.com

                                                *Attorneys for Defendant,*
                                                *Chief James B. O'Connor*