Carmine R. Alampi, Esq.
Jennifer Alampi, Esq.
ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
Phone: 201.343.4600

*Attorneys for Defendant, James B. O'Connor*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | |
| BLAKE ELLMAN, *and* | Civil Action No. 18-1507 (PGS)(LHG) |
| ALEXANDER DEMBOWSKI, | |
| *Plaintiffs,* | |
| v. | |
| GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, | |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | |
| *Defendants.* | |

**APPLICATION AND CLERK'S ORDER FOR AN EXTENSION OF TIME TO
ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT**

Defendant, James B. O'Connor, in his official capacity as Chief of Police of the Lyndhurst Police Department, hereby applies for a Clerk's Order pursuant to Local Civil Rule 6.1(b) extending the time within which he may answer, move or otherwise reply to the Complaint filed by Plaintiffs for a period of fourteen days, to and including July 19, 2018. In support of this application it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on June 14, 2018;

3. The time to answer, move, or otherwise reply to the Complaint presently expires on July 5, 2018.

Dated: July 3, 2018

Respectfully submitted,

/s/ *Jennifer Alampi*
Carmine R. Alampi, Esq.
Jennifer Alampi, Esq.

ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
Telephone: 201.343.4600
Facsimile: 201.343.4607
E-Mail: calampi@alampi-law.com
jalampi@alampi-law.com

*Attorneys for Defendant,*
*Chief James B. O'Connor*

## **ORDER**

The above application is GRANTED, and the time within which defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department, shall answer, move or otherwise reply to the Plaintiffs' Complaint is extended to and including July 19, 2018.

SO ORDERED this _____ day of July, 2018.

                                      WILLIAM T. WALSH, Clerk

                              By: _____
                                              Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned member of the bar of this Court hereby certifies that service was made of the foregoing L. Civ. R. 6.1(b) Application by serving true electronic copies of this document on the following counsel via Electronic Court Filing and e-mail on July 3, 2018

| | |
|---|---|
| Daniel L. Schmutter<br>Hartman & Winnicki, P.C.<br>74 Passaic Street<br>Ridgewood, NJ 07450<br>E-Mail: dschmutter@hartmanwinnicki.com<br><br>*Attorneys for Plaintiffs* | Bryan Edward Lucas<br>Joseph Fanaroff<br>STATE OF NEW JERSEY<br>Office of the Attorney General<br>Richard J. Hughs Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>E-Mail: bryan.lucas@dol.lps.state.nj.us<br>       Joseph.fanaroff@njoag.gov<br><br>*Attorneys for Defendants,*<br>*Gurbir Grewal and Patrick J. Callahan* |
| David H. Thompson<br>Peter A. Patterson<br>Haley N. Proctor<br>J. Joel Alicea<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>E-Mail: dthompson@cooperkirk.com<br>       ppatterson@cooperkirk.com<br>       hproctor@cooperkirk.com<br>       jalicea@cooperkirk.com<br><br>*Attorneys for Plaintiffs* | John H. Suminski<br>George C. Jones<br>McElroy, Deutsch, Mulvaney & Carpenter<br>1300 Mount Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962<br>E-Mail: jsuminski@mdmc-law.com<br>       gjones@mdmc-law.com<br><br>*Attorneys for Defendant*<br>*Thomas Williver* |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: July 3, 2018

/s/ Jennifer Alampi
Jennifer Alampi, Esq.