# ALAMPI & DE MARRAIS

Attorneys at Law
A PARTNERSHIP OF PROFESSIONAL LLC'S

ONE UNIVERSITY PLAZA, SUITE 404
HACKENSACK, NEW JERSEY 07601
PHONE: 201.343.4600
FACSIMILE: 201.343.4607

CARMINE R. ALAMPI

THOMAS A. LODATO
JENNIFER ALAMPI*
MEMBERS OF THE NEW JERSEY BAR
*ALSO MEMBER OF THE NEW YORK BAR

*Of Counsel*

MICHAEL F. DE MARRAIS
SANTO T. ALAMPI

July 5, 2018

**VIA ECF FILING**
Hon. Peter G. Sheridan, U.S.D.J.
United States District Court
402 East State Street
Trenton, New Jersey 08608

Re: **Association of New Jersey Rifle & Pistol Club, et al. v. Gurbir Grewal, et al.**
**3:18-cv-10507-PGS-LHG**
**Plaintiff's Motion for a Preliminary Injunction**

Dear Judge Sheridan,

This firm represents defendant, James B. O'Connor, in his official capacity as the Chief of Police of the Lyndhurst Police Department in the above-referenced action. Please accept this letter in lieu of a formal brief. Chief O'Connor hereby joins in, adopts and incorporates by reference the arguments set forth by defendants Gurbir Grewal and Patrick J. Callahan in opposition to Plaintiff's Motion for a Preliminary Injunction.

Respectfully submitted,
ALAMPI & DE MARRAIS

Jennifer Alampi