Lawrence S. Lustberg, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Attorneys for Amicus Curiae*
*Everytown for Gun Safety*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al.<br><br>       *Plaintiffs*,<br><br> v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, et al.<br><br>       *Defendants*. | Civil Action No. 18-cv-10507<br><br>Judge Peter G. Sheridan<br><br>**NOTICE OF MOTION FOR LEAVE TO PARTICIPATE AS** *AMICUS CURIAE* |

  **TO:**

Counsel for Attorney General Gurbir Grewal
Bryan Edward Lucas
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
609-292-8565
Bryan.lucas@dol.lps.state.nj.us

Counsel for Plaintiffs
Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450
201-967-0590
dschmutter@hortmanwinnicki.com

Counsel for Chief Thomas Williver
John Suminski
McElroy, Deutsch, Mulvaney and Carpenter, LLP
1300 Mount Kemble Ave.
Morristown, NJ 07962-2075
(973) 993-8100
jsuminski@mdmc-law.com

Counsel for Chief James B. O'Connor
Carmine Richard Alampi
Alampi & Demarrais
One University Plaza
Suite 404
Hackensack, NJ 07601
(201) 343-4600
calampi@alampi-law.com

**PLEASE TAKE NOTICE** that Everytown for Gun Safety (hereinafter, "Everytown") hereby moves for leave to participate in the above captioned matter as *amicus curiae* by filing a brief (submitted herewith) and, if the court should wish it, presenting oral arguments with regard to Plaintiffs' motion for a preliminary injunction in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, prospective *Amicus Curiae* Everytown relies upon the certification of Lawrence S. Lustberg, Esq., filed herewith.

Respectfully submitted,

Date: July 6, 2018

/s Lawrence S. Lustberg
Lawrence S. Lustberg
**Gibbons P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com

*Attorney for Amicus Curiae*
*Everytown for Gun Safety*