Lawrence S. Lustberg, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Attorneys for Amicus Curiae*
*Everytown for Gun Safety*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al.<br><br>                         *Plaintiffs*,<br><br>    v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, et al.<br><br>                         *Defendants*. | Civil Action No. 18-cv-10507<br><br>Judge Peter G. Sheridan<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO PARTICIPATE AS *AMICUS CURIAE* TO EVERYTOWN FOR GUN SAFETY** |

This matter having come before the Court upon Motion of Everytown for Gun Safety (Everytown), by its attorneys, Gibbons, P.C. (by Lawrence S. Lustberg, Esq.), for Leave to Participate as *Amicus Curiae*; and the Court having considered the submissions of the parties and the arguments of counsel; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2018.

**ORDERED** that Everytown's Motion for Leave to Participate as *Amicus Curiae* be and it hereby is **GRANTED.**

                                                                                                          _____
                                                                                                          Honorable Peter G. Sheridan
                                                                                                          United States District Judge