Lawrence S. Lustberg, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Attorneys for Amicus Curiae*
*Everytown for Gun Safety*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al.<br><br>       *Plaintiffs*,<br><br>  v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, et al.<br><br>       *Defendants.* | Civil Action No. 18-cv-10507<br><br>Judge Peter G. Sheridan<br><br>**CERTIFICATE OF SERVICE** |

  I, Lawrence S. Lustberg, Esq., of full age, hereby certify that on July 6, 2018, the original and one copy of the following documents were sent via FedEx to the United States District Court for the District of New Jersey, Honorable Peter G. Sheridan, Clarkson S. Fisher Building and United States Courthouse, 402 East State Street, Trenton, New Jersey 08608:

- Everytown for Gun Safety's Notice of Motion for Leave to Participate as *Amicus Curiae*;
- Certification of Lawrence S. Lustberg, Esq., in Support of such Motion;
- Proposed Brief of Everytown for Gun Safety;
- Proposed Order; and
- Certificate of Service.

  A copy of each of the foregoing was also sent via email and regular mail to:

| | |
|---|---|
| Counsel for Attorney General Gurbir Grewal<br>Bryan Edward Lucas<br>Office of the Attorney General<br>R.J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>609-292-8565<br>Bryan.lucas@dol.lps.state.nj.us | Counsel for the Plaintiff<br>Daniel L. Schmutter<br>Hartman & Winnicki, P.C.<br>74 Passaic Street<br>Ridgewood, NJ 07450<br>201-967-0590<br>dschmutter@hortmanwinnicki.com |
| Counsel for Chief Thomas Williver<br>John Suminski<br>McElroy, Deutsch, Mulvaney and Carpenter, LLP<br>1300 Mount Kemble Ave.<br>Morristown, NJ 07962-2075<br>(973) 993-8100<br>jsuminski@mdmc-law.com | Counsel for Chief James B. O'Connor<br>Carmine Richard Alampi<br>Alampi & Demarrais<br>One University Plaza<br>Suite 404<br>Hackensack, NJ 07601<br>(201) 343-4600<br>calampi@alampi-law.com |

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 6, 2018

/s Lawrence S. Lustberg
Lawrence S. Lustberg, Esq.

GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Attorneys for Amicus Curiae*
*Everytown for Gun Safety*