Timothy M. Haggerty
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Counsel for Amicus Curiae Giffords
Law Center to Prevent Gun Violence*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
                                                           :

ASSOCIATION OF NEW JERSEY RIFLE   :
& PISTOL CLUBS, INC.; BLAKE            :
ELLMAN; and ALEXANDER                :    No. 18-cv-10507-PGS-LHG
DEMBOWSKI,                                       :
                                                        :
                      Plaintiffs,              :
                                                        :
     vs.                                      :    **NOTICE OF APPEARANCE**
                                                        :
GURBIR GREWAL, in his official capacity  :
as Attorney General of New Jersey;       :
PATRICK J. CALLAHAN, in his official   :
capacity as Superintended of the New Jersey :
Division of State Police; THOMAS        :
WILLIVER, in his official capacity as Chief :
of Police of the Chester Police Department; :
and JAMES B. O'CONNOR, in his official  :
capacity as Chief of Police of the Lyndhurst :
Police Department,                       :
                                                        :
                    Defendants.            :
                                                        :
------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel

for *amicus curiae* Giffords Law Center to Prevent Gun Violence, and requests that,

3335208.1

absent further notice, he hereafter be served with all papers.

Dated: July 6, 2018

           FRIEDMAN KAPLAN SEILER &
            ADELMAN LLP

           s/ Timothy M. Haggerty
           Timothy M. Haggerty
           One Gateway Center, 25th Floor
           Newark, NJ 07102-5311
           (973) 877-6400
           thaggerty@fklaw.com

           *Counsel for Amicus Curiae Giffords Law*
           *Center to Prevent Gun Violence*