Timothy M. Haggerty
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Counsel for Amicus Curiae Giffords*
*Law Center to Prevent Gun Violence*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
                                                                         :

ASSOCIATION OF NEW JERSEY RIFLE
& PISTOL CLUBS, INC.; BLAKE
ELLMAN; and ALEXANDER
DEMBOWSKI,

                Plaintiffs,

     vs.

GURBIR GREWAL, in his official capacity
as Attorney General of New Jersey;
PATRICK J. CALLAHAN, in his official
capacity as Superintended of the New Jersey
Division of State Police; THOMAS
WILLIVER, in his official capacity as Chief
of Police of the Chester Police Department;
and JAMES B. O'CONNOR, in his official
capacity as Chief of Police of the Lyndhurst
Police Department,

                Defendants.

------------------------------------------------------------ x

No. 18-cv-10507-PGS-LHG

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION**

**PLEASE TAKE NOTICE** that on such soonest date as the Court shall direct, counsel for *amicus curiae* Giffords Law Center to Prevent Gun Violence

3335208.1

("Giffords Law Center") shall move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, for the entry of an Order granting it leave to file a brief as *amicus curiae* in support of Defendants' opposition to Plaintiffs' preliminary injunction motion.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Giffords Law Center shall rely upon the accompanying Memorandum of Law in Support of Motion for Leave, its proposed *amicus* brief, the proposed order submitted herewith, and any additional submissions made hereafter.

A proposed order is submitted herewith.

Dated:  July 6, 2018

>FRIEDMAN KAPLAN SEILER &
>   ADELMAN LLP
>
>s/ Timothy M. Haggerty
>Timothy M. Haggerty
>One Gateway Center, 25th Floor
>Newark, NJ 07102-5311
>(973) 877-6400
>thaggerty@fklaw.com
>
>*Counsel for Amicus Curiae Giffords Law Center to Prevent Gun Violence*

Of Counsel:

Hannah Shearer
Giffords Law Center to Prevent Gun Violence
268 Bush St. # 555
San Francisco, CA 94104
(415) 433-2062
hshearer@giffords.org

J. Adam Skaggs
Giffords Law Center to Prevent Gun Violence
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

3335208.1