UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
                                                   :

ASSOCIATION OF NEW JERSEY RIFLE   :
& PISTOL CLUBS, INC.; BLAKE            :
ELLMAN; and ALEXANDER                :    No. 18-cv-10507-PGS-LHG
DEMBOWSKI,                                           :

        Plaintiffs,                       :

vs.                                                  :

GURBIR GREWAL, in his official capacity  :    **(PROPOSED) ORDER**
as Attorney General of New Jersey;        :
PATRICK J. CALLAHAN, in his official   :
capacity as Superintended of the New Jersey :
Division of State Police; THOMAS         :
WILLIVER, in his official capacity as Chief :
of Police of the Chester Police Department;  :
and JAMES B. O'CONNOR, in his official  :
capacity as Chief of Police of the Lyndhurst :
Police Department,                            :

        Defendants.                   :
------------------------------------------------------------ x

**THIS MATTER** having come before the Court upon the unopposed application of Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") for an Order granting it leave to file a brief as *amicus curiae*; and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED**, on this ____ day of _____ 2018, that:

    a.    Giffords Law Center's motion is **GRANTED**;

3335206.1

2

      b.      Giffords Law Center's proposed amicus brief is deemed **FILED**.

_____
Hon. Peter G. Sheridan
U.S.D.J.

3335206.1