Timothy M. Haggerty
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
*Counsel for Amicus Curiae Giffords*
*Law Center to Prevent Gun Violence*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x

ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.; BLAKE ELLMAN; and ALEXANDER DEMBOWSKI,

           Plaintiffs,

  vs.

GURBIR GREWAL, in his official capacity as Attorney General of New Jersey; PATRICK J. CALLAHAN, in his official capacity as Superintended of the New Jersey Division of State Police; THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department; and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,

           Defendants.

------------------------------------------------------------ x

No. 18-cv-10507-PGS-LHG

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of July, 2018, I electronically filed with the Clerk of the Court for the United States District Court for the District of New

3335208.1

Jersey via the CM/ECF System: (1) Notice of Unopposed Motion For Leave To File *Amicus Curiae* Brief of Giffords Law Center To Prevent Gun Violence In Support of Defendants' Opposition To Preliminary Injunction Motion; (2) Memorandum of Law In Support of Unopposed Motion For Leave To File *Amicus Curiae* Brief of Giffords Law Center To Prevent Gun Violence In Support of Defendants' Opposition To Preliminary Injunction Motion; (3) *Amicus Curiae* Brief of Giffords Law Center To Prevent Gun Violence In Support of Defendants' Opposition To Preliminary Injunction Motion; and (4) the Proposed Order. I certify that all counsel in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  July 6, 2018

                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP

                s/ Timothy M. Haggerty
                Timothy M. Haggerty
                One Gateway Center, 25th Floor
                Newark, NJ 07102-5311
                (973) 877-6400
                thaggerty@fklaw.com

                *Counsel for Amicus Curiae Giffords Law Center to Prevent Gun Violence*