AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Assoc. of N.J. Rifle & Pistol Clubs, Inc., et al.<br>*Plaintiff*<br>v.<br>Gurbir Grewal, Attorney General of N.J., et al.<br>*Defendant* | )<br>)<br>)    Case No.   18-cv-10507-PGS-LHG<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Everytown for Gun Safety                                                      .

Date:   07/06/2018

/s/ Lawrence S. Lustberg
*Attorney's signature*

Lawrence S. Lustberg, Esq.
*Printed name and bar number*
Gibbons P.C.
1 Gateway Center
Newark, NJ 07102

*Address*

llustberg@gibbonslaw.com
*E-mail address*

(973) 596-4731
*Telephone number*

(973) 639-6285
*FAX number*