## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | ) ) ) | |
| BLAKE ELLMAN, *and* | ) ) ) | **HON. PETER G. SHERIDAN, U.S.D.J.** |
| ALEXANDER DEMBOWSKI, | ) ) ) | **HON. LOIS H. GOODMAN, U.S.M.J**. |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | **CIVIL ACTION NO. 18-cv-10507** |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | ) ) ) | **CIVIL ACTION** **(ELECTRONICALLY FILED)** |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | ) ) ) ) | |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | ) ) ) ) | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**NOTICE OF UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT**

PLEASE TAKE NOTICE that Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (collectively "Plaintiffs") hereby move the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order granting an extension of the page limit for the reply in support of their motion for a

1

preliminary injunction, from 15 pages to 20 pages. Plaintiffs also respectfully request that the Court decide this motion promptly, because Plaintiffs' reply is due on July 9.

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiffs rely upon the following document: Declaration of Daniel L. Schmutter

PLEASE TAKE FURTHER NOTICE that, pursuant to Civil Rule 7.1(d)(4), Plaintiffs submit that no brief is necessary in support of this motion given its nature and the consent of the parties to the relief requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:  July 6, 2018                                     Respectfully submitted,

David H. Thompson*                              s/ Daniel L. Schmutter
Peter A. Patterson*                                Daniel L. Schmutter
Haley N. Proctor*                                  HARTMAN & WINNICKI, P.C.
J. Joel Alicea*                                        74 Passaic Street
COOPER & KIRK, PLLC                        Ridgewood, New Jersey 07450
1523 New Hampshire Avenue, N.W.       (201) 967-8040
Washington, D.C. 20036                         (201) 967-0590 (fax)
(202) 220-9600                                       dschmutter@hartmanwinnicki.com
(202) 220-9601 (fax)
dthompson@cooperkirk.com

    *Appearing *pro hac vice*

*Attorneys for Plaintiffs*