## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | ) ) ) | |
| BLAKE ELLMAN, *and* | ) ) ) | HON. PETER G. SHERIDAN, U.S.D.J. |
| ALEXANDER DEMBOWSKI, | ) ) | |
| *Plaintiffs*, | ) ) | HON. LOIS H. GOODMAN, U.S.M.J. |
| v. | ) ) | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | ) ) ) ) | CIVIL ACTION NO. 18-cv-10507 |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | ) ) ) ) ) ) | **CIVIL ACTION** **(ELECTRONICALLY FILED)** |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | ) ) ) ) ) | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) | |
| *Defendants*. | | |

### REPLY DECLARATION OF DANIEL L. SCHMUTTER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1.      I, Daniel L. Schmutter, am an attorney at the law firm of Hartman &

Winnicki, P.C., attorneys of record for Plaintiffs in the above-titled action. I am

1

licensed to practice law before the United States District Court for the District of

New Jersey. I have personal knowledge of the facts set forth herein and, if called and

sworn as a witness, could and would testify competently thereto.

2.    A true and correct copy of the Supplemental Declaration of Gary Kleck

submitted in *Duncan v. Becerra*, No. 17-cv-1017 (S.D. Cal.), is attached as **Exhibit**

**A.**

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.


/s/ DANIEL L. SCHMUTTER                    July 9, 2018

Daniel L. Schmutter                                      Date