# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | |
| BLAKE ELLMAN, and | Hon. Peter G. Sheridan, U.S.D.J. |
| | Hon. Lois H. Goodman, U.S.M.J. |
| ALEXANDER DEMBOWSKI, | Civil Action No. 18-cv-10507 |
| *Plaintiffs*, | Oral Argument Requested |
| v. | |
| | Motion Date: July 12, 2018 |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | **CIVIL ACTION** |
| | **(ELECTRONICALLY FILED)** |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | **CERTIFICATION OF SERVICE** |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | |
| *Defendants*. | |

I hereby certify that on July 9, 2018, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Plaintiffs' Reply Brief in Support of Their Motion For Preliminary Injunction

2. Declaration of Daniel L. Schmutter

I further certify that one copy of the foregoing documents are being served as follows on this 9th day of July, 2018 on the following persons:

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Gurbir Grewal, Attorney General of New Jersey
**By ECF**

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Patrick J. Callahan, Superintendent of the
New Jersey Division of State Police
**By ECF**

John H. Suminski, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, New Jersey 07962
Attorney for Thomas Williver, Chester Police Department
**By email with consent**

Carmine Richard Alampi
Jennifer Alampi
Alampi & DeMarrrais
One University Plaza
Suite 404

Hackensack, NJ 07601
Attorneys for James B. O'Connor
**By ECF**

Lawrence S. Lustberg
Gibbons, PC
One Gateway Center
Newark, NJ 07102
Attorney for Amicus Everytown for Gun Safety
**By ECF**

Timothy Michael Haggerty
Friedman Kaplan Seller & Adelman LLP
One Gateway Center
25th Floor
Attorney for Amicus Giffords Law Center to Prevent Gun Violence
**By ECF**

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

July 9, 2018                                             /s/ Daniel L. Schmutter
                                                         Daniel L. Schmutter