Lawrence S. Lustberg, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Attorneys for Amicus Curiae
Everytown for Gun Safety*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al.<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, et al.<br><br>　　　　　　　　　*Defendants*. | Civil Action No. 18-cv-10507<br><br>Judge Peter G. Sheridan<br><br>[PROPOSED] ORDER GRANTING *(yes)* LEAVE TO PARTICIPATE AS *AMICUS CURIAE* TO EVERYTOWN FOR GUN SAFETY |

This matter having come before the Court upon Motion of Everytown for Gun Safety (Everytown), by its attorneys, Gibbons, P.C. (by Lawrence S. Lustberg, Esq.), for Leave to Participate as *Amicus Curiae*; and the Court having considered the submissions of the parties and the arguments of counsel; and for good cause having been shown;

**IT IS** on this __10__ day of __July_____, 2018.

**ORDERED** that Everytown's Motion for Leave to Participate as *Amicus Curiae* be and it hereby is **GRANTED**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Peter G. Sheridan
　　　　　　　　　　　　　　　　　　United States District Judge