UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------- x

ASSOCIATION OF NEW JERSEY RIFLE      :
& PISTOL CLUBS, INC.; BLAKE          :
ELLMAN; and ALEXANDER                :      No. 18-cv-10507-PGS-LHG
DEMBOWSKI,                           :
                                     :
            Plaintiffs,              :
                                     :
      vs.                            :
                                     :
GURBIR GREWAL, in his official capacity   :   (PROPOSED) ORDER  (PGS)
as Attorney General of New Jersey;   :
PATRICK J. CALLAHAN, in his official :
capacity as Superintended of the New Jersey   :
Division of State Police; THOMAS     :
WILLIVER, in his official capacity as Chief   :
of Police of the Chester Police Department;   :
and JAMES B. O'CONNOR, in his official   :
capacity as Chief of Police of the Lyndhurst   :
Police Department,                   :
                                     :
            Defendants.              :
                                     :
------------------------------------------------------- x

**THIS MATTER** having come before the Court upon the unopposed

application of Giffords Law Center to Prevent Gun Violence ("Giffords Law

Center") for an Order granting it leave to file a brief as *amicus curiae*; and the

Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED**, on this _10_ day of _July_ 2018, that:

    a.    Giffords Law Center's motion is **GRANTED**;

3335206.1

       b.      Giffords Law Center's proposed amicus brief is deemed

**FILED**.

                                         _____
                                         Hon. Peter G. Sheridan
                                         U.S.D.J.

3335206.1