# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE PISTOL CLUBS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, *et al.*, <br><br> *Defendants*. | Civil Action No: <br> 18-cv-10507 (PGS)(LHG) <br><br> **ORDER** |

THIS MATTER having been opened to the Court by Plaintiff's Motion for Preliminary Injunction (ECF No.7); and the Court having fully considered the submissions in support thereof, and any opposition thereto; and having considered the arguments of counsel and for the reasons set forth on the record on July 12, 2018; and for good cause shown;

IT IS on this 13 day of July, 2018,

**ORDERED** that a hearing on the Preliminary Injunction will be heard on August 13, 16, and 17, 2018; and it is further

**ORDERED** that proposed findings of fact and conclusions of law are due August 24, 2018; and it is further

**ORDERED** that the parties may conduct depositions of the witnesses who will testify at the hearing. The depositions must be completed prior to August 13, 2018.

_____
PETER G. SHERIDAN, U.S.D.J.