UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                    Date: July 12, 2018

Court Reporter: Frank Gable

TITLE OF CASE:                             CIVIL 18-10507(PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, INC., et al

    vs.

GURBIER GREWAL, et al

APPEARANCES:
Daniel L. Schmutter, Peter A. Patterson and David H. Thompson,
Esqs. for Plaintiffs

Bryan E. Lucas, Valeria Dominquez, and Joseph C. Fanaroff, DAG for
Defendant Gurbir Grewal Attorney General of New Jersey

George C. James, Esq for Defendant Thomas Williver Chief of the
Chester Police Department

Jennifer Alampi, Esq for Defendant James B. O' Connor Chief of the
Lyndhurst Police Department

NATURE OF PROCEEDINGS:

Hearing on motion [7] by Association of New Jersey Rifle & Pistol
Clubs, Inc., Alexander Dembowski and Blake Ellman for Preliminary
Injunction continued to August 13, 16 and 17,2018 at 10:00 AM.

Order filed.

Ordered hearing adjourned to August 13,2018 at 10:00 AM.

TIME COMMENCED:   2:30 PM              S/Dolores J. Hicks
TIME ADJOURNED:   3:30 PM                 Deputy Clerk
TOTAL TIME:       1:00