# M<small>C</small>E<small>LROY</small>, D<small>EUTSCH</small>, M<small>ULVANEY</small> & C<small>ARPENTER</small>, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-1745
gjones@mdmc-law.com

July 17, 2018

**VIA ECF AND REGULAR MAIL**

Hon. Peter G. Sheridan, Sr. U.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse, Room 4050
402 E. State Street
Trenton, New Jersey 08608

      Re:    *Ass'n of N.J. Rifle & Pistol Clubs, Inc. et al. v. Grewal et al.*
             Civil Action No. 18-10507 (PGS) (LHG)

Dear Judge Sheridan:

      This firm represents defendant Thomas Williver in his official capacity as Chief of Police of the Chester Police Department. I write with the consent and knowledge of all counsel regarding an extension of defendants' time to answer, move or otherwise respond to the Complaint.

      Defendants' time to respond to the Complaint is currently due to expire on July 19, 2018. When we were in chambers on July 12, 2018, discussing the scheduling of a hearing on plaintiffs' preliminary injunction motion, counsel also discussed with Your Honor extending the due date for filing responsive pleadings until after the Court's decision on plaintiffs' motion. The parties hereby request the entry of an order to that effect.

      Enclosed for Your Honor's consideration in this regard please find a proposed Order Extending Defendants' Time to Answer, Move or Otherwise Respond to the Complaint. The order proposes an extension of thirty (30) days beyond the entry of an order disposing of the preliminary injunction motion—thirty days being the period under Federal Rule of Appellate Procedure 4(a)(1)(A) during which any party can file an appeal as of right pursuant to 28 U.S.C. § 1292(a)(1) from an interlocutory order granting or refusing a preliminary injunction. The proposed order would also give defendants until fourteen (14) days following the final disposition of any such appeal to answer, move or otherwise respond to the Complaint.

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Hon. Peter G. Sheridan, Sr. U.S.D.J.
July 17, 2018
Page 2

      All parties have approved of the form of the enclosed order.  We respectfully request its entry.

                Respectfully yours,

                MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                *George C. Jones*

                GEORGE C. JONES

Enclosure
cc:    All Counsel (via ECF and e-mail)