# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br>BLAKE ELLMAN, *and* <br><br>ALEXANDER DEMBOWSKI, <br><br>     *Plaintiffs*, <br><br>  v. <br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br>PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br>THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br>JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br>     *Defendants*. | Civil Action No. 18-10507 (PGS) (LHG) <br><br><br><br><br><br><br><br><br><br><br><br>**ORDER EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

  THIS MATTER having come before the Court on July 12, 2018, for argument of plaintiffs' Motion for a Preliminary Injunction; and the Court having determined that it will defer decision on plaintiffs' Motion for a Preliminary Injunction until after it has conducted a hearing with witnesses; and that hearing having been scheduled for August 13, 16 and 17, 2018, as set forth in the Court's Order dated July 13, 2018 (ECF No. 47); and defendants' responses to the Complaint currently being due on July 19, 2018; and defendants having requested that their time to answer, move or otherwise respond to the allegations of the Complaint be extended until after

the Court's decision on plaintiffs' Motion for a Preliminary Injunction; and plaintiffs having consented to the requested extension; and good cause appearing,

IT IS on this _____ of July, 2018,

ORDERED that the time within which defendants may answer, move or otherwise respond to plaintiffs' Complaint be and hereby is extended until after the Court has decided plaintiffs' Motion for a Preliminary Injunction; and it is further

ORDERED that defendants shall file and serve their responses to the Complaint no later than thirty (30) days following the entry of the Court's order disposing of plaintiffs' Motion for a Preliminary Injunction; PROVIDED, HOWEVER, that in the event any party files an appeal from the Court's order within that thirty-day period, defendants' time to answer, move or otherwise respond to the Complaint shall be further extended until fourteen (14) days following the final disposition of any such appeal.

 

_____
HON. PETER G. SHERIDAN
Senior United States District Judge