```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:  Stuart M. Feinblatt
     Assistant Attorney General
     (609) 376-3215
     Stuart.Feinblatt@law.njoag.gov
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**ENTRY OF APPEARANCE** |

Stuart M. Feinblatt, Assistant Attorney General, hereby enters an appearance on behalf of Defendants, Gurbir S. Grewal and Patrick J. Callahan.

```
                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                         By:  /s/ Stuart M. Feinblatt
                              Stuart M. Feinblatt
                              Assistant Attorney General
```

Dated: July 17, 2018