```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:  Evan A. Showell
     Deputy Attorney General
     (973) 648-2500
     Evan.Showell@law.njoag.gov
```

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>      Plaintiffs,<br><br>    v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>      Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**ENTRY OF APPEARANCE** |

Evan A. Showell, Deputy Attorney General, hereby enters an appearance on behalf of Defendants, Gurbir S. Grewal and Patrick J. Callahan.

>                    GURBIR S. GREWAL
>                    ATTORNEY GENERAL OF NEW JERSEY
>
>            By:   /s/ Evan A. Showell
>                    Evan A. Showell
>                    Deputy Attorney General

Dated: July 18, 2018