

## *State of New Jersey*

| | | |
|---|---|---|
| Philip D. Murphy<br>*Governor*<br><br>Sheila Y. Oliver<br>*Lt. Governor* | Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Gurbir S. Grewal<br>*Attorney General*<br><br>Michelle L. Miller<br>*Director* |

August 8, 2018

***Via ECF***
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building &
U.S. Courthouse, Room 4050
402 East State Street
Trenton, New Jersey 08608

    **Re: Ass'n of N.J. Rifle & Pistol Clubs, Inc. et al. v. Grewal et al.**
    **Civil Action No. 18-10507 (PGS) (LHG)**

Dear Judge Sheridan:

    As discussed during yesterday's conference call, attached please find the Supplemental Declaration of Glenn Stanton that was previously served on Plaintiffs' counsel. Thank you for your consideration.

    Respectfully,

    GURBIR S. GREWAL
    ATTORNEY GENERAL OF NEW JERSEY

    By: /s/ Stuart Feinblatt
        Stuart M. Feinblatt
        Assistant Attorney General

cc: All counsel (via ECF)

