UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE PISTOL CLUBS, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GURBIR GREWAL, *et al.*, <br><br> *Defendants.* | Civil Action No: <br> 18-cv-10507 (PGS)(LHG) <br><br> **ORDER** |

THIS MATTER having come before the Court by way of a telephone conference on August 7, 2018; and the Court having fully considered the submissions in support thereof, and any opposition thereto; and for the reasons set forth on the record on August 7, 2018; and for good cause shown;

IT IS on this __8__ day of __August__, 2018,

**ORDERED** that proposed findings of fact and conclusions of law are due September 4, 2018 at 4:00 P.M.; and it is further

**ORDERED** that closing arguments will be heard on September 6, 2018 at 11:00 A.M.

_____
PETER G. SHERIDAN, U.S.D.J.