**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | ) ) ) |
| BLAKE ELLMAN, *and* | ) ) ) |
| ALEXANDER DEMBOWSKI, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | ) ) ) ) |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | ) ) ) ) ) |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | ) ) ) ) ) |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) ) |
| *Defendants*. | ) ) |

**HON. PETER G. SHERIDAN, U.S.D.J.**

**HON. LOIS H. GOODMAN, U.S.M.J.**

**CIVIL ACTION NO. 18-cv-10507**

<u>**CIVIL ACTION**</u>

**(ELECTRONICALLY FILED)**

**NOTICE OF UNOPPOSED MOTION TO WITHDRAW**
**THE DECLARATION OF JAMES CURCURUTO**

PLEASE TAKE NOTICE that Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (collectively "Plaintiffs") hereby move the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order withdrawing the Declaration of James Curcuruto in Support of Plaintiffs' Motion for a Preliminary Injunction (Docs. 12 and 12-1) from the record in this case.

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiffs rely upon the following document: Declaration of Daniel L. Schmutter

PLEASE TAKE FURTHER NOTICE that, pursuant to Civil Rule 7.1(d)(4), Plaintiffs submit that no brief is necessary in support of this motion given its nature and the consent of the parties to the relief requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:  August 10, 2018                                     Respectfully submitted,

| | |
|---|---|
| David H. Thompson* | s/ Daniel L. Schmutter |
| Peter A. Patterson* | Daniel L. Schmutter |
| Haley N. Proctor* | HARTMAN & WINNICKI, P.C. |
| J. Joel Alicea* | 74 Passaic Street |
| COOPER & KIRK, PLLC | Ridgewood, New Jersey 07450 |
| 1523 New Hampshire Avenue, N.W. | (201) 967-8040 |
| Washington, D.C. 20036 | (201) 967-0590 (fax) |
| (202) 220-9600 | dschmutter@hartmanwinnicki.com |
| (202) 220-9601 (fax) | |
| dthompson@cooperkirk.com | |

*Appearing *pro hac vice*

*Attorneys for Plaintiffs*

2