# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | |
| BLAKE ELLMAN, *and* | HON. PETER G. SHERIDAN, U.S.D.J. |
| ALEXANDER DEMBOWSKI, | HON. LOIS H. GOODMAN, U.S.M.J. |
| *Plaintiffs*, | |
| v. | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | CIVIL ACTION NO. 18-cv-10507 |
| | **CIVIL ACTION** |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | **(ELECTRONICALLY FILED)** |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | |
| *Defendants*. | |

### DECLARATION OF DANIEL L. SCHMUTTER
### IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
### TO WITHDRAW THE DECLARATION OF JAMES CURCURUTO

1. I, Daniel L. Schmutter, am an attorney at the law firm of Hartman & Winnicki, P.C., attorneys of record for Plaintiffs in the above-titled action. I am

1

licensed to practice law before the United States District Court for the District of New Jersey. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. On June 21, 2018, Plaintiffs moved for a preliminary injunction. *See* Doc. 7. That same day, Plaintiffs submitted the Declaration of James Curcuruto in Support of Plaintiffs' Motion for a Preliminary Injunction. *See* Docs. 12 and 12-1.

3. Plaintiffs will not be relying on the declaration of Mr. Curcuruto for purposes of adjudicating their motion for a preliminary injunction and, accordingly, will neither be calling him as a witness at the evidentiary hearing scheduled for August 13, 16, and 17 nor relying upon his declaration in their proposed findings of fact and conclusions of law. *See* Doc. 47.

4. Counsel for Defendants Grewal and Callahan have requested that Plaintiffs move to withdraw Mr. Curcuruto's declaration from the record, and Plaintiffs, through undersigned counsel, have agreed to do so.

5. Counsel for all Defendants have indicated that they consent to this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

/s/ DANIEL L. SCHMUTTER          August 10, 2018

Daniel L. Schmutter                           Date