HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | |
| BLAKE ELLMAN, *and* | |
| ALEXANDER DEMBOWSKI, | **HON. PETER G. SHERIDAN, U.S.D.J.** |
| *Plaintiffs*, | **HON. LOIS H. GOODMAN, U.S.M.J.** |
| v. | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | **CIVIL ACTION NO. 18-cv-10507** |
| | **(ELECTRONICALLY FILED)** |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | |
| *Defendants*. | |

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for a withdrawal of the Declaration of James Curcuruto in Support of Plaintiffs' Motion for a Preliminary Injunction; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2018, **ORDERED AS FOLLOWS**:

1. Plaintiffs' Unopposed Motion to Withdraw the Declaration of James Curcuruto is hereby granted.

2. Mr. Curcuruto's declaration (Docs. 12 and 12-1) shall not be relied upon by any party for purposes of adjudicating Plaintiffs' Motion for a Preliminary Injunction (Doc. 7).

_____

Hon. Peter G. Sheridan, U.S.D.J.