```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                    Date: August 16, 2018

Court Reporter: Frank Gable

TITLE OF CASE:                              CIVIL 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al
    vs.

GURBIR GREWAL

APPEARANCES:

Daniel L. Schmutter, Esq for Plaintiffs

Bryan E. Lucas, DAG for Defendants Gurbir Grewal and Patrick J. Callahan

NATURE OF PROCEEDINGS:

Hearing on Preliminary Injunction held.

John J. Donohue sworn for Defendants

(Recess 1:00 PM - 1:30 PM)

John J. Donohue resumed for Defendants

Hearing adjourned 3:00 PM until August 17, 2018 at 11:00 AM.


TIME COMMENCED:  11:00 AM              S/Dolores J. Hicks
TIME ADJOURNED:   3:00 PM                  Deputy Clerk
TOTAL TIME:       3:30