```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                    Date: August 17, 2018

Court Reporter: Frank Gable

TITLE OF CASE:                              CIVIL 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al
   vs.

GURBIR GREWAL

APPEARANCES:

Daniel L. Schmutter, Esq for Plaintiffs

Bryan E. Lucas, DAG for Defendants Gurbir Grewal and Patrick J. Callahan

NATURE OF PROCEEDINGS:

Hearing on Preliminary Injunction held.

Gary Kleck sworn for Plaintiffs

(Recess 1:30 PM - 2:00 PM)

Gary Kleck resumed for Plaintiffs

Hearing adjourned 4:00 PM until September 6, 2018 at 3:00 PM; Closing remarks by telephone.


TIME COMMENCED:   11:00 AM              S/Dolores J. Hicks
TIME ADJOURNED:    4:00 PM                 Deputy Clerk
TOTAL TIME:        4:30