# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, and <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | Hon. Peter G. Sheridan, U.S.D.J. <br> Hon. Lois H. Goodman, U.S.M.J. <br> Civil Action No. 18-cv-10507 <br><br> **<u>CIVIL ACTION</u>** <br><br> **(ELECTRONICALLY FILED)** <br><br><br> **CERTIFICATION OF SERVICE** |

      I hereby certify that on September 4, 2018, I electronically filed Plaintiffs' Findings of Fact and Conclusions of Law with the Clerk of the Court using the CM/ECF system.

I further certify that one copy of the foregoing documents are being served as follows on this 4th day of September, 2018 on the following persons:

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Gurbir Grewal, Attorney General of New Jersey
**By ECF**

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Patrick J. Callahan, Superintendent of the
New Jersey Division of State Police
**By ECF**

John H. Suminski, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, New Jersey 07962
Attorney for Thomas Williver, Chester Police Department
**By email with consent**

Carmine Richard Alampi
Jennifer Alampi
Alampi & DeMarrrais
One University Plaza
Suite 404
Hackensack, NJ 07601
Attorneys for James B. O'Connor

**By ECF**

Lawrence S. Lustberg
Gibbons, PC
One Gateway Center
Newark, NJ 07102
Attorney for Amicus Everytown for Gun Safety
**By ECF**

Timothy Michael Haggerty
Friedman Kaplan Seller & Adelman LLP
One Gateway Center
25th Floor
Attorney for Amicus Giffords Law Center to Prevent Gun Violence
**By ECF**

  I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

September 4, 2018                 /s/ Daniel L. Schmutter
                              Daniel L. Schmutter