1                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
2


3
   _____
4  ASSOCIATION OF NEW JERSEY
   RIFLE & PISTOL CLUBS, INC.,
5                    PLAINTIFF

6     Vs.                              CIVIL NO.
                                       18-10507 (PGS)
7  GURBIR GREWAL, et al,
                     DEFENDANTS
8  _____

9


10
                        **AUGUST 16, 2018**
11                      CLARKSON S. FISHER COURTHOUSE
                        402 EAST STATE STREET
12                      TRENTON, NEW JERSEY  08608

13


14

15  B E F O R E:        THE HONORABLE PETER G. SHERIDAN
                        U.S. DISTRICT COURT JUDGE
16                      DISTRICT OF NEW JERSEY

17


18


19

20  **PRELIMINARY INJUNCTION HEARING - DAY 2**

21


22

23                      Certified as true and correct as required
                        by Title 28, U.S.C. Section 753
24                      /S/ Francis J. Gable
                        FRANCIS J. GABLE, C.C.R.
25                      OFFICIAL U.S. REPORTER
                        (856) 889-4761


                    *United States District Court*
                    *Trenton, New Jersey*

1

2 A P P E A R A N C E S:

3


4      HARTMAN & WINNICKI, PC
       BY:  DANIEL L. SCHMUTTER, ESQUIRE
5      FOR THE PLAINTIFF

6


7      COOPER & KIRK, PLLC
       BY:  DAVID H. THOMPSON, ESQUIRE
8           PETER A. PATTERSON, ESQUIRE
            JOEL ALICEA, ESQUIRE
9           DAVIS COOPER, ESQUIRE
       FOR THE PLAINTIFF
10

11

       OFFICE OF THE ATTORNEY GENERAL
12     BY:  STUART FEINBLATT, ESQUIRE
            EVAN A. SHOWELL, ESQUIRE
13          BRYAN E. LUCAS, ESQUIRE
            VALERIA DOMINGUEZ, ESQUIRE
14     ASSISTANTS ATTORNEY GENERAL
       FOR THE STATE DEFENDANTS
15

16
                       - - -
17

18

19  JOHN J. DONOHUE, III                                  148
    CROSS-EXAMINATION OF MR. DONOHUE BY MR. PATTERSON     149
20  REDIRECT EXAMINATION OF JOHN DONOHUE BY MR.           215
    SHOWELL
21  RECROSS-EXAMINATION OF JOHN DONOHUE BY MR.            231
    PATTERSON
22

23

24

25

1          THE COURT:  Any matters before we begin?

2          MR. THOMPSON:  Good morning, your Honor, David

3     Thompson.  No matters for the plaintiffs, your Honor.

4          MR. SHOWELL:  None for the defendants as well,

00:00     5     Judge.

6          THE COURT:  All right, thank you.

7          MR. THOMPSON:  And I believe our first witness, your

8     Honor, will be Professor Donohue, and with the Court's

9     permission my colleague, Mr. Patterson, will do the

00:00     10     cross-examination.

11          THE COURT:  All right.  The witness can take the

12     stand.

13          (JOHN J. DONOHUE, III), sworn

14          THE DEPUTY CLERK:  State your name for the record.

00:00     15          THE WITNESS:  John Donohue.

16          THE COURT:  Thank you, Mr. Donohue.  Once you're

17     seated, could you just spell your last name?

18          THE WITNESS:  Sure, D-o-n-o-h-u-e.

19          THE COURT:  Thank you, Mr. Donohue.

00:01     20          You may proceed, sir.

21          MR. PATTERSON:  Okay.  And we have binders with some

22     documents we're going to be referring to today; is it okay if

23     we hand those out?

24          THE COURT:  You may.

00:01     25          (Handing to the Court and witness.)

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1            THE COURT:  You may begin.

2            MR. PATTERSON:  Thank you.

3  (CROSS-EXAMINATION OF MR. DONOHUE BY MR. PATTERSON:)

4  Q.  Professor Donohue, you believe that the Supreme Court's

00:02  5  *Heller* decision was wrongly decided; correct?

6  A.  I think it was wrongly decided, yes.

7  Q.  And you believe the Second Amendment has been the subject

8  of fraud on the American public by special interest groups;

9  correct?

00:02  10  A.  That is a quote from former Chief Justice Warren Burger,

11  and I think he correctly stated that.

12  Q.  And you believe that the author of *Heller* came to embrace

13  a fanatical view of the Second Amendment; correct?

14  A.  I did think it was a incorrect and erroneous view of the

00:03  15  Second Amendment, yes.

16  Q.  And yes or no; you thought it was a fanatical view.

17  A.  I thought it was clearly wrong-headed, yes.

18  Q.  And I want to get the answer of whether you thought it

19  was fanatical.

00:03  20  A.  I think there was a fanatical dimension to that opinion

21  in some respects, yes.

22  Q.  Okay.  And so if we can look at tab 24 in the binder,

23  this is a Post Election Q & A Stanford Law School Faculty

24  Weigh-in on the Election of Donald Trump.  If we turn to page

00:04  25  9 of this document, and the last full paragraph on the page,

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1  you say:  Justice Antonin Scalia came to embrace a fanatical

2  view of the Second Amendment.

3      You wrote that; correct?

4  A.  It does look like something I wrote, yes.

00:04   5  Q.  Okay.  And you've never --

6      THE COURT:  Where is that?  I'm sorry -- oh, I see

7  it.  Thank you.

8  Q.  And you've never publicly opposed a gun control measure;

9  correct?

00:04   10  A.  Well, I haven't had a lot of opportunities.

11  Q.  But you have not done that; correct?

12  A.  I'm not aware, not that I was asked to in many cases.

13  Q.  And if *Heller* had not established a constitutional right

14  to own a handgun, you probably would vote yes if California

00:05   15  held a referendum the ban handguns; correct?

16  A.  I'd have to think about that, but I don't think it's

17  going to happen any time soon, so it's not really relevant to

18  my thinking.

19      THE COURT:  So it's a hypothetical question; I don't

00:05   20  think I'm required to have Mr. Donohue answer that.

21      MR. PATTERSON:  Okay.

22  Q.  Well let's play a clip from your deposition; page 28

23  [sic - 27], starting at line 19.

24      (Portion of videotaped deposition of Professor

00:06   25  Donohue held on August 9, 2018, is shown:

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1          Q. So if California were to hold a referendum proposing

2          to ban handguns and Heller were not decided, you would

3          vote no?

4          A. That's an interesting question.  If California, you

5          know, if Heller hadn't been decided, so it was still an

6          open issue, you know, and so I was just voting to express

7          my own thought, I'd probably would support a referendum

8          like that. So we're in a counterfactual world but, you

9          know, getting rid of handguns obviously would reduce a

10         lot of firearm violence.)

11    BY MR. PATTERSON:

12    Q.   Do you recall giving that testimony?

13    A.   I do.

14    Q.   And you're familiar with the federal assault weapons Juan

15    ban that was in place from 1994 to 2004; correct?

16    A.   Yes.

17    Q.   And part of that legislation was a limitation on magazine

18    capacity; correct?

19    A.   Yes.

20    Q.   Do you believe that the prevalence of ammunition

21    magazines capable of holding more than 10 rounds in the United

22    States has increased since 1994 when that legislation went

23    into effect?

24         THE COURT:  Before answer that; can you repeat that

25    question?

00:06
00:07
00:07

Donohue - Cross - Patterson

1          MR. PATTERSON:  Yes.  I hope I get it the same.

2     Q.   But do you believe that the prevalence of ammunition

3     magazines capable of holding more than 10 rounds in the United

4     States, has increased since 1994 when the federal assault

5     weapons ban went into place?

6     A.   Unfortunately I think that is true, yes.

7     Q.   Okay.  Let's turn to tab 1 --

8          THE COURT:  Before you go; so when he says

9     prevalence of ammunition magazines, do you know what that

10    means?

11         THE WITNESS:  I think he just means that the number

12    of these magazines that are in the public domain has risen

13    since the time when they were initially banned in 1994.

14         THE COURT:  So there's more magazines.

15         THE WITNESS:  I think that's what he means.

16         THE COURT:  Held by individuals within the United

17    States.

18         THE WITNESS:  Um-hmm.  That's the way I understood

19    the question.

20         MR. PATTERSON:  That is how -- what I meant to ask,

21    your Honor.

22    Q.   And if you could turn to tab 1, and that consists of your

23    declaration that you submitted in this case.  Tab 1 is the

24    declaration you submitted in this case.

25    A.   Yes.


*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   Q.   And I'm going to refer to paragraph 13.

2   A.   Yeah.

3   Q.   And you say:  Over the last few decades the number of

4   households owning firearms has been declining, currently down

00:08   5   to about 31 percent of Americans households.  Correct?

6   A.   Yes.

7   Q.   And this opinion is based on data from the General Social

8   Survey; correct?

9   A.   General Social Survey and other surveys that are

00:09   10   available.

11   Q.   And in discussing gun ownership trends --

12            THE COURT:  I'm sorry; I missed where that cite was

13   to.

14            MR. PATTERSON:  The first sentence of paragraph 13,

00:09   15   I'm sorry, your Honor?

16            THE COURT:  What document.

17            MR. PATTERSON:  Tab 1, it's his declaration, so

18   we'll be referring to that off and on?

19            THE COURT:  Thank you.

00:09   20   BY MR. PATTERSON:

21   Q.   And in discussing gun ownership trend in your

22   declaration, you primarily focused on household gun ownership;

23   correct?

24   A.   Yes.

00:09   25   Q.   And if you turn to paragraph 16 of your declaration, it

Donohue - Cross - Patterson

1   starts on the next page -- actually 15 and 16.  So 15 says:

2   GSS data from 2016, the most recent year that data is

3   available, states that 30.8 percent of American households

4   have at least one gun.

5          And then skipping down to the next paragraph you say:

6   This is a considerable drop from the approximately 50 percent

7   of United States households with one or more guns in the late

8   1970s.

9          Correct?

10  A.   That's correct.

11  Q.   And households in the United States have been getting

12  smaller since the 1970; correct?

13  A.   Yes, I think that's correct.

14  Q.   And you would expect the number of households owning guns

15  to decrease along with household size; correct?

16  A.   You know, without knowing more that seems reasonable.

17  Q.   Okay.  And if we turn to tab 2 now in the binder.

18  A.   Yeah.

19  Q.   This is an article, Recent Trends in American Gun

20  Prevalence that you and a co-author published in 2017;

21  correct?

22  A.   Yeah -- I mean that's when I finished this, I haven't

23  published this yet.

24  Q.   Okay.  So if we turn to page 2, there's a chart there

25  showing both personal and household gun ownership trends in

00:10
00:10
00:10
00:11
00:11

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   the GSS, which is the General Social Survey; correct?

2   A.   Yes.

3   Q.   And the downward trend with respect to personal gun

4   ownership is much less pronounced than the trend in household

00:11   5   gun ownership; correct?

6   A.   You know, I'm not totally sure, I'd have to sort of do

7   the math, but they both are trending down.  Maybe household

8   ownership is trending down a little more rapidly.

9   Q.   Well, rather than a drop of 20 percent points, the drop

00:12   10   of personal gun ownership is only about 10 percentage points;

11   correct?

12   A.   Right, but the proportional drop is greater actually for

13   the personal ownership.  If you go from 30 to 20, that's a 50

14   percent drop; and if you look at the drop in the household

00:12   15   ownership from 50 to 30, that would only be a 40 percent drop.

16   So it depends on how you do the calculations really.

17   Q.   Okay.  So about half of the percentage point drop in

18   household gun prevalence reported in your study may simply be

19   due the changing household composition; correct?

00:12   20   A.   Yeah, I don't think that that's true, I'd really have to

21   do a more sophisticated calculation to know, but I think

22   it's -- I think it's close enough to say all the indications

23   we have from the General Social Survey is gun ownership,

24   whether you're looking at individuals or the household seems

00:13   25   to be trending down over this period.

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1  Q.   Okay.  And if we turn to your study at page 8, there's a

2  heading that says Hunting, and then the second to last

3  sentence of the last paragraph on that page, you say:

4  Americans' taste for hunting have abated steadily and

00:13    5  substantially since the late 1970s.  Correct?

6  A.   Yes.

7  Q.   And it's your opinion that declining interest in hunting

8  is one explanation for the decline in gun prevalence you found

9  in your study; correct?

00:13   10  A.   Yeah, I do think that's part of it, yes.

11  Q.   And you do not have any data indicating that there's a

12  downward trend in gun prevalence for self-defense; correct?

13  A.   I haven't done that analysis, so I can't really comment

14  on that.

00:13   15  Q.   So you don't have any data indicating that there is a

16  downward trend in gun prevalence for self-defense; correct?

17  A.   Yeah, all I have is the downward trend, but, you know,

18  the refined explanations are less clear.

19  Q.   So the answer to my question is no -- or yes, you do not

00:14   20  have any data; correct?

21  A.   Yes, we have no bananas I think is the --

22  Q.   Okay.  And we're going to turn back to your declaration

23  now, paragraph 17, so this is under tab 1.  So in footnote 3

24  on that page you acknowledge that the most recent Gallup

00:14   25  survey found that 39 percent of American adults live in a

Donohue - Cross - Patterson

1   household that contains a gun; correct?

2   A.   Yes.

3   Q.   And this is substantially higher than the General Social

4   Survey finding; correct?

00:15   5   A.   Yes, that's right.

6   Q.   And unlike the Gallup poll, the General Social Survey is

7   conducted in person; correct?

8   A.   In general that's thought to give better information than

9   telephone surveys.

00:15   10   Q.   All other things being equal, wouldn't you agree that

11   people are more likely to lie about a controversial question

12   when being interviewed in person than when speaking to someone

13   on the telephone?

14           MR. SHOWELL:  Objection; calls for speculation.

00:15   15           THE COURT:  Frank, can you repeat the question?

16           (Question read back by the reporter.)

17           THE COURT:  If your background allows you to answer

18   that question, Doctor, you can answer it.

19           THE WITNESS:  You know, there's too much loaded in

00:16   20   all other things equal to really give a helpful answer to

21   that.

22           THE COURT:  Thank you.  Next question.

23   BY MR. PATTERSON:

24   Q.   Okay.  But you do believe that everybody lies is a good

00:16   25   caution when somebody cites survey information that is

Donohue - Cross - Patterson

1   potentially idealogical loaded; correct?

2   A.   I think you do have to be cautious about social responses

3   on controversial topics, yes.

4   Q.   Okay.  If we turn to tab 3, this is a document that's

00:16   5   from the Gallup Organization, and if you turn to page 11,

6   there's a question, do you have a gun in your home; do you see

7   that?

8   A.   I'm getting there; okay, yes, do you have a gun in your

9   home, yes.

00:17   10   Q.   And it says for the most recent survey, that 42 percent

11   of respondents had a gun in the household in October 2017;

12   correct?

13   A.   Yes.

14   Q.   And your declaration's reference to the most recent

00:17   15   Gallup survey actually refers to the October 2016 poll?

16   A.   Yes.

17          MR. PATTERSON:  Your Honor, this document was not on

18   the exhibit list that we submitted; may I move this into

19   evidence?

00:17   20          THE COURT:  What document is that?

21          MR. PATTERSON:  This is the one under tab 3.

22          THE COURT:  Does anyone object?

23          MR. SHOWELL:  This is the first we're seeing this

24   document, Judge, we don't -- have not had a chance to review

00:17   25   it.  So I can't really comment on whether I have an objection

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   with 25 seconds to examine the document.

2            THE COURT:  You mean you've never seen this --

3            MR. SHOWELL:  I've never seen this before.

4            THE COURT:  All right.  So I'll give you to 1

00:18  5   o'clock to make an objection.  I'm not admitting it at the

6   present time.

7            MR. PATTERSON:  Okay.

8            THE COURT:  It's been published to me, so I don't

9   know how to handle that.  Are you go to be asking further

00:18  10  questions?

11           MR. PATTERSON:  Not about this document, but there

12  are a few other documents that are not -- that I may ask

13  about.

14  BY MR. PATTERSON:

00:18  15  Q.  If we turn to now to tab 4, please.

16  A.  Okay.

17  Q.  And this is excerpts from a national academies press book

18  called Priorities For Research to Reduce the Threat of

19  Firearm-Related Violence; correct?

00:18  20  A.  Yes.

21  Q.  And this was a report conducted at the request of the

22  Centers For Disease Control; correct?

23  A.  Was this the report that came out after the Newtown

24  shooting?

00:19  25  Q.  The report from 2013, yes.

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1    A.   Yeah, yes.  So this was a National Research Council

2    report in the wake of the Newtown shooting.

3    Q.   And this report -- and you were one of the reviewers for

4    this report; correct?

00:19      5    A.   I was.

6    Q.   And if we turn to page 5 out of 64, so 5-64 on the

7    bottom, there's a heading Availability of Firearms.

8    A.   Yes.

9    Q.   And it begins:  Guns are widely used for recreation, self

00:19     10    protection and work in the United States, however it is

11    difficult to determine the exact number and distribution of

12    guns currently in homes and communities due to lack of data.

13    Correct?

14    A.   Yes.

00:19     15    Q.   And then the last sentence of that paragraph states:  A

16    December 2012 poll found that 43 percent of those surveyed

17    reported having a gun in the home (Gallup 2013).  Correct?

18    A.   Yes.

19    Q.   So of all the potential available surveys the National

00:20     20    Research Council chose to refer to the Gallup poll; correct?

21    A.   Well, you know, this was a report that was done very

22    quickly, and it did have a number of mistakes in it, so I'm

23    not sure how much I would put on the one reference to the

24    Gallup poll.  But as your own document showed the Gallup

00:20     25    numbers have declined over time as well.  So the point that

Donohue - Cross - Patterson

1    I'm making is there is a downward trend over time, and I think

2    all of the evidence supports that.

3    Q.   Okay.  So in your declaration you say that the Pew

4    Research Center, like the General Social Survey, finds a

00:20    5    persistent decline in household gun ownership over the past

6    several decades.  Correct?

7    A.   Yes.

8    Q.   Okay.  And you quote a 2013 Pew report stating that in

9    January 2013 Pew found 33 percent of respondents had a gun in

00:21    10   their home; correct?  If you go to tab 1 paragraph 16, if you

11   need to refresh your recollection.

12   A.   Okay.  Tab 1; yes.

13   Q.   So now if we go to tab 5, there is a chart on that page,

14   and this chart consists of the Pew household gun ownership

00:21    15   data starting with the 2013 poll you referenced in your

16   declaration, and then continuing through the most recent Pew

17   poll in April of 2017.

18   A.   Um-hmm.

19   Q.   And this shows an upward trend from 2013 to 2017;

00:21    20   correct?

21   A.   Yeah, I mean sort of an upward blip; again, you'd really

22   need a longer time span to know if it's a trend or just sort

23   of a sampling error.

24   Q.   Okay.  The most recent Pew poll reflected here found that

00:22    25   42 percent of household had a gun; correct?

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1    A.    Yes.

2    Q.    And that is essentially identical to the most recent

3    Gallup poll; correct?

4    A.    Yes, I think that's the figure that we just saw.  But

00:22    5    again the Gallup numbers that your own exhibit did show a

6    decline over time, and that's really the point that I was

7    trying to make.

8    Q.    Well, you did opine in your report that 31 percent of

9    American households owned a firearm; correct?

00:22    10    A.    Again I was just reporting the General Social Survey on

11    that, and that's because it is usually considered the best

12    most comprehensive measure of these, you know, social

13    indicators.

14    Q.    Okay.  And in your declaration -- well, let me ask.  The

00:23    15    General Social Survey data is not consistent with this Pew

16    data I just showed you; correct?

17    A.    Again, you really do want to do what I did I think, which

18    is show the time trend over, you know, an extended period of

19    time, and see what the trend is as opposed to the ups and

00:23    20    downs.  Clearly we don't think ownership rates of guns are

21    moving by three or four percent in a certain year, but if you

22    look at the surveys they will sometimes bounce around by that

23    much, just as poll numbers and voter polls will tend to bounce

24    around.

00:23    25        You have to remember that except for the General Social

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   Survey which has quite a bit higher number of respondents, the

2   Gallup and Pew surveys are smaller number, so they have a much

3   larger sort of margin of error.

4   Q.   In your declaration you also express the opinion that gun

5   ownership is concentrated; correct?

6   A.   Yes, that's right.

7   Q.   And you rely for that opinion on a study by Azrael and

8   others; correct?

9   A.   Yes.

10   Q.   I don't know I'm pronouncing that correctly.  If you turn

11   to tab 6, there's a study call The Stock and Flow of U.S.

12   Firearms Results from the 2015 National Firearms Survey.  Is

13   this the study that you relied upon?

14   A.   Yeah, it looks like it.

15   Q.   Okay.  If we turn to page 43 of this study, there's a

16   heading Distribution Of Gun Ownership.

17   A.   Okay.

18   Q.   And in the first sentence under that heading, the authors

19   report that the median gun owner reported only approximately

20   two guns; correct.

21   A.   Yes.

22   Q.   And if we turn to page 44 of this study under Reasons For

23   Gun Ownership, the authors state that 63 percent of gun owners

24   reported that one of the primary reasons they owned their guns

25   is for protection against people; correct?

Donohue - Cross - Patterson

1    A.   Yes, that's what it says.

2    Q.   And for handgun owners the figure for that is 76 percent;

3    correct?

4    A.   Yes.

00:25    5    Q.   In this case you offer the opinion that limiting the size

6    of ammunition magazines --

7           THE COURT:  I'm sorry, Mr. Showell, do you have an

8    --

9           MR. SHOWELL:  Yeah, I think -- respectfully I think

00:25    10   Mr. Patterson is mischaracterizing the document, just because

11   he's not asking what the document states.  So for example,

12   referring to page 44 of DX-8, the first figure that Mr.

13   Patterson quoted and the reference to the primary reason was

14   that they owned guns for protection against people; and the

00:26    15   next figure 76 percent they owned primarily for protection.

16   Now it doesn't appear to me that that protection is linked to

17   people as it was in the first example.

18          So, you know, we don't know whether these people

19   live out in the woods where there's a lot of bears that they

00:26    20   want to be shooting, I just think it doesn't adequately

21   explain the document, that's all.

22          THE COURT:  So what's your objection, you wish me to

23   strike the question?

24          MR. SHOWELL:  Yeah, I would.

00:26    25          THE COURT:  All right.  Do you wish to respond?

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1          MR. PATTERSON:  Well, I interpreted that to be

2    stating that that was the same figure as for all guns.

3    BY MR. PATTERSON:

4    Q.   But Professor Donohue, you would agree that this says

5    that 73 percent of handgun owners reported that they owned one

6    primarily for protection; correct?

7          MR. SHOWELL:  Again I've got the object, Judge; Mr.

8    Patterson made a reference to 73 percent --

9          MR. PATTERSON:  76 percent --

10          MR. SHOWELL:  That document says 76 percent.

11          THE COURT:  All right.  With that correction you

12    don't have any objections then?

13          MR. SHOWELL:  I don't, your Honor.

14          THE COURT:  All right.  So you may answer that

15    question.

16          THE WITNESS:  Yeah, the document does say 76 percent

17    reported they owned one handgun primarily for protection.

18    BY MR. PATTERSON:

19    Q.   Okay.  You offer the opinion in this litigation that

20    limiting the size of ammunition magazines should save lives

21    and reduce injuries; correct?

22    A.   Yes, I did.

23    Q.   And you have studied the effect of so-called

24    right-to-carry laws on crime; correct?

25    A.   Yes, I have.

Donohue - Cross - Patterson

1  Q.   And those are laws that require state officials to grant

2  individuals who meet certain objective criteria a license to

3  carry a handgun in public; correct?

4  A.   That's correct.

00:28  5  Q.   If we turn to tab 7.  This is a NBER working paper by you

6  and some other co-authors, and the title begins Right-to-Carry

7  Laws and Violent Crime; correct?

8  A.   That's correct.

9  Q.   And this paper reflects research you have done on

00:28  10  right-to-carry laws; correct?

11  A.   It does.

12  Q.   And this is not a peer-reviewed paper; correct?

13  A.   No, this is the working paper version of this document.

14  Q.   Okay.  And in this paper you analyze right-to-carry laws

00:28  15  using three different methods of analysis, Panel Data, the

16  Lasso and Synthetic Controls; correct?

17  A.   Yes, I did.

18  Q.   And the Panel Data analysis in this context involves

19  comparing outcomes across time and states that adopt a

00:29  20  particular policy to states that do not adopt that policy;

21  correct?

22  A.   That's correct.

23  Q.   And the Lasso is a machine learning technique that is

24  designed to see if you could come up with predictive factors

00:29  25  that might correlate with changes in crime; correct?

Donohue - Cross - Patterson

1    A.   That's correct.

2    Q.   And a Synthetic Controls analysis involves comparing

3    outcomes in a state that adopts a particular policy, to a

4    hypothetical state consisting of an amalgamation of states

00:29    5    that had a similar experience with the outcome in question

6    before the policy change, but did not make that change

7    themselves; correct?

8    A.   That's correct.

9    Q.   And you believe that the fact that your study found that

00:29    10   these three different statistical approaches all suggest that

11   right-to-carry laws increase violent crime constitutes

12   persuasive evidence that any beneficial effects from gun

13   carrying are outweighed by the increases in violent crime that

14   these laws stimulate; correct?

00:30    15   A.   Yes, that adoption of right-to-carry seems to stimulate

16   violent crime.

17   Q.   And this case is not about the right to bear arms outside

18   of the home, but about the right to possess them in the home,

19   so I'll not question you about your conclusions in this study.

00:30    20   But you have not done a comparable study on the issue of state

21   laws limiting magazine capacity; correct?

22   A.   No, it took me about 20 years to do this one paper, so I

23   haven't spent that much time on the issue of the large

24   capacity magazines.

00:30    25   Q.   And you're not aware of any completed Panel Data analyses

Donohue - Cross - Patterson

1  of state laws limiting magazine capacity; correct?

2  A.   I do know some individuals are at work on that, but I

3  haven't seen the results of that yet.

4  Q.   So you're not aware of any completed Panel Data analyses

00:31  5  on state laws limiting magazine capacity; correct?

6  A.   That's correct.

7  Q.   And you're not aware of any published peer-reviewed

8  studies that have sought to compare the effects of different

9  states' approaches to magazine capacity limits; correct?

00:31  10  A.   Not state-wide analyses.

11  Q.   And you're not away of any Lasso analyses of state laws

12  limiting magazine capacity; correct?

13  A.   That's correct.

14  Q.   And you're not aware of any Synthetic Controls analyses

00:31  15  of state laws limiting magazine capacity; correct?

16  A.   That's correct.

17  Q.   And the effects of reducing a state's magazine capacity

18  limit from 15 rounds to 10 rounds, is not something that's

19  been independently evaluated; correct?

00:31  20  A.   Not to the same degree as my paper here.

21         THE COURT:  I'm sorry; what's your objection, Mr.

22  Showell?

23         MR. SHOWELL:  I think the question is ambiguous to

24  the extent that it references I believe it was studies, and we

00:32  25  don't know whether Mr. Patterson's referring to published

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   studies, peer-reviewed studies, Internet studies, we just

2   don't know the quality of what Mr. Patterson's driving at.

3   That would be the basis for my objection.

4          THE COURT:  All right, overruled.

00:32   5          MR. PATTERSON:  Okay.

6          THE COURT:  I think it was studies, and the doctor

7   in his answer was answering in terms of all kinds of studies.

8          MR. PATTERSON:  And I actually asked whether that's

9   been something that's been independently evaluated and did not

00:32   10  use the word studies in that question.

11  BY MR. PATTERSON:

12  Q.  So if we turn back to your paper, the one that we're on

13  now, if we go to page 18 --

14         THE COURT:  What tab are we in?

00:32   15         MR. PATTERSON:  We're on tab 7.  And there's a table

16  on that page entitled Table Of Explanatory Variables For Four

17  Panel Data Studies; correct?

18  A.  Yes.

19  Q.  And when conducting this type of analysis you try to

00:33   20  control for factors that might explain any change in violent

21  crime; correct?

22  A.  That's correct.

23  Q.  And looking at the table there's a column labeled

24  Explanatory Variables, and then four additional columns to the

00:33   25  right of that starting with DAW; correct?

Donohue - Cross - Patterson

1   A.   That's correct.

2   Q.   And DAW is your study; correct?

3   A.   That's true.

4   Q.   And the Xs under that heading are the explanatory

00:33   5   variables you used in your analysis; correct?

6   A.   That's correct.

7   Q.   And you sought to control for factors that could explain

8   any change in violent crime; correct?

9   A.   Yeah, all of the studies I reference try to control for

00:33   10   factors that would have a major impact on overall violent

11   crime.

12   Q.   And you did not control for whether the state has an

13   ammunition capacity limit; correct?

14   A.   None of the studies controlled for that.

00:34   15   Q.   And you don't think that this affects the validity of

16   your results; correct?

17   A.   I don't, no.

18   Q.   And that is because you believe that magazine capacity

19   limits have a small impact on overall violent crime rates;

00:34   20   correct?

21   A.   Yeah, the bigger impact of magazine bans would be on mass

22   shootings and public active shooting events.

23   Q.   And you believe they have a small impact on overall

24   violent crime rates; correct?

00:34   25   A.   Yeah, because violent crime is an enormous category,

Donohue - Cross - Patterson

1  including everything from rape and aggravated assault to

2  robbery and murder.

3  Q.  Okay.  Now, if we turn to tab 8, this is excerpts from a

4  study by Christopher Koper entitled Updated Assessment of the

00:35  5  Federal Assault Weapons Ban.  You're familiar with this study;

6  correct?

7  A.  I am.

8  Q.  And it was commissioned by the federal government;

9  correct?

00:35  10  A.  Yes.

11  Q.  And the federal assault weapons ban that we discussed

12  earlier, that was a nationwide ban; correct?

13  A.  Yeah, it wasn't as complete a ban as New Jersey has now

14  adopted, but it was a nationwide ban on the new proliferation

00:35  15  of large capacity magazines.

