```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                   Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                  Date: September 6, 2018

Court Reporter: Frank Gable

TITLE OF CASE:                            CIVIL 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al
   vs.

GURBIR GREWAL

APPEARANCES:

Daniel L. Schmutter, Esq for Plaintiffs

Stuart M. Feinblatt, DAG for Defendants Gurbir Grewal and Patrick J. Callahan

NATURE OF PROCEEDINGS:

Telephone conference held.

Closing remarks by David H. Thompson for Plaintiff.

Closing remarks by Stuart M. Feinblatt, DAG for Defendants Gurbir Grewal and Patrick J. Callahan.

```
TIME COMMENCED:  3:00 PM          S/Dolores J. Hicks
TIME ADJOURNED:  4:30 PM              Deputy Clerk
TOTAL TIME:      1:30
```