

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

September 14, 2018

*Via ECF Only*
The Hon. Peter G. Sheridan, U.S.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fischer Building and U.S. Courthouse
402 E. State Street
Trenton, N.J.

    Re:    <u>Association of New Jersey Rifle & Pistol Clubs,
et al. v. Grewal, et al., Civil Action No. 18-cv-10507</u>

Dear Judge Sheridan:

    We represent Defendants, Gurbir S. Grewal, Attorney General of New Jersey, and Patrick J. Callahan, Superintendent of the New Jersey State Police, in connection with the above-referenced matter.

    I write to bring to the Court's attention a research letter published this past Tuesday in the Journal of the American Medical Association ("JAMA") discussing a study of comparative injuries from different types of firearms in which the authors conclude that "more people were wounded and killed in incidents in which semiautomatic rifles were used compared with incidents involving other firearms."

    Given that this research letter was only published yesterday, it was unavailable for the Court's consideration at the time of the preliminary injunction hearing and similarly upon oral argument of the parties' proposed findings of fact and conclusions of law. Defendants believe it bears directly on issues before the Court.

    A copy of the referenced research letter is filed via ECF as **Exhibit A** to this letter.

    Additionally, the Violence Policy Center published a study yesterday that is also relevant to issues before the Court casting doubt on plaintiffs' assertions about the magnitude of



September 14, 2018<br>Page 2

defensive gun use in the United States. A copy of that study has also been filed via ECF as **Exhibit B** to this letter.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By: _/s/ Evan A. Showell_
        Evan A. Showell
        Deputy Attorney General

cc via ECF:
All counsel of record
registered to receive electronic notification