# EXHIBIT B



SEPTEMBER 2018

Violence Policy Center

# Firearm Justifiable Homicides and Non-Fatal Self-Defense Gun Use

An Analysis of Federal Bureau of Investigation and National Crime Victimization Survey Data

WWW.VPC.ORG

## COPYRIGHT AND ACKNOWLEDGMENTS

Copyright © September 2018 Violence Policy Center

The Violence Policy Center (VPC) is a national nonprofit educational organization that conducts research and public education on violence in America and provides information and analysis to policymakers, journalists, advocates, and the general public.

For a complete list of VPC publications with document links, please visit http://www.vpc.org/publications/.

To learn more about the Violence Policy Center, or to make a tax-deductible contribution to help support our work, please visit www.vpc.org.

# INTRODUCTION

**Guns are rarely used to kill criminals or stop crimes.**

In 2015, across the nation there were only 265 justifiable homicides[1] involving a private citizen using a firearm reported to the Federal Bureau of Investigation's Uniform Crime Reporting (UCR) Program as detailed in its Supplementary Homicide Report (SHR).[2] That same year, there were 9,027 criminal gun homicides tallied in the SHR. *In 2015, for every justifiable homicide in the United States involving a gun, guns were used in 34 criminal homicides.*[3] And this ratio, of course, does not take into account the tens of thousands of lives ended in gun suicides or unintentional shootings that year.[4]

This report analyzes, on both the national and state levels, the use of firearms in justifiable homicides. It also details, using the best data available on the national level, the *total* number of times guns are used for self-defense by the victims of both attempted and completed violent crimes and property crimes whether or not the use of the gun by the victim resulted in a fatality.

Key findings of this report, as detailed in its accompanying tables, include the following.

## JUSTIFIABLE HOMICIDES WITH A GUN COMPARED TO CRIMINAL GUN HOMICIDES

- In 2015, there were only 265 justifiable homicides involving a gun. For the five-year period 2011 through 2015, there were only 1,160 justifiable homicides involving a gun. [For additional information see *Table One: Firearm Justifiable Homicides by State, 2011-2015.*]

---

1   The Federal Bureau of Investigation (FBI) defines "justifiable homicide" as the killing of a felon, during the commission of a felony, by a private citizen.

2   The Federal Bureau of Investigation's Uniform Crime Reporting (UCR) Program collects basic information on serious crimes from participating police agencies and records supplementary information about the circumstances of homicides in its unpublished Supplementary Homicide Report (SHR). The SHR contains more detailed information not available through published UCR data or elsewhere including: the age, sex, and race of victims and offenders; the types of weapons used; the relationship of victims to offenders; and, the circumstances of the homicides. Detailed information (such as weapon used, relationship between the victim and offender, etc.) in the SHR is available *only* for the first victim and/or offender in any justifiable homicide or homicide incident. In 2015, 98.1 percent of firearm justifiable homicide incidents (260 out of 265) had just one victim. Recognizing how the data is presented in the SHR and the fact that virtually all justifiable incidents had just one victim, throughout this report justifiable homicide incidents will be referred to as justifiable homicides.

3   Number of reported justifiable homicides and homicides taken from Federal Bureau of Investigation (FBI) Uniform Crime Reporting (UCR) Program Supplementary Homicide Report (SHR) as tabulated by the Violence Policy Center. It is important to note that the coding contained in the SHR data used in this report comes from law enforcement reporting at the local level. The level of information submitted to the SHR system may vary from agency to agency. While this study utilizes the best and most recent data available, it is limited by the degree of detail in the information submitted.

4   In 2015 there were 22,018 firearm suicide deaths and 489 fatal unintentional shootings. Source: Federal Centers for Disease Control and Prevention WISQARS database.

- In 2015, 17 states[5] reported no justifiable homicides (Connecticut, Delaware, Hawaii, Idaho, Iowa, Maine, Massachusetts, Mississippi, Montana, Nebraska, New Hampshire, North Dakota, Rhode Island, South Dakota, Vermont, West Virginia, and Wyoming). [For additional information see *Table One: Firearm Justifiable Homicides by State, 2011-2015*.]

- In 2015 for every justifiable homicide in the United States involving a gun, guns were used in 34 criminal homicides. For the five-year period 2011 through 2015, for every justifiable homicide in the United States involving a gun, guns were used in 35 criminal homicides. [For additional information see *Table Two: Circumstances for Homicides by Firearm, 2011-2015*.]

## RELATIONSHIP OF PERSON KILLED TO SHOOTER IN JUSTIFIABLE HOMICIDES BY FIREARM

- In 2015, 37.7 percent (100 of 265) of persons killed in a firearm justifiable homicide were known to the shooter,[6] 49.4 percent (131) were strangers, and in 12.8 percent (34) the relationship was unknown. For the five-year period 2011 through 2015, 33.8 percent (392 of 1,160) of persons killed in a firearm justifiable homicide were known to the shooter, 53.7 percent (623) were strangers, and in 12.5 percent (145) the relationship was unknown. [For additional information see *Table Three: Relationship of Person Killed to Shooter in Justifiable Homicides by Firearm, 2011-2015*.]

