# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>GURBIR GREWAL, *et al.*,<br><br>　　　　*Defendants*. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br>Civil Action No. 18-cv-10507<br><br>Motion Date: Date of the Issuance of the Court's Order Regarding Plaintiffs' Motion for a Preliminary Injunction (Date Unknown)<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

## NOTICE OF MOTION FOR AN INJUNCTION PENDING APPEAL

PLEASE TAKE NOTICE that, should this Court deny the Motion for a Preliminary Injunction (Docs. 7, 14), Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (collectively "Plaintiffs") will immediately move the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order granting an injunction pending appeal, pursuant to FED. R. CIV. P. 62(c).

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiffs rely upon the Declaration of Daniel L. Schmutter, as well as the brief accompanying the motion.

1

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request that the Court rule upon the within motion at the same time that it rules upon Plaintiffs' Motion for a Preliminary Injunction, or as soon thereafter as possible.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Dated:  September 18, 2018 | Respectfully submitted, |
| David H. Thompson* | /s/ Daniel L. Schmutter |
| Peter A. Patterson* | Daniel L. Schmutter |
| Haley N. Proctor* | HARTMAN & WINNICKI, P.C. |
| J. Joel Alicea* | 74 Passaic Street |
| COOPER & KIRK, PLLC | Ridgewood, New Jersey 07450 |
| 1523 New Hampshire Avenue, N.W. | (201) 967-8040 |
| Washington, D.C. 20036 | (201) 967-0590 (fax) |
| (202) 220-9600 | dschmutter@hartmanwinnicki.com |
| (202) 220-9601 (fax) | |
| dthompson@cooperkirk.com | |

*Appearing *pro hac vice*

*Attorneys for Plaintiffs*