UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | ) ) | Hon. Lois H. Goodman, U.S.M.J. Civil Action No. 18-cv-10507 |
| GURBIR GREWAL, *et al.*, | ) ) | **<u>CIVIL ACTION</u>** |
| Defendants. | ) ) ) ) ) ) | **(ELECTRONICALLY FILED)** |

**DECLARATION OF DANIEL L. SCHMUTTER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL**

1. I, Daniel L. Schmutter, am an attorney at the law firm of Hartman & Winnicki, P.C., attorneys of record for Plaintiffs in the above-titled action. I am licensed to practice law before the United States District Court for the District of New Jersey. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. On June 21, 2018, Plaintiffs moved for a preliminary injunction. *See* Notice of Mot. for a Prelim. Inj. (June 21, 2018), Doc. 7; Pls.' Br. in Supp. of Their Mot. for a Prelim. Inj. (June 21, 2018), Doc. 14.

3. On September 6, this Court held oral argument on Plaintiffs' Motion for a Preliminary Injunction. *See* Minute Entry (Sept. 6, 2018), Doc. 65. At the

conclusion of the September 6 argument, the Court indicated that it planned to issue its decision on the preliminary injunction motion soon.

4.      Should the Court deny Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs intend to appeal the Court's order to the U.S. Court of Appeals for the Third Circuit and seek expedited consideration of the appeal, in light of the irreparable harm Plaintiffs will suffer should New Jersey's magazine ban go fully into effect on December 10, 2018. Although Plaintiffs will attempt to agree upon an expedited briefing schedule with Defendants, Plaintiffs intend to propose a schedule whereby briefing would be concluded by the end of October 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.


/s/ DANIEL L. SCHMUTTER                           September 18, 2018

Daniel L. Schmutter                                      Date