# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, | |
| Plaintiffs, | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | Hon. Lois H. Goodman, U.S.M.J. |
| | Civil Action No. 18-cv-10507 |
| GURBIR GREWAL, *et al.*, | |
| Defendants. | **CIVIL ACTION** |
| | **(ELECTRONICALLY FILED)** |

I hereby certify that on September 18, 2018, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion for an Injunction Pending Appeal

2. Plaintiffs' Brief in Support of Their Motion for an Injunction Pending Appeal

3. Declaration of Daniel L. Schmutter

4. Proposed Order Granting Motion for an Injunction Pending Appeal

I further certify that one copy of the foregoing documents are being served as follows on this 18th day of September, 2018 on the following persons:

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor

P.O. Box 45029
Newark, New Jersey 07101
Attorneys for Gurbir Grewal, Attorney General of New Jersey
**By ECF**

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorneys for Patrick J. Callahan, Superintendent of the
New Jersey Division of State Police
**By ECF**

John H. Suminski, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, New Jersey 07962
Attorneys for Thomas Williver, Chester Police Department
**By email with consent**

Carmine Richard Alampi
Jennifer Alampi
Alampi & DeMarrrais
One University Plaza
Suite 404
Hackensack, NJ 07601
Attorneys for James B. O'Connor
**By ECF**

Lawrence S. Lustberg
Gibbons, PC
One Gateway Center
Newark, NJ 07102
Attorney for Amicus Everytown for Gun Safety
**By ECF**

Timothy Michael Haggerty
Friedman Kaplan Seller & Adelman LLP
One Gateway Center
25th Floor
Attorney for Amicus Giffords Law Center to Prevent Gun Violence
**By ECF**

    I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

September 18, 2018                                          /s/ Daniel L. Schmutter
                                                            Daniel L. Schmutter