HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | **HON. PETER G. SHERIDAN, U.S.D.J.** <br><br> **HON. LOIS H. GOODMAN, U.S.M.J.** <br><br> **CIVIL ACTION NO. 18-cv-10507** <br><br> **(ELECTRONICALLY FILED)** |

## ORDER GRANTING MOTION FOR AN INJUNCTION PENDING APPEAL

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for an injunction pending appeal; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2018, **ORDERED AS FOLLOWS**:

1. Plaintiffs' Motion for an Injunction Pending Appeal is hereby granted.

2. Defendants, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the foregoing, shall not enforce the provisions of Act A2761 (or any implementing regulations) that limit the possession or use of ammunition magazines capable of holding more than 10 rounds of ammunition.

3. Should the U.S. Court of Appeals for the Third Circuit affirm this Court's denial of Plaintiffs' Motion for a Preliminary Injunction, the parties shall confer and propose to this Court a date on which this injunction shall dissolve, allowing for a reasonable period to permit compliance with the provisions of Act A2761.

4. Should the U.S. Court of Appeals for the Third Circuit vacate or reverse this Court's denial of Plaintiffs' Motion for a Preliminary Injunction, the injunction issued today shall remain in effect until further order of this Court.

_____
Hon. Peter G. Sheridan, U.S.D.J.