GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:   Bryan Edward Lucas (108462015)
       Deputy Attorney General
       (973) 648-7811
       Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>     Plaintiffs,<br><br> v.<br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>     Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 21, 2018, I electronically filed a brief in opposition to Plaintiffs' motion for an injunction pending appeal pursuant to Fed. R. Civ. P. 62(c), and this certificate of service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive a copy of these documents via CM/ECF.

I declare under penalty of perjury that the foregoing is true and correct.

>                GURBIR S. GREWAL
>                ATTORNEY GENERAL OF NEW JERSEY
>
> By:   /s/ Bryan Edward Lucas
>                Bryan Edward Lucas
>                Deputy Attorney General

Dated: September 21, 2018