## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, | Hon. Peter G. Sheridan, U.S.D.J. Hon. Lois H. Goodman, U.S.M.J. Civil Action No. 18-cv-10507 |
| Plaintiffs, | |
| v. | **CIVIL ACTION** |
| GURBIR GREWAL, *et al.*, | **(ELECTRONICALLY FILED)** |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs the Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski hereby appeal to the United States Court of Appeals for the Third Circuit from the Order denying Plaintiffs' Motion for a Preliminary Injunction entered in this action on September 28, 2018. Doc. No. 73. A copy of the Order is attached hereto as Exhibit A.

Dated: September 28, 2018

Respectfully submitted,

David H. Thompson*
Peter A. Patterson*
Haley N. Proctor*
J. Joel Alicea*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

/s/Daniel L. Schmutter
Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com

* Admitted *pro hac vice*

1