UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 18-3170

———————

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.;
BLAKE ELLMAN; ALEXANDER DEMBROWSKI,
Appellants

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE;
THOMAS WILLIVER, in his official capacity as Chief of Police of the
Chester Police Department; JAMES B. O'CONNOR, in his official capacity
as Chief of Police of the Lyndhurst Police Department

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.N.J. No. 3:18-cv-10507)
District Judge: Hon. Peter G. Sheridan

———————

Argued November 20, 2018[*]

———————

Before: GREENAWAY, JR., SHWARTZ, and BIBAS, Circuit Judges.

———————

JUDGMENT

———————

This cause came to be considered on the record from the United States District

---

[*] Because of recording issues on the original date for argument, the panel convened a second argument session to allow the parties to re-present their oral arguments.

Court for the District of New Jersey and was argued on November 14 and 20, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered September 28, 2018 is AFFIRMED.  Costs will be taxed on Appellants.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 5, 2018

Certified as a true copy and issued in lieu of a formal mandate on  January 17, 2019

Teste:  *(signature)*
**Clerk, U.S. Court of Appeals for the Third Circuit**