OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 17, 2019

Mr. William T. Walsh
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street
Trenton, NJ 08608


RE: Association of New Jersey Rifl, et al v. Attorney General New Jersey, et al
Case Number: 18-3170
District Court Case Number: 3-18-cv-10507

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk
By: Legal Assistant/nmr
267-299-4924

cc:     Jennifer Alampi, Esq.
        Loren L. AliKhan, Esq.
        Jose J. Alicea, Esq.
        Jeremy Feigenbaum, Esq.
        Stuart M. Feinblatt, Esq.
        Timothy M. Haggerty, Esq.

Jessica Hunter, Esq.
George C. Jones, Esq.
Bryan E. Lucas, Esq.
Lawrence S. Lustberg, Esq.
Peter A. Patterson, Esq.
Haley N. Proctor, Esq.
Daniel L. Schmutter, Esq.
Evan Andrew Showell, Esq.
John P. Sweeney, Esq.
David H. Thompson, Esq.