

## State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

January 28, 2019

**<u>Via CM/ECF eFile</u>**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: <u>Assoc. of N.J. Rifle & Pistol Clubs, Inc., et al. v. Grewal, et al.</u>
     Civil Action No. 3:18-cv-10507-PGS-LHG

Dear Judge Sheridan:

  As Your Honor is aware, this office represents the State Defendants in the above-referenced matter.

  Enclosed, please find a proposed consent order extending Defendants' time to file a responsive pleading. Pursuant to an order issued by this court on July 17, 2018, Defendants are required to file a responsive pleading within fourteen (14) days of final disposition of the Plaintiffs' appeal. *See* ECF No. 51. The Third Circuit issued its mandate, ECF No. 77, on January 17, 2019.

  With the consent of opposing counsel, State Defendants request that the court enter the attached order, extending the time in which to file a responsive pleading for an additional period of fourteen (14) days or no later than February 14, 2019.

  Thank you for your attention to this matter.



124 HALSEY STREET • TELEPHONE: (973) 648-7811 • FAX: (973) 648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Bryan Edward Lucas
     Bryan Edward Lucas
     Deputy Attorney General

cc:  All Counsel of Record        **Via CM/ECF eFile**

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:   Bryan Edward Lucas (108462015)
       Deputy Attorney General
       (973) 648-7811
       Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>      Plaintiffs,<br><br>  v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>      Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**CONSENT ORDER EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING** |

This matter having come before the Court upon application of Gurbir S. Grewal, Attorney General of New Jersey, by Bryan Edward Lucas, Deputy Attorney General, appearing on behalf of Defendants Gurbir S. Grewal and Patrick J. Callahan, with the consent of the attorneys for Plaintiffs, for a Consent Order extending Defendants' time within which to file an answer, move, or otherwise plead with respect to the Complaint, for an additional period of fourteen (14) days or no later than February 14, 2019, and for good cause shown;

It is on this \_\_\_\_\_ day of _____, 2019;

**ORDERED** that Defendants Gurbir S. Grewal and Patrick J. Callahan are hereby permitted to file an answer, move, or otherwise plead with respect to the Complaint for an additional period of fourteen (14) days or no later than February 14, 2019, and it is

**FURTHER ORDERED** that a copy of this order shall be deemed served upon all counsel of record via CM/ECF.

_____
HON. PETER G. SHERIDAN, U.S.D.J.

HARTMAN & WINNICKI, P.C.
Attorneys for Plaintiffs

By:   /s/ Daniel L. Schmutter
        Daniel L. Schmutter, Esq.


GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Bryan Edward Lucas
        Bryan Edward Lucas
        Deputy Attorney General