GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Gurbir S. Grewal and Patrick J. Callahan

By:   Bryan Edward Lucas (108462015)
       Deputy Attorney General
       (973) 648-7811
       Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>    Plaintiffs,<br><br>    v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>    Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**CONSENT ORDER EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING** |

This matter having come before the Court upon application of Gurbir S. Grewal, Attorney General of New Jersey, by Bryan Edward Lucas, Deputy Attorney General, appearing on behalf of Defendants Gurbir S. Grewal and Patrick J. Callahan, with the consent of the attorneys for Plaintiffs, for a Consent Order extending Defendants' time within which to file an answer, move, or otherwise plead with respect to the Complaint, for an additional period of fourteen (14) days or no later than February 14, 2019, and for good cause shown;

It is on this 29th day of January, 2019;

**ORDERED** that Defendants Gurbir S. Grewal and Patrick J. Callahan are hereby permitted to file an answer, move, or otherwise plead with respect to the Complaint for an additional period of fourteen (14) days or no later than February 14, 2019, and it is

**FURTHER ORDERED** that a copy of this order shall be deemed served upon all counsel of record via CM/ECF.

_____
Lois H. Goodman, U.S.M.J.

HARTMAN & WINNICKI, P.C.
Attorneys for Plaintiffs

By:   /s/ Daniel L. Schmutter
      Daniel L. Schmutter, Esq.


GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Bryan Edward Lucas
      Bryan Edward Lucas
      Deputy Attorney General