Case 3:18-cv-10507-PGS-JBD   Document 81   Filed 01/30/19   Page 1 of 2 PageID: 1540

Carmine R. Alampi, Esq.
Jennifer Alampi, Esq.
ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
Phone: 201.343.4600

*Attorneys for Defendant, James B. O'Connor,
in his official capacity as the Chief of Police
of the Lyndhurst Police Department*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | Civil Action No. 18-10507 (PGS)(LHG) <br><br><br> **CONSENT ORDER EXTENDING DEFENDANT JAMES B. O'CONNOR'S TIME TO FILE A RESPONSIVE PLEADING** |

This matter having come before the Court upon application of Defendant, James B. O'Connor, in his official capacity as Chief of Police of the Lyndhurst Police Department, by Jennifer Alampi of Alampi & DeMarrais appearing on behalf of Defendant, James B. O'Connor, in his official capacity as Chief of Police of the Lyndhurst Police Department, with the consent of the attorneys for Plaintiffs, for a Consent Order extending Defendant's time within which to file an answer, move or otherwise plead with respect to the Complaint, for an additional period of fourteen (14) days or no later than February 14, 2019, and for good cause shown;

It is on this 30th day of January, 2019;

ORDERED that Defendant, James B. O'Connor, in his official capacity as Chief of Police of the Lyndhurst Police Department, is hereby permitted to file an answer, move or otherwise plead with respect to the Complaint for an additional period of fourteen (14) days or no later than February 14, 2019, and it is

FURTHER ORDERED that a copy of this order shall be deemed served upon all counsel of record via CM/ECF.

_____
Lois H. Goodman, U.S.M.J.

HARTMAN & WINNICKI, P.C.
Attorneys for Plaintiffs

By: __/s/ Daniel L. Schmutter__
    Daniel L. Schmutter, Esq.

ALAMPI & DEMARRAIS
Attorneys for Defendant, James B. O'Connor,
in his official capacity as Chief of Police
of the Lyndhurst Police Department,

By: __/s/ Jennifer Alampi__
    Jennifer Alampi, Esq.