# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-1745
gjones@mdmc-law.com

January 31, 2019

**VIA ECF AND REGULAR MAIL**

Hon. Peter G. Sheridan, Sr. U.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse, Room 4050
402 E. State Street
Trenton, New Jersey 08608

Re:  *Ass'n of N.J. Rifle & Pistol Clubs, Inc. et al. v. Grewal et al.*
     Civil Action No. 18-10507 (PGS) (LHG)

Dear Judge Sheridan:

This firm represents defendant Thomas Williver ("Chief Williver") in this matter. I write with the consent of plaintiffs' counsel to request a further extension of Chief Williver's time to answer, move or otherwise respond to the Complaint.

Pursuant to the Court's Order of July 17, 2018 (ECF No. 51), all defendants were required to file a responsive pleading within fourteen (14) days of the final disposition of plaintiffs' appeal. The Third Circuit issued its mandate regarding that appeal on January 17, 2019 (ECF No. 77), making today the deadline for defendants to respond. Consistent with the other defendants in this case, Chief Williver now asks for a fourteen (14) extension of that deadline, through and including February 14, 2019.

Enclosed for Your Honor's consideration in this regard please find a proposed Consent Order Extending Defendant Thomas Williver's Time to Answer, Move or Otherwise Respond to the Complaint. We respectfully request the entry of this Order.

Respectfully yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*[signature]*

GEORGE C. JONES

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE    FLORIDA    RHODE ISLAND

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Hon. Peter G. Sheridan, Sr. U.S.D.J.
January 31, 2019
Page 2


Enclosure
cc:     All Counsel (via ECF and e-mail)