UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br>   *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br>   *Defendants*. | Civil Action No. 18-10507 (PGS) (LHG) <br><br><br><br> **ORDER EXTENDING DEFENDANT THOMAS WILLIVER'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

THIS MATTER having been opened to the Court on the application of defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department, seeking the entry of a Order extending his time to answer, move or otherwise respond to the allegations of the Complaint for an additional fourteen (14) days, through and including February 14, 2019; and plaintiffs having consented to the requested extension; and good cause appearing,

IT IS on this 1st of February, 2019,

ORDERED that the time within which defendant Thomas Williver may answer, move or otherwise respond to plaintiffs' Complaint be and hereby is extended through and including February 14, 2019.

_____
Lois H. Goodman, U.S.M.J.