GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants, Gurbir S. Grewal and Patrick J. Callahan

By:  Bryan Edward Lucas (ID: 108462015)
     Deputy Attorney General
     (973) 648-7811
     Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>Defendants. | HON. PETER G. SHERIDAN, U.S.D.J.<br>HON. LOIS H. GOODMAN, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**CIVIL ACTION**<br><br>**ORDER GRANTING SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)**<br><br>(ELECTRONICALLY FILED) |

This matter having come before the Court on a motion pursuant to Fed. R. Civ. P. 56(a) of Gurbir S. Grewal, Attorney General of New Jersey, by Bryan Edward Lucas, Deputy Attorney General, appearing on behalf of Defendants, Gurbir S. Grewal and Patrick J. Callahan; and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

It is on this \_\_\_\_\_ day of _____, 2019;

**ORDERED** that the motion for summary judgment in favor of Defendants Gurbir S. Grewal and Patrick J. Callahan pursuant to Fed. R. Civ. P. 56(a) is hereby **GRANTED**, and it is further

**ORDERED** that all claims against Defendants Gurbir S. Grewal and Patrick J. Callahan are hereby **DISMISSED WITH PREJUDICE.**

_____
HON. PETER G. SHERIDAN, U.S.D.J.

\_\_\_\_ Opposed

\_\_\_\_ Unopposed