UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>    *Plaintiffs,*<br><br>v.<br><br>GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>    *Defendants.* | Hon. Peter G. Sheridan, USDJ<br>Hon Lois H. Goodman, USMJ<br><br>Docket: 3:18-1507 (PGS)(LHG)<br><br><u>CIVIL ACTION</u><br><br>**(ELECTRONICALLY FILED)**<br><br>Return Date: March 18, 2019 |

**NOTICE OF MOTION TO JOIN CO-DEFENDANTS' MOTION
AND FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(a)**

PLEASE TAKE NOTICE that Defendant JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department hereby joins the Motion for Summary Judgment filed by GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police (ECF No. 84) and that on March 18, 2019 or as soon therafter as Counsel may

be heard, shall move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order granting summary judgment in his favor pursuant to F.R.C.P. 56(a).

PLEASE TAKE FURTHER NOTICE that in support of the within motion, Defendant shall rely on the enclosed Statement in Lieu of Brief and all documents filed by co-defendants GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police (ECF No. 84).

A proposed form of Order is submitted herewith.

Respectfully submitted,

By: *Jennifer Alampi* /s/
JENNIFER ALAMPI
CARMINE R. ALAMPI
ALAMPI & DEMARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
(201)343-4600
jalampi@alampi-law.com
calampi@alampi-law.com

*Attorneys for Defendant,
JAMES B. O'CONNOR, in his
official capacity as Chief of
Police of the Lyndhurst Police
Department*

Dated: February 14, 2019