UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>    *Defendants.* | Hon. Peter G. Sheridan, USDJ<br>Hon Lois H. Goodman, USMJ<br><br>Docket: 3:18-1507 (PGS)(LHG)<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br>Return Date: March 18, 2019 |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of February, 2019, I electronically filed with the Clerk of the Court for the United States District Court for the District of New Jersey via the CM/ECF System: (1) Notice of Motion to Join Co-Defendants' Motion and For Summary Judgment; (2) Statement in Lieu of Brief; and (3) Proposed Order.  I certify that all counsel in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF System.

                                Respectfully submitted,

By: *Jennifer Alampi* /s/
    JENNIFER ALAMPI
    CARMINE R. ALAMPI
    ALAMPI & DEMARRAIS
    One University Plaza, Suite 404
    Hackensack, New Jersey 07601
    (201)343-4600
    jalampi@alampi-law.com
    calampi@alampi-law.com

*Attorneys for Defendant, JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department*

Dated: February 14, 2019