UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>       *Plaintiffs,*<br><br>       v.<br><br>GURBIR GREWEL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>       *Defendants.* | Hon. Peter G. Sheridan, USDJ<br>Hon Lois H. Goodman, USMJ<br><br>Docket: 3:18-1507 (PGS)(LHG)<br><br><u>CIVIL ACTION</u><br><br>(ELECTRONICALLY FILED)<br><br>Return Date: March 18, 2019 |

**[PROPOSED] ORDER GRANTING SUMMARY
JUDGMENT PURSUANT TO F.R.C.P. 56(a)**

This matter having come before the Court on a Motion to Join co-Defendants' Motion and for Summary Judgment pursuant to Fed. R. Civ. P. 56(a) of Defendant, JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, by and through his counsel, ALAMPI & DEMARRAIS; and the Court having considered the papers submitted herein, this

matter being decided under Fed. R. Civ. P. 78, and for good cause shown

It is on this ___ day of _____, 2019,

**ORDERED** that the Motion for Summary Judgment in favor of Defendant JAMES B. O'CONNOR is hereby **GRANTED**; and it is further

**ORDERED** that all claims in Plaintiff's Complaint against Defendant, JAMES B. O'CONNOR, are **DISMISSED WITH PREJUDICE.**

_____
Hon. PETER G. SHERIDAN, USDJ


___ Opposed


___ Unopposed