John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant Thomas Williver*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | Civil Action No. 18-10507 (PGS) (LHG) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE THAT** on Monday, March 18, 2019, or as soon thereafter as

counsel may be heard, the undersigned attorneys for defendant Thomas Williver, in his official

capacity as Chief of Police of the Chester Police Department ("Chief Williver"), will move before the Honorable Peter G. Sheridan, U.S.S.D.J., at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for entry of an order granting summary judgment in favor of Chief Williver pursuant to Fed. R. Civ. P. 56(a).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Chief Williver will rely on the Statement in Lieu of Brief submitted herewith, which adopts the arguments for granting summary judgment set forth in the Motion for Summary Judgment filed by defendants Gurbir S. Grewal and Patrick J. Callahan (ECF No. 84). A proposed form of order also accompanies this motion.

Dated: February 14, 2019                Respectfully submitted,

*s/ George C. Jones*
John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Tel: (973) 993-8100
Fax: (973) 425-0161
Email: jsuminski@mdmc-law.com
Email: gjones@mdmc-law.com

*Attorneys for Defendant Thomas Williver*