John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant Thomas Williver*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al., | Civil Action No. 18-10507 (PGS) (LHG) |
| *Plaintiffs*, | |
| v. | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey et al., | **Motion Returnable:  March 18, 2019** |
| *Defendants*. | |

### STATEMENT IN LIEU OF BRIEF IN SUPPORT OF DEFENDANT THOMAS WILLIVER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 7.1(d)(4), defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department ("Chief Williver"), respectfully submits that no brief is necessary in support of his Motion for Summary Judgment inasmuch as Chief Williver relies on and adopts the brief filed by defendants Gurbir Grewal, in his official capacity as Attorney General of the State of New Jersey, and Patrick J. Callahan, in his official capacity as Superintendent of the New Jersey Division of State Police, in support of their Motion for Summary Judgment (ECF No. 84).  For the reasons stated therein, Chief Williver is also entitled to judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56(a).

Dated: February 14, 2019          Respectfully submitted,

*s/ George C. Jones*
John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Tel: (973) 993-8100
Fax: (973) 425-0161
Email: jsuminski@mdmc-law.com
Email: gjones@mdmc-law.com

*Attorneys for Defendant Thomas Williver*