# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> BLAKE ELLMAN, *and* <br><br> ALEXANDER DEMBOWSKI, <br><br> *Plaintiffs*, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, <br><br> THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, *and* <br><br> JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> *Defendants*. | Civil Action No. 18-10507 (PGS) (LHG) <br><br><br><br><br><br><br><br><br><br> **ORDER GRANTING SUMMARY JUDGMENT DISMISSING ALL CLAIMS AGAINST DEFENDANT THOMAS WILLIVER** |

THIS MATTER having been opened to the Court on the motion made by defendant Thomas Williver, in his official capacity as Chief of Police of the Chester Police Department, seeking the entry of an Order pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rule 56.1 granting summary judgment in his favor and dismissing all claims asserted against him in this matter; and the Court having considered the papers submitted in support of and in opposition to this motion, and good cause appearing,

2

IT IS on this _____ of _____, 2019,

ORDERED that the motion of defendant Thomas Williver for summary judgment be and hereby is GRANTED; and it is further

ORDERED that plaintiffs' claims against defendant Thomas Williver be and hereby are DISMISSED in their entirety, with prejudice.

                                                                          _____
                                                                          HON. PETER G. SHERIDAN
                                                                          United States Senior District Judge