John H. Suminski
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant Thomas Williver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al., | ) ) ) ) | Civil Action No. 18-10507 (PGS) (LHG) |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey et al., | ) ) ) | **CERTIFICATE OF SERVICE** |
| *Defendants*. | ) ) | |

The undersigned member of the bar of this Court hereby certifies that service was made of each of the following documents:

(1)     Notice of Motion for Summary Judgment;

(2)     Statement in Lieu of Brief in Support of Defendant Thomas Williver's Motion for Summary Judgment;

(3)     [proposed] Order for Summary Judgment Dismissing All Claims Against Defendant Thomas Williver; and

(4)     this Certificate of Service

by serving true electronic copies thereof on the following counsel via Electronic Court Filing and e-mail on February 14, 2019:

Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
dschmutter@hartmanwinnicki.com

David H. Thompson
Peter A. Patterson
Haley N. Proctor
J. Joel Alicea
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
hproctor@cooperkirk.com
jalicea@cooperkirk.com

*Attorneys for Plaintiffs*

Stuart M. Feinblatt, Asst. A.G.
Bryan Edward Lucas, D.A.G.
Evan A. Showell, D.A.G.
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW JERSEY
124 Halsey Street
Newark, NJ 07101
Stuart.Feinblatt@law.njoag.gov
Bryan.Lucas@law.njoag.gov
Evan.Showell@law.njoag.gov

*Attorneys for Defendants*
*Gurbir S. Grewal and Patrick J. Callahan*

Carmine R. Alampi
Jennifer Alampi
ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, NJ 07601
calampi@alampi-law.com
jalampi@alampi-law.com

*Attorneys for Defendant James B. O'Connor*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  February 14, 2019                    *s/ George C. Jones* _____
                                                    GEORGE C. JONES