LAW OFFICES

# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *° | 74 PASSAIC STREET | Phone: (201) 967-8040 |
| Brian T. Keane ◊° | RIDGEWOOD, NEW JERSEY 07450 | Fax:   (201) 967-0590 |
| Richard L. Ravin *°□ | | |
| Daniel L. Schmutter* | * * * | |
| Andrew T. Wolfe ◊ | | |
| Tracey S. Bauer* | WEBSITE | Porter E. Hartman (1920-2009) |
| Samantha N. Polizzi◊ | www.hartmanwinnicki.com | Charles R. Buhrman (1938-1994) |
| | | William T. Marsden (1943-1993) |
| | | Cyrus D. Samuelson (1911-1998) |

\* New York and New Jersey Bars
° Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

February 19, 2019

**Via ECF**
William T. Walsh
Clerk of the Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:** *Association of New Jersey Rifle & Pistol Clubs, Inc. v. Grewal*, No. 18-10507

Dear Mr. Walsh:

    Pursuant to L. Civ. R. 7.1(d)(5), Plaintiffs respectfully adjourn the original motion day of March 18, 2019, set by Defendants' Motions for Summary Judgment, Docs. 84, 85, and 86. The originally noticed motion day has not previously been extended or adjourned. Plaintiffs respectfully submit that April 1, 2019 serve as the new motion day for Defendants' motions, as that is the next available motion day on the Court's calendar. Under that schedule, Plaintiffs' response to Defendants' Motions for Summary Judgment will be due on March 18, 2019.

                                           Respectfully submitted,

| | |
|---|---|
| David H. Thompson* | /s/ Daniel L. Schmutter |
| COOPER & KIRK, PLLC | Daniel L. Schmutter |
| 1523 New Hampshire Avenue, N.W. | Hartman & Winnicki, P.C. |
| Washington, D.C. 20036 | 74 Passaic Street |
| (202) 220-9600 | Ridgewood, New Jersey 07450 |
| (202) 220-9601 (fax) | (201) 967-8040 |
| dthompson@cooperkirk.com | (201) 967-0590 (fax) |
| | dschmutter@hartmanwinnicki.com |

\* Admitted *pro hac vice*

cc via ECF:
All counsel of record registered to receive electronic notification.