Harman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*,<br><br>                *Plaintiffs*,<br>v.<br><br>GURBIR GREWAL, *et al.*,<br><br>                *Defendants*. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br>Civil Action No. 18-cv-10507<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

**ORDER STAYING ADJUDICATION OF THE PARTIES' MOTIONS FOR SUMMARY JUDGEMENT**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for a stay of proceedings; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this _____ day of _____, 2019, **ORDERED AS FOLLOWS:**

Adjudication of the parties' motions for summary judgment is stayed pending the U.S. Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. City of New York*, No. 18-280 (U.S.).

_____

Hon. Peter G. Sheridan, U.S.D.J