Harman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GURBIR GREWAL, *et al.*, <br><br> *Defendants*. | Hon. Peter G. Sheridan, U.S.D.J. <br> Hon. Lois H. Goodman, U.S.M.J. <br> Civil Action No. 18-cv-10507 <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** |

**ORDER GRANTING CROSS-MOTION FOR A STAY OF PROCEEDINGS**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for a stay of proceedings; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this _____ day of _____, 2019, **ORDERED AS FOLLOWS:**

1.    Plaintiffs' Motion for a Stay of Proceedings is hereby granted.

1

2.      All proceedings in this Court relating to the above-captioned case shall be stayed pending the U.S. Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. City of New York*, No. 18-280 (U.S.).

3.      No later than 14 days after the Supreme Court's decision in *New York State Rifle & Pistol Association*, the parties shall submit a joint status report or joint motion, whichever is appropriate, either proposing a briefing schedule for the adjudication of motions for summary judgment or informing the Court of the date on which the parties intend to hold a Rule 26(f) conference.

_____
Hon. Peter G. Sheridan, U.S.D.J