UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOLIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*,<br><br>       *Plaintiffs*,<br>   v.<br><br>GURBIR GREWAL, *et al.*,<br><br>       *Defendants*. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br>Civil Action No. 18-cv-10507<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

I hereby certify that on March 18, 2019, I electronically filed Plaintiffs' Brief in Support of Their Cross-Motion for Summary Judgment and Cross-Motion for a Stay with the Clerk of the Court using the CM/ECF system.

I further certify that one copy of the foregoing documents are being served as follows on this 18th day of March, 2019 on the following persons:

Bryan Edward Lucas, Esq.
Deputy Attorney General
New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Gurbir Grewal, Attorney General of New Jersey
**By ECF**

Bryan Edward Lucas, Esq.
Deputy Attorney General

1

New Jersey Dep't of Law & Public Safety
Division of Law, Tort Litigation & Judiciary Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Patrick J. Callahan, Superintendent of the
New Jersey Division of State Police
**By ECF**

John H. Suminski, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, New Jersey 07962
Attorney for Thomas Williver, Chester Police Department
**By ECF**

Carmine Richard Alampi
Jennifer Alampi
Alampi & DeMarrrais
One University Plaza
Suite 404
Hackensack, NJ 07601
Attorneys for James B. O'Connor
**By ECF**

Lawrence S. Lustberg
Gibbons, PC
One Gateway Center
Newark, NJ 07102
Attorney for Amicus Everytown for Gun Safety
**By ECF**

Timothy Michael Haggerty
Friedman Kaplan Seller & Adelman LLP
One Gateway Center
25th Floor
Attorney for Amicus Giffords Law Center to Prevent Gun Violence
**By ECF**

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

March 18, 2019                                                                            /s/ Daniel L. Schmutter
                                                                                          Daniel L. Schmutter