# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

April 8, 2019

**VIA ECF AND REGULAR MAIL**

Hon. Peter G. Sheridan, U.S.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse, Room 4050
402 E. State Street
Trenton, New Jersey 08608

  Re: *Ass'n of N.J. Rifle & Pistol Clubs, Inc. et al. v. Grewal et al.*
     Civil Action No. 18-10507 (PGS) (LHG)

Dear Judge Sheridan:

  This firm represents defendant Thomas Williver in his official capacity as Chief of Police of the Chester Police Department. I write to advise the Court that Chief Williver will rely on the reply brief filed today by the Attorney General (ECF No. 97) both in further support of his own Motion for Summary Judgment (ECF No. 86) and in opposition to plaintiffs' Cross-Motion for Summary Judgment (ECF Nos. 88 and 92) and Cross-Motion to Stay (ECF Nos. 89 and 91).

           Respectfully yours,

          McElroy, Deutsch, Mulvaney & Carpenter, LLP

          */s/ George C. Jones*

          George C. Jones

cc: All Counsel (via ECF and e-mail)