

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

August 8, 2019

**VIA CM/ECF eFile**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: **Assoc. of N.J. Rifle & Pistol Clubs, Inc., et al. v. Grewal, et al.**
     **Civil Action No. 3:18-cv-10507-PGS-LHG**

Dear Judge Sheridan:

  This office represents the State Defendants in the above-referenced matter. On July 29, 2019, the court granted the motions for summary judgment filed by all defendants and denied Plaintiffs' cross-motion to stay and for summary judgment. ECF No. 101.

  At the request of Plaintiffs' counsel, in accordance with the provisions of Fed. R. Civ. P. 58 (regarding entry of a final judgment in the form of a "separate document"), Defendants enclose a form of judgment for the court's review and consideration. If the form of judgment meets with the court's approval, Defendants ask that the clerk sign and enter the judgment on the docket.

  Thank you for your consideration.

            Respectfully submitted,

            GURBIR S. GREWAL
            ATTORNEY GENERAL OF NEW JERSEY

         By:  /s/ Bryan Edward Lucas
            Bryan Edward Lucas
            Deputy Attorney General

/encl.
cc: All Counsel of Record  **(Via CM/ECF eFile)**



GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants, Gurbir S. Grewal and Patrick J. Callahan

By:   Bryan Edward Lucas (ID: 108462015)
      Deputy Attorney General
      (973) 648-7811
      Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>       Plaintiffs,<br><br>   v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>       Defendants. | HON. PETER G. SHERIDAN, U.S.D.J.<br>HON. LOIS H. GOODMAN, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br>**CIVIL ACTION**<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 58** |

  On February 13, 2019, Defendants Gurbir S. Grewal and Patrick J. Callahan moved for summary judgment before the Honorable Peter G. Sheridan, U.S.D.J. On February 14, 2019, Defendants James B. O'Connor and Thomas Williver filed separate motions for summary judgment. On March 20, 2019, Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski cross-moved for summary judgment and for a stay of proceedings. The matter was submitted, and on July 29, 2019, the court entered a "Memorandum and Order" granting summary judgment in favor of all Defendants and denying Plaintiffs' cross-motions. In accordance with the court's findings and conclusions and the provisions of Fed. R. Civ. P. 58:

IT IS ADJUDGED that:

1. Defendants Gurbir S. Grewal and Patrick J. Callahan's motion for summary judgment is GRANTED;

2. Defendant James B. O'Connor's motion for summary judgment is GRANTED;

3. Defendant Thomas Williver's motion for summary judgment is GRANTED;

4. Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski's cross-motions for summary judgment and for a stay of proceedings are DENIED; and

5. Plaintiffs are denied all relief and the action is dismissed with prejudice on the merits.

WILLIAM T. WALSH, CLERK

Deputy Clerk

DATED: _____