## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI, | ) ) ) | Hon. Peter G. Sheridan, U.S.D.J. Hon. Lois H. Goodman, U.S.M.J. |
| | ) | Civil Action No. 3:18-cv-10507 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION** **(ELECTRONICALLY FILED)** |
| Defendants. | ) ) ) | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs, the Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment granting summary judgment in favor of Defendants and denying Plaintiffs' cross-motion for summary judgment and for a stay entered in this action on August 19, 2019, Doc. No. 103.  A copy of the Order is attached hereto as Exhibit A.

Dated: September 17, 2019

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 facsimile
dschmutter@hartmanwinnicki.com

EXHIBIT "A"

EXHIBIT "A"

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants, Gurbir S. Grewal and Patrick J. Callahan

By:    Bryan Edward Lucas (ID: 108462015)
       Deputy Attorney General
       (973) 648-7811
       Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI,<br><br>      Plaintiffs,<br><br>    v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department,<br><br>      Defendants. | HON. PETER G. SHERIDAN, U.S.D.J.<br>HON. LOIS H. GOODMAN, U.S.M.J.<br><br>Docket No. 3:18-cv-10507-PGS-LHG<br><br><u>CIVIL ACTION</u><br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 58** |

On February 13, 2019, Defendants Gurbir S. Grewal and Patrick J. Callahan moved for summary judgment before the Honorable Peter G. Sheridan, U.S.D.J. On February 14, 2019, Defendants James B. O'Connor and Thomas Williver filed separate motions for summary judgment. On March 20, 2019, Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski cross-moved for summary judgment and for a stay of proceedings. The matter was submitted, and on July 29, 2019, the court entered a "Memorandum and Order" granting summary judgment in favor of all Defendants and denying Plaintiffs' cross-motions. In accordance with the court's findings and conclusions and the provisions of Fed. R. Civ. P. 58:

IT IS ADJUDGED that:

1. Defendants Gurbir S. Grewal and Patrick J. Callahan's motion for summary judgment is GRANTED;

2. Defendant James B. O'Connor's motion for summary judgment is GRANTED;

3. Defendant Thomas Williver's motion for summary judgment is GRANTED;

4. Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski's cross-motions for summary judgment and for a stay of proceedings are DENIED; and

5. Plaintiffs are denied all relief and the action is dismissed with prejudice on the merits.

WILLIAM T. WALSH, CLERK

*Jaweia Campbell*
Deputy Clerk

DATED: __8/19/2019__