UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-3142
_____

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS INC;
BLAKE ELLMAN; ALEXANDER DEMBOWSKI,
 Appellants

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE;
THOMAS WILLIVER, in his official capacity as
Chief of Police of the Chester Police Department;
JAMES B. O'CONNOR, in his official capacity as
Chief of Police of the Lyndhurst Police Department
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-18-cv-10507)
District Judge: Hon. Peter G. Sheridan
_____

Argued
June 16, 2020

Before:  JORDAN, MATEY and ROTH, *Circuit Judges.*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 16, 2020.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED that the Order of the District Court entered on August 19, 2019 is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Costs are taxed against the appellants.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated: 1 September 2020