# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

19-3142

Association New Jersey Rifle, et al v. Attorney General New Jersey, et al

3-18-cv-10507

# O R D E R

The mandate issued on 12/3/20 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court with costs and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit

A True Copy:

Patricia S. Dodszuweit, Clerk

Dated : 8/1/22

Cc: All counsel of record