John H. Suminski
Kathleen N. Fennelly
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant Thomas Williver*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey et al., <br><br> Defendants. | Civil Action No. 18-10507 (PGS) (LHG)) <br><br> **CIVIL ACTION** <br><br> **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in this matter on behalf of defendant Thomas Williver.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated:  August 25, 2022          Respectfully submitted,

                                        *s/ Kathleen N. Fennelly*
                                        Kathleen N. Fennelly
                                        McELROY, DEUTSCH, MULVANEY &
                                        CARPENTER LLP
                                        1300 Mount Kemble Avenue
                                        P.O. Box 2075
                                        Morristown, NJ 07962
                                        Telephone:    (973) 401-7107
                                        Facsimile:     (973) 425-0101
                                        Email:            kfennelly@mdmc-law.com