John H. Suminski
Kathleen N. Fennelly
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Defendant Thomas Williver*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey et al.,<br><br>Defendants. | Civil Action No. 18-10507 (PGS) (LHG))<br><br>**CIVIL ACTION**<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF GEORGE C. JONES** |

     PLEASE TAKE NOTICE that Defendant Thomas Williver hereby withdraws the appearance of George C. Jones, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, on his behalf.  Mr. Jones' withdrawal will not cause any delay or disruption of these proceedings because Defendant Williver continues to be represented by McElroy, Deutsch, Mulvaney & Carpenter, LLP, as counsel of record.

     PLEASE TAKE FURTHER NOTICE that Defendant Williver hereby requests that Mr. Jones be removed from the Court's service list for purposes of receiving notifications of electronic filing for this matter.

Dated:  August 25, 2022               *s/ Kathleen N. Fennelly*

Kathleen N. Fennelly
McELROY, DEUTSCH, MULVANEY &
CARPENTER LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Telephone:     (973) 401-7107
Facsimile:     (973) 425-0101
Email:         kfennelly@mdmc-law.com