MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants


By:  Melissa Medoway
     Deputy Attorney General
     (609) 575-4958
     Melissa.Medoway@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI | |
| Plaintiffs, | Civil Action No. 3:18-cv-10507-PGS-LHG |
| v. | |
| **GURBIR GREWAL,** in his official capacity as Attorney General of New Jersey, **PATRICK J. CALLAHAN,** in his official capacity as Superintendent of the New Jersey Division of State Police, **THOMAS WILLIVER,** in his official capacity as Chief of Police of the Chester Police Department, and **JAMES B. O'CONNOR,** in his official capacity as Chief of Police Of the Lyndhurst Police Department, | **NOTICE OF APPEARANCE** |
| Defendants. | |

Melissa Medoway, Deputy Attorney General, hereby enters an

appearance on behalf of Defendants, Gurbir Grewal and Patrick J. Callahan.

                              MATTHEW J. PLATKIN
                              ACTING ATTORNEY GENERAL OF NEW JERSEY


                         By: /s/ Melissa Medoway
                              Melissa Medoway
                              Deputy Attorney General


DATED:    September 16, 2022