UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al., | Hon. Peter G. Sheridan, U.S.D.J. <br> Hon. Lois H. Goodman, U.S.M.J. |
| *Plaintiffs*, | Civil Action No. 18-cv-10507 |
| v. | **CIVIL ACTION** |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, et al., | **NOTICE OF WITHDRAWAL OF** ***PRO HAC VICE*** **APPEARANCES** <br><br> **(ELECTRONICALLY FILED)** |
| *Defendants*. | |

PLEASE TAKE NOTICE that Plaintiffs, Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (hereinafter "Plaintiffs"), hereby withdraw the *pro hac vice* appearances of David H. Thompson, Peter A. Patterson, J. Joel Alicea, and Haley N. Proctor of Cooper & Kirk, PLLC, on their behalf. This withdrawal will not cause any delay or disruption of these proceedings because Plaintiffs will continue to be represented by Daniel L. Schmutter of Hartman & Winnicki, P.C., as lead counsel of record.

PLEASE TAKE FURTHER NOTICE that Plaintiffs hereby request that David H. Thompson, Peter A. Patterson, J. Joel Alicea, and Haley N. Proctor of Cooper & Kirk, PLLC, be removed from the Court's service list for purposes of receiving notifications of electronic filing for this matter.

Dated: September 16, 2022

Respectfully submitted,

s/Daniel L. Schmutter
Daniel L. Schmutter
Harman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
*Lead Attorney for Plaintiffs*

SO ORDERED: /s/ Peter G. Sheridan
DATED: 9/20/22