# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al, <br><br> v. <br><br> GREWAL, et al | 18-cv-10507 (PGS) <br><br><br> **ORDER** |

The Court having conducted a status conference,

IT IS ORDERED, on this 20th day of September 2022, as follows:

- Plaintiffs will amend the Complaint by October 7, 2022;

- Defendants will move by filing an Answer or otherwise respond by October 28, 2022;

- Defendants will submit a proposed schedule for development of evidence by October 28, 2022; and

- A status conference will be conducted via telephone on November 7, 2022 at 3:00 p.m. to determine the reasonableness of the State's schedule to develop evidence. The dial-in information for the call is (888) 684-8852; participant code: 1757868.

PETER G. SHERIDAN, U.S.D.J.