# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. et al,<br><br>v.<br><br>GREWAL, et al | 18-cv-10507 (PGS)<br><br>**SUPERSEDING ORDER**<br>**ECF. NO. 117** |

The Court having conducted a status conference,

IT IS ORDERED, on this 21st day of September 2022, as follows:

- Order ECF No. 117 is vacated;

IT IS FURTHER ORDERED:

- Plaintiffs will amend the Complaint by October 7, 2022;

- Defendants will move by filing an Answer or otherwise respond by October 28, 2022;

- Defendants will submit a proposed schedule for development of evidence by October 28, 2022. Disclosure of the schedule for development of evidence is subject to work product and attorney client privilege. Fed. R. Civ. P. § 26(b)(3); Fed. R. Evid. § 502.; and

- A status conference will be conducted via telephone on November 7, 2022 at 3:00 p.m. to determine the reasonableness of the State's

schedule to develop evidence. The dial-in information for the call is (888) 684-8852; participant code: 1757868.

_____
PETER G. SHERIDAN, U.S.D.J.