UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                Date: September 20, 2022

Court Reporter: Megan Mckay-Souls

TITLE OF CASE:                          CIVIL 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al
   vs.

GURBIR GREWAL

APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

Status Conference held.

Order filed.

TIME COMMENCED:   12:00 PM         s/Dolores J. Hicks
TIME ADJOURNED:   12:40 PM            Deputy Clerk
TOTAL TIME:        0:40