LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

October 24, 2022

**VIA ECF**
The Honorable Peter G. Sheridan
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

  Re: **Association of New Jersey Rifle & Pistol Clubs, Inc., et al. v. Matthew Platkin, et al.**
     **Civil Action No.: 18-cv-10507**

Dear Judge Sheridan:

We represent Plaintiffs in the above referenced matter.

On September 21, 2022, the Court entered a scheduling order which provided the following dates:

1. Plaintiffs will amend the Complaint by October 7, 2022;
2. Defendants will file an Answer or otherwise respond by October 28, 2022;
3. Defendants will submit a proposed schedule for development of evidence by October 28, 2022; and
4. A status conference will be conducted via telephone on November 7, 2022 at 3:00 p.m. to determine the reasonableness of the State's schedule to develop evidence.

We write to request that the Court amend that order for two reasons. First, my mother was recently admitted to Hospice care and then passed on October 6, 2022. Second, during much of that same time I have been ill, myself.

Much of the time frame originally allotted for the plaintiffs to amend their Complaint was spent addressing my mother's Hospice care, her subsequent passing, and my own illness. Accordingly, plaintiffs respectfully request that the Court adjust each of the foregoing deadlines by three weeks. Thus, plaintiffs would amend by October 28, 2022. Defendants would Answer or otherwise respond and submit their proposed schedule for the development of evidence by November 18, 2022, And the Court would thereafter schedule a status conference regarding Defendants' proposed schedule.

The Honorable Peter G. Sheridan
October 24, 2022
Page 2

All counsel have consented to this request.

Respectfully submitted,

  s/ Daniel L. Schmutter  
DANIEL L. SCHMUTTER

DLS/ar
cc: Stuart M. Feinblatt, Esq.
　　Kathleen N. Fennelly, Esq.