MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J. Callahan


By:  Daniel M. Vannella
     Assistant Attorney General
     609-376-2776
     Daniel.Vannella@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, <br><br>     Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, <br><br>     Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. 3:18-cv-10507 <br><br> **NOTICE OF APPEARANCE** |

Daniel M. Vannella, Assistant Attorney General, hereby enters an appearance on behalf of Defendants Matthew J. Platkin and Patrick J. Callahan.

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Daniel M. Vannella
    Daniel M. Vannella
    Assistant Attorney General
    NJ ID # 015922007

DATED:   November 17, 2022