

### State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0 | MATTHEW J. PLATKIN<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

November 18, 2022

**VIA CM/ECF**
Hon. Peter G. Sheridan
United States District Judge
District of New Jersey
402 East State Street
Trenton, New Jersey  08608

    Re:  *Association Of New Jersey Rifle & Pistol Clubs, Inc. et al. v. Platkin et al.*
          Docket No. 3:18-cv-10507
          *Cheeseman et al. v. Platkin et al.*
          Docket No. 1:22-cv-04360
          *Ellman et al. v. Platkin et al.*
          Docket No. 3:22-cv-04397

Dear Judge Sheridan:

    This office represents Defendants Matthew J. Platkin and Patrick J. Callahan ("State Defendants") in the three above-captioned matters.  Pursuant to L. Civ. R. 42.1 and Fed. R. Civ. P. 42(a), State Defendants hereby move to consolidate the three cases.  Please find enclosed the following documents:

        (1)   State Defendants' Notice of Motion;

        (2)   Certificate of Service of Stuart M. Feinblatt;

        (3)   Brief in Support of State Defendants' Motion to Consolidate, and Exhibits; and



 (4) State Defendants' Proposed Form of Order

 The above documents have been electronically filed with the Clerk of the Court on November 18, 2022 in support of State Defendants' Motion to Consolidate.

    Sincerely yours,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY


    By:  /s/ Stuart M. Feinblatt
      Stuart M. Feinblatt
      Assistant Attorney General

Enclosures

cc: all counsel of record (via CM/ECF)