MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J. Callahan

By: Stuart M. Feinblatt (NJ Bar # 018781979)
    Assistant Attorney General
    (609) 376-3202
    Stuart.Feinblatt@law.njoag.gov

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>  Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>  Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:18-cv-10507<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>  Defendants. | HON. RENEE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4360 |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police | HON. FREDA L. WOLFSON<br><br>Civil Action No.<br>3:22-cv-04397 |

| |
|---|
| Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. |

    I hereby certify that on November 18, 2022, I electronically filed a Notice of Motion, a Brief in Support of Defendants' Motion for Consolidation Pursuant to Fed. R. Civ. P. 42(a), a Proposed Form of Order, and this Certificate of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive a copy of these documents via CM/ECF.

    I declare under penalty of perjury that the foregoing is true and correct.

                                  MATTHEW J. PLATKIN
                                  ATTORNEY GENERAL OF NEW JERSEY

                                  By:   /s/ Stuart M. Feinblatt\_\_\_\_\_
                                            Stuart M. Feinblatt
                                            Assistant Attorney General

Dated: November 18, 2022