MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J. Callahan

By:  Stuart M. Feinblatt (NJ Bar # 018781979)
     Assistant Attorney General
     (609) 376-3202
     Stuart.Feinblatt@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, | HON. PETER G. SHERIDAN |
| Plaintiffs, | Civil Action No. 3:18-cv-10507 |
| v. | |
| MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, | **ORDER GRANTING MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(a)** |
| Defendants. | |

MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,

    Plaintiffs,

v.

MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,

    Defendants.

HON. RENEE M. BUMB

Civil Action No.
1:22-cv-4360

---

BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,

    Plaintiffs,

v.

MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police

HON. FREDA L. WOLFSON

Civil Action No.
3:22-cv-04397

Department, and KENNETH BROWN, JR.,
in his official capacity as Chief of the Wall
Township Police Department,

    Defendants.

This matter having come before the Court on a motion pursuant to Fed. R. Civ. P. 42(a) of Matthew J. Platkin, Attorney General of New Jersey, by Stuart M. Feinblatt, Assistant Attorney General, appearing on behalf of Defendants, Matthew J. Platkin and Patrick J. Callahan; and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 42(a), and for good cause shown;

    It is on this _____ day of _____, 2019;

    **ORDERED** that the motion for consolidation of the three above-captioned actions for all pretrial and trial purposes pursuant to Fed. R. Civ. P. 42(a) is hereby **GRANTED.**

_____
HON. PETER G. SHERIDAN, U.S.D.J.

_____ Opposed

_____ Unopposed