MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J. Callahan

By:  Rachel Manning
     Deputy Attorney General
     (609) 376-2740
     Rachel.Manning@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No. 3:18-cv-10507<br><br>**NOTICE OF APPEARANCE** |

Rachel Manning, Deputy Attorney General, hereby enters an appearance on behalf of Defendants Matthew J. Platkin and Patrick J. Callahan.

```
                    MATTHEW J. PLATKIN
                    ATTORNEY GENERAL OF NEW JERSEY



               By:  /s/ Rachel Manning
                    Rachel Manning
                    Deputy Attorney General


DATED:    November 28, 2022
```