```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceedings
```

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                      Date: November 28, 2022

Court Reporter: Frank Gable

TITLE OF CASE:                                CIVIL 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al
    vs.

GURBIR GREWAL

APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

Status Telephone Conference held.

Hearing on Motion [128] by Patrick J. Callahan and Matthew Platkin to Consolidate Cases by telephone set for 1/25/2023 at 11:00 a.m. Same dial in number previously issued.

```
TIME COMMENCED:   11:30 AM              s/Dolores J. Hicks
TIME ADJOURNED:   11:58 AM                  Deputy Clerk
TOTAL TIME:        0:28
```