# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. BLAKE ELLMAN, and MARC WEINBERG<br><br>v.<br><br>MATTHEW PLATKIN, PATRICK J. CALLAHAN, RYAN MCNAMEE, and JOSEPH MADDEN | 3:18-cv-10507 (PGS)<br><br>**SCHEDULING ORDER** |

The Court having conducted a status conference,

IT IS ORDERED, on this **29** day of November 2022, as follows:

- Plaintiffs may submit a written response to defendant's proposed scheduling order (ECF No. 129) by January 4, 2023;

- Defendants may submit a reply to plaintiff's opposition by January 18, 2023; and

- Oral argument as to the proposed scheduling order will be conducted via telephone on January 25, 2023 at 1100 a.m.  The dial-in information for the call is (888) 684-8852; participant code: 1757868.

_____
PETER G. SHERIDAN, U.S.D.J.