LAW OFFICES
# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *° <br> Richard L. Ravin *°☐ <br> Daniel L. Schmutter* <br> Andrew T. Wolfe* | 74 PASSAIC STREET <br> RIDGEWOOD, NEW JERSEY 07450 <br><br> * * * | Phone: (201) 967-8040 <br> Fax:    (201) 967-0590 |
| \* New York and New Jersey Bars <br> ° Florida Bar <br> ☐ Washington, D.C. Bar <br> ◊ New Jersey Bar | WEBSITE <br> www.hartmanwinnicki.com | Porter E. Hartman (1920-2009) <br> Charles R. Buhrman (1938-1994) <br> William T. Marsden (1943-1993) <br> Cyrus D. Samuelson (1911-1998) |

December 2, 2022

**VIA ECF**
The Honorable Peter G. Sheridan
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

    Re:    Association of New Jersey Rifle & Pistol Clubs, Inc., et al. v. Matthew Platkin, et al.
             Civil Action No.: 18-cv-10507

Dear Judge Sheridan:

    We represent Plaintiffs in the above referenced matter and the Plaintiffs in *Ellman v. Platkin*, 22-cv-04397.

    We write regarding the motion of Matthew Platkin and Patrick Callahan to consolidate this matter with *Cheeseman v. Platkin*, 22-cv-4360, and the *Ellman* case, which motion is currently returnable December 19, 2022.

    We write to request, with the consent of all counsel, that the motion be adjourned by two motion cycles to be returnable January 17, 2023. As the Court is aware, these cases are among the first cases to be heard in this district under *Bruen*, and there is also an important issue being heard and decided in the within case involving the proper procedure to be followed on remand. We submit that the manner in which each of these three cases proceeds requires careful consideration by the Court, and we request sufficient time to sort out how each of the foregoing issues is likely to be impacted by and impacts the arguments for and against consolidation.

    As indicated, all counsel consent to this request.

*[handwritten]: motion is adjourned to 1/17/23 and briefs shall be filed in accordance with the Clerk's schedule.*

SO ORDERED: *Peter G. Sheridan*
DATED: 12/5/22

The Honorable Peter G. Sheridan
December 2, 2022
Page 2

There have been no previous adjournments of this motion.

Thank you.

                                                  Respectfully submitted,

                                                  s/ Daniel L. Schmutter
                                                  DANIEL L. SCHMUTTER

DLS/ars
cc:    Stuart M. Feinblatt, Esq. (via ECF)
        Bradley Lehman, Esq. (via ECF)
        Kathleen N. Fennelly, Esq. (via ECF)
        Mitchell B. Jacobs, Esq. (via ECF)
        Linda A. Galella, Esq. (via ECF)
        Mary Jane Lidaka, Esq. (via ECF)
        John Schettino, Esq. (via email)