MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J. Callahan

By:  Stuart M. Feinblatt
     Assistant Attorney General
     (609) 376-3202
     Stuart.Feinblatt@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:18-cv-10507<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF STUART M. FEINBLATT** |

PLEASE TAKE NOTICE that Attorney General Platkin and Superintendent Callahan ("Defendants") hereby withdraw the appearance of Stuart M. Feinblatt on their behalf. Mr. Feinblatt's withdrawal will not cause any delay or disruption of these proceedings because Defendants continue to be represented by the New Jersey Office of the Attorney General, including lead attorney Daniel M. Vannella.

PLEASE TAKE FURTHER NOTICE that Defendants hereby request that Mr. Feinblatt be removed from the Court's service list for purposes of receiving notifications of electronic filing for this matter.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Stuart M. Feinblatt

Stuart M. Feinblatt
Assistant Attorney General

Dated: December 29, 2022