MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for State Defendants Matthew J. Platkin and Patrick J. Callahan


By:  Daniel M. Vannella (NJ Bar # 015922007)
     Assistant Attorney General
     (609) 376-2776
     Daniel.Vannella@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, <br><br>     Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, <br><br>     Defendants. | HON. PETER G. SHERIDAN, U.S.D.J. <br><br><br> Civil Action No. 3:18-cv-10507 <br><br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., | HON. RENÉE M. BUMB, U.S.D.J. |
| Plaintiffs, | |
| v. | Civil Action No. 1:22-cv-4360 |
| MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor, | |
| Defendants. | |

| | |
|---|---|
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | HON. FREDA L. WOLFSON, U.S.D.C.J. |
| Plaintiffs, | |
| v. | Civil Action No. 3:22-cv-04397 |
| MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police | |

Department, and KENNETH BROWN, JR.,
in his official capacity as Chief of the Wall
Township Police Department,

     Defendants.

     I hereby certify that on January 10, 2023, I electronically filed a Reply Brief in Support of State Defendants' Motion for Consolidation and this Certificate of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive a copy of these documents via CM/ECF.

     I declare under penalty of perjury that the foregoing is true and correct.

                   MATTHEW J. PLATKIN
                   ATTORNEY GENERAL OF NEW JERSEY

                   By:    /s/ Daniel M. Vannella
                        Daniel M. Vannella
                        Assistant Attorney General

Dated: January 10, 2023