File No. 09408-126-LAG

**PARKER McCAY P.A.**
**By:  Linda A. Galella, Esquire**
**9000 Midlantic Drive, Suite 300, P.O. Box 5054**
**Mount Laurel, New Jersey  08054**
**(856) 596-8900**
lgalella@parkermccay.com
Attorneys for Defendant, Christine A. Hoffman, in her official capacity as Acting Gloucester County Prosecutor

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC, BLAKE ELLMAN, AND MARC WEINBERG<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, In his official capacity as the Chief of Police of the Park Ridge Police Department,<br><br>Defendants, | HONORABLE PETER B. SHERIDAN<br><br>CIVIL ACTION NO. 3:18-cv-10507<br><br><br><br>CIVIL ACTION |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v. | HONORABLE RENEE M. BUMB<br><br>Civil Action No. 1:22-cv-04360 |

| | |
|---|---|
| MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE, A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor, <br><br>     Defendants, | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. <br><br>     Plaintiffs <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, RYAN MCNAMEE, in his official capacity as Officer in Charge of Chester Police Department and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department <br><br>     Defendants. | HONORABLE FREDA L. WOLFSON <br><br> Civil Action No. 3:22-cv-04397 |

**NOTICE OF APPEARANCE Of
LINDA A. GALELLA, ESQUIRE
PARKER McCAY P.A., ON BEHALF OF
DEFENDANT, CHRISTINE A. HOFFMAN
in her official capacity as Acting Gloucester County Prosecutor
in Civil Action 1:22-cv-04360**

2

Please enter my appearance in this matter on behalf of Defendant, Christine A. Hoffman, in her official capacity as Acting Gloucester County Prosecutor, in the above-captioned matters.

PARKER McCAY P.A.
Attorneys for Defendant,
Christine A. Hoffman,
in her official capacity as
Acting Gloucester County Prosecutor


By: *s/Linda A. Galella*
      LINDA A. GALELLA, ESQUIRE

Dated:  January 12, 2023

3