```
MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J.
Callahan


By:   David Chen
      Deputy Attorney General
      (973) 263-8046
      David.Chen@njoag.gov
```

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>　　　Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>　3:18-cv-10507<br><br>**NOTICE OF APPEARANCE** |

David Chen, Deputy Attorney General, hereby enters an appearance on behalf of Defendants Matthew J. Platkin and Patrick J. Callahan.

```
                         MATTHEW J. PLATKIN
                         ATTORNEY GENERAL OF NEW JERSEY


                    By:  /s/ David Chen
                         David Chen
                         Deputy Attorney General

DATED:     January 18, 2023
```