UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON
JUDGE: PETER G. SHERIDAN                     Date: January 25, 2023
Court Reporter: Laurie Engemann

TITLE OF CASE:                               Civ. 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY
RIFLE & PISTOL CLUBS, et al

    vs.

GURBIR GREWAL, et al

---

MARK CHEESEMAN, et al                        Civ. 22-4360 (RMB)

    vs.

MATTHEW J. PLATKIN, et al

---

BLAKE ELLMAN, et al                          Civ. 22-4397 (MAS)

    vs.

MATTHEW J. PLATKIN, et al

---

APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

Telephone Conference held.

Hearing on Motion [128] by Patrick J. Callahan and Matthew Platkin to Consolidate Cases.
Ordered motion reserved.

TIME COMMENCED:  11:00 AM              s/Dolores J. Hicks
TIME ADJOURNED:  11:55 AM                  Deputy Clerk
TOTAL TIME:      0:55