LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

———————

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

———————

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

February 28, 2023

**VIA ECF**
The Honorable Lois H Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:**    **Association of New Jersey Rifle & Pistol Clubs, Inc. ("ANJRPC") v. Platkin, et al. - 3:18-cv-10507-PGS-LHG**
              **Ellman v. Platkin - 3:22-cv-04397-PGS-LHG**
              **Cheeseman v. Platkin - 1:22-cv-04360-PGS-LHG**

Dear Judge Goodman:

      We represent the ANJRPC and Ellman Plaintiffs in the above referenced consolidated matters.

      There is currently scheduled before Your Honor on March 2, 2023, a telephonic scheduling conference. We write to request a two week adjournment of the conference. Both ANJRPC and Ellman Plaintiffs will shortly be filing motions for summary judgment or in the alterative for a preliminary injunction, and we believe that the motions may materially impact the substance of the conference.

The Honorable Lois H Goodman, U.S.M.J.
February 28, 2023
Page 2

    All counsel have consented to this request, except Ms. Fennelly and Ms. Galella both of whom I understand are away.

    Thank you.

                                              Respectfully submitted,

                                             __s/ Daniel L. Schmutter__
                                             DANIEL L. SCHMUTTER

DLS/ars
cc:    Daniel M. Vannella Esq.
        Kathleen N. Fennelly, Esq.
        Bradley Lehman, Esq.
        Linda A. Galella, Esq.
        Mary Jane Lidaka, Esq.
        Nicholas Klingbeil Kant, Esq.
        Rachel Manning, Esq.
        Mitchell B. Jacobs, Esq.