From: Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>
Sent: Thursday, February 23, 2023 5:49 PM
To: Daniel Vannella <Daniel.Vannella@law.njoag.gov>; blehman@gsbblaw.com <BLehman@gsbblaw.com>; lgalella@parkermccay.com <lgalella@parkermccay.com>; mjacobs@cgajlaw.com <mjacobs@cgajlaw.com>; Kathleen N. Fennelly <KFennelly@mdmc-law.com>
Cc: Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
Subject: [EXTERNAL] RE: ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

Thanks. We will definitely be requesting an adjournment.

Dan

_____

Daniel L. Schmutter, Esq.
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
Tel.: (201) 967-8040
Fax: (201) 967-0590
www.hartmanwinnicki.com

From: Daniel Vannella <Daniel.Vannella@law.njoag.gov>
Sent: Thursday, February 23, 2023 5:10 PM
To: Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>; blehman@gsbblaw.com; lgalella@parkermccay.com; mjacobs@cgajlaw.com; Kathleen N. Fennelly <KFennelly@mdmc-law.com>
Cc: Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
Subject: Re: ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

Also, I am generally available the weeks of 3/6 and 3/13 for purposes of when the court might reschedule the conference.

From: Daniel Vannella
Sent: Thursday, February 23, 2023 5:00 PM
To: Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>; blehman@gsbblaw.com <BLehman@gsbblaw.com>; lgalella@parkermccay.com <lgalella@parkermccay.com>; mjacobs@cgajlaw.com <mjacobs@cgajlaw.com>; Kathleen N. Fennelly <KFennelly@mdmc-law.com>
Cc: Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
Subject: ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

Hi Dan S.:

When we spoke yesterday you indicated that plaintiffs wanted to know if the State consented to asking that the 3/2/23 conference with Judge Goodman be adjourned (and, relatedly, that

the deadline to submit a joint discovery plan, which I believe would be tomorrow, be adjourned).  I said we did consent, and my understanding was that you would loop in co-defendants for their consent as well as make the request to the court.

I'm looping in hopefully all current counsel for the parties for awareness.  I don't want to miss the deadline, but I also don't want to have to work to get something finished if the plan is to ask for more time.

Dan


Daniel M. Vannella
Assistant Attorney General
Litigation Practice Group
Division of Law
25 Market St. | P.O. Box 112
Trenton, N.J. 08625
t: 609-376-2776
daniel.vannella@law.njoag.gov

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.