**From:** Bradley P. Lehman <BLehman@gsbblaw.com>
**Sent:** Monday, February 27, 2023 2:32 PM
**To:** Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>; Daniel Vannella <Daniel.Vannella@law.njoag.gov>; lgalella@parkermccay.com <lgalella@parkermccay.com>; mjacobs@cgajlaw.com <mjacobs@cgajlaw.com>; Kathleen N. Fennelly <KFennelly@mdmc-law.com>
**Cc:** Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
**Subject:** [EXTERNAL] RE: ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

I consent.

Best regards,

Brad

**Bradley P. Lehman**
Attorney at Law
**Gellert Scali Busenkell & Brown, LLC**

BLehman@gsbblaw.com | P: 302-416-3344 | F: 302-425-5814

1201 N. Orange Street, Suite 300, Wilmington, DE 19801
8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103
GSBBlaw.com

---

**From:** Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>
**Sent:** Monday, February 27, 2023 2:12 PM
**To:** Bradley P. Lehman <BLehman@gsbblaw.com>; Daniel Vannella <Daniel.Vannella@law.njoag.gov>; lgalella@parkermccay.com; mjacobs@cgajlaw.com; Kathleen N. Fennelly <KFennelly@mdmc-law.com>
**Cc:** Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
**Subject:** RE: ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

All –

As you know, we represent the Plaintiffs in *ANJRPC v. Platkin* and *Ellman v. Platkin*.

We have a conference with Judge Goodman on March 2, 2023. We intend to seek a two week adjournment of the conference. The reason is that the plaintiffs in both cases imminently intend to move for summary judgment or in alternative for a preliminary injunction, and we believe the filing of those motions may materially impact the conference.

Please let me know if you consent to the adjournment.

Thank you.

Dan

Daniel L. Schmutter, Esq.
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
Tel.:  (201) 967-8040
Fax:  (201) 967-0590
www.hartmanwinnicki.com

**From:** Bradley P. Lehman <BLehman@gsbblaw.com>
**Sent:** Thursday, February 23, 2023 5:04 PM
**To:** Daniel Vannella <Daniel.Vannella@law.njoag.gov>; Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>; lgalella@parkermccay.com; mjacobs@cgajlaw.com; Kathleen N. Fennelly <KFennelly@mdmc-law.com>
**Cc:** Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
**Subject:** RE: ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

Good afternoon,

I consent. Given that a schedule was already put into place in Cheeseman prior to consolidation, and given that I think the idea here was to try to align the other cases reasonably closely with that (at least, that is my recollection of the judge's guidance), I was taking a bit of a backseat and waiting to hear from others. Happy to take a look at the proposal once it comes together.

Best regards,

Brad

**Bradley P. Lehman**
Attorney at Law
**Gellert Scali Busenkell & Brown, LLC**

BLehman@gsbblaw.com | P: 302-416-3344 | F: 302-425-5814

1201 N. Orange Street, Suite 300, Wilmington, DE 19801
8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103
GSBBlaw.com

**From:** Daniel Vannella <Daniel.Vannella@law.njoag.gov>
**Sent:** Thursday, February 23, 2023 5:00 PM
**To:** Daniel L. Schmutter <DSchmutter@hartmanwinnicki.com>; Bradley P. Lehman <BLehman@gsbblaw.com>; lgalella@parkermccay.com; mjacobs@cgajlaw.com; Kathleen N. Fennelly <KFennelly@mdmc-law.com>

**Cc:** Nicholas Kant <Nicholas.Kant@law.njoag.gov>; Rachel Manning <Rachel.Manning@law.njoag.gov>
**Subject:** ANJRPC/Cheeseman/Ellman (No. 18-10507) -- 3/2 conference and joint discovery plan

Hi Dan S.:

When we spoke yesterday you indicated that plaintiffs wanted to know if the State consented to asking that the 3/2/23 conference with Judge Goodman be adjourned (and, relatedly, that the deadline to submit a joint discovery plan, which I believe would be tomorrow, be adjourned).  I said we did consent, and my understanding was that you would loop in co-defendants for their consent as well as make the request to the court.

I'm looping in hopefully all current counsel for the parties for awareness.  I don't want to miss the deadline, but I also don't want to have to work to get something finished if the plan is to ask for more time.

Dan

**Daniel M. Vannella**

Assistant Attorney General

Litigation Practice Group

Division of Law

25 Market St. | P.O. Box 112

Trenton, N.J. 08625

t: 609-376-2776

daniel.vannella@law.njoag.gov

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.