**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, | HON. PETER G. SHERIDAN, U.S.D.J. |
|      Plaintiffs, | |
| v. | |
| MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, | **SUBSTITUTION OF ATTORNEY**<br><br><br>Civil Action No. 3:18-cv-10507 |
|      Defendants. | |

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., | |
|      Plaintiffs, | |
| v. | |
| MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity | Civil Action No. 1:22-cv-4360 |

1

as Superintendent of the New Jersey
State Police, CHRISTINE A.
HOFFMAN, in her official capacity as
Acting Gloucester County Prosecutor,
and BRADLEY D. BILLHIMER, in
his official capacity as Ocean County
Prosecutor,

     Defendants.

BLAKE ELLMAN, THOMAS R.
ROGERS, and ASSOCIATION OF
NEW JERSEY RIFLE & PISTOL
CLUBS, INC.,

     Plaintiffs,

v.

MATTHEW J. PLATKIN, in his
official capacity as Attorney
General of New Jersey, PATRICK J.
CALLAHAN, in his official capacity
as Superintendent of the New Jersey
Division of State Police, LT. RYAN
MCNAMEE, in his official capacity as
Officer in Charge of the Chester Police
Department, and KENNETH BROWN, JR.,
in his official capacity as Chief of the Wall
Township Police Department,

     Defendants.

Civil Action No.
3:22-cv-04397

The undersigned hereby consent to the substitution of Daniel M. Vannella as

counsel of record for Defendant Christine A. Hoffman in her official capacity as

Acting Camden County Prosecutor, in the matter of *Association of New Jersey Rifle*

2

*& Pistol Clubs, Inc. v. Grewal, et al.*, 3:18-cv-10507, which is part of the above-

captioned consolidated matters.


PARKER McCAY P.A.                          MATTHEW J. PLATKIN
                                           ATTORNEY GENERAL OF NEW
                                           JERSEY


/s/ Linda A. Galella                       /s/ Daniel M. Vannella
Linda A. Galella                           Daniel M. Vannella
Withdrawing Attorney                       Assistant Attorney General
                                           Superseding Attorney

Dated: May 22, 2023


cc:     All counsel of record (via ECF)