|||
|---|---|
| **Plaintiff**<br>ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., ET AL<br>vs<br>**Defendant**<br>MATTHEW PLATKIN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF NEW JERSEY, ET AL | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 3:18-CV-10507<br><br>**AFFIDAVIT OF SERVICE**<br>(for use by Private Service) |

**Person to be served:** JOSEPH MADDEN
PARK RIDGE POLICE DEPARTMENT
**Address:**
33 WEST PARK AVENUE
PARK RIDGE NJ 07656

Cost of Service pursuant to R4:4-30

$ _____

**Attorney:**
HARTMAN & WINNICKI, P.C.
74 PASSAIC AVE.
RIDGEWOOD NJ 07450

**Papers Served:**
SUMMONS ON AMENDED COMPLAINT & AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

---

**Service Data:**

Served Successfully ✓   Not Served ____   Date: 11/8/22   Time: 3:20 PM   Attempts: 1

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and relationship/title**
FRAN SMITH
Authorized to accept service

**Description of Person Accepting Service:**
Age: 60   Height: 5'4"   Weight: 140   Hair: BROWN   Sex: F   Race: CAUCASIAN

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                                  Date _____ Time _____
                                  Date _____ Time _____
( ) Other: _____   Comments or Remarks: _____

Subscribed and Sworn to me this 10 day of Nov. 2022

_[Notary Signature]_
Notary Signature

**MELISSA GIAMBATTISTA**
Notary Public, State of New Jersey
Commission # 0002389514
My Commission Expires 09/17/2024

I, EVERETT WINKLER, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[Signature]_   11/10/22
Signature of Process Server   Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700   Fax (973) 403-9222

Work Order No.   606662
File No.   3:18-CV-10507

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ASSOCIATION OF NEW JERSEY RIFLE
& PISTOL CLUBS, INC., ET AL.,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

GURBIR GREWAL, ET AL.,
*Defendant*

CASE NUMBER: **3:18-CV-10507-PGS-LHG**

TO: *(Name and address of Defendant):*

Joseph Madden
Park Ridge Police Department
33 W Park Ave.
Park Ridge, New Jersey 07656

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-11-07 16:14:40, Clerk
USDC NJD