**McElroy Deutsch**

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

KATHLEEN N. FENNELLY
(973) 401-7106
kfennelly@mdmc-law.com

July 16, 2023

**VIA ECF**

Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse, Room 4050
402 E. State Street
Trenton, New Jersey 08608

> Re: **Association of New Jersey Rifle, et al., v.
> Attorney General of New Jersey, et al.
> Docket No. 18-cv-10507(PGS)(JBD)**

Dear Judge Sheridan:

This office represents defendant Ryan McNamee, named in his official capacity as the Chief of Police of the Chester Police Department. Plaintiff has made only one factual allegation regarding Chief McNamee in the complaint – that he is the chief law enforcement office in Chester, New Jersey, where Plaintiff Ellman resides. (*See* D.E. 122, ¶ 14). The only other mention of Chief McNamee in the complaint is in Plaintiffs' request that Chief McNamee be permanently enjoined from enforcing the statute at issue in the Complaint. (*Id*., ¶60(c)).

Accordingly, to save both judicial resources, and taxpayer funds for the residents of Chester, Chief McNamee will not be affirmatively defending the claims in this action. As required by law, Chief McNamee is, of course, bound by any orders that may be entered by this Court going forward.

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*s/ Kathleen N. Fennelly*

Kathleen N. Fennelly

KNF:jtt
cc: All Counsel of Record (via ECF)