# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>  Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>  Defendants. | HON. PETER G. SHERIDAN, U.S.D.J.<br><br>Civil Action No.<br>3:18-cv-10507 |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey | HON. RENÉE MARIE BUMB, U.S.D.C.J.<br><br>Civil Action No.<br>1:22-cv-4360 |

State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,

    Defendants.

---

BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,

    Plaintiffs,

v.

MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,

    Defendants.

HON. PETER G. SHERIDAN, U.S.D.J.

Civil Action No. 3:22-cv-04397

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am admitted to practice in this court, and I appear in these consolidated cases as counsel for Defendants Matthew J. Platkin, Attorney General of New Jersey, and Patrick J. Callahan, Superintendent of New Jersey State Police.

Date:   August 14, 2023          /s/ Tim Sheehan
                                 Tim Sheehan (Bar # 179892016)
                                 Office of the New Jersey Attorney General
                                 R.J. Hughes Justice Complex
                                 25 Market Street
                                 P.O. Box 080
                                 Trenton, NJ 08625
                                 tim.sheehan@njoag.gov
                                 Telephone:  862-350-5800