**EXHIBIT 2**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al, <br><br> Defendants. | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al, <br><br> Defendants. | Civil Action No. 1:22-cv-04360-PGS-LHG <br><br> **Declaration of Timothy Connolly in Support of Plaintiffs' Motion for Summary Judgment** |
| BLAKE ELLMAN et al, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al, <br><br> Defendants. | Civil Action No. 3:22-cv-04397-PGS-LHG |

## DECLARATION OF TIMOTHY CONNOLLY
## IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Timothy Connolly, declare as follows:

1. I am a resident of Ocean County, New Jersey, an adult over the age of 21, a citizen of the United States, and I am not disqualified to possess and acquire firearms under federal and state law.

2. I am a member of Plaintiff FPC.

3. I intend and desire to exercise my right to keep and bear so-called "assault firearms" under the State's regulatory scheme being challenged in this action (i.e., under "New Jersey's Ban" as defined in the First Amended Complaint), including but not limited to an AR-15 style rifle, for lawful purposes, especially for home defense, target shooting, and proficiency training. However, the criminal prohibitions under New Jersey's Ban render it unlawful for me to do so.

4. I would acquire, purchase, and/or receive, and lawfully use this firearm, and other so-called "assault firearms," including shotguns and handguns prohibited under New Jersey's Ban, were it not for Defendants' enforcement of this Ban.

5. Based on Defendants' enforcement of this Ban, including the reasonable fear and threat of arrest, confiscation, prosecution, fine, and imprisonment for violating its criminal prohibitions, I continue to refrain from acquiring, possessing, and using for self-defense and other lawful purposes an AR-15 rifle, any other firearm prohibited under the Ban, or any "substantially identical" firearm as defined in the State Attorney General's "Guidelines Regarding the 'Substantially Identical' Provision in the State's Assault Firearms Laws."

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/04/2023.

*Timothy Connolly*
Timothy Connolly