# EXHIBIT 4

# THE FUTURE OF THE GUN

FRANK MINITER

*NEW YORK TIMES* BESTSELLING AUTHOR



# THE FUTURE OF THE GUN

FRANK MINITER

REGNERY
PUBLISHING
A Salem Communications Company

Copyright © 2014 by Frank Miniter

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means electronic or mechanical, including photocopy, recording, or any information storage and retrieval system now known or to be invented, without permission in writing from the publisher, except by a reviewer who wishes to quote brief passages in connection with a review written for inclusion in a magazine, newspaper, website, or broadcast.

Library of Congress Control Number: 2014942665

ISBN 978-1-62157-244-2

Published in the United States by
Regnery Publishing

A Salem Communications Company

300 New Jersey Ave NW

Washington, DC 20001

www.Regnery.com

10 9 8 7 6 5 4 3 2 1

Books are available in quantity for promotional or premium use. For information on discounts and terms, please visit our website: www.Regnery.com.

Distributed to the trade by

Perseus Distribution

250 West 57th Street

New York, NY 10107

Appendix photos credit: NRA Museums, NRAmuseums.com, except for the Remington R-51 photo, which is courtesy of Remington Arms.

a long and growing list of companies. ARs are popular with civilians and law enforcement around the world because they're accurate, light, portable, and modular. Its design also allows it to be accessorized. A civilian can buy after-market sights, vertical forward grips, lighting systems, night-vision devices, laser-targeting devices, muzzle brakes/flash hiders, bipods, and more, making the AR the most versatile rifle platform. It's also easy to shoot and has little recoil, making it popular with women.

The AR-15 is so user-friendly that a group called "Disabled Americans for Firearms Rights," which has about twenty thousand members, says the AR-15 makes it possible for people who can't handle a bolt-action or other rifle type to shoot and protect themselves. Also, its .223 caliber makes it safer to use as a home-defense gun because this lighter caliber is less likely to travel through walls.

Phil adds, "Politicians who say the AR-15 is a 'weapon of war' that civilians shouldn't be allowed to own are ignorant of our history or are lying. Historically, Americans have always owned similar gun types to those used in the military. Besides, semiautomatic AR-15s for sale to civilians are internally different from the full-automatic M16. Sure they look similar, but their hammer and trigger mechanisms are different designs. The bolt carrier and internal lower receiver of semiautomatic versions are even milled differently so that their firing mechanisms can't be interchanged."

Phil leads me to the vault located beneath the National Firearms Museum and we handle American guns from every era. As he gives me this hands-on lesson, he says, "The mainstream media doesn't tell this important story about guns and our freedom. Sure, many of them don't know it—why would they, as it's not taught. But the thing is, they're also not curious enough to ask. This leads me to conclude they'd rather the American people didn't know this history. When people understand the gun's link to freedom they tend . . . [to cherish] their right to keep and bear arms, a freedom men and women fought and died for here and on foreign battlefields."

It's a freedom that's at risk today, even as gun technology continues to advance in ways that can benefit not only the U.S. military but the individual American citizen, as we'll see.