## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused a true and correct copy of Plaintiffs' Notice of Motion for Summary Judgment, Statement of Undisputed Material Facts, Brief in Support of Motion for Summary Judgment, Exhibits, and Proposed Order to be served on all counsel of record through the Court's electronic notification system.

Dated: October 6, 2023

                                                s/ *Bradley P. Lehman*
                                                Bradley P. Lehman
                                                Gellert Scali Busenkell & Brown, LLC
                                                1201 N. Orange Street, Suite 300
                                                Wilmington, DE 19801
                                                Phone: 302-416-3344
                                                Email: blehman@gsbblaw.com

                                                *Attorneys for Plaintiffs*