# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:22-cv-4360-PGS-LHG |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-LHG |

**DECLARATION OF MARC WEINBERG IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF *ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.* ("*ANJRPC*") PLAINTIFFS AND *ELLMAN* PLAINTIFFS**

–1–

1. My name is Marc Weinberg. My address is 70 Spring Valley Road, Park Ridge, New Jersey 07656.

2. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below. I make this Declaration in support of the Motion for Summary Judgment of ANJRPC Plaintiffs and Ellman Plaintiffs.

3. I am a plaintiff in this matter and a member of ANJRPC.

4. I am an adult citizen of the United States and resident of New Jersey. I am not a retired law enforcement officer, and I do not fall within any of the other exceptions enumerated in New Jersey's ban on ammunition magazines capable of holding more than 10 rounds of ammunition.

5. I lawfully owned and kept in New Jersey ammunition magazines that qualified as "large capacity ammunition magazines" under the amended law because they were capable of holding more than 10 but fewer than 16 rounds of ammunition. I owned these magazines for lawful purposes, including self-defense in the home. But for the newly enacted ban, I would have continued to own and keep these magazines in his New Jersey home. Instead, I was forced to sell these magazines at a substantial loss. Further, since the ban went into effect, I have purchased two new pistols for which I was required to pay money to permanently modify the magazines down to 10 rounds prior to receiving them in New Jersey.

6. If permitted to do so, I would also acquire new magazines capable of holding

more than 10 rounds of ammunition. Because of New Jersey's ban and the associated criminal penalties, I refrain from doing so.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

_____
MARC WEINBERG

Dated: October 6, 2023