# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*.<br>_____ | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*.<br>_____ | Civil Action No. 3:22-cv-4360-PGS-LHG |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-LHG |

**DECLARATION OF THOMAS ROGERS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF *ASSOCIATION OF***

–1–

*NEW JERSEY RIFLE & PISTOL CLUBS, INC. ("ANJRPC")* **PLAINTIFFS AND** *ELLMAN* **PLAINTIFFS**

1. My name is Thomas Rogers. My address is 3005 Clayton Drive, Wall Township, New Jersey 07719.

2. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below. I make this Declaration in support of the Motion for Summary Judgment of *ANJRPC* Plaintiffs and *Ellman* Plaintiffs

3. I am a plaintiff in this matter and a member of ANJRPC.

4. I am an adult citizen of the United States and resident of New Jersey. I do not fall within any of the exceptions enumerated in New Jersey's ban on common semi-automatic firearms.

5. I am a long time, experienced firearms owner, having owned and responsibly used firearms for more than 40 years.

6. I wish to own common semi-automatic firearms for lawful purposes, including self-defense in the home. In particular, I would choose a common semi-automatic shotgun as an option for home defense because, as an experienced firearm owner, I believe that a common semi-automatic shotgun is ideally suited to my home defense needs. But for the ban, I would acquire and keep one or more common semi-automatic firearms in my New Jersey home. Because of New Jersey's ban and the associated criminal penalties, I refrain from doing so.

7. I would apply for a license to possess common semi-automatic firearms, but I know that such an attempt would be futile and he would be denied.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

THOMAS ROGERS

Dated: October 6, 2023

-3-