## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al. | ) ) ) ) | Civil Action No. 3:18-cv-10507-PGS-LHG |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | |
| MATTHEW PLATKIN, et al. | ) ) ) | |
| *Defendants.* | ) ) ) | |
| _____ | ) | |
| MARK CHEESEMAN, et al. | ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 3:22-cv-4360-PGS-LHG |
| MATTHEW PLATKIN, et al. | ) ) | |
| *Defendants.* | ) ) ) | |
| _____ | ) | |
| BLAKE ELLMAN, et al. | ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | |
| MATTHEW PLATKIN, et al. | ) ) | |
| *Defendants.* | ) ) ) | Civil Action No. 1:22-cv-4397-PGS-LHG |

**ORDER EXCLUDING CERTAIN EXPERT TESTIMONY OF DEFENDANTS**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, to Exclude Certain Expert Testimony and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of 2023, **ORDERED AS FOLLOWS:**

1.      Plaintiffs' Motion to Exclude Certain Expert Testimony is hereby granted in its entirety;

2.      The following defense experts are hereby precluded from offering testimony in this matter: Saul Cornell, Robert Spitzer, Randolph Roth, Stephen Hargarten, Louis Klarevas, Lucy Allen, Daniel Webster, James Yurgealitis, and Dennis Baron.


_____
HON. PETER SHERIDAN, U.S.D.J.