# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:22-cv-4360-PGS-LHG |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-LHG |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion For Summary Judgment;
2. Declaration of Scott Bach
3. Declaration of Blake Ellman
4. Declaration of Thomas Rogers
5. Declaration of Marc Weinberg
6. Declaration of Emanuel Kapelsohn
7. Declaration of Ashley Hlebinsky
8. Statement of Undisputed Material Facts
9. Brief in Support of Motion; and
10. Proposed Form of Order for Summary Judgment

I further certify that on or about October 9, 2023, one courtesy copy of each of the foregoing documents, marked as "Courtesy Copy," will be sent by overnight delivery to chambers.

I further certify that the foregoing documents were served using the CM/ECF system on the 6th day of October 2023 upon the following counsel:

Daniel M. Vannella Esq.
Assistant Attorney General
25 Market St., P.O. Box 112
Trenton, NJ 08625

Bradley Lehman
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

| | |
|---|---|
| October 7, 2023 | s/ Daniel L. Schmutter |
| | DANIEL L. SCHMUTTER |