# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*.<br>_____ | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*.<br>_____ | Civil Action No. 3:22-cv-4360-PGS-LHG |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-LHG |

# **CERTIFICATE OF SERVICE**

–1–

I hereby certify that on October 6, 2023, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion To Exclude Certain Expert Testimony;

2. Declaration of Daniel L. Schmutter

3. Brief; and

4. Proposed Order

I further certify that on or about October 9, 2023, one courtesy copy of each of the foregoing documents, marked as "Courtesy Copy," will be sent by overnight delivery to chambers.

I further certify that the foregoing documents were served using the CM/ECF system on the 6th day of October 2023 upon the following counsel:

Daniel M. Vannella Esq.
Assistant Attorney General
25 Market St., P.O. Box 112
Trenton, NJ 08625

Bradley Lehman
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

October 7, 2023                                         s/ Daniel L. Schmutter
                                                        DANIEL L. SCHMUTTER