# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:18-cv-10507<br><br>**STATE DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Return Date: December 4, 2023 |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey | HON. RENEE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4360 |

| | |
|---|---|
| State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:22-cv-04397 |

TO:   Clerk of Court, United States District Court
        District of New Jersey – Trenton Vicinage
        402 East State Street
        Trenton, New Jersey 08608

        All counsel of record (via CM/ECF)

**PLEASE TAKE NOTICE** that on December 4, 2023, or as soon thereafter as counsel may be heard, Matthew J. Platkin, Attorney General of New Jersey, by Assistant Attorney General Daniel M. Vannella, appearing on behalf of Defendants, Matthew J. Platkin, Patrick J Callahan, Christine A. Hoffman, and Bradley D. Billhimer (collectively, "State Defendants") shall move before the United States District Court for the District of New Jersey for an Order pursuant to Federal Rule of Civil Procedure 56 for an Order granting summary judgment to State Defendants in the above-consolidated matters.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached Brief, Responses to Plaintiffs' Statement of Material Facts Not In Dispute, Counterstatement of Material Facts Not In Dispute, and Declaration of Daniel M. Vannella with exhibits (filed separately) in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests oral argument pursuant to Federal Rule of Civil Procedure 78. A proposed form of Order is attached hereto.

                                    MATTHEW J. PLATKIN
                                    ATTORNEY GENERAL OF NEW JERSEY

                            By: /s/ Daniel M. Vannella
                                Daniel M. Vannella
                                Assistant Attorney General

Dated: November 3, 2023