UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:18-cv-10507<br><br><br>**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey | HON. RENEE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4360 |

|  |  |
|---|---|
| State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>    Defendants. |  |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No. 3:22-cv-04397 |

**THIS MATTER** having been opened to the Court by Matthew J. Platkin, Attorney General of New Jersey, with Daniel M. Vannella, Assistant Attorney General, appearing on behalf of Defendants Matthew J. Platkin, Patrick J. Callahan,

Christine A. Hoffman, and Bradley D. Billhimer (collectively, "State Defendants"), on a Cross-Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and the Court having considered the entire record, and for good cause shown;

**IT IS** on this _____ day of _____, 20____,

**ORDERED** that the State Defendants' Cross-Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that the *ANJRPC* and *Ellman* Plaintiffs' Motion for Summary Judgment (No. 18-10507, ECF 175) is **DENIED**; and it is further

**ORDERED** that the *Cheeseman* Plaintiffs' Motion for Summary Judgment (No. 18-10507, ECF 174) is **DENIED**; and it is further

**ORDERED** that the *ANJRPC* Plaintiffs', *Cheeseman* Plaintiffs', and *Ellman* Plaintiffs' Complaints are hereby **DISMISSED WITH PREJUDICE**.

_____
HON. PETER G. SHERIDAN, U.S.D.J.