# Arnold & Porter

**Paul J. Fishman**
+1 973.776.1901 Direct
Paul.Fishman@arnoldporter.com

November 10, 2023

**VIA ECF**

Hon. Peter G. Sheridan
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *Association of New Jersey Rifle & Pistol Clubs, Inc., et al., v. Platkin et al.*, Civil Action No. 3:18-cv-10507
> *Cheeseman et al v. Platkin et al.* Civil Action No. 1:22-cv-04360
> *Ellman et al. v. Platkin et al.*, Civil Action No. 3:22-cv-04397

Dear Judge Sheridan:

We represent Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives (together, "*Amici*") who are seeking leave with the consent of the parties to file a brief *amicus curie* in the above-referenced action. In accordance with this Court's Individual Practices, we submit this letter in lieu of a more formal application, seeking the *pro hac vice* admission of Aaron R. Marcu and Jennifer Loeb pursuant to Local Civil Rule 101.1(c).

In making this application, we enclose:

- Certification of Paul J. Fishman;
- Certification of Aaron R. Marcu;
- Certification of Jennifer Loeb;
- Proposed Order; and a
- Certificate of Service.

If the enclosed application and proposed Order are acceptable, we respectfully request that you execute the Order and have it filed with the Clerk of the Court.

# Arnold & Porter

November 10, 2023
Page 2

                          Respectfully Submitted,

                          s/ *Paul J. Fishman*
                          Paul J. Fishman

                          *Attorney for Proposed Amici Curiae*
                          Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives

cc: All counsel of record (via ECF)