Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center, Suite 1025
Newark, NJ 07102
(973) 776-1901
paul.fishman@arnoldporter.com

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence,
Brady Center to Prevent Gun Violence, and March for Our Lives

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al.,<br><br>      Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:18-cv-10507 |
| MARK CHEESEMAN, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al.,<br><br>      Defendants. | HON. RENEE M. BUMB<br><br>Civil Action No.<br>1:22-cv-04360 |
| BLAKE ELLMAN et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al.,<br><br>      Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:22-cv-04397 |

## CERTIFICATION OF PAUL J. FISHMAN
## IN SUPPORT OF APPLICATION FOR *PRO HAC VICE*
## ADMISSION OF AARON R. MARCU AND JENNIFER LOEB

I, Paul J. Fishman, certify:

1. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP, counsel of record for proposed *amici curiae* Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives in this action, and am a member of the Bar of this Court.

2. I submit this Certification pursuant to Local Civil Rule 101.1(c) in support Aaron R. Marcu's and Jennifer Loeb's applications for *pro hac vice* admission in this action.

3. If the Court grants our applications for Mr. Marcu's and Ms. Loeb's admission *pro hac vice*, I will continue to serve as counsel of record in this matter; will review and sign all pleadings, briefs, and other papers filed with the Court; will make all Court appearances; will be responsible for the conduct of this action and for the conduct of all attorneys admitted *pro hac vice*; and will otherwise comply will all of the terms and conditions of Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this Certification is true and correct.

Dated: November 10, 2023  
       Newark, NJ

Respectfully submitted,

/s/   *Paul J. Fishman*  
Paul J. Fishman  
ARNOLD & PORTER KAYE SCHOLER LLP  
One Gateway Center, Suite 1025  
Newark, NJ 07102

2

(973) 776-1901
paul.fishman@arnoldporter.com

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives