Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center, Suite 1025
Newark, NJ 07102
(973) 776-1901
paul.fishman@arnoldporter.com

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence,
Brady Center to Prevent Gun Violence, and March for Our Lives

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al., <br><br>             Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br>             Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. <br> 3:18-cv-10507 |
| MARK CHEESEMAN, et al., <br><br>             Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br>             Defendants. | HON. RENEE M. BUMB <br><br> Civil Action No. <br> 1:22-cv-04360 |
| BLAKE ELLMAN et al., <br><br>             Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br>             Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. <br> 3:22-cv-04397 |

# CERTIFICATION OF AARON R. MARCU IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Aaron R. Marcu, certify:

1. I am a partner in the law firm Freshfields Bruckhaus Deringer US LLP, 601 Lexington Ave., 31st Floor, New York, New York 10022. I make this certification in support of my *pro hac vice* admission to this Court pursuant to Local Civil Rule 101.1(c)(1) for purposes of acting as counsel for Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives (together, "proposed *amici curiae*").

2. I was admitted to the bar of the State of New York on May 4, 1981 (Bar No. 1726074) and remain in good standing. The office maintaining the roll of my admission is: New York State Supreme Court Appellate Division, First Department, 27 Madison Avenue, New York, NY 10010.

3. I am also a member in good standing of the following federal courts:

   a. United States Supreme Court (admitted 1990);

   b. U.S. Court of Appeals for the Second Circuit (admitted 1984);

   c. U.S. Court of Appeals for the Sixth Circuit (admitted 2003);

   d. U.S. District Court for the Eastern District of New York (admitted 1981); and

   e. U.S. District Court for the Southern District of New York (admitted 1981).

2

4.     The offices maintaining the rolls of my membership to these Courts are: United States Supreme Court, 1 First Street, NE, Washington, DC 20543; United States Court of Appeals for the Second Circuit, 40 Foley Square, New York, NY 10007; United States Court of Appeals for the Sixth Circuit, 100 E. Fifth Street, Cincinnati, Ohio 45202; United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201; and United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007.

5.     There are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me as a member of the Bar in any jurisdiction.

6.     I am counsel for proposed *amici curiae*, and I have been asked to represent them for the purpose of submitting an *amici curiae* brief in the above captioned cases.

7.     I agree to:

   a. make payment to the New Jersey Lawyer's Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

   b. make payment of $150.00 to the Clerk of this Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order and abide by the rules of this Court;

    c. notify this Court immediately of any matters affecting my standing at the Bar of any other court; and

    d. have an attorney of record authorized to practice in New Jersey sign all pleadings, briefs, and other papers filed with the Court.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the above statements are true and correct.

Dated: November 10, 2023        Respectfully submitted,

/s/  *Aaron R. Marcu*
Aaron R. Marcu
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Ave., 31st Floor
New York, NY 10022
(212) 277-4000
aaron.marcu@freshfields.com

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives