Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center, Suite 1025
Newark, NJ 07102
(973) 776-1901
paul.fishman@arnoldporter.com

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence,
Brady Center to Prevent Gun Violence, and March for Our Lives

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al.,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:18-cv-10507 |
| MARK CHEESEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al.,<br><br>    Defendants. | HON. RENEE M. BUMB<br><br>Civil Action No.<br>1:22-cv-04360 |
| BLAKE ELLMAN et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al.,<br><br>    Defendants. | HON. PETER G. SHERIDAN<br><br>Civil Action No.<br>3:22-cv-04397 |

## CERTIFICATION OF JENNIFER LOEB IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Jennifer Loeb, certify:

1. I am an attorney with the law firm Freshfields Bruckhaus Deringer US LLP, 700 13th Street NW, 10th Floor, Washington, DC 20005. I make this certification in support of my *pro hac vice* admission to this Court pursuant to Local Civil Rule 101.1(c)(1) for purposes of acting as counsel for Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives (together, "proposed *amici curiae*").

2. I was admitted to the bar of the State of New York on January 8, 2021 (Bar No. 5817283) and remain in good standing. The office maintaining the roll of my admission is: New York State Supreme Court Appellate Division, Third Department, State Street, Room 511, Albany, New York 1222.

3. I was admitted to the bar of the District of Columbia on August 9, 2010 (Bar No. 996094) and remain in good standing. The office maintaining the roll of my admission is: Bar Association of the District of Columbia, 1016 16th Street, NW Suite 101, Washington, DC 20036.

4. I was admitted to the bar of the State of California on December 1, 2009 (Bar No. 266235) and remain in good standing. The office maintaining the roll of my admission is: The State Bar of California, 180 Howard St., San Francisco, California 94105.

5. I am also a member in good standing of the following federal Courts:

2

      a. U.S. Court of Appeals for the Second Circuit (admitted 2021);

      b. U.S. District Court for the District of Columbia (admitted 2013);

      c. U.S. District Court for the Central District of California (admitted 2022); and

      d. U.S. District Court for the Southern District of California (admitted 2022).

6. The offices maintaining the rolls of my membership to these Courts are: United States Court of Appeals for the Second Circuit, 40 Foley Square, New York, NY 10007; United States District Court for the District of Columbia, 333 Constitution Avenue NW, Washington, DC 20001, Room 1225; United States District Court for the Central District of California, 255 East Temple Street, Suite 180, Los Angeles, California 90012; and United States District Court for the Southern District of California, 333 West Broadway, San Diego, California 92101.

7. There are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me as a member of the Bar in any jurisdiction.

8. I am counsel for proposed *amici curiae*, and I have been asked to represent them for the purpose of submitting an *amici curiae* brief in the above captioned cases.

9. I agree to:

3

    a. make payment to the New Jersey Lawyer's Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a);

    b. make payment of $150.00 to the Clerk of this Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order and abide by the rules of this Court;

    c. notify this Court immediately of any matters affecting my standing at the Bar of any other court; and

    d. have an attorney of record authorized to practice in New Jersey sign all pleadings, briefs, and other papers filed with the Court.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the above statements are true and correct.

Dated: November 10, 2023        Respectfully submitted,

/s/ *Jennifer Loeb*
Jennifer Loeb
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
jennifer.loeb@freshfields.com

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives

4