## CERTIFICATE OF SERVICE

I certify that, on November 10, 2023, a true and correct copy of the foregoing was filed with the Clerk of the United States District Court for the District of New Jersey via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: November 10, 2023

/s/   *Paul J. Fishman*
Paul J. Fishman

*Attorney for Proposed Amici Curiae*
Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March for Our Lives