# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. <br> 3:18-cv-10507 |
| MARK CHEESEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | HON. RENEE M. BUMB <br><br> Civil Action No. <br> 1:22-cv-04360 |
| BLAKE ELLMAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. <br> 3:22-cv-04397 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, BRADY CENTER TO PREVENT GUN VIOLENCE, AND MARCH FOR OUR LIVES FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE***

1

**THIS MATTER** having come before the Court upon the unopposed application of Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives (together with Giffords Law Center and Brady, "*Amici*") for an Order granting them leave to file a brief as *amici curiae;* and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED,** on this ____ day of _____2023, that:

a. *Amici*'s motion is **GRANTED;**

b. *Amici*'s proposed amicus brief is deemed **FILED.**

It is SO ORDERED.

                                                HON. PETER G. SHERIDAN
                                                United States District Court
                                                District of New Jersey