UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. <br> 3:18-cv-10507 |
| MARK CHEESEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | HON. RENEE M. BUMB <br><br> Civil Action No. <br> 1:22-cv-04360 |
| BLAKE ELLMAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | HON. PETER G. SHERIDAN <br><br> Civil Action No. <br> 3:22-cv-04397 |

[PROPOSED] ORDER GRANTING UNNOPPOSED MOTION OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, BRADY CENTER TO PREVENT GUN VIOLENCE, AND MARCH FOR OUR LIVES FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

1

THIS MATTER having come before the Court upon the unopposed application of Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives (together with Giffords Law Center and Brady, "*Amici*") for an Order granting them leave to file a brief as *amici curiae;* and the Court having considered the submissions; and for good cause shown;

IT IS HEREBY ORDERED, on this 13 day of November 2023, that:

a. *Amici*'s motion is **GRANTED;**

b. *Amici*'s proposed amicus brief is deemed **FILED.**

It is SO ORDERED.

                                                      HON. PETER G. SHERIDAN
                                                      United States District Court
                                                      District of New Jersey