# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | Civ. No. 18-10507 (PGS)(JBD) |
| MARK CHEESEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | Civ. No. 22-4360 (RMB)(JBD) |
| BLAKE ELLMAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Acting Attorney General of New Jersey*, et al., <br><br> Defendants. | Civ. No. 22-4397 (PGS)(JBD) |

**ORDER ADMITTING AARON R. MARCU, ESQ. AND
JENNIFER LOEB, ESQ. *PRO HAC VICE***

This matter having been brought before the Court on the application of

Paul J. Fishman of Arnold & Porter Kaye Scholer LLP, attorney for proposed

*amici curiae* Giffords Law Center to Prevent Gun Violence, Brady Center to

Prevent Gun Violence, and March for Our Lives, for the *pro hac vice* admission of Aaron R. Marcu, Esq. and Jennifer Loeb Esq.; and the Court having considered the submissions in support of the application, which comply with Local Civil Rule 101.1(c)(1); and for good cause shown, the application for Aaron R. Marcu's and Jennifer Loeb's admission *pro hac vice* is GRANTED.

  IT IS ORDERED that Mr. Marcu and Ms. Loeb shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court;

  IT IS FURTHER ORDERED that Mr. Marcu and Ms. Loeb are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against them that may arise from their participation in this matter;

  IT IS FURTHER ORDERED that Paul J. Fishman shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

  IT IS FURTHER ORDERED that Mr. Marcu and Ms. Loeb shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which they represent proposed *amici curiae* or any other party in this matter;

IT IS FURTHER ORDERED that Mr. Marcu and Ms. Loeb shall pay $150.00 to the Clerk of this Court for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceedings shall occur because of Mr. Marcu's and Ms. Loeb's participation or their inability to attend any proceedings.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE