LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

_____

* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

December 8, 2023

**VIA ECF**
The Honorable J. Brendan Day, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   *Association of New Jersey Rifle & Pistol Clubs, Inc. ("ANJRPC") v. Platkin*, - 3:18-cv-10507-PGS-JBD
            *Cheeseman v. Platkin* - 1:22-cv-04360-PGS-JBD
            *Ellman v. Platkin* - 3:22-cv-04397-PGS-JBD
            **(Consolidated)**

Dear Judge Day:

      We represent the *ANJRPC* and *Ellman* Plaintiffs in the above referenced consolidated matters. We write jointly on behalf of our plaintiffs and also on behalf of the *Cheeseman* Plaintiffs.

      By order dated September 6, 2023 (ECF No. 167), the Court adopted the parties' proposed scheduling order for summary judgment and *Daubert* motions. Included in the schedule was a provision allowing a party to request extended brief page length, seven days prior to filing, after meeting and conferring with all parties.

      As the Court is aware, the parties have worked cooperatively throughout the briefing process to agree upon reasonable page lengths given the subject matter and the record while also seeking to avoid burden to the Court. Consistent with that effort, *ANJRPC* and *Ellman* Plaintiffs,

The Honorable J. Brendan Day, U.S.M.J.
December 8, 2023
Page 2

jointly with the *Cheeseman* Plaintiffs, hereby request leave to file briefs due December 15, 2023 with the following page limits:

1) *Cheeseman* Plaintiffs' combined summary judgment opposition and reply – **50 pages**
2) *ANJRPC/Ellman* Plaintiffs' combined summary judgment opposition and reply – **60 pages**
3) *ANJRPC/Ellman* Plaintiffs' opposition to Defendants' *Daubert* motion – **45 pages**
4) *ANJRPC/Ellman* Plaintiffs' *Daubert* reply – **20 pages**

**All parties have consented to this request.**

Thank you.

Respectfully submitted,

s/ Daniel L. Schmutter
DANIEL L. SCHMUTTER

DLS/lms
cc:   All counsel via ECF