

# State of New Jersey

**PHILIP D. MURPHY**
*Governor*

**TAHESHA L. WAY**
*Lt. Governor*

OFFICE OF THE STATE COMPTROLLER
P.O. BOX 024
TRENTON, NJ 08625-0024
(609) 984-2888

**KEVIN D. WALSH**
*Acting State Comptroller*

December 13, 2023

**Via Electronic Filing (CM/ECF)**
Melissa E. Rhoads, Esq.
Clerk of Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Platkin*
      Case No.: 3:18-cv-10507-PGS-JBD

Dear Ms. Rhoads:

    I am writing regarding the above matter to request that I be removed from the docket as counsel for Defendant Patrick J. Callahan. I am no longer employed by the New Jersey Office of the Attorney General and new counsel has been assigned to handle this matter.

    Thank you for your attention to this request. Should you require any further information, please do not hesitate to contact me at bryan.lucas@osc.nj.gov or (609) 789-5174.

Sincerely,

KEVIN D. WALSH
ACTING STATE COMPTROLLER

By: *Bryan Edward Lucas*
Bryan Edward Lucas
Deputy Chief Counsel

c:   All Counsel of Record (Via Electronic Filing)

*New Jersey Is an Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*