## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I electronically filed the (1) *Plaintiffs' Combined Brief in Opposition to State Defendants' Cross-Motion for Summary Judgment and Reply to State Defendants' Opposition to Cheeseman Plaintiffs' Motion for Summary Judgment* (2) *Cheeseman Plaintiffs' Response To State Defendants' Counter-Statement Of Material Facts Not In Dispute* (3) *Cheeseman Plaintiffs' Reply To State Defendants' Response To Plaintiffs' Statement Of Undisputed Material Facts* and (4) *Declaration in Support of Exhibits to Cheeseman Plaintiffs' Combined Brief in Opposition to State Defendants' Cross-Motion for Summary Judgment and Reply to State Defendants' Opposition to Cheesman Plaintiffs' Motion for Summary Judgment (with exhibits)* and this Certificate of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive a copy of these documents via CM/ECF. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2023     **GELLERT SCALI BUSENKELL & BROWN LLC**

*/s/ Bradley P. Lehman*
Bradley P. Lehman (NJ 129762014)