# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*.<br>_____ | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*.<br>_____ | Civil Action No. 3:22-cv-4360-PGS-LHG |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-LHG |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. ANJRPC and Ellman Plaintiffs Brief Replying as to Their Summary Judgment Motion and In Opposition to Defendants' Cross Motion for Summary Judgment;

2. Reply Declaration of Emanuel Kapelsohn;

3. Reply Declaration of Clayton Cramer;

4. ANJRPC and Ellman Response to State Defendants Statement of Undisputed Material Facts; and

5. Combined Brief of ANJRPC and Ellman Plaintiffs in Opposition to State Defendants Motion to Exclude the Expert Testimony of Emanuel Kapelsohn and Clayton Cramer and in Reply in Further Support of Their Daubert Motion.

I further certify that on or about December 18, 2023, one courtesy copy of each of the foregoing documents, marked as "Courtesy Copy," will be sent by overnight delivery to chambers.

I further certify that the foregoing documents were served using the CM/ECF system on the 15th day of December 2023 upon the following counsel:

Daniel M. Vannella Esq.
Assistant Attorney General
25 Market St., P.O. Box 112
Trenton, NJ 08625

Bradley Lehman
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

December 15, 2023                              s/ Daniel L. Schmutter
                                               DANIEL L. SCHMUTTER