**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                     **DATE:** February 16, 2024
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:** Shannan Gagliardi

**TITLE OF CASE:**                             **Docket No.** 18-10507 (PGS)
ASSOCIATION OF NEW JERSEY RIFLE
& PISTOL CLUBS, INC., ET AL.
        vs.
GURBIR GREWAL, ET AL.

**APPEARANCES:**

Daniel L. Schmutter, Esq for Plaintiffs Association of NJ Rifle & Pistol Clubs, Blake Ellman and Marc Weinberg
Bradley Lehman, Esq, and Raymond M. DiGuiseppe, Esq for Plaintiffs Firearms Policy Coalition, Inc., Mark Cheeseman, and Timothy Connolly
Tim Sheehan, Assistant Attorney General for NJ for Defendants

**NATURE OF PROCEEDINGS:** Telephone Conference re: Scheduling of Oral Argument
Telephone Conference held.
Oral Argument set via Telephone Conference for 3/15/2023 at 10:00 a.m. regarding Daubert Motions [176] and [182] motions to preclude.
Order to follow.

**Time Commenced**: 11:05 a.m.
**Time Adjourned:** 11:19 a.m.
**Total Time:** 14 minutes.

*Ivannya Fitzgerald*
COURTROOM DEPUTY
