UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.*, | 18-cv-10507 (PGS)(JBD) |
| MARK CHEESEMAN, *et al.*, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.*, | 22-cv-4360 (RMB)(JBD) |
| BLAKE ELLMAN, *et al.*, <br><br> v. <br><br> MATTHEW PLATKIN, *et al.*, | 22-cv-4397 (PGS)(JBD) |

**ORDER**

**WHEREAS,** the Court having conducted a status conference on February 16, 2024,

1

**WHEREAS,** the parties having stated that there is a petition for *en banc* review before the Third Circuit pending in *Lara et al. v. Comm'r Pa. State Police*, 21-1832, 2024 WL 189453 (3d Cir. 2024) which may affect the disposition of this case, the following schedule is entered:

**ORDERED**, on this **20th** day of **February, 2024**, that arguments on the Motion to Exclude the Expert Testimony (ECF No. 176) and the Motion to Exclude the Expert Testimony of Emanuel Kapelsohn and Clayton Cramer (ECF No. 182) will be conducted via telephone on March 15, 2024 at 10:00 a.m; and it is further

**ORDERED**, on this **20th** day of **February, 2024**, that the parties shall monitor the *Lara* case and immediately advise the Court of any status changes in *Lara*.

_____
PETER G. SHERIDAN, U.S.D.J.