**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:  TRENTON**                                        **DATE:** March 15, 2024
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:**  Megan Mckay-Soule

**TITLE OF CASE:**                                **Docket No**. 18-10507 (PGS)(JBD)
ASSOCIATION OF NEW JERSEY RIFLE        (Member Cases: 1:22-cv-4360 (RMB)
& PISTOL CLUBS, INC., ET AL.                          3:22-cv-4397 (PGS)
                vs.
GURBIR GREWAL, ET AL.

**APPEARANCES:**

Daniel L. Schmutter, Esq for Plaintiffs Association of NJ Rifle & Pistol Clubs, Blake Ellman and Marc Weinberg.
Bradley Lehman, Esq, and Raymond M. DiGuiseppe, Esq for Plaintiffs Firearms Policy Coalition, Inc., Mark Cheeseman, and Timothy Connolly.
Rachel Manning, Tim Sheehan, and Daniel M. Vannella, Deputy Attorney Generals for NJ for State Defendants.

**NATURE OF PROCEEDINGS:**   Oral Argument re: [176] and [182] Motions to Preclude Expert Testimony (Daubert Motions) filed in 18-10507.
Telephone Conference held.
Parties are directed to confer and provide the Court with a certain case status on 3/21/2024.
Telephone Conference set for 3/21/2024 at 4:00 p.m.

**Time Commenced**: 10:05 a.m.
**Time Adjourned:** 11:16 a.m.
**Total Time:** 1 hour and 11 minutes.

                                                *Ivannya Fitzgerald*
                                                COURTROOM DEPUTY