**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON   **DATE:** March 21, 2024
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:** Shannan Gagliardi

**TITLE OF CASE:**   Docket No. 18-10507 (PGS)(JBD)
ASSOCIATION OF NEW JERSEY RIFLE
             vs.
GURBIR GREWAL, ET AL.

**APPEARANCES:**

Daniel L. Schmutter, Esq for Plaintiffs Association of NJ Rifle & Pistol Clubs, Blake Ellman and Marc Weinberg.
Bradley Lehman, Esq, and Raymond M. DiGuiseppe, Esq for Plaintiffs Firearms Policy Coalition, Inc., Mark Cheeseman, and Timothy Connolly.
Daniel M. Vannella, Deputy Attorney Generals for NJ for State Defendants.

**NATURE OF PROCEEDINGS:**

Telephone Conference held.
In Person Oral Argument set for 4/10/2024 at 11:00 a.m. re: [174] Motion for Summary Judgment filed by Plaintiffs Cheeseman, et al, [175] Motion for Summary Judgment filed by Plaintiffs Association of NJ Rifle & Pistol Clubs, et al. and [183] Cross Motion for Summary Judgment filed by Defendants.

**Time Commenced**: 4:06 p.m.
**Time Adjourned:** 4:13 p.m.
**Total Time:** 7 minutes.

*Ivannya Fitzgerald*
COURTROOM DEPUTY
