AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Association of New Jersey Rifle & Pistol Clubs et al. )
*Plaintiff* )
v. ) Case No.  3:18-cv-10507-PGS-JBD
Platkin et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Matthew J. Platkin, Patrick J. Callahan                                                                                                 .

Date:  04/08/2024

*Attorney's signature*

Angela Cai (NJ #121692014)
*Printed name and bar number*
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080

*Address*

Angela.Cai@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

*FAX number*