## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                **DATE:** April 11, 2024
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:**   John Kurz

**TITLE OF CASE:**                                **DOCKET NO.** 18-10507 (PGS)(JBD)
ASSOCIATION OF NEW JERSEY RIFLE
        vs.
GURBIR GREWAL, ET AL.


**APPEARANCES:**

Daniel Schmutter, Esq., for plaintiffs ASSO. OF NJ RIFLE & PISTOL CLUBS, BLAKE ELLMAN,
and MARC WEINBERG
Bradley Lehman, Esq., and Raymond DiGuiseppe, Esq., (via telephone) for plaintiffs FIREARMS
POLICY COALITION, INC., MARK CHEESMAN, and TIMOTHY CONNOLLY
Angela Cai, Esq..  and Christopher Ioannou, Esq., on behalf of State Defendants.


**NATURE OF PROCEEDINGS:**


Oral argument held re: [174] and [175] Motions for Summary Judgment filed by Plaintiffs, and
[183] Cross Motion for Summary Judgment filed by Defendants.
Ordered motions taken under advisement.



**Time Commenced**:   4:15pm
**Time Adjourned:**    6:15pm
**Total Time:**        2 hours


                s/Elizabeth Beres
                COURTROOM DEPUTY