**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON  **DATE:** June 24, 2024
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:** KIMBERLY WILSON

**TITLE OF CASE:**   **DOCKET # CV** 18-10507 (PGS)(JBD)
ASSOCIATION OF NEW JERSEY RIFLE
           vs.
GURBIR GREWAL, ET AL.

**APPEARANCES:**

Daniel L. Schmutter, Esq for Plaintiffs Association of NJ Rifle & Pistol Clubs, Blake Ellman and Marc Weinberg.
Bradley Lehman, Esq, and Raymond M. DiGuiseppe, Esq for Plaintiffs Firearms Policy Coalition, Inc., Mark Cheeseman, and Timothy Connolly.
Angela Cai, Deputy Attorney General for NJ and Christopher John Ioannou, Deputy Attorney General for NJ for State Defendants.

**NATURE OF PROCEEDINGS:**

Telephone Conference held.
Letter from Deputy Attorney Generals due by 5:00 p.m. on 6/24/2024.
Response due from plaintiffs by 5:00 p.m. on 6/25/2024.

**Time Commenced**: 11:00 a.m.
**Time Adjourned:**   11:07 a.m.
**Total Time:** 7 minutes.

*Ivannya Fitzgerald*
COURTROOM DEPUTY