16  Q.  Okay.  And if we turn to page 96 under Summary, and the

17  second sentence, Professor Koper concluded:  That we cannot

18  clearly credit the ban with any of the nation's recent drop in

19  gun violence.  Correct?

00:36  20  A.  I'm just trying to find --

21  Q.  Yes, it's in the second sentence under that first

22  paragraph under Summary.

23  A.  Yes.

24  Q.  And you agree that this was the best conclusion with

00:36  25  respect to overall gun violence; correct?

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1    A.   Yeah, that does make sense to me.

2    Q.   And you believe that a ban on handguns would save more

3    total lives than a ban on ammunition magazines capable of

4    holding more than 10 rounds; correct?

00:36   5    A.   You know, as I mentioned they go in different directions;

6    handguns go to overall violent crime, and bans on large

7    capacity magazines go to active and public mass shooting

8    events.  And so one has a bigger affect on one and one has a

9    bigger affect on the other.

00:36   10    Q.   So putting those two things together, you believe that a

11    ban on handguns would save more total lives than a ban on

12    ammunition magazines capable have holding more than 10 rounds;

13    correct?

14    A.   I think that that's true.  Of course we don't have the

00:37   15    degree of evidence on handgun bans, but in general I think one

16    of the reasons why the U.S. has much a higher homicide rate

17    for example than our international competitors is that we do

18    have such a prevalence of handguns floating around the

19    country.

00:37   20    Q.   And if we could reduce overall gun deaths by 10 percent,

21    many more lives would be saved than if we eliminated all mass

22    shootings; correct?

23    A.   You know, there's an upward trend in mass shootings that

24    I'm concerned about, but at least for the current level that

00:37   25    we have been observing over the last decade or so, you would

Donohue - Cross - Patterson

1  save more lives with 10 percent reduction the overall

2  homicides.

3  Q.  Are you aware of any single mass public shooting in New

4  Jersey since 1990?

00:38  5  A.  No, I'm not.

6  Q.  How about in the last 50 years?

7  A.  You know, I wouldn't be aware because I haven't looked

8  back prior to 1990 on that.

9  Q.  And the police are extremely good at reducing crime;

00:38  10  correct?

11  A.  Well, that's a broad statement; I do think police are a

12  critical element in the battle against crime, yes.

13  Q.  Let's play from your deposition page 125 [sic - 126],

14  starting at line 16.

00:38  15          (Portion of videotaped deposition shown:

16          A. ...police are extremely good at reducing crime.)

17  BY MR. PATTERSON:

18  Q.  Do you recall giving that testimony at your deposition?

19  A.  I saw myself do it, so I recall that.

00:39  20  Q.  And you're aware plaintiffs are asserting a takings claim

21  in this case; correct?

22  A.  Yes.

23  Q.  And if we assume just for the sake of this question that

24  that claim has merit, and New Jersey must compensate existing

00:39  25  magazine owners before it can constitutionally implement its

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1    magazine capacity limit, it would be worthwhile to consider

2    the cost of that compensation to the state to determine

3    whether New Jersey would be better served by instead using

4    those resources to expand its police force; correct?

00:39    5    A.   Right, although I did tell you I thought the premise of

6    your counterfactual was extremely remote.

7    Q.   Right.  But accepting that premise for the sake of

8    argument, you agree with the conclusion that I asked you

9    about; correct?

00:39   10    A.   As I think I mentioned at the deposition, you always want

11   to consider are you allocating resources to reduce crime in

12   the most effective way.  So if the state had to spend a lot of

13   money on X, I'd want to know how much and think about, you

14   know, what's the best way to allocate that money.

00:40   15    Q.   And you have not done such a cost benefit analysis in

16   this case assuming the takings claim had merit; correct?

17   A.   Yeah, because I assumed the taking claim was frivolous.

18   Q.   Okay.  And you believe that having a smaller magazine

19   will force shooters to reload more often, thereby allowing

00:40   20   potential victims an opportunity to intervene or escape;

21   correct?

22   A.   I'm sorry; is there a way to repeat the question --

23   Q.   I'll ask it again.  You believe that having smaller

24   magazines would force mass shooters to reload more often,

00:41   25   thereby allowing potential victims an opportunity to intervene

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1    or escape; correct?

2    A.   Yes, I do.

3    Q.   So if we turn to tab 9, this is a study by Professor Gary

4    Kleck called Large Capacity Magazines and Casualty Counts in

00:41    5    Mass Shootings, The Plausibility Of Linkages.  You're familiar

6    with this study; correct?

7    A.   I am.

8    Q.   And this was published in Justice and Research Policy,

9    that's a peer-reviewed publication; correct?

00:41    10   A.   I believe it is.

11   Q.   Okay.  If we turn to page 44, and the paragraph just

12   above Conclusions.

13   A.   Okay.

14   Q.   Professor Kleck says:  In sum, in nearly all LCM involved

00:41    15   mass shootings, the time it takes to reload a detachable

16   magazine is no greater than the average time between the shots

17   that the shooter takes anyway when not reloading.

18        That's what Professor Kleck says; correct?

19   A.   That's what he said, yes.

00:42    20   Q.   And by LCM do you understand Professor Kleck to mean a

21   magazine capable of holding more than 10 rounds of ammunition?

22   A.   Yes.

23   Q.   Okay.  Now, I'm going to ask another hypothetical, I'll

24   ask you to assume a premise.  If you assume that Professor

00:42    25   Kleck's premise were true, if mass shooters do not shoot at a

Donohue - Cross - Patterson

1    rate that would be affected by having to pause and change

2    magazines, you agree that the conclusion may follow that a

3    magazine capacity limit would not make a difference in those

4    situations; correct?

00:42    5    A.   You know, this -- this sentence that we're on is so

6    bafflingly incorrect that it's hard for me to comment on it,

7    other than to say that is completely wrong and should not be

8    considered as valid evidence in this or any other case.

9    Q.   My question is asking you to assume that the premise is

00:43    10   true, that mass shooters do not shoot at a rate that would be

11   affected by having to pause and change magazines; so if we

12   assume that premise is true, I understand you disagree, you

13   agree that the conclusion may follow that a magazine capacity

14   limit would not make a difference in those situations,

00:43    15   correct?

16   A.   You know, I do not agree with that.

17   Q.   Okay.  Well, let's --

18           THE COURT:  Next question.

19           MR. PATTERSON:  Okay.

00:43    20           THE COURT:  I don't think you can ask him a

21   hypothetical and ask him to assume facts that he believes

22   aren't true; it doesn't make any sense to me.  Let's go to the

23   next question.

24           MR. PATTERSON:  Okay.

00:43    25   BY MR. PATTERSON:

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   Q.   So if we turn to page 45 of Professor Kleck's article.

2   A.   Okay.

3   Q.   Right above the Declaration of Conflicting Interests,

4   Professor Kleck discusses the federal law requiring background

5   checks, but explains that these only apply to purchases from

6   licensed gun dealers; correct?  There's a sentence starting

7   there's already a federal law requiring background checks, but

8   it only applies to purchases from licensed gun dealers.

9   A.   And which paragraph are we in?

10   Q.   The last full paragraph on page 45, before the

11   Declaration of Conflicting Interests.

12        THE COURT:  You're in the right spot.

13   A.   Yes, I do see that.

14   Q.   Okay.  And Professor Kleck continues:  Extending these

15   checks to cover private gun transfers that is implementing a

16   federal universal background check, is far more likely to

17   prevent significant numbers of gun crimes than measures aimed

18   at rarely used gun technologies like LCMs and extremely rare

19   types of violent incidents like mass shootings.

20        Do you agree with Professor Kleck that implementing a

21   federal universal background check would be more likely to

22   prevent significant numbers of gun crimes than measures aimed

23   at limiting magazine capacity?

24   A.   I mean I do think universal background checks would be a

25   good idea; whether they would address the same problem as a

Donohue - Cross - Patterson

1   large capacity magazine ban though, remember Adam Lanza killed

2   26 people in Newton because his mother had made the guns

3   available to him, so he didn't need to go through a universal

4   background check, and many of the mass shooters are in that

00:45   5   category.

6        So again it goes back to this overall crime issue

7   versus the mass shootings issue, and I do think maybe

8   universal background checks would have a greater impact on

9   overall crime, and the large capacity magazine ban would have

00:45   10   the greater impact in reducing the death toll and wounding

11   from mass shootings.

12   Q.   Let's go back to your declaration, paragraph 40.

13   A.   Okay.

14   Q.   Actually on page 22, the last sentence of paragraph 40,

00:46   15   begins:  An effective ban on high capacity magazines would

16   likely have significantly reduced the number of deaths at the

17   Las Vegas concert because Stephen Paddock would have only been

18   able to fire one-third the number of bullets he did had he

19   been forced to rely on guns with only 10 bullets in each

00:46   20   magazine instead of the 30 he used.

21        Correct?

22   A.   Yes, that's what it says.

23   Q.   And Paddock actually used magazines capable of holding up

24   to 100 rounds; correct?

00:47   25   A.   Yes.  I do need to go back and verify exactly the

Donohue - Cross - Patterson

1   magnitude that he had available, but clearly it was well in

2   excess of 10.

3   Q.   And it was well in excess of 30; correct?

4   A.   I think that's right, and at the time I wrote this I must

00:47   5   have been relying on inaccurate information.

6   Q.   And the plaintiffs in this case are not seeking a right

7   to own 100-round magazines; correct?

8   A.   That's -- that's correct.

9   Q.   And they aren't even seeking to own 30-round magazines;

00:47   10   correct?

11   A.   That's correct.

12   Q.   Returning to that sentence in paragraph 40, you said:

13   That an effective ban on high capacity magazines would likely

14   have significantly reduced the number of deaths at the Las

00:48   15   Vegas concert.  Correct?

16   A.   Yes.

17   Q.   And that is because the emphasis on the word effective is

18   because of the law on the books does not actually prevent a

19   would be mass shooter from obtaining a banned magazine, any

00:48   20   potential benefits from the use of smaller magazines would not

21   be realized; correct?

22   A.   Well, the point I was trying to make is if we could have

23   kept the high capacity magazine away from Stephen Paddock,

24   many more individuals would have been saved, and that's true

00:48   25   whether he used 30, 100 or 15, the smaller the magazine, the

Donohue - Cross - Patterson

1    less death and mayhem there would have been.

2    Q.   I understand that's your testimony --

3         THE COURT:  What do you mean by effective ban?

4         THE WITNESS:  You know, obviously it's hard to

5    identify what would happen in any single case.  I was just

6    trying to say that if we could have kept large capacity

7    magazines away from one of the single worse mass shooters this

8    would have been beneficial.  But --

9         THE COURT:  So does an effective ban mean a ban of

10   all magazines?

11        THE WITNESS:  You know, I do think that, for

12   example, the federal assault weapon ban was beneficial and

13   reduced the number of serious gun massacres, and that did

14   restrict large capacity magazines to 10 from the period 1994

15   to 2004.  So, to me it's very regrettable that that ban was

16   allowed to lapse in 2004, and New Jersey is trying to bring us

17   back to where we were with the federal assault weapon ban, and

18   I think that's a wise move to follow New York and Maryland and

19   California and many other states that have adopted this

20   approach.

21        THE COURT:  Okay, thank you.

22        Next question.

23   BY MR. PATTERSON:

24   Q.   Only eight states in the nation have a 10-round magazine

25   capacity limit; correct?

Donohue - Cross - Patterson

1    A.   I think that's the correct number.

2    Q.   Even if a particular state chooses to make it harder for

3    some would-be killers to get their weapons, these efforts can

4    be uncut by the jurisdictions that hold out from these

00:50    5    efforts; correct?

6    A.   It's clear that states that, you know, lag in their gun

7    regulation impose burdens on neighboring states.

8    Q.   And Pennsylvania does not have a magazine capacity limit;

9    correct?

00:50    10   A.   Not to my knowledge, no.

11   Q.   Are you aware that there is a gun shop in Pennsylvania

12   legally selling magazines in excess of 10 rounds less than 10

13   miles from this court -- or less than two miles from this

14   courthouse?  Sorry.

00:51    15   A.   Yeah, I wouldn't know the geography that well, I'm in

16   California now.

17   Q.   Is there any reason to believe that someone like Stephen

18   Paddock looking to commit a copycat crime in New Jersey, would

19   not simply drive to Pennsylvania to get magazines if he

00:51    20   thought they would make a difference to the outcome of his

21   attack?

22   A.   Yeah, I think you can't stop all of the mass shootings.

23   You mentioned universal background check, Stephen Paddock

24   could have passed the universal background check, but I still

00:51    25   think universal background checks are a good thing even though

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   they aren't perfect, and bans on large capacity magazines

2   won't stop every illegal use, but I think they are beneficial.

3   Q.   To carry out a mass shooting in New Jersey a person would

4   need to be willing to break a number of other laws other than

00:51      5   those at issue in this case; correct?

6   A.   To carry out a mass shooting?

7   Q.   Yes.

8   A.   I mean if you're shooting people then you're violating --

9   Q.   Shooting people is against the law; correct?

00:52      10   A.   Yes.

11   Q.   And since New Jersey is not a right-to-carry state no one

12   can expect to lawfully have a gun of any kind accessible to

13   them at all times in the State of New Jersey; correct?

14   A.   That's right.

00:52      15   Q.   And the type of mass shootings you are focused on tend to

16   happen in public; correct?

17   A.   Yes.

18   Q.   Most of the mass shooting incidents you discussed in your

19   declaration, the shooters used magazines in excess of 15

00:52      20   rounds; correct?

21   A.   Yeah, most of them, yes.

22   Q.   And New Jersey already banned magazines of that capacity

23   before enacting the current law; correct?

24   A.   Yes, it's had a 15-round limit for some time.

00:52      25   Q.   And some of the incidents you cite occurred in schools;

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   correct?

2   A.   Some of them did occur in schools, yes.

3   Q.   And it's generally unlawful to carry a gun on school

4   grounds; correct?

00:53   5   A.   Yeah, for members of the public as opposed to police or

6   security guards.

7   Q.   Someone willing to break other laws including those

8   against murder, will not be deterred from using a particular

9   ammunition magazine simply because New Jersey makes it

00:53   10   illegal; correct?

11   A.   You know, again, remember, Adam Lanza only was able to

12   use large capacity magazines because his mother had lawfully

13   bought them and kept them in the home.  This was a person who

14   hadn't left his room for months at a time, he was not in a

00:53   15   position to drive two miles across state lines, he used what

16   was available.  And that's again one of the benefits of having

17   bans on large capacity magazines, you keep them from being

18   stolen and used by individuals who, you know, suddenly have

19   them available as many of the mass shootings have occurred.

00:54   20       Many of the mass shooters did not seek out large capacity

21   magazines, they just used what was easily available, and it

22   would have been hard or impossible for many of those mass

23   shooters to seek out other magazines.

24           THE COURT:  So could you repeat your question?

00:54   25           And, Doctor, this time you have to answer the

Donohue - Cross - Patterson

1    question.

2    Q.   Someone willing to break other laws including those

3    against murder, will not be deterred from using a particular

4    ammunition magazine simply because New Jersey makes it

00:54    5    illegal; correct?

6    A.   Will not be deterred by the fact that it is illegal?

7    Q.   Yes.

8    A.   I mean if what you mean is deterred by the fact of a

9    legal prohibition --

00:54    10    THE COURT:   You don't understand the question then?

11    You have to use another word besides deterred.

12    MR. PATTERSON:   Okay.

13    THE COURT:   Or you have to define it.

14    Q.   Well, by deterred I mean they will choose -- someone

00:55    15    willing to break other laws including those against murder,

16    will not choose to refrain from using a particular ammunition

17    magazine simply because New Jersey has made it illegal;

18    correct?  If that magazine were otherwise available to them.

19    A.   Yeah, if they want to kill a lot of people they will use

00:55    20    whatever they have available.

21    Q.   Okay.  Let's turn to tab 10, and this is Firearms and

22    Violence, A Critical Review, this is another National Research

23    Council report or excerpts from it anyway.  You're familiar

24    with this report; correct?

00:55    25    A.   Yes.

Donohue - Cross - Patterson

1   Q.   So for New Jersey's law to be successful, it must

2   frustrate would-be killers' efforts to obtain the banned

3   magazines in the first place; correct?

4          MR. SHOWELL:   Judge, I've got to object to that.   I

00:56   5   think it's lacking utterly any kind of foundation and just

6   purely a speculative question.

7          THE COURT:   If you know.

8          THE WITNESS:   It is sort of vague and speculative.

9   BY MR. PATTERSON:

00:56   10   Q.   Okay.   But we just -- you just agreed that if these, I

11   believe, magazines are not available to a mass killer, they're

12   not going to choose not to use it simply because it's illegal;

13   right?

14          MR. SHOWELL:   Judge, I've got to object again; these

00:57   15   magazines is vague, I don't know what he's --

16   Q.   Magazines capable of holding more than 10 rounds of

17   ammunition.

18   A.   Yes.

19   Q.   Okay.   So if we turn to page 8 of this Firearms and

00:57   20   Violence excerpt.   Under Restricting Access, the National

21   Research Council, this is the first paragraph there, says:

22   Firearms are bought and sold at markets both formal and

23   informal; to some observers to suggest that one method for

24   reducing the burden of firearm injuries is to intervene in

00:57   25   those markets as to make it more expensive, inconvenient or

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   legally risky to obtain firearms for criminal use or suicide.

2       Correct?

3   A.   Yes.

4   Q.   And then skipping down to the last paragraph on that

00:57   5   page, they state:  Arguments for and against a market based

6   approach are now largely based on speculation, not evidence

7   from research.  Correct?

8   A.   Yeah, that's what they said in 2004.

9   Q.   Okay.  And if we turn to -- let's turn back to tab 8.

00:58   10   Which was Professor Koper's study of the federal ban.

11   A.   Yes.

12   Q.   And we'll turn to page 96 again.  And under Summary it

13   says:  Although the ban has been successful in reducing crimes

14   with AWs - which in this context means assault weapons;

00:58   15   picking up with the quote:  Any benefits from this reduction

16   are likely to have been outweighed by the steady or rising use

17   of non-banned semi-automatics with LCMs which are used in

18   crime much more frequently than AWs.

19           THE COURT:  I'm sorry; what page are you on?

00:59   20           MR. PATTERSON:  I'm on page 96, your Honor.

21           THE COURT:  Thank you.

22           MR. PATTERSON:  Under Summary.

23   Q.   And by LCMs, Professor Koper means magazines capable of

24   holding more than 10 rounds of ammunition; correct?

00:59   25   A.   That's correct.

Donohue - Cross - Patterson

1    Q.   And Koper found that the criminal use of 11-plus-round

2    magazines held steady or even increased during the 10-year

3    federal ban; correct?

4    A.   I'm not sure exactly on that precise point what Koper

00:59    5    found.

6    Q.   Okay.   But he stated that:   Any benefits from the

7    reduction and use of AWs are likely to have been outweighed by

8    the steady or rising use of non-banned semi-automatics with

9    LCMs.   Correct?

00:59    10   A.   Right, and again he's referring to overall violent crime

11   here.

12   Q.   Right.   You believe that the incidents of mass shootings

13   was reduced by the federal ban; correct?

14   A.   I do.

01:00    15   Q.   If we turn to tab 11, there is an article here entitled

16   Tenuous Connections Involving Mass Shootings, Mental Illness,

17   And Gun Laws, by James Alan Fox and Emma Fridel; do you see

18   that?

19   A.   Yes.

01:00    20   Q.   And this was published in the journal Violence & Gender

21   in 2016; correct?   According to the paper here.

22   A.   Yes, that's what it says.

23   Q.   And that is a peer-reviewed journal; is that right?

24   A.   Violence & Gender; I've never heard of it.

01:00    25   Q.   Okay.   You don't have any reason to believe it's not a

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1  peer-reviewed journal, do you?

2  A.   Yeah, I don't have any reason not to think it's a

3  peer-reviewed journal, but I've never heard of it.

4  Q.   You believe James Alan Fox is a respected researcher;

01:01   5  correct?

6  A.   You know, he's -- he's a serious researcher; I have

7  problems with some of his work, but, you know, I'd be

8  interested to see what he says.

9  Q.   And you agree that he's respected; correct?

01:01   10  A.   You know, he's -- he's a well-known researcher.

11  Q.   Okay.  Let's play your deposition, page 35, starting at

12  line 6.

13       (Portion of videotaped deposition shown:

14       A. You know, that's some research that is being

01:01   15       conducted by Michael Siegel and James Alan Fox, who are

16       two criminal justice oriented researchers.

17       Q. Are those well-respected researchers?

18       A. I think they are respected.)

19  BY MR. PATTERSON:

01:02   20  Q.   Do you recall giving that testimony?

21  A.   I think you asked me well-respected and I said respected.

22  Q.   And you weren't willing to even give me that much here,

23  so that's why we played it.

24       So if you turn to page 16, in the last paragraph on the

01:02   25  page, the authors of this paper write in the second sentence

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1  of that paragraph:  Despite the good intentions of the ban --

2  and they're talking about the federal assault weapon ban.

3  Picking back up that quote:  Its impact on mass killings was

4  negligible.

01:02  5       Do you agree that's what the authors here state;

6  correct?

7  A.  So we're on page --

8  Q.  On page 16, the last paragraph on the page, second

9  sentence.

01:02  10  A.  Last paragraph on the page; yeah, that's what it says.

11       MR. PATTERSON:  Your Honor, I would like to move

12  this document into evidence also.  If the State would like

13  until 1:00 to make any objection we would be fine with that.

14       THE COURT:  Do you wish to wait --

01:03  15       MR. SHOWELL:  I wish to be heard on that, Judge.

16       THE COURT:  All right.  You can be heard.

17       MR. SHOWELL:  It's a lengthy journal article, you

18  know, I haven't seen this before, I don't know whether the

19  source of the peer-reviewed journal -- I know nothing about

01:03  20  this.  These binders were put together well before this

21  morning, there's no reason that plaintiffs could not have

22  shared this material with us last night and given us a chance

23  to evaluate it.  We agreed on common exhibits a week ago,

24  Judge.  I'm just -- I'm baffled by stuff popping out of the

01:04  25  woodwork at the last minute here.

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1          MR. PATTERSON:  We also agreed that impeachment

2     materials could be excluded from the exhibit list explicitly.

3          MR. SHOWELL:  And we also agreed that those

4     impeachment materials would not be sought to be admitted as

01:04     5     substantive evidence.  So I think that pretty much settles it

6     right there, Judge.

7          MR. PATTERSON:  I don't recall that aspect of the

8     agreement, your Honor.

9          THE COURT:  Well, at any rate --

01:04     10          MR. SHOWELL:  That was definitely agreed to.

11          THE COURT:  Mr. Showell, I'll listen to any

12     arguments you have -- I said 1 o'clock, but we usually break

13     for a half hour right after lunch, and I'll make a

14     determination at that time.  So we'll reserve on tab 11.

01:04     15     BY MR. PATTERSON:

16     Q.   Okay.  If we go to tab 12 now.  This exhibit is in

17     evidence, it's America's Experience With the Federal Assault

18     Weapon Ban 1994 to 2004, and if you turn to -- two pages

19     you'll see in particular, a few pages, the heading is chapter

01:05     20     12, America's Experience With the Federal Assault Weapons Ban

21     1994 to 2004 by Christopher S. Koper; correct?

22     A.   Yes.

23     Q.   And if you turn to page 166, in discussing the federal

24     assault weapons ban, the first full paragraph --

01:05     25          THE COURT:  I'm sorry; you lost me.

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1            MR. PATTERSON:  Sorry, your Honor; page 166.

2            THE COURT:  I didn't catch the tab.

3            MR. PATTERSON:  Oh, tab 12; I'm sorry.

4            THE COURT:  Sorry, I was on -- so that's reducing

01:05    5  guns in America?

6            MR. PATTERSON:  Reducing gun violence in America,

7  correct.

8            THE COURT:  But you said it was by --

9            MR. PATTERSON:  Well, this is a book and so we

01:05   10  edited by Daniel Webster, and we're looking at a chapter

11  written by Christopher Koper in that book.  So on page 166 is

12  where we are.

13  BY MR. PATTERSON:

14  Q.   And the first full paragraph on that page, Professor

01:06   15  Koper says:  That it was also difficult to judge the ban's

16  effects on the more specific problems of mass shootings.

17  Correct?

18  A.   Yes.

19  Q.   And you did not acknowledge this chapter by Koper in your

01:06   20  declaration; correct?

21  A.   Yeah, I have better and more recent evidence.

22  Q.   Okay.  And you rely on Louis Klarevas' analysis to

23  support your claim that the federal ban reduced mass

24  shootings; correct?

01:06   25  A.   I do.

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   Q.   And you like to replicate someone's results before you

2   are fully comfortable adopting their methodology; correct?

3   A.   As a general matter if I can, that's nice to do.

4   Q.   And you have not tried to replicate Klarevas' results;

01:07   5   correct?

6   A.   I've evaluated it, and everything seems appropriate, but

7   if you mean I went through every one of his cases, I have not

8   done that.

9   Q.   You have not subjected Klarevas' work to the same degree

01:07   10   of scrutiny you have subjected John Lott's work on

11   right-to-carry laws; correct?

12   A.   Yes, as I mentioned I worked for 20 years on the

13   right-to-carry issue and I haven't worked for 20 years on

14   issues about large capacity magazines.

01:07   15   Q.   So the answer is you have not subjected Klarevas' work to

16   the same degree of scrutiny that you have subjected John

17   Lott's work on right-to-carry laws; correct?

18   A.   Again because it's a simpler problem and doesn't really

19   require the same degree, but yes, I have not.

01:07   20   Q.   Okay.   And Klarevas' data is based on an analysis of

21   incidents where six or more people were killed; correct?

22   A.   That's correct.

23   Q.   Gun researchers often define a mass shooting to include

24   incidents with four or more people killed; correct?

01:08   25   A.   Yeah, there are many many different definitions of mass

Donohue - Cross - Patterson

1    shootings, and Klarevas focuses on six or more which he calls

2    gun massacres.

3    Q.   Are you aware that Klarevas himself defines a mass

4    shooting to be an incident in which at least four people were

01:08    5    shot in a single incident regardless of whether it occurred in

6    public?

7    A.   In the work that I was relying on I was looking at his

8    gun massacre data which defined a gun massacre as six or more

9    deaths killed in a single incident.

01:08    10    Q.   And are you aware that in analyzing gun massacres

11    Klarevas limited himself to incidents in which six or more

12    people were killed due to a lack of resources?

13    A.   I'm not sure what you mean by that.

14    Q.   Well, turn to tab 13, and this is excerpts from Klarevas'

01:09    15    book, Rampage Nation.

16    A.   Okay.

17    Q.   And if we turn to page 303, and there's footnote 84

18    there.  It's the last page in this excerpt.

19    A.   Okay.

01:09    20    Q.   And it says:  Because research funding was not available

21    to me, I didn't have the resources to search out and catalog

22    every mass shooting, at least four people shot in a single

23    incident, that occurred in the United States since 1966.

24    Correct?

01:09    25    A.   That's correct.

Donohue - Cross - Patterson

1   Q.   And then in the next sentence he says:  Just tracking

2   down the mass shootings where five people were shot to death

3   would likely more than doubled my data set.  Correct?

4   A.   That's correct.

01:10   5   Q.   And you discussed earlier the 2013 report by the National

6   Research Council, the 2013 report for which you served as a

7   reviewer; correct?

8   A.   Yes.

9   Q.   So let's turn back to that, it's at tab 4.

01:10   10   A.   Tab 4; okay.

11   Q.   And if we turn to page 38 out of 64.

12   A.   Okay.

13   Q.   I think you beat me to it.  And the first line on that

14   page, the National Research Council says:  Whether gun

01:10   15   restrictions reduce firearm-related violence is an unresolved

16   issue.  Correct?

17   A.   Yes.

18   Q.   And then if we turn to page 42, the second -- actually

19   the third paragraph on that page, third sentence, the National

01:11   20   Research Council says:  That controlling access to guns

21   through background checks for restrictions on particular types

22   of firearms remains controversial and requires additional

23   research; correct?

24   A.   So we're on page 42, third paragraph?

01:11   25   Q.   Third full paragraph, yes, it starts, community based

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1 programs?

2 A.   Yes; and then where in that paragraph --

3 Q.   So the first sentence in that paragraph and I can read it

4 again, it says:  Controlling access to guns through background

01:11   5 checks or restrictions on particular types of firearms remains

6 controversial and requires additional research.  Correct?

7 A.   Yes, that's what it says.

8 Q.   And then if we look at the paragraph above that one, it

9 says:  Regarding interventions for public mass shootings,

01:12   10 there is no conclusive information about which policies and

11 enforcement and prevention strategies might be effective.

12 Correct?

13 A.   Yeah, that's what it says.

14 Q.   You were aware of these conclusions when you drafted your

01:12   15 expert declaration in this case; correct?

16 A.   Yes.

17 Q.   And you did not cite them in your declaration though;

18 correct?

19 A.   No, I did not.

01:12   20 Q.   And it is your opinion that the problem of mass shootings

21 in the United States is getting worse; correct?

22 A.   Yeah, the active public shootings are clearly rising.

23 Q.   Okay.  If we turn to tab 14, this is another article by

24 James Alan Fox and a co-author, this one is on the exhibit

01:12   25 list and admitted; and it was published in the Journal of

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1  Homicide Studies.  Now, is that a peer-reviewed journal?

2  A.   Yes.

3  Q.   If we turn --

4        THE COURT:  I'm sorry; what tab are you on?

01:13  5        MR. PATTERSON:  I'm on tab 14.

6        THE COURT:  Thank you.

7  Q.   And if we turn to page 128, there's a heading that says

8  Myth-Mass Mass Shootings Are on the Rise.

9  A.   Um-hmm.

01:13  10  Q.   And then the last sentence in the first full paragraph

11  under that heading, says:  That mass shootings have not

12  increased in number or overall death toll, at least not over

13  the past several decades.  Correct?

14  A.   Which page are we on?

01:13  15  Q.   We're on page 128, the last sentence of the paragraph

16  under Myth-Mass Shootings Are on the Rise.  It says:  Mass

17  shootings have not increased in number or overall death toll

18  at least not over the past several decades.  Correct?