## SEX OF SHOOTER IN JUSTIFIABLE HOMICIDES BY FIREARM

- In 2015, of the 265 firearm justifiable homicides, 93.2 percent (247) were committed by men, and 6.0 percent (16) were committed by women. For the five-year period 2011 through 2015, of the 1,160 firearm justifiable homicides, 92.4 percent (1,072) were committed by men, 7.0 percent (81) were committed by women, and in seven cases (0.6 percent) the sex of the shooter was unknown. [For additional information see *Table Four: Sex of Shooter in Justifiable Homicides by Firearm, 2011-2015*.]

## SEX OF SHOOTER AND PERSON KILLED IN JUSTIFIABLE HOMICIDES BY FIREARM

- In 2015, of the 265 firearm justifiable homicides, 97.7 percent (259) of the persons shot and killed were men and 2.3 percent (six) were women. For the five-year period 2011 through 2015, of the 1,160 firearm justifiable homicides, 97.8 percent (1,134) of the persons shot and killed were men and 2.2 percent (26) were women. [For additional information see *Table Five: Sex of Person Killed in Justifiable Homicides by Firearm, 2011-2015*.]

---

5  Alabama, Florida, and the District of Columbia did not submit any data to the FBI Supplementary Homicide Report (SHR) for the years 2011 through 2015. In addition, according to the FBI, limited SHR data was received from Illinois for the years 2011 through 2015. Beginning in 2016, all Illinois law enforcement agencies will be required by state law to report SHR data to the FBI. Data from these jurisdictions was not requested individually because the difference in collection techniques would create a bias in the study results.

6  Relationship categories in which the justifiable homicide victim was known to the shooter are acquaintance, boyfriend, brother, common-law husband, employee, ex-husband, ex-wife, father, friend, girlfriend, homosexual relationship, husband, in-law, neighbor, other family, other known, sister, son, stepfather, stepson, and wife.

- In 2015, 97.6 percent (241) of the persons killed by a male with a gun in a justifiable homicide were male and 2.4 percent (six) were female. For the five-year period 2011 through 2015, 97.6 percent (1,046) of the persons killed by a male with a gun in a justifiable homicide were male and 2.4 percent (26) were female. [For additional information see *Table Six: Sex of Shooter and Person Killed in Justifiable Homicides by Firearm, 2011-2015*.]

- In 2015, 100.0 percent (16) of the persons killed by a female with a gun in a justifiable homicide incident were male and 0.0 percent (zero) were female. For the five-year period 2011 through 2015, 100.0 percent (81) of the persons killed by a female with a gun in a justifiable homicide incident were male and 0.0 percent (zero) were female. [For additional information see *Table Six: Sex of Shooter and Person Killed in Justifiable Homicides by Firearm, 2011-2015*.]

## RACE OF SHOOTER IN JUSTIFIABLE HOMICIDES BY FIREARM

- In 2015, 48.3 percent (128) of the shooters who committed justifiable homicides were white, 47.5 percent (126) were black, 1.9 percent (five) were Asian, 0.8 percent (two) were American Indian/Alaskan Native, and 1.5 percent (four) were of unknown race.[7] For the five-year period 2011 through 2015, 48.0 percent (557) of the shooters who committed justifiable homicides were white, 48.4 percent (561) were black, 1.9 percent (22) were Asian, 0.5 percent (six) were American Indian/Alaskan Native, and 1.2 percent (14) were of unknown race. [For additional information see *Table Seven: Race of Shooter in Justifiable Homicides by Firearm, 2011-2015*.]

## RACE OF PERSON KILLED IN JUSTIFIABLE HOMICIDES BY FIREARM

- In 2015, 34.7 percent (92) of persons killed with a gun in a justifiable homicide were white, 64.2 percent (170) were black, 0.4 percent (one) were Asian, 0.8 percent (two) were American Indian/Alaskan Native, and 0.0 percent (zero) were of unknown race. For the five-year period 2011 through 2015, 37.4 percent (434) of persons killed with a gun in a justifiable homicide were white, 60.9 percent (707) were black, 0.8 percent (nine) were Asian, 0.6 percent (seven) were American Indian/Alaskan Native, and 0.3 percent (three) were of unknown race. [For additional information see *Table Eight: Race of Person Killed in Justifiable Homicides by Firearm, 2011-2015*.]

- In 2015, 63.3 percent (81) of the persons killed with a gun in a justifiable homicide by a white shooter were white, 35.9 percent (46) were black, none were Asian, 0.8 percent (one) were American Indian/Alaskan Native, and none were of unknown race. For the five-year period 2011 through 2015, 69.5 percent (387) of the persons killed by white shooters were white, 28.7 percent (160) were black, 0.2 percent (one) were Asian, 1.1 percent (six) were American Indian/Alaskan Native, and 0.5 percent (three) were of unknown race. [For additional information see *Table Nine: Race of Shooter and Person Killed in Justifiable Homicides by Firearm, 2011-2015*.]