19  A.   Yeah, and he ends his data in 2011 and we've had, you

01:14  20  know, seven additional horrifying years of increases since

21  then.

22  Q.   Okay.  And you did not cite or acknowledge Fox's study in

23  your declaration; correct?

24  A.   I cited the best evidence from the FBI on this.

01:14  25  Q.   Well, let's turn to tab 1 of your declaration.

Donohue - Cross - Patterson

1  A.   Okay.

2  Q.   Or tab 1 which contains your declaration.

3  A.   Um-hm.

4  Q.   Paragraph 23.  And under the heading the Problem of Mass

01:15   5  Shootings in the U.S. is Getting Worse, the first paragraph

6  there says:  Although the long-term secular trend in overall

7  crime has been benign over the last 25 years, there has been a

8  concurrent upward trend in mass shootings from an average of

9  2.7 event per year in the 1980s, to an average of 4.5 events

01:15  10  per year from 2010 to 2013.

11       And then in the footnote you cite a congressional

12  research service report; correct?

13  A.   Yes.

14  Q.   So we're going to look at that report, which is at tab

01:15  15  15.  And this report behind tab 15, that indeed is the report

16  that you cited in your declaration; correct?

17  A.   Yes.

18  Q.   Now, if we turn to page 14, we see there's a chart on

19  page 14, and then underneath that chart there's a paragraph

01:16  20  that begins in consultation with Grant Duwe; do you see that

21  paragraph under the chart?

22  A.   Yes.

23  Q.   So, is the data that is presented in the remainder of

24  this page, and then the beginning of the next page, the first

01:16  25  line of the next page, is that the data that you relied upon

Donohue - Cross - Patterson

1  in your report?  On paragraph 23.

2  A.   It's hard for me to note right here where the data comes

3  from, but, you know, I did cite the numbers that I was

4  referring to from an average of 2.7 mass shootings per year in

01:17   5  the 1980s to an average of 4.5 from 2010 to 2013.

6  Q.   And that's the same results that are shown here; correct?

7  A.   Yes.

8  Q.   And this is the same report that you referred to;

9  correct?

01:17   10  A.   Yes.

11  Q.   Okay.  Now, most of that increase from 2.7 to 4.5 took

12  place from the 1980s to the 1990s; correct?

13  A.   Yeah, that was -- that was a biggest part of the

14  increase.

01:17   15  Q.   So it wasn't 2.7 to 4.0; correct?

16  A.   2.7 -- yes.

17  Q.   And you did not mention that fact in your declaration;

18  correct?

19  A.   No, I was just pointing out the long-term trend over this

01:18   20  data period.

21  Q.   Okay.  And if you compare -- if you want to compare

22  apples to apples you would want to compare the rate per

23  capita; correct?

24  A.   Yeah, you would certainly refine the analysis in that

01:18   25  way.

Donohue - Cross - Patterson

1   Q.   Okay.  And if we turn to tab 16, we've put together a

2   chart here using the population of the United States.  And

3   according to our calculations, you'll see that the number of

4   mass shootings per hundred million people was actually lower

01:18   5   from 2010 to 2013 than 1990 to 1999; correct?

6   A.   So you're saying incidents per 100,000 --

7   Q.   Hundred million.

8   A.   So it's up in the last decade, but lower in the '90s.

9   Q.   It's lower now today than in the '90s according to our

01:19   10   calculations; correct?

11   A.   That's what your calculation shows.

12   Q.   Okay.

13        MR. PATTERSON:  And your Honor, we'd like to move

14   this chart into evidence.  I'm expecting an objection from the

01:19   15   State.

16        THE COURT:  It's not his document.

17        MR. SHOWELL:  We do have an agreement -- Judge, I

18   think -- I don't have documentation that there was an express

19   agreement that cross-examination materials wouldn't be

01:19   20   admitted, but the ordinary practice is that, you know,

21   materials used solely for cross-examination aren't admitted

22   into evidence, and I don't really see a reason for varying

23   from that.

24        MR. PATTERSON:  Your Honor, I'm reading from -- just

01:20   25   the refresh Mr. Showell's recollection, that the e-mail

Donohue - Cross - Patterson

1    reflecting our agreement says:  We didn't expect that the list

2    would preclude either side from introducing other exhibits at

3    trial for purposes of impeachment during cross-examination.

4    So --

01:20          5          MR. SHOWELL:  So it doesn't speak to the --

6          THE COURT:  My ruling is the objection is sustained.

7    It doesn't look like it's the Dr. Donohue's or Mr. Donohue's

8    chart.  You asked him to refer to a chart that you made; I

9    don't know who made the chart, I don't know anything about the

01:20   10   facts in the chart.  At this point I'm not admitting it into

11   evidence.

12         MR. PATTERSON:  Okay.  Thank you, your Honor.

13   BY MR. PATTERSON:

14   Q.   And if we extended the data for public mass shootings

01:20   15   from 2013 to run through 2017, the average 4.5 that you

16   reported in your report would actually be lower; correct?

17   A.   Yeah, I don't have that number right in front of me.

18   Q.   So you don't know whether or not it would be higher or

19   lower.

01:21   20          MR. SHOWELL:  Judge, I have to object on the basis

21   of foundation; he's being asked to testify on the basis of no

22   data whatsoever.  There's nothing on this chart -- even if we

23   were to take this chart at face value, there's nothing in the

24   '13 to '17 period reflected on this.

01:21   25          MR. PATTERSON:  I'm asking about his knowledge, not

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   the chart.

2        THE COURT:  All right.  Why don't you rephrase that

3   question, because I thought you were asking a question on the

4   chart, but you're saying you're not.

01:21    5        MR. PATTERSON:  Yes.

6   BY MR. PATTERSON:

7   Q.   So I'm just asking as a general matter, would you agree

8   that the number of mass shootings per year from 2014 to 2017

9   has been less than 4.5 per year?

01:22   10   A.   Yeah, I don't want to speculate on that.

11   Q.   In paragraph 26 of your declaration, you state that:  In

12   addition to the well-documented overall increase in mass

13   public shootings in the United States, there's been an equally

14   dramatic rise of these events in school settings.  Correct?

01:22   15   A.   Yes.

16   Q.   Okay.  And if we turn to tab 19, this is a book chapter

17   called the Menace Of School Shootings In America, by James

18   Alan Fox and Emma Fridel; correct?

19   A.   Which tab?

01:22   20   Q.   This is tab 19.

21   A.   Um-hmm.  So we're back to James Alan Fox.

22   Q.   Back to James Alan Fox, yes.

23   A.   Seems to be a theme here.

24   Q.   And if you turn to page 19, table 1.2 is labeled School

01:23   25   Shootings And Mass Shootings 1992/93 through 2014/2015.  And

Donohue - Cross - Patterson

1    if you look at the students killed-per-million column, you

2    would agree that the number of students killed per million in

3    school shootings was generally higher in the 1990s than it has

4    been in the past decade; correct?

01:23    5    A.   Higher in the 1990s; I mean that seems to be what this

6    table is showing.

7    Q.   Okay.  And if we turn back to page 18 which is just the

8    facing page of this --

9    A.   Yeah.

01:23    10   Q.   And the last full paragraph, second sentence, the authors

11   state:  Contrary to the impression that many Americans have

12   formed from watching media saturation surrounding high profile

13   school massacres, the number of incidents and of victims both

14   overall and of students only, were appreciable larger in the

01:24    15   early 1990s when concerns about school violence were not

16   center stage in public discourse.  Correct?

17   A.   Yeah, that's what he says.

18   Q.   And you did not acknowledge this study in your

19   declaration; correct?

01:24    20   A.   No, I cited a study that has a very different conclusion.

21   Q.   Okay.  And you believe that gun control dramatically

22   reduced mass shootings in Australia; correct?

23   A.   I do.

24   Q.   And in fact you state that:  While there were 13 mass

01:24    25   public shootings in Australia from 1979 to 1996 there have

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   been none in the 22 years since.  Correct?

2   A.   That's right.

3   Q.   And that sort of statement is essentially a time series

4   analysis; correct?

01:24   5   A.   Yes.

6   Q.   And so that just looks at an extended period of time for

7   a single jurisdiction; correct?

8   A.   That's correct.

9   Q.   And the time series analysis does not handle the

01:25   10   counterfactual well, which is the key to causal analysis;

11   correct?

12   A.   Yeah, in general that's true, yes.

13   Q.   Okay.  If we turn to tab 20.  This is a study called Mass

14   Shootings in Australia and New Zealand-A Descriptive Study Of

01:25   15   Incidence, and this was published in the Justice Policy

16   Journal.  Is that a peer-reviewed publication?

17   A.   You know, it may be some Australia journal I'm not

18   familiar with.

19   Q.   Okay.  And this study compared mass shootings in

01:25   20   Australia and New Zealand, and if we turn to the paragraph --

21   or page -- unfortunately the pages in the study are not

22   numbered, but there's a heading that says Conclusions on that

23   page.

24   A.   All right.

01:26   25   Q.   And also a table 2.

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1   A.   Page 14, yes, I see Conclusions.

2          MR. PATTERSON:  I'll wait for your Honor to get

3   there.

4          THE COURT:  Got it.

01:26   5          MR. PATTERSON:  Okay, great.

6   Q.   And under Conclusions, the authors state that:  The

7   hypothesis that Australia's prohibition of certain types of

8   firearms explain the absence of mass shootings in that country

9   since 1996 does not appear to be supported; rather it can be

01:26   10  seen that both Australia and New Zealand, a country where

11  firearms banned in Australia, self-loading long-arms and

12  pump-action shotguns are still available for the purposes of

13  target shooting and hunting, have now experienced very similar

14  periods of time without the occurrence of a mass shooting

01:27   15  event.  Correct?

16  A.   That's what it claims.

17  Q.   Okay.  And then on the next page, in the first full

18  paragraph there they say that:  This finding cannot readily be

19  explained by differences in population size or preexisting

01:27   20  differences in the occurrence of mass shootings between the

21  two countries, both of which were controlled for during the

22  analyses.  Correct?

23  A.   That's what it says.

24  Q.   And you were aware of this study when you prepared your

01:27   25  declaration in this case; correct?

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1  A.   Yeah, and I really put zero value on this study, it's not

2  done by reliable researchers.

3  Q.   And you failed to mention it in your declaration though;

4  correct?

01:27  5  A.   Yeah, I didn't need to go out of my way to say this is a

6  worthless study, so I didn't include it.

7  Q.   In your declaration you say that there have been no mass

8  public shootings in Australia since 1996; correct?

9  A.   Yes.

01:28  10  Q.   If we turn to tab 22 -- actually let's turn to tab 21

11  first.  It's a news article entitled Lockhart Shooting, Geoff

12  Hunt killed family before killing himself to spare them future

13  pain inquest hears; and the article states that Kim Hunt, 41,

14  and her children, Fletcher, 10, Mia, 8, and Phoebe, 6, were

01:28  15  found dead on their farm in Lockhart in September of 2014.

16  Skip to the next paragraph, then says:  All were killed with a

17  single gunshot wound.

18       Now, you didn't acknowledge this shooting in your

19  declaration; correct?

01:29  20  A.   Yeah, again, I was referring to sort of the mass public

21  shootings that the FBI has indicated are on the rise, while

22  this is a domestic family dispute, and the nature of the

23  killing is very different.  If you compare the mass shooting

24  events where the people get hit by multiple bullets, it's very

01:29  25  different, and that's where the large capacity magazines makes

Donohue - Cross - Patterson

1    such a difference.

2    Q.   Okay.  And so you're making a distinction between

3    domestic events and public events; is that correct?

4    A.   That's correct.

01:29    5    Q.   Okay.  If we turn to tab 22, this is a 2018 article about

6    an Australia mass shooting in May, saying that the killer is

7    among seven dead in Osmington.  And you didn't include this

8    one because it also was a domestic incident; is that correct?

9    A.   Yes, that's right.

01:30    10   Q.   And in your declaration you state that there were 13 mass

11   public shootings in Australia during the period 1979 to 1996;

12   correct?

13   A.   Yes.

14   Q.   And you didn't cite anything for that assertion; correct?

01:30    15   A.   No, I didn't.

16   Q.   And you have not studied the facts of those incidents

17   yourself; correct?

18   A.   You know what, I have looked at a number of them, I

19   haven't gone through them all in the same detail that I have

01:30    20   on certain matters.

21   Q.   You haven't independently reviewed the details of each of

22   those 13 incidents; correct?

23   A.   You know, I've -- I had looked at them but I wouldn't say

24   I've gone through every single one of them.

01:30    25   Q.   Okay.  If we turn to tab 23, this is an article from the

Donohue - Cross - Patterson

1  Journal of Interpersonal Violence.  Is that a peer-reviewed

2  publication?

3  A.   I've never heard of it.  And it's also by Samara

4  McPhedran who I did not consider to be a serious researcher.

01:31  5  I mean she's sort of like the Australian version of the NRA in

6  action.

7  Q.   I understand that's your opinion.  Now, if we turn to

8  page 5, under Method, in that first sentence, kind of the

9  middle clause there, it says:  A mass shooting was defined as

01:31  10  an event in which four or more people were killed within a

11  short time period.  Correct?

12  A.   Yes.

13  Q.   Now, if we turn to page 7, table 1, it says, incident

14  characteristic of mass shooting events, and there are 13

01:32  15  listed there between 1971 and 1996, and of those 13, nine of

16  them occurred in private locations; correct?  According to

17  this report.

18  A.   Yeah, and this report is wrong.  And I have compared this

19  to more credible recitations of the mass shootings, and not

01:32  20  only did McPhedran omit some of the public mass shootings, but

21  she mischaracterized some as private when they were indeed

22  public.  So, essentially, the work of Phillip Alper on this

23  shows that McPhedran's work is not reliable, does not properly

24  identify either the number or the character of mass shootings,

01:33  25  and that I've relied on Phillip Alper's work on this matter

United States District Court
Trenton, New Jersey

Donohue - Cross - Patterson

1  and do not rely on McPhedran's work.

2  Q.   You did not cite Phillip Alper's work in your

3  declaration, did you.

4  A.   I -- I didn't feel the need to, but that is what I have

01:33  5  relied upon.

6  Q.   Okay.  If we turn to page 9, table 2, there's a table

7  that goes into the details of the nine shootings that took

8  place according to the authors in a private location, and in

9  each of them under the offender/victim's relationship, they

01:33  10  involved the killing of family members or acquaintances; is it

11  your testimony that this table is incorrect?

12  A.   Yes, it both omits certain cases, and remember many of

13  the mass shootings in the U.S. start with killing the family

14  member and then go to a school or a public place, that was

01:34  15  Adam Lanza's case, that was Kip Kinkel's case; I'm concerned

16  about the ones that go into the public and release mayhem on

17  the public at large.

18  Q.   So it's your testimony that there were 13 mass shootings

19  in public in Australia from 1979 to 1996.

01:34  20  A.   No, I'm saying that this table omits some of the public

21  mass shootings, and mischaracterizes some of the public mass

22  shootings as private when they are in fact public.

23  Q.   And how many public mass shootings were there in

24  Australia from 1979 to 1996?

01:34  25  A.   By my count I believe there were seven.  I think there

*United States District Court*
*Trenton, New Jersey*

*209*

Donohue - Cross - Patterson

1    were seven, and for New Zealand there was one.

2    Q.   Okay.  And in your declaration you report that John Lott

3    has repeatedly stated that 98 percent of defensive gun use

4    incidences involve only brandishing firearms and not firing

5    them; correct?

6    A.   Yes, that's what John Lott said many times.

7    Q.   And you are very skeptical of these claims; correct?

8    A.   I tend to be very skeptical of NRA experts, yes.

9    Q.   And you do not express that skepticism in the declaration

10   you submitted to this Court; correct?

11   A.   I was making the point that for years the NRA has been

12   arguing you only need to brandish a weapon, and I was sort of

13   taken aback by the claims in this expert report that suddenly

14   you needed more than 10 bullets to defend yourself.

15   Q.   You didn't personally express any skepticism about John

16   Lott's claims in your declaration, did you.

17   A.   I certainly did in my deposition.

18   Q.   In your -- but not in your declaration; correct?

19   A.   I think that's right.

20   Q.   In your declaration you state that:  Should law-abiding

21   citizens confront a situation in which they fire more than 10

22   rounds in self-defense, they can either reload a new magazine

23   or use a second firearm.  Correct?

24   A.   That's correct.

25   Q.   And you also state that:  Over 400,000 guns a year end up

01:35

01:35

01:36

01:36

01:36

Donohue - Cross - Patterson

1    in the hands of criminals from loss and theft.  Correct?

2    A.   That's correct.

3    Q.   If New Jersey citizens deprived of magazines capable of

4    holding more than 10 rounds of ammunition decide to purchase

5    additional firearms to ensure that they have an additional

6    firearm available in a situation like the one you described,

7    would you expect that to lead to additional guns being stolen

8    by criminals in New Jersey?

9    A.   It really calls for speculation.

10              THE COURT:   Okay.  Next question.

11   Q.   What is your basis for asserting that a law-abiding

12   citizen could simply reload a fresh magazine while under

13   criminal attack?

14   A.   I'm saying that a law-abiding citizen would have that

15   capability; whether they would actually do it or not is

16   another matter, but there would be nothing in the New Jersey

17   law that would prevent them from doing that if they wanted to

18   have a second magazine.

19   Q.   Do you know how long it takes to change a magazine?

20   A.   You know, obviously varies a lot on the person and the

21   circumstances.

22   Q.   Well, what is your understanding of how long it takes to

23   change a magazine?

24   A.   You know, it's -- as I said it does vary quite a bit

25   depending on one's facility with guns and the situation in

Donohue - Cross - Patterson

1  which one finds oneself, and also where the magazines are

2  currently stored.

3  Q.  Well, for a law-abiding citizen who had a magazine let's

4  say within arm's reach and they're getting attacked in their

01:38  5  home, and they're an average, you know, in their handling of

6  firearms, how much time would it take them to change the

7  magazine?

8         MR. SHOWELL:  Your Honor, I've got to object to

9  that.  There is no foundation for this, it calls for utter

01:38  10  speculation.

11         THE COURT:  Well, if you know from your experience;

12  if you don't you can just tell us that.

13  A.  So you're asking you fired 10 bullets under the

14  assumption this is New Jersey compliant --

01:39  15  Q.  Yes.

16  A.  And then you're reaching for the --

17  Q.  The second, yes.

18  A.  I mean usually if you fire 10 bullets there's no need to

19  reach for a second one so the episode would be over.

01:39  20  Q.  Well, let's say you needed to --

21         THE COURT:  You don't know the answer to his

22  question; is that your response?

23         THE WITNESS:  I mean it would be so dependent on the

24  individual and the person; you know, an extremely adept person

01:39  25  could do it in a few seconds and someone who's less adept, you

*Donohue - Cross - Patterson*

**1** know, 10 or 20 seconds.

**2** Q.  And what's your basis for that testimony?

**3** A.  Law enforcement discussions of this issue, and, you know,

**4** various videos of individuals working with large capacity

01:40    **5** magazines or any capacity magazine.

**6** Q.  If a law-abiding citizen can simply change magazines or

**7** use another firearm after firing 10 rounds, couldn't a mass

**8** shooter do the same?

**9** A.  They certainly have and can change the magazine.

01:40    **10** Q.  And isn't a mass shooter who chooses the time and place

**11** of his attack much more likely to have additional magazines

**12** and firearms available to him than an unsuspecting victim?

**13** A.  You know, if someone is seriously concerned about this

**14** they would have their magazines with their gun presumably in

01:40    **15** the home.  So, mass shooters like to have large capacity

**16** magazines so that they don't have to change.

**17** Q.  So is it your testimony that a mass shooter forced to use

**18** 10-round magazines would not be more likely than a

**19** unsuspecting victim to have multiple magazines or firearms

01:41    **20** available to him?

**21**          MR. SHOWELL:  Judge, I just have to hear that again;

**22** that's awfully packed.

**23**          THE COURT:  So could you restate that question?

**24**          MR. PATTERSON:  Yes, okay.

01:41    **25**          THE COURT:  Hopefully a little bit better.

Donohue - Cross - Patterson

1    BY MR. PATTERSON:

2    Q.    Okay.  Would a mass shooter forced to use 10-round

3    magazines be more likely to have more multiple magazines

4    available to him than an unsuspecting victim?

5              MR. SHOWELL:  I'm going to object to that on the

6    basis of foundation; that calls for utter speculation.

7              THE COURT:  Well, if you know from your experience,

8    Doctor, you can answer the question.  If you don't --

9              THE WITNESS:  I think it's speculative.

10             THE COURT:  All right.  Next question.

11             MR. PATTERSON:  That was my last question, your

12   Honor.

13             THE COURT:  All right, thank you.

14             Redirect?

15             MR. SHOWELL:  I have a limited amount of redirect,

16   but I would ask that maybe we contemplate a lunch break so I

17   have a chance to confer with my colleagues before commencing

18   redirect.

19             THE COURT:  So we'll break for about an half hour

20   until 10 after 1:00, and then we'll reconvene.

21             MR. SHOWELL:  That's perfect, your Honor.

22             THE COURT:  It might take me a little longer, I have

23   a call at 1 o'clock, so it might be 1:15 at the most.

24             All right.  You may step down.

25             There's a rumor we might be done today?

*United States District Court*
*Trenton, New Jersey*

Donohue - Cross - Patterson

1          MR. SHOWELL:  I think those rumors are baseless,

2  your Honor.

3          MR. THOMPSON:  I will note though for the record,

4  that Professor Kleck is here, so that we're ready to at least

01:42      5  start on the last witness, and the State will be able to take

6  what time it likes on cross-examination.

7          THE COURT:  Thank you.  I think we should go as far

8  as we can today.

9          MR. THOMPSON:  Yes, your Honor.

01:42     10          (Luncheon recess.)

11          THE COURT:  Redirect?

12          MR. SHOWELL:  Judge, just a housekeeping matter.

13  We're going to withdraw our -- the State's going to withdraw

14  its objection to Gallup poll and journal article evidence.

02:23     15          THE COURT:  All right.  So they're admitted.  Do we

16  have to mark them separately?

17          MR. PATTERSON:  We can either print out or do

18  another thumb drive, your Honor.

19          THE COURT:  Just print them out and we'll put a

02:23     20  sticker on them.  It'll be easier and we'll get it done today.

21  You can talk to Matt about it, he has the stickers.

22          MR. PATTERSON:  Okay.

23          THE COURT:  You may proceed, Mr. Showell.

24          MR. SHOWELL:  Thank you, your Honor.

02:23     25  //

Donohue - Redirect - Showell

1   (REDIRECT EXAMINATION OF JOHN DONOHUE BY MR. SHOWELL:)

2   Q.   Good afternoon, Professor Donohue.

3   A.   Good afternoon.

4   Q.   You were asked this morning about your work with respect

02:24   5   to right-to-carry laws; do you recall generally that subject

6   matter?

7   A.   I do.

8   Q.   And you were asked specifically about the fact that you

9   had Panel Data and Lasso Data and Synthetic Control Data in

02:24   10   order to make the conclusions that you made as a result of

11   your 20 year study of that issue; is that generally correct?

12   A.   That is.

13   Q.   Now, you also mentioned that you didn't have that type of

14   robust data with respect to the large capacity magazine issue;

02:24   15   is that right?

16   A.   That's correct.

17   Q.   Now, why is it that you feel comfortable making

18   conclusions about large capacity magazine issues,

19   notwithstanding a lack of robust data resulting from 20 years

02:24   20   of study?

21   A.   Well, the issue of the impact of concealed carry is a

22   much more conceptually complex task; the issue of the

23   consequence of restricting the size of a large capacity

24   magazine on mass shootings is not complex, we know it will be

02:25   25   beneficial, you may argue about how beneficial it will be, but

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1    the direction of the impact is clear.

2          On the issue of concealed carry, it's uncertain whether

3    conflicting influences could point us in one direction or the

4    other, and also the magnitude of the effect.  So you need a

02:25    5    lot more complex analysis in that context, as opposed to the

6    context of trying to figure out the impact of restricting the

7    size of magazines, because we have so much evidence from

8    various mass shootings that it is beneficial for potential

9    victims if they are not being confronted by these larger

02:26   10    capacity magazines.

11   Q.   You were asked about some studies that were done by

12   Christopher Koper relating to the effectiveness of the federal

13   assault weapon ban; do you recall that general area of

14   testimony?

02:26   15   A.   Yes, I do.

16   Q.   And specifically you were asked about Koper's studies

17   from I believe 2004 and I think 2013 if I'm not mistaken.

18   A.   That's correct.

19   Q.   Are you familiar with any of Professor Koper's most

02:26   20   recent work in that subject matter area?  And specifically I

21   want to direct your attention to what's been marked as

22   Defendant's Exhibit 68.

23          MR. SHOWELL:  And we'll pull it up on the screen

24   here, Judge.

02:26   25   A.   Yes, I am.

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1   Q.   Are you familiar with that specific work by Koper and

2   others?

3   A.   Yes.

4   Q.   And the title of that is Criminal Use of Assault Weapons

02:26   5   and High Capacity Semi-Automatic Firearms-An Updated

6   Examination of Local and National Sources; correct?

7   A.   Yes, that's correct.

8   Q.   And that appears to have been published in the Journal of

9   Urban Health in 2017; right?

02:27   10   A.   That's correct.

11   Q.   Now, that's more recent than any of the other materials

12   by Koper that you were asked about this morning by Mr.

13   Patterson; is that correct?

14   A.   That's correct.

02:27   15   Q.   Do you know whether -- do you know what conclusion

16   Professor Koper drew as to the effectiveness of the federal

17   assault weapon and magazine ban as a result of his 2017 study?

18   A.   Yeah, the continuing work has sort of emphasized that the

19   number of gunshots that are able to be fired in criminal

02:27   20   episodes, and the number of individuals hit by those gunshots

21   and the number of wounds that a person who is hit receives,

22   are all higher with larger capacity magazines.

23       And also there's discussion about the number of

24   magazines that are in violation of the law that are

02:28   25   confiscated from criminals during the period of the ban, and

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1    subsequent to the ban.

2    Q.   Can you just read from -- I don't know if you can see it

3    from there -- where it starts, highlighted from Koper's 2017

4    study?

02:28    5           THE COURT:  So we're still on Exhibit 68?

6           MR. SHOWELL:  Yes, it's Defendant's Exhibit 68, your

7    Honor.  And it's page --

8           MR. LUCAS:  It's page 7.

9           MR. SHOWELL:  It's page 7 of Defendant's Exhibit 68.

02:28    10   Q.   Can you just start reading that paragraph where it says

11   importantly?

12   A.   Yeah:  Importantly trend analyses suggest that LCM

13   firearms have grown substantially as a share of crime guns

14   since the expiration of the federal ban on assault weapons and

02:29    15   LCMs.

16   Q.   Can you continue?

17   A.   This implies possible increases in the level of gunfire

18   and injure per -- can you make that -- per gun attack, during

19   this time.

02:29    20          THE COURT:  I can't read take from where I'm --

21   Q.   If you can skip to -- after footnote 1 there in the

22   right-hand column, if you can skip and read the sentence, the

23   findings, begins with the findings?

24   A.   We're talking about the second column now?

02:29    25   Q.   Yeah.

Donohue - Redirect - Showell

1  A.   The findings presented in the study suggest the

2  possibility that greater use of high capacity semi-automatics

3  has contributed to this upward trend in shootings.

4       THE COURT:  Can you just show me where that is --

02:29   5  oh, I see it.  So we are on page 7, column 2.

6       MR. SHOWELL:  Correct.

7  BY MR. SHOWELL:

8  Q.   Do you recall earlier this morning being asked about the

9  takings aspect of plaintiff's claims in this action?

02:30   10  A.   I do.

11  Q.   And I believe Mr. Patterson was asking you to do a cost

12  benefit comparison of monies that might go to a magazine

13  purchase versus -- by the state, versus spending money on

14  police; is that -- do you recall generally that area of

02:30   15  questioning?

16  A.   Yes.

17  Q.   Are you familiar with Professor Kleck's views on the

18  effectiveness of police in reducing crime?

19  A.   I am.

02:30   20  Q.   And what are those views?

21  A.   He has argued that police are ineffectual in reducing

22  crime.

23  Q.   So then an expenditure on additional police, is the state

24  throwing its money way according to Professor Kleck?

02:31   25  A.   That would be consistent with Professor Kleck's belief.

Donohue - Redirect - Showell

1  Q.   You were asked also about an article I believe by

2  Professor Kleck at tab 9 --

3       THE COURT:  Before you go to that; on this study,

4  Mr. Donohue, you had made the distinction in prior studies,

02:31  5  ones that dealt with crime generally, and ones that dealt with

6  mass murders as a distinction between --

7       THE WITNESS:  Yes.

8       THE COURT:  This Koper study, does it apply to just

9  mass killings or does it apply to the crime generally?

02:31  10       THE WITNESS:  Well, he looks at both in that

11  subsequent report.

12       THE COURT:  Okay.  So -- all right.

13  Q.   You were asked about Joint Exhibit 10, which is a study

14  by Professor Kleck, Large Capacity Magazines And The Casualty

02:32  15  Count in Mass Shootings --

16  A.   That's number 9?

17  Q.   It's tab 9 -- yes, it's tab 9.  And you were asked

18  specifically about page 44.  And I believe you were asked

19  about the specific sentence that I will read.

02:32  20  A.   Um-hmm.

21  Q.   Actually I'll read the full paragraph.

22  A.   Okay.

23  Q.   In sum:  In nearly all LCM involved mass shootings, the

24  time it takes to reload a detachable magazine is no greater

02:33  25  than the average time between shots that the shooter takes

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1    anyway when not reloading; consequently there's no affirmative

2    evidence that reloading detachable magazines slows mass

3    shooters' rates of fire, and thus no affirmative evidence that

4    the number of victims who could escape the killers due to

02:33    5    additional pauses in the shooting is increased by the

6    shooters' need to change magazines.