- In 2015, 7.9 percent (10) of the persons killed with a gun in a justifiable homicide by a black shooter were white, 92.1 percent (116) were black, none were Asian, none were American Indian/Alaskan Native, and none were of unknown race. For the five-year period 2011 through 2015, 6.2 percent (35) of the persons killed

---

7 Detailed information (such as race of offender and victim) in the FBI's Supplementary Homicide Report is only available for the first victim and/or offender in the incident. Hispanic ethnicity could not be determined because of the inadequacy of data collection and reporting.

by black shooters were white, 93.6 percent (525) were black, 0.2 percent (one) were Asian, none were American Indian/Alaskan Native, and none were of unknown race. [For additional information see *Table Nine: Race of Shooter and Person Killed in Justifiable Homicides by Firearm, 2011-2015.*]

## TYPES OF FIREARMS USED IN JUSTIFIABLE HOMICIDES

■ In 2015, firearms were used in 80.8 percent of justifiable homicides (265 of 328). Of these: 80.8 percent (214) were handguns; 4.9 percent (13) were shotguns; 2.3 percent (six) were rifles; 11.7 percent (31) were firearm, type not stated; and, 0.4 percent (1) were other gun. For the five-year period 2011 through 2015, firearms were used in 80.6 percent of justifiable homicide incidents (1,160 of 1,439). Of these: 77.6 percent (900) were handguns; 5.0 percent (58) were shotguns; 4.6 percent (53) were rifles; 12.5 percent (145) were firearm, type not stated; and, 0.3 percent (four) were other gun. [For additional information see *Table Ten: Weapon Used in Justifiable Homicides, 2011-2015* and *Table Eleven: Type of Firearms Used in Justifiable Homicides, 2011-2015.*]

## HOW OFTEN ARE GUNS USED IN SELF-DEFENSE WHETHER OR NOT A CRIMINAL IS KILLED?

While it is clear that guns are rarely used to justifiably kill criminals, an obvious question remains: How often are guns used in self-defense whether or not a criminal is killed?

Pro-gun advocates — from individual gun owners to organizations like the National Rifle Association — frequently claim that guns are used up to 2.5 million times each year in self-defense in the United States.[8] According to the 2004 book *Private Guns, Public Health* by Dr. David Hemenway, Professor of Health Policy at the Harvard T. H. Chan School of Public Health and director of the Harvard Injury Control Research Center:

> Much discussion about the protective benefits of guns has focused on the incidence of self-defense gun use. Proponents of such putative benefits often claim that 2.5 million Americans use guns in self-defense against criminal attackers each year. This estimate is not plausible and has been nominated as the most outrageous number mentioned in a policy discussion by an elected official.

In his book, Hemenway dissects the 2.5 million figure from a variety of angles and, by extension, the NRA's own non-lethal self-defense claims for firearms. He concludes, "It is clear that the claim of 2.5 million annual self-defense gun uses is a vast overestimate" and asks, "But what can account for it?" As he details in his book, the main culprit is the "telescoping and...false positive problem" that derives from the very limited number of respondents claiming a self-defense gun use, "a matter of misclassification that is well known to medical epidemiologists."[9]

---

8   See, for example: "The Armed Citizen" ("Studies indicate that firearms are used more than 2 million times a year for personal protection...."), *America's 1st Freedom*, National Rifle Association, July 2018; and, "Chris Cox's NRA Armed Citizen: True Stories of Your Right to Self Defense in Action," ("While the anti gun media doesn't want to report the truth about Americans using guns for self defense as often as 2.5 million times a year, you can read breaking stories of everyday citizens fending off violent criminals in CHRIS COX'S ARMED CITIZEN"), *Armed Citizen E-Newsletter* (March 26, 2015). The 2.5 million estimate is the result of a telephone survey conducted by Florida State University criminologist Dr. Gary Kleck, see Hemenway, David, "The Myth of Millions of Annual Self-Defense Gun Uses: A Case Study of Survey Overestimates of Rare Events," *Chance* (American Statistical Association), Volume 10, No. 3, 1997.

9   For a more detailed discussion, please see Hemenway, David, *Private Guns, Public Health*, (The University of Michigan Press, 2004), pp. 66-69 and pp. 238-243.

# ESTIMATES ON SELF-DEFENSE USE OF FIREARMS FROM THE BUREAU OF JUSTICE STATISTICS NATIONAL CRIME VICTIMIZATION SURVEY

Hemenway notes, and numerous others agree, that the most accurate survey of self-defense gun use is the National Crime Victimization Survey (NCVS) conducted by the Bureau of Justice Statistics. The survey has been ongoing since 1973.[10]

## VIOLENT CRIME

According to the NCVS, looking at the total number of self-protective behaviors undertaken by victims of both attempted and completed violent crime for the *three-year period 2014 through 2016*, in only 1.1 percent of these instances had the intended victim in resistance to a criminal "threatened or attacked with a firearm."[11] As detailed in the chart on the next page, for the three-year period 2014 through 2016, the NCVS estimates that there were 16,115,500 victims of attempted or completed violent crime. During this same three-year period, only 177,300 of the self-protective behaviors involved a firearm. Of this number, it is not known what type of firearm was used or whether it was fired or not. The number may also include off-duty law enforcement officers who use their firearms in self-defense.