7        Do you remember being asked about that?

8  A.   Yes, I do.

9  Q.   And I believe that your testimony was to the effect that

02:33    10   Professor Kleck's conclusions in that statement were I believe

11   you said bafflingly incorrect; and I was wondering whether you

12   could elaborate on why it is you believe that conclusion is

13   bafflingly incorrect.

14  A.   Well, for a number of reasons.  One, the methodology that

02:33    15   he used in this document was terribly flawed; two, his

16   implementation of the methodology that he used was terribly

17   flawed; and three, we have many episodes that directly

18   contradict the conclusion that he has from actual active

19   shooter incidents.

02:34    20       So on all three bases, just the error in methodology,

21   the error in implementation of the methodology, and

22   understanding of actual active shooter incidents in the United

23   States over many years, they all contradict the conclusions

24   that he reaches in this paper.

02:34    25  Q.   And just if we can be a little bit more specific on

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1   Professor Kleck's flawed methodology, in the article, at tab

2   9, can you give me some insights into why you believe

3   Professor Kleck's methodology is flawed?

4   A.   Well, for example, if you turn to table 1 of his

02:34   5   recitation of mass shootings, you see he documents a number of

6   different mass shootings; and one of them is about in the

7   middle with a date occurring on April 16th, 2007, Seung-Hui

8   Cho, which was the shooting at Virginia Tech University.

9        And what he's trying to do here is he's trying to say

02:35   10   that mass shooters shoot very slowly so that it doesn't make

11   much difference if you have to replace a magazine.  And if you

12   look under seconds-per-shot, which is the third column from

13   the right in this table 1, he lists, you know, roughly 54

14   seconds-per-shot, so in other words, close to a minute per

02:35   15   shoot.

16        Now, anyone who knows anything about the Virginia Tech

17   killing knows it's absurd; this killing was very rapid, 30

18   students were killed in a very very short timeframe.  So the

19   idea that there was roughly a minute between shots makes

02:36   20   absolutely no sense.  So you wonder how in the world did he

21   mess that up so badly.

22        And what he did was he tried to identify the start of

23   the criminal engagement with the completion of the criminal

24   engagement.  And this particular shooter at 7:15 in the

02:36   25   morning had gone to a women student's apartment and killed two

Donohue - Redirect - Showell

1    people at the apartment; he then went home, he changed his

2    bloody clothes, he posted things on Facebook, and he grabbed

3    all of the weaponry that he then hours later took back to the

4    university campus, and unleashed his fury which lasted for a

02:36    5    few minutes when he killed 30 additional students -- 30

6    additional people, some of them were teachers as well.

7          So Mr. Kleck adds up that entire duration when for two

8    and a half hours he wasn't even on the campus, as part of the

9    mass shooting enterprise.  So this is an absurd notion that

02:37    10    this was any sort of, you know, slow fire and it didn't matter

11    whether he had large capacity magazines or not.  This was

12    exactly the sort of thing that as mass killer would want,

13    shooting and killing a lot of people in very short time.  So

14    that gives you just error in implementation, just a simple

02:37    15    complete misunderstanding of that episode.

16          But the entire idea behind this misses the point that

17    when you have a high capacity magazine it allows you to fire

18    off a large number of bullets in a short amount of time, and

19    that gives individuals around much less opportunity to either

02:38    20    escape or to try to fight back or for police to intervene; and

21    that is very valuable for mass shooters.

22          But Mr. Kleck seems to be completely unaware of that,

23    he just adds up all of the time depending on whether people

24    are walking between classrooms or hiding out in certain

02:38    25    places, and so the entire approach is misguided.  And if you

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1   go through episode after episode you can see exactly the way

2   in which this thinking completely misunderstands the value of

3   bans on large capacity magazines for potential victims.

4   Q.   I believe Mr. Patterson also asked you about, you know,

5   whether the New Jersey magazine capacity ban would be

6   ineffective because criminals are just going to disregard the

7   ban anyway; do you remember questioning about that?

8   A.   Yes, I do.

9   Q.   Do you think a legislature should avoid passing a law

10   because some people won't comply with that law?

11   A.   As a general matter that would not be wise.

12   Q.   Do you know the frequency with which large capacity

13   magazines have been used in the United States to defend

14   against criminal invasion in the home?

15   A.   I've been working on a project trying to examine all

16   defensive gun uses, and I have never seen a case in my

17   research in which more than 10 bullets have been fired in

18   defense by someone with a large capacity magazine.  So it

19   could happen, but by all accounts it's an extremely rare

20   event.

21        MR. SHOWELL:  I have nothing further for this

22   witness, your Honor.

23        THE COURT:  All right, thank you.

24        Well, is there any area of that -- usually I don't

25   allow recross, but is there any area that you thought was a

1  new subject that was brought up by Mr. Showell and I'll make a

2  decision?

3          MR. PATTERSON:  No, your Honor.

4          THE COURT:  No?  Okay.  Then there is no recross --

02:40  5          MR. SHOWELL:  Your Honor, I'm sorry; I think I

6  misspoke.  My Columbo moment, your Honor.

7  BY MR. SHOWELL:

8  Q.   While Mr. Lucas is queuing up a graphic, just to orient

9  your testimony, Professor Donohue --

02:40  10          THE COURT:  So you have more questions?

11          MR. SHOWELL:  Unfortunately, yes, Judge.  But I'll

12  try to and keep it very brief.

13          THE COURT:  All right.

14  Q.   You were asked about trends in mass shootings as I

02:41  15  recall, and it was based on relatively less recent time period

16  say in the last year or two; do you recall that general

17  subject matter?

18  A.   Yes.

19  Q.   Are you familiar with a recent FBI active shooter report?

02:41  20  And when I say recent, I believe one that was released even in

21  the spring of this year I believe.

22  A.   Yeah, it might have been June or July; it's a very recent

23  report, yes.

24  Q.   And do you have any recollection as to -- and I'm going

02:41  25  to -- I'll represent to you that --

Donohue - Redirect - Showell

 1          MR. SHOWELL:  We have on the screen, your Honor, a

 2     graphic from a USA Today article covering the release of that

 3     --

 4          THE COURT:  Is this in evidence, this document?

02:41    5          MR. SHOWELL:  It is not.  I became aware of it last

 6     night.

 7          THE COURT:  All right.

 8          MR. PATTERSON:  Your Honor, we object; we haven't

 9     seen this document, and --

02:41   10          THE COURT:  Do you have a copy of the article it's

 11     in?

 12          MR. SHOWELL:  I do not, your Honor.  I can give you

 13     a url for the website.

 14          MR. PATTERSON:  Your Honor there is isn't something

02:42   15     we've seen, it wasn't included in the expert report I don't

 16     believe, I don't think this should be considered.

 17          MR. SHOWELL:  I'll be guided by your ruling, Judge.

 18          THE COURT:  So you don't want to respond to that?

 19          MR. SHOWELL:  I think it's relevant to an area that

02:42   20     plaintiffs opened in their questioning of Professor Donohue

 21     this morning.  I became aware of it in preparation of Mr.

 22     Donohue last night.  I think it's relevant.

 23          THE COURT:  The issue I have is it's an FBI report,

 24     but you're not showing the original FBI report, you're showing

02:42   25     an article.

Donohue - Redirect - Showell

1          MR. SHOWELL:  For ease of reference in the graphic

2   which demonstrates a trend.  We can pull up the FBI report,

3   your Honor.

4          THE COURT:  All right.  I'll allow the testimony.

02:43  5   It seems to me it's a matter of a preliminary injunction, we

6   try to get this case together as best we could in a short

7   period of time, there's always a few surprises; it seems to be

8   relevant testimony, so I'll allow it and I'll allow

9   cross-examination with regard to same.

02:43  10          So, I do think you should give your adversary the

11   cites to both this article and to the FBI article so they can

12   have it an opportunity to look at this.

13          MR. SHOWELL:  We will do that, your Honor.

14          THE COURT:  So you may continue.

02:43  15   BY MR. SHOWELL:

16   Q.  Well, let me ask you this, Professor Donohue; do you need

17   the USA Today article or a copy of the FBI report to testify

18   about your understanding of that recent report?

19   A.  No, I don't.

02:44  20          THE COURT:  They still need to see the underlying

21   document --

22          MR. SHOWELL:  And I have every intention of

23   providing it to them, your Honor, just -- we can take that

24   down -- he doesn't need to refer to that for his testimony.

02:44  25          THE COURT:  All right.

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1   Q.   As far as you recall, did the FBI report, the active

2   shooter -- the recent active shooter report, present any data

3   with respect to the magnitude of active shooter incidents over

4   the last two years?

02:44   5   A.   Yeah, the FBI has been looking at this since Newtown, and

6   the original FBI active shooter report looked at 2000 to 2013,

7   and now it has extended that data through 2017.  So we have

8   data from the FBI on the prevalence of these active public

9   shooting episodes over that 18 year period.

02:45   10   Q.   And does --

11          THE COURT:  From 2000 to 2018?

12          THE WITNESS:  2000 to 2017 were specifically

13   addressed in this report.

14          THE COURT:   Thank you.

02:45   15   Q.   And did the FBI active shooter report from this year

16   identify any trend with respect to the prevalence of mass

17   shooting incidents?

18   A.   Yeah, the original report from 2000 to 2013 noticed the

19   upward trend, and the subsequent report highlighted that the

02:45   20   trend continues to be growing.  They noted that 2017 was the

21   highest number of incidents as well as the highest number of

22   casualties, and it was only a year before that they had said

23   that same thing where 2016 had been the highest number of

24   prior casualties.

02:45   25          So it's been a very serious and significant upward

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1    trend.  And if you just do the calculation it reflects an

2    upward trend of 12 percent per year, which is an enormously

3    fast upward trend and a source of great concern for both the

4    FBI and I think the public at large.

02:46   5    Q.   I want to go back actually -- sorry, Judge; I want to go

6    back to tab 19 for a minute, specifically with respect to

7    school shootings.  You were asked about the article at tab 19,

8    The Menace Of School Shootings in America, by Fox, et al.

9    A.   Um-hmm.

02:46   10   Q.   And specifically you were asked about table 1.2.  And I

11   believe -- are you there?

12   A.   Which tab again?

13   Q.   Tab 19.

14   A.   Okay.

02:47   15   Q.   Page 19, table 1.2.

16   A.   Okay.

17   Q.   Is it your understanding that table 1.2 is limited to

18   fatalities as opposed to comprising data with respect to

19   fatalities and non-fatal woundings?

02:47   20   A.   Yes.

21   Q.   And do you have a general understanding as to the ratio

22   of fatalities to non-fatal woundings in mass shooting

23   incidents?

24   A.   You know, it's -- it does vary, but the concern has been

02:47   25   that as large capacity magazines proliferate, you get a lot

*United States District Court*
*Trenton, New Jersey*

Donohue - Redirect - Showell

1    more casualties in these mass shooting episodes than you had

2    before.  That was what we alluded to earlier about the number

3    of individuals shot rises, the number of bullets per

4    individual hit also increases.

02:48    5    Q.   Well -- do you believe that a menacing aspect of school

6    shootings in the United States is the fact that people could

7    be wounded and not killed?

8    A.   Yes, and if you look at some of the mass shootings that

9    have occurred, they might not fall into the pattern of, you

02:48    10    know, more than four deaths or more than six deaths; but, you

11    know, for example Kip Kinkel committed a school shooting in

12    1998, where he used a 50-round magazine to kill two

13    individuals and wound 25 students in that particular mass

14    shooting.  And thankfully he was able to be stopped when he

02:49    15    went to -- when he completed the shooting of the 50 rounds in

16    his large capacity magazine.

17    Q.   So the data presented in this article at tab 19, may be

18    valid as far as it goes, but it really doesn't address the

19    whole aspect of the mass shooting phenomenon; isn't that

02:49    20    right?

21    A.   Yeah, and the study that I referenced in my own report at

22    footnote 15 of my declaration made the point that more

23    individuals had been killed in schools in mass shootings in

24    the first 18 years of this century than in the prior century

02:49    25    combined.  So that goes to this point about whether since 2000

*United States District Court*
*Trenton, New Jersey*

Donohue - Recross - Patterson

1     we are seeing a problematic rise.

2              MR. SHOWELL:  Now, your Honor, I really have no

3     further questions for this witness.

4              THE COURT:  Okay, thank you.

02:50    5              So, do the plaintiffs have any further cross based

6     on evidence as --

7              MR. PATTERSON:  Maybe just a couple questions based

8     on the new information that they presented.

9              THE COURT:  So do you need a few minutes to review

02:50   10    that information?  I mean we can break for 20 minutes or so.

11             MR. PATTERSON:  I don't think so, I think I just

12    want to clarify something.

13    (RECROSS-EXAMINATION OF JOHN DONOHUE BY MR. PATTERSON:)

14    Q.   So you referred to the 2018 FBI active shooting report;

02:50   15    correct?

16    A.   Yes.

17    Q.   And does that report use the same methodology as the FBI

18    used in the 2013 report that was also referred to?

19    A.   Yes.

02:50   20    Q.   And that 2013 report is in evidence, DX-36, and on, let

21    me see, page 5, in the fourth paragraph there, it says: This

22    is not a study of mass killings or mass shootings.  Correct?

23    A.   Yeah, I mean you have to be careful about what they were

24    referring to, they were referring to --

02:51   25             THE COURT:  I'm sorry, Doctor, when you say they

Donohue - Recross - Patterson

1    were referring to, who is they?

2              THE WITNESS:  The authors of the FBI report.

3              THE COURT:  Thank you.

4    A.   They were concerned with the unfolding of shooting

02:51  5    incidents where someone went into the public with the goal of

6    killing as many people as possible.  And so sometimes, perhaps

7    when they were changing a large capacity magazine, they were

8    tackled or brought down, and so it kept it from being a mass

9    shooting.

02:52  10             But since they wanted to see how these episodes

11   unfolded, they didn't just want to look at the cases that

12   involved many deaths, because if you stop a person after two

13   deaths as they did in the Kip Kinkel Oregon school shooting,

14   it was an active shooter incident, but it was the reloading

02:52  15   that presented the opportunity to stop him, and that's what

16   they wanted to be able to identify.  So Kip Kinkel wouldn't be

17   considered a mass shooting under some definition based on the

18   number of deaths if the number of deaths were four or greater.

19   Q.   So, since this is not a study of mass shootings, it can't

02:52  20   be used to infer a trend in mass shootings; correct?

21   A.   It -- it obviously speaks to the issue of the active

22   shooter episodes where individuals are going into the public

23   fora, and what the consequences of those incidents are.

24   Q.   Right.  But it's not a study of mass shootings; correct?

02:53  25   And I believe your testimony just so I get this --

Donohue - Recross - Patterson

1          THE COURT:  Wait; one question at a time.

2          MR. PATTERSON:  Sure.

3          THE COURT:  Do you wish to withdraw that question?

4          MR. PATTERSON:  Yes, let me withdraw that question.

02:53   5   Q.   Rather than a study of mass shootings, it's a study of

6   incidents that involved active shooters that may have been

7   stopped or not, for whatever reason did not reach the level of

8   what would be called a mass shooting; is that correct?

9   A.   It includes the mass shootings as well, it just

02:53   10  doesn't -- it just doesn't eliminate the public shootings in

11  which someone for whatever reason is stopped or otherwise is

12  prevented from killing four or five people.  As we talked

13  about there are many different definitions of mass shootings,

14  many times they're based on the number of deaths, and the FBI

02:54   15  report is a little broader than that.

16  Q.   Okay.  So the FBI report it's your testimony shows that

17  the number of these active shooting incidents is increasing

18  even if the number of mass shooting incidents may not be

19  increasing; is that correct?

02:54   20  A.   Yeah, and again one has to be clear, because mass

21  shootings can incorporate some of these domestic violence

22  disputes if more than four people let's say are dying; and

23  those follow a different trend than the active shooter

24  incidents that the FBI is most concerned about and which it

02:54   25  was authorized to examine after the Newtown shooting, because

*United States District Court*
*Trenton, New Jersey*

Donohue - Recross - Patterson

1   that is an issue of particular public policy concern that the

2   president and the public seems to want to have addressed.

3   Q.   Now, I believe it was your testimony that the number of

4   magazines capable of holding more than 10 rounds of ammunition

02:55   5   that are being used in these active shooter incidents has been

6   increasing since the expiration of the federal assault weapons

7   ban; is that correct?

8         MR. SHOWELL:  Judge, I think this is really beyond

9   the scope of the FBI report.

02:55   10         THE COURT:  You kind of opened it up, Mr. Showell,

11   so I'll allow the question.

12   A.   I don't remember testifying on precisely the issue that

13   you raised.

14   Q.   Okay.

02:55   15         THE COURT:  But can you answer that question?

16         THE WITNESS:  Maybe if you could repeat the

17   question?  I was listening to see if it was something I talked

18   about before --

19         THE COURT:  I allowed him to ask the question.

02:55   20         Frank, can you read back the question?

21         (Question read back by the reporter.)

22         THE WITNESS:  I'm not sure that the FBI report

23   specifically addresses that, although I do believe that to be

24   true.

02:56   25   BY MR. PATTERSON:

*United States District Court*
*Trenton, New Jersey*

Donohue - Recross - Patterson

1  Q.   Okay.  And if the number of active shooting incidents

2  using large capacity magazines is increasing, and the number

3  of active shooting incidents are increasing, but the number of

4  mass shootings are not increasing, doesn't that undercut your

02:56  5  assertion that the use of these magazines is beneficial for

6  would be mass shooters?

7  A.   No, because, again, the definition of mass shootings is a

8  little too imprecise for what we're concerned about.  The New

9  Jersey legislature is not thinking that the restrictions on

02:57  10  the size of the magazine will be that valuable to stop, you

11  know, a deranged husband from killing his family; those

12  killings usually occur while the family is sleeping, and just

13  one bullet per family member is often enough to complete those

14  episodes.

02:57  15       The FBI report is looking at the active shooter

16  incidents where people go into the public forum and there we

17  do unmistakably see the magnitude of death and destruction is

18  growing.  And in the last year alone, for the first time in

19  American history, we had four separate episodes where more

02:57  20  than 10 individuals were killed; that's never happened before.

21  The Stephen Paddock killing in Las Vegas which could only be

22  done because he had access to large capacity magazines, you

23  know, represents a degree of killing that was probably

24  unimaginable years ago.

02:58  25       But this is a very alarming upward trend, and quite

*United States District Court*
*Trenton, New Jersey*

*236*

Donohue - Recross - Patterson

1   frankly I think it would be irresponsible for any government

2   not to take steps to address this growing concern.

3   Q.   Just one more question, because I'm going to add a

4   qualification that I hope I can get an answer to the question.

02:58   5   So if the number of more than 10 round ammunitions that are

6   being used in active shooting incidents is increasing, and the

7   number of active shooting incidents themselves are increasing,

8   but the number of mass public shootings is not increasing, if

9   those things are true, wouldn't that undermine the claim that

02:58   10   LCMs somehow -- a magazine capable of holding more than 10

11   rounds is somehow beneficial to these active shooters?

12   A.   Yeah, now you're asking me to speculate, and I can't go

13   there.

14   Q.   Okay.

02:59   15           MR. PATTERSON:  Nothing further, your Honor.

16           THE COURT:  All right.  So you may step down,

17   Doctor.  Thank you for coming.

18           THE WITNESS:  Thank you, your Honor.

19           (Witness excused.)

02:59   20           THE COURT:  Are we proceeding with the next witness?

21           MR. THOMPSON:  The next witness is here, your Honor.

22           MR. SHOWELL:  And the State and plaintiffs had

23   agreed on a schedule for witnesses that indicated that

24   Professor Kleck would be presented on Friday and that was what

02:59   25   the State was preparing to deal with.

*United States District Court*
*Trenton, New Jersey*

1          THE COURT:  So, you're not ready.

2          MR. SHOWELL:  To answer that with one word, the

3     answer would be yes, you're correct, your Honor.

4          THE COURT:  All right.  So, we did agree on that

02:59    5     schedule, Mr. Thompson.

6          MR. THOMPSON:  Your Honor, we brought Dr. Kleck here

7     as an accommodation; if the State is not ready the State is

8     not ready.

9          THE COURT:  All right.  So we'll proceed tomorrow

03:00   10     morning then.

11          MR. THOMPSON:  Yes, your Honor.  The witness does

12     have a flight at I believe 7 o'clock tomorrow.

13          THE COURT:  How long will it possibly take, two

14     hours?

03:00   15          MR. SHOWELL:  I speak slowly, your Honor, but I

16     can't imagine it would be more than two to three.

17          THE COURT:  All right.  So we'll start at -- if we

18     start at 10:30 we should be finished no later than 1:30; if

19     there is no need for lunch tomorrow we'll just keep going

03:00   20     until we finish.

21          MR. THOMPSON:  Very well.

22          THE COURT:  All right.  Any other matters for today?

23          MR. THOMPSON:  No, your Honor?

24          MR. SHOWELL:  No, your Honor.  Thank you.

03:00   25          THE COURT:  So I'll see you tomorrow.

*United States District Court*
*Trenton, New Jersey*

1           I don't believe the FBI report was used, he spoke

2    about it, he didn't address it, it was brought up on

3    cross-examination; I don't really need to identify that unless

4    you wish, but I won't admit it into evidence, it was just

03:01    5    cross.

6           MR. THOMPSON:  Thank you, your Honor.

7           (Proceedings concluded for the day.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'

**'13** [1] - 200:24
**'17** [1] - 200:24
**'90s** [2] - 199:8, 199:9

---

*/*

---

**/S** [1] - 146:24

---

**0**

---

**08608** [1] - 146:12

---

**1**

---

**1** [16] - 152:7, 152:22, 152:23, 153:17, 156:23, 159:4, 161:10, 161:12, 190:12, 196:25, 197:2, 207:13, 213:23, 218:21, 222:4, 222:13
**1.2** [4] - 201:24, 229:10, 229:15, 229:17
**10** [32] - 151:21, 152:3, 155:10, 168:18, 172:4, 172:12, 172:20, 173:1, 175:21, 178:19, 179:2, 180:14, 185:16, 186:24, 205:14, 209:14, 209:21, 210:4, 211:13, 211:18, 212:1, 212:7, 213:20, 220:13, 224:17, 234:4, 235:20, 236:5, 236:10
**10-round** [3] - 180:24, 212:18, 213:2
**10-year** [1] - 187:2
**100** [2] - 178:24, 179:25
**100,000** [1] - 199:6
**100-round** [1] - 179:7
**10:30** [1] - 237:18
**11** [3] - 158:5, 187:15, 190:14
**11-plus-round** [1] - 187:1
**12** [4] - 190:16, 190:20, 191:3, 229:2

**125** [1] - 173:13
**126** [1] - 173:13
**128** [2] - 196:7, 196:15
**13** [9] - 153:1, 153:14, 193:14, 202:24, 206:10, 206:22, 207:14, 207:15, 208:18
**14** [5] - 195:23, 196:5, 197:18, 197:19, 204:1
**148** [1] - 147:19
**149** [1] - 147:19
**15** [8] - 154:1, 168:18, 179:25, 182:19, 197:15, 230:22
**15-round** [1] - 182:24
**16** [8] - 146:10, 153:25, 154:1, 161:10, 173:14, 188:24, 189:8, 199:1
**166** [3] - 190:23, 191:1, 191:11
**16th** [1] - 222:7
**17** [1] - 156:23
**18** [4] - 169:13, 202:7, 228:9, 230:24
**18-10507** [1] - 146:6
**19** [9] - 150:23, 201:16, 201:20, 201:24, 229:6, 229:7, 229:13, 229:15, 230:17
**1966** [1] - 193:23
**1970** [1] - 154:12
**1970s** [2] - 154:8, 156:5
**1971** [1] - 207:15
**1979** [4] - 202:25, 206:11, 208:19, 208:24
**1980s** [3] - 197:9, 198:5, 198:12
**1990** [3] - 173:4, 173:8, 199:5
**1990s** [4] - 198:12, 202:3, 202:5, 202:15
**1992/93** [1] - 201:25
**1994** [7] - 151:15, 151:22, 152:4, 152:13, 180:14, 190:18, 190:21
**1996** [7] - 202:25, 204:9, 205:8, 206:11, 207:15, 208:19, 208:24
**1998** [1] - 230:12
**1999** [1] - 199:5
**1:00** [2] - 189:13, 213:20

**1:15** [1] - 213:23
**1:30** [1] - 237:18

---

**2**

---

**2** [6] - 146:20, 154:17, 154:24, 203:25, 208:6, 219:5
**2.7** [5] - 197:9, 198:4, 198:11, 198:15, 198:16
**20** [10] - 155:9, 155:13, 167:22, 192:12, 192:13, 203:13, 212:1, 215:11, 215:19, 231:10
**2000** [5] - 228:6, 228:11, 228:12, 228:18, 230:25
**2004** [7] - 151:15, 180:15, 180:16, 186:8, 190:18, 190:21, 216:17
**2007** [1] - 222:7
**2010** [3] - 197:10, 198:5, 199:5
**2011** [1] - 196:19
**2012** [1] - 160:16
**2013** [16] - 159:25, 161:8, 161:9, 161:15, 161:19, 194:5, 194:6, 197:10, 198:5, 199:5, 200:15, 216:17, 228:6, 228:18, 231:18, 231:20
**2013)** [1] - 160:17
**2014** [2] - 201:8, 205:15
**2014/2015** [1] - 201:25
**2015** [1] - 163:12
**2016** [4] - 154:2, 158:15, 187:21, 228:23
**2017** [12] - 154:20, 158:11, 161:17, 161:19, 200:15, 201:8, 217:9, 217:17, 218:3, 228:7, 228:12, 228:20
**2018** [5] - 146:10, 150:25, 206:5, 228:11, 231:14
**21** [1] - 205:10
**215** [1] - 147:20
**22** [4] - 178:14, 203:1, 205:10, 206:5

**23** [3] - 197:4, 198:1, 206:25
**231** [1] - 147:21
**24** [1] - 149:22
**25** [3] - 159:1, 197:7, 230:13
**26** [2] - 178:2, 201:11
**27** [1] - 150:23
**28** [2] - 146:23, 150:22

---

**3**

---

**3** [3] - 156:23, 158:4, 158:21
**30** [8] - 155:13, 155:15, 178:20, 179:3, 179:25, 222:17, 223:5
**30-round** [1] - 179:9
**30.8** [1] - 154:3
**303** [1] - 193:17
**31** [2] - 153:5, 162:8
**33** [1] - 161:9
**35** [1] - 188:11
**38** [1] - 194:11
**39** [1] - 156:25

---

**4**

---

**4** [3] - 159:15, 194:9, 194:10
**4.0** [1] - 198:15
**4.5** [5] - 197:9, 198:5, 198:11, 200:15, 201:9
**40** [4] - 155:15, 178:12, 178:14, 179:12
**400,000** [1] - 209:25
**402** [1] - 146:11
**41** [1] - 205:13
**42** [4] - 158:10, 161:25, 194:18, 194:24
**43** [2] - 160:16, 163:15
**44** [4] - 163:22, 164:12, 175:11, 220:18
**45** [2] - 177:1, 177:10

---

**5**

---

**5** [4] - 160:6, 161:13, 207:8, 231:21
**5-64** [1] - 160:6
**50** [5] - 154:6, 155:13, 155:15, 173:6, 230:15

**50-round** [1] - 230:12
**54** [1] - 222:13

---

**6**

---

**6** [3] - 163:11, 188:12, 205:14
**63** [1] - 163:23
**64** [2] - 160:6, 194:11
**68** [4] - 216:22, 218:5, 218:6, 218:9

---

**7**

---

**7** [7] - 166:5, 169:15, 207:13, 218:8, 218:9, 219:5, 237:12
**73** [2] - 165:5, 165:8
**753** [1] - 146:23
**76** [5] - 164:2, 164:15, 165:9, 165:10, 165:16
**7:15** [1] - 222:24

---

**8**

---

**8** [5] - 156:1, 171:3, 185:19, 186:9, 205:14
**84** [1] - 193:17
**856** [1] - 146:25
**889-4761** [1] - 146:25

---

**9**

---

**9** [9] - 149:25, 150:25, 175:3, 208:6, 220:2, 220:16, 220:17, 222:2
**96** [3] - 171:16, 186:12, 186:20
**98** [1] - 209:3