---

10  According to the website of the Bureau of Justice Statistics, the National Crime Victimization Survey (NCVS) "is the nation's primary source of information on criminal victimization. Each year, data are obtained from a nationally representative sample of about 135,000 households, composed of nearly 225,000 persons, on the frequency, characteristics, and consequences of criminal victimization in the United States. The NCVS collects information on nonfatal personal crimes (i.e., rape or sexual assault, robbery, aggravated and simple assault, and personal larceny) and household property crimes (i.e., burglary, motor vehicle theft, and other theft) both reported and not reported to police. Survey respondents provide information about themselves (e.g., age, sex, race and Hispanic origin, marital status, education level, and income) and whether they experienced a victimization. For each victimization incident, the NCVS collects information about the offender (e.g., age, race and Hispanic origin, sex, and victim-offender relationship), characteristics of the crime (e.g., time and place of occurrence, use of weapons, nature of injury, and economic consequences), whether the crime was reported to police, reasons the crime was or was not reported, and victim experiences with the criminal justice system." Each household is interviewed twice during the year (see http://www.bjs.gov/index.cfm?ty=dcdetail&iid=245).

11  For "violent crime" the NCVS measures rape or sexual assault, robbery, and aggravated and simple assault (see Bureau of Justice Statistics, "Violent Crime" (see https://www.bjs.gov/index.cfm?ty=tp&tid=31).

## SELF-PROTECTIVE BEHAVIORS, BY TYPE OF CRIME, 2014-2016

| | Violent Crime 2014-2016 | | Property Crime 2014-2016 | |
|---|---|---|---|---|
| | Total | Percent | Total | Percent |
| **Total Number of Crimes** | 16,115,500 | 100 | 45,816,900 | 100 |
| **"Victim was present"[a]** | **16,115,500** | **100** | **7,319,100** | **16.0** |
| **Self-Protective Behavior** | | | | |
| Took no action or kept still | 6,528,900 | 40.5 | 5,866,000 | 12.8 |
| Threatened or attacked with a firearm | 177,300 | 1.1 | 123,800 | 0.3 |
| Threatened or attacked with other weapon | 234,800 | 1.5 | 17,200 | ~ |
| Threatened or attacked without a weapon | 3,641,300 | 22.6 | 239,800 | 0.5 |
| Nonconfrontational tactics[b] | 4,811,700 | 29.9 | 910,700 | 2.0 |
| Other reaction | 695,700 | 4.3 | 154,300 | 0.3 |
| Unknown reaction | 25,900 | 0.2 | 7,300* | ~* |
| Property crime, victim not present[a] | # | # | 38,497,900 | 84.0 |

[a] By definition, victims are present during violent crime victimizations. Victims are not necessarily present during property crime victimizations.
[b] Includes yelling, cooperating, running away, arguing or reasoning, calling police, or trying to attract attention or warn others.
~ Less than 0.05%
* Interpret with caution. Estimate based on 10 or fewer sample cases, or coefficient of variation is greater than 50 percent.
# Not applicable
**Source:** Bureau of Justice Statistics, National Crime Victimization Survey, 2014-2016, Special Tabulation.

## PROPERTY CRIME

According to the NCVS, looking at the total number of self-protective behaviors undertaken by victims of attempted or completed property crime for the three-year period 2014 through 2016, in only 0.3 percent of these instances had the intended victim in resistance to a criminal threatened or attacked with a

firearm.[12] As detailed in the prior table, for the *three-year period 2014 through 2016*, the NCVS estimates that there were 45,816,900 victims of attempted or completed property crime. During this same *three-year period*, only 123,800 of the self-protective behaviors involved a firearm. Of this number, it is not known what type of firearm was used, whether it was fired or not, or whether the use of a gun would even be a legal response to the property crime. And as before, the number may also include off-duty law enforcement officers. In comparison, a 2017 study estimated that there are approximately 250,000 gun theft incidents *per year*, with about 380,000 guns stolen.[13] Further, according to the FBI, firearms were used in 189,718 aggravated assaults and 125,289 robberies in the United States *in 2016 alone*.[14]

## COMPARING NCVS DATA TO CLAIMS THAT GUNS ARE USED IN SELF-DEFENSE 2.5 MILLION TIMES A YEAR

Using the NCVS numbers, for the *three-year period 2014 through 2016*, the total number of self-protective behaviors involving a firearm by victims of attempted or completed violent crimes or property crimes totaled only 301,100. In comparison, the gun lobby claims that during the same *three-year period* guns were used 7.5 million times in self defense (applying to the three-year period the gun lobby's oft-repeated claim, noted earlier, that firearms are used in self defense 2.5 million times a year).