---

**A**

---

**aback** [1] - 209:13
**abated** [1] - 156:4
**abiding** [2] - 209:20, 210:11, 210:14, 211:3, 212:6
**able** [6] - 178:18, 183:11, 214:5, 217:19, 230:14, 232:16
**absence** [1] - 204:8
**absolutely** [1] - 222:20

absurd [2] - 222:17, 223:9

academies [1] - 159:17

accepting [1] - 174:7

Access [1] - 185:20

access [3] - 194:20, 195:4, 235:22

accessible [1] - 182:12

accommodation [1] - 237:7

according [4] - 199:3, 199:9, 208:8, 219:24

According [2] - 187:21, 207:16

accounts [1] - 224:19

acknowledge [5] - 156:24, 191:19, 196:22, 202:18, 205:18

acquaintances [1] - 208:10

action [3] - 204:12, 207:6, 219:9

active [25] - 170:22, 172:7, 195:22, 221:18, 221:22, 225:19, 228:1, 228:2, 228:3, 228:6, 228:8, 228:15, 231:14, 232:14, 232:21, 233:6, 233:17, 233:23, 234:5, 235:1, 235:3, 235:15, 236:6, 236:7, 236:11

actual [2] - 221:18, 221:22

Adam [3] - 178:1, 183:11, 208:15

add [1] - 236:3

addition [1] - 201:12

additional [12] - 169:24, 194:22, 195:6, 196:20, 210:5, 210:7, 212:11, 219:23, 221:5, 223:5, 223:6

address [4] - 177:25, 230:18, 236:2, 238:2

addressed [2] - 228:13, 234:2

addresses [1] - 234:23

adds [2] - 223:7, 223:23

adept [2] - 211:24, 211:25

adequately [1] -

164:20

admit [1] - 238:4

admitted [5] - 190:4, 195:25, 199:20, 199:21, 214:15

admitting [2] - 159:5, 200:10

adopt [2] - 166:19, 166:20

adopted [2] - 171:14, 180:19

adopting [1] - 192:2

adoption [1] - 167:15

adopts [1] - 167:3

adults [1] - 156:25

adversary [1] - 227:10

affect [2] - 172:8, 172:9

affected [2] - 176:1, 176:11

affects [1] - 170:15

afternoon [2] - 215:2, 215:3

aggravated [1] - 171:1

ago [2] - 189:23, 235:24

agree [13] - 157:10, 165:4, 171:24, 174:8, 176:2, 176:13, 176:16, 177:20, 188:9, 189:5, 201:7, 202:2, 237:4

agreed [6] - 185:10, 189:23, 190:1, 190:3, 190:10, 236:23

agreement [4] - 190:8, 199:17, 199:19, 200:1

aimed [2] - 177:17, 177:22

al [2] - 146:7, 229:8

Alan [7] - 187:17, 188:4, 188:15, 195:24, 201:18, 201:21, 201:22

alarming [1] - 235:25

ALICEA [1] - 147:8

allocate [1] - 174:14

allocating [1] - 174:11

allow [5] - 224:25, 227:4, 227:8, 234:11

allowed [2] - 180:16, 234:19

allowing [2] - 174:19, 174:25

allows [2] - 157:17, 223:17

alluded [1] - 230:2

alone [1] - 235:18

Alper [1] - 207:22

Alper's [2] - 207:25, 208:2

amalgamation [1] - 167:4

ambiguous [1] - 168:23

Amendment [4] - 149:7, 149:13, 149:15, 150:2

America [4] - 191:5, 191:6, 201:17, 229:8

America's [2] - 190:17, 190:20

American [6] - 149:8, 154:3, 154:19, 156:25, 162:9, 235:19

Americans [2] - 153:5, 202:11

Americans' [1] - 156:4

ammunition [16] - 151:20, 152:2, 152:9, 164:6, 165:20, 170:13, 172:3, 172:12, 175:21, 183:9, 184:4, 184:16, 185:17, 186:24, 210:4, 234:4

ammunitions [1] - 236:5

amount [2] - 213:15, 223:18

analyses [7] - 167:25, 168:4, 168:10, 168:11, 168:14, 204:22, 218:12

analysis [14] - 156:13, 166:15, 166:18, 167:2, 169:19, 170:5, 174:15, 191:22, 192:20, 198:24, 203:4, 203:9, 203:10, 216:5

analyze [1] - 166:14

analyzing [1] - 193:10

answer [17] - 149:18, 150:20, 151:24, 156:19, 157:17, 157:18, 157:20, 165:14, 169:7, 183:25, 192:15, 211:21, 213:8, 234:15, 236:4, 237:2, 237:3

answering [1] - 169:7

Antonin [1] - 150:1

anyway [4] - 175:17,

184:23, 221:1, 224:7

apartment [2] - 222:25, 223:1

appear [2] - 164:16, 204:9

apples [2] - 198:22

applies [1] - 177:8

apply [3] - 177:5, 220:8, 220:9

appreciable [1] - 202:14

approach [3] - 180:20, 186:6, 223:25

approaches [2] - 167:10, 168:9

appropriate [1] - 192:6

April [2] - 161:17, 222:7

area [6] - 216:13, 216:20, 219:14, 224:24, 224:25, 226:19

argue [1] - 215:25

argued [1] - 219:21

arguing [1] - 209:12

argument [1] - 174:8

Arguments [1] - 186:5

arguments [1] - 190:12

arm's [1] - 211:4

arms [2] - 167:17, 204:11

article [20] - 154:19, 177:1, 187:15, 189:17, 195:23, 205:11, 205:13, 206:5, 206:25, 214:14, 220:1, 222:1, 226:2, 226:10, 226:25, 227:11, 227:17, 229:7, 230:17

aspect [4] - 190:7, 219:9, 230:5, 230:19

Assault [4] - 171:5, 190:17, 190:20, 217:4

assault [13] - 151:14, 152:4, 171:1, 171:11, 180:12, 180:17, 186:14, 189:2, 190:24, 216:13, 217:17, 218:14, 234:6

asserting [2] - 173:20, 210:11

assertion [2] - 206:14, 235:5

Assessment [1] -

171:4

ASSISTANTS [1] - 147:14

ASSOCIATION [1] - 146:4

assume [6] - 173:23, 175:24, 176:9, 176:12, 176:21

assumed [1] - 174:17

assuming [1] - 174:16

assumption [1] - 211:14

attack [4] - 181:21, 210:13, 212:11, 218:18

attacked [1] - 211:4

attention [1] - 216:21

ATTORNEY [2] - 147:11, 147:14

August [1] - 150:25

AUGUST [1] - 146:10

Australia [12] - 202:22, 202:25, 203:14, 203:17, 203:20, 204:10, 204:11, 205:8, 206:6, 206:11, 208:19, 208:24

Australia's [1] - 204:7

Australian [1] - 207:5

author [3] - 149:12, 154:20, 195:24

authorized [1] - 233:25

authors [9] - 163:18, 163:23, 166:6, 188:25, 189:5, 202:10, 204:6, 208:8, 232:2

Automatic [1] - 217:5

automatics [3] - 186:17, 187:8, 219:2

Availability [1] - 160:7

available [17] - 153:10, 154:3, 160:19, 178:3, 179:1, 183:16, 183:19, 183:21, 184:18, 184:20, 185:11, 193:20, 204:12, 210:6, 212:12, 212:20, 213:4

average [8] - 175:16, 197:8, 197:9, 198:4, 198:5, 200:15, 211:5, 220:25

avoid [1] - 224:9

aware [15] - 150:12, 167:25, 168:4,

168:7, 168:14, 173:3, 173:7, 173:20, 181:11, 193:3, 193:10, 195:14, 204:24, 226:5, 226:21
**awfully** [1] - 212:22
**AWs** [3] - 186:14, 186:18, 187:7
**Azrael** [1] - 163:7

### B

**background** [13] - 157:17, 177:4, 177:7, 177:16, 177:21, 177:24, 178:4, 178:8, 181:23, 181:24, 181:25, 194:21, 195:4
**badly** [1] - 222:21
**baffled** [1] - 189:24
**bafflingly** [3] - 176:6, 221:11, 221:13
**Ban** [3] - 171:5, 190:18, 190:20
**ban** [39] - 150:15, 151:2, 151:15, 152:5, 171:11, 171:12, 171:13, 171:14, 171:18, 172:2, 172:3, 172:11, 178:1, 178:9, 178:15, 179:13, 180:3, 180:9, 180:12, 180:15, 180:17, 186:10, 186:13, 187:3, 187:13, 189:1, 189:2, 190:24, 191:23, 216:13, 217:17, 217:25, 218:1, 218:14, 224:5, 224:7, 234:7
**ban's** [1] - 191:15
**bananas** [1] - 156:21
**banned** [7] - 152:13, 179:19, 182:22, 185:2, 186:17, 187:8, 204:11
**bans** [6] - 170:21, 172:6, 172:15, 182:1, 183:17, 224:3
**based** [10] - 153:7, 186:5, 186:6, 192:20, 194:25, 225:15, 231:5, 231:7, 232:17,

233:14
**baseless** [1] - 214:1
**bases** [1] - 221:20
**basis** [6] - 169:3, 200:20, 200:21, 210:11, 212:2, 213:6
**battle** [1] - 173:12
**bear** [1] - 167:17
**bears** [1] - 164:19
**beat** [1] - 194:13
**became** [2] - 226:5, 226:21
**begin** [2] - 148:1, 149:1
**beginning** [1] - 197:24
**begins** [5] - 160:9, 166:6, 178:15, 197:20, 218:23
**behind** [2] - 197:15, 223:16
**belief** [1] - 219:25
**believes** [1] - 176:21
**beneficial** [9] - 167:12, 180:8, 180:12, 182:2, 215:25, 216:8, 235:5, 236:11
**benefit** [2] - 174:15, 219:12
**benefits** [4] - 179:20, 183:16, 186:15, 187:6
**benign** [1] - 197:7
**best** [5] - 162:11, 171:24, 174:14, 196:24, 227:6
**better** [4] - 157:8, 174:3, 191:21, 212:25
**between** [8] - 175:16, 204:20, 206:2, 207:15, 220:6, 220:25, 222:19, 223:24
**beyond** [1] - 234:8
**bigger** [3] - 170:21, 172:8, 172:9
**biggest** [1] - 198:13
**binder** [2] - 149:22, 154:17
**binders** [2] - 148:21, 189:20
**bit** [4] - 163:1, 210:24, 212:25, 221:25
**blip** [1] - 161:21
**bloody** [1] - 223:2
**book** [5] - 159:17, 191:9, 191:11, 193:15, 201:16
**books** [1] - 179:18

**bottom** [1] - 160:7
**bought** [2] - 183:13, 185:22
**bounce** [2] - 162:22, 162:23
**brandish** [1] - 209:12
**brandishing** [1] - 209:4
**break** [8] - 182:4, 183:7, 184:2, 184:15, 190:12, 213:16, 213:19, 231:10
**brief** [1] - 225:12
**bring** [1] - 180:16
**broad** [1] - 173:11
**broader** [1] - 233:15
**brought** [4] - 225:1, 232:8, 237:6, 238:2
**BRYAN** [1] - 147:13
**bullet** [1] - 235:13
**bullets** [9] - 178:18, 178:19, 205:24, 209:14, 211:13, 211:18, 223:18, 224:17, 230:3
**burden** [1] - 185:24
**burdens** [1] - 181:7
**Burger** [1] - 149:10
**BY** [30] - 147:4, 147:7, 147:12, 147:19, 147:20, 147:21, 149:3, 151:11, 153:20, 157:23, 159:14, 165:3, 165:18, 169:11, 173:17, 176:25, 180:23, 185:9, 188:19, 190:15, 191:13, 200:13, 201:6, 213:1, 215:1, 219:7, 225:7, 227:15, 231:13, 234:25

### C

**C.C.R** [1] - 146:24
**calculation** [3] - 155:21, 199:11, 229:1
**calculations** [3] - 155:16, 199:3, 199:10
**California** [5] - 150:14, 151:1, 151:4, 180:19, 181:16
**campus** [2] - 223:4,

223:8
**cannot** [2] - 171:17, 204:18
**capability** [1] - 210:15
**capable** [11] - 151:21, 152:3, 172:3, 172:12, 175:21, 178:23, 185:16, 186:23, 210:3, 234:4, 236:10
**Capacity** [3] - 175:4, 217:5, 220:14
**capacity** [53] - 151:18, 167:21, 167:24, 168:1, 168:5, 168:9, 168:12, 168:15, 168:17, 170:13, 170:18, 171:15, 172:7, 174:1, 176:3, 176:13, 177:23, 178:1, 178:9, 178:15, 179:13, 179:23, 180:6, 180:14, 180:25, 181:8, 182:1, 182:22, 183:12, 183:17, 183:20, 192:14, 205:25, 212:4, 212:5, 212:15, 215:14, 215:18, 215:23, 216:10, 217:22, 219:2, 223:11, 223:17, 224:3, 224:5, 224:12, 224:18, 229:25, 230:16, 232:7, 235:2, 235:22
**capita** [1] - 198:23
**careful** [1] - 231:23
**carry** [16] - 165:24, 166:3, 166:10, 166:14, 167:11, 167:15, 182:3, 182:6, 182:11, 183:3, 192:11, 192:13, 192:17, 215:5, 215:21, 216:2
**Carry** [1] - 166:6
**carrying** [1] - 167:13
**case** [16] - 152:23, 152:24, 164:5, 167:17, 173:21, 174:16, 176:8, 179:6, 180:5, 182:5, 195:15, 204:25, 208:15, 224:16, 227:6
**cases** [4] - 150:12, 192:7, 208:12,

232:11
**casualties** [3] - 228:22, 228:24, 230:1
**Casualty** [2] - 175:4, 220:14
**catalog** [1] - 193:21
**catch** [1] - 191:2
**category** [2] - 170:25, 178:5
**causal** [1] - 203:10
**caution** [1] - 157:25
**cautious** [1] - 158:2
**center** [1] - 202:16
**Center** [1] - 161:4
**Centers** [1] - 159:22
**century** [2] - 230:24
**certain** [6] - 162:21, 166:2, 204:7, 206:20, 208:12, 223:24
**certainly** [3] - 198:24, 209:17, 212:9
**Certified** [1] - 146:23
**chance** [3] - 158:24, 189:22, 213:17
**change** [13] - 167:6, 169:20, 170:8, 176:1, 176:11, 210:19, 210:23, 211:6, 212:6, 212:9, 212:16, 221:6
**changed** [1] - 223:1
**changes** [1] - 166:25
**changing** [2] - 155:19, 232:7
**chapter** [4] - 190:19, 191:10, 191:19, 201:16
**character** [1] - 207:24
**characteristic** [1] - 207:14
**chart** [16] - 154:24, 161:13, 161:14, 197:18, 197:19, 197:21, 199:2, 199:14, 200:8, 200:9, 200:10, 200:22, 200:23, 201:1, 201:4
**check** [5] - 177:16, 177:21, 178:4, 181:23, 181:24
**checks** [8] - 177:5, 177:7, 177:15, 177:24, 178:8, 181:25, 194:21, 195:5
**Chief** [1] - 149:10
**children** [1] - 205:14

Cho [1] - 222:8
**choose** [3] - 184:14, 184:16, 185:12
**chooses** [2] - 181:2, 212:10
**chose** [1] - 160:20
**Christopher** [4] - 171:4, 190:21, 191:11, 216:12
**circumstances** [1] - 210:21
**cite** [8] - 153:12, 182:25, 195:17, 196:22, 197:11, 198:3, 206:14, 208:2
**cited** [3] - 196:24, 197:16, 202:20
**cites** [2] - 157:25, 227:11
**citizen** [4] - 210:12, 210:14, 211:3, 212:6
**citizens** [2] - 209:21, 210:3
**CIVIL** [1] - 146:6
**claim** [6] - 173:20, 173:24, 174:16, 174:17, 191:23, 236:9
**claims** [5] - 204:16, 209:7, 209:13, 209:16, 219:9
**clarify** [1] - 231:12
**CLARKSON** [1] - 146:11
**classrooms** [1] - 223:24
**clause** [1] - 207:9
**clear** [4] - 156:18, 181:6, 216:1, 233:20
**Clearly** [1] - 162:20
**clearly** [4] - 149:17, 171:18, 179:1, 195:22
**CLERK** [1] - 148:14
**clip** [1] - 150:22
**close** [2] - 155:22, 222:14
**clothes** [1] - 223:2
**CLUBS** [1] - 146:4
**co** [3] - 154:20, 166:6, 195:24
**co-author** [2] - 154:20, 195:24
**co-authors** [1] - 166:6
**colleague** [1] - 148:9
**colleagues** [1] - 213:17
**Columbo** [1] - 225:6
**column** [6] - 169:23, 202:1, 218:22,

218:24, 219:5, 222:12
**columns** [1] - 169:24
**combined** [1] - 230:25
**comfortable** [2] - 192:2, 215:17
**coming** [1] - 236:17
**commencing** [1] - 213:17
**comment** [3] - 156:13, 158:25, 176:6
**commissioned** [1] - 171:8
**commit** [1] - 181:18
**committed** [1] - 230:11
**common** [1] - 189:23
**communities** [1] - 160:12
**community** [1] - 194:25
**comparable** [1] - 167:20
**compare** [5] - 168:8, 198:21, 198:22, 205:23
**compared** [2] - 203:19, 207:18
**comparing** [2] - 166:19, 167:2
**comparison** [1] - 219:12
**compensate** [1] - 173:24
**compensation** [1] - 174:2
**competitors** [1] - 172:17
**complete** [3] - 171:13, 223:15, 235:13
**completed** [3] - 167:25, 168:4, 230:15
**completely** [3] - 176:7, 223:22, 224:2
**completion** [1] - 222:23
**complex** [3] - 215:22, 215:24, 216:5
**compliant** [1] - 211:14
**comply** [1] - 224:10
**composition** [1] - 155:19
**comprehensive** [1] - 162:12
**comprising** [1] - 229:18
**concealed** [2] - 215:21, 216:2
**concentrated** [1] -

163:5
**conceptually** [1] - 215:22
**concern** [4] - 229:3, 229:24, 234:1, 236:2
**concerned** [6] - 172:24, 208:15, 212:13, 232:4, 233:24, 235:8
**concerns** [1] - 202:15
**concert** [2] - 178:17, 179:15
**concluded** [2] - 171:17, 238:7
**conclusion** [8] - 171:24, 174:8, 176:2, 176:13, 202:20, 217:15, 221:12, 221:18
**Conclusions** [4] - 175:12, 203:22, 204:1, 204:6
**conclusions** [6] - 167:19, 195:14, 215:10, 215:18, 221:10, 221:23
**conclusive** [1] - 195:10
**concurrent** [1] - 198:8
**conducted** [3] - 157:7, 159:21, 188:15
**conducting** [1] - 169:19
**confer** [1] - 213:17
**confiscated** [1] - 217:25
**Conflicting** [2] - 177:3, 177:11
**conflicting** [1] - 216:3
**confront** [1] - 209:21
**confronted** [1] - 216:9
**congressional** [1] - 197:11
**Connections** [1] - 187:16
**consequence** [1] - 215:23
**consequences** [1] - 232:23
**consequently** [1] - 221:1
**consider** [3] - 174:1, 174:11, 207:4
**considerable** [1] - 154:6
**considered** [4] - 162:11, 176:8, 226:16, 232:17
**consistent** [2] - 162:15, 219:25

consisting [1] - 167:4
**consists** [2] - 152:22, 161:14
**constitutes** [1] - 167:11
**constitutional** [1] - 150:13
**constitutionally** [1] - 173:25
**consultation** [1] - 197:20
**contains** [2] - 157:1, 197:2
**contemplate** [1] - 213:16
**context** [4] - 166:18, 186:14, 216:5, 216:6
**continue** [2] - 218:16, 227:14
**continues** [2] - 177:14, 228:20
**continuing** [2] - 161:16, 217:18
**contradict** [1] - 221:18, 221:23
**Contrary** [1] - 202:11
**contributed** [1] - 219:3
**control** [6] - 150:8, 169:20, 170:7, 170:9, 170:12, 202:21
**Control** [2] - 159:22, 215:9
**controlled** [2] - 170:14, 204:21
**controlling** [1] - 194:20
**Controlling** [1] - 195:4
**Controls** [3] - 166:16, 167:2, 168:14
**controversial** [4] - 157:11, 158:3, 194:22, 195:6
**COOPER** [2] - 147:7, 147:9
**copy** [2] - 226:10, 227:17
**copycat** [1] - 181:18
**Correct** [30] - 153:5, 154:9, 156:5, 160:13, 160:17, 161:6, 171:19, 178:21, 179:15, 186:2, 186:7, 187:9, 191:17, 193:24, 194:3, 194:16, 195:6, 195:12, 196:13, 196:18, 201:14, 202:16,

203:1, 204:15, 204:22, 207:11, 209:23, 210:1, 219:6, 231:22
**correct** [208] - 146:23, 149:5, 149:9, 149:13, 150:3, 150:9, 150:11, 150:15, 151:15, 151:18, 153:8, 153:23, 154:10, 154:12, 154:13, 154:15, 154:21, 155:1, 155:5, 155:11, 155:19, 156:9, 156:12, 156:16, 156:20, 157:1, 157:4, 157:7, 158:1, 158:12, 159:19, 159:22, 160:4, 160:20, 161:10, 161:20, 161:25, 162:3, 162:9, 162:16, 163:5, 163:8, 163:20, 163:25, 164:3, 165:6, 165:21, 165:24, 166:3, 166:4, 166:7, 166:8, 166:10, 166:12, 166:16, 166:21, 166:22, 166:25, 167:1, 167:7, 167:8, 167:14, 167:21, 168:1, 168:5, 168:6, 168:9, 168:12, 168:13, 168:15, 168:16, 168:19, 169:17, 169:21, 169:22, 169:25, 170:1, 170:2, 170:5, 170:6, 170:8, 170:13, 170:16, 170:20, 170:24, 171:6, 171:9, 171:12, 171:25, 172:4, 172:13, 172:22, 173:10, 173:21, 174:4, 174:9, 174:16, 174:21, 175:1, 175:6, 175:9, 175:18, 176:4, 176:15, 177:6, 178:24, 179:3, 179:7, 179:8, 179:10, 179:11, 179:21, 180:25, 181:1, 181:5, 181:9, 182:5, 182:9,

182:13, 182:16, 182:20, 182:23, 183:1, 183:4, 183:10, 184:5, 184:18, 184:24, 185:3, 186:24, 186:25, 187:3, 187:13, 187:21, 188:5, 188:9, 189:6, 190:21, 191:7, 191:20, 191:24, 192:2, 192:5, 192:11, 192:17, 192:21, 192:22, 192:24, 193:25, 194:4, 194:7, 194:23, 195:15, 195:18, 195:21, 196:23, 197:12, 197:16, 198:6, 198:9, 198:12, 198:15, 198:18, 198:23, 199:5, 199:10, 200:16, 201:18, 202:4, 202:19, 202:22, 203:4, 203:7, 203:8, 203:11, 204:25, 205:4, 205:8, 205:19, 206:3, 206:4, 206:8, 206:12, 206:14, 206:17, 206:22, 207:16, 209:5, 209:7, 209:10, 209:18, 209:24, 210:2, 215:11, 215:16, 216:18, 217:6, 217:7, 217:10, 217:13, 217:14, 231:15, 232:20, 232:24, 233:8, 233:19, 234:7, 237:3

**correction** [1] - 165:11

**correctly** [2] - 149:11, 163:10

**correlate** [1] - 166:25

**cost** [3] - 174:2, 174:15, 219:11

**Council** [7] - 160:1, 160:20, 184:23, 185:21, 194:6, 194:14, 194:20

**count** [1] - 208:25

**Count** [1] - 220:15

**counterfactual** [3] - 151:8, 174:6, 203:10

**countries** [1] - 204:21

**country** [3] - 172:19,

204:8, 204:10

**Counts** [1] - 175:4

**couple** [1] - 231:7

**course** [1] - 172:14

**COURT** [115] - 146:1, 146:15, 148:1, 148:6, 148:11, 148:16, 148:19, 148:24, 149:1, 150:6, 150:19, 151:24, 152:8, 152:14, 152:16, 153:12, 153:16, 153:19, 157:15, 157:17, 157:22, 158:20, 158:22, 159:2, 159:4, 159:8, 164:7, 164:22, 164:25, 165:11, 165:14, 168:21, 169:4, 169:6, 169:14, 176:18, 176:20, 177:12, 180:3, 180:9, 180:21, 183:24, 184:10, 184:13, 185:7, 186:19, 186:21, 189:14, 189:16, 190:9, 190:11, 190:25, 191:2, 191:4, 191:8, 196:4, 196:6, 199:16, 200:6, 201:2, 204:4, 210:10, 211:11, 211:21, 212:23, 212:25, 213:7, 213:10, 213:13, 213:19, 213:22, 214:7, 214:11, 214:15, 214:19, 214:23, 218:5, 218:20, 219:4, 220:3, 220:8, 220:12, 224:23, 225:4, 225:10, 225:13, 226:4, 226:7, 226:10, 226:18, 226:23, 227:4, 227:14, 227:20, 227:25, 228:11, 228:14, 231:4, 231:9, 231:25, 232:3, 233:1, 233:3, 234:10, 234:15, 234:19, 236:16, 236:20, 237:1, 237:4, 237:9, 237:13, 237:17, 237:22, 237:25

**court** [1] - 181:13

**Court** [2] - 148:25, 209:10

**Court's** [2] - 148:8, 149:4

**COURTHOUSE** [1] - 146:11

**courthouse** [1] - 181:14

**cover** [1] - 177:15

**covering** [1] - 226:2

**credible** [1] - 207:19

**credit** [1] - 171:18

**crime** [27] - 165:24, 166:25, 167:11, 167:13, 167:16, 169:21, 170:8, 170:11, 170:19, 170:24, 170:25, 172:6, 173:9, 173:12, 173:16, 174:11, 178:6, 178:9, 181:18, 186:18, 187:10, 197:7, 218:13, 219:18, 219:22, 220:5, 220:9

**Crime** [1] - 166:7

**crimes** [3] - 177:17, 177:22, 186:13

**Criminal** [1] - 217:4

**criminal** [8] - 186:1, 187:1, 188:16, 210:13, 217:19, 222:23, 224:14

**criminals** [4] - 210:1, 210:8, 217:25, 224:6

**criteria** [1] - 166:2

**Critical** [1] - 184:22

**critical** [1] - 173:12

**CROSS** [2] - 147:19, 149:3

**cross** [9] - 148:10, 199:19, 199:21, 200:3, 214:6, 227:9, 231:5, 238:3, 238:5

**CROSS-EXAMINATION** [2] - 147:19, 149:3

**cross-examination** [7] - 148:10, 199:19, 199:21, 200:3, 214:6, 227:9, 238:3

**current** [2] - 172:24, 182:23

---

# D

**D-o-n-o-h-u-e** [1] -

148:18

**DANIEL** [1] - 147:4

**Daniel** [1] - 191:10

**data** [27] - 153:7, 154:2, 156:11, 156:15, 156:20, 160:12, 161:15, 162:15, 162:16, 192:20, 193:8, 194:3, 196:19, 197:23, 197:25, 198:2, 198:20, 200:14, 200:22, 215:14, 215:19, 228:2, 228:7, 228:8, 229:18, 230:17

**Data** [8] - 166:15, 166:18, 167:25, 168:4, 169:17, 215:9

**date** [1] - 222:7

**DAVID** [1] - 147:7

**David** [1] - 148:2

**DAVIS** [1] - 147:9

**DAW** [2] - 169:25, 170:2

**DAY** [1] - 146:20

**dead** [2] - 205:15, 206:7

**deal** [1] - 236:25

**dealers** [2] - 177:6, 177:8

**dealt** [2] - 220:5

**death** [6] - 178:10, 180:1, 194:2, 196:12, 196:17, 235:17

**deaths** [11] - 172:20, 178:16, 179:14, 193:9, 230:10, 232:12, 232:13, 232:18, 233:14

**decade** [3] - 172:25, 199:8, 202:4

**decades** [4] - 153:3, 161:6, 196:13, 196:18

**December** [1] - 160:16

**decide** [1] - 210:4

**decided** [4] - 149:5, 149:6, 151:2, 151:5

**decision** [2] - 149:5, 225:2

**declaration** [34] - 152:23, 152:24, 153:17, 153:22, 153:25, 156:22, 161:3, 161:16, 162:14, 163:4, 178:12, 182:19, 191:20, 195:15,

195:17, 196:23, 196:25, 197:2, 197:16, 198:17, 201:11, 202:19, 204:25, 205:3, 205:7, 205:19, 206:10, 208:3, 209:2, 209:9, 209:16, 209:18, 209:20, 230:22

**Declaration** [2] - 177:3, 177:11

**declaration's** [1] - 158:14

**decline** [3] - 156:8, 161:5, 162:6

**declined** [1] - 160:25

**declining** [2] - 153:4, 156:7

**decrease** [1] - 154:15

**defend** [2] - 209:14, 224:13

**Defendant's** [3] - 216:22, 218:6, 218:9

**defendants** [1] - 148:4

**DEFENDANTS** [2] - 146:7, 147:14

**defense** [4] - 156:12, 156:16, 209:22, 224:18

**defensive** [2] - 209:3, 224:16

**define** [2] - 184:13, 192:23

**defined** [2] - 193:8, 207:9

**defines** [1] - 193:3

**definitely** [1] - 190:10

**definition** [2] - 232:17, 235:7

**definitions** [2] - 192:25, 233:13

**degree** [6] - 168:20, 172:15, 192:9, 192:16, 192:19, 235:23

**demonstrates** [1] - 227:2

**dependent** [1] - 211:23

**deposition** [9] - 150:22, 150:24, 173:13, 173:15, 173:18, 174:10, 188:11, 188:13, 209:17

**deprived** [1] - 210:3

**DEPUTY** [1] - 148:14

**deranged** [1] - 235:11

**described** [1] - 210:6

**Descriptive** [1] - 203:14
**designed** [1] - 166:24
**Despite** [1] - 189:1
**destruction** [1] - 235:17
**detachable** [3] - 175:15, 220:24, 221:2
**detail** [1] - 206:19
**details** [2] - 206:21, 208:7
**determination** [1] - 190:14
**determine** [2] - 160:11, 174:2
**deterred** [6] - 183:8, 184:3, 184:6, 184:8, 184:11, 184:14
**difference** [5] - 176:3, 176:14, 181:20, 206:1, 222:11
**differences** [2] - 204:19, 204:20
**different** [11] - 166:15, 167:10, 168:8, 172:5, 192:25, 202:20, 205:23, 205:25, 222:6, 233:13, 233:23
**difficult** [2] - 160:11, 191:15
**dimension** [1] - 149:20
**direct** [1] - 216:21
**direction** [2] - 216:1, 216:3
**directions** [1] - 172:5
**directly** [1] - 221:17
**disagree** [1] - 176:12
**discourse** [1] - 202:16
**discussed** [3] - 171:11, 182:18, 194:5
**discusses** [1] - 177:4
**discussing** [3] - 153:11, 153:21, 190:23
**discussion** [1] - 217:23
**discussions** [1] - 212:3
**Disease** [1] - 159:22
**dispute** [1] - 205:22
**disputes** [1] - 233:22
**disregard** [1] - 224:6
**distinction** [3] - 206:2, 220:4, 220:6
**distribution** [1] - 160:11