## CONCLUSION

The reality of self-defense gun use bears no resemblance to the exaggerated claims of the gun lobby and gun industry. The number of justifiable homicides that occur in our nation each year pale in comparison to criminal homicides, let alone gun suicides and fatal unintentional shootings. And contrary to the common stereotype promulgated by the gun lobby, those killed in justifiable homicide incidents don't always fit the expected profile of an attack by a stranger: in 37.7 percent of the justifiable homicides that occurred in 2015 the persons shot and killed were known to the shooter.

The devastation guns inflict on our nation each and every year is clear. In 2016, guns killed more than 38,000 Americans and injured more than 116,000, leaving an untold number of lives traumatized and communities shattered.[15] Unexamined claims of the efficacy and frequency of the self-defense use of firearms are the default rationale offered by the gun lobby and gun industry for this unceasing, bloody toll. The idea that firearms are frequently used in self-defense is the primary argument that the gun lobby and firearms industry use to expand the carrying of firearms into an ever-increasing number of public spaces and even to prevent the regulation of military-style semiautomatic assault weapons and high-capacity ammunition magazines. Yet this argument is hollow and the assertions false. When analyzing the most reliable data available, what is most striking is that in a nation of more than 300 million guns, how *rarely* firearms are used in self-defense.[16]

---

12  For "property crime," the NCVS measures household burglary, motor vehicle theft, as well as property theft. Since the survey information is obtained from a sample of households, it does not include property crimes affecting businesses or other commercial establishments. If such crimes are reported to law enforcement, they are included in the FBI's Uniform Crime Reporting Program. The NCVS includes property crimes affecting victims and household members which were reported and not reported to the police. (Bureau of Justice Statistics, "Property Crime," http://bjs.gov/index.cfm?ty=tp&tid=32.)

13  Hemenway, D. Azrael, D., & Miller, M., "Whose guns are stolen? The epidemiology of Gun theft victims." *Injury Epidemiology*, December 2017, http://doi.org/10.1186/s40621-017-0109-8...

14  See https://ucr.fbi.gov/crime-in-the-u.s./2016/crime-in-the-u.s.-2016/topic-pages/tables/table-14 and https://ucr.fbi.gov/crime-in-the-u.s./2016/crime-in-the-u.s.-2016/topic-pages/tables/table-13.

15  In 2016, 38,658 Americans died from firearms and 116,414 were injured by firearms. Source: Federal Centers for Disease Control and Prevention WISQARS database.

16  It is estimated that the total number of firearms available to civilians in the United States is 310 million: 114 million handguns, 110 million rifles, and 86 million shotguns. Krouse, William J., *Gun Control Legislation*, Congressional Research Service, November 14, 2012, p. 8.

## TABLE ONE: FIREARM JUSTIFIABLE HOMICIDES BY STATE, 2011-2015

| State | Number of Justifiable Homicides | | | | | |
|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL |
| Alabama | N/A | N/A | N/A | N/A | N/A | N/A |
| Alaska | 3 | 6 | 0 | 0 | 1 | 10 |
| Arizona | 6 | 7 | 13 | 9 | 15 | 50 |
| Arkansas | 0 | 3 | 0 | 1 | 1 | 5 |
| California | 23 | 27 | 22 | 26 | 20 | 118 |
| Colorado | 3 | 2 | 3 | 2 | 1 | 11 |
| Connecticut | 0 | 0 | 0 | 1 | 0 | 1 |
| Delaware | 0 | 0 | 0 | 1 | 0 | 1 |
| Florida | N/A | N/A | N/A | N/A | N/A | N/A |
| Georgia | 5 | 8 | 6 | 4 | 16 | 39 |
| Hawaii | 0 | 0 | 0 | 0 | 0 | 0 |
| Idaho | 0 | 0 | 0 | 0 | 0 | 0 |
| Illinois | 4 | 1 | 2 | 1 | 7 | 15 |
| Indiana | 6 | 12 | 11 | 16 | 6 | 51 |
| Iowa | 0 | 0 | 0 | 0 | 0 | 0 |
| Kansas | 1 | 3 | 0 | 1 | 2 | 7 |
| Kentucky | 3 | 7 | 0 | 1 | 13 | 24 |
| Louisiana | 9 | 10 | 6 | 16 | 7 | 48 |
| Maine | 1 | 2 | 0 | 0 | 0 | 3 |
| Maryland | 2 | 6 | 5 | 3 | 7 | 23 |
| Massachusetts | 0 | 1 | 0 | 0 | 0 | 1 |
| Michigan | 31 | 20 | 12 | 15 | 7 | 85 |
| Minnesota | 0 | 1 | 2 | 2 | 3 | 8 |
| Mississippi | 0 | 1 | 1 | 0 | 0 | 2 |
| Missouri | 8 | 8 | 3 | 6 | 15 | 40 |
| Montana | 0 | 0 | 0 | 0 | 0 | 0 |