**Distribution** [1] - 163:16
**DISTRICT** [4] - 146:1, 146:1, 146:15, 146:16
**Doctor** [5] - 157:18, 183:25, 213:8, 231:25, 236:17
**doctor** [1] - 169:6
**document** [21] - 149:25, 153:16, 158:4, 158:17, 158:20, 158:24, 159:1, 159:11, 160:24, 164:10, 164:11, 164:21, 165:10, 165:16, 166:13, 189:12, 199:16, 221:15, 226:4, 226:9, 227:21
**documentation** [1] - 199:18
**documented** [1] - 201:12
**documents** [3] - 148:22, 159:12, 222:5
**domain** [1] - 152:12
**domestic** [4] - 205:22, 206:3, 206:8, 233:21
**DOMINGUEZ** [1] - 147:13
**Donald** [1] - 149:24
**done** [12] - 150:11, 156:13, 160:21, 166:9, 167:20, 174:15, 192:8, 205:2, 213:25, 214:20, 216:11, 235:22
**DONOHUE** [8] - 147:19, 147:19, 147:20, 147:21, 148:13, 149:3, 215:1, 231:13
**Donohue** [14] - 148:8, 148:15, 148:16, 148:19, 149:4, 150:20, 150:25, 165:4, 215:2, 220:4, 225:9, 226:20, 226:22, 227:16
**Donohue's** [2] - 200:7
**doubled** [1] - 194:3
**down** [11] - 153:4, 154:5, 155:7, 155:8, 155:25, 186:4, 194:2, 213:24, 227:24, 232:8, 236:16

**downs** [1] - 162:20
**downward** [5] - 155:3, 156:12, 156:16, 156:17, 161:1
**Dr** [2] - 200:7, 237:6
**drafted** [1] - 195:14
**dramatic** [1] - 201:14
**dramatically** [1] - 202:21
**drew** [1] - 217:16
**drive** [3] - 181:19, 183:15, 214:18
**driving** [1] - 169:2
**drop** [9] - 154:6, 155:9, 155:12, 155:14, 155:15, 155:17, 171:18
**due** [4] - 155:19, 160:12, 193:12, 221:4
**duration** [1] - 223:7
**during** [6] - 187:2, 200:3, 204:21, 206:11, 217:25, 218:18
**Duwe** [1] - 197:20
**DX-36** [1] - 231:20
**DX-8** [1] - 164:12
**dying** [1] - 233:22

---

**E**

**e-mail** [1] - 199:25
**early** [1] - 202:15
**ease** [1] - 227:1
**easier** [1] - 214:20
**easily** [1] - 183:21
**EAST** [1] - 146:11
**edited** [1] - 191:10
**effect** [4] - 151:23, 165:23, 216:4, 221:9
**effective** [7] - 174:12, 178:15, 179:13, 179:17, 180:3, 180:9, 195:11
**effectiveness** [3] - 216:12, 217:16, 219:18
**effects** [4] - 167:12, 168:8, 168:17, 191:16
**efforts** [3] - 181:3, 181:5, 185:2
**eight** [1] - 180:24
**either** [5] - 200:2, 207:24, 209:22, 214:17, 223:19
**elaborate** [1] - 221:12
**Election** [2] - 149:23,

149:24
**element** [1] - 173:12
**eliminate** [1] - 233:10
**eliminated** [1] - 172:21
**embrace** [2] - 149:12, 150:1
**Emma** [2] - 187:17, 201:18
**emphasis** [1] - 179:17
**emphasized** [1] - 217:18
**enacting** [1] - 182:23
**end** [1] - 209:25
**ends** [1] - 196:19
**enforcement** [2] - 195:11, 212:3
**engagement** [2] - 222:23, 222:24
**enormous** [1] - 170:25
**enormously** [1] - 229:2
**ensure** [1] - 210:5
**enterprise** [1] - 223:9
**entire** [3] - 223:7, 223:16, 223:25
**entitled** [4] - 169:16, 171:4, 187:15, 205:11
**episode** [4] - 211:19, 223:15, 224:1
**episodes** [8] - 217:20, 221:17, 228:9, 230:1, 232:10, 232:22, 235:14, 235:19
**equal** [2] - 157:10, 157:20
**equally** [1] - 201:13
**erroneous** [1] - 149:14
**error** [5] - 161:23, 163:3, 221:20, 221:21, 223:14
**escape** [4] - 174:20, 175:1, 221:4, 223:20
**ESQUIRE** [9] - 147:4, 147:7, 147:8, 147:8, 147:9, 147:12, 147:12, 147:13, 147:13
**essentially** [3] - 162:2, 203:3, 207:22
**established** [1] - 150:13
**et** [2] - 146:7, 229:8
**evaluate** [1] - 189:23
**evaluated** [3] - 168:19, 169:9, 192:6
**EVAN** [1] - 147:12
**event** [4] - 197:9,

204:15, 207:10, 224:20
**events** [8] - 170:22, 172:8, 197:9, 201:14, 205:24, 206:3, 207:14
**evidence** [22] - 158:19, 161:2, 167:12, 172:15, 176:8, 186:6, 189:12, 190:5, 190:17, 191:21, 196:24, 199:14, 199:22, 200:11, 214:14, 216:7, 221:2, 221:3, 226:4, 231:6, 231:20, 238:4
**exact** [1] - 160:11
**exactly** [4] - 178:25, 187:4, 223:12, 224:1
**Examination** [1] - 217:6
**EXAMINATION** [6] - 147:19, 147:20, 147:21, 149:3, 215:1, 231:13
**examination** [7] - 148:10, 199:19, 199:21, 200:3, 214:6, 227:9, 238:3
**examine** [3] - 159:1, 224:15, 233:25
**example** [6] - 164:11, 164:17, 172:17, 180:12, 222:4, 230:11
**except** [1] - 162:25
**excerpt** [2] - 185:20, 193:18
**excerpts** [4] - 159:17, 171:3, 184:23, 193:14
**excess** [4] - 179:2, 179:3, 181:12, 182:19
**excluded** [1] - 190:2
**excused** [1] - 236:19
**exhibit** [5] - 158:18, 162:5, 190:2, 190:16, 195:24
**Exhibit** [5] - 216:22, 218:5, 218:6, 218:9, 220:13
**exhibits** [2] - 189:23, 200:2
**existing** [1] - 173:24
**expand** [1] - 174:4
**expect** [4] - 154:14, 182:12, 200:1, 210:7
**expecting** [1] - 199:14

expenditure [1] - 219:23

expensive [1] - 185:25

experience [3] - 167:5, 211:11, 213:7

Experience [2] - 190:17, 190:20

experienced [1] - 204:13

expert [3] - 195:15, 209:13, 226:15

experts [1] - 209:8

expiration [2] - 218:14, 234:6

explain [4] - 164:21, 169:20, 170:7, 204:8

explained [1] - 204:19

explains [1] - 177:5

explanation [1] - 156:8

explanations [1] - 156:18

Explanatory [2] - 169:16, 169:24

explanatory [1] - 170:4

explicitly [1] - 190:2

express [5] - 151:6, 163:4, 199:18, 209:9, 209:15

extended [2] - 162:18, 200:14, 203:6, 228:7

Extending [1] - 177:14

extent [1] - 168:24

extremely [6] - 173:9, 173:16, 174:6, 177:18, 211:24, 224:19

**F**

face [1] - 200:23

Facebook [1] - 223:2

facility [1] - 210:25

facing [1] - 202:8

fact [8] - 167:9, 184:6, 184:8, 198:17, 202:24, 208:22, 215:8, 230:6

factors [4] - 166:24, 169:20, 170:7, 170:10

facts [3] - 176:21, 200:10, 206:16

Faculty [1] - 149:23

failed [1] - 205:3

fall [1] - 230:9

familiar [9] - 151:14, 171:5, 175:5,

184:23, 203:18, 216:19, 217:1, 219:17, 225:19

family [7] - 205:12, 205:22, 208:10, 208:13, 235:11, 235:12, 235:13

fanatical [5] - 149:13, 149:16, 149:19, 149:20, 150:1

far [4] - 177:16, 214:7, 228:1, 230:18

farm [1] - 205:15

fast [1] - 229:3

fatal [2] - 229:19, 229:22

fatalities [3] - 229:18, 229:19, 229:22

FBI [24] - 196:24, 205:21, 225:19, 226:23, 226:24, 227:2, 227:11, 227:17, 228:1, 228:5, 228:6, 228:8, 228:15, 229:4, 231:14, 231:17, 232:2, 233:14, 233:16, 233:24, 234:9, 234:22, 235:15, 238:1

Federal [3] - 171:5, 190:17, 190:20

federal [20] - 151:14, 152:4, 171:8, 171:11, 177:4, 177:7, 177:16, 177:21, 180:12, 180:17, 186:10, 187:3, 187:13, 189:2, 190:23, 191:23, 216:12, 217:16, 218:14, 234:6

FEINBLATT [1] - 147:12

few [7] - 153:3, 159:12, 190:19, 211:25, 223:5, 227:7, 231:9

fight [1] - 223:20

figure [6] - 162:4, 164:2, 164:12, 164:15, 165:2, 216:6

findings [3] - 218:23, 219:1

fine [1] - 189:13

finish [1] - 237:20

finished [2] - 154:22, 237:18

fire [6] - 178:18,

209:21, 211:18, 221:3, 223:10, 223:17

Firearm [1] - 159:19

firearm [7] - 151:10, 162:9, 185:24, 194:15, 209:23, 210:6, 212:7

firearm-related [1] - 194:15

Firearm-Related [1] - 159:19

firearms [12] - 153:4, 186:1, 194:22, 195:5, 204:8, 204:11, 209:4, 210:5, 211:6, 212:12, 212:19, 218:13

Firearms [7] - 160:7, 163:12, 184:21, 185:19, 185:22, 217:5

Firearms-An [1] - 217:5

fired [3] - 211:13, 217:19, 224:17

firing [2] - 209:4, 212:7

first [21] - 148:7, 153:14, 158:23, 163:18, 164:12, 164:17, 171:21, 185:3, 185:21, 190:24, 191:14, 194:13, 195:3, 196:10, 197:5, 197:24, 204:17, 205:11, 207:8, 230:24, 235:18

FISHER [1] - 146:11

five [2] - 194:2, 233:12

flawed [4] - 221:15, 221:17, 222:1, 222:3

Fletcher [1] - 205:14

flight [1] - 237:12

floating [1] - 172:18

Flow [1] - 163:11

focused [2] - 153:22, 182:15

focuses [1] - 193:1

follow [4] - 176:2, 176:13, 180:18, 233:23

footnote [5] - 156:23, 193:17, 197:11, 218:21, 230:22

FOR [3] - 147:5, 147:9, 147:14

fora [1] - 232:23

force [3] - 174:4, 174:19, 174:24

forced [3] - 178:19, 212:17, 213:2

formal [1] - 185:22

formed [1] - 202:12

former [1] - 149:10

forum [1] - 235:16

foundation [4] - 185:5, 200:21, 211:9, 213:6

Four [1] - 169:16

four [11] - 162:21, 169:24, 192:24, 193:4, 193:22, 207:10, 230:10, 232:18, 233:12, 233:22, 235:19

fourth [1] - 231:21

Fox [8] - 187:17, 188:4, 188:15, 195:24, 201:18, 201:21, 201:22, 229:8

Fox's [1] - 196:22

Francis [1] - 146:24

FRANCIS [1] - 146:24

Frank [2] - 157:15, 234:20

frankly [1] - 236:1

fraud [1] - 149:8

frequency [1] - 224:12

frequently [1] - 186:18

fresh [1] - 210:12

Friday [1] - 236:24

Fridel [2] - 187:17, 201:18

frivolous [1] - 174:17

front [1] - 200:17

frustrate [1] - 185:2

full [9] - 149:25, 177:10, 190:24, 191:14, 194:25, 196:10, 202:10, 204:17, 220:21

fully [1] - 192:2

funding [1] - 193:20

fury [1] - 223:4

future [1] - 205:12

**G**

Gable [1] - 146:24

GABLE [1] - 146:24

Gallup [12] - 156:24, 157:6, 158:5, 158:15, 160:17, 160:20, 160:24, 162:3, 162:5, 163:2,

214:14

Gary [1] - 175:3

Gender [2] - 187:20, 187:24

General [10] - 153:7, 153:9, 155:1, 155:23, 157:3, 157:6, 161:4, 162:10, 162:15, 162:25

GENERAL [2] - 147:11, 147:14

general [6] - 157:8, 172:15, 192:3, 201:7, 203:12, 216:13, 224:11, 225:16, 229:21

generally [7] - 183:3, 202:3, 215:5, 215:11, 219:14, 220:5, 220:9

Geoff [1] - 205:11

geography [1] - 181:15

given [1] - 189:22

goal [1] - 232:5

government [2] - 171:8, 236:1

grabbed [1] - 223:2

Grant [1] - 197:20

grant [1] - 166:1

graphic [3] - 225:8, 226:2, 227:1

great [2] - 204:5, 229:3

greater [7] - 155:12, 175:16, 178:8, 178:10, 219:2, 220:24, 232:18

GREWAL [1] - 146:7

grounds [1] - 183:4

groups [1] - 149:8

growing [3] - 228:20, 235:18, 236:2

grown [1] - 218:13

GSS [2] - 154:2, 155:1

guards [1] - 183:6

guided [1] - 226:17

gun [52] - 150:8, 153:11, 153:21, 153:22, 154:4, 154:25, 155:3, 155:5, 155:10, 155:18, 155:23, 156:8, 156:12, 156:16, 157:1, 158:6, 158:8, 158:11, 160:17, 161:5, 161:9, 161:14, 161:25,

163:4, 163:19, 163:23, 167:12, 171:19, 171:25, 172:20, 177:6, 177:8, 177:15, 177:17, 177:18, 177:22, 180:13, 181:6, 181:11, 182:12, 183:3, 191:6, 193:2, 193:8, 193:10, 194:14, 202:21, 209:3, 212:14, 218:18, 224:16

**Gun** [5] - 154:19, 163:16, 163:23, 187:17, 192:23
**gunfire** [1] - 218:14
**Guns** [1] - 160:9
**guns** [17] - 154:7, 154:14, 160:12, 162:20, 163:20, 163:24, 164:14, 165:2, 178:2, 178:19, 191:5, 194:20, 195:4, 209:25, 210:7, 210:25, 218:13
**gunshot** [1] - 205:17
**gunshots** [2] - 217:19, 217:20
**GURBIR** [1] - 146:7

---

## H

**half** [4] - 155:17, 190:13, 213:19, 223:8
**hand** [2] - 148:23, 218:22
**handgun** [6] - 150:14, 164:2, 165:5, 165:17, 166:3, 172:15
**handguns** [7] - 150:15, 151:2, 151:9, 172:2, 172:6, 172:11, 172:18
**Handing** [1] - 148:25
**handle** [2] - 159:9, 203:9
**handling** [1] - 211:5
**hands** [1] - 210:1
**hard** [4] - 176:6, 180:4, 183:22, 198:2
**harder** [1] - 181:2
**HARTMAN** [1] - 147:4
**headed** [1] - 149:17
**heading** [10] - 156:2,

160:7, 163:16, 163:18, 170:4, 190:19, 196:7, 196:11, 197:4, 203:22
**Health** [1] - 217:9
**hear** [1] - 212:21
**heard** [5] - 187:24, 188:3, 189:15, 189:16, 207:3
**HEARING** [1] - 146:20
**hears** [1] - 205:13
**Held** [1] - 152:16
**held** [3] - 150:15, 150:25, 187:2
**Heller** [5] - 149:5, 149:12, 150:13, 151:2, 151:5
**helpful** [1] - 157:20
**hiding** [1] - 223:24
**high** [6] - 178:15, 179:13, 179:23, 202:12, 219:2, 223:17
**High** [1] - 217:5
**Higher** [1] - 202:5
**higher** [6] - 157:3, 163:1, 172:16, 200:18, 202:3, 217:22
**highest** [3] - 228:21, 228:23
**highlighted** [2] - 218:3, 228:19
**himself** [3] - 193:3, 193:11, 205:12
**history** [1] - 235:19
**hit** [4] - 205:24, 217:20, 217:21, 230:4
**hm** [1] - 197:3
**hmm** [6] - 152:18, 161:18, 196:9, 201:21, 220:20, 229:9
**hold** [2] - 151:1, 181:4
**holding** [11] - 151:21, 152:3, 172:4, 172:12, 175:21, 178:23, 185:16, 186:24, 210:4, 234:4, 236:10
**home** [13] - 158:6, 158:9, 160:17, 161:10, 167:18, 183:13, 211:5, 212:15, 223:1, 224:14
**homes** [1] - 160:12
**homicide** [1] - 172:16

**Homicide** [1] - 196:1
**homicides** [1] - 173:2
**Honor** [45] - 148:2, 148:3, 148:8, 152:21, 153:15, 158:17, 165:13, 186:20, 189:11, 190:8, 191:1, 199:13, 199:24, 200:12, 204:2, 211:8, 213:12, 213:21, 214:2, 214:9, 214:18, 214:24, 218:7, 224:22, 225:3, 225:5, 225:6, 226:1, 226:8, 226:12, 226:14, 227:3, 227:13, 227:23, 231:2, 236:15, 236:18, 236:21, 237:3, 237:6, 237:11, 237:15, 237:23, 237:24, 238:6
**HONORABLE** [1] - 146:15
**hope** [2] - 152:1, 236:4
**Hopefully** [1] - 212:25
**horrifying** [1] - 196:20
**hour** [2] - 190:13, 213:19
**hours** [3] - 223:3, 223:8, 237:14
**household** [14] - 153:22, 154:15, 154:25, 155:4, 155:7, 155:14, 155:18, 155:19, 155:24, 157:1, 158:11, 161:5, 161:14, 161:25
**households** [7] - 153:4, 153:5, 154:3, 154:7, 154:11, 154:14, 162:9
**housekeeping** [1] - 214:12
**Hui** [1] - 222:7
**hundred** [1] - 199:4
**Hundred** [1] - 199:7
**Hunt** [2] - 205:12, 205:13
**Hunting** [1] - 156:2
**hunting** [3] - 156:4, 156:7, 204:13
**husband** [1] - 235:11
**hypothesis** [1] - 204:7
**hypothetical** [4] -

150:19, 167:4, 175:23, 176:21

---

## I

**idea** [3] - 177:25, 222:19, 223:16
**idealogical** [1] - 158:1
**identical** [1] - 162:2
**identify** [6] - 180:5, 207:24, 222:22, 228:16, 232:16, 238:3
**III** [2] - 147:19, 148:13
**illegal** [6] - 182:2, 183:10, 184:5, 184:6, 184:17, 185:12
**Illness** [1] - 187:16
**imagine** [1] - 237:16
**impact** [10] - 170:10, 170:19, 170:21, 170:23, 178:8, 178:10, 189:3, 215:21, 216:1, 216:6
**impeachment** [3] - 190:1, 190:4, 200:3
**implement** [1] - 173:25
**implementation** [3] - 221:16, 221:21, 223:14
**implementing** [2] - 177:15, 177:20
**implies** [1] - 218:17
**importantly** [1] - 218:11
**Importantly** [1] - 218:12
**impose** [1] - 181:7
**impossible** [1] - 183:22
**imprecise** [1] - 235:8
**impression** [1] - 202:11
**inaccurate** [1] - 179:5
**INC** [1] - 146:4
**Incidence** [1] - 203:15
**incidences** [1] - 209:4
**incident** [7] - 193:4, 193:5, 193:9, 193:23, 206:8, 207:13, 232:14
**incidents** [29] - 177:19, 182:18, 182:25, 187:12, 192:21, 192:24, 193:11, 199:6, 202:13, 206:16,

206:22, 221:19, 221:22, 228:3, 228:17, 228:21, 229:23, 232:5, 232:23, 233:6, 233:17, 233:18, 233:24, 234:5, 235:1, 235:3, 235:16, 236:6, 236:7
**include** [3] - 192:23, 205:6, 206:7
**included** [1] - 226:15
**includes** [1] - 233:9
**including** [4] - 171:1, 183:7, 184:2, 184:15
**inconvenient** [1] - 185:25
**incorporate** [1] - 233:21
**incorrect** [5] - 149:14, 176:6, 208:11, 221:11, 221:13
**increase** [4] - 167:11, 198:11, 198:14, 201:12
**increased** [6] - 151:22, 152:4, 187:2, 196:12, 196:17, 221:5
**increases** [4] - 167:13, 196:20, 218:17, 230:4
**increasing** [9] - 233:17, 233:19, 234:6, 235:2, 235:3, 235:4, 236:6, 236:7, 236:8
**indeed** [2] - 197:15, 207:21
**independently** [3] - 168:19, 169:9, 206:21
**indicated** [2] - 205:21, 236:23
**indicating** [2] - 156:11, 156:15
**indications** [1] - 155:22
**indicators** [1] - 162:13
**individual** [2] - 211:24, 230:4
**individuals** [14] - 152:16, 155:24, 166:2, 168:2, 179:24, 183:18, 212:4, 217:20, 223:19, 230:3, 230:13, 230:23, 232:22, 235:20
**ineffective** [1] - 224:6

ineffectual [1] - 219:21
infer [1] - 232:20
influences [1] - 216:3
informal [1] - 185:23
information [6] - 157:8, 157:25, 179:5, 195:10, 231:8, 231:10
INJUNCTION [1] - 146:20
injunction [1] - 227:5
injure [1] - 218:18
injuries [2] - 165:21, 185:24
inquest [1] - 205:13
insights [1] - 222:2
instead [2] - 174:3, 178:20
intention [1] - 227:22
intentions [1] - 189:1
interest [2] - 149:8, 156:7
interested [1] - 188:8
interesting [1] - 151:4
Interests [2] - 177:3, 177:11
international [1] - 172:17
Internet [1] - 169:1
Interpersonal [1] - 207:1
interpreted [1] - 165:1
intervene [4] - 174:20, 174:25, 185:24, 223:20
interventions [1] - 195:9
interviewed [1] - 157:12
introducing [1] - 200:2
invasion [1] - 224:14
involve [1] - 209:4
involved [5] - 175:14, 208:10, 220:23, 232:12, 233:6
involves [2] - 166:18, 167:2
Involving [1] - 187:16
irresponsible [1] - 236:1
issue [18] - 151:6, 167:20, 167:23, 178:6, 178:7, 182:5, 192:13, 194:16, 212:3, 215:11, 215:14, 215:21, 215:22, 216:2, 226:23, 232:21,

234:1, 234:12
issues [2] - 192:14, 215:18
It'll [1] - 214:20

J

James [7] - 187:17, 188:4, 188:15, 195:24, 201:17, 201:21, 201:22
January [1] - 161:9
Jersey [19] - 171:13, 173:4, 173:24, 174:3, 180:16, 181:18, 182:3, 182:11, 182:13, 182:22, 183:9, 184:4, 184:17, 210:3, 210:8, 210:16, 211:14, 224:5, 235:9
JERSEY [4] - 146:1, 146:4, 146:12, 146:16
Jersey's [1] - 185:1
JOEL [1] - 147:8
John [6] - 148:15, 192:10, 192:16, 209:2, 209:6, 209:15
JOHN [6] - 147:19, 147:20, 147:21, 148:13, 215:1, 231:13
Joint [1] - 220:13
Journal [4] - 195:25, 203:16, 207:1, 217:8
journal [9] - 187:20, 187:23, 188:1, 188:3, 189:17, 189:19, 196:1, 203:17, 214:14
Juan [1] - 151:14
judge [1] - 191:15
Judge [17] - 148:5, 158:24, 165:7, 185:4, 185:14, 189:15, 189:24, 190:6, 199:17, 200:20, 212:21, 214:12, 216:24, 225:11, 226:17, 229:5, 234:8
JUDGE [1] - 146:15
July [1] - 225:22
June [1] - 225:22
jurisdiction [1] - 203:7
jurisdictions [1] - 181:4

justice [1] - 188:16
Justice [4] - 149:10, 150:1, 175:8, 203:15

K

keep [3] - 183:17, 225:12, 237:19
kept [4] - 179:23, 180:6, 183:13, 232:8
key [1] - 203:10
kill [4] - 184:19, 230:12
killed [16] - 178:1, 192:21, 192:24, 193:9, 193:12, 202:1, 202:2, 205:12, 205:16, 207:10, 222:18, 222:25, 223:5, 230:7, 230:23, 235:20
killed-per-million [1] - 202:1
killer [3] - 185:11, 206:6, 223:12
killers [2] - 181:3, 221:4
killers' [1] - 185:2
killing [12] - 205:12, 205:23, 208:10, 208:13, 222:17, 223:13, 232:6, 233:12, 235:11, 235:21, 235:23
killings [4] - 189:3, 220:9, 231:22, 235:12
Kim [1] - 205:13
kind [4] - 182:12, 185:5, 207:8, 234:10
kinds [1] - 169:7
Kinkel [3] - 230:11, 232:13, 232:16
Kinkel's [1] - 208:15
Kip [4] - 208:15, 230:11, 232:13, 232:16
KIRK [1] - 147:7
Klarevas [3] - 193:1, 193:3, 193:11
Klarevas' [6] - 191:22, 192:4, 192:9, 192:15, 192:20, 193:14
Kleck [15] - 175:4, 175:14, 175:18, 175:20, 177:4, 177:14, 177:20,

214:4, 219:24, 220:2, 220:14, 223:7, 223:22, 236:24, 237:6
Kleck's [7] - 175:25, 177:1, 219:17, 219:25, 221:10, 222:1, 222:3
knowing [1] - 154:16
knowledge [2] - 181:10, 200:25
known [1] - 188:10
knows [2] - 222:16, 222:17
Koper [14] - 171:4, 171:17, 186:23, 187:1, 187:4, 190:21, 191:11, 191:15, 191:19, 216:12, 217:1, 217:12, 217:16, 220:8
Koper's [4] - 186:10, 216:16, 216:19, 218:3

L

labeled [2] - 169:23, 201:24
lack [3] - 160:12, 193:12, 215:19
lacking [1] - 185:5
lag [1] - 181:6
Lanza [2] - 178:1, 183:11
Lanza's [1] - 208:15
lapse [1] - 180:16
Large [2] - 175:4, 220:14
large [30] - 167:23, 171:15, 172:6, 178:1, 178:9, 180:6, 180:14, 182:1, 183:12, 183:17, 183:20, 192:14, 205:25, 208:17, 212:4, 212:15, 215:14, 215:18, 215:23, 223:11, 223:18, 224:3, 224:12, 224:18, 229:4, 229:25, 230:16, 232:7, 235:2, 235:22
largely [1] - 186:6
larger [4] - 163:3, 202:14, 216:9, 217:22

Las [3] - 178:17, 179:14, 235:21
Lasso [4] - 166:16, 166:23, 168:11, 215:9
last [28] - 148:17, 149:25, 153:3, 156:2, 156:3, 160:15, 172:25, 173:6, 177:10, 178:14, 186:4, 188:24, 189:8, 189:22, 189:25, 193:18, 196:10, 196:15, 197:7, 199:8, 202:10, 213:11, 214:5, 225:16, 226:5, 226:22, 228:4, 235:18
Last [1] - 189:10
lasted [1] - 223:4
late [2] - 154:7, 156:5
law [15] - 177:4, 177:7, 179:18, 182:9, 182:23, 185:1, 209:20, 210:11, 210:14, 210:17, 211:3, 212:6, 217:24, 224:9, 224:10
Law [2] - 149:23, 212:3
law-abiding [5] - 209:20, 210:11, 210:14, 211:3, 212:6
laws [18] - 165:24, 166:1, 166:10, 166:14, 167:11, 167:14, 167:21, 168:1, 168:5, 168:11, 168:15, 182:4, 183:7, 184:2, 184:15, 192:11, 192:17, 215:5
Laws [2] - 166:7, 187:17
LCM [4] - 175:14, 175:20, 218:12, 220:23
LCMs [6] - 177:18, 186:17, 186:23, 187:9, 218:15, 236:10
lead [1] - 210:7
learning [1] - 166:23
least [7] - 154:4, 172:24, 193:4,

193:22, 196:12, 196:18, 214:4
**left** [1] - 183:14
**legal** [1] - 184:9
**legally** [2] - 181:12, 186:1
**legislation** [2] - 151:17, 151:22
**legislature** [2] - 224:9, 235:9
**lengthy** [1] - 189:17
**less** [9] - 155:4, 156:18, 180:1, 181:12, 181:13, 201:9, 211:25, 223:19, 225:15
**level** [3] - 172:24, 218:17, 233:7
**license** [1] - 166:2
**licensed** [2] - 177:6, 177:8
**lie** [1] - 157:11
**lies** [1] - 157:24
**likely** [11] - 157:11, 177:16, 177:21, 178:16, 179:13, 186:16, 187:7, 194:3, 212:11, 212:18, 213:3
**limit** [8] - 168:18, 170:13, 174:1, 176:3, 176:14, 180:25, 181:8, 182:24
**limitation** [1] - 151:17
**limited** [3] - 193:11, 213:15, 229:17
**limiting** [8] - 164:5, 165:20, 167:21, 168:1, 168:5, 168:12, 168:15, 177:23
**limits** [2] - 168:9, 170:19
**line** [5] - 150:23, 173:14, 188:12, 194:13, 197:25
**lines** [1] - 183:15
**Linkages** [1] - 175:5
**linked** [1] - 164:16
**list** [4] - 158:18, 190:2, 195:25, 200:1
**listed** [1] - 207:15
**listen** [1] - 190:11
**listening** [1] - 234:17
**lists** [1] - 222:13
**litigation** [1] - 165:19
**live** [2] - 156:25, 164:19
**lives** [5] - 165:20,

172:3, 172:11, 172:21, 173:1
**loaded** [2] - 157:19, 158:1
**loading** [1] - 204:11
**Local** [1] - 217:6
**location** [1] - 208:8
**locations** [1] - 207:16
**Lockhart** [2] - 205:11, 205:15
**long-arms** [1] - 204:11
**long-term** [2] - 197:6, 198:19
**look** [12] - 149:22, 150:4, 155:14, 162:22, 195:8, 197:14, 200:7, 202:1, 222:12, 227:12, 230:8, 232:11
**looked** [4] - 173:7, 206:18, 206:23, 228:6
**looking** [7] - 155:24, 169:23, 181:18, 191:10, 193:7, 228:5, 235:15
**looks** [3] - 163:14, 203:6, 220:10
**loss** [1] - 210:1
**lost** [1] - 190:25
**Lott** [2] - 209:2, 209:6
**Lott's** [3] - 192:10, 192:17, 209:16
**Louis** [1] - 191:22
**lower** [5] - 199:4, 199:8, 199:9, 200:16, 200:19
**LUCAS** [2] - 147:13, 218:8
**Lucas** [1] - 225:8
**lunch** [3] - 190:13, 213:16, 237:19
**Luncheon** [1] - 214:10