| State | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL |
|---|---|---|---|---|---|---|
| Nebraska | 0 | 1 | 3 | 3 | 0 | 7 |
| Nevada | 2 | 1 | 1 | 2 | 6 | 12 |
| New Hampshire | 0 | 0 | 1 | 0 | 0 | 1 |
| New Jersey | 2 | 0 | 3 | 1 | 3 | 9 |
| New Mexico | 1 | 1 | 1 | 5 | 4 | 12 |
| New York | 0 | 0 | 0 | 0 | 5 | 5 |
| North Carolina | 3 | 5 | 1 | 6 | 4 | 19 |
| North Dakota | 1 | 0 | 0 | 0 | 0 | 1 |
| Ohio | 1 | 2 | 4 | 0 | 1 | 8 |
| Oklahoma | 5 | 11 | 7 | 6 | 11 | 40 |
| Oregon | 3 | 6 | 0 | 0 | 1 | 10 |
| Pennsylvania | 11 | 9 | 12 | 5 | 6 | 43 |
| Rhode Island | 0 | 0 | 0 | 0 | 0 | 0 |
| South Carolina | 6 | 11 | 6 | 6 | 14 | 43 |
| South Dakota | 0 | 1 | 0 | 0 | 0 | 1 |
| Tennessee | 21 | 20 | 16 | 27 | 18 | 102 |
| Texas | 29 | 47 | 49 | 43 | 61 | 229 |
| Utah | 0 | 2 | 0 | 0 | 1 | 3 |
| Vermont | 0 | 0 | 1 | 0 | 0 | 1 |
| Virginia | 6 | 7 | 9 | 4 | 2 | 28 |
| Washington | 5 | 4 | 8 | 4 | 1 | 22 |
| West Virginia | 0 | 1 | 0 | 0 | 0 | 1 |
| Wisconsin | 0 | 5 | 3 | 6 | 6 | 20 |
| Wyoming | 0 | 0 | 0 | 1 | 0 | 1 |
| Total | 201 | 259 | 211 | 224 | 265 | 1,160 |

Number of Justifiable Homicides

## TABLE TWO: CIRCUMSTANCES FOR HOMICIDES BY FIREARM, 2011-2015

| Circumstance | Number of Homicides | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
| Criminal Homicide | 8,066 | 97.6% | 8,342 | 97.0% | 7,838 | 97.4% | 7,670 | 97.2% | 9,027 | 97.1% | 40,943 | 97.2% |
| Justifiable Homicide | 201 | 2.4% | 259 | 3.0% | 211 | 2.6% | 224 | 2.8% | 265 | 2.9% | 1,160 | 2.8% |
| Ratio of Criminal Homicide to Justifiable Homicide | 40-1 | | 32-1 | | 37-1 | | 34-1 | | 34-1 | | 35-1 | |
| Total | 8,267 | | 8,601 | | 8,049 | | 7,894 | | 9,292 | | 42,103 | |

## TABLE THREE: RELATIONSHIP OF PERSON KILLED TO SHOOTER IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

### Number of Justifiable Homicides

| Relationship | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acquaintance | 36 | 17.9% | 52 | 20.1% | 30 | 14.2% | 53 | 23.7% | 51 | 19.2% | 222 | 19.1% |
| Boyfriend | 2 | 1.0% | 1 | 0.4% | 3 | 1.4% | 4 | 1.8% | 6 | 2.3% | 16 | 1.4% |
| Brother | 0 | 0.0% | 4 | 1.5% | 2 | 1.0% | 2 | 0.9% | 5 | 1.9% | 13 | 1.1% |
| Common-Law Husband | 0 | 0.0% | 0 | 0.0% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 1 | 0.1% |
| Employee | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Ex-Husband | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.1% |
| Ex-Wife | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Father | 1 | 0.5% | 0 | 0.0% | 1 | 0.5% | 0 | 0.0% | 1 | 0.4% | 3 | 0.3% |
| Friend | 3 | 1.5% | 5 | 1.9% | 0 | 0.0% | 0 | 0.0% | 7 | 2.6% | 15 | 1.3% |
| Girlfriend | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Homosexual Relationship | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.4% | 1 | 0.1% |
| Husband | 3 | 1.5% | 1 | 0.4% | 4 | 1.9% | 3 | 1.3% | 1 | 0.4% | 12 | 1.0% |
| In-Law | 1 | 0.5% | 2 | 0.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 3 | 0.3% |
| Neighbor | 1 | 0.5% | 5 | 1.9% | 2 | 1.0% | 1 | 0.5% | 4 | 1.5% | 13 | 1.1% |
| Other Family | 5 | 2.5% | 3 | 1.2% | 2 | 1.0% | 0 | 0.0% | 3 | 1.1% | 13 | 1.1% |
| Other Known | 8 | 4.0% | 13 | 5.0% | 9 | 4.3% | 12 | 5.4% | 14 | 5.3% | 56 | 4.8% |
| Sister | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.4% | 1 | 0.1% |
| Son | 3 | 1.5% | 4 | 1.5% | 1 | 0.5% | 1 | 0.5% | 2 | 0.8% | 11 | 0.9% |
| Stepfather | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.4% | 2 | 0.2% |
| Stepson | 1 | 0.5% | 1 | 0.4% | 1 | 0.5% | 1 | 0.5% | 3 | 1.1% | 7 | 0.6% |
| Stranger | 110 | 54.7% | 133 | 51.4% | 126 | 59.7% | 123 | 54.9% | 131 | 49.4% | 623 | 53.7% |
| Wife | 0 | 0.0% | 1 | 0.4% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 2 | 0.2% |
| Unknown Relationship | 25 | 12.4% | 34 | 13.1% | 28 | 13.3% | 24 | 10.7% | 34 | 12.8% | 145 | 12.5% |
| Total | 201 | | 259 | | 211 | | 224 | | 265 | | 1,160 | |