# M

**machine** [1] - 166:23
**magazine** [54] - 151:17, 167:21, 168:1, 168:5, 168:9, 168:12, 168:15, 168:17, 170:18, 170:21, 173:25, 174:1, 174:18, 175:16, 175:21, 176:3, 176:13, 177:23, 178:1, 178:9, 178:20,

179:19, 179:23, 179:25, 180:24, 181:8, 183:9, 184:4, 184:17, 184:18, 209:22, 210:12, 210:18, 210:19, 210:23, 211:3, 211:7, 212:5, 212:9, 215:14, 215:18, 215:24, 217:17, 219:12, 220:24, 222:11, 223:17, 224:5, 224:18, 230:12, 230:16, 232:7, 235:10, 236:10
**Magazines** [3] - 175:4, 185:16, 220:14
**magazines** [65] - 151:21, 152:3, 152:9, 152:12, 152:14, 164:6, 165:20, 167:24, 171:15, 172:3, 172:7, 172:12, 174:24, 176:2, 176:11, 178:15, 178:23, 179:7, 179:9, 179:13, 179:20, 180:7, 180:10, 180:14, 181:12, 181:19, 182:1, 182:19, 182:22, 183:12, 183:17, 183:21, 183:23, 185:3, 185:11, 185:15, 186:23, 187:2, 192:14, 205:25, 210:3, 211:1, 212:5, 212:6, 212:11, 212:14, 212:16, 212:18, 212:19, 213:3, 216:7, 216:10, 217:22, 217:24, 221:2, 221:6, 223:11, 224:3, 224:13, 229:25, 234:4, 235:2, 235:5, 235:22
**magnitude** [4] - 179:1, 216:4, 228:3, 235:17
**mail** [1] - 199:25
**major** [1] - 170:10
**margin** [1] - 163:3
**mark** [1] - 214:16
**marked** [1] - 216:21
**market** [1] - 186:5
**markets** [2] - 185:22, 185:25

**Maryland** [1] - 180:18
**Mass** [10] - 175:5, 187:16, 196:8, 196:16, 197:4, 201:25, 203:13, 220:15
**mass** [105] - 170:21, 172:7, 172:21, 172:23, 173:3, 174:24, 175:15, 175:25, 176:10, 177:19, 178:4, 178:7, 178:11, 179:19, 180:7, 181:22, 182:3, 182:6, 182:15, 182:18, 183:19, 183:20, 183:22, 185:11, 187:12, 189:3, 191:16, 191:23, 192:23, 192:25, 193:3, 193:22, 194:2, 195:9, 195:20, 196:11, 197:8, 198:4, 199:4, 200:14, 201:8, 201:12, 202:22, 202:24, 203:19, 204:8, 204:14, 204:20, 205:7, 205:20, 205:23, 206:6, 206:10, 207:9, 207:14, 207:19, 207:20, 207:24, 208:13, 208:18, 208:21, 208:23, 212:7, 212:10, 212:15, 212:17, 213:2, 215:24, 216:8, 220:6, 220:9, 220:23, 221:2, 222:5, 222:6, 222:10, 223:9, 223:12, 223:21, 225:14, 228:16, 229:22, 230:1, 230:8, 230:13, 230:19, 230:23, 231:22, 232:8, 232:17, 232:19, 232:20, 232:24, 233:5, 233:8, 233:9, 233:13, 233:18, 233:20, 235:4, 235:6, 235:7, 236:8
**massacre** [2] - 193:8
**massacres** [4] - 180:13, 193:2,

193:10, 202:13
**material** [1] - 189:22
**materials** [5] - 190:2, 190:4, 199:19, 199:21, 217:11
**math** [1] - 155:7
**Matt** [1] - 214:21
**matter** [5] - 192:3, 201:7, 207:25, 210:16, 214:12, 215:6, 216:20, 223:10, 224:11, 225:17, 227:5
**matters** [4] - 148:1, 148:3, 206:20, 237:22
**mayhem** [2] - 180:1, 208:16
**McPhedran** [2] - 207:4, 207:20
**McPhedran's** [2] - 207:23, 208:1
**mean** [19] - 154:22, 159:2, 161:21, 175:20, 177:24, 180:3, 180:9, 182:8, 184:8, 184:14, 192:7, 193:13, 202:5, 207:5, 211:18, 211:23, 231:10, 231:23
**means** [5] - 152:10, 152:11, 152:15, 186:14, 186:23
**meant** [1] - 152:20
**measure** [2] - 150:8, 162:12
**measures** [2] - 177:17, 177:22
**media** [1] - 202:12
**median** [1] - 163:19
**meet** [1] - 166:2
**member** [2] - 208:14, 235:13
**members** [2] - 183:5, 208:10
**Menace** [2] - 201:17, 229:8
**menacing** [1] - 230:5
**Mental** [1] - 187:16
**mention** [2] - 198:17, 205:3
**mentioned** [5] - 172:5, 174:10, 181:23, 192:12, 215:13
**merit** [2] - 173:24, 174:16
**mess** [1] - 222:21
**method** [1] - 185:23
**Method** [1] - 207:8

methodology [8] -
192:2, 221:14,
221:16, 221:20,
221:21, 222:1,
222:3, 231:17
methods [1] - 166:15
Mia [1] - 205:14
Michael [1] - 188:15
middle [2] - 207:9,
222:7
might [9] - 166:25,
169:20, 195:11,
213:22, 213:23,
213:25, 219:12,
225:22, 230:9
miles [3] - 181:13,
183:15
million [4] - 199:4,
199:7, 202:1, 202:2
minute [4] - 189:25,
222:14, 222:19,
229:6
minutes [3] - 223:5,
231:9, 231:10
mischaracterized [1] -
207:21
mischaracterizes [1] -
208:21
mischaracterizing [1]
- 164:10
misguided [1] -
223:25
missed [1] - 153:12
misses [1] - 223:16
misspoke [1] - 225:6
mistaken [1] - 216:17
mistakes [1] - 160:22
misunderstanding [1]
- 223:15
misunderstands [1] -
224:2
moment [1] - 225:6
money [4] - 174:13,
174:14, 219:13,
219:24
monies [1] - 219:12
months [1] - 183:14
morning [8] - 148:2,
189:21, 215:4,
217:12, 219:8,
222:25, 226:21,
237:10
most [14] - 154:2,
156:24, 158:10,
158:14, 161:16,
161:24, 162:2,
162:12, 174:12,
182:21, 198:11,
213:23, 216:19,
233:24

Most [1] - 182:18
mother [2] - 178:2,
183:12
move [4] - 158:18,
180:18, 189:11,
199:13
moving [1] - 162:21
multiple [3] - 205:24,
212:19, 213:3
murder [4] - 171:2,
183:8, 184:3, 184:15
murders [1] - 220:6
must [3] - 173:24,
179:4, 185:1
Myth [2] - 196:8,
196:16
Myth-Mass [2] - 196:8,
196:16

### N

name [2] - 148:14,
148:17
Nation [1] - 193:15
nation [1] - 180:24
nation's [1] - 171:18
national [1] - 159:17
National [9] - 160:1,
160:19, 163:12,
184:22, 185:20,
194:5, 194:14,
194:19, 217:6
nationwide [2] -
171:12, 171:14
nature [1] - 205:22
NBER [1] - 166:5
nearly [2] - 175:14,
220:23
need [17] - 161:11,
161:22, 178:3,
178:25, 182:4,
205:5, 208:4,
209:12, 211:18,
216:4, 221:6,
227:16, 227:20,
227:24, 231:9,
237:19, 238:3
needed [2] - 209:14,
211:20
negligible [1] - 189:4
neighboring [1] -
181:7
never [9] - 150:5,
150:8, 159:2, 159:3,
187:24, 188:3,
207:3, 224:16,
235:20
New [25] - 171:13,
173:3, 173:24,

174:3, 180:16,
180:18, 181:18,
182:3, 182:11,
182:13, 182:22,
183:9, 184:4,
184:17, 185:1,
203:14, 203:20,
204:10, 209:1,
210:3, 210:8,
210:16, 211:14,
224:5, 235:8
NEW [4] - 146:1,
146:4, 146:12,
146:16
new [4] - 171:14,
209:22, 225:1, 231:8
news [1] - 205:11
Newton [1] - 178:2
Newtown [4] - 159:23,
160:2, 228:5, 233:25
next [11] - 154:1,
154:5, 164:15,
176:23, 194:1,
197:24, 197:25,
204:17, 205:16,
236:20, 236:21
Next [5] - 157:22,
176:18, 180:22,
210:10, 213:10
nice [1] - 192:3
night [3] - 189:22,
226:6, 226:22
nine [2] - 207:15,
208:7
NO [1] - 146:6
non [4] - 186:17,
187:8, 229:19,
229:22
non-banned [2] -
186:17, 187:8
non-fatal [2] - 229:19,
229:22
None [2] - 148:4,
170:14
none [1] - 203:1
note [2] - 198:2, 214:3
noted [1] - 228:20
nothing [5] - 189:19,
200:22, 200:23,
210:16, 224:21
Nothing [1] - 236:15
noticed [1] - 228:18
notion [1] - 223:9
notwithstanding [1] -
215:19
NRA [3] - 207:5,
209:8, 209:11
number [48] - 152:11,
153:3, 154:14,
160:11, 160:22,

163:1, 163:2,
178:16, 178:18,
179:14, 180:13,
181:1, 182:4,
196:12, 196:17,
199:3, 200:17,
201:8, 202:2,
202:13, 206:18,
207:24, 217:19,
217:20, 217:21,
217:23, 220:16,
221:4, 221:14,
222:5, 223:18,
228:21, 228:23,
230:2, 230:3,
232:18, 233:14,
233:17, 233:18,
234:3, 235:1, 235:2,
235:3, 236:5, 236:7,
236:8
numbered [1] - 203:22
numbers [6] - 160:25,
162:5, 162:23,
177:17, 177:22,
198:3

### O

o'clock [4] - 159:5,
190:12, 213:23,
237:12
object [8] - 158:22,
165:7, 185:4,
185:14, 200:20,
211:8, 213:5, 226:8
Objection [1] - 157:14
objection [9] - 158:25,
159:5, 164:22,
168:21, 169:3,
189:13, 199:14,
200:6, 214:14
objections [1] -
165:12
objective [1] - 166:2
observers [1] - 185:23
observing [1] - 172:25
obtain [2] - 185:2,
186:1
obtaining [1] - 179:19
obviously [4] - 151:9,
180:4, 210:20,
232:21
occur [2] - 183:2,
235:12
occurred [6] - 182:25,
183:19, 193:5,
193:23, 207:16,
230:9
occurrence [2] -
204:14, 204:20

occurring [1] - 222:7
October [2] - 158:11,
158:15
OF [10] - 146:1, 146:4,
146:16, 147:11,
147:19, 147:20,
147:21, 149:3,
215:1, 231:13
offender/victim's [1] -
208:9
offer [2] - 164:5,
165:19
OFFICE [1] - 147:11
OFFICIAL [1] - 146:25
officials [1] - 166:1
often [4] - 174:19,
174:24, 192:23,
235:13
omit [1] - 207:20
omits [2] - 208:12,
208:20
Once [1] - 148:16
One [1] - 221:14
one [37] - 154:4,
154:7, 156:8,
158:21, 160:3,
160:23, 163:24,
165:5, 165:17,
167:22, 169:12,
172:8, 172:15,
178:18, 180:7,
182:11, 183:16,
185:23, 192:7,
195:8, 195:24,
206:8, 206:24,
209:1, 210:6, 211:1,
211:19, 216:3,
222:6, 225:20,
233:1, 233:20,
235:13, 236:3, 237:2
one's [1] - 210:25
one-third [1] - 178:18
ones [3] - 208:16,
220:5
oneself [1] - 211:1
open [1] - 151:6
opened [2] - 226:20,
234:10
opine [1] - 162:8
opinion [9] - 149:20,
153:7, 156:7, 163:4,
163:7, 164:5,
165:19, 195:20,
207:7
opportunities [1] -
150:10
opportunity [5] -
174:20, 174:25,
223:19, 227:12,
232:15

opposed [5] - 150:8, 162:19, 183:5, 216:5, 229:18
order [1] - 215:10
ordinary [1] - 199:20
Oregon [1] - 232:13
Organization [1] - 158:5
orient [1] - 225:8
oriented [1] - 188:16
original [3] - 226:24, 228:6, 228:18
Osmington [1] - 206:7
otherwise [2] - 184:18, 233:11
outcome [2] - 167:5, 181:20
outcomes [2] - 166:19, 167:3
outside [1] - 167:17
outweighed [3] - 167:13, 186:16, 187:7
overall [15] - 170:10, 170:19, 170:23, 171:25, 172:6, 172:20, 173:1, 178:6, 178:9, 187:10, 196:12, 196:17, 197:6, 201:12, 202:14
overruled [1] - 169:4
own [7] - 150:14, 151:7, 160:24, 162:5, 179:7, 179:9, 230:21
owned [6] - 162:9, 163:24, 164:14, 164:15, 165:5, 165:17
owner [1] - 163:19
owners [4] - 163:23, 164:2, 165:5, 173:25
ownership [15] - 153:11, 153:21, 153:22, 154:25, 155:4, 155:5, 155:8, 155:10, 155:13, 155:15, 155:23, 161:5, 161:14, 162:20, 163:5
Ownership [2] - 163:16, 163:23
owning [2] - 153:4, 154:14

P

packed [1] - 212:22

Paddock [6] - 178:17, 178:23, 179:23, 181:18, 181:23, 235:21
Page [2] - 204:1, 229:15
page [68] - 149:24, 149:25, 150:22, 154:1, 154:24, 156:1, 156:3, 156:24, 158:5, 160:6, 161:13, 163:15, 163:22, 164:12, 169:13, 169:16, 171:16, 173:13, 175:11, 177:1, 177:10, 178:14, 185:19, 186:5, 186:12, 186:19, 186:20, 188:11, 188:24, 188:25, 189:7, 189:8, 189:10, 190:23, 191:1, 191:11, 191:14, 193:17, 193:18, 194:11, 194:14, 194:18, 194:19, 194:24, 196:7, 196:14, 196:15, 197:18, 197:19, 197:24, 197:25, 201:24, 202:7, 202:8, 203:21, 203:23, 204:17, 207:8, 207:13, 208:6, 218:7, 218:8, 218:9, 219:5, 220:18, 231:21
pages [3] - 190:18, 190:19, 203:21
pain [1] - 205:13
Panel [6] - 166:15, 166:18, 167:25, 168:4, 169:17, 215:9
paper [11] - 166:5, 166:9, 166:12, 166:13, 166:14, 167:22, 168:20, 169:12, 187:21, 188:25, 221:24
Paragraph [1] - 197:4
paragraph [44] - 149:25, 153:1, 153:14, 153:25, 154:5, 156:3, 156:23, 160:15, 161:10, 171:22, 175:11, 177:9, 177:10, 178:12,

178:14, 179:12, 185:21, 186:4, 188:24, 189:1, 189:8, 189:10, 190:24, 191:14, 194:19, 194:24, 194:25, 195:2, 195:3, 195:8, 196:10, 196:15, 197:5, 197:19, 197:21, 198:1, 201:11, 202:10, 203:20, 204:18, 205:16, 218:10, 220:21, 231:21
part [4] - 151:17, 156:10, 198:13, 223:8
particular [12] - 166:20, 167:3, 181:2, 183:8, 184:3, 184:16, 190:19, 194:21, 195:5, 222:24, 230:13, 234:1
passed [1] - 181:24
passing [1] - 224:9
past [4] - 161:5, 196:13, 196:18, 202:4
pattern [1] - 230:9
PATTERSON [71] - 147:8, 147:19, 147:21, 148:21, 149:2, 149:3, 150:21, 151:11, 152:1, 152:20, 153:14, 153:17, 153:20, 157:23, 158:17, 158:21, 159:7, 159:11, 159:14, 165:1, 165:3, 165:9, 165:18, 169:5, 169:8, 169:11, 169:15, 173:17, 176:19, 176:24, 176:25, 180:23, 184:12, 185:9, 186:20, 186:22, 188:19, 189:11, 190:1, 190:7, 190:15, 191:1, 191:3, 191:6, 191:9, 191:13, 196:5, 199:13, 199:24, 200:12, 200:13, 200:25, 201:5, 201:6, 204:2, 204:5, 212:24, 213:1,

213:11, 214:17, 214:22, 225:3, 226:8, 226:14, 231:7, 231:11, 231:13, 233:2, 233:4, 234:25, 236:15
Patterson [7] - 148:9, 164:10, 164:13, 165:8, 217:13, 219:11, 224:4
Patterson's [2] - 168:25, 169:2
pause [2] - 176:1, 176:11
pauses [1] - 221:5
PC [1] - 147:4
peer [1] - 166:12, 168:7, 169:1, 175:9, 187:23, 188:1, 188:3, 189:19, 196:1, 203:16, 207:1
peer-reviewed [11] - 166:12, 168:7, 169:1, 175:9, 187:23, 188:1, 188:3, 189:19, 196:1, 203:16, 207:1
Pennsylvania [3] - 181:8, 181:11, 181:19
people [28] - 157:11, 163:25, 164:14, 164:17, 164:18, 178:2, 182:8, 182:9, 184:19, 192:21, 192:24, 193:4, 193:12, 193:22, 194:2, 199:4, 205:24, 207:10, 223:1, 223:6, 223:13, 223:23, 224:10, 230:6, 232:6, 233:12, 233:22, 235:16
per [18] - 197:9, 197:10, 198:4, 198:22, 199:4, 199:6, 201:8, 201:9, 202:1, 202:2, 218:18, 222:12, 222:14, 229:2, 230:3, 235:13
percent [25] - 153:5, 154:3, 154:6, 155:9, 155:14, 155:15, 156:25, 158:10, 160:16, 161:9, 161:25, 162:8, 162:21, 163:23,

164:2, 164:15, 165:5, 165:8, 165:9, 165:10, 165:16, 172:20, 173:1, 209:3, 229:2
percentage [2] - 155:10, 155:17
perfect [2] - 182:1, 213:21
perhaps [1] - 232:6
period [12] - 155:25, 162:18, 180:14, 198:20, 200:24, 203:6, 206:11, 207:11, 217:25, 225:15, 227:7, 228:9
periods [1] - 204:14
permission [1] - 148:9
persistent [1] - 161:5
person [9] - 157:7, 157:12, 182:3, 183:13, 210:20, 211:24, 217:21, 232:12
personal [4] - 154:25, 155:3, 155:10, 155:13
personally [1] - 209:15
persuasive [1] - 167:12
PETER [2] - 146:15, 147:8
Pew [8] - 161:3, 161:8, 161:9, 161:14, 161:16, 161:24, 162:15, 163:2
PGS [1] - 146:6
phenomenon [1] - 230:19
Phillip [3] - 207:22, 207:25, 208:2
Phoebe [1] - 205:14
Picking [1] - 189:3
picking [1] - 186:15
PISTOL [1] - 146:4
place [7] - 151:15, 152:5, 185:3, 198:12, 208:8, 208:14, 212:10
places [1] - 223:25
PLAINTIFF [3] - 146:5, 147:5, 147:9
plaintiff's [1] - 219:9
plaintiffs [7] - 148:3, 173:20, 179:6, 189:21, 226:20, 231:5, 236:22
Plausibility [1] - 175:5
play [3] - 150:22,

173:13, 188:11
**played** [1] - 188:23
**PLLC** [1] - 147:7
**point** [11] - 155:17, 160:25, 162:6, 179:22, 187:4, 200:10, 209:11, 216:3, 223:16, 230:22, 230:25
**pointing** [1] - 198:19
**points** [2] - 155:9, 155:10
**police** [10] - 173:9, 173:11, 173:16, 174:4, 183:5, 219:14, 219:18, 219:21, 219:23, 223:20
**policies** [1] - 195:10
**policy** [5] - 166:20, 167:3, 167:6, 234:1
**Policy** [2] - 175:8, 203:15
**poll** [11] - 157:6, 158:15, 160:16, 160:20, 160:24, 161:15, 161:17, 161:24, 162:3, 162:23, 214:14
**polls** [1] - 162:23
**popping** [1] - 189:24
**population** [2] - 199:2, 204:19
**Portion** [3] - 150:24, 173:15, 188:13
**position** [1] - 183:15
**possess** [1] - 167:18
**possibility** [1] - 219:2
**possible** [2] - 218:17, 232:6
**possibly** [1] - 237:13
**Post** [1] - 149:23
**posted** [1] - 223:2
**potential** [6] - 160:19, 174:20, 174:25, 179:20, 216:8, 224:3
**potentially** [1] - 158:1
**practice** [1] - 199:20
**precise** [1] - 187:4
**precisely** [1] - 234:12
**preclude** [1] - 200:2
**predictive** [1] - 166:24
**preexisting** [1] - 204:19
**preliminary** [1] - 227:5
**PRELIMINARY** [1] - 146:20
**premise** [6] - 174:5, 174:7, 175:24, 175:25, 176:9,

176:12
**preparation** [1] - 226:21
**prepared** [1] - 204:24
**preparing** [1] - 236:25
**present** [2] - 159:6, 228:2
**presented** [6] - 197:23, 219:1, 230:17, 231:8, 232:15, 236:24
**president** [1] - 234:2
**press** [1] - 159:17
**presumably** [1] - 212:14
**pretty** [1] - 190:5
**Prevalence** [1] - 154:20
**prevalence** [10] - 151:20, 152:2, 152:9, 155:18, 156:8, 156:12, 156:16, 172:18, 228:8, 228:16
**prevent** [4] - 177:17, 177:22, 179:18, 210:17
**prevented** [1] - 233:12
**prevention** [1] - 195:11
**primarily** [4] - 153:22, 164:15, 165:6, 165:17
**primary** [2] - 163:24, 164:13
**print** [2] - 214:17, 214:19
**Priorities** [1] - 159:18
**private** [5] - 177:15, 207:16, 207:21, 208:8, 208:22
**Problem** [1] - 197:4
**problem** [2] - 177:25, 192:18, 195:20
**problematic** [1] - 231:1
**problems** [2] - 188:7, 191:16
**proceed** [3] - 148:20, 214:23, 237:9
**proceeding** [1] - 236:20
**Proceedings** [1] - 238:7
**Professor** [33] - 148:8, 149:4, 150:24, 165:4, 171:17, 175:3, 175:14, 175:18, 175:20, 175:24, 177:1,

177:4, 177:14, 177:20, 186:10, 186:23, 191:14, 214:4, 215:2, 216:19, 217:16, 219:17, 219:24, 219:25, 220:2, 220:14, 221:10, 222:1, 222:3, 225:9, 226:20, 227:16, 236:24
**profile** [1] - 202:12
**programs** [1] - 195:1
**prohibition** [2] - 184:9, 204:7
**project** [1] - 224:15
**proliferate** [1] - 229:25
**proliferation** [1] - 171:14
**pronounced** [1] - 155:4
**pronouncing** [1] - 163:10
**properly** [1] - 207:23
**proportional** [1] - 155:12
**proposing** [1] - 151:1
**protection** [7] - 160:10, 163:25, 164:14, 164:15, 164:16, 165:6, 165:17
**providing** [1] - 227:23
**public** [38] - 149:8, 152:12, 166:3, 170:22, 172:7, 173:3, 182:16, 183:5, 193:6, 195:9, 195:22, 200:14, 201:13, 202:16, 202:25, 205:8, 205:20, 206:3, 206:11, 207:20, 207:22, 208:14, 208:16, 208:17, 208:19, 208:20, 208:21, 208:22, 208:23, 228:8, 229:4, 232:5, 232:22, 233:10, 234:1, 234:2, 235:16, 236:8
**publication** [3] - 175:9, 203:16, 207:2
**publicly** [1] - 150:8
**published** [10] - 154:20, 154:23, 159:8, 168:7, 168:25, 175:8, 187:20, 195:25,

203:15, 217:8
**pull** [2] - 216:23, 227:2
**pump** [1] - 204:12
**pump-action** [1] - 204:12
**purchase** [2] - 210:4, 219:13
**purchases** [2] - 177:5, 177:8
**purely** [1] - 185:6
**purposes** [2] - 200:3, 204:12
**put** [5] - 160:23, 189:20, 199:1, 205:1, 214:19
**putting** [1] - 172:10

**Q**

**qualification** [1] - 236:4
**quality** [1] - 169:2
**questioning** [3] - 219:15, 224:7, 226:20
**questions** [4] - 159:10, 225:10, 231:3, 231:7
**queuing** [1] - 225:8
**quickly** [1] - 160:22
**quite** [3] - 163:1, 210:24, 235:25
**quote** [4] - 149:10, 161:8, 186:15, 189:3
**quoted** [1] - 164:13

**R**

**raised** [1] - 234:13
**Rampage** [1] - 193:15
**rape** [1] - 171:1
**rapid** [1] - 222:17
**rapidly** [1] - 155:8
**rare** [2] - 177:18, 224:19
**rarely** [1] - 177:18
**rate** [5] - 172:16, 176:1, 176:10, 190:9, 198:22
**rates** [4] - 162:20, 170:19, 170:24, 221:3
**rather** [2] - 155:9, 204:9
**Rather** [1] - 233:5
**ratio** [1] - 229:21
**reach** [3] - 211:4, 211:19, 233:7

**reaches** [1] - 221:24
**reaching** [1] - 211:16
**read** [9] - 157:16, 195:3, 218:2, 218:20, 218:22, 220:19, 220:21, 234:20, 234:21
**readily** [1] - 204:18
**reading** [2] - 199:24, 218:10
**ready** [4] - 214:4, 237:1, 237:7, 237:8
**realized** [1] - 179:21
**really** [17] - 150:17, 155:16, 155:20, 156:13, 157:20, 158:25, 161:21, 162:6, 162:17, 192:18, 199:22, 205:1, 210:9, 230:18, 231:2, 234:8, 238:3
**reason** [8] - 164:13, 181:17, 187:25, 188:2, 189:21, 199:22, 233:7, 233:11
**reasonable** [1] - 154:16
**Reasons** [1] - 163:22
**reasons** [3] - 163:24, 172:16, 221:14
**receives** [1] - 217:21
**recent** [17] - 154:2, 156:24, 158:10, 158:14, 161:16, 161:24, 162:2, 171:18, 191:21, 216:20, 217:11, 225:15, 225:19, 225:20, 225:22, 227:18, 228:2
**Recent** [1] - 154:19
**recess** [1] - 214:10
**recitation** [1] - 222:5
**recitations** [1] - 207:19
**recollection** [3] - 161:11, 199:25, 225:24
**reconvene** [1] - 213:20
**record** [2] - 148:14, 214:3
**recreation** [1] - 160:9
**recross** [2] - 224:25, 225:4
**RECROSS** [2] - 147:21, 231:13
**RECROSS-**

**EXAMINATION** [2] - 147:21, 231:13
**Redirect** [2] - 213:14, 214:11
**REDIRECT** [2] - 147:20, 215:1
**redirect** [2] - 213:15, 213:18
**Reduce** [1] - 159:18
**reduce** [5] - 151:9, 165:21, 172:20, 174:11, 194:15
**reduced** [6] - 178:16, 179:14, 180:13, 187:13, 191:23, 202:22
**reducing** [9] - 168:17, 173:9, 173:16, 178:10, 185:24, 186:13, 191:4, 219:18, 219:21
**Reducing** [1] - 191:6
**reduction** [3] - 173:1, 186:15, 187:7
**refer** [4] - 153:1, 160:20, 200:8, 227:24
**reference** [6] - 158:14, 160:23, 164:13, 165:8, 170:9, 227:1
**referenced** [2] - 161:15, 230:21
**references** [1] - 168:24
**referendum** [3] - 150:15, 151:1, 151:7
**referred** [3] - 198:8, 231:14, 231:18
**referring** [10] - 148:22, 153:18, 164:12, 168:25, 187:10, 198:4, 205:20, 231:24, 232:1
**refers** [1] - 158:15
**refine** [1] - 198:24
**refined** [1] - 156:18
**reflected** [2] - 161:24, 200:24
**reflecting** [1] - 200:1
**reflects** [2] - 166:9, 229:1
**refrain** [1] - 184:16
**refresh** [2] - 161:11, 199:25
**regard** [1] - 227:9
**Regarding** [1] - 195:9
**regardless** [1] - 193:5
**regrettable** [1] - 180:15
**regulation** [1] - 181:7

**Related** [1] - 159:19
**related** [1] - 194:15
**relating** [1] - 216:12
**relationship** [1] - 208:9
**relatively** [1] - 225:15
**release** [2] - 208:16, 226:2
**released** [1] - 225:20
**relevant** [4] - 150:17, 226:19, 226:22, 227:8
**reliable** [2] - 205:2, 207:23
**relied** [4] - 163:13, 197:25, 207:25, 208:5
**reload** [6] - 174:19, 174:24, 175:15, 209:22, 210:12, 220:24
**reloading** [4] - 175:17, 221:1, 221:2, 232:14
**rely** [4] - 163:7, 178:19, 191:22, 208:1
**relying** [2] - 179:5, 193:7
**remainder** [1] - 197:23
**remains** [2] - 194:22, 195:5
**remember** [7] - 162:25, 178:1, 183:11, 208:12, 221:7, 224:7, 234:12
**remote** [1] - 174:6
**repeat** [5] - 151:24, 157:15, 174:22, 183:24, 234:16
**repeatedly** [1] - 209:3
**rephrase** [1] - 201:2
**replace** [1] - 222:11
**replicate** [2] - 192:1, 192:4
**report** [53] - 159:21, 159:23, 159:25, 160:2, 160:3, 160:4, 160:21, 161:8, 162:8, 163:19, 184:23, 184:24, 194:5, 194:6, 197:12, 197:14, 197:15, 198:1, 198:8, 200:16, 207:17, 207:18, 209:2, 209:13, 220:11, 225:19, 225:23, 226:15, 226:23, 226:24, 227:2, 227:17,