## TABLE FOUR: SEX OF SHOOTER IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

| Sex of Shooter | | | | | | | | Number of Justifiable Homicides | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
| Male | 181 | 90.1% | 237 | 91.5% | 198 | 93.8% | 209 | 93.3% | 247 | 93.2% | 1,072 | 92.4% |
| Female | 17 | 8.5% | 20 | 7.7% | 13 | 6.2% | 15 | 6.7% | 16 | 6.0% | 81 | 7.0% |
| Unknown | 3 | 1.5% | 2 | 0.8% | 0 | 0.0 | 0 | 0.0% | 2 | 0.8% | 7 | 0.6% |
| Total | 201 | | 259 | | 211 | | 224 | | 265 | | 1,160 | |

## TABLE FIVE: SEX OF PERSON KILLED IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

| Sex of Person Killed | | | | | | | | Number of Justifiable Homicides | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
| Male | 196 | 97.5% | 254 | 98.1% | 207 | 98.1% | 218 | 97.3% | 259 | 97.7% | 1,134 | 97.8% |
| Female | 5 | 2.5% | 5 | 1.9% | 4 | 1.9% | 6 | 2.7% | 6 | 2.3% | 26 | 2.2% |
| Total | 201 | | 259 | | 211 | | 224 | | 265 | | 1,160 | |

## TABLE SIX: SEX OF SHOOTER AND PERSON KILLED IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

| Sex of Shooter | Sex of Person Killed | | | | | | | Number of Justifiable Homicides | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL |
| Male | Male | 176 | 97.2% | 232 | 97.9% | 194 | 98.0% | 203 | 97.1% | 241 | 97.6% | 1,046 | 97.6% |
| | Female | 5 | 2.8% | 5 | 2.1% | 4 | 2.0% | 6 | 2.9% | 6 | 2.4% | 26 | 2.4% |
| Female | Male | 17 | 100.0% | 20 | 100.0% | 13 | 100.0% | 15 | 100.0% | 16 | 100.0% | 81 | 100.0% |
| | Female | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total | | 198 | | 257 | | 211 | | 224 | | 263 | | 1,153 | |

## TABLE SEVEN: RACE OF SHOOTER IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

| Race of Shooter | Number of Justifiable Homicides | | | | | | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | | |
| White | 86 | 42.8% | 131 | 50.6% | 99 | 46.9% | 113 | 50.5% | 128 | 48.3% | 557 | 48.0% |
| Black | 106 | 52.7% | 117 | 45.2% | 104 | 49.3% | 108 | 48.2% | 126 | 47.5% | 561 | 48.4% |
| Asian | 4 | 2.0% | 6 | 2.3% | 5 | 2.4% | 2 | 0.9% | 5 | 1.9% | 22 | 1.9% |
| American Indian/Alaskan Native | 2 | 1.0% | 1 | 0.4% | 1 | 0.5% | 0 | 0.0% | 2 | 0.8% | 6 | 0.5% |
| Unknown | 3 | 1.5% | 4 | 1.5% | 2 | 1.0% | 1 | 0.5% | 4 | 1.5% | 14 | 1.2% |
| Total | 201 | | 259 | | 211 | | 224 | | 265 | | 1,160 | |

## TABLE EIGHT: RACE OF PERSON KILLED IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

| Race of Person Killed | Number of Justifiable Homicides | | | | | | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | | |
| White | 70 | 34.8% | 98 | 37.8% | 77 | 36.5% | 97 | 43.3% | 92 | 34.7% | 434 | 37.4% |
| Black | 128 | 63.7% | 152 | 58.7% | 130 | 61.6% | 127 | 56.7% | 170 | 64.2% | 707 | 60.9% |
| Asian | 2 | 1.0% | 4 | 1.5% | 2 | 1.0% | 0 | 0.0% | 1 | 0.4% | 9 | 0.8% |
| American Indian/Alaskan Native | 1 | 0.5% | 3 | 1.2% | 1 | 0.5% | 0 | 0.0% | 2 | 0.8% | 7 | 0.6% |
| Unknown | 0 | 0.0% | 2 | 0.8% | 1 | 0.5% | 0 | 0.0% | 0 | 0.0% | 3 | 0.3% |
| Total | 201 | | 259 | | 211 | | 224 | | 265 | | 1,160 | |