227:18, 228:1, 228:2, 228:6, 228:13, 228:15, 228:18, 228:19, 230:21, 231:14, 231:17, 231:18, 231:20, 232:2, 233:15, 233:16, 234:9, 234:22, 235:15, 238:1
**reported** [7] - 155:18, 160:17, 163:19, 163:24, 165:5, 165:17, 200:16
**reporter** [2] - 157:16, 234:21
**REPORTER** [1] - 146:25
**reporting** [1] - 162:10
**represent** [1] - 225:25
**represents** [1] - 235:23
**request** [1] - 159:21
**require** [2] - 166:1, 192:19
**required** [2] - 146:23, 150:20
**requires** [2] - 194:22, 195:6
**requiring** [2] - 177:4, 177:7
**Research** [10] - 159:18, 160:1, 160:20, 161:4, 175:8, 184:22, 185:21, 194:6, 194:14, 194:20
**research** [6] - 166:9, 186:7, 188:14, 193:20, 194:23, 195:6, 197:12, 224:17
**researcher** [4] - 188:4, 188:6, 188:10, 207:4
**researchers** [4] - 188:16, 188:17, 192:23, 205:2
**reserve** [1] - 190:14
**resources** [4] - 174:4, 174:11, 193:12, 193:21
**respect** [8] - 155:3, 171:25, 215:4, 215:14, 228:3, 228:16, 229:6, 229:18
**respected** [6] - 188:4, 188:9, 188:17, 188:18, 188:21
**respectfully** [1] -

164:9
**respects** [1] - 149:21
**respond** [2] - 164:25, 226:18
**respondents** [3] - 158:11, 161:9, 163:1
**response** [1] - 211:22
**responses** [1] - 158:2
**restate** [1] - 212:23
**restrict** [1] - 180:14
**Restricting** [1] - 185:20
**restricting** [2] - 215:23, 216:6
**restrictions** [4] - 194:15, 194:21, 195:5, 235:9
**result** [2] - 215:10, 217:17
**resulting** [1] - 215:19
**results** [5] - 168:3, 170:16, 192:1, 192:4, 198:6
**Results** [1] - 163:12
**Returning** [1] - 179:12
**Review** [1] - 184:22
**review** [2] - 158:24, 231:9
**reviewed** [12] - 166:12, 168:7, 169:1, 175:9, 187:23, 188:1, 188:3, 189:19, 196:1, 203:16, 206:21, 207:1
**reviewer** [1] - 194:7
**reviewers** [1] - 160:3
**rid** [1] - 151:9
**RIFLE** [1] - 146:4
**right-hand** [1] - 218:22
**right-to-carry** [10] - 165:24, 166:10, 166:14, 167:11, 167:15, 182:11, 192:11, 192:13, 192:17, 215:5
**Right-to-Carry** [1] - 166:6
**Rise** [2] - 196:8, 196:16
**rise** [3] - 201:14, 205:21, 231:1
**risen** [1] - 152:12
**rises** [1] - 230:3
**rising** [3] - 186:16, 187:8, 195:22
**risky** [1] - 186:1
**robbery** [1] - 171:2
**robust** [2] - 215:14,

215:19
**room** [1] - 183:14
**roughly** [2] - 222:13, 222:19
**round** [1] - 236:5
**rounds** [18] - 151:21, 152:3, 168:18, 172:4, 172:12, 175:21, 178:24, 181:12, 182:20, 185:16, 186:24, 209:22, 210:4, 212:7, 230:15, 234:4, 236:11
**ruling** [2] - 200:6, 226:17
**rumor** [1] - 213:25
**rumors** [1] - 214:1
**run** [1] - 200:15

## S

**sake** [2] - 173:23, 174:7
**Samara** [1] - 207:3
**sampling** [1] - 161:23
**saturation** [1] - 202:12
**save** [4] - 165:20, 172:2, 172:11, 173:1
**saved** [2] - 172:21, 179:24
**saw** [2] - 162:4, 173:19
**Scalia** [1] - 150:1
**schedule** [2] - 236:23, 237:5
**SCHMUTTER** [1] - 147:4
**School** [4] - 149:23, 201:17, 201:24, 229:8
**school** [10] - 183:3, 201:14, 202:3, 202:13, 202:15, 208:14, 229:7, 230:5, 230:11, 232:13
**schools** [3] - 182:25, 183:2, 230:23
**scope** [1] - 234:9
**screen** [2] - 216:23, 226:1
**scrutiny** [2] - 192:10, 192:16
**search** [1] - 193:21
**seated** [1] - 148:17
**second** [12] - 156:2, 171:17, 171:21, 188:25, 189:8,

194:18, 202:10, 209:23, 210:18, 211:17, 211:19, 218:24

**Second** [4] - 149:7, 149:13, 149:15, 150:2

**seconds** [5] - 159:1, 211:25, 212:1, 222:12, 222:14

**seconds-per-shot** [2] - 222:12, 222:14

**Section** [1] - 146:23

**secular** [1] - 197:6

**security** [1] - 183:6

**see** [23] - 150:6, 158:6, 162:19, 166:24, 177:13, 187:17, 188:8, 190:19, 197:18, 197:20, 199:3, 199:22, 204:1, 218:2, 219:5, 222:5, 224:1, 227:20, 231:21, 232:10, 234:17, 235:17, 237:25

**seeing** [2] - 158:23, 231:1

**seek** [2] - 183:20, 183:23

**seeking** [2] - 179:6, 179:9

**self** [5] - 156:12, 156:16, 160:9, 204:11, 209:22

**self-defense** [3] - 156:12, 156:16, 209:22

**self-loading** [1] - 204:11

**selling** [1] - 181:12

**semi** [3] - 186:17, 187:8, 219:2

**Semi** [1] - 217:5

**Semi-Automatic** [1] - 217:5

**semi-automatics** [3] - 186:17, 187:8, 219:2

**sense** [3] - 172:1, 176:22, 222:20

**sentence** [21] - 153:14, 156:3, 160:15, 163:18, 171:17, 171:21, 176:5, 177:6, 178:14, 179:12, 188:25, 189:9, 194:1, 194:19, 195:3, 196:10, 196:15, 202:10,

207:8, 218:22, 220:19

**separate** [1] - 235:19

**separately** [1] - 214:16

**September** [1] - 205:15

**series** [2] - 203:3, 203:9

**serious** [4] - 180:13, 188:6, 207:4, 228:25

**seriously** [1] - 212:13

**served** [2] - 174:3, 194:6

**service** [1] - 197:12

**set** [1] - 194:3

**settings** [1] - 201:14

**settles** [1] - 190:5

**Seung** [1] - 222:7

**Seung-Hui** [1] - 222:7

**seven** [4] - 196:20, 206:7, 208:25, 209:1

**several** [3] - 161:6, 196:13, 196:18

**share** [1] - 218:13

**shared** [1] - 189:22

**SHERIDAN** [1] - 146:15

**shoot** [4] - 175:25, 176:10, 222:10, 222:15

**shooter** [21] - 175:17, 179:19, 212:8, 212:10, 212:17, 213:2, 220:25, 221:19, 221:22, 222:24, 225:19, 228:2, 228:3, 228:6, 228:15, 232:14, 232:22, 233:23, 234:5, 235:15

**shooters** [15] - 174:19, 174:24, 175:25, 176:10, 178:4, 180:7, 182:19, 183:20, 183:23, 212:15, 220:10, 223:21, 233:6, 235:6, 236:11

**shooters'** [2] - 221:3, 221:6

**Shooting** [2] - 182:9, 205:11

**shooting** [45] - 159:24, 160:2, 164:20, 170:22, 172:7, 173:3, 182:3, 182:6, 182:8, 182:18, 192:23, 193:4, 193:22,

204:13, 204:14, 205:18, 205:23, 206:6, 207:9, 207:14, 221:5, 222:8, 223:9, 223:13, 228:9, 228:17, 229:22, 230:1, 230:11, 230:14, 230:15, 230:19, 231:14, 232:4, 232:9, 232:13, 232:17, 233:8, 233:17, 233:18, 233:25, 235:1, 235:3, 236:6, 236:7

**shootings** [67] - 170:22, 172:22, 172:23, 175:15, 177:19, 178:7, 178:11, 181:22, 182:15, 183:19, 187:12, 191:16, 191:24, 193:1, 194:2, 195:9, 195:20, 195:22, 196:11, 196:17, 197:8, 198:4, 199:4, 200:14, 201:8, 201:13, 202:3, 202:22, 202:25, 203:19, 204:8, 204:20, 205:8, 205:21, 206:11, 207:19, 207:20, 207:24, 208:7, 208:13, 208:18, 208:21, 208:22, 208:23, 215:24, 216:8, 219:3, 220:23, 222:5, 222:6, 225:14, 229:7, 230:6, 230:8, 230:23, 231:22, 232:19, 232:20, 232:24, 233:5, 233:9, 233:10, 233:13, 233:21, 235:4, 235:7, 236:8

**Shootings** [11] - 175:5, 187:16, 196:8, 196:16, 197:5, 201:17, 201:25, 203:14, 220:15, 229:8

**shop** [1] - 181:11

**short** [5] - 207:11, 222:18, 223:13, 223:18, 227:6

**shot** [6] - 193:5,

193:22, 194:2, 222:12, 222:14, 230:3

**shotguns** [1] - 204:12

**shots** [3] - 175:16, 220:25, 222:19

**show** [3] - 162:5, 162:18, 219:4

**showed** [2] - 160:24, 162:16

**SHOWELL** [54] - 147:12, 147:20, 148:4, 157:14, 158:23, 159:3, 164:9, 164:24, 165:7, 165:10, 165:13, 168:23, 185:4, 185:14, 189:15, 189:17, 190:3, 190:10, 199:17, 200:5, 200:20, 211:8, 212:21, 213:5, 213:15, 213:21, 214:1, 214:12, 214:24, 215:1, 216:23, 218:6, 218:9, 219:6, 219:7, 224:21, 225:5, 225:7, 225:11, 226:1, 226:5, 226:12, 226:17, 226:19, 227:1, 227:13, 227:15, 227:22, 231:2, 234:8, 236:22, 237:2, 237:15, 237:24

**Showell** [6] - 164:7, 168:22, 190:11, 214:23, 225:1, 234:10

**Showell's** [1] - 199:25

**showing** [4] - 154:25, 202:6, 226:24

**shown** [4] - 150:25, 173:15, 188:13, 198:6

**shows** [4] - 161:19, 199:11, 207:23, 233:16

**sic** [2] - 150:23, 173:13

**side** [1] - 200:2

**Siegel** [1] - 188:15

**significant** [3] - 177:17, 177:22, 228:25

**significantly** [2] - 178:16, 179:14

**similar** [2] - 167:5, 204:13

**simple** [1] - 223:14

**simpler** [1] - 192:18

**simply** [8] - 155:18, 181:19, 183:9, 184:4, 184:17, 185:12, 210:12, 212:6

**single** [9] - 173:3, 180:5, 180:7, 193:5, 193:9, 193:22, 203:7, 205:17, 206:24

**situation** [3] - 209:21, 210:6, 210:25

**situations** [2] - 176:4, 176:14

**six** [5] - 192:21, 193:1, 193:8, 193:11, 230:10

**size** [7] - 154:15, 164:5, 165:20, 204:19, 215:23, 216:7, 235:10

**skeptical** [2] - 209:7, 209:8

**skepticism** [2] - 209:9, 209:15

**Skip** [1] - 205:16

**skip** [2] - 218:21, 218:22

**skipping** [2] - 154:5, 186:4

**sleeping** [1] - 235:12

**slow** [1] - 223:10

**slowly** [2] - 222:10, 237:15

**slows** [1] - 221:2

**small** [2] - 170:19, 170:23

**smaller** [6] - 154:12, 163:2, 174:18, 174:23, 179:20, 179:25

**so-called** [1] - 165:23

**Social** [10] - 153:7, 153:9, 155:1, 155:23, 157:3, 157:6, 161:4, 162:10, 162:15, 162:25

**social** [2] - 158:2, 162:12

**sold** [1] - 185:22

**solely** [1] - 199:21

**Someone** [2] - 183:7, 184:2

**someone** [8] - 157:12, 181:17, 184:14,

211:25, 212:13,
224:18, 232:5,
233:11
**sometimes** [2] -
162:22, 232:6
**soon** [1] - 150:17
**sophisticated** [1] -
155:21
**Sorry** [3] - 181:14,
191:1, 191:4
**sorry** [13] - 150:6,
153:12, 153:15,
164:7, 168:21,
174:22, 186:19,
190:25, 191:3,
196:4, 225:5, 229:5,
231:25
**sort** [12] - 155:6,
161:21, 161:22,
163:3, 185:8, 203:3,
205:20, 207:5,
209:12, 217:18,
223:10, 223:12
**sought** [3] - 168:8,
170:7, 190:4
**source** [2] - 189:19,
229:3
**Sources** [1] - 217:6
**span** [1] - 161:22
**spare** [1] - 205:12
**speaking** [1] - 157:12
**speaks** [1] - 232:21
**special** [1] - 149:8
**specific** [4] - 191:16,
217:1, 220:19,
221:25
**specifically** [8] -
215:8, 216:16,
216:20, 220:18,
228:12, 229:6,
229:10, 234:23
**speculate** [2] -
201:10, 236:12
**speculation** [5] -
157:14, 186:6,
210:9, 211:10, 213:6
**speculative** [3] -
185:6, 185:8, 213:9
**spell** [1] - 148:17
**spend** [1] - 174:12
**spending** [1] - 219:13
**spent** [1] - 167:23
**spot** [1] - 177:12
**spring** [1] - 225:21
**stage** [1] - 202:16
**stand** [1] - 148:12
**Stanford** [1] - 149:23
**start** [6] - 208:13,
214:5, 218:10,
222:22, 237:17,

237:18
**starting** [6] - 150:23,
161:15, 169:25,
173:14, 177:6,
188:11
**starts** [3] - 154:1,
194:25, 218:3
**STATE** [2] - 146:11,
147:14
**state** [27] - 163:23,
166:1, 167:3, 167:4,
167:20, 168:1,
168:5, 168:10,
168:11, 168:15,
170:12, 174:2,
174:12, 181:2,
182:11, 183:15,
186:5, 189:5,
201:11, 202:11,
202:24, 204:6,
206:10, 209:20,
209:25, 219:13,
219:23
**State** [9] - 148:14,
182:13, 189:12,
199:15, 214:5,
236:22, 236:25,
237:7
**State's** [1] - 214:13
**state's** [1] - 168:17
**state-wide** [1] -
168:10
**statement** [3] -
173:11, 203:3,
221:10
**States** [13] - 151:22,
152:4, 152:17,
154:7, 154:11,
160:10, 193:23,
195:21, 199:2,
201:13, 221:23,
224:13, 230:6
**states** [11] - 154:3,
160:15, 164:11,
166:19, 166:20,
167:4, 180:19,
180:24, 181:6,
181:7, 205:13
**STATES** [1] - 146:1
**states'** [1] - 168:9
**stating** [2] - 161:8,
165:2
**statistical** [1] - 167:10
**steadily** [1] - 156:4
**steady** [3] - 186:16,
187:2, 187:8
**step** [2] - 213:24,
236:16
**Stephen** [5] - 178:17,
179:23, 181:17,

181:23, 235:21
**steps** [1] - 236:2
**sticker** [1] - 214:20
**stickers** [1] - 214:21
**still** [5] - 151:5,
181:24, 204:12,
218:5, 227:20
**stimulate** [2] - 167:14,
167:15
**Stock** [1] - 163:11
**stolen** [2] - 183:18,
210:7
**stop** [5] - 181:22,
182:2, 232:12,
232:15, 235:10
**stopped** [2] - 230:14,
233:7, 233:11
**stored** [1] - 211:2
**strategies** [1] - 195:11
**STREET** [1] - 146:11
**strike** [1] - 164:23
**STUART** [1] - 147:12
**student's** [1] - 222:25
**students** [6] - 202:1,
202:2, 202:14,
222:18, 223:5,
230:13
**studied** [2] - 165:23,
206:16
**studies** [13] - 168:8,
168:24, 169:1,
169:6, 169:7,
169:10, 170:9,
170:14, 216:11,
216:16, 220:4
**Studies** [2] - 169:17,
196:1
**Study** [1] - 203:14
**study** [40] - 155:18,
156:1, 156:9, 163:7,
163:11, 163:13,
163:15, 163:22,
167:9, 167:19,
167:20, 170:2,
171:4, 171:5, 175:3,
175:6, 186:10,
196:22, 202:18,
202:20, 203:13,
203:19, 203:21,
204:24, 205:1,
205:6, 215:11,
215:20, 217:17,
218:4, 219:1, 220:3,
220:8, 220:13,
230:21, 231:22,
232:19, 232:24,
233:5
**stuff** [1] - 189:24
**subject** [5] - 149:7,
215:5, 216:20,

225:1, 225:17
**subjected** [4] - 192:9,
192:10, 192:15,
192:16
**submitted** [4] -
152:23, 152:24,
158:18, 209:10
**subsequent** [3] -
218:1, 220:11,
228:19
**substantially** [3] -
156:5, 157:3, 218:13
**substantive** [1] -
190:5
**successful** [2] -
185:1, 186:13
**suddenly** [2] - 183:18,
209:13
**suggest** [4] - 167:10,
185:23, 218:12,
219:1
**suicide** [1] - 186:1
**sum** [2] - 175:14,
220:23
**Summary** [4] - 171:16,
171:22, 186:12,
186:22
**support** [2] - 151:7,
191:23
**supported** [1] - 204:9
**supports** [1] - 161:2
**Supreme** [1] - 149:4
**surprises** [1] - 227:7
**surrounding** [1] -
202:12
**survey** [4] - 156:25,
157:25, 158:10,
158:15
**Survey** [1] - 153:8,
153:9, 155:1,
155:23, 157:4,
157:6, 161:4,
162:10, 162:15,
163:1, 163:12
**surveyed** [1] - 160:16
**surveys** [5] - 153:9,
157:9, 160:19,
162:22, 163:2
**sustained** [1] - 200:6
**sworn** [1] - 148:13
**Synthetic** [4] - 166:16,
167:2, 168:14, 215:9

---

## T

**Tab** [5] - 152:23,
153:17, 161:12,
194:10, 229:13
**tab** [49] - 149:22,

152:7, 152:22,
154:17, 156:23,
158:4, 158:21,
159:15, 161:10,
161:13, 163:11,
166:5, 169:14,
169:15, 171:3,
175:3, 184:21,
186:9, 187:15,
190:14, 190:16,
191:2, 191:3,
193:14, 194:9,
195:23, 196:4,
196:5, 196:25,
197:2, 197:14,
197:15, 199:1,
201:16, 201:19,
201:20, 203:13,
205:10, 206:5,
206:25, 220:2,
220:17, 222:1,
229:6, 229:7,
229:12, 230:17
**table** [15] - 169:15,
169:23, 201:24,
202:6, 203:25,
207:13, 208:6,
208:11, 208:20,
222:4, 222:13,
229:10, 229:15,
229:17
**Table** [1] - 169:16
**tackled** [1] - 232:8
**takings** [4] - 173:20,
174:16, 219:9
**target** [1] - 204:13
**task** [1] - 215:22
**taste** [1] - 156:4
**teachers** [1] - 223:6
**Tech** [2] - 222:8,
222:16
**technique** [1] - 166:23
**technologies** [1] -
177:18
**telephone** [2] - 157:9,
157:13
**tend** [3] - 162:23,
182:15, 209:8
**Tenuous** [1] - 187:16
**term** [2] - 197:6,
198:19
**terms** [1] - 169:7
**terribly** [2] - 221:15,
221:16
**testify** [2] - 200:21,
227:17
**testifying** [1] - 234:12
**testimony** [17] -
151:12, 173:18,
180:2, 188:20,

208:11, 208:18, 212:2, 212:17, 216:14, 221:9, 225:9, 227:4, 227:8, 227:24, 232:25, 233:16, 234:3
thankfully [1] - 230:14
theft [1] - 210:1
theme [1] - 201:23
themselves [2] - 167:7, 236:7
thereby [2] - 174:19, 174:25
thinking [3] - 150:18, 224:2, 235:9
Third [1] - 194:25
third [5] - 178:18, 194:19, 194:24, 222:12
THOMPSON [11] - 147:7, 148:2, 148:7, 214:3, 214:9, 236:21, 237:6, 237:11, 237:21, 237:23, 238:6
Thompson [2] - 148:3, 237:5
Threat [1] - 159:18
three [6] - 162:21, 166:15, 167:10, 221:17, 221:20, 237:16
throwing [1] - 219:24
thumb [1] - 214:18
timeframe [1] - 222:18
Title [1] - 146:23
title [2] - 166:6, 217:4
Today [2] - 226:2, 227:17
today [6] - 148:22, 199:9, 213:25, 214:8, 214:20, 237:22
together [4] - 172:10, 189:20, 199:1, 227:6
toll [3] - 178:10, 196:12, 196:17
tomorrow [4] - 237:9, 237:12, 237:19, 237:25
took [4] - 167:22, 198:11, 208:7, 223:3
topics [1] - 158:3
total [2] - 172:3, 172:11
totally [1] - 155:6
tracking [1] - 194:1
transfers [1] - 177:15
trend [27] - 153:21, 155:3, 155:4,

156:12, 156:16, 156:17, 161:1, 161:19, 161:22, 162:18, 162:19, 172:23, 197:6, 197:8, 198:19, 218:12, 219:3, 227:2, 228:16, 228:19, 228:20, 229:1, 229:2, 229:3, 232:20, 233:23, 235:25
trending [3] - 155:7, 155:8, 155:25
trends [3] - 153:11, 154:25, 225:14
Trends [1] - 154:19
TRENTON [1] - 146:12
trial [1] - 200:3
tried [2] - 192:4, 222:22
true [13] - 146:23, 152:6, 155:20, 170:3, 172:14, 175:25, 176:10, 176:12, 176:22, 179:24, 203:12, 234:24, 236:9
Trump [1] - 149:24
try [5] - 169:19, 170:9, 223:20, 225:12, 227:6
trying [9] - 162:7, 171:20, 179:22, 180:6, 180:16, 216:6, 222:9, 224:15
turn [55] - 149:24, 152:7, 152:22, 153:25, 154:17, 154:24, 156:1, 156:22, 158:4, 158:5, 159:15, 160:6, 163:10, 163:15, 163:22, 166:5, 169:12, 171:3, 171:16, 175:3, 175:11, 177:1, 184:21, 185:19, 186:9, 186:12, 187:15, 188:24, 190:18, 190:23, 193:14, 193:17, 194:9, 194:11, 194:18, 195:23, 196:3, 196:7, 196:25, 197:18, 199:1, 201:16, 201:24, 202:7, 203:13, 203:20, 205:10,

206:5, 206:25, 207:7, 207:13, 208:6, 222:4
two [16] - 163:20, 172:10, 181:13, 183:15, 188:16, 190:18, 204:21, 221:15, 222:25, 223:7, 225:16, 228:4, 230:12, 232:12, 237:13, 237:16
type [3] - 169:19, 182:15, 215:13
types [4] - 177:19, 194:21, 195:5, 204:7

## U

U.S [6] - 146:15, 146:25, 163:11, 172:16, 197:5, 208:13
U.S.C [1] - 146:23
Um-hm [1] - 197:3
Um-hmm [6] - 152:18, 161:18, 196:9, 201:21, 220:20, 229:9
unaware [1] - 223:22
uncertain [1] - 216:2
uncut [1] - 181:4
under [20] - 156:23, 158:21, 163:18, 163:22, 170:4, 171:16, 171:21, 171:22, 186:12, 196:11, 196:16, 197:4, 197:21, 204:6, 207:8, 208:9, 210:12, 211:13, 222:12, 232:17
Under [2] - 185:20, 186:22
undercut [1] - 235:4
underlying [1] - 227:20
undermine [1] - 236:9
underneath [1] - 197:19
understood [1] - 152:18
unfolded [1] - 232:11
unfolding [1] - 232:4
Unfortunately [2] - 152:6, 225:11
unfortunately [1] - 203:21
unimaginable [1] -

235:24
UNITED [1] - 146:1
United [13] - 151:21, 152:3, 152:16, 154:7, 154:11, 160:10, 193:23, 195:21, 199:2, 201:13, 221:22, 224:13, 230:6
universal [8] - 177:16, 177:21, 177:24, 178:3, 178:8, 181:23, 181:24, 181:25
University [1] - 222:8
university [1] - 223:4
unlawful [1] - 183:3
unleashed [1] - 223:4
unless [1] - 238:3
unlike [1] - 157:6
unmistakably [1] - 235:17
unresolved [1] - 194:15
unsuspecting [3] - 212:12, 212:19, 213:4
up [15] - 166:24, 178:23, 186:15, 189:3, 199:8, 209:25, 216:23, 222:21, 223:7, 223:23, 225:1, 225:8, 227:2, 234:10, 238:2
Updated [2] - 171:4, 217:5
ups [1] - 162:19
upward [10] - 161:19, 161:21, 172:23, 197:8, 219:3, 228:19, 228:25, 229:2, 229:3, 235:25
Urban [1] - 217:9
url [1] - 226:13
USA [2] - 224:16, 227:17
uses [1] - 224:16
utter [2] - 211:9, 213:6
utterly [1] - 185:5

## V

vague [2] - 185:8, 185:15
VALERIA [1] - 147:13
valid [2] - 176:8, 230:18
validity [1] - 170:15

valuable [2] - 223:21, 235:10
value [2] - 200:23, 205:1, 224:2
Variables [2] - 169:16, 169:24
variables [1] - 170:5
varies [1] - 210:20
various [2] - 212:4, 216:8
vary [2] - 210:24, 229:24
varying [1] - 199:22
Vegas [3] - 178:17, 179:15, 235:21
verify [1] - 178:25
version [2] - 166:13, 207:5
versus [3] - 178:7, 219:13
victim [2] - 212:12, 212:19, 213:4
victims [6] - 174:20, 174:25, 202:13, 216:9, 221:4, 224:3
videos [1] - 212:4
videotaped [3] - 150:24, 173:15, 188:13
view [4] - 149:13, 149:14, 149:16, 150:2
views [2] - 219:17, 219:20
violating [1] - 182:8
violation [1] - 217:24
Violence [6] - 159:19, 184:22, 185:20, 187:20, 187:24, 207:1
violence [7] - 151:10, 171:19, 171:25, 191:6, 194:15, 202:15, 233:21
violent [12] - 167:11, 167:13, 167:16, 169:20, 170:8, 170:10, 170:19, 170:24, 170:25, 172:6, 177:19, 187:10
Violent [1] - 166:7
Virginia [2] - 222:8, 222:16
vote [2] - 150:14, 151:3
voter [1] - 162:23
voting [1] - 151:6
Vs [1] - 146:6

## W

**Wait** [1] - 233:1
**wait** [2] - 189:14, 204:2
**wake** [1] - 160:2
**walking** [1] - 223:24
**Warren** [1] - 149:10
**watching** [1] - 202:12
**Weapon** [1] - 190:18
**weapon** [6] - 180:12, 180:17, 189:2, 209:12, 216:13, 217:17
**weaponry** [1] - 223:3
**Weapons** [3] - 171:5, 190:20, 217:4
**weapons** [8] - 151:14, 152:5, 171:11, 181:3, 186:14, 190:24, 218:14, 234:6
**website** [1] - 226:13
**Webster** [1] - 191:10
**week** [1] - 189:23
**Weigh** [1] - 149:24
**Weigh-in** [1] - 149:24
**well-documented** [1] - 201:12
**well-known** [1] - 188:10
**well-respected** [2] - 188:17, 188:21
**whatsoever** [1] - 200:22
**whole** [1] - 230:19
**wide** [1] - 168:10
**widely** [1] - 160:9
**willing** [5] - 182:4, 183:7, 184:2, 184:15, 188:22
**WINNICKI** [1] - 147:4
**wise** [2] - 180:18, 224:11
**wish** [6] - 164:22, 164:25, 189:14, 189:15, 233:3, 238:4
**withdraw** [4] - 214:13, 233:3, 233:4
**WITNESS** [19] - 148:15, 148:18, 152:11, 152:15, 152:18, 157:19, 165:16, 180:4, 180:11, 185:8, 211:23, 213:9, 220:7, 220:10, 228:12, 232:2, 234:16, 234:22,
236:18
**witness** [9] - 148:7, 148:11, 148:25, 214:5, 224:22, 231:3, 236:20, 236:21, 237:11
**Witness** [1] - 236:19
**witnesses** [1] - 236:23
**women** [1] - 222:25
**wonder** [1] - 222:20
**wondering** [1] - 221:11
**woods** [1] - 164:19
**woodwork** [1] - 189:25
**word** [4] - 169:10, 179:17, 184:11, 237:2
**words** [1] - 222:14
**world** [2] - 151:8, 222:20
**worse** [2] - 180:7, 195:21
**Worse** [1] - 197:5
**worthless** [1] - 205:6
**worthwhile** [1] - 174:1
**would-be** [2] - 181:3, 185:2
**wound** [2] - 205:17, 230:13
**wounded** [1] - 230:7
**wounding** [1] - 178:10
**woundings** [2] - 229:19, 229:22
**wounds** [1] - 217:21
**write** [1] - 188:25
**written** [1] - 191:11
**wrong-headed** [1] - 149:17
**wrongly** [2] - 149:5, 149:6
**wrote** [3] - 150:3, 150:4, 179:4

## X

**Xs** [1] - 170:4

## Y

**year** [16] - 154:2, 162:21, 197:9, 197:10, 198:4, 201:8, 201:9, 209:25, 215:11, 225:16, 225:21, 228:9, 228:15, 228:22, 229:2, 235:18

**years** [13] - 167:22, 173:6, 192:12, 192:13, 196:20, 197:7, 203:1, 209:11, 215:19, 221:23, 228:4, 230:24, 235:24
**York** [1] - 180:18
**yourself** [2] - 206:17, 209:14

## Z

**Zealand** [4] - 203:14, 203:20, 204:10, 209:1
**Zealand-A** [1] - 203:14
**zero** [1] - 205:1