TABLE NINE: RACE OF SHOOTER AND PERSON KILLED IN JUSTIFIABLE HOMICIDES BY FIREARM, 2011-2015

| Race of Shooter | Race of Person Killed | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | White | 62 | 72.1% | 85 | 64.9% | 71 | 71.7% | 88 | 77.9% | 81 | 63.3% | 387 | 69.5% |
| | Black | 23 | 26.7% | 40 | 30.5% | 26 | 26.3% | 25 | 22.1% | 46 | 35.9% | 160 | 28.7% |
| | Asian | 0 | 0.0% | 1 | 0.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| | American Indian/Alaskan Native | 1 | 1.2% | 3 | 2.3% | 1 | 1.0% | 0 | 0.0% | 1 | 0.8% | 6 | 1.1% |
| | Unknown | 0 | 0.0% | 2 | 1.5% | 1 | 1.0% | 0 | 0.0% | 0 | 0.0% | 3 | 0.5% |
| Black | White | 3 | 2.8% | 10 | 8.6% | 5 | 4.8% | 7 | 6.5% | 10 | 7.9% | 35 | 6.2% |
| | Black | 102 | 96.2% | 107 | 91.5% | 99 | 95.2% | 101 | 93.5% | 116 | 92.1% | 525 | 93.6% |
| | Asian | 1 | 0.9% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 0.2% |
| | American Indian/Alaskan Native | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Asian | White | 2 | 50.0% | 1 | 16.7% | 0 | 0.0% | 1 | 50.0% | 0 | 0.0% | 4 | 18.2% |
| | Black | 1 | 25.0% | 2 | 33.3% | 3 | 60.0% | 1 | 50.0% | 5 | 100.0% | 12 | 54.5% |
| | Asian | 1 | 25.0% | 3 | 50.0% | 2 | 40.0% | 0 | 0.0% | 0 | 0.0% | 6 | 27.3% |
| | American Indian/Alaskan Native | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| American Indian/ Alaskan Native | White | 2 | 100.0% | 1 | 100.0% | 1 | 100.0% | 0 | 0.0% | 1 | 50.0% | 5 | 83.3% |
| | Black | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | Asian | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| | American Indian/Alaskan Native | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 50.0% | 1 | 16.7% |
| | Unknown | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0 |
| Total | | 198 | | 255 | | 209 | | 223 | | 261 | | 1,146 | |

TABLE TEN: WEAPON USED IN JUSTIFIABLE HOMICIDES, 2011-2015

| Weapon | Number of Justifiable Homicides | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
| Firearm | 201 | 77.0% | 259 | 83.8% | 211 | 78.1% | 224 | 82.7% | 265 | 80.8% | 1,160 | 80.6% |
| Knife or cutting instrument | 49 | 18.8% | 35 | 11.3% | 35 | 13.0% | 36 | 13.3% | 39 | 11.9% | 194 | 13.5% |
| Blunt object | 4 | 1.5% | 4 | 1.3% | 7 | 2.6% | 1 | 0.4% | 5 | 1.5% | 21 | 1.5% |
| Bodily force | 3 | 1.2% | 9 | 2.9% | 11 | 4.1% | 9 | 3.3% | 14 | 4.3% | 46 | 3.2% |
| Strangulation | 0 | 0.0% | 0 | 0.0% | 1 | 0.4% | 0 | 0.0% | 0 | 0.0% | 1 | 0.1% |
| Asphyxiation | 0 | 0.0% | 0 | 0.0% | 1 | 0.4% | 0 | 0.0% | 0 | 0.0% | 1 | 0.1% |
| Unknown | 4 | 1.5% | 2 | 0.7% | 4 | 1.5% | 1 | 0.4% | 5 | 1.5% | 16 | 1.1% |
| Total | 261 | | 309 | | 270 | | 271 | | 328 | | 1,439 | |

TABLE ELEVEN: TYPE OF FIREARMS USED IN JUSTIFIABLE HOMICIDES, 2011-2015

| Weapon | Number of Justifiable Homicides | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2011 | | 2012 | | 2013 | | 2014 | | 2015 | | TOTAL | |
| Firearm, Type Not Stated | 26 | 12.9% | 30 | 11.6% | 30 | 14.2% | 28 | 12.5% | 31 | 11.7% | 145 | 12.5% |
| Handgun | 152 | 75.6% | 195 | 75.3% | 165 | 78.2% | 174 | 77.7% | 214 | 80.8% | 900 | 77.6% |
| Rifle | 12 | 6.0% | 19 | 7.3% | 6 | 2.8% | 10 | 4.5% | 6 | 2.3% | 53 | 4.6% |
| Shotgun | 11 | 5.5% | 15 | 5.8% | 8 | 3.8% | 11 | 4.9% | 13 | 4.9% | 58 | 5.0% |
| Other Gun | 0 | 0.0% | 0 | 0.0% | 2 | 0.9% | 1 | 0.4% | 1 | 0.4% | 4 | 0.3% |
| Total | 201 | | 259 | | 211 | | 224 | | 265 | | 1,160 | |

Violence Policy Center
1025 Connecticut Avenue, NW
Suite 1210
Washington, DC 20036

WWW.VPC.ORG